AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SOLVAY, S.A.,

          Plaintiff,

v.

HONEYWELL SPECIALTY MATERIALS, LLC, and
HONEYWELL INTERNATIONAL INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

06-557

TO: (Name and address of Defendant)

HONEYWELL INTERNATIONAL INC.
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 0 7 2006

PETER T. DALLEO
CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/7/06 |
| NAME OF SERVER (PRINT) ROBERT SMITH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED HONEYWELL INTERNATIONAL INC by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD WILM DE 19808 AT 3:44PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/06
              Date

Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure