IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-557-SLR |
| | ) | |
| HONEYWELL SPECIALTY MATERIALS LLC, | ) | |
| and HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Solvay, S.A. ("Solvay") and defendants Honeywell Specialty Materials LLC and Honeywell International Inc. ("Honeywell"), subject to the approval of the Court, that the time for Honeywell to answer, move or otherwise respond to the Complaint is extended for thirty (30) days to, and including, October 27, 2006.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Thomas C. Grimm* |
| _____ | _____ |
| Richard L. Horwitz (#2246) | Thomas C. Grimm (#1098) |
| David E. Moore (#3983) | Leslie A. Polizoti (#4299) |
| Hercules Plaza, 6th Floor | 1201 N. Market Street |
| 1313 N. Market Street, P.O. Box 951 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 984-6000 | (302) 658-9200 |
| rhorwitz@potteranderson.com | tgrimm@mnat.com |
| dmoore@potteranderson.com | lpolizoti@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

537300