IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-557-SLR |
| | ) | |
| HONEYWELL SPECIALTY MATERIALS LLC, | ) | |
| and HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admissions *pro hac vice* of Robert G. Krupka, Laura M. Burson, and Helen Hong to represent the

defendants in this matter.  In accordance with Standing Order for District Court Fund effective

January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the

Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
*Attorneys for Defendants*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                United States District Judge 539851

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of California, Illinois, Colorado, the District of Columbia, and all other Bars as indicated in the attached chart, and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: _____10/5/06_____

Robert G. Krupka
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
Phone:  (213) 680-8400
Fax:  (213) 680-8500

# Robert G. Krupka
## Admitted to Practice

| State | Admission Date |
|---|---|
| California (#196625) | 10/7/98 |
| Supreme Court of Illinois (ARDC #01536508/code:3) | 11/8/74 |
| Colorado Supreme Court (#020677) | 9/26/91 |
| District of Columbia (#428644) | 5/29/91 |

| Federal | Admission Date |
|---|---|
| Registered Patent Attorney No. 27,345 | |
| U.S. Supreme Court | 2/21/78 |
| U.S. Court of Appeals for the Federal Circuit | 10/1/82 |
| U.S. Court of Appeals, 1st Circuit | 3/20/00 |
| U.S. Court of Appeals, 2nd Circuit | 5/18/99 |
| U.S. Court of Appeals, 3rd Circuit | 2/17/99 |
| U.S. Court of Appeals, 4th Circuit | 2/2/82 |
| U.S. Court of Appeals, 5th Circuit | 5/13/99 |
| U.S. Court of Appeals, 6th Circuit | 7/1/85 |
| U.S. Court of Appeals, 7th Circuit | 9/13/76 |
| U.S. Court of Appeals, 8th Circuit | 6/2/99 |
| U.S. Court of Appeals, 9th Circuit | 6/2/99 |
| U.S. Court of Appeals, 10th Circuit | 6/1/99 |
| U.S. Court of Appeals, 11th Circuit | 5/10/99 |
| U.S. District Court for the Northern District of Illinois | 12/10/74 |
| U.S. District Court for the Central District of Illinois | 11/5/80 |
| U.S. District Court for the Southern District of Illinois | 9/9/88 |
| U.S. District Court for the Northern District of California | 5/9/80 |
| U.S. District Court for the Central District of California | 1/20/99 |
| U.S. District Court for the Southern District of California | 3/30/99 |
| U.S. District Court for the Southern District of New York | 10/25/90 |
| U.S. District Court for the Eastern District of Wisconsin | 12/10/74 |
| U.S. District Court for the Western District of Wisconsin | 5/17/06 |
| U.S. District Court for Arizona | 8/12/98 |
| U.S. District Court for Colorado | 12/24/98 |
| U.S. District Court for Maryland | 08/21/00 |
| U.S. District Court for the Eastern District of Texas | 6/21/06 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of California, the U.S. District Court for the Western District of Wisconsin, the Eastern District of Texas, the Northern and Central Districts of California, the District of Colorado, the U.S. Court of Appeals for the Federal Circuit, and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: Oct. 5, 2006

Laura M. Burson
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
Phone: (213) 680-8400
Fax: (213) 680-8500

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: Oct. 5, 2006

Helen Hong
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
Phone: (213) 680-8400
Fax: (213) 680-8500

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, Esquire

I also certify that on October 11, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

Thomas C. Grimm (#1098)
tgrimm@mnat.com

539851