IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL SPECIALTY MATERIALS LLC, )<br>and HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendants. )<br>) | C.A. No. 06-557-SLR |

**DEFENDANTS' RULE 7.1(a) DISCLOSURE STATEMENT**

Defendants Honeywell Specialty Materials, LLC ("HSM") and Honeywell International Inc. hereby submit their Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

The undersigned counsel of record for Honeywell Specialty Materials, LLC certifies that HSM is a wholly-owned (100%) subsidiary of Honeywell International Inc.

The undersigned counsel of record for Honeywell International Inc. also certifies that there is no parent corporation of Honeywell International Inc. and that the only publicly held corporation that owns approximately 10% or more of the stock of Honeywell International Inc. is State Street Bank & Trust Company, 225 Franklin Street, Boston, Massachusetts 02101.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm* |
| | _____ |
| | Thomas C. Grimm (#1098) |
| | Leslie A. Polizoti (#4299) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| | tgrimm@mnat.com |
| | lpolizoti@mnat.com |
| | *Attorneys for Defendants* |
| OF COUNSEL: | |
| Robert G. Krupka, P.C. | |
| Laura M. Burson | |
| Helen Hong | |
| KIRKLAND & ELLIS LLP | |
| 777 S. Figueroa Street | |
| Suite 3400 | |
| Los Angeles, CA  90017 | |
| (213) 680-8400 | |
| October 23, 2006 | |
| 542706 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, Esquire

I also certify that on October 23, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951


*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

542706