IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-0557-SLR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) | |
| MATERIALS, LLC and | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS

Plaintiff Solvay, S.A. ("Solvay") replies to the counterclaims of defendant Honeywell International Inc. ("Honeywell International") as follows:

### Jurisdiction, Venue, and Parties

1. Subject matter jurisdiction for a compulsory counterclaim is not disputed; noninfringement, invalidity and unenforceability are denied.

2. Admitted.

3. Admitted.

4. Personal jurisdiction for a compulsory counterclaim is not disputed.

5. Venue for a compulsory counterclaim is not disputed.

### First Claim for Relief

6. See 1-5 above.

7. Admitted.

8. Denied.

9. Denied.

## Second Claim for Relief

10. See 1-9 above.

11. Denied as to validity.

12. Denied.

13. Denied.

## Third Claim for Relief

14. See 1-13 above.

15. Denied as to enforceability.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

## Request for Relief

Plaintiff Solvay respectfully requests:

a. a permanent injunction against continued infringement (35 U.S.C. § 283);

b. its damages for past infringement (35 U.S.C. § 284);

c. increased and treble damages for willful infringement (35 U.S.C. § 284);

d. denial of the counterclaims of defendant Honeywell International;

e. its attorney fees (35 U.S.C. § 285);

f. its costs (rule 54 (d), Fed. R. Civ. P.); and

g. any other relief appropriate under the circumstances.

| | |
|---|---|
| OF COUNSEL:<br><br>Arthur I. Neustadt<br>Jean-Paul Lavalleye<br>Barry J. Herman<br>John F. Presper<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>Tel.: (703) 413-3000<br>Fax: (703) 413-2220<br><br>Dated: November 13, 2006 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    Fax: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff Solvay, S.A.* |

761757 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 13, 2006, the attached document was hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on November 13, 2006, I have Electronically Mailed the attached document to the following:

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
bkrupka@kirkland.com
lburson@kirkland.com
hhong@kirkland.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

756119