IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL SPECIALTY )<br>MATERIALS, LLC and )<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendants. ) | C. A. No. 06-557-SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Solvay, S.A. ("Solvay"), hereby certifies that copies of the following documents were caused to be served on January 29, 2007, upon the following attorneys of record at the following addresses as indicated:

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS

PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS TO DEFENDANTS

### VIA ELECTRONIC MAIL

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
bkrupka@kirkland.com
lburson@kirkland.com

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: January 29, 2007
775176 / 30651

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A..*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 29, 2007, the attached document was electronically mailed to the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on January 29, 2007, I have Electronically Mailed the attached document to the following:

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
bkrupka@kirkland.com
lburson@kirkland.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

756119