IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL SPECIALTY MATERIALS LLC, )<br>and HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendants. )<br>) | C.A. No. 06-557-SLR |

**NOTICE OF SERVICE**

I hereby certify that on January 30, 2007, copies of *(1) Defendant Honeywell Specialty Materials, LLC's First Set of Requests for the Production of Documents Nos. 1-9, and (2) Defendant Honeywell International Inc.'s First Set of Requests for the Production of Documents Nos. 1-53* were served upon counsel of record in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Thomas C. Grimm* |
|  | _____ |
|  | Thomas C. Grimm (#1098) |
|  | Leslie A. Polizoti (#4299) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
| Robert G. Krupka, P.C. | tgrimm@mnat.com |
| Laura M. Burson | lpolizoti@mnat.com |
| Julian D. Forman |   *Attorneys for Defendants* |
| KIRKLAND & ELLIS LLP |  |
| 777 S. Figueroa Street |  |
| Suite 3400 |  |
| Los Angeles, CA  90017 |  |
| (213) 680-8400 |  |

February 1, 2007
715752

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, Esquire

I also certify that on February 1, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

715752