## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL SPECIALTY )<br>MATERIALS, LLC and )<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendants. ) | C. A. No. 06-557-SLR<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

The undersigned, counsel for plaintiff Solvay, S.A. ("Solvay"), hereby certifies that copies of the following documents were caused to be served on March 6, 2007, upon the following attorneys of record at the following addresses as indicated:

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-53

PLAINTIFF'S RESPONSES AND OBJECTIONS TO HONEYWELL SPECIALTY MATERIALS, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION NOS. 1-9

### VIA ELECTRONIC MAIL

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Arthur I. Neustadt | David E. Moore (#3983) |
| Jean-Paul Lavalleye | Hercules Plaza, 6th Floor |
| Barry J. Herman | 1313 N. Market Street |
| John F. Presper | Wilmington, Delaware 19801 |
| OBLON, SPIVAK, McCLELLAND, | Tel: (302) 984-6000 |
| MAIER & NEUSTADT, P.C. | Fax: (302) 658-1192 |
| 1940 Duke St. | rhorwitz@potteranderson.com |
| Alexandria, VA 22314 | dmoore@potteranderson.com |
| Tel.: (703) 413-3000 |  |
| Fax: (703) 413-2220 | *Attorneys for Plaintiff Solvay, S.A.* |

Dated: March 6, 2007
781482 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 6, 2007, the attached document was electronically mailed on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on March 6, 2007, I have Electronically Mailed the attached document to the following:

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
 Richard L. Horwitz
 David E. Moore
 Potter Anderson & Corroon LLP
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 P.O. Box 951
 Wilmington, DE 19899-0951
 (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

756119