**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SOLVAY, S.A.                              )
                                          )
                    Plaintiff,            )
                                          )        C. A. No. 06-557-SLR
        v.                                )
                                          )        **JURY TRIAL DEMANDED**
HONEYWELL SPECIALTY                       )
MATERIALS, LLC and                        )
HONEYWELL INTERNATIONAL INC.,             )
                                          )
                    Defendants.           )

**NOTICE OF SERVICE**

The undersigned, counsel for plaintiff Solvay, S.A. ("Solvay"), hereby certifies

that copies of the following documents were caused to be served on April 30, 2007, upon

the following attorneys of record at the following addresses as indicated:

> PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF
> DOCUMENTS (NOS. 82-97)
>
> PLAINTIFF SOLVAY, S.A.'S RULE 34 REQUEST TO PERMIT ENTRY
> AND INSPECTION OF HONEYWELL'S PREMISES

**VIA ELECTRONIC MAIL & HAND DELIVERY**

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
lpolizoti@mnat.com

**VIA ELECTRONIC MAIL**

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
service-solvay@kirkland.com

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.:  (703) 413-3000
Fax:  (703) 413-2220

Dated:  April 30, 2007
792369 / 30651

POTTER ANDERSON & CORROON LLP


By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19801
     Tel:  (302) 984-6000
     Fax:  (302) 658-1192
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 30, 2007, the attached document

was hand delivered and electronically mailed on the following person and was

electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on April 30, 2007, I have Electronically Mailed the attached

document to the following:

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Potter Anderson & Corroon LLP
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

756119