IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-557-SLR |
| ) | |
| HONEYWELL SPECIALTY MATERIALS LLC, ) | |
| and HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SERVICE**

I hereby certify that on May 30, 2007, copies of *(1) Defendant Honeywell Specialty Materials, LLC's Response to Plaintiff's Third Set of Document Requests Nos. 82-97; (2) Defendant Honeywell International Inc.'s Responses to Plaintiff's Third Set of Document Requests Nos. 82-97; (3) Defendant Honeywell International Inc.'s Second Supplemental Response to Plaintiff's First Set of Interrogatories Nos. 1-8; (4) Defendant Honeywell Specialty Materials LLC's Response to Plaintiff's Rule 34 Request to Permit Entry and Inspection of Honeywell's Premises; and (5) Defendant Honeywell International Inc.'s Response to Plaintiff's Rule 34 Request to Permit Entry and Inspection of Honeywell's Premises* were caused to be served upon counsel of record in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

      Arthur I. Neustadt, Esquire
      Jean-Paul Lavalleye, Esquire
      OBLON, SPIVAK, McCLELLAND,
        MAIER & NEUSTADT, P.C.
      1940 Duke Street
      Alexandria, VA  22314

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

---

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
  *Attorneys for Defendants*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
Julian D. Forman
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
(213) 680-8400

June 1, 2007
715752

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, Esquire

I also certify that on June 1, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

715752