IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-557-SLR |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for plaintiff Solvay, S.A. ("Solvay"), hereby certifies that copies of the following documents were caused to be served on June 4, 2007, upon the following attorneys of record at the following addresses as indicated:

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT
HONEYWELL INTERNATIONAL INC.'S SECOND SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS NOS. 54-73

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Thomas C. Grimm | Robert G. Krupka |
| Leslie A. Polizoti | Laura M. Burson |
| Morris, Nichols, Arsht & Tunnell | Kirkland & Ellis LLP |
| 1201 North Market Street | 777 S. Figueroa Street, Suite 3400 |
| P.O. Box 1347 | Los Angeles, CA 90017 |
| Wilmington, DE 19899 | service-solvay@kirkland.com |
| tgrimm@mnat.com | |
| lpolizoti@mnat.com | |

OF COUNSEL:                                   POTTER ANDERSON & CORROON LLP

Arthur I. Neustadt
Jean-Paul Lavalleye                           By: /s/ David E. Moore
Barry J. Herman                                   Richard L. Horwitz (#2246)
John F. Presper                                   David E. Moore (#3983)
OBLON, SPIVAK, McCLELLAND,                        Hercules Plaza, 6th Floor
MAIER & NEUSTADT, P.C.                            1313 N. Market Street
1940 Duke St.                                     Wilmington, Delaware 19801
Alexandria, VA 22314                              Tel: (302) 984-6000
Tel.: (703) 413-3000                              Fax: (302) 658-1192
Fax: (703) 413-2220                               rhorwitz@potteranderson.com
                                                  dmoore@potteranderson.com
Dated: June 4, 2007
799304 / 30651                                *Attorneys for Plaintiff Solvay, S.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 4, 2007, the attached document was electronically mailed on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on June 4, 2007, I have Electronically Mailed the attached document to the following:

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

756119