IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,<br><br>        Plaintiff,<br><br>v.<br><br>HONEYWELL SPECIALTY<br>MATERIALS, LLC and<br>HONEYWELL INTERNATIONAL INC.,<br><br>        Defendants. | C. A. No. 06-557-SLR<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANTS HONEYWELL SPECIALTY MATERIALS, LLC AND HONEYWELL INTERNATIONAL INC.

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Solvay, S.A. ("Solvay") will take the deposition of Honeywell Specialty Materials, LLC and Honeywell International Inc. (collectively, "Honeywell") commencing on June 21, 2007 at 9:00 a.m. at the offices of Oblon, Spivak, located at 1940 Duke Street, Alexandria, Virginia, 22314, or some other mutually agreeable date and location, and continuing from day to day until completed. Pursuant to the Federal Rules of Civil Procedure, Honeywell is directed to produce a knowledgeable witness to testify on Honeywell's behalf on the topics listed and described in Attachment A hereto.

The examination(s) will be taken before a notary public or other person authorized to administer oaths and may be recorded stenographically and/or videographically. Testimony derived pursuant to this notice of deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Arthur I. Neustadt<br>Jean-Paul Lavalleye<br>Barry J. Herman<br>John F. Presper<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>Tel.: (703) 413-3000<br>Fax: (703) 413-2220<br><br>Dated: June 4, 2007<br>799304 / 30651 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    Fax: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff Solvay, S.A.* |

## **ATTACHMENT A**

1. The process(es) by which Honeywell has commercially produced 1,1,1,3,3-pentafluororopropane ("HFC-245fa") from May 4, 2004 to present.

2. The process(es) by which Honeywell produced 1,1,1,3,3- pentafluororopropane ("HFC-245fa") which was sold or offered for sale from May 4, 2004 to present.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 4, 2007, the attached document was electronically mailed on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on June 4, 2007, I have Electronically Mailed the attached document to the following:

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

756119