IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-557-SLR |
| | ) |
| HONEYWELL SPECIALTY MATERIALS LLC, | ) |
| and HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S
NOTICE OF DEPOSITION OF FRANCINE JANSSENS**

In accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("HONEYWELL") hereby provides notice that commencing at 9:00 a.m. on July 12, 2007 at Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke St., Alexandria, VA 22314, as mutually agreed by counsel for the parties, HONEYWELL will take the deposition of Francine Janssens, employed by Solvay, S.A. ("Solvay").

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule

30(b)(2), testimony will be recorded by both stenographic means and sound-and-visual means, and may include machines using instantaneous or "real-time" transcription, and instant visual display of testimony.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

---

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
  *Attorneys for Defendants*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
Julian D. Forman
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
(213) 680-8400

June 19, 2007
865395

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, Esquire.

I also certify that on June 19, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com