IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 06-557-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND NOTICE OF 30(b)(6) DEPOSITION OF
DEFENDANTS HONEYWELL SPECIALTY MATERIALS, LLC
AND HONEYWELL INTERNATIONAL INC.**

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Solvay, S.A. ("Solvay") will take the deposition of Honeywell Specialty Materials, LLC and Honeywell International Inc. (collectively, "Honeywell") commencing on July 31, 2007 at 9:00 a.m. at the offices of Oblon, Spivak, located at 1940 Duke Street, Alexandria, Virginia, 22314, or some other mutually agreeable date and location, and continuing from day to day until completed. Pursuant to the Federal Rules of Civil Procedure, Honeywell is directed to produce one or more witnesses to testify on Honeywell's behalf on the topics listed and described in Attachment A hereto.

The examination(s) will be taken before a notary public or other person authorized to administer oaths and may be recorded stenographically and/or videographically. Testimony derived pursuant to this notice of deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: June 22, 2007
803472 / 30651

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

# ATTACHMENT A

1. The actions taken and inquiry made by or on behalf of Honeywell to locate, identify and produce documents, including but not limited to electronically stored information, responsive to Solvay's First, Second and Third Requests for Production of Documents.

2. The identification and location of documents relating to Honeywell's marketing, pricing, sales, revenues, costs and profits on or associated with HFC-245fa.

3. The identification and location of documents relating to Honeywell's research, testing, design, development, and manufacture of HFC-245fa.

4. The identification of all products sold since May 4, 2004 made by or from any Honeywell process for manufacturing HFC-245fa, and the location where each such product was made.

5. Separately for each product identified in response to Topic 4:
   a. the quantity and volume of such product (in pounds or tons) made and sold by Honeywell in the United States;
   b. the quantity and volume of such product shipped outside of the United States;
   c. the gross and net revenues received by Honeywell from its manufacture or sale of such product;
   d. the costs incurred in connection with Honeywell's manufacture, distribution, marketing, shipment or sale of such product;
   e. the gross and net profit earned or realized on Honeywell's manufacture or sale of such product;
   f. types of documents that Honeywell creates or maintains regarding each of the categories set forth in subparts a-e.

6. Licenses or sublicenses offered, negotiated, received, or accepted from or by Honeywell on any United States or foreign patent relating to halogenated fluorocarbon products or manufacturing processes, including HFC-245fa products or manufacturing processes.

7. Since 2004, estimates, projections, and forecasts, related to Honeywell's production and/or sale of HFC-245fa, and the types and locations of documents relating to such estimates, projections and forecasts.

8. Honeywell's marketing of HFC-245fa.

9. Communications between Honeywell and Solvay concerning or including the '817 patent or licensing of any patents or intellectual property relating to the manufacture of halogenated fluorocarbons, including HFC-245fa products and processes, and the types and locations of documents relating to such communications.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 22, 2007, the attached document was electronically mailed and hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

I hereby certify that on June 22, 2007, I have Electronically Mailed the attached document to the following:

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

756119