IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-557-SLR |
| ) | |
| HONEYWELL SPECIALTY MATERIALS LLC, ) | |
| and HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S
<u>NOTICE OF DEPOSITION OF HORST KROGER</u>**

In accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("HONEYWELL") hereby provides notice that commencing at 9:00 a.m. on July 25, 2007 at Morris, Nichols, Arsht & Tunnell, LLP, 1201 North Market St., 18th Floor, Wilmington, DE 19801, or at such other time and place mutually agreed upon by counsel for the parties, HONEYWELL will take the deposition of Horst Kroger, employed by Solvay, S.A. ("Solvay").

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony will be recorded by both stenographic means and sound-and-visual means, and may include machines using instantaneous or "real-time" transcription, and instant visual display of testimony.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Thomas C. Grimm* |
|  | Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>lpolizoti@mnat.com<br>  *Attorneys for Defendants* |

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
Julian D. Forman
KIRKLAND & ELLIS LLP
777 S. Figueroa Street
Suite 3400
Los Angeles, CA  90017
(213) 680-8400

June 27, 2007
907784

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, Esquire

I also certify that on June 27, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND,
   MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

/s/ *Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

907784