IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 06-557-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Solvay, S.A. ("Solvay"), hereby certifies that copies of the following documents were caused to be served on July 9, 2007, upon the following attorneys of record at the following addresses as indicated:

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S SECOND SET OF INTERROGATORIES NOS. 13-16

### VIA ELECTRONIC MAIL

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Arthur I. Neustadt<br>Jean-Paul Lavalleye<br>Barry J. Herman<br>John F. Presper<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>Tel.: (703) 413-3000<br>Fax: (703) 413-2220 | By: /s/ David E. Moore<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, Delaware 19801<br>     Tel: (302) 984-6000<br>     Fax: (302) 658-1192<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com |
| Dated: July 9, 2007<br>806098 / 30651 | *Attorneys for Plaintiff Solvay, S.A.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 9, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 9, 2007, I have Electronically Mailed the document to the following person(s):

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
   Richard L. Horwitz
   David E. Moore
   Potter Anderson & Corroon LLP
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

756119