IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-557-SLR |
| ) | |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION OF
DEFENDANTS HONEYWELL SPECIALTY MATERIALS, LLC
AND HONEYWELL INTERNATIONAL INC.**

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Solvay, S.A. ("Solvay") will take the deposition of Honeywell Specialty Materials, LLC and Honeywell International Inc. (collectively, "Honeywell") commencing on August 16, 2007 at 9:00 a.m. at Honeywell's Geismar, LA production facility, and continuing from day to day until completed. Pursuant to the Federal Rules of Civil Procedure, Honeywell is directed to produce a knowledgeable witness to testify on Honeywell's behalf on the topics listed and described in Attachment A hereto.

The examination(s) will be taken before a notary public or other person authorized to administer oaths and may be recorded stenographically and/or videographically. Testimony derived pursuant to this notice of deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: August 8, 2007
811567 / 30651

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

## **ATTACHMENT A**

1. The processes and operations by which Honeywell has made 1,1,1,3,3-pentafluoropropane ("HFC-245fa") in the Honeywell production facility located in Geismar, LA from May 4, 2004 to the present, or by which Honeywell has made 1,1,1,3,3-pentafluoropropane ("HFC-245fa") sold from May 4, 2004 to the present.

2. The facilities in which Honeywell has made 1,1,1,3,3-pentafluoropropane ("HFC-245fa") in the Honeywell production facility located in Geismar, LA from May 4, 2004 to the present, or by which Honeywell has made 1,1,1,3,3-pentafluoropropane ("HFC-245fa") sold from May 4, 2004 to the present.

3. The equipment used by Honeywell to make 1,1,1,3,3-pentafluoropropane ("HFC-245fa") in the Honeywell production facility located in Geismar, LA from May 4, 2004 to the present, or used by Honeywell to make 1,1,1,3,3-pentafluoropropane ("HFC-245fa") sold from May 4, 2004 to the present.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 8, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 8, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Thomas C. Grimm<br>Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Robert G. Krupka<br>Laura M. Burson<br>Helen Hong<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3400<br>Los Angeles, CA 90017<br>service-solvay@kirkland.com |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

799366 / 30651