# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 06-557-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION OF IAN R. SHANKLAND

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Delaware Local Rules 30.1 through 30.6, Plaintiff Solvay, S.A. will take the deposition of Mr. Ian R. Shankland at the Hyatt Summerfield Suites, 194 Park Avenue, Morristown, New Jersey, or at another location by mutual agreement of counsel, commencing at 9:00 A.M. on September 4, 2007, or at another date and time by mutual agreement of counsel. The deposition will be taken upon oral examination before a notary public or other officer duly authorized to administer oaths and will continue day to day until completed. The deposition may also be videotaped. You are invited to attend and cross-examine.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Arthur I. Neustadt | |
| Jean-Paul Lavalleye | By: */s/ David E. Moore* |
| Barry J. Herman | Richard L. Horwitz (#2246) |
| John F. Presper | David E. Moore (#3983) |
| OBLON, SPIVAK, McCLELLAND, | Hercules Plaza, 6th Floor |
| MAIER & NEUSTADT, P.C. | 1313 N. Market Street |
| 1940 Duke St. | Wilmington, Delaware 19801 |
| Alexandria, VA 22314 | Tel: (302) 984-6000 |
| Tel.: (703) 413-3000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: August 10, 2007 | |
| 811881 / 30651 | *Attorneys for Plaintiff Solvay, S.A.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 10, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 10, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Thomas C. Grimm<br>Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Robert G. Krupka<br>Laura M. Burson<br>Helen Hong<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3400<br>Los Angeles, CA 90017<br>service-solvay@kirkland.com |

By: /s/ David E. Moore
　　Richard L. Horwitz
　　David E. Moore
　　Potter Anderson & Corroon LLP
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　P.O. Box 951
　　Wilmington, DE 19899-0951
　　(302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

799366 / 30651