# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

August 21, 2007

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.*
            C.A. No. 06-557-SLR

Dear Judge Robinson:

      Defendants Honeywell International Inc. and Honeywell Specialty Materials, LLC offer the following agenda of topics for discussion during the discovery status conference scheduled for this afternoon, August 21, 2007, at 4:30 p.m.:

      1.    Solvay's improper objections and failure to provide responsive answers to contention interrogatories on infringement, claim construction, conception, reduction to practice, and priority of the patent claims at issue (*see, e.g.*, Honeywell International Inc.'s Interrogatory Nos. 1, 2, 4, 8, 13-14; Honeywell Specialty Materials, LLC's Interrogatory No. 1).

      2.    Solvay's improper objections and failure to provide responsive answers to other interrogatories (*see, e.g.*, Honeywell International Inc.'s Interrogatory Nos. 3, 5-7, 9-12, 15-16; Honeywell Specialty Materials, LLC's Interrogatory Nos. 2-4).

      3.    Solvay's failure to produce documents relating to Honeywell International Inc.'s Request for Production Nos. 17-18, 36-37.

      4.    Solvay's improper confidentiality designations relating to its privilege logs.

The Honorable Sue L. Robinson
August 21, 2007
Page 2

       5.    Solvay's unwillingness to dismiss Honeywell Specialty Materials, LLC as a party to this suit. Honeywell seeks leave to file a motion for summary judgment.

Respectfully,

*Thomas C. Grimm*
Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by hand)
       Richard L. Horwitz, Esquire (by e-filing)
       Robert G. Krupka, Esquire (by e-mail)