

**Potter Anderson & Corroon LLP**

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

August 21, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

> Re:  **Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.**
>      **C.A. No. 06-557-SLR**

Dear Judge Robinson:

Plaintiff Solvay, S.A. ("Solvay") offers the following agenda of topics for discussion during the discovery status conference scheduled for this afternoon, August 21, 2007 at 4:30p.m.

1.     Honeywell's improper objections and failure to provide responsive answers to contention interrogatories on non-infringement, invalidity and its affirmative defenses of dedication to the public, prosecution history estoppel, laches and equitable estoppel and inequitable conduct (*see, e.g.*, Solvay Interrogatory Nos. 2-7 and 9).

2.     Honeywell's failure to produce damages documents and other documents responsive to Solvay's Request for Production Nos. 42-65, 68, 81 and 91-96.

3.     Honeywell's improper refusal to permit Solvay's damages expert to review Honeywell confidential material.

4.     Honeywell's failure to produce third party license agreements.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
813913/27944
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via efiling and electronic mail)