IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>HONEYWELL SPECIALTY )<br>MATERIALS, LLC and )<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>       Defendants. ) | C. A. No. 06-557-SLR |

**PLAINTIFF'S SECOND NOTICE OF 30(b)(6) DEPOSITION OF
DEFENDANT HONEYWELL INTERNATIONAL INC.**

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Solvay, S.A. ("Solvay") will take the deposition of Honeywell International Inc. commencing on September 12, 2007 at 9:00 a.m. at the offices of Oblon, Spivak, located at 1940 Duke Street, Alexandria, Virginia, 22314, or some other mutually agreeable date and location, and continuing from day to day until completed. Pursuant to the Federal Rules of Civil Procedure, Honeywell is directed to produce one or more witnesses to testify on Honeywell's behalf on the topics listed and described in Attachment A hereto.

The examination(s) will be taken before a notary public or other person authorized to administer oaths and may be recorded stenographically and/or videographically. Testimony derived pursuant to this notice of deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Arthur I. Neustadt<br>Jean-Paul Lavalleye<br>Barry J. Herman<br>John F. Presper<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>Tel.: (703) 413-3000<br>Fax: (703) 413-2220<br><br>Dated: August 31, 2007<br>816338 / 30651 | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff Solvay, S.A.* |

## ATTACHMENT A

1. The acts or activity which occurred on or before July 3, 1996 at Honeywell's Buffalo Research Lab and/or Buffalo HFC-245 Pilot Plant related to the production of 1,1,1,3,3 pentafluoropropane.

2. The equipment, facilities and procedures used to carry out any acts or activity related to the production of 1,1,1,3,3 pentafluoropropane on or before July 3, 1996 at Honeywell's Buffalo Research Lab and/or Buffalo HFC-245 Pilot Plant.

3. The conception and reduction to practice of any subject matter related to the production of 1,1,1,3,3 pentafluoropropane and disclosed in U.S. Patent No. 5,763,706 ("the '706 patent").

4. The dates on which any subject matter related to the production of 1,1,1,3,3 pentafluoropropane and disclosed in the '706 patent were disclosed to the public.

5. The acts or activity related to the production of 1,1,1,3,3 pentafluoropropane carried out by the Russian Scientific Centre Applied Chemistry (RSCAC) on or before July 3, 1996.

6. All efforts by Honeywell, third parties acting on Honeywell's behalf, third parties hired by Honeywell and/or third parties working with Honeywell to design around the inventions claimed in the '817 and/or its foreign counterparts.

7. All non-infringing alternative products or technology to the '817 patent and/or its foreign counterparts known to Honeywell.

8. The date and circumstances of Honeywell's first knowledge of any of the foreign counterparts of the '817 patent;.

9. Honeywell's communications to customers regarding the benefits of 245fa.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 31, 2007, the attached document was hand delivered and electronically mailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
lpolizoti@mnat.com

I further certify that on August 31, 2007, I have Electronically Mailed the document to the following person(s):

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
service-solvay@kirkland.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com