IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,                             ) | |
|                 Plaintiff,            ) | |
|         v.                                                ) | C.A. No. 06-557-SLR |
| HONEYWELL SPECIALTY MATERIALS LLC, ) and HONEYWELL INTERNATIONAL INC.,  ) | |
|                 Defendants.         ) | |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S
NOTICE OF DEPOSITION OF DOMINIQUE BALTHASART**

In accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("HONEYWELL") hereby provides notice that, commencing at 9:00 a.m. on September 17, 2007, at the law offices of Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, CA 90017, or other location by agreement of the parties, HONEYWELL will take the deposition of Dominique Balthasart employed by Solvay, S.A. ("Solvay").

The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony will be recorded by both stenographic means and sound-and-visual means, and may include machines using instantaneous or "real-time" transcription, and instant visual display of testimony.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Thomas C. Grimm*
                        _____
                        Thomas C. Grimm (#1098)
                        Leslie A. Polizoti (#4299)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        tgrimm@mnat.com
                        lpolizoti@mnat.com
                          *Attorneys for Defendants*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
Julian D. Forman
Amber T. Aubry
KIRKLAND & ELLIS LLP
777 S. Figueroa Street
Suite 3400
Los Angeles, CA  90017
(213) 680-8400

September 4, 2007
1226286

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on September 4, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
Michael E. McCabe, Jr., Esquire
Aarti Shah, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND,
   MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com