IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-557-SLR |
| ) | |
| HONEYWELL SPECIALTY MATERIALS ) | |
| LLC, and HONEYWELL INTERNATIONAL ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER**

1. A defendant in this action is Honeywell Specialty Materials, LLC ("LLC"). Counsel for defendant Honeywell International Inc. ("HII") represents that LLC is and has been a holding company, has always functioned as a holding company and has never had any commercial activity with respect to the manufacture of 1,1,1,3,3-pentafluoropropane ("HFC-245fa").

2. Honeywell Specialty Materials ("HSM") is an operating unit of HII, is often referred to as Honeywell Specialty Materials, is not a separate corporation and has had significant commercial activity with respect to the manufacture of HFC-245fa.

3. Based upon the above, counsel for HII has requested that LLC be dismissed from this suit without prejudice (with each party to bear its own fees and expenses) with plaintiff Solvay, S.A. ("Solvay") having the right to add LLC to this suit if the representation set forth in paragraph 1 above is incorrect.

4. Solvay is willing to proceed as requested by counsel for HII.

5. Plaintiff Solvay and defendant HII agree to proceed as set forth above with LLC being dismissed from this suit without prejudice (with each party to bear its own

fees and expenses) with Solvay having the right to add LLC to this suit if the representation set forth in paragraph 1 above is incorrect.

| | |
|---|---|
| POTTER, ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Richard L. Horwitz | /s/Thomas C. Grimm |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Flooor<br>1313 N. Market Street, P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Thomas C. Grimm (#1098)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>bschladweiler@mnat.com |
| OF COUNSEL: | OF COUNSEL: |
| OBLON, SPIVAK, MCCLELLAND,<br>MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>(703) 413-3000<br>  *Attorneys for Solvay, S.A.* | KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>(213) 680-8400<br>  *Attorneys for Honeywell International Inc.<br>  and Honeywell Specialty Materials, LLC*. |

Dated: September 17, 2007

SO ORDERED, this ____ day of _____, 2007.

_____
United States District Judge

1235759

2