IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL SPECIALTY )<br>MATERIALS, LLC and )<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendants. ) | C.A. No. 06-557-SLR<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER

1. In response to certain discovery requests by defendant Honeywell International, Inc. ("Honeywell"), plaintiff Solvay, S.A. ("Solvay") identified certain patent license agreements ("the Solvay agreements") which include a confidentiality restriction.

2. In response to certain discovery requests by Solvay, Honeywell identified certain patent license agreements ("the Honeywell agreements") which include a confidentiality restriction.

3. Solvay seeks disclosure of the Honeywell agreements and agrees that they should be designated "highly confidential" pursuant to the protective ordered entered in this case.

4. Honeywell seeks disclosure of the Solvay agreements and agrees that they should be designated "highly confidential" pursuant to the protective ordered entered in this case.

5. Within ten (10) calendar days of this order being entered by the Court, Solvay will give notice to each licensee or licensor as the case may be for each agreement that Solvay intends to produce to Honeywell pursuant to the protective order as noted above unless the licensee or licensor states an objection thereto to Solvay within ten (10) calendar days of the

notice from Solvay that it will appear before the Court to assert its objection at a hearing to determine whether disclosure should be ordered.

6. Within ten (10) calendar days of this order being entered by the Court, Honeywell will give notice to each licensee or licensor as the case may be for each agreement that Honeywell intends to produce to Solvay pursuant to the protective order as noted above unless the licensee or licensor states an objection thereto to Honeywell within ten (10) calendar days of the notice from Honeywell that it will appear before the Court to assert its objection at a hearing to determine whether disclosure should be ordered.

7. After ten (10) calendar days notice to each licensee or licensor as contemplated in Paragraph 5 above, if no objection is made by the licensee or licensor, Solvay will produce such agreement to Honeywell.

8. After ten (10) calendar days notice to each licensee or licensor as contemplated in Paragraph 5 above, if no objection is made by the licensee or licensor, Honeywell will produce such agreement to Solvay.

9. Plaintiff Solvay and defendant Honeywell agree to the terms noted above.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Richard L. Horwitz | /s/ Thomas C. Grimm |
| Richard L. Horwitz (#2246) | Thomas C. Grimm (#1098) |
| David E. Moore (#3983) | Leslie A. Polizoti (#4299) |
| Hercules Plaza, 6th Floor | 1201 N. Market Street |
| 1313 N. Market Street, P.O. Box 951 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 984-6000 | (302) 658-9200 |
| rhorwitz@potteranderson.com | tgrimm@mnat.com |
| dmoore@potteranderson.com | lpolizoti@mnat.com |

2

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>(703) 413-3000<br>*Attorneys for Solvay, S.A.* | KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>(213) 680-8400<br>*Attorneys for Honeywell International Inc. and Honeywell Specialty Materials, LLC.* |

Dated: September _____, 2007

SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge