## E-Mail Request for Emergency Relief

1. Case Number:    06-cv-557-SLR

2. Check the box that applies:

   ✓ Requesting a teleconference with the parties and the court
      Requesting an in-person conference with the parties and the court
      Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Honeywell, on October 3, requested that plaintiff produce certain documents that were wrongfully characterized as privileged communications and withheld by plaintiff from production. Plaintiff failed to respond for over 3 weeks, and then was non-responsive to the particular bases identified by Honeywell for demanding production of these specific documents. The parties have met and conferred, but are deadlocked. Honeywell respectfully seeks the Court's intervention to compel production of these wrongfully withheld documents. Pursuant to the joint discovery plan, specifically paragraphs 2(f)(1-3), Honeywell requests a conference with the Court to address Solvay's refusal to establish any basis under which these documents could be privileged or to produce them, or, in the alternative, leave of the Court to file a Rule 37 Motion to Compel.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Barry Herman, Esq.

5. Response of opposing counsel to this request:



6. Name of local counsel making this request: Thomas Grimm, Esq.

7. Today's Date: 11/1/2007

*********************************************************************************

For court use only:

☐ A teleconference will be held on _____ to be coordinated and initiated by

✓ An in-person discovery conference will be held on: Friday, 11/16/07 at 10 AM

✓ Other: Documents in dispute shall be brought to the discovery conf. and the non-prevailing party shall pay the costs for this proceeding.

### Opposing Counsel's Response to E-Mail Request for Emergency Relief

1. Case Number:        06-cv-557-SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

> Honeywell's request fails to identify why it believes that Solvay's stated basis for privilege as set forth in its privilege log and as further explained to Honeywell in response to its inquiry is improper. Further, there was no "refusal to establish any basis" for privilege. To the contrary, Solvay provided this basis to Honeywell. Further, Solvay was not "non-responsive" to Honeywell's assertion and the documents were not "wrongfully withheld." As to Honeywell's pejorative "over 3 weeks" assertion, Solvay and Honeywell were discussing a number of issues at this time as well as attending to depositions and expert reports, and Honeywell placed no particular importance on this issue. If it had, Honeywell would have notified Solvay after a few days that it had yet to receive a response.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: David E. Moore

4. Today's Date: November 2, 2007

***********************************************************************************