## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

November 15, 2007

The Honorable Sue L. Robinson **BY E-FILING**
United States District Court
    for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.*
      C.A. No. 06-557-SLR

Dear Judge Robinson:

Defendant Honeywell International Inc. offers the following agenda of topics for discussion during the discovery conference scheduled for tomorrow, November 16, 2007, at 10:00 a.m.:

(1)   whether Solvay can properly claim privilege/work product protection to communications with its in-house non-attorney patent agents when the communications were not conducted with or at the direction of an attorney at law;

(2)   whether Solvay can properly claim privilege/work product protection to communications among Solvay employees when the communications were not conducted with or at the direction of an attorney at law; and

(3)   whether certain entries on Solvay's privilege log meet the minimum requirements under Delaware law or to enable Honeywell to evaluate the claim of privilege.

Respectfully,

*Thomas C. Grimm*
Thomas C. Grimm (#1098)

TCG
cc:   Dr. Peter T. Dalleo, Clerk (via hand delivery)
      Richard L. Horwitz, Esquire (via e-filing & e-mail)
      Barry J. Herman, Esquire (via e-mail)
      Robert G. Krupka, Esquire (via e-mail)