

**Potter
Anderson
&Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

November 15, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

Re: Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.
C.A. No. 06-557-SLR

Dear Judge Robinson:

I write with respect to Thomas Grimm's letter to you earlier today concerning our discovery conference scheduled for tomorrow at 10:00 a.m. and, in particular, with respect to point (3) of his letter. Point (3) is as follows - "whether certain entries on Solvay's privilege log meet the minimum requirements under Delaware law or to enable Honeywell to evaluate the claim of privilege."

Despite having Solvay's privilege log for over four months, this is the first time that Honeywell has raised any question as to the adequacy of Solvay's privilege log. In fact, it should be difficult for Honeywell to do so since Solvay's privilege log has comparable detail to Honeywell's privilege log. In the event that the Court wishes to consider point (3) at the same time the Court considers points (1) and (2), the Court may wish to adjourn the conference to permit the parties to have a meet and confer with respect to Solvay's privilege log (and Honeywell's privilege log).

As to the documents which are the subject of tomorrow's conference, after Honeywell filed its emergency motion, Solvay asked Honeywell to identify the documents which are the subject of the conference and Honeywell identified 175 documents. Thus, even if one considers only the documents that are the subject of the conference and wishes to consider only the privilege log entries for these documents, there will be 175 entries to consider.

Solvay is, of course, pleased to proceed as the Court directs - whether the Court wishes to adjourn the conference to permit Solvay and Honeywell to discuss at length the entries for the 175 documents in question or whether the Court wishes to proceed with the conference tomorrow.

The Honorable Sue L. Robinson
November 15, 2007
Page 2

      Solvay does not agree with Honeywell's characterization of the dispute as set forth in Honeywell's points (1) and (2) but will be prepared to discuss this matter with the Court tomorrow or at a future date as the Court prefers.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
832230 / 30651

cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via efiling and electronic mail)