# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

November 21, 2007

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Solvay, S.A. v. Honeywell Specialty Materials LLC, et al.*
> C.A. No. 06-557-SLR

Dear Judge Robinson:

  Honeywell submits this letter in accordance with Your Honor's request that (1) the parties provide two authorities for their respective positions; and (2) Honeywell provide a list of twenty-five documents that will be reviewed *in camera*. Honeywell understands that if Your Honor determines that documents were improperly withheld, Solvay will be required to produce all documents (not only the twenty-five documents reviewed *in camera*).

  To place this dispute in context, Honeywell first became aware of this privilege issue at the end of September when it learned during depositions that certain Solvay personnel who had been identified as "Patent Attorney(s)" on Solvay's privilege log were not in fact attorneys, but non-attorney patent agents. These non-attorney deponents (as well as other Solvay personnel in later depositions) were instructed by Solvay's litigation counsel to not answer certain questions on the basis of attorney-client privilege <u>even though</u> these individuals were not able to identify any attorneys at law with whom they had communicated. Honeywell then went back to Solvay's privilege log and identified numerous entries claiming privilege even though the authors and recipients were non-lawyer Solvay personnel or non-attorney third parties, with no indication that any licensed attorney was at all involved. Although Honeywell invited Solvay to provide appropriate authority for its position, as it is Solvay's burden to do, supporting its claim of privilege, Solvay has failed to do so.

  Honeywell's authority (under Belgian and French law) that – as is also the case under U.S. law -- communications among non-lawyers (even patent agents) are not privileged when these communications are not conducted with or at the specific direction of an attorney at law is as follows:

The Honorable Sue L. Robinson
November 21, 2007
Page 2

- Unable to find a case applying Belgian law, Honeywell submits the Declaration of Stefaan Deckmyn, Attachment 1 (Belgian law does not provide for attorney-client privilege for non-lawyer communications unless conducted with or under the supervision of an attorney at law. The analysis of the court in *Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*, 188 F.R.D. 189 (S.D.N.Y., 1999) would equally apply to Belgian law).

- *Commissariat a l'Enerigie Atomique v. Samsung Electronics Co.*, 2007 WL 3002975, at *9 (D. Del. 2007) (Under French law, communications with in-house patent agents are not privileged. Communications with in-house attorneys at law are also not privileged).

Honeywell also provides in Attachment 2 the list of twenty-five documents for *in camera* review.

Finally, Honeywell requests the following remedies:

(1) Solvay be ordered to produce all communications among non-lawyers not conducted with or under the direct and specific supervision of an attorney at law;

(2) Solvay be ordered to make available at its cost for deposition the witnesses who were previously instructed not to answer on the basis of an improper assertion of privilege;

(3) Solvay be ordered to make available for deposition additional witnesses after Solvay produces the documents that it improperly withheld;

(4) Solvay be ordered to pay the costs and attorneys' fees Honeywell incurred in obtaining this Order, and such other relief as the Court deems appropriate.

Respectfully,

Thomas C. Grimm

Thomas C. Grimm (#1098)

Enclosures
cc:   Dr. Peter T. Dalleo, Clerk (by hand, w/encls.)
      Richard L. Horwitz, Esquire (by e-filing & e-mail, w/encls.)
      Barry J. Herman, Esquire (by e-mail, w/encls.)
      Robert G. Krupka, Esquire (by e-mail, w/encls.)

# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>HONEYWELL SPECIALTY MATERIALS, LLC and HONEYWELL INTERNATIONAL INC.,<br><br>        Defendants. | C.A. No. 06-557-SLR |

## DECLARATION OF STEFAAN DECKMYN

I, Stefaan Deckmyn, hereby declare as follows:

1.  I am a citizen of Belgium and am a licensed attorney at law with Loyens Brussels, Belgium.

2.  I studied law at the University of Leuven (J.D.; 1992) and the University of Chicago (LL.M.; 1993). I have been practicing law since 1993 (first in Antwerp, Belgium, and then subsequently in Brussels, Belgium).

3.  I was contacted by Kirkland & Ellis International LLP regarding the law of privilege under Belgian law.

4.  Based on my experience of 14 years as an attorney in Belgium, communications with in-house patent agents who are not registered as members of the Belgian Institute for Corporate Counsel ("Instituut voor bedrijfsjuristen/Institut des juristes d'entreprise") (hereafter "BICC") are not considered to be attorney-client privileged communications under Belgian law and thus such communications are not

1

exempt from disclosure in a court of law under an evidentiary privilege, unless they emanate from or are addressed to an attorney at law (an attorney who is licensed to practice in Belgium) or an in-house counsel who is registered as a member of the BICC. Even if an in-house patent agent allegedly "functions" as an attorney, that distinction does not change the requirements that must be met under Belgian law in order to establish an evidentiary privilege for communications with an in-house patent agent.

