

**Potter
Anderson
& Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore

Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 21, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

Re: Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.
C.A. No. 06-557-SLR

Dear Judge Robinson:

At our discovery conference last Friday (November 16), the Court requested each party to submit the citations for its two best cases with respect to whether communications with a European Patent Attorney (Belgium) providing or seeking legal advice are entitled to the protection of the attorney-client privilege. Solvay's citations are *Renfield Corp. v. E. Remy Martin & Co., S.A.*, 98 F.R.D. 442 (D. Del. 1982) and *Vernitron Medical Products, Inc. v. Baxter Laboratories, Inc.*, No. Civil 616-73, 1975 U.S. Dist. LEXIS 12613 (D. N.J. April 29, 1975).

After the conference, counsel for Solvay and Honeywell agreed that today would be the day to submit these citations to the Court. Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

/s/ *David E. Moore*

David E. Moore

DEM/msb
833445 / 30651

cc: Clerk of the Court (via hand delivery)
    Counsel of Record (via electronic mail)