

**David E. Moore**

Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

November 26, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

Re:  **Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.**
     **C.A. No. 06-557-SLR**

Dear Judge Robinson:

This letter is in response to Mr. Grimm's November 21 letter.

At the discovery conference on November 16, the Court specifically instructed the parties that the letters requested by the Court should only include citations for each party's two best cases without analysis or anything else (apart from Honeywell's identification of the 25 documents).  In its November 21 response, Honeywell improperly disregarded the Court's instructions and provided a letter brief, explanations of its two cases, a declaration from a purported Belgian licensed attorney at law and a request for further relief, including a re-opening of discovery, further depositions, and an award to Honeywell of its attorney fees.

Honeywell's submission in direct violation of the Court's instructions should be stricken, and the additional relief raised in its letter should be summarily rejected.

If, nonetheless, the Court wishes to consider Honeywell's submission (which Solvay asserts would be improper) on the merits of the privilege dispute, Solvay should be permitted to respond thereto, and is prepared to file a responsive letter brief within two days of receiving instructions from the Court.

Solvay will be submitting on Tuesday, November 27 the 25 documents identified by Honeywell.  Some of these documents are not in English but counsel for Solvay has requested translations of these documents and these translations will be submitted as promptly as possible.

The Honorable Sue L. Robinson
November 26, 2007
Page 2

We are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM/msb
833746 / 30651

cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic mail)