# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

November 26, 2007

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Solvay, S.A. v. Honeywell Specialty Materials LLC, et al.*
      C.A. No. 06-557-SLR

Dear Judge Robinson:

We disagree with Mr. Moore's characterization of our November 21 letter to the Court as a "letter brief," and we certainly did not intend to, nor do we believe we did, improperly disregard the Court's instructions at the November 16 hearing. The background in our letter merely provided the context to our authority. In the absence of a case applying Belgian law, the submitted declaration, as disclosed, establishes that the *Bristol Myers Squibb* case (which is based on French law) is equally applicable to the improper claim of attorney client privilege for communications with non-attorney patent agents under Belgian law. The relief we identified in the letter merely restates, for the convenience of the Court, the relief originally requested, coupled with the relief the Court indicated in would grant in its November 2 Order scheduling the November 16 hearing (i.e., " . . . the non-prevailing party shall pay the costs for this proceeding").

For these reasons, we do not believe our letter requires any response from Solvay. However, this is an important discovery matter. Solvay has refused to produce at least scores, and likely many hundreds, of documents involving communications involving non-attorneys for which no claim of privilege can be properly asserted. Therefore, if further communications or briefing will be helpful to the Court, Honeywell requests an opportunity to respond to Solvay's letter of November 21 citing its two authorities.

Respectfully,

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

The Honorable Sue L. Robinson
November 26, 2007
Page 2

cc:    Dr. Peter T. Dalleo, Clerk (by hand)
       David E. Moore, Esquire (by e-filing)
       Barry J. Herman, Esquire (by e-mail)
       Laura M. Burson, Esquire (by e-mail)

1321508