

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

November 27, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.
     C.A. No. 06-557-SLR

Dear Judge Robinson:

Further to our letter of November 26, 2007, enclosed are the 25 documents that were identified by Honeywell from Solvay's privilege log for *in camera* inspection. As the Court will see, a number of these documents are written in French. We hope to have translations of those French documents to provide to the Court by the end of the week.

In addition, we think it might be helpful to the Court for us to provide a brief summary about the authors, recipients, and subject matter of each of the 25 documents, to provide a context in which the Court can consider the pending issues. However, in view of the dispute over whether a recent letter from Honeywell's counsel was beyond the scope of what the Court had requested, we were reluctant to submit that summary without the approval of the Court. Therefore, if the Court believes that additional information would be useful, please let me know and we will provide such a summary to the Court as quickly as possible.

Respectfully,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
833981 / 30651

Enclosures (to Judge Robinson only – not filed or served)
cc:   Clerk of the Court (via hand delivery) (w/o enc.)
      Counsel of Record (via electronic mail) (w/o enc.)