

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

November 30, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:  **Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.**
     **C.A. No. 06-557-SLR**

Dear Judge Robinson:

Further to our letter of November 27, 2007, regarding the 25 documents that were identified by Honeywell from Solvay's privilege log for *in camera* inspection, enclosed are translations of those French documents associated with the log document nos. 22, 980, 1631, 1672, 1676 and 1679. Counsel will provide the remaining translations to the Court as soon as they are received and, if necessary, on a rolling basis.

Counsel are available at the Court's convenience, if Your Honor has any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt
8346581 / 30651

Enclosures (to Judge Robinson only – not filed or served)
cc:   Clerk of the Court (via hand delivery) (w/o enc.)
      Counsel of Record (via electronic mail) (w/o enc.)