

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

December 3, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   **Solvay, S.A. v. Honeywell Specialty Materials, LLC, et al.
       C.A. No. 06-557-SLR**

Dear Judge Robinson:

Further to our letter of November 30, 2007 regarding translations of French documents identified by Honeywell for *in camera* inspection, enclosed are translations for the remainder of the French documents previously provided to the Court - log document nos. 1005, 1444, 1639, 1647, 1650, 1681, 1682, 1683 and 1688.

Counsel are available at the Court's convenience, if Your Honor has any questions.

Respectfully,

/s/ *David E. Moore*

David E. Moore

DEM:nmt
834868 / 30651

Enclosures (to Judge Robinson only – not filed or served)
cc:   Clerk of the Court (via hand delivery) (w/o enc.)
       Counsel of Record (via electronic mail) (w/o enc.)