IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-557-SLR |
| | ) |
| HONEYWELL SPECIALTY MATERIALS LLC and HONEYWELL INTERNATIONAL INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 10th day of December, 2007, having reviewed the letters submitted by the parties in connection with their discovery dispute over the application of the attorney-client privilege;

IT IS ORDERED that, on or before December 17, 2007, plaintiff Solvay S.A. may supplement its letter submission (D.I. 93) in response to Honeywell's letter submission (D.I. 91). As part of its responsive letter brief, it would be helpful to the court for Solvay to explain the positions of the authors and recipients of the documents submitted for in camera review.

_____
United States District Judge