IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.<br><br>   Plaintiff,<br><br>v.<br><br>HONEYWELL SPECIALTY<br>MATERIALS, LLC and<br>HONEYWELL INTERNATIONAL INC.,<br><br>   Defendants. | C. A. No. 06-557-SLR |

### PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANT HONEYWELL INTERNATIONAL INC.

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Solvay, S.A. ("Solvay") will take the deposition of Honeywell International Inc. ("Honeywell") commencing on January 8, 2008 at 9:00 a.m. at the offices of Oblon, Spivak, located at 1940 Duke Street, Alexandria, Virginia, 22314, or some other mutually agreeable date and location, and continuing from day to day until completed. Pursuant to the Federal Rules of Civil Procedure, Honeywell is directed to produce a knowledgeable witness to testify on Honeywell's behalf on the topics listed and described in Attachment A hereto.

The examination(s) will be taken before a notary public or other person authorized to administer oaths and may be recorded stenographically and/or videographically. Testimony derived pursuant to this notice of deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel.: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: December 21, 2007

*Attorneys for Plaintiff Solvay, S.A.*

839493

## ATTACHMENT A

1. Facts and circumstances relating to the preparation of the disclaimer of the '839 patent to the public under 35 U.S.C. § 253 and 37 C.F.R. § 1.321(b) filed with the USPTO by Honeywell on December 13, 2007, and produced to Solvay on December 18, 2007.

2. Facts and circumstances relating to the creation, retention, disclosure, and custodianship of the document bates numbered HON0033155-HON0033156.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 21, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 21, 2007, I have Electronically Mailed the document to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

756119 / 30651