## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.                                 )<br><br>        Plaintiff,             )<br><br>        v.                      )<br><br>HONEYWELL SPECIALTY MATERIALS, LLC  )<br>and HONEYWELL INTERNTIONAL INC.,    )<br><br>        Defendants.      )<br> | C.A. No. 06-557-SLR |

### NOTICE OF DEPOSITION OF SCOTT D. JACOBSON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure and Delaware Local Rules 30.1 through 30.6, Plaintiff Solvay, S.A. will take the

deposition of Mr. Scott D. Jacobson of Honeywell International Inc. at the Hyatt Summerfield

Suites, 194 Park Avenue, Morristown, New Jersey, or at another location by mutual agreement

of counsel, commencing at 9:00 A.M. on January 10, 2008, or at another date and time by mutual

agreement of counsel. The deposition will be taken upon oral examination before a notary public

or other officer duly authorized to administer oaths and will continue day to day until completed.

The deposition may also be videotaped. You are invited to attend and cross-examine.

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 2314
Tel.: (703) 413-3000
Fax.: (703) 413-2220

Dated:  December 21, 2007

839491

POTTER ANDERSON & CORROON LLP

By:      /s/ David E. Moore
         Richard L. Horwitz (#2246)
         David E. Moore (#3983)
         Hercules Plaza, 6th Floor
         1313 N. Market Street
         Wilmington, DE 19801
         Tel.: (302) 984-6000
         Fax.: (302) 658-1192
         rhorwitz@potteranderson.com
         dmoore@patteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 21, 2007, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on December 21, 2007, I have Electronically Mailed the document to

the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
service-solvay@kirkland.com


By: _/s/ David E. Moore_
      Richard L. Horwitz
      David E. Moore
      Potter Anderson & Corroon LLP
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

756119 / 30651