IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-557-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Paragraph 7 of the Scheduling Order entered on February 1, 2007, plaintiff Solvay, S.A, ("Solvay") and defendant Honeywell International Inc. ("Honeywell") submit this Joint Claim Construction Statement identifying for the Court the limitations of the claims in U.S. Patent No. 6,730,817 that require construction, including each party's proposed constructions, and constructions to which the parties have agreed.

### Asserted Claims

Solvay asserts that Honeywell infringes claims 1-7, 10-18, and 21-22 of its United States Patent No. 6,730,817 ("the '817 patent") which read:

1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

2. The process of claim 1, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar

ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150°C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane.

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIA, IVa, IVb, Va, Vb and VIb of the periodic table.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar

> ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.
>
> 14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.
>
> 15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.
>
> 16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.
>
> 17. The process of claim 12, wherein the 1,1,1,3,3-pentachloropropane is prepared by a reaction between vinyl chloride and tetrachloromethane.
>
> 18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.
>
> 21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.
>
> 22. The process of claim 18, wherein the catalyst is antimony pentachloride.

The parties' list of claim terms and corresponding proposed claim construction are attached.

| | |
|---|---|
| *Of Counsel:* | By:  /s/ David E. Moore  <br>Potter Anderson & Corroon LLP |
| Arthur I. Neustadt <br>Jean-Paul Lavalleye <br>Barry J. Herman <br>John F. Presper <br>Oblon, Spivak, McClelland, <br>Maier & Neustadt, P.C. <br>1940 Duke St. <br>Alexandria, VA 22314 <br>Tel.: (703) 413-3000 | Richard L. Horwitz (I.D. # 2246) <br>David E. Moore (I.D. # 3983) <br>1313 N. Market Street, 6th Floor <br>Wilmington, DE 19899-0951 <br>Tel: (302) 984-6000 <br>rhorwitz@potteranderson.com <br>dmoore@potteranderson.com |

*Attorneys for Plaintiff Solvay, S.A.*

|  |  |
|---|---|
| *Of Counsel:* | By:   /s/ *Thomas C. Grimm* |
|  | Morris, Nichols, Arsht & Tunnell LLP |
| Robert G. Krupka | Thomas C. Grimm |
| Laura M. Burson | Leslie A. Polizoti |
| Kirkland & Ellis LLP | 1201 North Market Street |
| 777 South Figueroa Street | P.O. Box 1347 |
| Los Angeles, CA 90017 | Wilmington, DE 19899 |
| Tel: (213) 680-8400 | Tel: (302) 658-9200 |
|  | tgrimm@mnat.com |
|  | lpolizoti@mnat.com |

*Attorneys for Defendant Honeywell International Inc.*

Dated:   January 15, 2008

4