IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-557-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

## PARTIES' PROPOSED ELEMENT-BY-ELEMENT CLAIM CONSTRUCTION CHART

*Of Counsel:*
Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
Oblon, Spivak, McClelland,
Maier & Neustadt, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Potter Anderson & Corroon LLP
Richard L. Horwitz (I.D. # 2246)
David E. Moore (I.D. # 3983)
1313 N. Market Street, 6th Floor
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

*Of Counsel:*
Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8400

Morris, Nichols, Arsht & Tunnell LLP
Thomas C. Grimm
Leslie A. Polizoti
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com

*Attorneys for Defendant Honeywell International Inc.*

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | Honeywell believes that the terms of the asserted claims should all be interpreted in accordance with their ordinary meaning. However, certain terms, as noted below, will be more understandable to the lay jury if shortened and described in language more understandable to lay persons, but which are entirely consistent with how a person of ordinary skill in the art would interpret the ordinary meanings. For example, "1,1,1,3,3- pentafluoropropane" will be more understandable to the jury as "HFC 245fa", which is the ordinary meaning attributed to that terminology by a person of ordinary skill in the art. | |
| **Claim 1** | | |
| In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a | The preamble means: in a process for preparing HFC-245fa from the reaction of HCC-240fa with HF in the presence of a hydrofluorination catalyst. Because of the Jepson format of this claim, this preamble is deemed admitted prior art. | *Ordinary Meaning:*<br>A process for preparing HFC-245fa that includes reacting HCC-240fa with HF in the presence of a hydrofluorination catalyst.<br><br>*Intrinsic Evidence:*<br>"The present invention relates to a process for the preparation of 1,1,1,3,3- |

1

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| hydrofluorination catalyst, | | pentafluoropropane (HFC-245fa)." ('817 patent, col. 1, lines 4-5).<br><br>"The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst." ('817 patent, col. 1, lines 47-50). |
| the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous | The phrase "carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous" means: carrying out the reaction that creates HFC-245fa at a temperature and under a pressure such that pure HFC-245fa would exist only as a gas. (See 8/30/2000 Remarks Accompanying Amendment, pp. 8, 11; Applicant's 2/13/2001 Brief on Appeal, p. 9) | *Ordinary Meaning*:<br>Carrying out the reaction at a temperature and pressure at which HFC-245fa produced is present as a gas in the reactor.<br><br>*Intrinsic Evidence*:<br>"The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48). |
| and isolating and [sic] 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3- | The entire phrase means: separating HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst, and partially fluorinated intermediates by removing as a gas | *Ordinary Meaning*:<br>Separating gaseous HFC-245fa from the reaction mixture in the reactor by continuously separating a gas stream containing HFC-245fa and HCl from the |

2

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed. | only the HFC-245fa and HCl from that mixture as soon as the HFC-245fa and HCl are created. | reaction mixture.<br><br>*Intrinsic Evidence*:<br>"The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48).<br><br>"In fact, as stated on p. 3, l. 13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, l. 28-30)." ('817 file history, paper 18 at pg. 12, lines 1-5).<br><br>"It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants, as well as the chlorofluoropropanes possibly formed |

3

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced …" ('817 patent, col. 2, line 64 – col. 3, line 10). |
| **Claim 2.** | | |
| The process of claim 1, which comprises conducting the reaction continuously in a liquid phase | The phrase "conducting the reaction continuously in a liquid phase" means: adding components to, and removing components from, the reaction mixture while the reaction to create HFC-245fa proceeds wholly in a liquid state. | *Ordinary Meaning*: Continuously feeding HCC-240fa and HF into the reactor and reacting the HCC-240fa and the HF in the presence of a hydrofluorination catalyst in a liquid phase reaction.<br><br>*Intrinsic Evidence*:<br>"The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form." ('817 patent, col. 2, lines 40-42).<br><br>"The process according to the invention may |

4

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
|  |  | be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase." ('817 patent, col. 2, lines 49-55). |
| and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000. | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be maintained from 0.001 to 1000. | *Ordinary Meaning*: Maintaining the molar ratio of catalyst to HCC-240fa in an amount of from 0.001-1,000.<br><br>*Intrinsic Evidence*:<br>"The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |

5

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| **Claim 3.** | | |
| The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5. | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be greater than 0.5. | *Ordinary Meaning*: Maintaining the molar ratio of catalyst to HCC-240fa in an amount greater than 0.5, which allows a continuous reaction to occur.<br><br>*Intrinsic Evidence*:<br>"The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |
| **Claim 4.** | | |
| The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane. | The phrase "5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane" means: 5 to 100 moles of HF are consumed for each mole of HCC-240fa consumed in the reaction. | *Ordinary Meaning*:<br>5 to 100 moles of HF are added to the reactor for each mole of HCC-240fa added to the reactor.<br><br>*Intrinsic Evidence*:<br>"The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is |

6

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 50." ('817 patent, col. 2, lines 28-33). |
| **Claim 5.** | | |
| The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C. | No construction necessary. | |
| **Claim 6** | | |
| The process of claim 1 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane. | No construction necessary | |
| **Claim 7** | | |
| The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of | No construction necessary. | |

7

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table. | | |
| **Claim 9.** | | |
| The process of claim 7, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst. | Like the preamble, this is deemed admitted prior art; no construction necessary. | |
| **Claim 10.** | | |
| The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides. | No construction necessary. | |
| **Claim 11.** | | |
| The process of claim 7, wherein the catalyst is | No construction necessary. | |

