# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-557-SLR |
| | ) |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and HONEYWELL | ) |
| INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 16th day of January, 2008, having conducted an in camera inspection of certain documents and having reviewed the materials submitted in connection with said documents;

IT IS ORDERED that all but two documents[1] shall be produced to defendants. I agree with plaintiff that a "European Patent Attorney," while not an attorney at law, may provide the type of legal services in the area of patent law that warrants the protection of the attorney-client privilege. However, with the exceptions noted above, the documents I reviewed were of a technical and business nature and did not convey

_____

[1] A meeting report (with no production numbers) dated March 26, 2002 and a report dated November 17, 1997 identified by production numbers SOL033227-SOL033234.

the type of legal advice typically deemed to be within the scope of the privilege.

United States District Judge

2