IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-557-SLR ) |
| HONEYWELL SPECIALTY MATERIALS LLC and HONEYWELL INTERNATIONAL INC., | ) ) ) ) ) |
|     Defendants. | ) ) |

**ORDER**

At Wilmington this 11th day of February, 2008,

IT IS HEREBY ORDERED that the oral argument on claim construction and motion(s) for summary judgment scheduled for 9:30 a.m. on Friday, May 2, 2008 is hereby rescheduled to **Monday, May 12, 2008, at 9:30 a.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                         United States District Judge