IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., </br></br>      Plaintiff and Counterclaim Defendant, </br></br>v. </br></br>HONEYWELL SPECIALTY MATERIALS LLC, and HONEYWELL INTERNATIONAL INC., </br></br>      Defendants and Counterclaim Plaintiffs. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 06-557-SLR </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to file their respective summary judgment motions and supporting papers, Daubert motions and supporting papers, and opening claim construction briefs is extended from February 15, 2008, to February 18, 2008.

| POTTER ANDERSON & CORROON LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ David E. Moore* | */s/ Thomas C. Grimm* |
| Richard L. Horwitz (#2246) </br> David E. Moore (#3983) </br> Hercules Plaza, 6th Floor </br> 1313 N. Market Street, P.O. Box 951 </br> Wilmington, DE 19899 </br> (302) 984-6000 </br> rhorwitz@potteranderson.com </br> dmoore@potteranderson.com </br> *Attorneys for Plaintiff* | Thomas C. Grimm (#1098) </br> Benjamin J. Schladweiler (#4601) </br> 1201 N. Market Street </br> P.O. Box 1347 </br> Wilmington, DE 19899-1347 </br> (302) 658-9200 </br> tgrimm@mnat.com </br> bschladweiler@mnat.com </br> *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2008

_____
United States District Judge

1538892