# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,<br><br>      Plaintiff,<br><br>      v.<br><br>HONEYWELL SPECIALTY MATERIALS, LLC and HONEYWELL INTERNATIONAL INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-557-SLR<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## SOLVAY'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT

Pursuant to Fed. R. Civ. P. 56, plaintiff Solvay, S.A. ("Solvay") moves for summary judgment of no inequitable conduct. The grounds for this motion are set forth in detail in the supporting Opening Brief filed herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Dated: February 18, 2008
849249 / 30651

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 18, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
 Richard L. Horwitz
 David E. Moore
 Potter Anderson & Corroon LLP
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 P.O. Box 951
 Wilmington, DE 19899-0951
 (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

799366 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-557-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Having considered Plaintiff's Motion for Summary Judgment of No Inequitable Conduct;

IT IS HEREBY ORDERED, this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge

849249 / 30651