## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SOLVAY, S.A.,            )
                                  )
        Plaintiff,      )
                                  )     C.A. No. 06-557-SLR
     v.                 )
                                  )     **JURY TRIAL DEMANDED**
HONEYWELL SPECIALTY     )
MATERIALS, LLC and       )
HONEYWELL INTERNATIONAL INC.,  )
                                  )
        Defendants.    )

## <u>SOLVAY'S OPENING CLAIM CONSTRUCTION BRIEF</u>

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Dated: February 18, 2008
849285 / 30651

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

# TABLE OF CONTENTS

Page

I.      SUMMARY  ...........................................................................................................1

II.     THE SUBJECT MATTER OF THE '817 PATENT...............................................1

III.    STATE OF THE ART PRIOR TO THE '817 PATENT........................................2

IV.     THE LAW OF CLAIM CONSTRUCTION.........................................................2

V.      PROPOSED CLAIM CONSTRUCTION ...........................................................3

        A.      Claim 1.................................................................................................3

        B.      Claims 2 and 13 ...................................................................................5

        C.      Claims 3 and 14 ...................................................................................7

        D.      Claims 4 and 15 ...................................................................................7

        E.      Claims 5-8, 10-11, 16-18 and 21-22 ....................................................8

        F.      Claim 12................................................................................................9

VI.     CONCLUSION.....................................................................................................13

# TABLE OF AUTHORITIES

<u>**Cases**</u>                                                                                                                    <u>Page</u>

*Phillips v. AWH Corp.*,
    415 F.3d 1303 (Fed. Cir. 2005) (*en banc*) ............................................................................2

Pursuant to the scheduling order entered in this case on February 1, 2007, plaintiff Solvay S.A. ("Solvay") submits its opening claim construction brief for Solvay's U.S. Patent No. 6,730,817 ("the '817 patent"). The '817 patent is attached as Exhibit 1. Solvay and defendant Honeywell International Inc. ("Honeywell") submitted a joint claim construction statement and a proposed element-by-element claim construction chart on January 15, 2008, which are attached as Exhibits 2 and 3, respectively.

## I.    SUMMARY

Solvay has asserted claims 1-7, 10-18 and 21-22 of the '817 patent against Honeywell. In Solvay's proposed construction, all of the terms in claims 1-7, 10-11, 13-18 and 21-22 are given their ordinary and customary meanings.  Only a few terms in claim 12 should be clarified. Honeywell's proposed constructions go far beyond the ordinary and customary meaning of the claim terms. Solvay disagrees with Honeywell's proposed construction of certain terms of claims 1-4 and 12-15. In particular, as discussed in detail below for the contested claim terms, Solvay disagrees with Honeywell's construction to the extent that it (1) adds unrecited limitations to the claims, (2) is inconsistent with the context of the claims, and/or (3) is contrary to the specification of the '817 patent.

## II.    THE SUBJECT MATTER OF THE '817 PATENT

The '817 patent discloses and claims processes for making 1,1,1,3,3-pentafluoropropane ("HFC-245fa" or "245fa") by reacting 1,1,1,3,3-pentachloropropane ("HCC-240fa" or "240fa") with hydrogen fluoride ("HF") in the presence of a hydrofluorination catalyst. The HFC-245fa product formed by the processes of the '817 claims is one of a group of non-ozone depleting hydrofluorocarbons (HFC) that were legislatively mandated to replace ozone depleting chlorofluorocarbons (CFC) and hydrochlorofluorocarbons (HCFC). The '817 claims relate to

processes for making HFC-245fa that include continuously drawing off gaseous HFC-245fa and HCl from the reaction mixture.

## III.    STATE OF THE ART PRIOR TO THE '817 PATENT

Prior to the '817 patent, no commercially and economically viable process for making HFC-245fa was known. Honeywell's U.S. Patent No. 5,763,706 ("the '706 patent")[1] emphasizes this point:

> However, it has been a problem in the art to conduct an economical process for the continuous preparation of HFC-245fa and HFC-236fa.

Ex. 4, at col. 1, lines 46-48.

## IV.    THE LAW OF CLAIM CONSTRUCTION

The words of a claim are generally given their "ordinary and customary meaning," which is "the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312-13 (Fed. Cir. 2005) (*en banc*). "[T]he person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification." *Id.* at 1313.

Claim construction begins with the claims themselves. In construing the claims, the claim terms are given their ordinary meaning unless the specification or the prosecution history indicates that the inventor intended to give them a special meaning. *Id.* at 1316.

---

[1] The '706 patent is attached as Exhibit 4.

## V.    PROPOSED CLAIM CONSTRUCTION

### A.    Claim 1

#### 1.    Claim 1 – First Contested Term

**the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous**

##### a.    Solvay's Proposed Construction

The ordinary and customary meaning of the first contested term of claim 1 is that 245fa produced in the reaction is at least partially gaseous at the reaction conditions. This interpretation of claim 1 is supported by the plain language of claim 1 and by the '817 specification which reads: "The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." Ex. 1, at col. 2, lines 44-48.

##### b.    Honeywell's Proposed Construction

Honeywell asserts that the temperature and pressure conditions at which 245fa is created are "such that <u>pure</u> HFC-245fa would exist as <u>only</u> a gas." (Emphasis added).

##### c.    Solvay's Comments

Honeywell's interpretation includes at least two requirements that do not appear in claim 1. Contrary to Honeywell's proposed interpretation, claim 1 does not require that the temperature and pressure conditions in the reactor are such that hypothetical <u>pure</u> 245fa is gaseous. Also, contrary to Honeywell's proposed interpretation, claim 1 does not require produced 245fa to exist <u>only</u> as a gas in the reactor. Rather, claim 1 requires produced 245fa to exist as a gas but not necessarily <u>only</u> as a gas in the reactor. As noted in the specification of the '817 patent, 245fa is "at least partially in gaseous form." Adopting Honeywell's interpretation would exclude preferred embodiments disclosed in the '817 specification. Honeywell's proposed interpretation

3

of this term goes beyond the ordinary and customary meaning of the claim term and includes words that are absent from both claim 1 and the '817 specification.

### 2.    Claim 1 – Second Contested Term

**and isolating and [*sic* - the] 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.**

#### a.    Solvay's Proposed Claim Construction

The ordinary and customary meaning of the second contested term is that gaseous 245fa is separated from the reaction mixture by continuously separating a gas stream containing 245fa and HCl from the reaction mixture. This interpretation of claim 1 is supported by the plain language of claim 1 and by the '817 specification: "It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed ..." Ex. 1, col. 2, lines 64 to col. 3, line 2.

#### b.    Honeywell's Proposed Claim Construction

Honeywell construes the second contested term of claim 1 in a manner that improperly reads limitations into the claim. Honeywell asserts that the second contested term of claim 1 means that HFC-245fa is separated from a mixture of materials present during the hydrofluorination reaction "by removing as a gas <u>only</u> the HFC-245fa and HCl from that mixture <u>as soon as</u> the HFC-245fa and HCl are created." (Emphasis added).

#### c.    Solvay's Comments

Honeywell's interpretation of this term includes at least two requirements that are not recited in the claim. First, contrary to Honeywell's proposed interpretation, claim 1 by its plain language does not require that the gaseous stream separated from the reaction mixture contain <u>only</u> HFC-245fa and HCl. Claim 1 does not require the gas stream to "consist of" HFC-245fa

4

and HCl, nor does it exclude other materials from the gaseous stream that is separated from the reaction mixture. In fact, the specification of the '817 patent discloses that most of the HF as well as, where appropriate, most of the products of partial fluorination may be kept in the reactor. Thus, the specification makes clear that some of these other materials may be included in the gas stream. Ex. 1, at col. 3, lines 7-14.

Second, Honeywell asserts that the HFC-245fa and HCl are removed from the mixture immediately or "as soon as they are formed." However, contrary to Honeywell's proposed interpretation, claim 1 does not require immediate drawing off (which, necessarily, would further require the virtually impossible instantaneous transport of HFC-245fa and HCl through the reaction mixture, through the reactor and out of the reactor). Rather, claim 1 requires continuous drawing off or separation of HFC-245fa and HCl from the reaction mixture.

**B.**    **Claims 2 and 13**

**1.**    **Claims 2 and 13 – First Contested Term**

**which comprises conducting the reaction continuously in a liquid phase**

**a.**    **Solvay's Proposed Construction**

The ordinary and customary meaning of this term is that HCC-240fa and HF are continuously fed into a reactor wherein HCC-240fa and HF are reacted in the liquid phase in the presence of a hydrofluorination catalyst.

