IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,<br><br>        Plaintiff,<br><br>        v.<br><br>HONEYWELL SPECIALTY<br>MATERIALS, LLC and<br>HONEYWELL INTERNATIONAL INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-557-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## SOLVAY'S MOTION FOR SUMMARY JUDGMENT ON HONEYWELL'S SEVENTH AFFIRMATIVE DEFENSE OF LACHES, EQUITABLE ESTOPPEL AND PROSECUTION LACHES

Pursuant to Fed. R. Civ. P. 56, plaintiff Solvay, S.A. ("Solvay") moves for summary judgment on Honeywell's seventh affirmative defense of equitable estoppel, laches and prosecution laches. The grounds for this motion are set forth in detail in the supporting Opening Brief filed herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

Dated: February 18, 2008
849271 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 18, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas C. Grimm<br>Benjamin J. Schladweiler<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com<br>bschladweiler@mnat.com | Robert G. Krupka<br>Laura M. Burson<br>Helen Hong<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3400<br>Los Angeles, CA 90017<br>service-solvay@kirkland.com |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

799366 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-557-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Plaintiff's Motion For Summary Judgment On Honeywell's Seventh Affirmative Defense Of Laches, Equitable Estoppel And Prosecution Laches;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the Motion is GRANTED.

_____
United States District Judge

849271 / 30651