IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-557-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

### SOLVAY'S *DAUBERT* MOTION TO STRIKE THE OCTOBER 22, 2007 EXPERT REPORT AND PORTIONS OF THE NOVEMBER 20, 2007 EXPERT REPORT AND TO LIMIT THE TRIAL TESTIMONY OF HONEYWELL'S DAMAGES EXPERT

Pursuant to Federal Rule of Evidence 702, plaintiff Solvay, S.A. ("Solvay") moves this Court to strike the expert report and exclude the trial testimony of defendant Honeywell International Inc.'s ("Honeywell") damages expert, Julie L. Davis. The grounds for granting this motion are set forth in detail in the supporting Opening Brief filed herewith.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to the District of Delaware Local Rule 7.1.1, counsel for Solvay conferred with counsel for Honeywell regarding the instant Motion. Honeywell will oppose the Motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Dated: February 18, 2008
849272 / 30651

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 18, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas C. Grimm<br>Benjamin J. Schladweiler<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com<br>bschladweiler@mnat.com | Robert G. Krupka<br>Laura M. Burson<br>Helen Hong<br>Kirkland & Ellis LLP<br>777 S. Figueroa Street, Suite 3400<br>Los Angeles, CA 90017<br>service-solvay@kirkland.com |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

799366 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL SPECIALTY ) <br> MATERIALS, LLC and ) <br> HONEYWELL INTERNATIONAL INC., ) <br> ) <br> Defendants. ) | C.A. No. 06-557-SLR <br><br> **JURY TRIAL DEMANDED** |

### ORDER

Having considered Plaintiff's *Daubert* Motion To Strike The October 22, 2007 Expert Report And Portions Of The November 20, 2007 Expert Report And To Limit The Trial Testimony Of Honeywell's Damages Expert;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the Motion is GRANTED.

_____
United States District Judge

849272 / 30651