IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-557-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

### SOLVAY'S *DAUBERT* MOTION TO STRIKE THE EXPERT REPORT AND EXCLUDE THE TRIAL TESTIMONY OF HONEYWELL'S PATENT LAW EXPERT

Pursuant to Federal Rule of Evidence 702, plaintiff Solvay, S.A. ("Solvay") moves this Court to strike the expert report and exclude the trial testimony of defendant Honeywell International Inc.'s ("Honeywell") patent law expert, Melvin Garner. The grounds for granting this motion are set forth in detail in the supporting Opening Brief filed herewith.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to the District of Delaware Local Rule 7.1.1, counsel for Solvay conferred with counsel for Honeywell regarding the instant Motion. Honeywell will oppose the Motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

Dated: February 18, 2008
849273 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 18, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

799366 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-557-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY | ) |
| MATERIALS, LLC and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Plaintiff's *Daubert* Motion To Strike The Expert Report And Exclude The Trial Testimony Of Honeywell's Patent Law Expert;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the Motion is GRANTED.

_____
United States District Judge

849273 / 30651