IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-557-SLR |
| HONEYWELL SPECIALTY MATERIALS LLC, and HONEYWELL INTERNATIONAL INC., | ) ) | |
| | ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |
| | ) | |

**HONEYWELL INTERNATIONAL INC.'S MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY**

Honeywell International Inc. ("Honeywell") hereby respectfully moves for summary judgment of invalidity of the patent-in-suit, U.S. Patent No. 6,730,817. The grounds for this motion are fully set forth in Honeywell's supporting opening brief, which is being served and filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
   *Attorneys for Defendants*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
(213) 680-8400

February 18, 2008
1538737

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A., | ) | |
| | ) | |
|     Plaintiff and Counterclaim | ) | |
|     Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-557-SLR |
| HONEYWELL SPECIALTY MATERIALS LLC, | ) | |
| and HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
|     Defendants and Counterclaim | ) | |
|     Plaintiffs. | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Honeywell International Inc.'s Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,730,817, together with the supporting briefs and all opposing papers thereto, it is hereby ORDERED that Honeywell International Inc.'s motion is GRANTED.

_____
The Honorable Sue L. Robinson

1538737

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on February 18, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
Michael E. McCabe, Jr., Esquire
Aarti Shah, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

1538737