## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A. | ) | |
| | ) | C.A. No. 06-557-SLR |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| HONEYWELL SPECIALTY | ) | |
| MATERIALS, LLC and | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JEFFREY McINTYRE IN SUPPORT OF
## SOLVAY'S MOTION FOR SUMMARY JUDGMENT
## OF NO INEQUITABLE CONDUCT

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

*Attorneys for Plaintiff Solvay, S.A.*

Dated: February 18, 2008
Public Version Dated: February 25, 2008
850550 / 30651

I, Jeffrey McIntyre, declare:

1.      I am an attorney duly licensed *pro hac vice* to practice in Delaware and a partner at the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., counsel for Plaintiff.  I have personal knowledge of the matters set forth herein, and if called to do so, could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from U.S. Patent 6,730,817 prosecution history, HON0021383, HON0021446-53, HON0021462, HON0021480-81, and HON0021490-91.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Response to Plaintiff's Request for Admission No. 6.

4.      Attached hereto as Exhibit ███████████████████████████████

█████████████████████

5.      Attached hereto as Exhibit ███████████████████████████████

█████████████████████████

6.      Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,574,192.

7.      Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 7,214,839.

8.      Attached hereto as Exhibit 7 ██████████████████████████████

████████████████████████

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the U.S. Patent No. 7,214,839 prosecution history, S0023740-50, S0023755-60, and S0023767-83.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the U.S. Patent No.

7,214,839 prosecution history Disclaimer, HON0033987-991.


I declare under penalty of perjury that the foregoing is true and correct.


Date:  February 18, 2008                   By:  _____ */s/ Jeffrey McIntyre* _____
Public Version Dated: February 25, 2008                    Jeffrey McIntyre

849309 / 30651

# EXHIBIT 1

Page 1 of 1

| FORM PTO-1449 | Atty Docket SLVAY 3216.01 | Serial No. 09/092,746 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | Applicant Vincent WILMET et al. | |
| | Filing Date June 8, 1998 | Technology Center 1621 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | AA | , , / / | | | | | |
| | AB | , , / / | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| | AC | WO95/05353 | 02/23/95 | WIPO | | | X Yes / No |
| | AD | WO95/04022 | 02/09/95 | WIPO | | | X Yes / No |
| | AE | 0 611 744 | 08/24/94 | Europe | | | Yes / X No |
| | AF | WO96/01797 | 01/25/96 | WIPO | | | X Yes / No |
| | AG | 0 703 205 | 03/27/96 | Europe | | | Yes / X No |
| | AH | 32843/95 | 04/04/96 | Australia | | | X Yes / No |
| | AI | 0 729 932 | 09/04/96 | Europe | | | X Yes / No |
| | AJ | 0 522 639 | 01/13/93 | Europe | | | Yes / X No |
| | AK | WO95/04021 | 02/09/95 | WIPO | | | X Yes / No |

## OTHER (Including Author, Title, Date, Pertinent Pages, etc.)

| | | |
|---|---|---|
| | AL | Derwent Abstract No. 94-265357 (English language) of EP-611744. |
| | AM | KOTORA, Martin et al., "Addition of tetrachloromethane to halogenated ethenes catalyzed by transition metal complexes", Journal of Molecular Catalysis, Volume 77, pages 51-60 (1992). |
| | AN | English translation of the specification, claims, and Abstract of EP 0 522 639. |

| Examiner A Siegel | Date Considered 8/12/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

18.FEV.2000  16:44     SOLVAY NOH DCR 32 2 2642955            N0348     P.3/18

# ADVANCES IN
# FLUORINE CHEMISTRY

VOLUME 3

EDITORS

M. STACEY, F.R.S.
Mason Professor and Head of Department of
Chemistry, University of Birmingham

J. C. TATLOW, Ph.D., D.Sc.
Professor of Organic Chemistry, University of Birmingham

A. G. SHARPE, M.A., Ph.D.
University Lecturer in Chemistry, Cambridge

LONDON
BUTTERWORTHS
1963

HON0021446

18.FEV.2000  16:44    SOLVAY NOH DCR 32 2 2642955    N0348    P.4/10

# THE PREPARATION OF ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

### A. K. BARBOUR, L. J. BELF and M. W. BUXTON

*Imperial Smelting Corporation Limited, Avonmouth*

| | |
|---|---|
| Introduction | 182 |
| Reagents for Fluorination by Halogen Exchange | 183 |
| Anhydrous hydrogen fluoride | 183 |
| Antimony trifluoride | 185 |
| Antimony pentafluoride | 185 |
| Antimony chlorofluoride (or bromofluoride) | 186 |
| Arsenic trifluoride | 187 |
| Mercurous fluoride | 188 |
| Mercuric fluoride | 188 |
| Other reagents | 188 |
| Preparation of Fluoroalkanes | 192 |
| Perhalogenomethanes containing chlorine and fluorine | 192 |
| Perhalogenomethanes containing fluorine and bromine | 192 |
| Fluorohalogenomethanes containing one hydrogen atom | 193 |
| Fluorohalogenomethanes containing two or three hydrogen atoms | 193 |
| Fluoroethanes | 194 |
| Preparation of compounds of formula $CX_3$-R | 194 |
| Preparation of compounds of formula $CHX_2$-R | 199 |
| Preparation of compounds of formula $CH_2X$-R | 200 |
| Fluoropropanes | 201 |
| Oxidation | 201 |
| Preparation of compounds of formula R-$CX_2$-R' | 202 |
| Preparation of compounds of formula R-$CHX$-R' | 206 |
| Preparation of compounds of formula R-$CX_2$-$CH_2$-R' | 209 |
| Fluorobutanes | 209 |
| Preparation of fluorocyclobutanes | 210 |
| Preparation of compounds of formula R-$CHX$-$CH_2$-R' | 211 |
| Preparation of compounds of formula R-$CX_2$-$CH_2$-R' | 212 |
| Preparation of compounds of formula R-$CX_2$-$CX_2$-R' | 213 |
| Branched-chain fluorobutanes | 214 |
| Fluoropentanes | 215 |
| Straight-chain | 215 |
| Branched-chain | 215 |
| Cyclic | 216 |
| Fluorohexanes | 217 |
| Straight-chain | 217 |
| Cyclic | 218 |
| Fluoro-octanes | 221 |
| Higher Fluoroalkanes | 222 |

THE ORGANIC FLUOROCHEMICALS INDUSTRY

[109] Benning, A. F., Park, J. D. and Krahler, S. E., *U.S. Pat.* 2,458,551 (Jan. 11, 1949)
[110] Benning, A. F., Park, J. D. and Krahler, S. E., *U.S. Pat.* 2,576,823 (Nov. 27, 1951)
[111] Miller, C. B. and Calfee, J. D., *U.S. Pat.* 2,716,127 (May 29, 1951)
[112] Calfee, J. D., Miller, C. B. and Smith, L. B., *U.S. Pat.* 2,755,319 (July 17, 1956)
[113] Woolf, C. J., *U.S. Pat.* 2,802,887 (Nov. 11, 1956)
[114] Woolf, C., *U.S. Pat.* 2,714,618 (Aug. 2, 1955)
[115] Woolf, C., *U.S. Pat.* 2,750,343 (Sept. 2, 1956)
[116] Ruh, R. P. and Davis, R. A., *U.S. Pat.* 2,745,886 (May 15, 1956)
[117] Ruh, R. P. and Davis, R. A., *U.S. Pat.* 2,744,148 (May 1, 1956)
[118] Miller, W. N., *U.S. Pat.* 2,745,147 (May 1, 1956)
[119] Scherer, O., Kühn, A. and Fröhlich, B., *Ger. Pat.* 1,000,788 (Jan. 17, 1957)
[120] Belf, L. J., *U.S. Pat.* 2,946,827 (July 26, 1960)
[121] Mantell, R. M. and Barbour, W. S., *U.S. Pat.* 2,774,789 (Dec. 18, 1956)
[122] Feasley, C. F. and Stover, W. A., *U.S. Pat.* 2,627,984 (July 28, 1959)
[123] Downing, A. P., Benning, F. R. and McHarness, R. C., *U.S. Pat.* 2,551,573 (May 8, 1951)
[124] Benning, A. F., Downing, F. B. and Park, J. D., *U.S. Pat.* 2,405,794 (Sept. 5, 1946)
[125] Downing, F. B. and Benning, A. F., *U.S. Pat.* 2,384,821 (Sept. 18, 1945)
[126] Hanson, J., *U.S. Pat.* 2,469,344 (Oct. 30, 1951) (July 23, 1946)
[127] Nielsen, J. M., *U.S. Pat.* 2,758,138 (Aug. 7, 1956)
[128] Eyck, E. H. and Larson, G. P., *U.S. Pat.* 2,970,176 (Jan. 31, 1961)
[129] Farlow, M. W. and Dyer, R. M., *U.S. Pat.* 2,709,189 (May 24, 1955)
[130] Farlow, M. W. and Muetterties, E. L., *U.S. Pat.* 2,709,706 (May 24, 1955)
[131] Farlow, M. W. and Muetterties, E. L., *U.S. Pat.* 2,709,191 (May 24, 1955)
[132] Farlow, M. W., *U.S. Pat.* 2,709,192 (May 24, 1955)
[133] Farlow, M. W. and Muetterties, E. L., *U.S. Pat.* 2,892,410 (June 30, 1959)
[134] Farlow, M. W. and Muetterties, E. L., *U.S. Pat.* 2,732,411 (Jan. 24, 1956)
[135] Denison, T. J., Tullis, E. E. and Whipple, G. H., *U.S. Pat.* 2,852,574 (Sept. 16, 1958)
[136] Forbesay, W. O., *U.S. Pat.* 2,931,012 (June 14, 1960)
[137] Benning, A. F. and Park, J. D., et al., *Chem. Zbl.* 1938, II, 7231
[138] Brown, J. H., *U.S. Pat.* 2,550,833 (Aug. 18, 1950)
[139] Chevansky, A. L. and Lander, J. D., *U.S. Pat.* 2,744,915 (July 10, 1956)
[140] Atkinson, J. G. and Reinhardt, R. N., *U.S. Pat.* 2,750,453 (Sept. 4, 1955)
[141] Miller, W. T., *U.S. Pat.* 2,848,505 (Aug. 19, 1958)
[142] Simons, J. H., Brice, T. J. and Pearlson, W. H., *U.S. Pat.* 2,558,928 (Nov. 10, 1951)
[143] Ruh, R. P. and Davis, R. A., *U.S. Pat.* 2,908,724 (Oct. 13, 1959)
[144] Pedersol, R. L., Sauers, F. W. and Dewey, D. C., *U.S. Pat.* 2,937,210 (May 17, 1960)
[145] Sterling, J. D., *U.S. Pat.* 2,729,687 (Jan. 3, 1956)
[146] Hanford, W. E., *U.S. Pat.* 2,407,419 (Sept. 10, 1946)
[147] Dietrich, M. A., *U.S. Pat.* 2,407,405 (Sept. 10, 1946)
[148] Benning, A. F., Downing, F. B. and Plunkett, R. J., *U.S. Pat.* 2,401,897 (June 11, 1946)
[149] Downing, A. F., Benning, A. F. et al., *U.S. Pat.* 2,704,775 (Mar. 22, 1955)
[150] Joyce, J. W., *U.S. Pat.* 2,695,906 (Aug. 3, 1954); *U.S. Pat.* 2,704,715 (Mar. 22, 1955)
[151] Mantell, R. M., *U.S. Pat.* 2,697,124 (Dec. 14, 1954)
[152] Dixmarsk, C. L., *U.S. Pat.* 2,697,746 (Jan. 26, 1955)
[153] Harpuisden, M. and Feinberg, A. H., *U.S. Pat.* 3,009,966 (Nov. 21, 1961)

## ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

Preparation of Fluoroalkanes .... 222
Fluoroolefins .... 222
Fluoroacetylenes .... 223
Fluorobutenes .... 225
Fluoroethers and higher homologues .... 226
Preparation of Fluoroaromatics
Arenes .... 226
Mono-(halogenoalkyl) benzenes .... 226
Nuclear-(halogenoalkyl) benzenes .... 229
bis-(halogenoalkyl) benzenes .... 229
Nuclear-substituted bis-(halogenoalkyl) benzenes .... 230
tri-(halogenoalkyl) benzenes .... 230
Halogenoalkyl polynuclear aromatics .... 231
(fluoroalkyl) naphthalenes .... 231
Nuclear-fluorinated aromatics .... 231
Heterocycles .... 233
Halogens in the side-chain .... 233
Halogens in the nucleus .... 235
Preparation of Aliphatic Fluorine Compounds Containing Func-
tional Groups .... 237
Fluoroformates .... 237
Fluoroacetals .... 238
Esters of fluorophosphonic acid and higher acids .... 238
Fluoroamides .... 240
Fluoroacetals .... 242
Fluoroketones .... 243
Fluoroesters .... 243
Carbonyl Fluorides .... 244
Indexed Methods .... 245
Sulphonyl Acid Fluorides .... 246
Carbonyl Fluorides .... 247
Fluorine-containing Sulphur Compounds .... 248
Sulphides .... 248
Sulphonyl Halide .... 249
Fluorine-containing Silicon Compounds .... 249
Trifluorosilanes .... 250
Di- and more-fluorosilanes .... 251
Fluorine-containing Phosphorus Compounds .... 251
Miscellaneous Fluorine-containing Nitrogen Compounds .... 253

## INTRODUCTION

Fluorination by halogen exchange is by far the most widely used way of synthesising organic fluorine compounds, in both the laboratory and industry. The use of inorganic fluorides, such as sodium, potassium, silver and mercuric fluorides, for the replacement of chlorine, bromine or iodine in simple alkyl halides was first reported by Moissan, Meslans and Chabrie in the late 1800's. Credit for establishing the full potential of the method must, however, go to the Belgian chemist F. Swarts, who introduced antimony trifluoride as a fluorinating agent in 1892 and demonstrated its value for preparing simple polyfluorides in a long series of papers published between 1892 and 1938.

In 1930, Midgley and Henne, working in conjunction with the General Motors Frigidaire Companies, successfully developed an industrial process

for the production of the refrigerant dichlorodifluoromethane by fluorination of carbon tetrachloride, based on Swarts' work with antimony trifluoride. Henne and his collaborators followed this with a detailed study of the preparation and reactions of polyfluoroalkanes by halogen exchange using antimony halides and mercury fluorides as the fluorinating agents. These studies, which extended over the subsequent twenty years, defined more closely the scope of the method by providing qualitative data on the rate of the fluorination reaction for a range of halogenoalkanes containing up to five carbon atoms, and on the orientation of the products. Many other workers have built upon Swarts' pioneering studies and extended the halogen exchange method to the preparation of fluoroalkyl aromatics and heterocyclics.

In general, halogen exchange cannot be used successfully for the fluorination of compounds containing functional groups where the alkyl chain contains polyhalogenated carbon atoms. In these cases, the functional group has to be introduced by subsequent transformation or an available fluoroalkane. This restriction does not apply to the preparation of compounds possessing a functional group and only one halogen atom, where the alkali metal fluorides are frequently very effective fluorinating agents.

In this article, we have attempted a comprehensive review of the literature on the preparation of organic fluorine compounds by halogen exchange, and to systematize it wherever possible. We believe that coverage is complete up to mid-1960, although numerous papers of later date have also been included. The material is arranged, not classified primarily from the viewpoint of the preparative organic chemist, although reference to the original literature will be necessary for many essential practical details. We acknowledge our debt to previous reviews of aspects of this subject, which will also be of considerable value to the general reader[1-4].

## REAGENTS FOR FLUORINATION BY HALOGEN EXCHANGE

A large number of inorganic fluorides have been studied as reagents for fluorination by halogen exchange. Many are used only infrequently in practice, and the majority of the references in this article are concerned with the fluorides of hydrogen, antimony, potassium, silver and mercury. In this section brief details are given of the preparation of these reagents, together with an outline of the type of fluorination for which they have been used.

### ANHYDROUS HYDROGEN FLUORIDE

Anhydrous hydrogen fluoride is a colourless, mobile liquid, boiling point 19.5°, which fumes copiously when released into the atmosphere. Both the liquid and the vapour cause painful burns and, consequently, protective clothing should be worn when working with this reagent. The face should be covered completely by a clear plastic shield, gloves of rubber or polyvinyl chloride should be worn, and the body protected by a plastic apron.

Hydrogen fluoride is manufactured by treating high-grade calcium fluoride, called "acid-grade spar", with concentrated sulphuric acid in a mild steel reactor[5,6]. The crude gas evolved is condensed and distilled to re-

HON0021448

02/18/00 FRI 10:54 [TX/RX NO 8110]

## ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

the tri- and tetrafluoride could be made in lower yield by further reaction under more drastic conditions:

$$CHF_2CH_2F \xrightarrow{HgF_2, 150-160^\circ} CHF_2CHF_2 \text{ (95% yield)} + CHF_2CHF_2$$

Swarts' work has also been continued in a more detailed study of the fluorination of 1,1,2-tetrachloroethane with mercuric fluoride giving $CHCl_2CHF_2$, from the fluorination of $CHCl_2CHCl_2$, with $SbF_3/SbCl_5$ at 60°/atmospheric pressure.

Antimony trifluoride in the presence of $SbCl_5$ gives poor results when used for the fluorination of $CHCl_2CH_2Cl$, and Henne found that mercuric fluoride was much more efficient for this fluorination and for the fluorination of $CH_2ClCHCl_2$ and $CH_2ClCH_2Cl$. Mercuric fluoride and his colleagues obtained yields of up to 78 per cent from the fluorination of $CHCl_2CH_2Cl$.

Whitely has patented the use of HF in the presence of stannic chloride for this fluorination. As 30-100°, 100-200 p.s.i., $CHClFCH_2Cl$ is the main product.

The fluorination of 1,1-dihalogenoethanes by halogen exchange proceeds in poor yield using antimony fluorides, while HF alone has also been less successful. Whitley found that HF in presence of stannic chloride gave a mixture of $CHCHFCH_3$ (40 per cent) and $CHF_2CH_3$ (20 per cent) when ethylidene chloride was fluorinated at 50-100° in an autoclave at 100-200 p.s.i.

Addition procedures are more efficient than halogen exchange for the preparation of 1,1-difluoroethanes. Hydrogen fluoride adds to acetylene in excellent yield using fluorosulphonic acid, $H_2SO_4$, $SnCl_4$, $SbCl_5$ or $TiCl_4$ as the catalyst. Reaction also proceeds in the absence of catalyst at 8–12 atm.

### Preparation of Compounds of Formula $CH_2X-R$

$$CH \equiv CH \xrightarrow{HF \\ catalyst} CHF=CH_2 \text{ (100 per cent) (see ref. 275)}$$

$$CH_2 = CH_2 \xrightarrow{HF_2, \\ Hg(II)} CHF_2CH_3 \text{ (100 per cent) (see ref. 285)}$$

Henne and Renoll found that 1,2-dihaloethane was difficult to fluorinate, the fluorination of 1,2-dichloroethane with mercuric fluoride gives a 50 per cent yield of $CHFClCH_2F$ together with a little $CH_2FCH_2F$, contaminated with unreacted starting material. 1,2-dichloroethane behaved similarly on fluorination with mercuric fluoride. Potassium fluoride can be used to introduce one fluorine atom, a 25 per cent yield of $CH_2FCH_2Cl$ is reported from $CH_2ClCH_2Br$, and a 7 per cent yield of $ClCH_2CH_2Cl$

## PREPARATION OF FLUOROALKANES

from $CH_2ClCH_2Cl$. An unusual preparation of $CH_3CH_2CH_2F$ involves the reaction of bis-(chloroethyl) sulphate with KF at 175°. A yield of 60 per cent was obtained.

Ethyl fluoride has been obtained by halogen exchange using mercuric fluoride to fluorinate ethyl bromide, the reaction being slower than silver fluoride with ethyl iodide, and the fluorination of ethyl iodide with silver fluoride in presence of $SiO_2$ etc. It can also be made by the addition of HF to ethylene.

### FLUOROATOMS

#### Guiniden Ratio

The orientation of the products obtained from exchange fluorination reactions is of considerable interest both for the extensive studies of Henne and his colleagues, which have established certain rules in this field. The controlling factor is the degree of halogenation of the central methylene group; three main categories may be distinguished.

#### Prepare containing a dihalogenomethylene group, $RCH_2X^2$

In the fluorination of polyhalogenopropanes:

(i) geminate -$CX_2$ groups are fluorinated preferentially, where these groups are -$CCl_2$, fluorination with $SbF_3$ or $SbF_3Cl_2$ proceeds symmetrically and usually only as far as -$CClF$;

(ii) halogen atoms at the terminal carbon atom are resistant to fluorination;

(iii) complete replacement of all halogens on any fluorine can be achieved only by the use of powerful fluorinating agents such as $MnF_3$, $CoF_3$, or $HF$.