5. Based on my experience of 14 years as an attorney in Belgium, communications with non-lawyers are only privileged when these communications emanate from or are addressed to an attorney at law (an attorney who is licensed to practice in Belgium) or an in-house counsel who is registered as a member of the BICC. Communications between non-lawyers that do not meet these conditions are not exempt from disclosure in a court of law under an evidentiary privilege. Even if the communications between non-lawyers arose from communications with an in-house patent agent, those communications cannot be privileged unless the in-house patent agent is a member of the BICC. In addition, even if the communications between non-lawyers arose from communications with an in-house patent agent who allegedly "functions" as an attorney, that distinction does not change the requirements that must be met under Belgian law in order to establish an evidentiary privilege.

6. I have reviewed the case *Bristol Myers v. Rhone Poulenc* (attached to this declaration) and agree that the analysis conducted by the court regarding the French statutes would equally apply to Belgian law. Although the content of the two notions slightly diverges, Belgian law widely draws the same distinction between secrecy obligations ("beroepsgeheim/secret professionel") and privilege

3

("vertrouwelijkheid/confidentialité") as the French law discussed in the *Bristol Myers* case.

7.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 22nd day of November 2007 in Brussels, Belgium.

_____
Stefaan Deckmyn

3

TAB 2

SOLVAY'S PRIVILEGE LOG CATEGORIES [25 SELECTED ENTRIES]

1. Documents "providing legal advice regarding patent application" or "providing legal advice regarding license" sent from non-lawyer Solvay personnel; documents "requesting legal advice regarding patent application" sent to non-lawyer Solvay personnel; and some documents "reflecting legal advice regarding patent application," where Solvay was not working with a lawyer on relevant applications (i.e. before filing of '817 priority application, which was filed by non-lawyer at Solvay.)

   Lines:  22, 1631, 1639, 1647, 1672, 1676, 1679, 1682

|  | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 22 | 7/3/2006 | Stefan Mross | Jean-Francois Serrier | Philippe Jacques, Sandrine Hellinckx | Attorney-client | Document providing legal advice regarding license. |
| 1631 | 11/16/1995 | Philippe Jacques | | Eberhard Piepho | Attorney-client | Document providing legal advice regarding patent application. |
| 1639 | 10/17/1995 | Philippe Jacques | | | Attorney-client | Document providing legal advice regarding patent application. |
| 1647 | 10/3/1995 | Philippe Jacques | | | Attorney-client | Document providing legal advice regarding patent application. |
| 1672 | 7/18/1995 | Vincent Wilmet | Department de la Propriete Industrielle | Philippe Jacques, Eberhard Piepho, Frans Grunchard, MRD, Bernhard Schulte, Dominique Balthasart, JFK, Francine Delplanque-Janssens, Vincent Wilmet, Jean-Paul Schoenbrechts | Attorney-client | Document requesting legal advice regarding patent application. |

12224837

2

|      | Docdate   | Author                          | Recip                                      | Cc                                                                                                                              | Privilege       | Description                                                     |
|------|-----------|---------------------------------|--------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------------------------------------------------------------|
| 1676 | 7/4/1995  | Vincent Wilmet                  | Department de la Propriete Industrielle    | Eberhard Piepho, Frans Grunchard, MRD, Bernhard Schulte, Dominique Balthasart, JFK, Francine Delplanque-Janssens, Vincent Wilmet | Attorney-client | Document reflecting legal advice regarding patent application. |
| 1679 | 6/28/1995 | Francine Delplanque-Janssens    | Philippe Jacques                           | Vincent Wilmet                                                                                                                  | Attorney-client | Document reflecting legal advice regarding patent application. |
| 1682 | 6/20/1995 | Francine Delplanque-Janssens    |                                            | MP, JFK, Vincent Wilmet, Jean-Paul Schoenbrechts, Bernhard Schulte                                                              | Attorney-client | Document reflecting legal advice regarding patent application. |

2

12224837

2. Documents "providing legal advice regarding patents" from non-lawyer Solvay personnel and documents "requesting legal advice regarding patents" sent to non-lawyer Solvay personnel, as well as documents "reflecting legal advice regarding patents" where no prior communication with lawyer regarding "patent[s]" was logged by Solvay.

   Lines:  914, 1681, 1683, 1688

|      | Docdate   | Author                                  | Recip                                                                                    | Cc                                                              | Privilege       | Description                                                                     |
|------|-----------|-----------------------------------------|------------------------------------------------------------------------------------------|-----------------------------------------------------------------|-----------------|---------------------------------------------------------------------------------|
| 914  | 5/26/2003 | Stefan Mross                            |                                                                                          |                                                                 | Attorney-client | Document providing legal advice regarding patents.                              |
| 1681 | 6/21/1995 | Francine Delplanque-Janssens            | MP, JFK, Vincent Wilmet, Jean-Paul Schoenbrechts, Bernhard Schulte                       |                                                                 | Attorney-client | Document providing legal advice regarding patent.                               |
| 1683 | 6/15/1995 | Jean-Paul Schoenbrechts, Vincent Wilmet | Francine Delplanque-Janssens, JCY, Bernhard Schulte, Vincent Wilmet, Jean-Paul Schoenbrechts, JFK |                                                                 | Attorney-client | Document written for the purpose of providing legal advice regarding patent.    |
| 1688 | 5/23/1995 | Francine Delplanque-Janssens            |                                                                                          | JFK, Jean-Paul Schoenbrechts, Vincent Wilmet, Bernhard Schulte  | Attorney-client | Document providing legal advice regarding patent.                               |