8

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| antimony pentachloride. | | |
| **Claim 12.** | | |
| In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, | The preamble means: "in a process for preparing HFC-245fa from the reaction of HCC-240fa with HF in the presence of a hydrofluorination catalyst." Because of the Jepson format of this claim, this preamble is deemed admitted prior art. | *Ordinary Meaning:*<br>A process for preparing HFC-245fa that includes reacting HCC-240fa with HF in the presence of a hydrofluorination catalyst.<br><br>*Intrinsic Evidence:*<br>"The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa)." ('817 patent, col. 1, lines 4-5).<br><br>"The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with a hydrogen fluoride in the presence of a hydrofluorination catalyst." ('817 patent, col. 1, lines 47-50). |
| the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3- | The phrase "carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous" means: carrying out the reaction that creates HFC-245fa at a temperature | *Ordinary Meaning:*<br>Carrying out the reaction in a reactor at a temperature and pressure at which HFC-245fa produced is present as a gas in the reactor, and the reactor is equipped with a device through which a gas stream containing HCl and HFC-245fa is drawn off. |

9

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| pentafluoropropane is gaseous | and under a pressure such that pure HFC-245fa exists as a gas. (See 8/30/2000 Remarks Accompanying Amendment, pp. 8, 11; Applicant's 2/13/2001 Brief on Appeal, p. 9) | *Intrinsic Evidence*: "The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48).  "To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane." ('817 patent, col. 3, lines 2-14).  "This advantage is emphasized by the terms in independent claim 54 [corresponding to issued claim 12] which is limited to a process |

10

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from | | wherein the reaction is carried out in a reactor equipped with a device for drawing off a gas stream which is controlled (a) to draw off a gas stream of 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture … (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane." ('817 file history, paper 20 at pg. 3). |
| | The phrase "draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is begin formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture" means: removing only the HFC-245fa and HCl, and possibly with residual amounts of other non-reacting compounds, from the reaction mixture as a gas stream | *Ordinary Meaning:* The device is controlled to continuously separate a gaseous stream containing HFC-245fa and HCl from the reaction mixture.<br><br>*Intrinsic Evidence:*<br>"By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced …" ('817 patent, col. 3, lines 7-10).<br><br>"The work is preferably carried out at a |

11

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| the reaction mixture | as soon as the HFC-245fa and HCl are created, in order to separate the HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst, and partially fluorinated intermediates. | temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48).<br><br>"It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants, as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane." ('817 patent, col. 2, line 64 – col. 3, line 2).<br><br>"In fact, as stated on p. 3, l. 13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, l. 28-30)." ('817 file history, paper 18 at pg. 12, lines 1-5). |

12

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane. | "[K]eep in the reactor" is given its ordinary meaning. The phrase "to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane" means: the unconverted HCC-240fa, more than 50% of the hydrogen fluoride and more than 50% of partially fluorinated intermediates remain in the reactor vessel in the liquid state. (Spec. col. 2, ln. 64 - col. 3, ln. 2) | *Construed Meaning*: Unconverted HCC-240fa, most of the HF and most of the products of partial fluorination of HCC-240fa are present in the reactor so that they can react with each other in the liquid phase, but do not have to be present in the reactor on a continuous basis.<br><br>*Intrinsic Evidence*:<br>"... while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane." ('817 patent, col. 3, lines 10-14).<br><br>"It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants, as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachlorpropane." ('817 patent, col. 2, line 62 – col. 3, line 2).|

13

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| **Claim 13.** | | |
| The process of claim 12, which comprises conducting the reaction continuously in a liquid phase | The phrase "conducting the reaction continuously in a liquid phase" means: adding components to, and removing components from, the reaction mixture while the reaction to create HFC-245fa proceeds wholly in a liquid state. | *Ordinary Meaning*: Continuously feeding HCC-240fa and HF into the reactor and reacting the HCC-240fa and the HF in the presence of a hydrofluorination catalyst in a liquid phase reaction.<br><br>*Intrinsic Evidence*:<br>"The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form." ('817 patent, col. 2, lines 40-42).<br><br>"The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase." ('817 patent, col. 2, lines 49-55). |
| and maintaining a molar ratio of the catalyst to 1,1,1,3,3- | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the | *Ordinary Meaning*:<br>Maintaining the molar ratio of catalyst to HCC-240fa in an amount of from 0.001- |

14

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| pentachloropropane maintained from 0.001 to 1000. | ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be maintained from 0.001 to 1000. | 1,000.<br><br>*Intrinsic Evidence*:<br>"The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |
| **Claim 14.** | | |
| The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5. | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be greater than 0.5. | *Ordinary Meaning*:<br>Maintaining the molar ratio of catalyst to HCC-240fa in an amount greater than 0.5, which allows a continuous reaction to occur.<br><br>*Intrinsic Evidence*:<br>"The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no |

15

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |
| **Claim 15.** | | |
| The process of claim 12 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane. | The phrase "5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane" means: 5 to 100 moles of HF are consumed for each mole of HCC-240fa consumed in the reaction. | *Ordinary Meaning*: 5 to 100 moles of HF are added to the reactor for each mole of HCC-240fa added to the reactor.<br><br>*Intrinsic Evidence*: "The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 50." ('817 patent, col. 2, lines 28-33). |
| **Claim 16.** | | |
| The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to | No construction necessary. | |

16

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| 150° C. | | |
| **Claim 17.** | | |
| The process of claim 12 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane. | No construction necessary. | |
| **Claim 18.** | | |
| The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table. | No construction necessary. | |
| **Claim 20.** | | |
| The process of claim 18, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination | Like the preamble, this is deemed admitted prior art; no construction necessary. | |

17

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| catalyst. | | |
| **Claim 21.** | | |
| The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides. | No construction necessary. | |
| **Claim 22.** | | |
| The process of claim 18, wherein the catalyst is antimony pentachloride. | No construction necessary. | |

18