**b.**    **Honeywell's Proposed Construction**

Honeywell asserts that this term means "adding components to and removing components from the reaction mixture while the reaction proceeds wholly in the liquid phase."

**c.**    **Solvay's Comments**

Again, Honeywell's interpretation of this term includes a requirement that is not recited in the claim. Contrary to Honeywell's proposed interpretation, claims 2 and 13 by their plain language do not require that the reaction occur "wholly" in the liquid phase. Honeywell's attempted inclusion of the word "wholly" is not supported by the ordinary and customary meaning of the words of claims 2 and 13 or the specification of the '817 patent.

**2.**    **Claims 2 and 13 – Second Contested Term**

**and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained [*sic*] from 0.001 to 1000**

**a.**    **Solvay's Proposed Construction**

The ordinary and customary meaning of this term is that the ratio of the number of moles of catalyst to the number of moles of 1,1,1,3,3-pentachloropropane is maintained at a value of from 0.001 to 1,000.

**b.**    **Honeywell's Proposed Construction**

The ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase must be maintained from 0.001 to 1000.

**c.**    **Solvay's Comments**

Honeywell's construction omits an explicit limitation of the claim; namely, the ratio is a molar ratio. Honeywell's construction refers only to a quantity without reference to a unit of measure and thus removes an explicit limitation of the claim.

C.    **Claims 3 and 14**

1.    **Claims 3 and 14 – Contested Term**

**wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5**

a.    **Solvay's Proposed Construction**

The ordinary and customary meaning of this term is that the ratio of the number of moles of catalyst to the number of moles of HCC-240fa in the liquid phase is greater than 0.5.

b.    **Honeywell's Proposed Construction**

The ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase is greater than 0.5.

c.    **Solvay's Comment**

Honeywell's construction omits an explicit limitation of the claims; namely, the ratio recited in the claims is a molar ratio. Honeywell's construction refers only to a quantity without reference to a unit of measure and thus removes an explicit limitation of the claims.

D.    **Claims 4 and 15**

1.    **Claims 4 and 15 – First Contested Term**

**wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane**

a.    **Solvay's Proposed Construction**

The ordinary and customary meaning of this term is that from 5 to 100 moles of HF are added to the reactor for each mole of HCC-240fa added to the reactor.

b.    **Honeywell's Proposed Construction**

Honeywell construes this term to mean that from 5 to 100 moles of HF are "consumed" for each mole of HCC-240fa consumed.

### c.    Solvay's Comment

Honeywell's attempt to interpret "used" to mean "consumed" is contrary to the plain meaning of this term in claims 4 and 15. The word "used" commonly means "to put into action or service" and is synonymous with "employed." The '817 specification and claims employ the word "used" as it is commonly understood, without requiring that any components are consumed. For example, the '817 patent discloses that the catalyst is "used" in the process: "The quantity of catalyst used can vary within wide limits." Ex. 1, col. 2, line 14. Catalysts used in the reaction are not consumed during the reaction. Rather, they are employed or put into service in the reaction. Honeywell's proposed interpretation of "used" is contrary to the ordinary meaning of this word.

Under Honeywell's proposed construction, claims 4 and 15 would cover 100 moles of HF being "consumed" for each mole of 240fa. However, it is not possible to "consume" or react 100 moles of HF (or even 50 moles of HF) with one mole of 240fa. Rather, it is only possible to consume approximately 5 moles of HF because 5 fluorine atoms are added to 240fa to make 245fa. Thus, Honeywell's proposed construction of "used" is contrary to the way in which this term is employed in the specification which discloses that the molar ratio of HF to 240fa "generally does not exceed 100" and "preferably does not exceed 50." Ex. 1, col. 2, lines 32-33.

### E.    Claims 5-7, 10-11, 16-18 and 21-22

Claims 5-7, 10-11, 16-18 and 21-22 do not contain any contested terms and the parties agree that the claims are construed according to their ordinary and customary meaning.

F.    **Claim 12**

1.    **Claim 12 – First Contested Term**

**the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous**

a.    **Solvay's Proposed Construction**

The ordinary and customary meaning of this term is that 245fa produced in the reaction is at least partially gaseous at the reaction conditions and that the reactor in which the reaction is carried out is equipped with a device through which a gas stream including HFC-245fa and HCl is drawn off. This interpretation of claim 1 is supported by the plain language of claim 1 and by the '817 specification which reads: "The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." Ex. 1, at col. 2, lines 44-48.

b.    **Honeywell's Proposed Construction**

Carrying out the reaction that creates HFC-245fa at a temperature and a pressure such that pure HFC-245fa exists as a gas.

c.    **Solvay's Comments**

Honeywell's interpretation includes a requirement that does not appear in claim 12. Contrary to Honeywell's proposed interpretation, claim 12 does not require that the temperature and pressure conditions in the reactor are such that hypothetical pure 245fa is gaseous. Rather, claim 12 requires 245fa actually produced to be at least partially gaseous. As noted in the specification of the '817 patent, 245fa is "at least partially in gaseous form." Adopting Honeywell's interpretation would exclude preferred embodiments disclosed in the '817

9

specification. Honeywell's construction of this term goes beyond the ordinary and customary meaning of the term and relies on a word that is absent from both the claim and the '817 specification.

### 2.    Claim 12 – Second Contested Term

**and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture**

#### a.    Solvay's Proposed Construction

The ordinary and customary meaning of this claim term is that the device is controlled to continuously separate a gas stream including HFC-245fa and HCl from the reaction mixture. This interpretation of claim 1 is supported by the plain language of claim 1 and by the '817 specification: "It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed..." Ex. 1, col. 2, lines 64 to col. 3, line 2.

#### b.    Honeywell's Proposed Construction

Honeywell asserts that this claim term means "removing only the HFC-245fa and HCl, possibly with residual amounts of other non-reacting compounds, from the reaction mixture as a gas stream as soon as the HFC-245fa and HCl are created, in order to separate the HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst and partially fluorinated intermediates."

#### c.    Solvay's Comments

Contrary to Honeywell's proposed interpretation, claim 12 by its plain language does not require that the gaseous stream separated from the reaction mixture contain <u>only</u> HFC-245fa and

10

HCl. Claim 12 does not require the gas stream to "consist of" HFC-245fa and HCl, nor does it exclude other materials from the gaseous stream that is separated from the reaction mixture.

Honeywell further asserts that the HFC-245fa and HCl are removed from the mixture "as soon as they are formed." However, contrary to Honeywell's proposed interpretation, claim 12 does not require immediate drawing off (which, necessarily, would further require the virtually impossible instantaneous transport of HFC-245fa and HCl through the reaction mixture, through the reactor and out of the reactor). Rather, claim 12 requires continuous drawing off or separation of HFC-245fa and HCl from the reaction mixture.

Therefore, Honeywell's construction of the second contested term of claim 12 adds at least two limitations that do not appear in the claim and are not described in the '817 specification.

### 3.    Claim 12 – Third Contested Term

**(b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane**

#### a.    Solvay's Proposed Construction

Solvay proposes that this term of claim 12 be construed according to its ordinary and customary meaning, but that the ordinary meaning should be clarified based on the processes involved. The '817 patent discloses that materials such as HF and partially fluorinated products leave the reactor to enter a device, the device keeping in or returning to the reactor such materials. Ex. 1, col. 2, line 64 to col. 3, line 14. In view of this, Solvay proposes that the ordinary meaning of this term should be that the unconverted HCC-240fa, most of the HF, and most of the products of partial fluorination of HCC-240fa are present in the reactor so that they

11

can react with each other in the liquid phase, but do not have to be present in the reactor on a continuous basis.

### b.    Honeywell's Proposed Construction

Honeywell asserts that this term means that the unconverted HCC-240fa, more than 50% of the HF and more than 50% of the products of the partially fluorinated intermediates remain in the reactor vessel in the liquid state.

### c.    Solvay's Comments

The '817 specification discloses that the device functions to keep in, or return to, the reactor materials such as the HF and the partially fluorinated intermediates. Ex. 1, col. 2, line 64 to col. 3, line 14. In order to keep in (or return to) the reactor HF and partially fluorinated intermediates, the materials may leave the reactor and enter the device. Honeywell's construction does not take into account the function of the device within the context of the claim. Under Honeywell's proposed construction, the unconverted HCC-240fa, the HF and the products of partial fluorination of 240fa cannot leave the reactor and cannot enter the device. Honeywell's construction renders the process inoperable by preventing the device from carrying out its function.