In compounds where the adjacent methyl groups are not halogenated, the central >$CX_2$ group is easily and completely fluorinated, that they go to the R-$CX_2$-R' changes from -$CH_2$ to -$CH_2F$ to -$CHCl_2$ to -$CCl_2$, the fluorination of the central >$CX_2$ group is first attacked, then proceed only as far as monosubstitution to >$CClF$ and, finally, when both R and R' are completely halogenated, the >$CX_2$ group is not attacked.

#### Prepare containing a methyldihalogenomethyl group, $RCHXX'$

The >$CHX$ group is then undergoes fluorination in compounds containing halogenomethyl groups. Exchange fluorination of the halogenomethyl group allows the usual pattern that a -$CX_2$ group fluorinates preferentially and a >$CHX$ group in the same molecule is unaffected. Where two -$CX_2$ groups are present, substitution proceeds symmetrically. Such fluorinations are often accompanied by decomposition and yields are frequently low.

If the outer methyl groups are not halogenated, as in isopropyl chloride or bromide, fluorination proceeds normally on the monohalogenomethylene group.

#### Prepare containing a sulphur group, $RCH_2X^2$

Where both methyl groups are fully halogenated, substitution proceeds normally, in other cases where both methyl groups are halogenated to differing degrees, fluorination with $SbF_3$ or $SbF_3Cl_2$ proceeds preferentially on the most highly halogenated carbon atom. More powerful fluorinating

18.FEV.2008   16:46    SOLVAY NOH DCR 32 2 2642955                    NO348    P.7/10

## ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

agents are required to replace halogen in monohalogenomethyl groups in such compounds.

Compounds in which one methyl group only is halogenated fluorinate in poor yield with antimony fluoride, though mercuric fluoride is successful in some cases.

It follows from the above generalizations that certain halogenopropanes cannot be synthesized by halogen exchange on the corresponding chloro- or bromo-compound. This difficulty is usually circumvented by the exchange fluorination of a suitably activated halogenopropane or propene, followed by a dehalogenation stage. Examples of both types of synthesis are quoted in the remainder of this section.

### Preparation of Compounds $R-CX_2-R'$

By treating octachloropropane with $SbF_3/SbCl_5$, in an autoclave at 100-140°, Henne and Ladd[24] were able to introduce one to three fluorine atoms, depending on the reaction conditions. Substitution proceeded solely on the trichloromethyl groups:

$$CCl_3CCl_2CCl_3 \xrightarrow{SbF_3/SbCl_5} CCl_2FCCl_2CCl_2F$$

Fluorination of 1H-heptachloropropane[28] substitutes two fluorine atoms on the trichloromethyl group, the third substituting on the dichloromethylene group. The product ratio depends upon the temperature of reaction. Subsequent chlorination provides a synthesis of isomers of the above di- and trifluoro[28,39]:

$$CCl_3CCl_2CHCl_2 \xrightarrow{100°} \begin{array}{l} CCl_2FCCl_2CHCl_2 \\ CClF_2CCl_2CHCl_2 \\ CClF_2CCl_2CHFCl \end{array}$$

$$\xrightarrow{Cl_2} \begin{array}{l} CCl_2FCCl_2CCl_3 \\ CClF_2CCl_2CCl_3 \\ CClF_2CCl_2CFCl_2 \end{array}$$

Fluorination of 2H-heptachloropropane with $SbF_3/SbCl_5$[28,39] leaves the chloromethylene group unaffected. 2-Fluoroheptachloropropane cannot be made by the fluorination of octachloropropane; its synthesis requires the following sequence:

$$CH_2ClCCl=CCl_2 \xrightarrow{HF} CH_2ClCCl_2CF_2Cl \xrightarrow{Cl_2} CCl_3CCl_2CF_2Cl$$

1,1,1-Trifluoropentachloropropane cannot be made by halogen exchange from octachloropropane, but is easily accessible through the allylic fluorination of hexachloropropene (which proceeds exclusively on the trichloromethyl group—see section on fluoropropenes, page 222), followed by chlorination[26,39]:

$$CCl_3CCl=CCl_2 \xrightarrow{SbF_3/SbCl_5} CF_3CCl=CCl_2 \xrightarrow{Cl_2} CF_3CCl_2CCl_3$$

Compounds containing the difluoromethylene group, e.g. $CCl_3CF_2CCl_3$ and $CCl_2FCF_2CHCl_2$ are made by the facile fluorination of $CH_2ClCCl_2CHCl_2$, followed by chlorination[28,39].

## PREPARATION OF FLUOROALKANES

Henne and his colleagues have synthesized the following tetrafluorides by extending the sequences described in the section on the preparation of compounds of formula $R-CX_2-R'$, page 202.

$$CCl_3CCl_2CClF_2 \xrightarrow{SbF_3/SbCl_5} CCClF_2CCl_2CClF_2 \quad \text{(see ref. 302)}$$

$$CClF_2CClFCClF_2 \xrightarrow{SbF_3/SbCl_5} CClF_2CClFCClF_2 \xrightarrow{Cl_2} CClF_2CClFCClF_2 \quad \text{(see ref. 307)}$$

As expected, preparation of the isomeric tetrafluorides requires alternative sequences:

$$CF_3CCl_2CCl_3 \xrightarrow{SbF_3} CF_3CCl_2CClF_2 \quad \text{(see ref. 303)}$$

$$CF_3CCl=CCl_2 \xrightarrow{?} \quad$$

$$CH_3CCl_2CH_3 \xrightarrow{SbF_3SbF_5} CH_3CF_2CH_3 \xrightarrow{Cl_2} CCl_3CF_2CH_2Cl \xrightarrow{SbF_3SbCl_5} \text{(see ref. 309)}$$

$$\xrightarrow{Cl_2} CCF_2CH_2CH_3 \xrightarrow{Cl_2} CCClF_2CF_2CCl_3$$

$CClF_2CCl_2CClF_2$ has also been made in small yield by adding HF to $CClF_2CCl=CCl_2$[303] but the major products are $CF_3CHClCClF_2$ and $CF_3CClCClF_2$.

Fluorination of 2-fluoroheptachloropropane with $SbF_3/Cl_2$ gives the expected symmetrical pentafluoride[306], an 87 per cent yield was obtained in later work by Miller and Fainberg[307]. The same pentafluoride has also been prepared in 65-70 per cent yield by fluorinating a suitable tri- or tetrafluoride with either $SbF_3/Cl_2$ or $HgF/HF$.

$$CF_3CClFCF_3 \xrightarrow{SbF_3/Cl_2\ (see ref. 305,311)} \quad$$

$$CF_3CClFCClF_2 \xrightarrow{SbF_3/Cl_2\ (see ref. 305)\,or\,HgF/HF_2\,115°(see ref. 311)} \quad CClF_2CF_2CClF_2$$

$$CF_3CClFCHClF[305] \quad$$

Other penta- and hexafluorides result from the fluorination of 1,1,1-trifluoropropane, substitution proceeding as expected, on the other trihalogenomethyl group.

$$CF_3CHClCHCl_2 + SbF_3/Cl_2 \xrightarrow{140°[303]} CF_3CHClCClF_2\ (84\ per\ cent) \quad \text{(see ref. 303)}$$

$$CF_3CClFCCl_3 \xrightarrow{SbF_3/Cl_2 \over 107°} CF_3CClFCClF_2\ (28\ per\ cent) + CF_3CClFCF_3 \quad \text{(60\ per\ cent)}\ \text{(see ref. 308)}$$

$$CH_3CHClCHCl_2 \xrightarrow{SbF_3/Cl_2 \over 107°[308]} CF_3CClFCClF_2 \xrightarrow{SbF_3 \over 107°[308]} CF_3CClFCF_3 \quad \text{(see ref. 313)}$$

02/18/00  FRI 10:54  [TX/RX NO 8110]

HON0021450

18.FEV.2000 15:47 SOLVAY NOH DCR 32 2 2642...

## ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

The fact that a $-CHF_2$ group is converted to $-CF_3$ by reaction with $SbF_3Cl_2$, whereas it is usually resistant to further fluorination with this reagent. However, Henne[84] has suggested that the starting material was $CH_3CF_2CF_2CCl_3$, not $CH_3F_2CClFCCl_3$, and that rearrangement occurs during fluorination.

An alternative sequence to compounds of this type is fluorination of a suitable olefin (see section on fluoropropene) followed by chlorination:

$$CCIF_2CCI=CF_2 \xrightarrow{HF} CF_3CClH=CF_2 \xrightarrow{Cl_2} CF_3CCl_2CClF_2 \quad (\text{see ref. 305})$$

For the complete replacement of halogen atoms in a perhalogenopropane, powerful fluorinating agents such as manganic and cobaltic fluoride, lead tetrafluoride, and bromine trifluoride have proved effective. Thus, McBee and Robb[84] treated $C_3Cl_8F_8$ with mercuric fluoride at 300° and obtained a mixture of $C_3Cl_7F$, $C_3Cl_6F_2$ and $C_3Cl_5F_3$, which gave $C_3F_8$ when recycled at 350°. The same compounds are obtained when hexachloropropene is brominated with lead tetrafluoride[84].

Haszeldine[84] converted $C_3F_7I$ into $C_3F_8$ by reaction with cobaltic fluoride, bromine trifluoride, chlorine trifluoride, or antimony pentafluoride. The yields range from 73–89 per cent depending on which reagent is used:

| Reagent | Yield of $C_3F_8$ per cent |
|---|---|
| $BrF_3$ | 89 |
| $ClF_3$ | 78 |
| $SbF_5$ | 87 |
| $CoF_3$ | 73 |

This is stated to be a general reaction for preparing fluorocarbons of the formula $CF_3(CF_2)_nF$ from the iodides $CF_3(CF_2)_nI$, where $n = 3–12$, in yields of 70–90 per cent.

Reaction of an excess of bromine trifluoride at $-80°$ with 1-chloro-1-iodo-hexafluoropropane caused replacement of the more reactive iodine atom only[84]:

$$CF_3CF_2CFClI \xrightarrow{BrF_3} CF_3CF_2CF_2Cl \quad (75 \text{ per cent})$$

Early studies by Henne and his colleagues[84,84] showed that 2,2-difluoro-propane could be prepared in 80–85 per cent yield by fluorinating 2,2-di-chloropropane with $SbF_3$ at room temperature, preferably in the presence of a little $SbCl_5$ or bromine:

$$CH_3CCl_2CH_3 \xrightarrow{SbF_3} CH_3CF_2CH_3 \quad (85 \text{ per cent}) + CH_3CClFCH_3 \quad (10–15 \text{ per cent})$$

Henne found that chlorination of the difluoride proceeds asymmetrically, thus providing a route to certain chlorine-substituted 2,2-difluoropropanes:

$$CH_3CF_2CH_3 \rightarrow CH_2ClCF_2CH_3 \rightarrow CCl_2FCF_2CH_2Cl \rightarrow CCl_3CF_2CCl_3$$

## PREPARATION OF FLUOROALKANES

When R is chloromethyl, fluorination again takes place readily at room temperature[84], and is confined to the dichloromethylene group:

$$CH_2ClCCl_2CH_2 \xrightarrow{HF} CH_2ClCF_2CH_3 \quad (51 \text{ per cent})$$

An alternative route to this compound, due to Dickey[84], comprises the addition of HF to a chloro-olefin, followed by fluorination in air:

$$CH_3CClCl=CH_2 \xrightarrow{HF} CH_3CClFCH_3 \quad (60 \text{ per cent}) + CH_3CClFCH_2F \quad (20 \text{ per cent})$$

$CH_3CF_2CH_2Cl$ can also be made from $CH_3CCl=CHCl$ by HF addition, but yields are poor, 10 per cent from the trans-olefin and 7 per cent from the cis-olefin[84]. $CH_3CBrClCH_2Cl$ behaves similarly to $CH_3CCl_2CH_2$ on fluorination, giving $CH_3BrCF_2CH_3$ in 49 per cent yield by reaction with $HF$[84] under reflux.

When the terminal groups are both $-CH_3$, fluorination again occurs exclusively on the central dihalogenomethylene group, and more vigorous conditions are required. Either the difluoride or the monofluoride is formed in 80 per cent yield, the product depending on the reactant ratio[84]:

$$CH_3CCl_2CH_2CCl_3 \xrightarrow{SbF_3Cl_2} CH_3CClFCH_2CCl_3 \quad (80 \text{ per cent})$$
$$CH_3CHClFCH_2Cl$$

The corresponding bromide reacts in the same way[84]:

$$CH_2BrCH_2CH_2Br \xrightarrow{SbF_3Cl_2} CH_3CF_2CH_2Br \quad (45 \text{ per cent})$$

In compounds of general formula $CH_3CH_2CH_3$, fluorination of the $>CH_2$ group is either incomplete or does not occur:

$$CCl_3CCl_2CH_3 \xrightarrow{HF} CCl_2FCCl_2CH_3 + CClF_2CClFCH_3 \quad (\text{see ref. 49})$$
$$CF_3CCl_2CH_3 \xrightarrow{SbF_5} CF_3CCl_2CH_3 \quad (32 \text{ per cent}) \quad (\text{see ref. 49})$$

$$CCl_3CCl_2CH_3 \rightarrow CClFCClCH_3 \quad (10 \text{ per cent}) + CClFCClFCH_3 \quad (35 \text{ per cent}) + CCl_2FCF_2CH_3 \quad (85 \text{ per cent}) \quad (\text{see ref. 308})$$

and in the case of $CHCl_2CCl_2CH_3$ fluorination failed because decomposition occurred.

In halogenopropanes where the central group is difluoromethylene, fluorination of an adjacent $-CCl_3$ group is difficult to complete:

$$CCl_3CF_2CH_3 \xrightarrow{SbF_5} CCl_2FCF_2CH_3 \quad (\text{see ref. 308})$$
$$CCl_2FCF_2CH_3 \xrightarrow{SbF_5} CClF_2CF_2CH_3 \quad (85 \text{ per cent}) \quad (\text{see ref. 49})$$
$$CCl_2FCF_2CH_2Cl \xrightarrow{SbF_5} CClF_2CF_2CH_2Cl \quad (50 \text{ per cent}) \quad (\text{see ref. 49})$$

HON0021451

18.FEV.2000  16:48    SOLVAY NOH DCR 32 2 2642955    NO949    P.9/10

## ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

### Preparation of Compound $R\text{-}CHX_2\text{-}R'$

Early work by Henne and co-workers[20,201] demonstrated that the fluorination of 2H-heptachloropropane proceeded exclusively on the trichloromethyl group, and in a symmetrical manner.

$$CCl_3CHClCCl_3 \longrightarrow \begin{array}{l} CCl_2FCHClCOCl_2F \\ CCl_2FCHClCOClF_2 \\ CF_3CHClCClF_2 \end{array}$$

This effect is also observed when one of the methyl groups is incompletely halogenated. In all recorded examples, with one minor exception noted below, the halogen atom of the central halogenomethylene group is unaffected by fluorination of the molecule by halogen exchange reagents. In general, therefore, it is not possible to prepare compounds of the type $R\text{-}CHF\text{-}R'$ by halogen exchange methods. However, if both $R$ and $R'$ are methyl, i.e. in isopropyl halides, exchange fluorination proceeds normally on the halogenomethylene group.

The first examples illustrating these points were reported by McBee and his colleagues:

$$CH_3CCl_2CHClCH_3 \xrightarrow[\text{see ref. b}]{\text{SbF}_3/\text{SbCl}_5} CH_3CF_2CHBrCH_3 \text{ (10 per cent)} +$$

$$+ CClF_2CHBrCH_3 \text{ (5 per cent) (see refs. 317, 318)}$$

$$CCl_3CHBrCH_2CH_3 \xrightarrow[\text{see ref. b}]{\text{SbF}_3/\text{SbCl}_5} CF_3CHClCH_2CH_3 \text{ (66 per cent)} +$$

$$+ CClF_2CHClCH_3 \text{ (16 per cent) (see ref. 317)}$$

More recently, Hauptschein has reported[319] a similar effect when $R'$ is halogenomethyl:

$$CCl_3CHClCH_2Br \xrightarrow[\text{see ref. b}]{\text{SbF}_3/\text{SbCl}_5} CF_3CHBrCH_2Br \text{ (53 per cent)}$$

$$CCl_3BrCHClCH_2Cl \xrightarrow[\text{see ref. b}]{\text{SbF}_3} CF_3CHBrCH_2Cl \text{ (47 per cent)}$$

$$\cdots CCl_2BrCHBrCH_2Cl \xrightarrow[\text{see ref. b}]{\text{SbF}_3} CF_2BrCHBrCH_2Cl \text{ (58 per cent)}$$

Non-existence of al.[39] have also confirmed these effects. They obtained $CClF_2CHClCH_2Cl$ (23 per cent) and $CCl_2FCHClCH_2Cl$ (18 per cent) from the fluorination of $CCl_3CHClCH_2Cl$ with $SbF_3/SbCl_5$.

The halogenomethylene group appears to be capable of fluorination to a small extent if $R$ is dihalogenomethyl and $R'$ is methyl, as indicated by the following result of McBee and his colleagues[9]:

---

### PREPARATION OF FLUOROALKANES

$$CHCl_2CHClCH_2CH_3 \xrightarrow[\text{see ref. b}]{\text{SbF}_3} CHClFCHClCH_3 \text{ (15 per cent)} +$$

$$+ CHF_2CHClCH_3 \text{ (10 per cent)} + CHClFCHClCH_3 \text{ (53 per cent)}$$

Similarly, $CHCl_2CHClCH_3$ gave $CHF_2CHClCH_3$ (14 per cent) and $CHClFCHClCH_3$ (9 per cent), together with a small amount of $CHF_2CHF_2CH_3$.

The fluorination of isopropyl halides proceeds normally with $AgF$[16] at $50^\circ\text{C}$. $HgF_2/SbCl_5$ has been claimed to be successful for the fluorination of isopropyl bromide[30].

### Preparation of Compound $R\text{-}CH_2\text{-}R'$

Henne and Whaling[24] showed that mercuric fluoride gave an excellent conversion of $CF_3CH_2CCl_3$ to the corresponding hexafluoride.

$$CF_3CH_2CCl_3 \xrightarrow[\text{see ref. b}]{\text{HgF}_2} CF_3CH_2CF_3 \text{ (84 per cent)} + CClF_2CH_2CF_3$$
$$\text{(9 per cent)}$$

Tarrant and colleagues used $SbF_3Cl_2$ to fluorinate $CBrF_2CH_2CBrF_2$, but vigorous conditions were necessary for hexafluoride formation.

$$CBrF_2CH_2CBrF_2 \xrightarrow[\text{see ref. b}]{\text{SbF}_3Cl_2} CF_3CH_2CBrF_2 \text{ (31 per cent)}$$

$$CBrF_2CH_2CBrF_2 \xrightarrow[\text{see ref. b}]{\text{SbF}_3Cl_2} CF_3C_2H_5CF_3 \text{ (85 per cent)} \quad \text{(see ref. 322)}$$

Only compounds of the type $CX_2CH_2CHX$ have been prepared by halogen exchange. Fluorination of $CH_2F\cdot CH_2CHBrF$ appeared to occur solely on the trihalogenomethyl group but the yield was low.

$$CH_2F_2CH_2CHBrF \xrightarrow[\text{see ref. b}]{\text{HgF}_2Cl_2} CF_3CH_2CHBrF \text{ (14 per cent) (see ref. 322)}$$

Compounds of general formula $CX_3CH_2CH_2X$ undergo fluorination with $SbF_3/SbF_3Cl_2$, exclusively on the trihalogenomethyl group and reasonably good yields of the trifluoromethyl compound can usually be prepared. Henne and Nager[16] found that yields were improved by using perchlorethylene dichloride as a solvent

$$CCl_3CH_2CH_2Cl \xrightarrow[\text{see ref. b}]{\text{SbF}_3/SbF_3Cl_2\text{ in } C_2Cl_4} CF_3CH_2CH_2Cl$$

Henne and Kaye[16] showed that $CF_3CH=CH_2$ is a by-product of this reaction under certain conditions.

Hauptschein[9] used benzotrifluoride as the solvent and obtained a 61 per cent yield of $CF_3CH_2CH_2Cl$ with 10 per cent of $CClF_2CH_2CH_2Cl$. In the absence of solvent, Henneyourney and co-workers[39] reported 51 per cent of $CCF_3CH_2CH_2Cl$ and 10 per cent of $CClF_2CH_2CH_2Cl$ using $SbF_3/SbCl_5$ at $120^\circ$. Hazeldine has also studied the fluorination of $CCl_3CH_2CH_2Br$ under various conditions and found exclusive substitution on the trifluoromethyl group[19]. Reaction proceeds under quite mild conditions. Under certain conditions exchange of bromine by chlorine takes place.