3

3. Documents "providing legal advice regarding dispute with Honeywell" sent from non-lawyer Solvay personnel.

    Lines: 718, 980

|  | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 718 | 4/21/2004 | Stefan Mross | Jacqueline Panier | Philippe Jacques | Attorney-client/work product | Document providing legal advice regarding dispute with Honeywell. |
| 980 | 2/20/2003 | Intellectual Assets Management Department |  |  | Attorney-client/work product | Document providing legal advice regarding dispute with Honeywell. |

4. Documents created by non-lawyer Solvay personnel "in anticipation of litigation…regarding dispute with Honeywell" prior to first logged communication from Oblon Spivak, or any other attorney. (First letter from Oblon is 11/3/03). Solvay has not provided Honeywell, in its privilege log or otherwise, any basis to conclude that these documents were created at the direction of a licensed attorney.

    Lines: 1005, 1029, 1100, 1173, 1238, 1268, 1290, 1508

|  | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 1005 | 11/28/2002 |  |  |  | Attorney-client/work product | Document created in anticipation of litigation reflecting legal advice regarding dispute with Honeywell. |
| 1029 | 9/24/2002 | Luc Delcommune | Wilfried Moritz | Philippe Jacques | Attorney-client/work product | Document created in anticipation of litigation providing legal advice regarding dispute with Honeywell. |
| 1100 | 3/26/2002 | Philippe Jacques, Luc Delcommune | Hartmut Heidler, Lothar Zipfel, Pierre Dourne, Luc Delcommune, Philippe Jacques |  | Attorney-client/work product | Document created in anticipation of litigation providing legal advice regarding patents. |

4

12224837

|      | Docdate    | Author           | Recip                                                                                          | Cc              | Privilege                       | Description                                                                                                |
|------|------------|------------------|------------------------------------------------------------------------------------------------|-----------------|---------------------------------|------------------------------------------------------------------------------------------------------------|
| 1173 | 8/3/2001   | Philippe Jacques | Hartmut Heidler                                                                                | Sabine Kaschube | Attorney-client/work product    | Document created in anticipation of litigation providing legal advice regarding dispute with Honeywell.    |
| 1238 | 8/28/2000  | Lothar Zipfel    | Philippe Jacques                                                                               |                 | Attorney-client/work product    | Document created in anticipation of litigation reflecting legal advice regarding patents.                  |
| 1268 | 3/31/2000  | Philippe Jacques |                                                                                                |                 | Attorney-client/work product    | Document created in anticipation of litigation providing legal advice regarding dispute with Honeywell.    |
| 1290 | 12/23/1999 | Philippe Jacques | Janine Schaheys                                                                                | Stefan Mross    | Attorney-client/work product    | Document created in anticipation of litigation reflecting legal advice regarding dispute with Honeywell.   |
| 1508 | 4/6/1998   | Pierre Barthelemy| Pierre Barthelemy, Hartmut Heidler, Wilfried Moritz, Ken Neugebauer, Patrick Roumegoux, Lothar Zipfel |                 | Yes-work product                | Document reflecting legal advice regarding 245.                                                            |

5. Documents "providing legal advice regarding 245" sent from non-lawyer Solvay personnel, documents "requesting legal advice regarding 245"sent to non-lawyer Solvay personnel, and documents "reflecting legal advice regarding 245" where no prior communication with attorney "regarding 245" was logged by Solvay.

<u>Lines</u>:  1444, 1534, 1650

|      | Docdate    | Author                          | Recip                                                                                             | Cc                                                                                          | Privilege       | Description                                      |
|------|------------|---------------------------------|---------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------|-----------------|--------------------------------------------------|
| 1444 | 4/20/1998  | Philippe Jacques, Chantal Louis | Francine Delplanque-Janssens, Vincent Wilmet, Philippe Jacques, Chantal Louis                     | Francine Delplanque-Janssens, Vincent Wilmet, Eberhard Piepho, Dominique Balthasart         | Attorney-client | Document providing legal advice regarding 245.   |
| 1534 | 11/17/1997 | Philippe Jacques                | Eberhard Piepho                                                                                   |                                                                                             | Attorney-client | Document providing legal advice regarding 245.   |
| 1650 | 10/2/1995  | Vincent Wilmet                  | Francine Delplanque-Janssens, JCY, MRD, Bernhard Schulte, Dominique Balthasart, Werner Rudolph, Philippe Jacques, JDX, Jean-Paul Schoenbrechts, Vincent Wilmet, JFK |                                                                                             | Attorney-client | Document reflecting legal advice regarding 245.  |