## VI.    **CONCLUSION**

For all of the foregoing reasons, Solvay respectfully requests that the Court interpret the

contested terms of the '817 patent in accordance with Solvay's proposed constructions.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt                          By: */s/ David E. Moore*
Jean-Paul Lavalleye                             Richard L. Horwitz (#2246)
Barry J. Herman                                 David E. Moore (#3983)
Michael E. McCabe, Jr.                          Hercules Plaza, 6th Floor
John F. Presper                                 1313 N. Market Street
OBLON, SPIVAK, McCLELLAND,                      Wilmington, Delaware 19801
MAIER & NEUSTADT, P.C.                          Tel:  (302) 984-6000
1940 Duke St.                                   rhorwitz@potteranderson.com
Alexandria, VA 22314                            dmoore@potteranderson.com
Tel.:  (703) 413-3000

                                            *Attorneys for Plaintiff Solvay, S.A.*
Dated:  February 18, 2008
849285 / 30651

13

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 18, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By:  /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

799366 / 30651

# EXHIBIT 1

US006730817B1

(12) **United States Patent**
Wilmet et al.

(10) Patent No.: **US 6,730,817 B1**
(45) Date of Patent: **May 4, 2004**

(54) **METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE**

(75) Inventors: **Vincent Wilmet**, Wavre (BE); **Francine Janssens**, Vilvoorde (BE); **Jean-Paul Schoebrechts**, Grez-Doiceau (BE)

(73) Assignee: **Solvay (Societe Anonyme) (BE)**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/051,746**

(22) PCT Filed: **Oct. 4, 1996**

(86) PCT No.: **PCT/EP96/04315**

§ 371 (c)(1),
(2), (4) Date: **Jun. 8, 1998**

(87) PCT Pub. No.: **WO97/15540**

PCT Pub. Date: **May 1, 1997**

(30)    **Foreign Application Priority Data**

Oct. 23, 1995    (FR) ............................................. 95 12558

(51) Int. Cl.[7] ........................ C07C 17/00; C07C 17/08; C07C 19/08; C07C 17/266; C07C 21/18

(52) U.S. Cl. ....................................... **570/167**; 570/172

(58) Field of Search ................................ 570/167, 172

(56)    **References Cited**

U.S. PATENT DOCUMENTS

3,862,978 A * 1/1975 Decker et al. .............. 570/172

5,395,997 A * 3/1995 Van Der Puy et al. ..... 570/167
5,574,192 A 11/1996 VanDerPuy et al.

FOREIGN PATENT DOCUMENTS

| AU | 32843/95 | 4/1996 |
| EP | 0 522 639 | 1/1993 |
| EP | 0 611 744 | 8/1994 |
| EP | 0 703 205 | 3/1996 |
| EP | 0 729 932 | 9/1996 |
| WO | WO95/04021 | 2/1995 |
| WO | WO95/04022 | 2/1995 |
| WO | WO95/05353 | 2/1995 |
| WO | WO96/01797 | 1/1996 |

OTHER PUBLICATIONS

Kotora, Martin et al., "Addition of tetrachloromethane to halogenated ethenes catalyzed by transition metal complexes", *Journal of Molecular Catalysis*, vol. 77, pp. 51–60 (1992).

* cited by examiner

*Primary Examiner*—Johann Richter
*Assistant Examiner*—Elvis O. Price
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz LLP

(57)    **ABSTRACT**

1,1,1,3,3-Pentafluoropropane is produced by reaction between 1,1,1,3,3-pentachloropropane and hydrogen fluoride in the presence of a hydrofluorination catalyst. The 1,1,1,3,3-pentachloropropane may advantageously be obtained by reaction between vinyl chloride and tetrachloromethane in the presence of a telomerization catalyst and of a nitrile.

**22 Claims, No Drawings**

US 6,730,817 B1

1

# METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa). It also relates more particularly to a process for the preparation of 1,1,1,3,3-pentafluoropropane from 1,1,1,3,3-pentachloropropane.

1,1,1,3,3-Pentafluoropropane is a possible substitute for wholly or partially halogenated chlorofluoro hydrocarbons (CFCs and HCFCs) suspected of having a detrimental effect on the ozone layer. In particular, it is found to be especially advantageous as a blowing agent for the preparation of expanded polymeric materials.

In application WO 95/05353 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1-dichloro-2,2,2-tri-fluoroethane (HCFC-123) and dichlorodifluoromethane (CFC-12), followed by hydrogenation of the 1,1,1,3,3-pentafluoroprop-2-ene obtained. The yield of the first stage of this known process (synthesis of the 1,1,1,3,3-pentafluoroprop-2-ene intermediate) is, however, very low.

In application WO 95/04022 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by a three-stage process consisting, in a first stage, in the preparation of 1,1,1,3,3,3-hexachloropropane by reaction between tetrachloromethane and vinylidene chloride, in a second stage in the conversion of the hexachloropropane obtained to 1,1,1,3,3-pentafluoro-3-chloropropane by reaction with hydrogen fluoride and, in a third stage, in the reduction of the pentafluorochloropropane obtained to 1,1,1,3,3-pentafluoropropane by reaction with hydrogen. This process has the disadvantage of giving rise to large quantities of 1,1,1,3,3,3-hexafluoropropane during the second stage.

In application EP-A-611744 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1,1,3,3-pentafluoro-2,3-dichloropropane and hydrogen. The 1,1,1,3,3-pentafluoro-2,3-dichloropropane employed as raw material in this known process is not, however, a common product and cannot be easily prepared.

The objective of the present invention is to provide a process for the preparation of 1,1,1,3,3-pentafluoropropane which does not exhibit the disadvantages of the abovementioned known processes, which uses reactants that are commonly or easily accessible and which has a high yield, thus meeting industrial economic requirements.

The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

In the process according to the invention the hydrofluorination catalyst is advantageously chosen from the derivatives of metals of groups 3, 4, 5, 13, 14 and 15 of the Periodic Table of the elements (IUPAC 1988) and their mixtures (groups of the Periodic Table of the elements which were previously called IIIA, IVa, IVb, Va, Vb and VIb). The derivatives of the metals are intended to mean the hydroxides, oxides and the organic or inorganic salts of these metals, as well as their mixtures. Those particularly adopted are the titanium, tantalum, molybdenum, boron, tin and antimony derivatives. The catalyst is preferably chosen from the derivatives of metals of groups 14 (IVa) and 15 (Va) of the Periodic Table of the elements, and more particularly from tin and antimony derivatives. In the process according to the invention the preferred derivatives of the metals are the salts and these are preferably chosen from the halides and more particularly from chlorides, fluorides and chlorof-

2

luorides. Particularly preferred hydrofluorination catalysts according to the present invention are tin and antimony chlorides, fluorides and chlorofluorides, especially tin tetrachloride and antimony pentachloride. Antimony pentachloride is very particularly recommended.

In the case where the catalyst is selected from metal fluorides and chlorofluorides, these can be obtained from a chloride which is subjected to an at least partial fluorination. This fluorination may, for example, be carried out by means of hydrogen fluoride, before the catalyst is brought into contact with 1,1,1,3,3-pentachloropropane. In an alternative form, it may be carried out in situ, during the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000. In practice, however, at most approximately 5 moles of catalyst are generally employed per mole of 1,1,1,3,3-pentachloropropane. Approximately 1 mole is preferably not exceeded. In a particularly preferred manner, approximately 0.5 moles of catalyst per mole of 1,1,1,3,3-pentachloropropane are generally not exceeded.

The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 100. It preferably does not exceed 50.

The temperature at which the hydrofluorination is performed is generally at least 50° C. It is preferably at least 80° C. The temperature generally does not exceed 150° C. It preferably does not exceed 130° C. With antimony pentachloride as catalyst good results are obtained at a temperature of 100 to 120° C.

The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form. The pressure used varies as a function of the temperature of the reaction mixture. It is generally from 2 bar to 40 bar. The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture.

The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase.

The residence time of the reactants in the reactor must be sufficient for the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride to take place with an acceptable yield. It can easily be determined as a function of the operating conditions adopted.