HON0021452

## ORGANIC FLUORINE COMPOUNDS BY HALOGEN EXCHANGE

| | | |
|---|---|---|
| | $CF_2ClCH_2Br$ | (51 per cent) |
| $BF_3/SbCl_5$ | $CClF_2CH_2Br$ | (15 per cent) |
| | $CClF_2CH_2Cl$ | (20 per cent) |
| | | |
| | $CF_2ClCH_2Br$ | (42 per cent) |
| $SbF_3/SbCl_5$ | $CClF_2CH_2Br$ | (11 per cent) |
| $SbF_5$ | $CClF_2CH_2Cl$ | (30 per cent) |
| | | |
| | $CF_2ClCH_2Br$ | (19 per cent) |
| $SbF_3/SbCl_5$ | $CClF_2CH_2Br$ | (39 per cent) |
| $SbF_5$ | $CClF_2CH_2Cl$ | (30 per cent) |
| | | |
| $CCl_3CH_2CH_2Br$ | $CF_2ClCH_2Br$ | (53 per cent) |
| | $CClF_2CH_2CH_2Cl$ | (27 per cent) |
| $SbF_3/SbCl_5$ | $CClF_2CH_2CH_2Cl$ | (7 per cent) |
| | | |
| $SbF_3/SbCl_5$ | $CF_2ClCH_2CH_2$ | (35 per cent) |
| $SbF_5$ | $CClF_2CH_2CH_2$ | (42 per cent) |

Tarrant and colleagues used much more vigorous conditions ($HF/SbCl_5$ at 150° for 18 hours) to obtain a 56 per cent yield of $CF_2BrCH_2Br$ from $CF_2BrCH_2CH_2Br^{85}$. Dineralidine used mercurous fluoride to replace the iodine atom in $CF_3CH_2CH_2I$. In 5 hours at 120°, a 41 per cent yield of $CF_3CH_2CH_2F$ was obtained$^{86}$. This compound has also been made by reduction $[CO_2H/OH]$ of $CF_3CH_2CHClBr$.

The trichloromethyl group in $CCl_3CH_2CH_3$ can be converted into trifluoromethyl in poor yield only. Using $SbF_3$, Henne and Whaley$^{84}$ obtained only 5–10 per cent of $CF_3CH_2CH_3$, the main reaction being dehydrochlorination of the starting material. Newberger and colleagues$^{89}$ have recently confirmed this result. Using a large excess of HF at 100°/2000 lb/in² pressure, whichever ... ... ... mixed $CF_2ClCH_2CH_3$ (11 per cent), $CClF_2CH_2CH_3$ (67 per cent) and $CCl_2FCH_2CH_3$ (13 per cent). $CClF_2CH_2CH_3$ can, however, be fluorinated to $CF_3CH_2CH_3$ in 90 per cent yield using mercuric fluoride$^{89}$.

Better routes to $CF_3CH_2CH_3$ are based on the addition of hydrogen halide to a suitable olefin, followed by fluorination. With $HF$, both reactions proceed in a single-stage process.

$$CCl_2=CHCH_3 \xrightarrow[70/lb]{HF} CF_3CH_2CH_3 \text{ (89 per cent)} \text{ (ref. 317)}$$

$$CF_2=CHCH_3 \xrightarrow[190°]{TiCl_4/HF} CH_3CHF_2CH_2CH_3, SbF_3/SbCl_5 \xrightarrow[] CF_3CH_2CH_3 \text{ (65 per cent)} \text{ (ref. 327)}$$

Propylidene fluoride cannot be prepared by reacting propylidene chloride with antimony fluoride$^{86}$. However, excellent results have been claimed

## PREPARATION OF FLUOROALKANES

using $H_2O/HF$ as the fluorinating agent and $CH_3CH_2CHF_2$ was obtained in 80 per cent yield. The intermediate $CH_3CH_2ClCHF$ was not detected$^{88}$. $n$-Propyl fluoride has been made from $n$-propyl halides using silver fluoride at 50°/4.6$^{89}$.

1,3-Difluoropropane has been prepared in moderate yield by reaction of the corresponding diiodide or dibromide with potassium fluoride in ethylene glycol, a reaction which Hoffman$^{90}$ allowed to be likely general for the preparation of $\alpha,\omega$-difluorides.

### FLUOROBUTANES

#### Preparation of Fluorocyclobutanes

Completely halogenated fluorobutanes cannot be prepared by exchange methods so readily as those used successfully for the lower homologues because perfluoro-$n$-butane has not been reported. However, several compounds are accessible through the exchange-fluorination of unsaturated perhalogen-compounds, particularly hexachlorobutadiene, while a few others have been made by the fluorination of a hydrogen-containing halogenobutanes followed by chlorination.

The major product from the fluorination of hexachlorobutadiene is 2,4-dichloro-1,1,1,4,4,4-hexafluoro-2-butene, minor amounts of 2-chloro-1,1,1,4,4,4-heptafluoro-2-butene also being obtained.

$$CCl_2=CClCCl=CCl_2 \xrightarrow[SbF_5]{SbF_3} CF_3CCl=CClCF_3 + CF_3CCl=CFCF_3$$

Using $SbF_5$, Henne and Trott$^{94}$ recorded an 83 per cent yield of the hexafluoro-compound when the fluorination was conducted at 155° and 50 p.s.i. 75 per cent of $CF_3CCl=CClCF_3$ was obtained. This synthesis is supported in an earlier multi-stage route developed by Henne, Hinkamp and Zimmerschied$^{96}$.

$$CF_3CH_2CH_2CH_3 \xrightarrow[]{Cl_2} CF_3CH_2CCl_2CF_3 \xrightarrow[]{} CF_3CH=CHCF_3$$

$$\xrightarrow[]{Cl_2} CF_3CHClCHClCF_3 \xrightarrow[]{} CF_3CH=CHCF_3$$

Chlorination of $CF_3CH=CHCF_3$ gives $CF_3CHClCHClCF_3$ in good yield. Goshorn and Kyle$^{94}$ obtained the same chlorodifluorobutane as Henne and Trott from large-scale fluorinations of hexachlorobutadiene with HF in presence of antimony pentachloride and chlorine at 40–50° in an autoclave, or with $SbF_3$ at 70°. Certain tetrafluoro$^{94}$ and mixtures of HF and chlorine trifluoride$^{94}$, have also been claimed as effective fluorinating agents. The fluorinated reagent gave saturated chlorofluorobutanes of uncertain formula $C_4H_2F_6$ and $C_4H_4F_4$. Goshorn and Kyle$^{94,94}$ further showed that the above chlorofluorobutanes could be saturated by treatment with cobaltic fluoride at 165–216°. Henne and Newby$^{95}$ used $PbO_2/HF$ for the first reaction.

$$CF_3CCl=CClCF_3 \xrightarrow[]{HF} CF_3CCl_2CClF_2CF_3$$

$$CF_3CCl_2CClFCF_3 \xrightarrow[]{CoF_3} CF_3CClFCClFCF_3$$

HON0021453

PATENT APPLICATION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of:

Vincent WILMET et al.                                    Group Art Unit:  1621

Application No.  New Continued Prosecution Application      Examiner:  A. Siegel
              of U.S. Patent Application No. 09/051,746

Filed:  June 8, 1998                                    Attorney Dkt. 32232-144124

For:    METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        Pursuant to 37 CFR §1.56, the attention of the Patent and Trademark Office is hereby
directed to the reference(s) listed on the attached PTO-1449.  Unless otherwise indicated herein,
one copy of each reference is attached.  It is respectfully requested that the information be
expressly considered during the prosecution of this application, and that the reference(s) be made
of record therein and appear among the "References Cited" on any patent to issue therefrom.

☒    1.      This Information Disclosure Statement is being filed (a) within three months of
             the U.S. filing date or the date of filing a CPA, OR (b) before the mailing date of a first
             Office Action on the merits in the present application.  No certification or fee is required.

☒    2.      U.S. Patent No. 5,574,192 corresponds to WO 96/01797 which was filed in the
             parent application in the Information Disclosure Statement dated December 4, 1998.

                                    Respectfully submitted,

                                    Marina V. Schneller
                                    Reg. No. 26,032

Venable
Post Office Box 34385
Washington, D.C.  20043-9998
Telephone:  (202) 962-4800
Facsimile:  (202) 962-8300

Date: April 21, 2000

#196920

HON0021462

Both independent claims are limited to a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst <u>at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous</u>. It is submitted that in view of this limitation, 1,1,1,3,3-pentafluoropropane which has an atmospheric boiling point of +14° C is not analogous to 1,1,1,3,3,3-hexafluoropropane which has an atmospheric boiling point of -1° C.

Applicants note Van Der Puy '192 which was cited by applicants in the April 21, 2000 Information Disclosure. The instant claim 43 requires the reaction <u>at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous</u> and <u>isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture</u> by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said <u>1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed</u>. Example 3 of VANDERPUY '192 describes a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst wherein <u>hydrogen chloride</u> is periodically vented.

VANDERPUY '192 does not provide motivation:

(a)     to select carrying out the reaction at a temperature and under a pressure at which     1,1,1,3,3-pentafluoropropane is gaseous,

(b)     to draw off in vapour phase <u>1,1,1,3,3-pentafluoropropane</u> and hydrogen chloride as each     of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

11

09/051,746

HON0021480

In fact, as stated on p. 3, 1.13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or to return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, 1.28-30).

    This advantage is even more apparent in the second independent claim which is limited to a process wherein the reaction is carried out in a reactor equipped with a device for drawing off a gas stream which is controlled.

    (a)    to draw of a gas stream of 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby    isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture.

    (b)    to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

Feature (b) is not suggested in VANDERPUY '192.

    The claimed process is particularly suitable for carrying out the manufacture of 1,1,1,3,3-pentafluoropropane in a continuous mode, as claimed in claim 44.

    In sum, the inventive process provides specific instructions how to advantageously operate a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride by using embodiments which are neither taught nor suggested in VANDERPUY '192.

    Reconsideration and early allowance are respectfully solicited.

12

09/051,746

wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.--

Claims 20-26 and 28-36 relate to continuous reactions. Both independent claims are limited to a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous. It is submitted that in view of this limitation, 1,1,1,3,3-pentafluoropropane which has an atmospheric boiling point of +14° C is not analogous to 1,1,1,3,3,3-hexafluoropropane which has an atmospheric boiling point of -1° C.

Moreover, as stated on p. 3, 1.13-15 of the application, the process of the claims enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture. This ease of separation which is an advantage as it makes it possible to retain or to recycle to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, 1.28-30).

This advantage is emphasized by the terms in independent claim 54 which is limited to a process wherein the reaction is carried out in a reactor equipped with a device for drawing off a gas stream which is controlled.

(a)     to draw of a gas stream of 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture...

(b)     to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

This is quite distinct from Van Der Puy 5,574,192 (corresponding to WO 96/01797) submitted in the Information Disclosure Statement.

Van Der Puy 5,574,192 discloses a process for manufacturing 1,1,1,3,3-pentafluoropropane by fluorination of 1,1,1,3,3-pentachloropropane in the presence of

3

HON0021490

HF and antimony pentachloride; pressure is maintained in autoclave (at 300-4—psig) by periodically venting HCl-by product.

### ISSUES

Are the claims unpatentable, under 35 U.S.C. 103(a) over Van Der Puy et al. U.S. 5,395,997 in view of Decker et al. U.S. Patent No. 3, 862,978?

### GROUPING OF CLAIMS

Claims 20-26, 28-36 and 44 are directed to continuous processes which are undescribed by the art.

### ARGUMENT

The United States Patent & Trademark Office [hereinafter USPTO] has maintained the same ground of rejection, under 35 U.S.C. 103(a), in Paper Nos. 6, 10 and 17: Van Der Puy et al. U.S. 5,395,997 in view of Decker et al. U.S. Patent No. 3, 862,978. The USPTO has taken the apparent position that what the prior art lacks in description can be satisfied by "analogy". In applicants' view, under the facts in the grounds of rejection at issue in this appeal, the term "analogy" mirrors the application of hindsight.

I    SCOPE AND CONTENT OF PRIOR ART

A.    Van Der Puy et al. U.S. 5,395,997 [hereinafter "Van Der Puy"].

Van Der Puy relates to the production of hydrofluorocarbons of the formula

$$CF_3(CH_2CF_2)_nF$$

where n = 1 to 3.

The number of halogen atoms is an even number. For example, Van Der Puy '997 describes synthesis of 1,1,1,3,3,3-hexafluoropropane.

The process of forming the Van Der Puy '997 hydrofluorocarbons comprises reacting at least one reactant selected from $CCl_3(CH_2CCl_2)_nCl$, $CCl_3(CH_2CF_2)_nCl$ or $CCl_2[(CH_2CF_2)Cl]_2$, in the presence of a fluorination catalyst, wherein HF is present in at least stoichiometric amounts per mole of reactant. Van Der Puy describes the reaction of

4

HON0021491

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>HONEYWELL SPECIALTY MATERIALS,<br>LLC and HONEYWELL INTERNATIONAL<br>INC.,<br><br>    Defendants. | C.A. No. 06-557-SLR |

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S RESPONSE TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-27**

Defendant Honeywell International Inc. ("HONEYWELL") hereby responds to

PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-27. HONEYWELL's

responses herein are expressly subject to and incorporate its General Objections, which follow

HONEYWELL's specific responses and objections to Plaintiff's Requests for Admission set

forth below. HONEYWELL's responses are based only on such information as HONEYWELL

has been able to collect thus far. HONEYWELL continues to investigate Plaintiff's allegations

and to collect information responsive to these requests for admission. HONEYWELL expressly

reserves the right to supplement, modify, or amend the responses contained herein as discovery

continues and HONEYWELL's investigation progresses.

1

## SPECIFIC RESPONSES AND OBJECTIONS

HONEYWELL incorporates its General Objections in response to Plaintiff's requests for admission and further responds and objects as follows:

## REQUEST FOR ADMISSION NO. 1

Honeywell makes 1,1,1,3,3-pentafluoropropane in the United States.

## RESPONSE TO REQUEST FOR ADMISSION NO. 1

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that it currently manufactures HFC-245fa in a commercial plant in Geismar, Louisiana. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 2

Honeywell sells 1,1,1,3,3-pentafluoropropane in the United States.

## RESPONSE TO REQUEST FOR ADMISSION NO. 2

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that it currently sells HFC-245fa in the United States. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 3

In making 1,1,1,3,3-pentafluoropropane in the United States, Honeywell reacts 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

## RESPONSE TO REQUEST FOR ADMISSION NO. 3

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that its process for making HFC-245fa involves reacting HCC-240fa with HF. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 4

In making 1,1,1,3,3-pentafluoropropane in the United States, Honeywell reacts 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst.

2

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that its process for making HFC-245fa involves reacting HCC-240fa with HF in the presence of a hydrofluorination catalyst. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 5**

U.S. patent 5,574,192 is cited on the face of U.S. patent 6,703,817.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that U.S. Patent No. 5,574,192 is listed on the front page of U.S. Patent No. 6,730,817. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 6**

U.S. patent 5,574,192 was before the patent examiner during prosecution of U.S. patent 6,703,817.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6**

HONEYWELL objects to the phrase "was before" as vague, ambiguous, and undefined. HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. HONEYWELL also objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." Subject to, and without waiving the foregoing objections and the General Objections that are

3

incorporated by reference herein, HONEYWELL admits that the inventors of U.S. Patent No.

6,730,817 ("the '817 Patent") and/or their agents disclosed prior art U.S. Patent No. 5,574,192

("the '192 Patent") to the Patent Office during prosecution of the '817 patent but denies that this

disclosure was truthful and instead asserts that the inventors and/or their agents intentionally

misrepresented to the Patent Office, or made representations in reckless disregard for the truth,

regarding the disclosure of Example 3 in the '192 Patent.  Except as expressly admitted herein,

HONEYWELL denies this request.

### REQUEST FOR ADMISSION NO. 7

When a patent examiner places his initials by a reference on PTO Form 1449, the initials

indicate that the examiner has considered the reference.

### RESPONSE TO REQUEST FOR ADMISSION NO. 7

HONEYWELL objects to the phrase "has considered" as vague, ambiguous and

undefined.  HONEYWELL further objects that this request seeks information about facts for

which HONEYWELL lacks personal knowledge even after a reasonable investigation, and

which states an incomplete hypothetical.  HONEYWELL further objects to the term "U.S. patent

6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible

evidence.  U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion

Apparatus And Methods Using Capacitor-Charge Feedback."  Subject to, and without waiving

the foregoing objections and the General Objections that are incorporated by reference herein,

HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to

admit or deny this request, and on that basis denies this request.

### REQUEST FOR ADMISSION NO. 8

During prosecution of U.S. patent 6,703,817, the Examiner placed his initials by U.S.

patent 5,574,192 on PTO Form 1449 stamped April 21, 2000.

### RESPONSE TO REQUEST FOR ADMISSION NO. 8

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not

4

reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 9**

During prosecution of U.S. patent 6,703,817, the Examiner considered U.S. patent 5,574,192.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." HONEYWELL further objects to the term "considered" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 10**

During prosecution of U.S. patent 6,703,817, the Examiner placed his initials by PCT patent application publication no. W096/01797 on PTO Form 1449 stamped December 4, 1998.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-

5

Charge Feedback." HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 11**

During prosecution of U.S. patent 6,703,817, the Examiner considered PCT patent application publication no. W096/01797.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." HONEYWELL further objects to the term "considered" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 12**

PCT patent application publication no. W096/01797 claims priority from the same U.S. patent application as U.S. patent 5,574,192.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12**

Subject to and without waiving HONEYWELL's General Objections below, which are fully incorporated by reference herein, HONEYWELL admits this request.

**REQUEST FOR ADMISSION NO. 13**

U.S. patent 5,574,192 fails to disclose the removal of HCl in a continuous process.

6

**RESPONSE TO REQUEST FOR ADMISSION NO. 13**

HONEYWELL objects to the phrase "removal of HCl in a continuous process" as vague, ambiguous, and undefined.  Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 14**

Example 3 in U.S. patent 5,574,192 discloses periodic venting of HCl.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14**

HONEYWELL objects to the phrase "periodic venting of HCl" as vague and ambiguous since the phrase is undefined.  Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that in Example 3 of U.S. Patent No. 5,574,192 the pressure was maintained by drawing off the gas phase which contained, among other compounds, HCl.  Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 15**

During the periodic venting in Examples 3 in U.S. patent 5,574,192, the process in example 3 operates in a batch mode.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15**

HONEYWELL objects to the phrases "operates in a batch mode" and "periodic venting" as vague, ambiguous, and undefined.  Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that Example 3 discloses that the reactants are loaded into the reactor at the beginning of the process instead of being fed to the reactor continuously during the process.  Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 16**

The periodic venting in Example 3 in U.S. patent 5,574,192 is to relieve pressure.

7

**RESPONSE TO REQUEST FOR ADMISSION NO. 16**

HONEYWELL objects to the phrase "relieve pressure" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that Example 3 discloses that the pressure in the process is maintained by drawing off the gas phase. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 17**

The 1,1,1,3,3-pentachloropropane used by Honeywell to make 1,1,1,3,3-pentafluoropropane in the United States is purchased from Vulcan Materials Company.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17**

HONEYWELL objects to this request as vague with respect to temporal scope. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that it uses HCC-240fa to make HFC-245fa but denies that it currently purchases HCC-240fa from Vulcan Materials Company. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 18**

Honeywell is the sole supplier of 1,1,1,3,3, pentafluoropropane in the United States.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18**

HONEYWELL objects to this request as vague with respect to temporal scope. HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 19**

Honeywell is an exclusive licensee under U.S. patent 5,496,866.

8

**RESPONSE TO REQUEST FOR ADMISSION NO. 19**

HONEYWELL objects to this request as vague with respect to both temporal and geographical scope. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that it is currently an exclusive licensee under U.S. patent 5,496,866 in North America. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 20**

Since 2003 Honeywell has been an exclusive licensee under U.S. patent 5,496,866.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20**

HONEYWELL objects to this request as duplicative of Request for Admission No. 19. HONEYWELL further objects to this request as vague with respect to geographical scope. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that it is currently, and has been since 2003, an exclusive licensee under U.S. patent 5,496,866 in North America. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 21**

Hydrofluorocarbons (HFCs) are used as blowing agents during the manufacture of foams.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21**

HONEYWELL objects to the terms "hydrofluorocarbons" and "foams" as vague, ambiguous, and undefined since the request is not limited to any particular hydrofluorocarbons or foam. HONEYWELL further objects to this request as indefinite, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence since this request seeks information without relation to temporal or geographical scope. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that some hydrofluorocarbons, but not all, are capable of being used as a blowing agent during the manufacture of some rigid polyurethane foams. Except as expressly

9

admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 22

HFC-245fa is a blowing agent used during the manufacture of foams.