The process according to the invention can be carried out in any reactor made of a material that is resistant to the temperature, the pressure and the reactants employed, especially to hydrogen fluoride. It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants,

US 6,730,817 B1

3

as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

The 1,1,1,3,3-pentachloropropane used in the process according to the invention can advantageously be obtained by reaction of vinyl chloride with tetrachloromethane, as described, for example, by M. Kotora et al., Journal of Molecular Catalysis, (1992), vol. 77, p. 51–60. It is thus possible to obtain 1,1,1,3,3-pentafluoropropane in two stages from easily accessible materials.

In a preferred alternative form the process according to the invention for the preparation of 1,1,1,3,3-pentafluoropropane includes a telomerization stage in which vinyl chloride and tetrachloromethane are reacted in the presence of a telomerization catalyst, so as to obtain 1,1,1,3,3-pentachloropropane, and the subsequent hydrofluorination stage in which the 1,1,1,3,3-pentachloropropane obtained in the telomerization stage is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

The telomerization catalyst may be chosen from the compounds of metals from groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and their mixtures. Compounds of metals of groups 8 and 11 are preferred. Iron and copper compounds are adopted in particular, those of copper being very particularly preferred. Compounds of metals of groups 8 to 11 are intended to mean the organic and inorganic derivatives of these metals and their mixtures. The preferred derivatives are the inorganic salts, the chlorides being particularly preferred. Telomerization catalysts which are particularly preferred according to the present invention are cuprous chloride, cupric chloride and their mixtures. Very good results have been obtained with copper (I) chloride (cuprous chloride).

The quantity of telomerization catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of vinyl chloride. It is preferably at least 0.005 mole of catalyst per mole of vinyl chloride. In a process carried out continuously in liquid phase the molar ratio of the catalyst to vinyl chloride in the reaction mixture can reach 1000. In a process carried out noncontinuously at most approximately 0.5 moles of catalyst are preferably employed, preferably not more than 0.2 moles of catalyst and, in a particularly preferred manner 0.1 mole or less of catalyst per mole of vinyl chloride used.

A cocatalyst can be used in the telomerization stage. Amines can be employed as cocatalyst, preferably in a concentration of 0.1 to 20 moles per mole of telomerization catalyst. Amines which may be mentioned as being usable as cocatalyst in the telomerization stage of the process according to the invention are alkanolamines, alkylamines and aromatic amines, for example ethanolamine, n-butylamine, n-propylamine, isopropylamine, benzylamine and pyridine.

The molar ratio of tetrachloromethane to the vinyl chloride used in the telomerization stage is generally at least 1.5. The work is preferably done with a molar ratio of at least 2. In principle there is no upper limit to the molar ratio of

4

tetrachloromethane to vinyl chloride. For example, in a process carried out continuously in liquid phase, the molar ratio of the stationary quantities of tetrachloromethane and vinyl chloride in the reaction mixture may reach 1000. In a process carried out noncontinuously at most approximately 50 moles, preferably at most 20 moles and, in a particularly preferred manner, at most 10 moles of tetrachloromethane are generally used per mole of vinyl chloride.

The temperature at which the telomerization of vinyl chloride with tetrachloromethane is performed is generally at least 25° C. It is preferably at least 70° C. In general the telomerization temperature does not exceed 200° C. It preferably does not exceed 160° C. With cuprous chloride as catalyst good results have been obtained at a temperature of 100 to 140° C., in particular at a temperature of 110 to 130° C.

The telomerization reaction is generally carried out in liquid phase, advantageously in the presence of a solvent. Solvents that can be employed in the telomerization stage are especially alcohols such as methanol, ethanol, isopropanol and tert-butanol, and nitriles, in particular acetonitrile and propionitrile. Nitriles are preferred. The molar ratio of the solvent to the telomerization catalyst generally does not exceed 1000. Good results have been obtained with a molar ratio of the solvent to the telomerization catalyst of 20 to 400.

In the process according to the invention the presence of a nitrile is particularly advantageous, especially when the telomerization catalyst is a chloride, most especially cuprous chloride. The invention consequently also relates to a process for the preparation of 1,1,1,3,3-pentachloropropane, in which vinyl chloride and tetrachloromethane are reacted in the presence of a chloride of a metal of groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and of a nitrile, as defined and in the conditions described above.

The examples hereinafter illustrate the invention without any limitation being implied.

### EXAMPLE 1

#### Preparation of 1,1,1,3,3-pentachloropropane

4.43 moles of acetonitrile, 6.57 moles of tetrachloromethane, 0.11 mole of copper(I) chloride and 2.21 moles of vinyl chloride were introduced into a 1.5 1 autoclave lined with a Teflon® fluorocarbon resin, equipped with a mechanical stirrer and a temperature probe. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. for 66 h with continuous stirring. After having reached 8.5 bar the autogenous pressure decreased, reaching 6 bar after 24 hours' reaction and 5.9 bar after 66 hours. The autoclave was then cooled and then the reaction mixture was distilled at reduced pressure. 380 g of 1,1,1,3,3-pentachloropropane were obtained, which represents a yield of 80% relative to the vinyl chloride used.

### EXAMPLES 2–3

#### Preparation of 1,1,1,3,3-pentachloropropane

Acetonitrile (AcN), tetrachloromethane, copper(I) chloride and vinyl chloride (VC) were introduced into the autoclave described in Example I in the proportions reported in Table I. The conditions of reaction under autogenous pressure and the results obtained are also presented in Table 1.

US 6,730,817 B1

**5**

TABLE 1

| Example | 2 | 3 |
|---|---|---|
| VC/CCl₄/AcN/CuCl molar ratio | 1/6/2/0.07 | 1/3.1/2.2/0.03 |
| Reaction temperature | 120° C. | 115° C. |
| Reaction period | 36 h | 96 h |
| VC conversion (% of VC used) | 83% | 99% |
| Selectivity for 1,1,1,3,3-pentachloropropane (% of the VC converted transformed into 1,1,1,3,3-pentachloropropane | 91% | 85% |

EXAMPLE 4

Hydrofluorination of 1,1,1,3,3-pentachloropropane

0.21 moles of 1,1,1,3,3-pentachloropropane, 0.076 moles of antimony pentachloride and 10 moles of hydrogen fluoride were introduced into a 0.5 l autoclave made of Hastelloy B2 stainless steel, equipped with a bladed mechanical stirrer, a temperature probe and a dip pipe enabling liquid phase samples to be taken during the test. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. with continuous stirring for 21 hours. The pressure was controlled at 25 bar. A sample taken after 2 hours' reaction showed that more than 99 mol % of the 1,1,1,3,3-pentachloropropane used was already converted, including 66% to 1,1,1,3,3-pentafluoropropane. After 21 hours' reaction virtually all the 1,1,1,3,3-pentachloropropane used was converted, including 92 mol % to 1,1,1,3,3-pentafluoropropane and approximately 6% to intermediate chlorofluoropropanes formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane.

What is claimed is:

1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating and 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

2. The process of claim 1, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.

**6**

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

8. The process of claim 7, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

9. The process of claim 7, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.

15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.

16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

17. The process of claim 12, wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.

18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

19. The process of claim 18, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

20. The process of claim 18, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

22. The process of claim 18, wherein the catalyst is antimony pentachloride.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,730,817 B1                                    Page 1 of 1
DATED         : May 4, 2004
INVENTOR(S)   : Wilmet et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [*] Notice, should read:
-- Subject to any disclaimer, the term of this patent is extended or
Adjusted under 35 U.S.C. 154(b) by 749 days. --

Signed and Sealed this

Fifteenth Day of June, 2004



JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SOLVAY, S.A.                                     )
                                                 )
            Plaintiff,                           )
                                                 )        C.A. No. 06-557-SLR
      v.                                         )
                                                 )        **JURY TRIAL DEMANDED**
HONEYWELL SPECIALTY                              )
MATERIALS, LLC and                               )
HONEYWELL INTERNATIONAL INC.,                    )
                                                 )
            Defendants.                          )

### JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Paragraph 7 of the Scheduling Order entered on February 1, 2007, plaintiff

Solvay, S.A, ("Solvay") and defendant Honeywell International Inc. ("Honeywell") submit this

Joint Claim Construction Statement identifying for the Court the limitations of the claims in U.S.

Patent No. 6,730,817 that require construction, including each party's proposed constructions,

and constructions to which the parties have agreed.