## RESPONSE TO REQUEST FOR ADMISSION NO. 22

HONEYWELL objects to the term "foams" as vague, ambiguous, and undefined since the request is not limited to any particular foams. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that HFC-245fa can be used as a blowing agent during the manufacture of rigid polyurethane foams. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 23

HFC-245fa is a third generation blowing agent for rigid polyurethane foams.

## RESPONSE TO REQUEST FOR ADMISSION NO. 23

HONEYWELL objects to the phrase "third generation blowing agent" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that HFC-245fa is a hydrofluorocarbon which can be used as a blowing agent during the manufacture of rigid polyurethane foams. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 24

HFC-245fa is a substitute for chlorofluorocarbons (CFC).

## RESPONSE TO REQUEST FOR ADMISSION NO. 24

HONEYWELL objects to the term "chlorofluorocarbons" as vague, ambiguous, and undefined. HONEYWELL further objects to this request as indefinite, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence since this request seeks information without relation to temporal, geographical, or subject matter scope. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by

10

reference herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 25**

HFC-245fa has zero Ozone Depletion Potential (ODP).

**RESPONSE TO REQUEST FOR ADMISSION NO. 25**

Subject to and without waiving HONEYWELL'S General Objections below, which are fully incorporated by reference herein, HONEYWELL admits this request.

**REQUEST FOR ADMISSION NO. 26**

HFC-365mfc is not sold in the United States.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26**

HONEYWELL objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 27**

HFC-365mfc does not compete with HFC-245fa in the United States.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27**

HONEYWELL objects to the term "compete" as vague, ambiguous, and undefined. HONEYWELL further objects to this request as vague and ambiguous in that the request is unclear as to which basis (or bases) of competition the request is referring. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that, to the best of its knowledge, HFC-365mfc is not used in the manufacture of rigid polyurethane foams in the United States. Except as expressly admitted herein, HONEYWELL denies this request.

11

## GENERAL OBJECTIONS

1.     HONEYWELL objects to the collective definition for "Honeywell" (in Plaintiff's First Set of Requests for Admission) on the basis that HSM is no longer a party to this suit. Accordingly, and for purposes of its responses herein, HONEYWELL interprets the term "Honeywell" to mean only "Honeywell International Inc."

2.     HONEYWELL objects to each of Plaintiff's Requests for Admission to the extent that each seeks to impose on HONEYWELL obligations greater than, or different from, those imposed under the Federal Rule of Civil Procedure, the local rules of the court, or any other applicable rules.

3.     HONEYWELL objects to each of Plaintiff's Requests for Admission to the extent each seeks information that is protected by privilege, including, without limitation, the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privilege or immunity from discovery.  To the extent any Request for Admission may be construed as calling for disclosure of such information, a continuing objection is hereby interposed.  Under the circumstances, any inadvertent disclosure of privileged documents or other information by HONEYWELL is not intended to, and will not, constitute a waiver of any privilege or immunity, nor would it constitute an agreement to produce such privileged documents or protected information.

4.     HONEYWELL objects to each of Plaintiff's Requests for Admission to the extent each is unduly burdensome, overbroad, or seeks information that is neither relevant nor reasonably calculated to lead to the discovery of relevant and admissible evidence.

5.     The objections and discovery responses set forth above are made without waiving any rights or objections and without admitting the authenticity, relevancy, materiality, or

K&E 12129377.

admissibility into evidence of any subject matter, documents, or facts contained in any discovery request or response. HONEYWELL reserves the right to raise questions of authenticity, relevance, materiality, privilege and admissibility for information provided and documents identified and/or produced in connection with these requests, at any proceeding in, or the trial of, this or any other action.

6. Information identified by HONEYWELL in response to Plaintiff's Requests for Admission are provided solely for purposes of this litigation and are thus to be used only in this action.

7. HONEYWELL's Responses herein reflects only the current state of HONEYWELL's understanding, belief, and analysis regarding the matters about which Plaintiff has inquired. HONEYWELL therefore reserves the right to supplement, amend, or modify its responses, including the right to assert additional general and specific objections, as appropriate or as additional information becomes available to it.

8. Notwithstanding the specificity of HONEYWELL's responses to individual Requests for Admission, HONEYWELL expressly incorporates these General Objections by reference as though fully set forth above in its response to each and every Request for Admission. Thus, if any objections contained in the paragraphs above are not restated under the specific response to an individual Request for Admission, this should not be construed as a waiver of any objections not restated in such response.

9. HONEYWELL's decision, now or in the future, to provide information, notwithstanding the objectionable nature of any of the Requests for Admission, should not be construed as (a) a stipulation that the material is relevant or admissible; (b) a waiver of HONEYWELL's general objections or the objections asserted in response to specific Requests

13

for Admission; or (c) an agreement that requests for similar information will be treated in a similar manner.

Dated: October 5, 2007                  /s/ Laura M. Burson
                                        Laura M. Burson

                                        Robert G. Krupka
                                        Laura M. Burson
                                        **Kirkland & Ellis LLP**
                                        777 South Figueroa Street
                                        Los Angeles, California 90017
                                        (213) 680-8400

                                        Thomas C. Grimm
                                        Benjamin J. Schladweiler
                                        **Morris, Nichols, Arsht & Tunnell LLP**
                                        1201 North Market St.
                                        P.O. Box 1347
                                        Wilmington, DE 19899
                                        (302) 658-9200

                                        *Attorneys for Honeywell International Inc.*

14

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007, I caused to be served true and correct

copies of the foregoing document on the following in the manner indicated below:

**BY EMAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Arthur I. Neustadt, Esq.
Jean-Paul Lavalleye, Esq.
Jeffrey B. McIntyre, Esq.
Barry Herman, Esq.
Michael McCabe, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
aneustadt@oblon.com
jlavalleye@oblon.com
jmcintyre@oblon.com
bherman@oblon.com
mmccabe@oblon.com

                                        */s/ Laura M. Burson*
                                        Laura M. Burson
                                        lburson@kirkland.com

15

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 5

US005574192A

# United States Patent [19]

## VanDerPuy et al.

[11] Patent Number: 5,574,192

[45] Date of Patent: Nov. 12, 1996

[54] **PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE**

[75] Inventors: **Michael VanDerPuy; Alagappan Thenappan**, both of Cheektowaga, N.Y.

[73] Assignee: **AlliedSignal Inc.**, Morris County, N.J.

[21] Appl. No.: **519,857**

[22] Filed: **Aug. 25, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 273,553, Jul. 11, 1994, abandoned.

[51] Int. Cl.[6] .................................................. **C07C 17/08**

[52] U.S. Cl. ........................................... **570/167; 570/168**

[58] Field of Search .................................... 570/167, 168, 570/172

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,560,838 | 7/1951 | Arnold | 260/653 |
| 2,942,036 | 6/1960 | Smith et al. | 260/653 |
| 4,078,007 | 3/1978 | Ferstandig | 260/653.7 |
| 4,967,024 | 10/1990 | Gumprecht et al. | 570/168 |
| 5,202,509 | 4/1993 | Laviron et al. | 570/167 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 684687 | 4/1964 | Canada . |
| WO90/08754 | 8/1990 | European Pat. Off. . |
| 522 639 A1 | 1/1993 | European Pat. Off. . |
| 0522639 | 1/1993 | European Pat. Off. ............... 570/167 |
| 1418930 | 10/1968 | Germany . |
| 1146463 | 3/1969 | United Kingdom . |

#### OTHER PUBLICATIONS

"Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex,"— M. Kotora and M. Hajek 44(2) React. Kinet. Catal. Lett. 415(1991).

Henne, "The Use of Inorganic Fluorides", *Organic Reactions,* vol. 2, 53–63 (1944).

Boutevin, et al. "Monofunctional Vinyl Chloride Telomers . . . ", 18 Eur. Polym. J. 675 (1982) in 97 Chem. Abstr. 182966c (1982).

Knunyants, et al., Catalytic Hydrogenation of Perfluoro Olefins, 55 Chem. Abst. 349f (1961).

"Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride"— J. Burdon et al., J. Chem. Soc.(C), 1739–1746(1969).

A. L. Henne et al., Fluoroethanes and Fluoroethylenes 58 J.Am.Chem.Soc.889–90(1936).

"Free Radical Additions Involving Fluorine Compounds . . . "— Paul Tarrant et al., Addition of Dibromodifluoromethane to Fluoroölefins, 77 J.Am.Chem.Soc., 2783–87 (1955).

"Heat–transfer agents", 125031q, Chem. Abs., p. 144, vol., 114, 1991.

"Aliphatic Difluorides"— A. L. Henne, et al., J.Am.Chem.Soc., pp. 938–940, vol. 61 (Apr. 1939).

"A New Fluorination Method"— A. L. Henne, J.Am.Chem.Soc., pp. 1569–1571, Jul., 1938.

"Fluorinated Derivatives of Propane, II"— A. L. Henne et al., Fluorinated Derivatives of Propane, pp. 2491–2495, Oct., 1938.

"Fluorination of Organic Compounds with Anhydrous Hydrogen Fluoride. Part II. An Investigation of Antimony Pentachloride Catalysed Fluorinations"— W. B. Whalley, J.S.C.I., pp. 430–433, vol. 66, Dec., 1947.

Asscher, et al., "Chlorine Activation by Redox–transfer . . . ", J. Chem. Soc. (1961) pp. 2261–2264.

Belbachir, et al., "Telomerization of Vinylidene Chloride I . . . " 185 Makromol. Chem. 1583–1595 (1984).

EP 381986 A Abstract, 1989.

EP 414370 Abstract as cited in 114 Chem.Abstr. 206550K (1991).

Henne, et al, "Fluorinated Derivatives of Propane. II", pp. 2491–2495, Oct. 1938.

English Abstract to EP 522638 (1993).

English Abstract to DE 3,903,336 (1990) as cited in 114 Chem. Abstr. 832 36b, p. 51.

Chen et al., "Telomerizations of Vinylidene Fluoride . . . " 38(2) Huaxue Xuebao 175–84, (Apr., 1980).

Chen et al., 94 Chem.Abstr. 1741840 (1981).

*Primary Examiner*—Alan Siegel
*Attorney, Agent, or Firm*—Jay P. Friedenson; Michele G. Mangini

[57] **ABSTRACT**

This invention is related to the preparation of hydrofluorocarbons (HFCs). Specifically, it relates to the fluorination of a compound of the formula:

$$CF_3Cl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

$CF_3CH_2CF_2H$ or HFC 245fa may be used as a blowing agent, a propellant, and a heat transfer agent.

**31 Claims, No Drawings**

5,574,192

1

# PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE

This application is a continuation of application Ser. No. 08/273,553 Filed Jul. 11, 1994, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to a novel method of manufacturing 1,1,1,3,3-pentafluoropropane, $CF_3CH_2CF_2H$, which is referred to in the art as HFC-245fa. Specifically, the invention relates to the fluorination with hydrogen fluoride of a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0, or 1, and y=0–3, in the presence of a fluorination catalyst to produce HFC-245fa.

HFC-245fa has physical properties, including a boiling point of about 14° C., which make it particularly attractive as a blowing agent. (See Ger. Often, DE 3,903,336, 1990 (EP 381,986 A)). It also has the ability to function as an aerosol propellant (U.S. Pat. No. 2,942,036 to Smith and Woolf) in a manner similar to trichlorofluoromethane, which is referred to in the an as CFC-11, and as a heat transfer agent. (Jpn. Kokai Tokyo Koho JP 02,272,086 in 114 Chemical Abstracts 25031q (1991)).

Traditionally, chlorofluorocarbons (CFCs) like CFC-11 and dichlorodifluoromethane (CFC-12) have been used as refrigerants, blowing agents and propellants. These materials, however, are believed to contribute to stratospheric ozone depletion. The fluorocarbon industry therefore has focused its attention on developing stratospherically safer alternatives to these materials. HFC-245fa is a candidate replacement material since it functions in substantially the same way as the CFCs but is zero ozone depleting. Because the demand for these and other low or zero ozone depleting materials will increase dramatically in the future, commercially viable processes for their preparation are needed.

Only two methods for manufacturing HFC-245fa (which are not hydrofluorination reactions) are reported in the art. However, these methods are not without their shortcomings. Knunyants, et al., *Catalytic Hydrogenation of Perfluoro Olefins*, 55 Chemical Abstracts 349f (1961), discloses the reduction of 1,1,1,3,3-pentafluoropropene to HFC-245fa. Because this process includes multiple steps, it is inefficient and uneconomical. Burdon, et al., *Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride*, J. Chem. Soc. (C), 1739 (1969), discloses the elemental fluorination of tetrahydrofuran to produce HFC-245fa. This process suffers the disadvantage that it produces a host of other by-products, thus reducing the yield of the desired product.

As far as hydrofluorination reactions are concerned, there are no such methods for the production of HFC-245fa reported in the art, let alone fluorination reactions which use 1,1,1,3,3-pentachloropropane ($CCl_3CH_2CHCl_2$) as the starting material to produce HFC-245fa. Although the conversion of —$CCl_3$ groups to —$CF_3$ groups is well-known in the art, attempts to fluorinate terminal —$CHCl_2$ or —CHClF groups to—$CHF_2$ groups in compounds having more than two carbons, (in particular compounds of the formula $RCH_2CHCl_2$ and $RCH_2CHFX$ wherein X is Cl or Br and R is an alkyl group having at least one carbon atom), have not been successful. See Henne, et al., *Fluoroethanes and Fluoroethylenes*, 58 J. Am. Chem. Soc. 889 (1936). Tarrant, et al., *Free Radical Additions Involving Fluorine Compounds. IV. The Addition of Dibromodifluoromethane to Some Fluoroolefins*, 77 J. Am. Chem. Soc. 2783 (1955)

2

report the fluorination of compounds of the type $CF_2BrCH_2CHFBr$ with hydrogen fluoride (HF) in the presence of a Sb(V) salt catalyst, such as $SbCl_5$ and $TaF_5$. However, this method produced only a 14% yield of $CF_3CH_2CHFBr$ at 125° C., and only a modest improvement in yield at 170° C. Even at elevated temperatures, no HFC-245fa was produced.

## DESCRIPTION OF THE INVENTION

We have discovered that the drawbacks associated with the prior art processes for manufacturing 1,1,1,3,3-pentafluoropropane or HFC-245fa can be eliminated by the process of our invention. That is, we have discovered an efficient and economical means of manufacturing HFC-245fa on a commercial scale, which uses readily available raw materials and which produces HFC-245fa in high yield.

The invention relates to a process for manufacturing 1,1,1,3,3-pentafluoropropane comprising:

1 ) reacting a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

2) optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The organic starting materials corresponding to the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$, wherein w=0 or 1, and y=0–3, include $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$. The preferred starting material is $CCl_3CH_2CHCl_2$.

These materials are not commercially available. However, they may be prepared by any means well-known in the art. See, for example, B. Boutevin, et al., *Monofunctional Vinyl Chloride Telomers*. I. *Synthesis and Characterization of Vinyl Chloride Telomer Standards*, 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., *Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex*, 44(2) React. Kinet. Catal. Lett. 415 (1991). See also the method disclosed in Examples 1 and 2 below. When $CCl_3CH_2CHCl_2$ is the starting material, it is preferably prepared according to the method provided in Example 1 below. Alternatively, $CCl_3CH_2CHCl_2$ may be prepared by the reduction of $CCl_3CH_2CCl_3$ (see Example 2) as well as by photochlorination of $CCl_3CH_2CH_2Cl$.

Any water in the HF will react with and deactivate the fluorination catalyst. Therefore, substantially anhydrous HF is preferred. By "substantially anhydrous" we mean that the HF contains less than about 0.05 weight % water and preferably contains less than about 0.02 weight % water. However, one of ordinary skill in the art will appreciate that the presence of water in the catalyst can be compensated for by increasing the amount of catalyst used. HF suitable for use in the reaction may be purchased from AlliedSignal Inc. of Morristown, N.J.

Based on reaction stoichiometry, the required mole ratio of HF to organics (i.e., $CF_yCl_{3-y}CH_2F_wCl_{2-w}$) is 5-y-w (or the number of chlorine atoms in the organic starting material) to 1.0. HF is preferably used in an amount from about 1 to about 15 times the stoichiometric amount of HF to organics, and more preferably from about 6 to about 15 times the stoichiometric amount of HF to organics.

5,574,192

3

Fluorination catalysts useful in the process of the invention include: (I.) pentavalent antimony, niobium, arsenic and tantalum halides; (II.) pentavalent antimony, niobium, arsenic and tantalum mixed halides; and (III.) mixtures of pentavalent antimony, niobium, arsenic and tantalum halide catalysts. Examples of catalysts of group (I.) include antimony pentachloride and antimony pentafluoride. Examples of catalysts of group (II.) include $SbCl_2F_3$ and $SbBr2F_3$. Examples of catalysts of group (III.) include a mixture of antimony pentachloride and antimony pentafluoride.

Pentavalent antimony, niobium, arsenic and tantalum halides are commercially available, and mixed halides thereof are created in situ upon reaction with HF. Antimony pentachloride is preferred because of its low cost and availability. Pentavalent antimony mixed halides of the formula $SbCl_nF_{5-n}$ where n is 0 to 5 are more preferred. The fluorination catalysts used in this invention preferably have a purity of at least about 97%. Although the amount of fluorination catalyst used may vary widely, we recommend using from about 5 to about 50%, or preferably from about 10 to about 25% by weight catalyst relative to the organics.

It may be advantageous to periodically regenerate the catalyst due to the dissociation of the pentavalent catalyst over time. This may be accomplished by any means well known in the art. The catalyst may be regenerated, for example, by adding chlorine (in an amount of from about 1 to about 10 mole percent relative to the amount of pentavalent catalyst initially present in the reactor) to the combination stream comprised of organics of the formula $CF_3Cl_{3-y}CH_2CHF_wCl_{2-w}$ and the recycled stream comprised of under-fluorinated materials and HF. The chlorine, which is continuously added to the process of this invention when operating in a continuous mode (and periodically added when operating in a batch mode), oxidizes the catalyst from the trivalent to the pentavalent state. One of ordinary skill in the art can readily determine without undue experimentation the amount of chlorine to be added in order to optimize the use of the catalyst.

The temperature at which the fluorination reaction is conducted and the period of reaction will depend on the starting material and catalyst used. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results, but the temperature will generally be in the range of from about 50° to about 175° C., and preferably from about 115° to about 155° C., for a period of, for example, from about 1 to about 25 hours, and preferably from about 2 to about 8 hours.

Pressure is not critical. Convenient operating pressures range from about 1500 to about 5000 KPa, and preferably from about 1500 to about 2500 KPa.

The equipment in which the fluorination reaction is conducted is preferably made of corrosion resistant material such as Inconel or Monel.

HFC-245fa may be recovered from the mixture of unreacted starting materials, by-products, and catalyst by any means known in the art, such as distillation and extraction. As illustrated in Example 3, at the end of the heating period, i.e. the amount of time for complete reaction in batch mode operations, the fluorination reaction product and remaining HF may be vented through a valve on the autoclave head, which in turn is connected to an acid scrubber and cold traps to collect the product. Alternatively, unreacted HF and organics may be vented and condensed, and the HF layer recycled to the reactor. The organic layer can then be treated, i.e. washed with an aqueous base, to remove dissolved HF and distilled. This isolation procedure is particularly useful

4

for a continuous fluorination process. Under-fluorinated materials, such as $CF_3CH_2CHFCl$, may be recycled in subsequent runs.

In another embodiment, the invention relates to a process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

1. reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$;

2. reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

3. optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The telomerization of vinyl chloride by reaction with carbon tetrachloride to produce $CCl_3CH_2CHCl_2$ is known in the art. See, for example, B. Boutevin, et al., *Monofunctional Vinyl Chloride Telomers. I. Synthesis and Characterization of Vinyl Chloride Telomer Standards*, 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., *Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex*, 44(2) React. Kinet. Catal. Lett. 415 (1991).

The starting materials for the telomerization reaction, i.e. carbon tetrachloride and vinyl chloride, are available from commercial sources. The molar ratio of $CCl_4$ to vinyl chloride is about 0.5:10, preferably about 1:8 (in order to minimize the formation of higher telomers), and most preferably about 1:5.