### Asserted Claims

Solvay asserts that Honeywell infringes claims 1-7, 10-18, and 21-22 of its United States

Patent No. 6,730,817 ("the '817 patent") which read:

  1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane
     comprising reaction of 1,1,1,3,3-pentachloropropane with
     hydrogen fluoride in the presence of a hydrofluorination
     catalyst, the improvement which comprises carrying out the
     reaction at a temperature and under a pressure at which
     1,1,1,3,3-pentafluoropropane is gaseous and isolating and
     1,1,1,3,3-pentafluoropropane from the reaction mixture by
     drawing off 1,1,1,3,3-pentafluoropropane and hydrogen
     chloride in a gaseous phase as each of said 1,1,1,3,3-
     pentafluoropropane and hydrogen chloride is being formed.

  2. The process of claim 1, which comprises conducting the
     reaction continuously in a liquid phase and maintaining a molar

ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150°C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane.

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIA, IVa, IVb, Va, Vb and VIb of the periodic table.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar

2

ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

17. The process of claim 12, wherein the 1,1,1,3,3-pentachloropropane is prepared by a reaction between vinyl chloride and tetrachloromethane.

18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

22. The process of claim 18, wherein the catalyst is antimony pentachloride.

The parties' list of claim terms and corresponding proposed claim construction are attached.

*Of Counsel:*

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
Oblon, Spivak, McClelland,
Maier & Neustadt, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

By:    */s/ David E. Moore*
Potter Anderson & Corroon LLP
Richard L. Horwitz (I.D. # 2246)
David E. Moore (I.D. # 3983)
1313 N. Market Street, 6th Floor
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

3

*Of Counsel:*                          By:    */s/ Thomas C. Grimm*
                                              Morris, Nichols, Arsht & Tunnell LLP
Robert G. Krupka                              Thomas C. Grimm
Laura M. Burson                               Leslie A. Polizoti
Kirkland & Ellis LLP                          1201 North Market Street
777 South Figueroa Street                     P.O. Box 1347
Los Angeles, CA 90017                         Wilmington, DE 19899
Tel: (213) 680-8400                           Tel: (302) 658-9200
                                              tgrimm@mnat.com
                                              lpolizoti@mnat.com

*Attorneys for Defendant Honeywell International Inc.*


Dated:    January 15, 2008

4

# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | )    C.A. No. 06-557-SLR |
| v. | ) |
| | )    **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

## PARTIES' PROPOSED ELEMENT-BY-ELEMENT CLAIM CONSTRUCTION CHART

*Of Counsel:*
Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
Oblon, Spivak, McClelland,
Maier & Neustadt, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Potter Anderson & Corroon LLP
Richard L. Horwitz (I.D. # 2246)
David E. Moore (I.D. # 3983)
1313 N. Market Street, 6th Floor
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

*Of Counsel:*
Robert G. Krupka
Laura M. Burson
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8400

Morris, Nichols, Arsht & Tunnell LLP
Thomas C. Grimm
Leslie A. Polizoti
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com

*Attorneys for Defendant Honeywell International Inc.*

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | Honeywell believes that the terms of the asserted claims should all be interpreted in accordance with their ordinary meaning. However, certain terms, as noted below, will be more understandable to the lay jury if shortened and described in language more understandable to lay persons, but which are entirely consistent with how a person of ordinary skill in the art would interpret the ordinary meanings. For example, "1,1,1,3,3- pentafluoropropane" will be more understandable to the jury as "HFC 245fa", which is the ordinary meaning attributed to that terminology by a person of ordinary skill in the art. | |
| **Claim 1** | | |
| In a process for the preparation of 1,1,1,3,3- pentafluoropropane comprising reaction of 1,1,1,3,3- pentachloropropane with hydrogen fluoride in the presence of a | The preamble means: in a process for preparing HFC-245fa from the reaction of HCC-240fa with HF in the presence of a hydrofluorination catalyst. Because of the Jepson format of this claim, this preamble is deemed admitted prior art. | *Ordinary Meaning:* A process for preparing HFC-245fa that includes reacting HCC-240fa with HF in the presence of a hydrofluorination catalyst. *Intrinsic Evidence:* "The present invention relates to a process for the preparation of 1,1,1,3,3- |

1

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| hydrofluorination catalyst, | | pentafluoropropane (HFC-245fa)." ('817 patent, col. 1, lines 4-5).<br><br>"The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst." ('817 patent, col. 1, lines 47-50). |
| the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous | The phrase "carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous" means: carrying out the reaction that creates HFC-245fa at a temperature and under a pressure such that pure HFC-245fa would exist only as a gas. (See 8/30/2000 Remarks Accompanying Amendment, pp. 8, 11; Applicant's 2/13/2001 Brief on Appeal, p. 9) | *Ordinary Meaning:*<br>Carrying out the reaction at a temperature and pressure at which HFC-245fa produced is present as a gas in the reactor.<br><br>*Intrinsic Evidence:*<br>"The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48). |
| and isolating and [sic] 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3- | The entire phrase means: separating HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst, and partially fluorinated intermediates by removing as a gas | *Ordinary Meaning:*<br>Separating gaseous HFC-245fa from the reaction mixture in the reactor by continuously separating a gas stream containing HFC-245fa and HCl from the |

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed. | only the HFC-245fa and HCl from that mixture as soon as the HFC-245fa and HCl are created. | reaction mixture.<br><br>*Intrinsic Evidence:*<br>"The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48).<br><br>"In fact, as stated on p. 3, l. 13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, l. 28-30)." ('817 file history, paper 18 at pg. 12, lines 1-5).<br><br>"It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants, as well as the chlorofluoropropanes possibly formed |

3

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced ..." ('817 patent, col. 2, line 64 – col. 3, line 10). |
| **Claim 2** | | |
| The process of claim 1, which comprises conducting the reaction continuously in a liquid phase | The phrase "conducting the reaction continuously in a liquid phase" means: adding components to, and removing components from, the reaction mixture while the reaction to create HFC-245fa proceeds wholly in a liquid state. | *Ordinary Meaning:* Continuously feeding HCC-240fa and HF into the reactor and reacting the HCC-240fa and the HF in the presence of a hydrofluorination catalyst in a liquid phase reaction.<br><br>*Intrinsic Evidence:*<br>"The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form." ('817 patent, col. 2, lines 40-42).<br><br>"The process according to the invention may |

4

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase." ('817 patent, col. 2, lines 49-55). |
| and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000. | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be maintained from 0.001 to 1000. | *Ordinary Meaning:* Maintaining the molar ratio of catalyst to HCC-240fa in an amount of from 0.001-1,000. <br><br> *Intrinsic Evidence:* "The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |

5

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| **Claim 3:** | | |
| The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5. | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be greater than 0.5. | *Ordinary Meaning:* Maintaining the molar ratio of catalyst to HCC-240fa in an amount greater than 0.5, which allows a continuous reaction to occur. <br><br> *Intrinsic Evidence:* "The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |
| **Claim 4:** | | |
| The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane. | The phrase "5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane" means: 5 to 100 moles of HF are consumed for each mole of HCC-240fa consumed in the reaction. | *Ordinary Meaning:* 5 to 100 moles of HF are added to the reactor for each mole of HCC-240fa added to the reactor. <br><br> *Intrinsic Evidence:* "The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is |

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 50." ('817 patent, col. 2, lines 28-33). |
| **Claim 5.** | | |
| The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C. | No construction necessary. | |
| **Claim 6.** | | |
| The process of claim 1 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane. | No construction necessary | |
| **Claim 7.** | | |
| The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of | No construction necessary. | |

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table. | | |
| **Claim 9** | | |
| The process of claim 7, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst. | Like the preamble, this is deemed admitted prior art; no construction necessary. | |
| **Claim 10** | | |
| The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides. | No construction necessary. | |
| **Claim 11** | | |
| The process of claim 7, wherein the catalyst is | No construction necessary. | |

8

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| antimony pentachloride. | | |
| **Claim 12.** | | |
| In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, | The preamble means: "in a process for preparing HFC-245fa from the reaction of HCC-240fa with HF in the presence of a hydrofluorination catalyst." Because of the Jepson format of this claim, this preamble is deemed admitted prior art. | *Ordinary Meaning:* A process for preparing HFC-245fa that includes reacting HCC-240fa with HF in the presence of a hydrofluorination catalyst.  *Intrinsic Evidence:* "The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa)." ('817 patent, col. 1, lines 4-5).  "The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst." ('817 patent, col. 1, lines 47-50). |
| the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3- | The phrase "carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous" means: carrying out the reaction that creates HFC-245fa at a temperature | *Ordinary Meaning:* Carrying out the reaction in a reactor at a temperature and pressure at which HFC-245fa produced is present as a gas in the reactor, and the reactor is equipped with a device through which a gas stream containing HCl and HFC-245fa is drawn off. |