The telomerization of vinyl chloride can be initiated by any commercially available catalyst known in the art to be useful in initiating and catalyzing the telomerization of carbon tetrachloride and vinyl chloride. Suitable catalysts include, but are not limited to, organic peroxides, metallic salts, and metal carbonyls. Copper and iron salt catalysts, such as cuprous chloride (CuCl), cuprous iodide (CuI), and iron chloride ($FeCl_2$), are preferred. The amount of catalyst used in the telomerization reaction is at least about 0.1 to about 50 mmol, and preferably about 1 to about 20 mmol per mole of organics (i.e., $CCl_3CH_2CHCl_2$).

An amine co-catalyst, such as an alkanol amine, alkyl amine, and aromatic amine, may optionally be used in order to allow for the use of milder conditions in the telomerization process. Examples of suitable amine co-catalysts include ethanol amine, butyl amine, propyl amine, benzylamine, and pyridine. 2-propylamine is the most preferred co-catalyst. Such co-catalysts are commercially available. When a co-catalyst is used, it should be used in an amount from about 1 to about 10 moles per mole of catalyst, i.e., e.g. copper salt.

In order to dissolve the catalyst, a solvent, which is inert to the reactants and the desired product, may be used in the telomerization reaction. Suitable solvents include, but are not limited to, commercially available acetonitrile, dimethylsulfoxide, dimethylformamide, tetrahydrofuran, isopropanol, and tertiary butanol. Acetonitrile is preferred because of ease of handling and stability. The amount of solvent used ranges from about 5 times the amount of catalyst used on a mole basis to about 80 percent of the total volume of the total telomerization reaction mixture (i.e., solvent, catalyst, co-catalyst, carbon tetrachloride, vinyl chloride), and more preferably between about 10 to 50 times the mount of catalyst used on a mole basis.

The temperature at which the telomerization reaction is conducted and the period of reaction will depend on the catalyst selected, the presence of a co-catalyst, and the

5,574,192

| 5 | 6 |

solubility of the catalyst system in the solvent. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results but the temperature will generally be in the range of from about 25° to about 225° C., preferably from about 50° to about 150° C. The period of reaction will generally range from about 3 to about 72 hours, preferably from about 10 to about 24 hours.

Pressure is not critical.

Preferably the telomerization reaction is conducted in a conventional apparatus, such as an autoclave made of corrosion resistant materials such as Teflon and glass.

Preferably, the telomerization product is recovered from by-products, solvent, catalyst and co-catalyst prior to the fluorination reaction to substantially eliminate the production of by-products in the fluorination step. The telomerization product may be recovered by any means well known in the art such as distillation and extraction. Optionally, the telomerization product may be further purified by additional distillation.

Due to the toxicity of vinyl chloride, other procedures for preparing $CCl_3CH_2CHCl_2$ may be employed. See Example 2 (reduction of $CCl_3CH_2CCl_3$). Alternatively, $CCl_3CH_2CCl_3$ may be prepared according to the well-known telomerization reaction of vinylidene chloride with carbon tetrachloride.

## EXAMPLE 1

### Preparation of $CCl_3CH_2CHCl_2$ from $CCl_4$ and $CH_2$=CHCl

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 1 g CuCl, 156.6 g $CCl_4$ and 75 mL acetonitrile. The contents were cooled in an ice bath, and the autoclave was closed and evacuated briefly. 36.7 g of vinyl chloride was then added, and the contents stirred and heated to 135° C. for 16 hours. The volatile materials were removed by distillation at atmospheric pressure. Distillation at 23 mm Hg resulted in 90.0 g (71% yield based on vinyl chloride added) of a colorless liquid. The identity of this liquid was confirmed via proton nuclear magnetic resonance ("NMR") to be $CCl_3CH_2CHCl_2$ (boiling point 72°–74° C. $^1$H NMR ($CDCl_3$): δ6.15 (t, 1H), 3.7 (d, 2H)).

## EXAMPLE 2

### Preparation of $CCl_3CH_2CHCl_2$ by reduction of $CCl_3CH_2CCl_3$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 199.9 g $CCl_3CH_2CCl_3$, 199.5 g isopropanol, and 4 g CuI. The autoclave was closed and evacuated briefly. The contents were heated to 120°–125° C. for 16 hours. The volatile materials, including by-product isopropyl chloride, were removed by rotary evaporation, leaving 200 g of residue. Analysis on a Varian gas chromatograph having a packed column ("GC Analysis") indicated $CCl_3CH_2CHCl_2$ and $CCl_3CH_2CCl_3$ in a ratio of about 1:2, respectively. Distillation at 29 mmHg resulted in 107.9 g of starting material (boiling point from about 105° to 107° C.), and 36.9 g (46% yield) of $CCl_3CH_2CHCl_2$ (boiling point from about 85° to 90° C.).

## EXAMPLE 3

### Fluorination of $CCl_3CH_2CHCl_2$ with $HF/SbCl_5$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 8.7 g $SbCl_5$ and cooled to –27° C. The autoclave was then evacuated and charged with 49.8 g of anhydrous HF. The contents were cooled to –40° C., and 44 g $CCl_3CH_2CHCl_2$ was added. The reactor was then connected to a packed column/condenser assembly. The condenser was maintained at –20° C. The reaction mixture was heated to 135° C. over 2.25 hours and maintained at that temperature for an additional 2 hours. During this heating period, the pressure in the autoclave was maintained from about 1965 to 2655 KPa (300–400 psig) by periodically venting excess (HCl by-product) in excess of 2655 KPa (400 psig). Venting was done from the top of the condenser to a cold aqueous KOH scrubber which was connected to –78° C. cold trap. The reactor was then completely vented to the cold trap. 18.5 g of a colorless liquid were collected. The identity of this liquid was determined by GC analysis to be 84% $CF_3CH_2CHF_2$ (corresponding to a yield of 57%) and 11% $CF_3CH_2CHClF$.

## EXAMPLE 4

### Fluorination of $CF_3CH_2CHCl_2$ with $HF/SbF_5$

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 8.2 g $SbF_5$, 41 g HF, and 37 g $CF_3CH_2CHCl_2$. (The $CF_3CH_2CHCl_2$ was obtained via the room temperature photochlorination of commercially available $CF_3CH_2CH_2Cl$.) This mixture was heated with stirring to about 130°–135° C. for 4.5 hours at a maximum operating pressure of 3450 KPa. 18.1 g (corresponding to a yield of 57%) of a colorless liquid were recovered. GC analysis identified the material as 94% pure HFC-245fa.

## EXAMPLE 5

### Fluorination of $CF_3CH_2CHCl_2$ with $HF/SbCl_5$ at 150°–160° C. and Low Operating Pressure

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 9.5 g $SbCl_5$, 47.9 g HF, and 34.6 g $CF_3CH_2CHCl_2$. This mixture was heated with stirring to about 150°–160° C. for 3.5 hours and maintained at that temperature for an additional 2 hours. The maximum operating pressure, controlled by periodic venting of by-product HCl, was 1280 KPa. GC analysis of the crude reaction product indicated that it contained 71% HFC-245fa.

As illustrated by the above-described Examples, HFC-245fa is produced in high yield without the use of high temperatures or pressures and without using large quantities of expensive catalysts.

What is claimed is:

1. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting a compound of the formula:

$$CF_3Cl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under condi-

5,574,192

7

tions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

2. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of pentavalent antimony halide, pentavalent niobium halide, pentavalent arsenic halide, pentavalent tantalum halide; pentavalent antimony mixed halide, pentavalent niobium mixed halide, pentavalent arsenic mixed halide, pentavalent tantalum mixed halide, and mixtures thereof.

3. The process of claim 2 wherein the fluorination catalyst is a pentavalent antimony halide.

4. The process of claim 2 wherein the fluorination catalyst has the formula $SbCl_nF_{5-n}$, where n is 0 to 5.

5. The process of claim 2 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

6. The process of claim 4 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

7. The process of claim 5 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

8. The process of claim 6 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

9. The process of claim 8 wherein said $CCl_3CH_2CHCl_2$ is prepared by: reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$.

10. The process of claim 5 wherein said reaction is conducted at a temperature of from about 50° to about 175° C.

11. The process of claim 10 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

12. The process of claim 9 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

13. The process of claim 10 wherein said reaction is conducted for a period of from about 1 to about 25 hours.

14. The process of claim 13 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

15. The process of claim 12 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

16. The process of claim 13 wherein the amount of HF used is about 1 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

8

17. The process of claim 16 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

18. The process of claim 15 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

19. The process of claim 16 wherein said fluorination catalyst is present in an amount of from about 5 to about 50% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

20. The process of claim 19 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

21. The process of claim 18 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

22. The process of claim 1 further comprising the step of recycling underfluorinated materials.

23. The process of claim 19 further comprising the step of recycling underfluorinated materials.

24. The process of claim 21 further comprising the step of recycling underfluorinated materials.

25. The process of claim 1 wherein the $CF_3CH_2CF_2H$ is recovered.

26. The process of claim 22 wherein the $CF_3CH_2CF_2H$ is recovered.

27. The process of claim 24 wherein the $CF_3CH_2CF_2H$ is recovered.

28. The process of claim 27 wherein said $CF_3CH_2CF_2H$ is recovered by distillation.

29. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting $CCl_4$ and vinyl chloride under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$; and

b) reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst to produce a compound of the formula $CF_3CH_2CF_2H$.

30. The process of claim 29 wherein said $CCl_3CH_2CHCl_2$ is recovered prior to step b.

31. The process of claim 30 wherein $CF_3CH_2CF_2H$ is recovered.

* * * * *

# EXHIBIT 6



US007214839B2

(12) **United States Patent**
Tung et al.

(10) Patent No.: **US 7,214,839 B2**
(45) Date of Patent: **May 8, 2007**

(54) **METHOD OF MAKING HYDROFLUOROCARBONS**

(75) Inventors: **Hsueh Sung Tung**, Getzville, NY (US); **Chad L. Marks**, Gonzales, LA (US); **Stephen A. Cottrell**, Baton Rouge, LA (US)

(73) Assignee: **Honeywell International Inc.**, Morristown, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 127 days.

(21) Appl. No.: **10/444,610**

(22) Filed: **May 23, 2003**

(65) **Prior Publication Data**

US 2004/0236160 A1    Nov. 25, 2004

(51) **Int. Cl.**
*C07C 17/00* (2006.01)

(52) **U.S. Cl.** ...................... **570/163**; 570/164; 570/166; 570/167; 570/168; 570/169; 570/170

(58) **Field of Classification Search** ............... 570/163, 570/164, 166, 167, 168, 169, 170
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,942,036 A    6/1960  Smith et al. ................. 260/653

| | | | |
|---|---|---|---|
| 5,171,901 A | 12/1992 | Gassen et al. | 570/168 |
| 5,574,192 A | 11/1996 | VanDerPuy et al. | 570/167 |
| 5,710,352 A * | 1/1998 | Tung | 570/166 |
| 5,744,660 A | 4/1998 | Bradley et al. | 570/169 |
| 5,763,706 A | 6/1998 | Tung et al. | 570/167 |
| 5,763,708 A | 6/1998 | Clemmer et al. | 570/169 |
| 5,770,779 A * | 6/1998 | Nappa et al. | 570/166 |
| 5,877,359 A | 3/1999 | Elsheikh | 570/160 |
| 5,902,912 A * | 5/1999 | Tung et al. | 570/164 |
| 6,187,976 B1 | 2/2001 | Van Der Puy et al. | 570/176 |
| 6,362,383 B1 * | 3/2002 | Wilmet et al. | 570/166 |
| 6,479,718 B1 | 11/2002 | Elsheikh et al. | 570/167 |
| 6,730,817 B1 | 5/2004 | Wilmet et al. | 570/167 |

* cited by examiner

*Primary Examiner*—Sikarl A. Witherspoon
(74) *Attorney, Agent, or Firm*—Colleen D. Szuch

(57) **ABSTRACT**

A manufacturing process for making hydrofluorocarbons (HFCs), by reacting a hydrochlorocarbon and HF in a liquid phase catalytic reactor using a large mole ratio of HF to hydrochlorocarbon to minimize formation of high boiling by-products and improve HF consumption and hydrofluorocarbon yields.

**30 Claims, No Drawings**

US 7,214,839 B2

1

# METHOD OF MAKING HYDROFLUOROCARBONS

## BACKGROUND OF THE INVENTION

The present invention relates to the preparation of hydrofluorocarbons (HFC's). More particularly, the invention pertains to a method for the preparation of difluoromethane (HFC-32), 1,1,1-trifluoroethane (HFC-143a), 1,1,1,3,3-pentafluoropropane (HFC-245fa), 1,1,1,3,3,3-hexfluoropropane (HFC-236fa), 1,1,1,3,3-pentafluorobutane (HFC-365mfc) by reacting the corresponding hydrochlorocarbon feedstocks and HF in a liquid phase catalytic reactor using a large mole ratio of HF to hydrochlorocarbon to minimize formation of high boiling by-products and improve HF consumption and hydrofluorocarbon yields.

In recent years there has been widespread concern that chlorofluorocarbons might be detrimental to the Earth's ozone layer. As a result, there is a worldwide effort to use halocarbons which contain fewer chlorine substituents. In this regard, 1,1,1,3,3-pentafluoropropane and other HFC's have zero ozone depletion potential, and are being considered as a replacement for chlorofluorocarbons in many applications. The production of hydrofluorocarbons, i.e. compounds containing only carbon, hydrogen and fluorine has been the subject of interest to provide environmentally desirable products for use as solvents, foam blowing agents, refrigerants, cleaning agents, aerosol propellants, heat transfer media, dielectrics, fire extinguishing compositions and power cycle working fluids. It is known in the art to produce hydrofluorocarbons by reacting hydrogen fluoride with various hydrochlorocarbon compounds. Such HFC's are not only considered to be much more environmentally advantageous than hydrochlorofluorocarbons (HCFC's) or chlorofluorocarbons (CFC's) because they are non-ozone depleting, but also is they are also non-flammable and non-toxic as compared to the chlorine containing compounds. Hydrofluorocarbons are themselves well known. For example, HFC-245fa itself is well known in the art as described in U.S. Pat. No. 2,942,036, which is incorporated herein by reference. It has been a problem in the art to conduct an economical process for the continuous preparation of hydrofluorocarbons. One such process has been disclosed in U.S. Pat. No. 5,763,706, which is incorporated herein by reference. This reference shows reacting 1,1,1,3,3-pentachloropropane (HCC-240fa) and 1,1,1,3,3-hexachloropropane (HCC-230fa) with hydrogen fluoride in the presence of a fluorination catalyst, however, this process employs a relatively low molar ratio of hydrogen fluoride to HCC-240fa or HCC-230fa. This technique produces a disadvantageously large amounts of high boiling point by-products and a lower than desired catalyst life. It has now been found that by the use of a large HF to hydrochlorocarbon (organic feed) ratio, of at least about 15:1 in the liquid phase, the reaction can reduce high boiling point by-product formation and also prolong catalyst life. This is opposed to the prior art teaching to use organic-rich, HF-lean conditions.

It has now been found that hydrofluorocarbons, such as HFC-32, HFC-143a, HFC-245fa, HFC-236fa, HFC-365mfc, but not limited thereto, may be continuously and economically produced in an integrated manufacturing process by the reaction of hydrochlorocarbons with a high mole ratio of hydrogen fluoride. The hydrochlorocarbon and HF are first reacted, in either the liquid or vapor phase, but preferably in a liquid phase catalytic reaction, and a portion of the excess amounts of HF is optionally recycled back to the reactor

2

such as by using a recycle column. HCl is then optionally removed by distillation, additional HF is recovered, such as by liquid-vapor or liquid-liquid extraction and then optionally recycled. Unsaturates are thereafter removed by photochlorination and hydrofluorocarbons are obtained by distillation.

## DESCRIPTION OF THE INVENTION

The invention provides a process for the preparation of a hydrofluorocarbon which comprises

    (a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

    (b) optionally recycling a portion of any unreacted HF back to step (a);

    (c) optionally removing any HCl produced by step (a); and

    (d) recovering at least one hydrofluorocarbon.

The invention also provides a process for the preparation of a hydrofluorocarbon which comprises (a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

    (b) optionally recycling a portion of any unreacted HF back to step (a);

    (c) optionally removing any HCl produced by step (a);

    (d) optionally recovering any additional unreacted HF present after step (c) by liquid-vapor or liquid-liquid extraction;

    (e) optionally removing unsaturated compounds present after step (d) by photochlorination; and

    (f) recovering at least one hydrofluorocarbon from the result of step (e) by distillation.

Useful hydrochlorocarbons for this invention non-exclusively include methylene chloride ($CH_2Cl_2$), for the production of difluoroethane $CH_2F_2$ (HFC-32); 1,1,1-trichloroethane (HCC-140a) for the production of 1,1,1-trifluoroethane (HFC-143a); 1,1,1,3,3-pentachloropropane (HCC-240fa) for the production of 1,1,1,3,3,-pentafluoropropane (HFC-245fa); 1,1,1,3,3,3-hexachloropropane (HCC-230fa) for the production of 1,1,1,3,3,3-hexafluoropropane (HFC-236fa); 1,1,1,3,3-pentachlorobutane (HCC-360jfa) for the production of 1,1,1,3,3-pentafluorobutane (HFC-365mfc) and combinations thereof. 1,1,1,3,3-pentachloropropane (HCC-240fa) can also be used for the production of 1-chloro,3-3-3-trifluoropropene (HCFC-1233zd) and 1,3,3,3-tetrafluoropropene (HFC-1234ze). Perchloroethylene can be used to produce 1,1,1,3,3-pentrafluoroethane (HFC-125).

In the practice of the present invention, a fluorination catalyst, preferably a liquid phase catalyst is charged to a fluorination reactor prior to heating of the reactor. Useful fluorination catalysts non-exclusively include transition metal halides, and oxides, Group IVb metal halides and Group Vb metal halides and mixtures thereof. Such catalysts non-exclusively include fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, or $MoCl_5$ and combinations thereof. The reactor according to this invention may be any suitable fluorination reaction vessel but are preferably constructed from materials which are resistant to the corrosive effects of hydrogen fluoride such as Hastalloy, Inconel, Monel and fluoropolymer-lined vessels. At least one hydrochlorocarbon and HF are simultaneously fed to the reactor after the reactor reaches the desired temperature. An impor-

US 7,214,839 B2

3

4

tant feature of the invention is that the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

In a preferred embodiment, the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1 and in a more preferred embodiment, the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 20:1 to about 30:1. The reactor is run at a preferred temperature ranging from about 60° C. to about 180° C.; more preferably from about 70° C. to about 150° C. and most preferably from about 80° C. to about 120° C. Reactor pressure is usually maintained at a pressure of from about 20 to about 400 psig, preferably from about 50 to about 300 psig; more preferably from about 100 to about 275 psig and most preferably from about 125 to about 260 psig. A chlorine feed is optional, but preferred to keep the catalyst active. A chlorine feed is especially advantageous when antimony chloride is used as catalyst. For every pound of catalysts, such as SbCl₅ catalyst, about 0.002 to about 0.2 lb per hour of chlorine is fed to the reactor. Chlorine can be charged in either a batch or continuous mode.

Optionally, but preferably, a top catalyst stripper is used such that most of the unreacted HF and catalyst is refluxed back to the reactor. The catalyst stripper is equipped with a distillation column and a condenser and this step is conducted by adjusting the temperature of the condenser to a range of from about 20° C. to about 200° C. The effluent from the catalyst stripper is optionally, but preferably fed to a recycle column to recycle a portion of the excess amounts of HF. The pressure of the recycle column is preferred to match that of the reactor.

The effluent from the recycle column is then optionally, but preferably, fed to an HCl distillation column to remove relatively pure HCl from the reaction mixture exiting the recycle column. The pressure of the HCl column is preferred to match that of the recycle column. In another embodiment, unreacted HF can be recovered at this point in the process and with optional recycling of recovered hydrogen fluoride back to the reactor in step (a).

The essentially HCl free organic/HF mixture exiting the HCl column is optionally fed to HF recovery unit. The mixture of fluorocarbons resulting from step (c) is in admixture with hydrogen fluoride. The hydrofluorocarbon and HF may be separated by extracting the HF/hydrofluorocarbon mixture with sulfuric acid. This forms a phase rich in HFC and a phase rich in the hydrogen fluoride and sulfuric acid. Sulfuric acid is preferably added such that the weight ratio of sulfuric acid to hydrogen fluoride ranges from about 1:1 to about 25:1. More preferably the weight ratio ranges from about 1:1 to about 20:1 and most preferably from about 2:1 to about 15:1. Preferably the extraction is conducted at a temperature of from about −20° C. to about 100° C., more preferably from about −10° C. to about 80° C., and most preferably from about 0° C. to about 60° C. The extraction is usually conducted at normal atmospheric pressure, however, higher or lower pressure conditions may be used by those skilled in the art. Pressure is preferably about 100 psig or less; more preferably about 50 psig or less, and most preferably about 20 psig or less.