9

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| pentafluoropropane is gaseous | and under a pressure such that pure HFC-245fa exists as a gas. (See 8/30/2000 Remarks Accompanying Amendment, pp. 8, 11; Applicant's 2/13/2001 Brief on Appeal, p. 9) | *Intrinsic Evidence:* "The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48). "To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane." ('817 patent, col. 3, lines 2-14). "This advantage is emphasized by the terms in independent 54 [corresponding to issued claim 12] which is limited to a process |

10

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | wherein the reaction is carried out in a reactor equipped with a device for drawing off a gas stream which is controlled (a) to draw off a gas stream of 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture .... (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane." ('817 file history, paper 20 at pg. 3). |
| and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from | The phrase "draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is begin formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture" means: removing only the HFC-245fa and HCl, and possibly with residual amounts of other non-reacting compounds, from the reaction mixture as a gas stream | *Ordinary Meaning:*<br>The device is controlled to continuously separate a gaseous stream containing HFC-245fa and HCl from the reaction mixture.<br><br>*Intrinsic Evidence:*<br>"By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced ... ." ('817 patent, col. 3, lines 7-10).<br><br>"The work is preferably carried out at a |

11

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| the reaction mixture | as soon as the HFC-245fa and HCl are created, in order to separate the HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst, and partially fluorinated intermediates. | temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture." ('817 patent, col. 2, lines 44-48).

"It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants, as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane." ('817 patent, col. 2, line 64 – col. 3, line 2).

"In fact, as stated on p. 3, l. 13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, l. 28-30)." ('817 file history, paper 18 at pg. 12, lines 1-5). |

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane. | "[K]eep in the reactor" is given its ordinary meaning. The phrase "to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane" means: the unconverted HCC-240fa, more than 50% of the hydrogen fluoride and more than 50% of partially fluorinated intermediates remain in the reactor vessel in the liquid state. (Spec. col. 2, ln. 64 - col. 3, ln. 2) | *Construed Meaning:*<br>Unconverted HCC-240fa, most of the HF and most of the products of partial fluorination of HCC-240fa are present in the reactor so that they can react with each other in the liquid phase, but do not have to be present in the reactor on a continuous basis.<br><br>*Intrinsic Evidence:*<br>"... while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane." ('817 patent, col. 3, lines 10-14).<br><br>"It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants, as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachlorpropane." ('817 patent, col. 2, line 62 – col. 3, line 2). |

13

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| **Claim 13:** | | |
| The process of claim 12, which comprises conducting the reaction continuously in a liquid phase | The phrase "conducting the reaction continuously in a liquid phase" means: adding components to, and removing components from, the reaction mixture while the reaction proceeds to create HFC-245fa wholly in a liquid state. | *Ordinary Meaning:* Continuously feeding HCC-240fa and HF into the reactor and reacting the HCC-240fa and the HF in the presence of a hydrofluorination catalyst in a liquid phase reaction.<br><br>*Intrinsic Evidence:*<br>"The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form." ('817 patent, col. 2, lines 40-42).<br><br>"The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase." ('817 patent, col. 2, lines 49-55). |
| and maintaining a molar ratio of the catalyst to 1,1,1,3,3- | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the | *Ordinary Meaning:* Maintaining the molar ratio of catalyst to HCC-240fa in an amount of from 0.001- |

14

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| pentachloropropane maintained from 0.001 to 1000. | ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be maintained from 0.001 to 1000. | 1,000.<br><br>*Intrinsic Evidence:*<br>"The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |
| **Claim 14.** | | |
| The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5. | The phrase "molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane" means: "the ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase" (Spec., col. 2, lns. 50-55), and this ratio must be greater than 0.5. | *Ordinary Meaning:*<br>Maintaining the molar ratio of catalyst to HCC-240fa in an amount greater than 0.5, which allows a continuous reaction to occur.<br><br>*Intrinsic Evidence:*<br>"The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no |

15

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| | | upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000." ('817 patent, col. 2, lines 14-21). |
| **Claim 15.** | | |
| The process of claim 12 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane. | The phrase "5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane" means: 5 to 100 moles of HF are consumed for each mole of HCC-240fa consumed in the reaction. | *Ordinary Meaning:* <br><br> 5 to 100 moles of HF are added to the reactor for each mole of HCC-240fa added to the reactor. <br><br> *Intrinsic Evidence:* <br><br> "The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 50." ('817 patent, col. 2, lines 28-33). |
| **Claim 16.** | | |
| The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to | No construction necessary. | |

16

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| 150° C. | | |
| **Claim 17** | | |
| The process of claim 12 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane. | No construction necessary. | |
| **Claim 18** | | |
| The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table. | No construction necessary. | |
| **Claim 20** | | |
| The process of claim 18, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination | Like the preamble, this is deemed admitted prior art; no construction necessary. | |

17

| CLAIM/LIMITATION OF THE '817 PATENT | HONEYWELL'S PROPOSED CONSTRUCTION | SOLVAY'S PROPOSED CONSTRUCTION |
|---|---|---|
| catalyst. | | |
| **Claim 21.** | | |
| The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides. | No construction necessary. | |
| **Claim 22.** | | |
| The process of claim 18, wherein the catalyst is antimony pentachloride. | No construction necessary. | |

18

# EXHIBIT 4

US005763706A

## United States Patent [19]

### Tung et al.

[11]    Patent Number:    **5,763,706**

[45]    Date of Patent:    **Jun. 9, 1998**

[54] **PROCESS FOR THE MANUFACTURE OF 1,1, 1,3,3-PENTAFLUOROPROPANE AND 1,1,1,3,3, 3-HEXAFLUOROPROPANE**

[75] Inventors: **Hsueh Sung Tung**, Getzville; **Daniel Chistopher Merkel**, West Seneca, both of N.Y.; **Zenart Joseph Dziadyk**, Lancaster, Canada; **Clayton Herbert Carson**, Clarence Center; **Hang Thanh Pham**, Amherst, both of N.Y.

[73] Assignee: **AlliedSignal Inc.**, Morristown, N.J.

[21] Appl. No.: **675,020**

[22] Filed:    **Jul. 3, 1996**

[51] Int. Cl.$^6$ ..................................................... C07C 17/08

[52] U.S. Cl. ............................................................. 570/167

[58] Field of Search ..................................................... 570/167

[56]    **References Cited**

#### U.S. PATENT DOCUMENTS

5,574,192   11/1996   VanDerPuy et al. .................... 570/167

5,616,819   4/1997   Boyce et al. ............................ 570/167
5,659,093   8/1997   Takubo et al. .......................... 570/167

#### FOREIGN PATENT DOCUMENTS

684687   4/1964   Canada .
WO 95/04022   2/1995   WIPO .

*Primary Examiner*—Paul F. Shaver
*Attorney, Agent, or Firm*—Jay P. Friedenson

[57]    **ABSTRACT**

An integrated manufacturing process for producing HFC-245fa, HFC-236fa or a mixture thereof by reaction of HCC-240fa, HCC-230 or a mixture thereof with HF. HCC-240fa, HCC-230 or a mixture thereof is reacted with hydrogen fluoride in a liquid phase in the presence of a fluorination catalyst. Optionally, produced HCl is removed by distillation. HF present is thereafter recovered by liquid-vapor extraction. Unsaturated compounds are then removed by photochlorination and HFC-245fa, HFC-236fa or a mixture thereof is obtained by distillation.

**27 Claims, 1 Drawing Sheet**



FIGURE 1

5,763,706

1

# PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE AND 1,1,1,3,3,3-HEXAFLUOROPROPANE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the preparation of hydrofluorocarbons. More particularly, the invention pertains to a method for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa) and 1,1,1,3,3,3-hexafluoropropane (HFC-236fa) or a mixture thereof. Specifically, the invention concerns an integrated manufacturing process for producing HFC-245fa, HFC-236fa or a mixture thereof by the reaction of 1,1,1,3,3-pentachloropropane (HCC-240fa), 1,1,1,3,3,3-hexachloropropane (HCC-230) or a mixture thereof with hydrogen fluoride.