The sulfuric acid/HF mixture from the sulfuric acid absorber is fed to a HF recovery column. The HF and sulfuric acid may then be recycled. That is, the HF may be recirculated to the step (a) starting reaction for the formation of the hydrofluorocarbon, such as HFC-32, HFC-143a, HFC-245fa, HFC-236fa, or HFC-365mfc, and the sulfuric acid may be recycled for use in the extraction step. The

organic portion of the mixture exiting the sulfuric acid absorber is optionally fed into a distillation column.

The distillation column is used to remove heavy reaction products. The pressure of this column is preferably maintained at from about 200 psig or less, more preferably from about 150 psig or less and most preferably from about 100 psig or less. The overhead of the distillation column contains hydrofluorocarbon, volatile by-products as impurities and some unreacted HF. The bottom cuts of the distillation column contains recyclable and non-recyclable heavies. The recyclable heavies are recycled back to the step (a) reactor. The non-recyclable heavies are disposed of.

Alternatively the sulfuric acid absorber may be replaced by a HF/water azeotrope absorber. The HF/water azeotrope weight ratio is preferably maintained at about 30% HF and 70% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

The hydrofluorocarbon-rich stream exiting either the distillation column or the sulfuric acid absorber is fed to a caustic or water scrubber for removal of acidity. Such a scrubber is well known in the art and conventionally comprises a caustic scrubbing with aqueous NaOH or KOH under conditions sufficient to neutralize residual acidity.

A photochlorination unit is then used to remove unsaturates in the hydrofluorocarbon, e.g. HFC-32, HFC-143a, HFC-245fa, HFC-236fa, or HFC-365mfc, stream. This is done by adding chlorine to the stream to react with unsaturates in the presence of UV light. Photochlorination of unsaturates is itself well known in the art. The mole ratio of Cl₂/total unsaturates is preferably about 5 or less, more preferably about 4 or less, and most preferably about 3 or less. Pressure is not critical, although it is preferably operated under atmospheric or subatmospheric pressure. Temperature is preferably about 60° C. or less, more preferably about 40° C. or less and most preferably about 25° C. or less. UV light preferably has a wavelength of less than about 400 nanometers. The mixture is exposed to the UV light for a time and at an energy level sufficient to reduce unsaturates to less than about 500 ppm. The acidity of the resulting stream was removed once again using water and/or caustic scrubbers.

Hydrofluorocarbons may then be recovered in a step by distillation of the resulting crude product stream. Distillation can be a batch or continuous distillation. In the batch mode, one distillation column is sufficient. In a continuous mode, two distillation columns may be required, one to remove light distillates and the other to remove heavies. Pressure of the distillation(s) is preferred to run at about 200 psig or less, more preferably about 150 psig or less and most preferably about 100 psig or less.

The hydrofluorocarbons, i.e. HFC-32, HFC-143a, HFC-245fa, HFC-236fa, HFC-365mfc, but not limited thereto, produced has a purity of at least about 99.5%. The reactions of the present invention may be conducted in either a batch or continuous mode of operation, however, continuous operation is preferred.

The following non-limiting examples serve to illustrate the invention.

EXAMPLE 1

About 400 lbs antimony pentachloride catalyst were charged into a 50 gallon reactor. About 80 lbs of anhydrous HF were added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 300 lbs/day of methylene chloride (CH₂Cl₂), 141 lbs/day of fresh HF, 917 lbs/day of recycled/recovered HF

US 7,214,839 B2

5

and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to methylene chloride ratio is about 15/1. Chlorine was used to keep catalyst active. The reactor pressure is maintained at about 200 psig. About 174 lbs of HFC-32 (99.9% purity) are produced. About 9.5 lbs of by-products are also produced.

### EXAMPLE 2 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 300 lbs/day of methylene chloride ($CH_2Cl_2$), 282 lbs/day of fresh HF, no recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to methylene chloride ratio is about 4/1. Chlorine is used to keep catalyst active. The reactor pressure is maintained at about 200 psig. About 156 lbs of HFC-32 (99.9% purity) is produced. About 28 lbs of by-products were also produced.

### EXAMPLE 3

About 400 lbs antimony pentachloride catalyst were charged into a 50 gallon reactor. About 80 lbs of anhydrous HF were added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 400 lbs/day of 1,1,1-trichloroethane (HCC-140a), 180 lbs/day of fresh HF, 719 lbs/day of recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to HCC-140a ratio is about 15/1. Chlorine is used to keep catalyst active. The reactor pressure is maintained at about 150 psig. About 240lbs of HFC-143a (99.9% purity) is produced. About 12 lbs of high boiling point by-products are also produced.

### EXAMPLE 4 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 400 lbs/day of 1,1,1-trichloroethane (HCC-140a), 300 lbs/day of fresh HF, no recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to HCC-140a ratio was about 5/1. Chlorine was used to keep catalyst active. The reactor pressure is maintained at about 150 psig. About 214 lbs of HFC-143a (99.9% purity) are produced. About 38 lbs of high boiling point by-products are also produced.

### EXAMPLE 5

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day of HCC-240fa, 280 lbs/day of fresh HF, 684 lbs/day of recycled/recovered HF and 20 lbs/day of chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 17/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 340 lbs of HFC-245fa (99.9% purity) is produced. About 36.4 lbs of high boiling point by-products were also produced.

6

### EXAMPLE 6

About 400 lbs antimony pentachloride catalyst was charged to a 50 gal reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day HCC-240fa, 280 lbs/day of fresh HF, 1128 lbs/day of recycled/recovered HF and 20 lbs/day chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 25/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 345 lbs of HFC-245fa (99.9% purity) was produced. About 21 lbs of high boiling point by-products were also produced.

### EXAMPLE 7 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged to a 50 gal reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day HCC-240fa, 280 lbs/day of fresh HF, 461 lbs/day of recycled/recovered HF and 20 lbs/day chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 13/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 320 lbs of HFC-245fa (99.9% purity) was produced. About 50 lbs of high boiling by-products were also produced.

As one can see, the processes of Examples 1, 3, 5 and 6 produce a substantially larger yield of HFC-32, HFC-143a, HFC-245fa and a much lower amount of high boiling point by-products

While the present invention has been particularly shown and described with reference to preferred embodiments, it will be readily appreciated by those of ordinary skill in the art that various changes and modifications may be made without departing from the spirit and scope of the invention. It is intended that the claims be interpreted to cover the disclosed embodiment, those alternatives which have been discussed above and all equivalents thereto.

What is claimed is:

1. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a); and

(e) recovering at least one hydrofluorocarbon.

2. The process of claim 1 wherein the recycling of step (b) is conducted.

3. The process of claim 1 wherein step (d) is conducted by distillation.

4. The process of claim 1 wherein step (a) is conducted in a liquid phase.

5. The process of claim 1 wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane;   1,1,1,3,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane; 1,1,1,3,3-pentachloropropane; perchloroethylene or combinations thereof.

6. The process of claim 1 wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

7

**7.** The process of claim **1** wherein the fluorination catalyst is selected from the group consisting of transition metal halides and oxides, Group IVb metal halides, Group Vb metal halides and combinations thereof.

**8.** The process of claim **1** wherein the fluorination catalyst is selected from the group consisting of fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, $MoCl_5$ and combinations thereof.

**9.** The process of claim **1** wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

**10.** The process of claim **1** wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1.

**11.** The process of claim **1** wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 30:1.

**12.** The process of claim **1** wherein step (a) is conducted at a temperature of from about 60° C. to about 180° C.

**13.** The process of claim **1** wherein step (a) is conducted at a pressure of from about 20 to about 400 psig.

**14.** The process of claim **1** which comprises recovering any hydrogen fluoride present after step (b).

**15.** The process of claim **1** which comprises recovering any hydrogen fluoride present after step (b) and then recycling the recovered hydrogen fluoride to step (a).

**16.** The process of claim **1** further comprising the subsequent step (e) of removing any unsaturated compounds present after step (e) by photochlorination.

**17.** The process of claim **1** wherein step (e) comprises recovering hydrofluorocarbon from the result of step (d) by distillation.

**18.** The process of claim **1** further comprising an additional step after step (d) and before step (e), comprising distilling the product resulting from step (d) to produce an overhead of the distillation column comprising a hydrofluorocarbon, hydrogen fluoride, unsaturated compounds and other impurities.

**19.** The process of claim **18** wherein the additional distilling step after step (d) and before step (e) is conducted at a pressure of about 200 psig or less.

**20.** The process of claim **1** wherein step (e) is conducted by liquid-vapor extraction.

**21.** The process of claim **1** wherein step (e) is conducted by extracting the HF/hydrofluorocarbon stream with sulfuric acid to the product resulting after step (d) and then separat-

8

ing therefrom a mixture of sulfuric acid and HF from a reaction mass balance comprising hydrofluorocarbon, unsaturated compounds and other impurities.

**22.** The process of claim **21** comprising the step of removing residual acids from said reaction mass balance after step (e).

**23.** The process of claim **22** wherein the step of removing residual acids from said reaction mass balance after step (e) is conducted with a caustic scrubber or a water scrubber.

**24.** The process of claim **21** further comprising separating sulfuric acid and HF from the mixture of sulfuric acid and HF.

**25.** A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises (a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

    (b) optionally recycling a portion of any unreacted HF back to step (a);

    (c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

    (d) removing any HCl produced by step (a);

    (e) optionally recovering any additional unreacted HF present after step (d) by liquid-vapor or liquid-liquid extraction;

    (f) optionally removing unsaturated compounds present after step (e) by photochlorination; and

    (g) recovering at least one hydrofluorocarbon from the result of step (f) by distillation.

**26.** The process of claim **25** wherein the recycling of step (b) is conducted.

**27.** The process of claim **25** wherein step (d) is conducted by distillation.

**28.** The process of claim **25** wherein step (a) is conducted in a liquid phase.

**29.** The process of claim **25** wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane and combinations thereof.

**30.** The process of claim **25** wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

\*  \*  \*  \*  \*

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 8



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/444,610 | 05/23/2003 | Hsuch Seng Tung | H0005108 | 7217 |

7590   01/12/2006

Colleen D. Szuch, Esq.
Honeywell International Inc.
101 Columbia Road
Morristown, NJ  07962-2245

| EXAMINER |
|---|
| WITHERSPOON, SIKARL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1621 | |

DATE MAILED: 01/12/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

S0023740

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/444,610 | TUNG ET AL. |
| | Examiner | Art Unit |
| | Sikari A. Witherspoon | 1621 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on *17 November 2005*.

2a) ☒ This action is **FINAL**.    2b) ☐ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) *1-13,15-25 and 27-32* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) *1-13, 15-25 and 27-32* is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date *11/17/05*.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☐ Other: _____

U.S. Patent and Trademark Office
PTOL-326 (Rev. 7-05)    Office Action Summary    Part of Paper No./Mail Date 20061226

S0023741

Application/Control Number: 10/444,610                                Page 2
Art Unit: 1621

## DETAILED ACTION

The examiner has considered applicants' amendment filed November 17, 2005

and the arguments therein.  Applicants' amendment was sufficient to overcome the

rejection of record under 35 U.S.C. 102 (a,e); however, the amendment has

necessitated a new rejection under 35 U.S.C. 103(a).  The rejection already of record

under 103(a) has been maintained and rewritten herein and modified according to the

amended claims.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set
forth in section 102 of this title, if the differences between the subject matter sought to be patented and
the prior art are such that the subject matter as a whole would have been obvious at the time the
invention was made to a person having ordinary skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which the invention was made.

Claims 1-9, 13, 18 and 27 rejected under 35 U.S.C. 103(a) as being

unpatentable over Wilmet et al (US 6,730,817) and further in view of VanDerPuy et al

(US 5,574,192).

Wilmet et al teach a process for the liquid phase hydrofluorination of 1,1,1,3,3-

pentachloropropane to 1,1,1,3,3-pentafluoropropane by reacting 0.21 moles of said

pentachloropropane with 10 moles of hydrogen fluoride (about a 48 to 1 ratio

HF:pentachloropropane), in the presence of antimony pentachloride as catalyst.  The

reaction is conducted at a temperature of 120° C, and a pressure of 25 bar, i.e., 363

S0023742

Application/Control Number: 10/444,610                                    Page 3
Art Unit: 1621

psig (col. 5, lines 17-34). The reference also teaches carrying out the process

continuously or noncontinuously, and that the hydrogen chloride generated by the

reaction, and pentafluoropropane can be separated from the reaction mixture using a

device consisting of a distillation column and reflux condenser (col. 2, line 61 to col. 3,

line 14).

       The differences between Wilmet et al and the instant claims are that Wilmet et al

do not teach the continuous addition of chlorine to maintain the activity of the catalyst,

and they do not expressly teach recycling a portion of any unreacted HF to the

fluorination reactor.

       However, VanDerPuy et al teach a similar process wherein a hydrochlorocarbon

is fluorinated to produce a hydrofluorocarbon, using a pentavalent antimony catalyst.

The reference specifically teaches that chlorine may be continuously added to the

reactor to maintain the catalyst in the pentavalent state, i.e., the catalytically active

state, and, that HF can be recycled back to the fluorination reactor along with under-

fluorinated materials (col. 3, lines 1-38).

       In light of the combined reference teachings, it would have been obvious to a

person of ordinary skill in the art to add chlorine to the reactor in the process taught by

Wilmet et al, one being motivated to do so by the desire to maintain the catalyst

employed therein at the pentavalent state, as suggested by VanDerPuy et al. Recycling

of any unreacted HF or other starting material would have been obvious to a person of

ordinary skill for the purpose of conducting a more efficient process, especially when

operating such a process in a continuous mode.

S0023743

Application/Control Number: 10/444,610                                    Page 4
Art Unit: 1621

    Claims 1-13, 15, 16, 18-21, and 27-30 are rejected under 35 U.S.C. 103(a) as

being unpatentable over Elshiekh et al  (US 6,479,718) and further in view of

VanDerPuy et al (US 5,574,192).

    Elshiekh et al teach a liquid phase process for producing 1,1-dichloro-2,2,2-

trifluoroethane by fluorination of perchloroethylene with hydrogen fluoride, wherein the

molar ratio of HF to perchloroethylene is 26 to 1, in the presence of antimony

pentafluoride as catalyst.  The process is conducted at a temperature of 130° C, and a

pressure of 185 psig (col. 2, lines 25-30).  The reference also teaches that in a

continuous process, by-product HCl can be removed by distillation (col. 2, lines 6-10).

    The differences between Elshiekh et al and the instant claims are that Elshiekh et

al do not teach the continuous addition of chlorine to maintain the activity of the catalyst,

and they do not expressly teach recycling a portion of any unreacted HF to the

fluorination reactor.  Also, Elshiekh et al do not expressly teach recovering the

hydrofluorocarbon by distillation, or liquid-vapor extraction.

    However, VanDerPuy et al teach a process wherein a hydrochlorocarbon is

fluorinated to produce a hydrofluorocarbon, using a pentavalent antimony catalyst.  The

reference specifically teaches that chlorine may be continuously added to the reactor to

maintain the catalyst in the pentavalent state, i.e., the catalytically active state, and, that

HF can be recycled back to the fluorination reactor along with under-fluorinated

materials (col. 3, lines 1-38).

    In light of the combined reference teachings, it would have been obvious to a

person of ordinary skill in the art to add chlorine to the reactor in the process taught by

S0023744

Application/Control Number: 10/444,610                    Page 5
Art Unit: 1621

Elshiekh et al, one being motivated to do so by the desire to maintain the catalyst

employed therein at the pentavalent state, as suggested by VanDerPuy et al. Recycling

of any unreacted HF or other starting material would have been obvious to a person of

ordinary skill for the purpose of conducting a more efficient process, especially when

operating such a process in a continuous mode.

The reference clearly teaches recycling of by-products that may form, and

teaches removing by-product HCl from the reaction mixture by distillation. The

examiner takes the position that while silent with regard to removal of the

hydrofluorocarbon, it would have been obvious to a person of ordinary skill in the art to

siphon off the hydrofluorocarbon while distilling the by-product HCl, since the

hydrofluorocarbon is the desired compound.

Claims 1-13, 15-25, and 27-32 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Wilmet et al (US 6,362,383) and Tung et al (US 5,763,706) in

combination.

Wilmet et al teach a process for the hydrofluorination of chlorinated

hydrocarbons; specifically, Wilmet et al teach a process wherein 1,1,1,3,3-

pentafluoropropane is made (along with other hydrofluorocarbons) by reacting 0.23 mol

1,1,1,3,3-pentachloropropane with 9 mol hydrogen fluoride (HF:pentachloropropane

ratio about 39:1), in the presence of titanium tetrachloride as catalyst. The reaction is

conducted at a temperature of 120° C, at a pressure of 25 bar, i.e., 363 psig, and

gaseous hydrogen chloride is introduced continuously to the reaction mixture

S0023745

(example1, col. 7, line 50 to col. 8, line 2). The reference also has a broad teaching that

the ratio of HF to hydrochlorocarbon is greater than or equal to 5 (col. 3, lines 45-54),

and teaches that hydrogen chloride produced by the reaction, as well as hydrogen

fluoride and partially fluorinated by-products can be separated, an recycled into the

process (col. 4, line 59 to col. 5, line24).

    The differences between Wilmet et al and the instant process are that Wilmet et

al conduct their process with the continuous introduction of hydrogen chloride into the

reaction mixture, while applicants do not recite such a limitation, and, Wilmet et al do

not teach removing any unsaturated compounds present in the reaction mixture by

photochlorination, and do not teach removing the hydrofluorocarbons produced, by

extracting the HF/hydrofluorocarbon stream with sulfuric acid, as claimed herein.

    Tung et al teach a process for preparing pentafluoropropane and/or

hexafluoropropane by reacting pentachloropropane and/or hexachloropropane with

hydrogen fluoride in the presence of a fluorination catalyst, optionally removing HCl

produced, and recovering HF by liquid-vapor or liquid-liquid extraction. The process of

recovering and separating HF and hydrofluorocarbon produced is conducted with a

sulfuric acid absorber followed by a caustic or water scrubber; a photochlorination unit is

then used to remove any unsaturates in the reaction stream (col. 3, line 25 to col. 4, line

30). Tung et al also teach adding chlorine to keep the catalyst active (col. 2, lines 61-

67).

    With regard to the first difference mention above, the examiner takes the position

that since applicants' independent claims is open-ended, i.e., used the word,

**S0023746**

Application/Control Number: 10/444,610                                    Page 7
Art Unit: 1621

"comprising", the step of continuously introducing hydrogen chloride to the reaction

mixture, as taught by Wilmet et al, is not precluded from the instant claims. Applicants'

dependent claim 14 recites the addition of chlorine to the reaction step, and therefore,

the examiner purports that it would have been obvious to a person of ordinary skill in the

art to employ elemental chlorine, hydrogen chloride, or any other chlorine source to the

hydrofluorination reaction. One of ordinary skill in the art would have been motivated to

do so by the desire to maintain the activity of the catalyst in order to, as suggested by

Wilmet et al (col. 5, lines 25-36), increase the rate of conversion of the

hydrochlorocarbon, and increase the selectivity of the reaction.

     As stated above, Wilmet et al do not teach removing/separating the

HF/hydrofluorocarbon by extraction with sulfuric acid, nor removal of unsaturated by-

products by photochlorination. However, as stated above, Tung et al do teach such

steps. The examiner therefore purports that it would have been obvious to a person of

ordinary skill in the art combine the two reference teachings. One of ordinary skill in the

art would have been motivated to combine the teachings by the desire to employ a

known method of removing unsaturated compounds produced by such fluorination

processes, i.e., by photochlorination, and for removing/separating HF and

hydrofluorocarbon, i.e., by sulfuric acid extraction, since both processes teach the same

reactants, and therefore arrive at similar products and by-products.

S0023747

Application/Control Number: 10/444,610                                        Page 8
Art Unit: 1621

### Response to Arguments

Applicant's arguments filed November 17, 2005 have been fully considered but
they are not persuasive. With regard to the rejection over Wilmet ('383) and Tung et al,
the thrust of applicants' arguments is that Wilmet and Tung are not properly combinable
since Wilmet *requires* the addition of HCl, while Tung et al removes HCl, and according
to applicants, Tung et al Tung et al teach a lower HF to hydrochlorocarbon ratio.