### 2. Description of the Prior Art

Recently, there has been widespread concern that chlorofluorocarbons might be detrimental to the Earth's ozone layer. As a result, there is a worldwide effort to use halocarbons which contain fewer chlorine substituents. In this regard, 1,1,1,3,3-pentafluoropropane and 1,1,1,3,3,3-hexafluoropropane are hydrofluorocarbons having zero ozone depletion potential, and are being considered as replacements for chlorofluorocarbons in foams, refrigeration and other systems. The production of hydrofluorocarbons, i.e. compounds containing only carbon, hydrogen and fluorine has been the subject of interest to provide environmentally desirable products for use as solvents, foam blowing agents, refrigerants, cleaning agents, aerosol propellants, heat transfer media, dielectrics, fire extinguishing compositions and power cycle working fluids. It is known in the art to produce hydrofluorocarbons (HFCs) by reacting hydrogen fluoride with various hydrochlorocarbon compounds. Such HFC's are not only considered to be much more environmentally advantageous than hydrochlorofluorocarbons (HCFC's) or chlorofluorocarbons (CFC's) because they are non-ozone depleting, but also is they are also non-flammable and non-toxic as compared to the chlorine containing compounds. HFC-245fa itself is well known in the art as described in U.S. Pat. No. 2,942,036, Canadian 684.687, EP 381 986A, JP 02.272,086 and WO 95/04022. HFC-236fa is known from U.S. Pat. No. 5,395,997. All of the foregoing patents are incorporated herein by reference. However, it has been a problem in the art to conduct an economical process for the continuous preparation of HFC-245fa and HFC-236fa. It has now been found that HFC-245fa or HFC-236fa may be continuously and economically produced in an integrated manufacturing process by the reaction of HCC-240fa or HCC-230 with hydrogen fluoride. The HCC-240fa, HCC-230 or mixtures thereof and HF are first reacted in a liquid phase catalytic reaction, HCl is then optionally removed by distillation. HF is recovered, preferably by liquid-vapor or liquid—liquid extraction and then optionally recycled. Unsaturates are thereafter removed by photochlorination and HFC-245fa, HFC-236fa or a mixture thereof is obtained by distillation.

## SUMMARY OF THE INVENTION

The invention provides a process for the preparation of fluoropropanes which comprises

(a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in the presence of a fluorination catalyst;

(b) optionally removing HCl produced by step (a); and

2

(c) recovering HF present after step (b).

Preferably the process comprises the subsequent further steps of

(d) removing unsaturated compounds present after step (c) by photochlorination; and

(e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof from the result of step (d) by distillation.

The invention also comprises a process for the preparation of fluoropropanes which comprises

(a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in a liquid phase in the presence of a fluorination catalyst;

(b) optionally removing HCl produced by step (a) by distillation; and

(c) recovering HF present after step (b) by liquid-vapor or liquid—liquid extraction;

(d) optionally removing unsaturated compounds present after step (c) by photochlorination; and

(e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof from the result of step (d) by distillation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a schematic view of a reaction sequence according to the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the practice of the present invention, a fluorination catalyst, preferably a liquid phase catalyst is charged to a fluorination reactor prior to heating of the reactor. Useful fluorination catalysts non-exclusively include transition metal halides, Group IVb metal halides and Group Vb metal halides and mixtures thereof. Such non-exclusively include chrome halides, $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, $MoCl_5$ and mixtures thereof. The reactor according to this invention may be any suitable fluorination reaction vessel but it should be constructed from materials which are resistant to the corrosive effects of hydrogen fluoride such as Hastalloy, Inconel, Monel and fluoropolymer-lined vessels. FIG. 1 shows the reaction of HF and HCC-240fa in the production of HFC-245fa, however alternatively, HCC-230 would be substituted for HCC-240 in the production of HFC-236fa or a mixture of HCC-230 and HCC-240 substituted to form a mixture of HFC-245fa and HFC-236fa. As seen in FIG. 1, HCC-240 and HF are simultaneously fed to the reactor. This is done after the reactor reaches the desired temperature. The reactor is run at a preferred temperature ranging from about 60° to about 140° C.; more preferably from about 70° to about 120° C. and most preferably from about 80° to about 110° C. The HF to HCC-240fa or HCC-230 mole ratio preferably ranges from about 4 to about 10; more preferably from about 5 to about 9 and most preferably from about 5.5 to about 8. Reactor pressure is preferably maintained at from about 50 to about 300 psig; more preferably from about 100 to about 275 psig and most preferably from about 125 to about 260 psig. A chlorine feed is optional, but preferred to keep the catalyst active. A chlorine feed is especially advantageous when antimony chloride is used as catalyst. For every pound of $SbCl_5$ catalyst, about 0.06 to about 0.2 lb. of chlorine is fed to the reactor. Chlorine can be charged in either a batch or continuous mode.

5,763,706

3

Optionally, but preferably, a top catalyst stripper is used such that most of the unreacted HF and catalyst is refluxed back to the reactor. The catalyst stripper is a packed pipe equipped with a condenser and this step is conducted by adjusting the temperature of the condenser to a range of from about 20° C. to about 100° C.

The effluent from the catalyst stripper is then optionally, but preferably, fed to an HCl distillation column to remove relatively pure HCl from the reaction mixture exiting the catalyst stripper. The pressure of the HCl column is pre-ferred to match that of the reactor.

The essentially HCl free organic/HF mixture exiting the HCl column is optionally fed to a distillation column (not shown in FIG. 1) to remove heavy reaction products before the resulting mixture enters a sulfuric acid absorber. The pressure of this column is preferably maintained at from about 200 psig or less, more preferably from about 150 psig or less and most preferably from about 100 psig or less. The overhead of the distillation column contains HFC-245fa or HFC-236fa, volatile by-products as impurities and unreacted HF. The bottom cuts of the distillation column contains recyclable and non-recyclable heavies. The recyclable heav-ies are recycled back to the step (a) reactor. The non-recyclable heavies are disposed of.

The process then performs a step (c) of recovering HF present after step (b). This is preferably conducted by vapor-liquid or liquid—liquid extraction. This is preferably performed with a sulfuric acid absorber followed by a caustic or water scrubber. The mixture of fluorocarbons resulting from step (b) is in admixture with hydrogen fluoride. The HFC and HF may be separated by adding sulfuric acid to the HFC/HF mixture. This forms a phase rich in HFC and phase rich in the hydrogen fluoride and sulfuric acid. Sulfuric acid is preferably added such that the weight ratio of sulfuric acid to hydrogen fluoride ranges from about 1:1 to about 10:1. More preferably the weight ratio ranges from about 1:1 to about 8:1 and most preferably from about 2:1 to about 4:1. Preferably the extraction is conducted at a temperature of from about −20° C. to about 100° C., more preferably from about −10° C. to about 60° C., and most preferably from about 0° C. to about 40° C. The reaction is usually conducted at normal atmospheric pressure, however, higher or lower pressure conditions may be used by those skilled in the art. Pressure is preferably about 100 psig or less; more preferably about 50 psig or less, and most preferably about 20 psig or less.

The sulfuric acid/HF mixture from the sulfuric acid absorber is fed to a HF recovery column (not shown in FIG. 1). The HF and sulfuric acid may then be recycled. That is, the BF may be recirculated to the step (a) starting reaction for the formation of the HFC-245fa or HFC-236fa and the sulfuric acid may be recycled for use in the extraction step(c). The organic portion of the mixture exiting the sulfuric acid absorber is optionally fed into a distillation column (not shown in FIG. 1) to remove light products which are recycled.

Upon adding the sulfuric acid to the mixture of fluoro-carbon and HF, two phases form. An upper phase is formed which is rich in organics and a lower phase which is rich in HF/sulfuric acid. By the term "rich" is meant, the phase contains more than 50% of the indicated component in that phase, and preferably more than 80% of the indicated component in that phase. The extraction efficiency of the fluorocarbon can range from about 90% to about 99%. After the separation of the phases, one removes the upper phase rich in the organics from the lower phase rich in the

4

hydrogen fluoride and sulfuric acid. One may optionally repeat the extraction by adding more sulfuric acid. Prefer-ably one thereafter separates the hydrogen fluoride and sulfuric acid from the removed lower phase.

Alternatively the sulfuric acid absorber may be replaced by a HF/water azeotrope absorber. The HF/water azeotrope weight ratio is preferably maintained at about 42% HF and 58% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

The HFC-245fa or HFC-236fa rich stream exiting either the light column or the sulfuric acid absorber is fed to a caustic or water scrubber for removal of acidity. Such a scrubber is well known in the art and conventionally com-prises a caustic scrubbing with aqueous NaOH or KOH under conditions sufficient to neutralize residual acidity.