The examiner respectfully disagrees with applicants' assertions. First, Wilmet et
al do not *require* the addition of HCl as alleged by applicants; rather, the addition of HCl
by Wilmet is a *preferred* embodiment (see abstract), since Wilmet et al found that by
adding HCl an increase in chlorohydrocarbon conversion rate and an increase in
selectivity to the hydrofluorocarbon compound are observed (col. 4, lines 21-31).
Wilmet et al provide two examples, one where HCl is added and one without the
addition of HCl, where, as expected, lower conversion and selectivity are observed.
However, a reference (or example) need not show optimal results, but only that a
specific reaction will occur.

Furthermore, Wilmet et al do teach a removal of by-product HCl during or at the
end of the first step of the two-step process (col. 4, lines 41-64). The examiner
contends that the chlorine present in some of the HCl whether produced as by-product
or added purposely by Wilmet et al would invariably act on the catalyst, oxidizing it to its
catalytically active state.

Regarding Tung et al, the examiner finds the molar ratio of HF to
hydrochlorocarbon immaterial with regard to the compatibility of the two references.

**S0023748**

Application/Control Number: 10/444,810                                      Page 9
Art Unit: 1621

Tung et al state that the *preferred* ratio is from 4 to about 10, however, a person of

ordinary skill would recognize that that limitation is not critical given the disclosure of

Tung et al. Tung et al was cited to teach steps for recovering and separating HF and

hydrofluorocarbon produced with a sulfuric acid absorber followed by a caustic or water

scrubber, and for using a photochlorination unit remove any unsaturates in the reaction

stream. In this regard, the examiner contends that Tung et al is indeed combinable with

the fluorination process taught by Wilmet et al.

    Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action. Accordingly, **THIS ACTION IS MADE FINAL.** See MPEP

§ 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

    A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action. In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

**S0023749**

Application/Control Number: 10/444,610                    Page 10
Art Unit: 1621

    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Sikari A. Witherspoon whose telephone number is 571-272-0649. The examiner can normally be reached on M-F 8:30-6:30.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Johann Richter can be reached on 571-272-0646. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

    Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Sikari A. Witherspoon
Patent Examiner
Technology Center 1600

Johann Richter, Ph. D, Esq.
Supervisory Patent Examiner
Technology Center 1600

S0023750

Apr 03 06 02:43p    ROBERTS & ROBERTS,LLP    (608)921-9535    p.2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the application of:
HSUEH SUNG TUNG, ET AL.                    Docket: H0005108

Serial Number: 10/444,610                  Group Art Unit: 1621

Filed: May 23, 2003                        Examiner: Sikari A. Witherspoon

For: METHOD OF MAKING HYDROFLUOROCARBONS

RECEIVED
CENTRAL FAX CENTER
APR 0 3 2006

### NOTICE: THIS APPLICATION IS UNDER FINAL REJECTION

### RESPONSE TO OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Sir:

In response to the Office Action mailed January 12, 2006, please consider the following remarks.

### REMARKS

1) The examiner has rejected claims 1-9, 13, 18, and 27 under 35 U.S.C. 103 over Wilmet, et al. '817 in view of VanDerPuy et al. The Examiner asserts that it would have been obvious to combine these cited references in an effort to formulate the presently claimed invention. It is respectfully asserted that this is not the case.

The present invention claims a continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises:
(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

1

S0023755

(b) *optionally recycling a portion of any unreacted HF back to step (a);*

(c) *continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;*

(d) *removing any HCl* produced by step (a); and

(e) recovering at least one hydrofluorocarbon.

Wilmet '817 relates to a process for the production of 1,1,1,3,3-pentafluoropropane. Indeed some process steps of the present invention are conducted in Wilmet '817. For instance, one step of Wilmet '817 includes the reacting of a hydrochlorocarbon with HF in the presence of a hydrofluorination catalyst. However, as the Examiner agrees, certain features of the present invention are not disclosed by this reference. For example, the Examiner states that Wilmet '817 fails to teach the continuous addition of chlorine to maintain activity of the catalyst, and the recycling of unreacted HF. Thus, the Examiner cites VanDerPuy in an effort to fill this void. Applicants respectfully urge that one skilled in the art would not have combined the teachings of VanDerPuy with Wilmet '817.

VanDerPuy relates to process for forming pentafluoropropane. However, it is urged that this reference teaches away from Wilmet '817 and the present claims. To begin, VanDerPuy fails to teach the removal of HCl in a continuous process. The only mention of any HCl removal in VanDerPuy's disclosure is in Example 5, where HCl is *periodically* vented. During such a periodic venting of HCl, the process would be operating in a batch mode. Further, as stated in VanDerPuy in col.3, lines 31-35, chlorine is only continuously added while in continuous mode, but is *periodically added* when the process is operating in a batch mode. Thus, the only embodiment of VanDerPuy where HCl is removed is during a *batch mode*, where chlorine is then also added periodically, *not continuously*. VanDerPuy's only embodiment including a continuous addition of chlorine would not include the removal of HCl, thereby teaching away from Wilmet '817 and the present claims. Thus, one would not have combined this reference with Wilmet '817 in an effort to devise a continuous process with a continuous removal of HCl and a continuous addition of chlorine. It is further urged that even a hypothetical combination

2

S0023756

would still fail to obviate the present claims. It is therefore respectfully requested that the above rejection be withdrawn.

2) The examiner next rejects claims 1-13, 15, 16, 18-21, and 27-30 under 35 U.S.C. 103 over Elsheikh et al. in view of VanDerPuy et al.

Elsheikh relates to the production of HCFC-123 via a process wherein perchloroethylene is reacted with HF in the presence of a catalyst. While this reference may have certain steps in common with the present invention, it is urged that it Elsheikh fails to teach several key features of the present claims. As the Examiner agrees, this reference fails to teach the continuous addition of chlorine to maintain the activity of the catalyst, as well as the recycling of unreacted HF, and the recovery of hydrochlorocarbon by distillation or liquid-vapor extraction.

In an attempt to fill Elsheikh's failure to disclose the continuous addition of chlorine, the Examiner again cites VanDerPuy. The arguments against VanDerPuy are repeated from above and apply equally here. Specifically, the only embodiment of VanDerPuy where HCl is removed is during a *batch mode*, where chlorine is then also added periodically, *not continuously*. VanDerPuy's only embodiment including a continuous addition of chlorine would not include the removal of HCl, thereby teaching away from both Elsheikh and the present claims. Thus, one would not have combined this reference with Elsheikh in an effort to devise a continuous process with a continuous removal of HCl and a continuous addition of chlorine. Furthermore, even a hypothetical combining of these references would fail to obviate the present claims which require the step of continuously adding sufficient chlorine to keep the activity of the catalyst.

The Examiner next asserts that it while neither of these cited references disclose the recycling of unreacted HF, that it would have been obvious to one skilled in the art to do so in conducting a more efficient process. The Examiner further asserts that while neither of these reference disclose the recovery of the hydrofluorocarbon by distillation or liquid-

3

S0023757

vapor extraction, that it would have been obvious to one skilled in the art to do so. Applicants respectfully disagree. While certain steps may have been known or used in other processes before, the Examiner leaps to the conclusion that, in effect, any and all sequences of such steps, including the particular one herein claimed, must therefore be prima facie obvious. This is certainly not the case. The invention cannot be deemed unpatentable merely because, in a hindsight attempt to reconstruct the invention, one can find elements of it in the art; it must be shown that the invention as a whole was obvious at the time the invention was made without knowledge of the claimed invention. 35 U.S.C. 103. It is urged that the presently claimed sequence of steps and its attained benefits have not been heretofore known, and it would not have been obvious to formulate the present upon a combining of the presently cited references with or without the general knowledge of those skilled in the art. For the above reasons, it is requested that the 35 U.S.C. 103 rejection be withdrawn.

3) The examiner further rejects claims 1-13, 15-25, and 27-32 under 35 U.S.C. 103 over Wilmet et al. '383 in view of Tung et al. Applicants respectfully urge that this ground of rejection should be withdrawn.

The Examiner agrees that Wilmet '383 differs from the present invention for several reasons, including failure to teach the removal of unsaturated compounds by photochlorination, as well as failure to teach the extraction of the HF/hydrofluorocarbon stream with sulfuric acid. Most importantly, the Examiner agrees that this reference differs from the present invention in that Wilmet '383 conducts their process with the continuous introduction of HCl into the reaction mixture. Applicants respectfully urge that this feature of Wilmet '383 is in direct contradiction with the present claims, which require HCl's continuous *removal*. It is thus urged that Wilmet '383 directly teaches away from the present invention, and that one skilled in the art would therefore not look to Wilmet's teachings in an effort to devise the presently claimed invention.

4

S0023758

In response to Applicant's previous arguments, the Examiner states that Wilmet '383 disclose a removal of HCl after step 1 of Wilmet's process, in col.4, lines 41-64. However, it is urged that HCl is *not* removed from the process, but sent from the first step to the second step of the process, for the preparation of HFC-245fa in the second step. This is described in detail in col.5, lines 14-17 and in col.5, lines 25-36, which state that the HCl from the first stage is sent to the second stage for the preparation of HFC-245fa. Throughout Wilmet, they teach that it is advantageous to their process to continuously feed HCl into their reaction medium. This directly teaches away from the present invention which only *removes* and *never adds* HCl.

Applicants previously submitted that Wilmet '383 fails to teach the continuous addition of chlorine as required by the present claims. The Examiner disagrees, stating that there would be chlorine present in some of the HCL added in Wilmet's process, which would act as a catalyst as required by the present claims. Applicants strongly disagree. The present claims require the addition of chlorine, not HCl. HCl is detrimental to the present reaction, and hence it is removed. Nowhere in Wilmet '383 is it taught that HCl maintains their catalyst, and furthermore, it would be obvious to one skilled in the art that HCl would not be sufficient in Applicant's process to maintain their catalyst. That is, Applicants would not go through the steps of removing HCl and adding chlorine if the HCl would have been sufficient to maintain the catalyst in this process. Applicants urge that the Examiner is impermissibly reconstructing the art in light of the present disclosure, without reason.

The Examiner cites Tung in an attempt to fill the voids of Wilmet '383. Applicants again urge that one skilled in the art would not have combined Tung with Wilmet '383 in an attempt to formulate the presently claimed invention. The Examiner disagrees with Applicant's assertion that Wilmet '383 *requires* the addition of HCl, while Tung removes HCl. The Examiner asserts that Wilmet merely *prefers* the addition of HCl, pointing out the abstract. Applicants disagree. Upon reading the abstract, it is clear that it is not the *presence* of HCl that is preferred, but it is the *continuous feeding* of HCl that is preferred.

5

S0023759

That is, the word _preferably_ in the abstract relates to the manner of addition of the HCl. Applicants again assert that the _presence_ of HCl itself is required by Wilmet's process, while it is _removed_ by the processes of both Tung and the present invention.

Furthermore, as previously stated, Tung teaches a HF: HCC mole ratio of 4-10, rather than 15:1 or more, as presently claimed. The Examiner asserts that this limitation of Tung is not critical. However, there is no teaching anywhere in Tung that offers a motivation for one skilled in the art to look outside this mole ratio of 4-10, to a much higher ratio of 15:1 or more. It is again submitted that the examiner is impermissibly reconstructing the art in light of applicant's disclosure. The examiner provides no basis to support his consideration of these mole ratios as insignificant features in both the present claims and Tung's invention. For all the above reasons, it is submitted that this 35 U.S.C. rejection be withdrawn.

The undersigned respectfully requests re-examination of this application and believes it is now in condition for allowance. Such action is requested. If the examiner believes there is any matter which prevents allowance of the present application, it is requested that the undersigned be contacted to arrange for an interview which may expedite prosecution.

Respectfully submitted,

Richard S. Roberts
Reg. No. 27,941
P.O. Box 484
Princeton, New Jersey 08542
(609) 921-3500
Date: April 3, 2006

I hereby certify that this paper is being facsimile transmitted to the United States Patent and Trademark Office (FAX No. (571) 273-8300) on April 3, 2006.

Richard S. Roberts
Reg. No. 27,941

6

S0023760



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

In re the application of:                    Docket: H0005108
HSUEH SUNG TUNG, ET AL.

Serial Number: 10/444,610                    Group Art Unit: 1621

Filed: May 23, 2003                          Examiner: Sikarl A. Witherspoon

For: METHOD OF MAKING HYDROFLUOROCARBONS


### APPEAL BRIEF


Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This is an Appeal to the Board of Patent Appeals and Interferences from the Final

Rejection of claims 1-13, 15-25, and 27-32 mailed January 12, 2006 in the above

identified case. A Notice of Appeal was filed on June 12, 2006 . An oral hearing is not

requested.


The Commissioner is authorized to charge the required appeal brief fee of $500.00

Deposit Acct. No. 01-1125. In the event that the Commissioner determines that an

additional extension of time is required in order for this submission to be timely, it is

requested that this submission include a petition for an additional extension for the

required length of time and the Commissioner is authorized to charge any other fees

necessitated by this paper to Deposit Acct. No. 01-1125.

08/15/2006 KBELETE1 00000019 011125    10444610
01 FC:1402    500.00 DA

1

S0023767

## TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| I. | REAL PARTY IN INTEREST ........................ | 3 |
| II. | RELATED APPEALS AND INTERFERENCES .............. | 3 |
| III. | STATUS OF CLAIMS ............................... | 3 |
| IV. | STATUS OF AMENDMENTS ........................... | 3 |
| V. | SUMMARY OF THE CLAIMED SUBJECT MATTER ........ | 3 |
| VI. | GROUNDS OF REJECTION TO BE REVIEWED ON APPEAL... | 5 |
| VII. | ARGUMENTS ..................................... | 5 |
| VIII. | CLAIMS APPENDIX ............................... | 14 |

S0023768

## I.  REAL PARTY IN INTEREST

The real party in interest is Honeywell International, Inc., the assignee of record.

## II.  RELATED APPEALS AND INTERFERENCES

With respect to other appeals or interferences that will directly affect, or be directly affected by, or have a bearing on the Board's decision in this appeal, please note that there are no other related applications on appeal or subject to an interference known to appellant, appellant's legal representative or the assignee.

## III.  STATUS OF CLAIMS

The claims in the application are 1-32. Claims 1-13, 15-25, and 27-32 are pending, stand rejected and are on appeal.  Claims 14 and 26 have been canceled.  No claims are allowed.

## IV.  STATUS OF AMENDMENTS

A response after final rejection was filed on April 3, 2006.  No claims were amended in this response. An Advisory Action was mailed April 17, 2006. No claims were allowed.

## V.  SUMMARY OF THE CLAIMED SUBJECT MATTER

The present invention claims a continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises
(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;
(b) optionally recycling a portion of any unreacted HF back to step (a);

3

S0023769

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a); and

(e) recovering at least one hydrofluorocarbon.

Support for the above claim can be found on page 3 lines 5-12 and throughout the specification. Support for step (a) can be found 3 line 27 through page 5 line 11. Step (b) is supported in the specification on page 5, lines 24-26. Support for step (c) can be found on page 5, lines 7-11. Support for step (d) can be found on page 5, lines 21-23. Support for step (e) can be found throughout the specification, particularly on page 5 lines 24-26.

The invention further claims a continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a);

(e) optionally recovering any additional unreacted HF present after step (d) by liquid-vapor or liquid-liquid extraction;

(f) optionally removing unsaturated compounds present after step (e) by photochlorination; and

(g) recovering at least one hydrofluorocarbon from the result of step (f) by distillation.

Support for the above claim can be found on page 3 lines 5-12 and throughout the specification. Support for step (a) can be found 3 line 27 through page 5 line 11. Step (b) is supported in the specification on page 5, lines 24-26. Support for step (c) can be found on page 5, lines 7-11. Support for step (d) can be found on page 5, lines 21-23.

4

S0023770

Step (e) is supported on the specification on page 2 line 27 through page 3 line 1. Support for step (f) can be found on page 3, lines 1-2. Support for step (g) can be found throughout the specification, particularly on page 8, lines 1-9.

VI. GROUNDS OF REJECTION TO BE REVIEWED ON APPEAL

(a) Claims 1-9, 13, 18, and 27 stand rejected under 35 U.S.C. 103 over Wilmet, et al. '817 in view of VanDerPuy et al.

(b) Claims 1-13, 15, 16, 18-21, and 27-30 stand rejected under 35 U.S.C. 103 over Elsheikh et al. in view of VanDerPuy et al.

(c) Claims 1-13, 15-25, and 27-32 stand rejected under 35 U.S.C. 103 over Wilmet et al. '383 in view of Tung et al.

VII. ARGUMENTS

(a) Claims 1-9, 13, 18, and 27 stand rejected under 35 U.S.C. 103 as being unpatentable over Wilmet, et al. '817 in view of VanDerPuy et al. It is respectfully urged that this ground of rejection should be overruled.

The present invention claims:

1. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises:

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) *optionally recycling a portion of any unreacted HF back to step (a);*

(c) *continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;*

5

**S0023771**

(d) *removing any HCl* produced by step (a); and

(e) recovering at least one hydrofluorocarbon.

Wilmet, et al '817 relates to a process for the production of 1,1,1,3,3-pentafluoropropane. Indeed some of the individual process steps of the present invention are shown in Wilmet, et al '817. For instance, one step of Wilmet, et al '817 includes the reacting of a hydrochlorocarbon with HF in the presence of a hydrofluorination catalyst. However, as the Examiner agrees, certain features of the present invention are *not* disclosed by this reference. For example, the Examiner admits that Wilmet, et al '817 *fails to teach the continuous addition of chlorine* to maintain the activity of the catalyst. In an effort to fill this void, the Examiner cites VanDerPuy, et al. It is respectfully urged that one skilled in the art would not have combined the teachings of VanDerPuy, et al with Wilmet, et al '817 in an effort to devise the presently claimed invention.

VanDerPuy, et al relates to process for forming pentafluoropropane. However, this reference teaches away from both Wilmet, et al '817 and the present claims. First, VanDerPuy, et al fails to teach the present step (d), which requires removal of *any* HCl produced by a reaction of the present step (a). The only mention of any HCl removal in VanDerPuy, et al 's disclosure is in Examples 3 and 5 where an HCl by-product is *periodically* vented, during the venting of pressure in excess of 2655 Kpa. It should be noted that in Example 3 the hydrogen fluoride to hydrochlorocarbon mole ratio would be 12.5:1, which is well below the presently required ratio at least about 15:1. In addition, during such a periodic venting of HCl, the process would be operating in a batch mode. Importantly, in these examples, only a periodic venting to relieve pressure is mentioned, rather than a required removal of any produced HCl.

In short, Wilmet, et al show HCl removal, but does not show continuously adding chlorine. VanDerPuy, et al show continuously adding chlorine, but does not show

6

S0023772

*removing any HCl* produced by step (a). It is therefore submitted that one skilled in the art would not have combined VanDerPuy, et al with Wilmet, et al '817 in an effort to devise a continuous process with a continuous addition of chlorine and a removal of any HCl formed. One skilled in the art would not have any selection criteria at hand to combine the features of Wilmet, et al and VanDerPuy, et al to hypothetically form the instant invention. The processes of Wilmet, et al and VanDerVuy, et al. are simply incompatible with each other such that they are not combinable due to conflicting process requirements. It is therefore respectfully requested that the above rejection be overruled.

(b) Claims 1-13, 15, 16, 18-21, and 27-30 stand rejected under 35 U.S.C. 103 as being unpatentable over Elsheikh et al. in view of VanDerPuy et al. It is urged that this ground of rejection is unfounded and should be overruled.

Elsheikh, et al relates to the production of HCFC-123 via a process wherein perchloroethylene is reacted with HF in the presence of a catalyst. While this reference may have certain steps in common with the present invention, it is urged that it several key features of the present claims are absent in Elsheikh, et al. As the Examiner agrees, this reference fails to teach the continuous addition of chlorine to maintain the activity of the catalyst.

In an attempt to fill Elsheikh, et al's failure to disclose the continuous addition of chlorine, the Examiner again cites VanDerPuy, et al. The arguments against VanDerPuy, et al are repeated from above and apply equally here. VanDerPuy, et al's process employs the continuous addition of chlorine. VanDerPuy, et al fails to teach the present step (d), which requires removal of *any* HCl produced by the reaction of hydrochlorocarbon with HF.

7

S0023773

The only instance of VanDerPuy, et al where some HCl is removed is during a periodic venting during a batch mode in Examples 3 and 5.  There is no removal of *any* (meaning all) of the HCl which may have been produced.