A photochlorination unit is then used to remove unsatur-ates in the HFC-245fa or HFC-236fa stream. This is done by adding chlorine to the stream to react with unsaturates in the presence of UV light. Photochlorination of unsaturates is itself well known in the art. The mole ratio of $Cl_2$/total unsaturates is preferably about 5 or less, more preferably about 4 or less, and most preferably about 3 or less. Pressure is not critical, although it is preferably operated under atmospheric or subatmospheric pressure. Temperature is preferably about 60° C. or less, more preferably about 40° C. or less and most preferably about 15° C. or less. UV light preferably has a wavelength of less than about 400 nanom-eters. The mixture is exposed to the UV light for a time and at an energy level sufficient to reduce unsaturates to less than about 500 ppm.

HFC-245fa or HFC-236fa is then recovered in a step (e) by distillation of the intermediate resulting from step (d). Distillation can be a batch or continuous distillation. In the batch mode, one distillation column is sufficient. In a con-tinuous mode, two distillation columns may be required, one to remove light distillates and the other to remove heavies. Pressure of the distillation(s) is preferred to run at about 200 psig or less, more preferably about 150 psig or less and most preferably about 100 psig or less.

The HFC-245fa or HFC-236fa produced has a purity of at least about 99.5%. The reactions of the present invention may be conducted in either a batch or continuous mode of operation, however, continuous operation is preferred. The following non-limiting examples serve to illustrate the invention.

EXAMPLE 1

400 lbs. of antimony pentachloride catalyst is charged into a 50 gallon reactor. The reactor temperature is raised to 95° C. 605 lbs./day of HCC-240, 332 lbs./day of HF and 36 lbs./day of chlorine are fed to the reactor continuously. The reactor pressure is maintained at about 150 psig. The product stream contains HFC-245fa, HF, HCl and organic by-products including 1,3,3,3-tetrafluoropropene, 1-chloro-3,3,3-trifluoropropene, and 1-chloro-1,3,3,3-tetrafluoropropene. About 504 lbs./day of HCl is removed from the product stream by low temperature distillation. The HCl free product stream is then fed to a sulfuric acid absorber to extract excess HF and to recycle HF back to the reactor. The effluent of the absorber is fed to a acid scrubber to remove trace amounts of HF. The HF-free product stream is then fed to a photochlorinator. Chlorine is added to remove the unsaturates in the presence of UV light. The excess chlorine is removed by aqueous wash by using caustic and sodium sulfite. The chlorine-free effluent is then dried and fed to a final distillation. The HFC-245fa produced

5,763,706

**5**

has high quality (99.5% purity) and about 300 lbs./day is produced. The single pass yield is about 80%. The yield with recycle of heavies and lights is greater than 90%.

### EXAMPLE 2

Example 1 is repeated except a distillation column is added after the HCl column and before the sulfuric acid absorber. This column is used to remove the heavies from the crude product stream exiting the HCl column. About 50% of the heavies are recyclable and are recycled back to the reactor. The light product mixture exiting the top of the heavies column is fed back to the sulfuric acid absorber. The HFC-245fa produced is greater than 300 lbs./day.

### EXAMPLE 3

Example 2 is repeated except an additional distillation column is added between the caustic scrubber and the sulfuric acid absorber to remove and recycle light intermediates. The bottoms of this distillation column is fed to the caustic scrubber. The HFC-245fa produced is greater than 300 lbs./day.

### EXAMPLE 4

Example 1 is repeated except a distillation column is added before the photochlorinator and after the caustic scrubber to remove and recycle the light by-products. The bottom of this lights distillation column is fed to the photochlorinator. The HFC-245fa produced is greater than 300 lbs./day.

### EXAMPLE 5

Example 1 is repeated except the sulfuric acid absorber is replaced by HF/water azeotrope absorber. The BF/water azeotrope weight ratio is maintained at about 42% HF and 58% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

### EXAMPLE 6

A 2.5 gallon PTFE-lined reactor is charged with 5 lbs. HF and 1.2 lbs. antimony pentachloride catalyst. 6.2 lbs. of 1,1,1,3,3,3-hexachloropropane are charged into the reactor. The reactor temperature is brought to 92° C. and pressure is controlled at less than 240 psig. Hourly samples are taken during the batch run. After 7 hours the reaction is complete and the yield of HFC-236fa is approximately 88%.

### EXAMPLE 7

Example 1 is repeated except the organic feed is changed from HCC-240 (1,1,1,3,3-pentachloropropane) to HCC-230 (1,1,1,3,3,3-hexachloropropane). The reaction is conducted at 95° C. The yield of HFC-236fa is 90%.

What is claimed is:

1. A process for the preparation of fluoropropanes which comprises (a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in the presence of a fluorination catalyst;

(b) optionally removing HCl produced by step (a); and

(c) recovering HF present after step (b).

2. The process of claim 1 further comprising the subsequent steps of: (d) removing unsaturated compounds present after step (c) by photochlorination; and (e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof from the result of step (d) by distillation.

**6**

3. The process of claim 1 wherein step (a) is conducted in a liquid phase.

4. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of transition metal halides, Group IVb metal halides and Group Vb metal halides and mixtures thereof.

5. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of chrome halides, $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, $MoCl_5$ and mixtures thereof.

6. The process of claim 1 wherein step (a) is conducted at a temperature of from about 60° to about 140° C.

7. The process of claim 1 wherein step (a) is conducted at a pressure of from about 50 to about 300 psig.

8. The process of claim 1 wherein chlorine feed to reaction step (a) in an amount sufficient to maintain the catalytic activity of the catalyst.

9. The process of claim 1 wherein the HF to HCC-240fa mole ratio ranges from about 4 to about 10.

10. The process of claim 1 further comprising an additional step after step (a) and before step (b), wherein any unreacted hydrogen fluoride and catalyst in the reaction product resulting from step (a) is removed and recycled to the step (a) reaction.

11. The process of claim 1 wherein step (b) is conducted by distillation.

12. The process of claim 1 further comprising an additional step after step (b) and before step (c), comprising distilling the product resulting from step (b) to produce an overhead of the distillation column comprising 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof, hydrogen fluoride, unsaturated compounds and other impurities.

13. The process of claim 11 wherein the additional distilling step after step (b) and before step (c) is conducted at a pressure of from about 200 psig or less.

14. The process of claim 1 wherein step (c) is conducted by liquid-vapor extraction.

15. The process of claim 13 wherein step (c) is conducted by adding sulfuric acid to the product resulting after step (b) and then separating therefrom a mixture of sulfuric acid and HF from a reaction mass balance comprising 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof, unsaturated compounds and other impurities.

16. The process of claim 15 comprising the step of removing residual acids from said reaction mass balance after step (c).

17. The process of claim 16 wherein the step of removing residual acids from said reaction mass balance after step (c) is conducted with a caustic scrubber or a water scrubber.

18. The process of claim 15 further comprising separating sulfuric acid and HF from the mixture of sulfuric acid and HF.

19. The process of claim 18 further comprising recycling HF recovered from step (c) back to step (a).

20. The process of claim 2 wherein step (d) is conducted with chlorine in a mole ratio of $Cl_2$ to total unsaturated compounds is about 5 or less.

21. The process of claim 2 wherein the step (e) distillation is conducted at about 200 psig or less.

22. The process of claim 1 wherein 1,1,1,3,3-pentafluoropropane produced.

23. The process of claim 1 wherein 1,1,1,3,3,3-hexafluoropropane produced.

24. The process of claim 1 wherein a mixture of 1,1,1,3,3-pentafluoropropane and 1,1,1,3,3,3-hexafluoropropane is produced.

5,763,706

| 7 | 8 |

**25.** The process of claim 1 wherein steps (a) through (c) are conducted in a continuous mode.

**26.** The process of claim 2 wherein steps (a) through (e) are conducted in a continuous mode.

**27.** A process for the preparation of fluoropropanes which comprises

    (a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in a liquid phase in the presence of a fluorination catalyst;

    (b) optionally removing HCl produced by step (a) by distillation; and

    (c) recovering HF present after step (b) by liquid-vapor or liquid—liquid extraction;

    (d) optionally removing unsaturated compounds present after step (c) by photochlorination; and

    (e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or mixtures thereof from the result of step (d) by distillation.

\* \* \* \* \*