With regard to optional recycling step (b), the asserts that while Elsheikh does not disclose the recycling of unreacted HF, that it would have been obvious to one skilled in the art to do so in conducting a more efficient process and in view of VanDerPuy., et al. Applicants respectfully disagree.  The mere fact that VanDerPuy, et al show recycling, does not mean that such a step can arbitrarily be extracted and combined into the process of Elsheikh, et al.  While an HF recycling step may have been known or used in other processes before, the Examiner leaps to the conclusion that, such must be combinable with the processes of others and therefore must therefore be prima facie obvious.  This is certainly not the case.  The invention cannot be deemed unpatentable merely because, in a hindsight attempt to reconstruct the invention, one can find elements of it in the art; it must be shown that the invention as a whole was obvious at the time the invention was made without knowledge of the claimed invention. 35 U.S.C. 103.  It is urged that the presently claimed sequence of steps and its attained benefits have not been heretofore known, and it would *not* have been obvious to formulate the present upon a combining of the presently cited references with or without the general knowledge of those skilled in the art.

In short, one skilled in the art would have no selection criteria for hypothetically combining Elsheikh, et al with VanDerVuy, et al.  The Elsheikh, et al process does not add chlorine and removes HCl.  VanDerPuy, et al, et al, continuously adds chlorine and does not teach removing *any HCl* produced, although batch mode examples 3 and 5 do teach some periodic venting of HCl.  It is submitted that the examiner is merely

8

**S0023774**

reconstructing the art in light of the Applicant's disclosure by picking and choosing individual process steps from Elsheikh, et al and VanDerVuy, et al. It is submitted that one would not have combined VanDerVuy, et al. with Elsheikh in an effort to devise the claimed process. The processes of Elsheikh, et al and VanDerVuy, et al. are simply incompatible with each other such that they are not combinable due to conflicting process requirements in the references. It is therefore respectfully requested that the above rejection be overruled. For the above reasons, it is requested that the 35 U.S.C. 103 rejection be overruled.

(c) The Examiner has rejected claims 1-13, 15-25, and 27-32 under 35 U.S.C. 103 as being unpatentable over Wilmet et al. '383 in view of Tung et al. Applicants respectfully urge that this ground of rejection should be overruled.

The Examiner agrees that Wilmet, et al '383 differs from the present invention for several reasons, including failure to teach the removal of unsaturated compounds by photochlorination, as well as failure to teach the extraction of the HF/hydrofluorocarbon stream with sulfuric acid. Most importantly, the Examiner agrees that this reference differs from the present invention in that Wilmet, et al '383 conducts their process with the continuous introduction of HCl into the reaction mixture. Applicants respectfully urge that this feature of Wilmet, et al '383 is in direct contradiction with the present claims, which require HCl's continuous _removal_. It is urged that Wilmet, et al '383 directly teaches away from the present invention, and that one skilled in the art would therefore not look to Wilmet, et al's teachings in an effort to devise the presently claimed invention.

The Examiner is of the view that Wilmet, et al '383 discloses a removal of HCl after step 1 of Wilmet, et al's process, in col.4, lines 41-64. However, it is urged that HCl is _not_ removed from the process, but sent from the first step to the second step of the process,

9

S0023775

for the preparation of HFC-245fa in the second step. This is described in detail in col.5, lines 14-17 and in col.5, lines 25-36, which states that the HCl from the first stage is sent to the second stage for the preparation of HFC-245fa. Throughout Wilmet, et al, they teach that it is advantageous to their process to continuously feed HCl into their reaction medium. This directly teaches away from the present invention which <u>only removes</u> and <u>does not</u> add HCl.

Applicants submitted that Wilmet, et al '383 fails to teach the continuous addition of chlorine as required by the present claims. The Examiner disagreed, stating that there would be chlorine present in some of the HCl added in Wilmet, et al's process, which would act as a catalyst as required by the present claims. Applicants strongly disagree. The present claims require the addition of <u>chlorine</u>, not HCl. HCl is detrimental to the present reaction, and hence it is removed. Nowhere in Wilmet, et al '383 is it taught that HCl maintains their catalyst, and furthermore, it would be obvious to one skilled in the art that HCl would not act in Applicant's process to maintain their catalyst. That is, Applicants would not go through the steps of removing HCl and adding chlorine if the HCl would have been sufficient to maintain the catalyst in this process. Applicants urge that the Examiner is impermissibly reconstructing the art in light of the present disclosure, without reason.

The Examiner next cites Tung, et al in an attempt to fill the voids of Wilmet, et al '383. Applicants again urge that one skilled in the art would not have combined Tung, et al with Wilmet, et al '383, which directly teach away from each other. The Examiner disagrees with Applicant's assertion that Wilmet, et al '383 requires the *addition* of HCl, while Tung, et al *removes* HCl. The Examiner asserts that Wilmet, et al merely *prefers* the addition of HCl, pointing out the abstract. Applicants disagree. Upon reading Wilmet, et al's abstract, it is clear that it is not the *presence* of HCl that is preferred, but it is the *continuous feeding* of HCl that is preferred. Instead, the word <u>preferably</u> in the

10

S0023776

abstract relates to the *manner of addition* of the HCl. It is again asserted that the presence of HCl itself is *required* by Wilmet, et al's process, while it is *removed* by the processes of both Tung, et al and the present invention.

Furthermore, Tung, et al teaches a HF: HCC mole ratio of 4-10, that is 4:1 to 10:1, rather than the presently required ratio of 15:1 in the present claims. The Examiner takes the position that this limitation of Tung, et al is not critical. However, there is *no* teaching anywhere in Tung, et al that offers a motivation for one skilled in the art to look outside this mole ratio of 4-10, much less to the much higher ratio of 15:1 or more. It is again submitted that the Examiner is impermissibly reconstructing the art in light of applicant's disclosure. The Examiner provides no basis to support his consideration of these mole ratios as being insignificant features in both the present claims and Tung, et al's invention. For all the above reasons, it is respectfully requested that this rejection be overruled.

In short: there would be no selection criteria for combining Wilmet, et al '383 with Tung, et al. Wilmet, et al, requires the addition of HCl, while Tung, et al removes HCl. Tung, et al adds a chlorine feed while Wilmet, et al '383 does not. It is submitted that the processes of Wilmet, et al '383 and Tung, et al. are simply incompatible with each other such that they are not combinable due to their conflicting process requirements. It is therefore respectfully requested that the above rejection be overruled. For the above reasons, it is requested that the 35 U.S.C. 103 rejection be overruled.

The Examiner appears to be going to great lengths to locate and try to interrelate references involving one or two features of the present claims, but no matter how one applies or combines these references they do not teach using the specific sequence of steps in the claimed invention to attained the demonstrated benefits. The invention cannot be deemed unpatentable merely because, in a hindsight attempt to reconstruct the invention, one can find elements of it in the art; it must be shown that the invention *as a*

11

S0023777

whole was obvious at the time the invention was made without knowledge of the claimed invention. 35 U.S.C. 103. When selective combination of prior art references is needed to make an invention seem obvious, there must be something in the art to suggest that particular combination other than hindsight gleaned from the invention itself, something to suggest the desirability of the combination. Uniroyal, Inc. v. Rudkin-Wiley Corp., 5 U.S.P.Q.2d 1434, 1438 (CAFC 1988). Such a suggestion is absent in the cited references.

The Examiner's approach seems to be to cite a string of references, figuratively throw all the ingredients of the reference teachings in one pot, and then pull out whichever ingredients are needed to reconstruct the claimed invention. How would one know which ingredients to combine absent the guidance provided in the present application? Where Applicants' teachings are needed to find the invention, the invention is not obvious. Obviousness is determined at the time the invention is made, not after reading Applicants' teaching. Citing references that merely indicate that isolated elements recited in the claims are known is not a sufficient basis for a conclusion of obviousness; there must be something that suggests the desirability of combining the references in a manner calculated to arrive at the claimed invention. Ex parte Hiyamizu, 10 U.S.P.Q.2d 1393, 1394 (PTO Bd. Pat. Ap. and Int., 1988).

None of the cited references, taken alone or in combination, teaches or suggests the invention claimed by Applicants. For all the above reasons, claims 1-13, 15-25, and 27-32 are urged to be patentable over the cited references, and all the above rejections under 35

12

S0023778

U.S.C.103 should be overruled.

Respectfully submitted,

Richard S. Roberts
Attorney for Applicants
Registration No. 27,941
P.O. Box 484
Princeton, New Jersey 08542
Tel: 609-921-3500
FAX: 609-921-9535
Date: August 11, 2006

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, postage pre-paid in an envelope addressed to Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on August 11, 2006.

Richard S. Roberts

13

S0023779

VIII. CLAIMS APPENDIX

1. A continuous, integrated manufacturing process for the preparation of a
hydrofluorocarbon which comprises
(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a
fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at
least about 15:1;
(b) optionally recycling a portion of any unreacted HF back to step (a);
(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;
(d) removing any HCl produced by step (a); and
(e) recovering at least one hydrofluorocarbon.

2. The process of claim 1 wherein the recycling of step (b) is conducted.

3. The process of claim 1 wherein step (d) is conducted by distillation.

4. The process of claim 1 wherein step (a) is conducted in a liquid phase.

5. The process of claim 1 wherein the hydrochlorocarbon comprises methylene chloride;
1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane;
1,1,1,3,3-pentachlorobutane; 1,1,1,3,3-pentachloropropane; perchloroethylene or
combinations thereof.

6. The process of claim 1 wherein the hydrochlorocarbon comprises 1,1,1,3,3-
pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-
pentafluoropropane.

7. The process of claim 1 wherein the fluorination catalyst is selected from the group
consisting of transition metal halides and oxides, Group IVb metal halides, Group Vb
metal halides and combinations thereof.

14

S0023780

8. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, $MoCl_5$ and combinations thereof.

9. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

10. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1.

11. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 30:1.

12. The process of claim 1 wherein step (a) is conducted at a temperature of from about 60 °C to about 180 °C.

13. The process of claim 1 wherein step (a) is conducted at a pressure of from about 20 to about 400 psig.

14. (Canceled)

15. The process of claim 1 which comprises recovering any hydrogen fluoride present after step (b).

16. The process of claim 1 which comprises recovering any hydrogen fluoride present after step (b) and then recycling the recovered hydrogen fluoride to step (a).

17. The process of claim 1 further comprising the subsequent step (e) of removing any unsaturated compounds present after step (e) by photochlorination.

15

S0023781

18. The process of claim 1 wherein step (e) comprises recovering hydrofluorocarbon from the result of step (d) by distillation.

19. The process of claim 1 further comprising an additional step after step (d) and before step (e), comprising distilling the product resulting from step (d) to produce an overhead of the distillation column comprising a hydrofluorocarbon, hydrogen fluoride, unsaturated compounds and other impurities.

20. The process of claim 19 wherein the additional distilling step after step (d) and before step (e) is conducted at a pressure of about 200 psig or less.

21. The process of claim 1 wherein step (e) is conducted by liquid-vapor extraction.

22. The process of claim 1 wherein step (e) is conducted by extracting the HF/hydrofluorocarbon stream with sulfuric acid to the product resulting after step (d) and then separating therefrom a mixture of sulfuric acid and HF from a reaction mass balance comprising hydrofluorocarbon, unsaturated compounds and other impurities.

23. The process of claim 22 comprising the step of removing residual acids from said reaction mass balance after step (e).

24. The process of claim 23 wherein the step of removing residual acids from said reaction mass balance after step (e) is conducted with a caustic scrubber or a water scrubber.

25. The process of claim 22 further comprising separating sulfuric acid and HF from the mixture of sulfuric acid and HF.

16

S0023782

26. (Cancelled)

27. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a);

(e) optionally recovering any additional unreacted HF present after step (d) by liquid-vapor or liquid-liquid extraction;

(f) optionally removing unsaturated compounds present after step (e) by photochlorination; and

(g) recovering at least one hydrofluorocarbon from the result of step (f) by distillation.

28. The process of claim 27 wherein the recycling of step (b) is conducted.

29. The process of claim 27 wherein step (d) is conducted by distillation.

30. The process of claim 27 wherein step (a) is conducted in a liquid phase.

31. The process of claim 27 wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane and combinations thereof.

32. The process of claim 27 wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

17

S0023783

# EXHIBIT 9

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re: | Tung et al. | U.S. Patent No.: | 7,214,839 |
| Appl. No.: | 10/444,610 | Filed: | May 23, 2003 |
| | | Issue Date: | May 8, 2007 |
| For: | METHOD OF MAKING HYDROFLUOROCARBONS | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### TRANSMITTAL FOR STATUTORY DISCLAIMER
### UNDER 37 C.F.R. 1.321(b)

Submitted herewith is a disclaimer of the entire term of the above-identified patent by the assignee pursuant to 37 C.F.R. 1.321(b).

The U.S. Patent and Trademark Office is hereby authorized to charge the fee of $130.00 under 37 C.F.R. 1.20(d), and any other fees necessary to allow consideration and entry of the statutory disclaimer, to the assignee's deposit account number 01-1125.

Respectfully submitted,

*Scott D. Jacobson*
Registration No. 42,689
Honeywell International Inc.
101 Columbia Road, Solvay Building
Morristown, NJ 07962

---

**CERTIFICATION OF FACSIMILE TRANSMISSION**
I hereby certify that this paper is being facsimile transmitted to the U.S. Patent and Trademark Office to Fax No. (571) 273-8300 on the date shown below.

JULIANNE HOLLAND

December 13, 2007
Date

---

HON0033987

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:         Tung et al.
Appl. No.:     10/444,610                    Patent No.: 7,214,839
Filed:         May 23, 2003                  Issue Date: May 8, 2007
For:           METHOD OF MAKING HYDROFLUOROCARBONS

Certificate of Correction Branch
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

DISCLAIMER OF ENTIRE TERM OF PATENT
UNDER 35 U.S.C. § 253 AND 37 C.F.R. § 1.321(b)

Sir:

The assignee of record of U.S. Patent No. 7,214,839 ("the '839 patent"), Honeywell International Inc., hereby disclaims the entire term of the '839 patent to the public.

Honeywell International Inc. was assigned the '839 patent from the inventors in an assignment that was recorded in the United States Patent and Trademark Office on May 23, 2003, at Reel 014112, Frame 0105.

This disclaimer is being made because it has come to the assignee's attention that certain incorrect statements were made regarding assignee's U.S. Patent Nos. 5,574,192 ("the '192 patent", also referred to below as "VanDerPuy") and 5,763,706 ("the '706 patent", also referred to below as "Tung, et al") during the prosecution of the application leading to the '839 patent. These statements were made in good faith with no deceptive intent. During proceedings in a case pending in the U.S. District Court in Delaware, the assignee became aware of the incorrect nature of these statements. Accordingly, the assignee wishes to notify the USPTO of these incorrect statements, retract them to correct the public record, and expressly disclaim the entire term of the patent that was issued as a result of them.

A.    Representative statements regarding the '192 patent made during prosecution of the '839 patent

By way of example, in the April 3, 2006 Response to the Second and Final Office Action it was stated:

> To begin, VanDerPuy fails to teach the removal of HCl in a continuous process. The only mention of any HCl removal in VanDerPuy's disclosure is in Example 5, where HCl is *periodically* vented. During such a periodic venting of HCl, the process would be operating in a batch mode. Further, as stated in VanDerPuy in

HON0033988

In re: Tung et al.
Appl. No.: 10/444,610
Filed: May 23, 2003
Page 2

col. 3, lines 31-35, chlorine is only continuously added while in continuous mode,
but is *periodically added* when the process is operating in a batch mode. Thus,
the only embodiment of VanDerPuy where HCl is removed is during a *batch
mode*, where chlorine is then also added periodically, *not continuously*.
VanDerPuy's only embodiment including a continuous addition of chlorine would
not include the removal of HCl, thereby teaching away from Wilmet '817 and the
present claims. (Emphasis in original).

These same arguments were repeated in assignee's Appeal Brief:

First, VanDerPuy, et al fails to teach the present step (d), which requires removal
of *any* HCl produced by a reaction of the present step (a). The only mention of
any HCl removal in VanDerPuy, et al's disclosure is in Examples 3 and 5 where
an HCl by-product is *periodically* vented, during the venting of pressure in excess
of 2655 Kpa. It should be noted that in Example 3 the hydrogen fluoride to
hydrochlorocarbon mole ratio would be 12.5:1, which is well below the presently
required ratio at least about 15:1. In addition, during such a periodic venting of
HCl, the process would be operating in a batch mode. Importantly, in these
examples, only a periodic venting to relieve pressure is mentioned, rather than a
required removal of any produced HCl.

\*              \*              \*

VanDerPuy, et al show continuously adding chlorine, but does not show *removing
any HCl* produced by step (a). (Emphasis in original).

These statements, and others to the same effect, are incorrect. Persons skilled in the art
understand that the '192 patent discloses and enables a process that includes the continuous
removal of HCl as a reaction product. The statements made to the contrary are inaccurate.

B.    Representative statements regarding the '706 patent made during prosecution of the '839
patent

In the November 17, 2005 Amendment, the response stated:

Although Tung, et al show a chlorine feed, Tung, et al is not properly combinable
with Wilmet, et al because Tung, et al teach a lower HF:HCC mole ratio of 4-10
rather than 15 more as presently claimed.

Later, in the April 3, 2006 response, it was stated:

Furthermore, as previously stated, Tung teaches a HF:HCC mole ratio of 4-10,
rather than 15:1 or more, as presently claimed. The Examiner asserts that this
limitation of Tung is not critical. However, there is no teaching anywhere in Tung

HON0033989

In re: Tung et al.
Appl. No.: 10/444,610
Filed: May 23, 2003
Page 3

that offers a motivation for one skilled in the art to look outside this mole ratio of 4-10, to a much higher ratio of 15:1 or more.

The response continued in the later-filed Appeal Brief:

Furthermore, Tung, et al teaches a HF:HCC mole ratio of 4-10, that is 4:1 to 10:1, rather than the presently required ratio of 15:1 in the present claims. The Examiner takes the position that this limitation of Tung, et al is not critical. However, there is *no* teaching anywhere in Tung, et al that offers a motivation for one skilled in the art to look outside this mole ratio of 4-10, much less to the much higher ratio of 15:1 or more. (Emphasis in original).

Assignee notes that these arguments regarding the '706 patent are incorrect and were mistaken. The following Examiner's response to the statement in the November 17, 2005 Amendment was correct (Response by Examiner, dated 1-12-2006):

Regarding Tung et al, the examiner finds the molar ratio of HF to hydrochlorocarbon immaterial with regard to the compatibility of the two references. Tung et al state that the *preferred* ratio is from 4 to about 10, however, a person of ordinary skill would recognize that that limitation is not critical given the disclosure of Tung et al. (Emphasis in original).

The assignee also notes that the disclosure and many of the claims of the '706 are not limited to the preferred mole ratio referenced in the '706 patent specification.

C.    Representative statements comparing the '192 patent with the '817 patent made during prosecution of the '839 patent

Misstatements regarding comparisons between the '192 patent and the '817 patent were also made, e.g.:

VanDerPuy, et al show continuously adding chlorine, but does not show removing any HCl produced by step (a). It is therefore submitted that one skilled in the art would not have combined VanDerPuy, et al with Wilmet, et al '817 in an effort to devise a continuous process with a continuous addition of chlorine and a removal of any HCl formed. One skilled in the art would not have any selection criteria at hand to combine the features of Wilmet et al and VanDerPuy, et al to hypothetically form the instant invention. The processes of Wilmet, et al and VanDerPuy, et al are simply incompatible with each other such that they are not combinable due to conflicting process requirements. (Substitute Appeal Brief 09-22-06).

These statements regarding the '192 and '817 patents are inaccurate in that persons skilled in the art understand that the '192 patent discloses the continuous removal of HCl as a reaction product and as a continuous process.

HON0033990

In re: Tung et al.
Appl. No.: 10/444,610
Filed: May 23, 2003
Page 4

Accordingly, the assignee hereby disclaims to the public the entire term of U.S. Patent

No. 7,214,839 pursuant to 35 U.S.C. § 253 and 37 C.F.R. § 1.321(b).

Respectfully submitted,

Scott D. Jacobson
Registration No. 42,689
Honeywell International Inc.
101 Columbia Road, Solvay Building
Morristown, NJ 07962
Tel. (973) 455-2013

---

CERTIFICATION OF FACSIMILE TRANSMISSION

I hereby certify that this paper is being facsimile transmitted to the U.S. Patent and Trademark Office to Fax No. (571) 273-8300 on the date shown below.

JULIANNE HOLLAND                                December 13, 2007
                                                Date

HON0033991

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 18, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I hereby certify that on February 18, 2008, the attached document was

Electronically Mailed to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
service-solvay@kirkland.com

By: /s/ David E. Moore
       Richard L. Horwitz
       David E. Moore
       Potter Anderson & Corroon LLP
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE  19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

799366 / 30651