**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SOLVAY, S.A. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-557-SLR |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HONEYWELL SPECIALTY | ) | **PUBLIC VERSION** |
| MATERIALS, LLC and | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JEFFREY McINTYRE IN SUPPORT OF
SOLVAY'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Dated: February 18, 2008
Public Version Dated: February 25, 2008
850554 / 30651

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

I, Jeffrey McIntyre, declare:

1.      I am an attorney duly licensed *pro hac vice* to practice in Delaware and a partner at the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., counsel for Plaintiff. I have personal knowledge of the matters set forth herein, and if called to do so, could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Response to Plaintiff's First Set of Requests for Admission.

3.      Attached hereto as Exhibit 2 ████████████████████████████████
████████████████████████████████████████

4.      Attached hereto as Exhibit 3 ████████████████████████████████
████████████████████

5.      Attached hereto as Exhibit 4 ████████████████████████████████████
█████████████

5.      Attached hereto as Exhibit 5 ████████████████████████████████
████████████████████

6.      Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent 6,730,817.

7.      Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,214,839.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 18, 2008         By: */s/ Jeffrey McIntyre*_____
Public Version Dated: February 25, 2008         Jeffrey McIntyre

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL SPECIALTY MATERIALS,<br>LLC and HONEYWELL INTERNATIONAL<br>INC.,<br><br>Defendants. | C.A. No. 06-557-SLR |

## DEFENDANT HONEYWELL INTERNATIONAL INC.'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-27

Defendant Honeywell International Inc. ("HONEYWELL") hereby responds to

PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-27. HONEYWELL's

responses herein are expressly subject to and incorporate its General Objections, which follow

HONEYWELL's specific responses and objections to Plaintiff's Requests for Admission set

forth below. HONEYWELL's responses are based only on such information as HONEYWELL

has been able to collect thus far. HONEYWELL continues to investigate Plaintiff's allegations

and to collect information responsive to these requests for admission. HONEYWELL expressly

reserves the right to supplement, modify, or amend the responses contained herein as discovery

continues and HONEYWELL's investigation progresses.

K&E 12129377.

## SPECIFIC RESPONSES AND OBJECTIONS

HONEYWELL incorporates its General Objections in response to Plaintiff's requests for admission and further responds and objects as follows:

## REQUEST FOR ADMISSION NO. 1

Honeywell makes 1,1,1,3,3-pentafluoropropane in the United States.

## RESPONSE TO REQUEST FOR ADMISSION NO. 1

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that it currently manufactures HFC-245fa in a commercial plant in Geismar, Louisiana. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 2

Honeywell sells 1,1,1,3,3-pentafluoropropane in the United States.

## RESPONSE TO REQUEST FOR ADMISSION NO. 2

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that it currently sells HFC-245fa in the United States. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 3

In making 1,1,1,3,3-pentafluoropropane in the United States, Honeywell reacts 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

## RESPONSE TO REQUEST FOR ADMISSION NO. 3

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that its process for making HFC-245fa involves reacting HCC-240fa with HF. Except as expressly admitted herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 4

In making 1,1,1,3,3-pentafluoropropane in the United States, Honeywell reacts 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst.

2

.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**

Subject to, and without waiving the General Objections that are incorporated by reference herein, HONEYWELL admits that its process for making HFC-245fa involves reacting HCC-240fa with HF in the presence of a hydrofluorination catalyst. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 5**

U.S. patent 5,574,192 is cited on the face of U.S. patent 6,703,817.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that U.S. Patent No. 5,574,192 is listed on the front page of U.S. Patent No. 6,730,817. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 6**

U.S. patent 5,574,192 was before the patent examiner during prosecution of U.S. patent 6,703,817.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6**

HONEYWELL objects to the phrase "was before" as vague, ambiguous, and undefined. HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. HONEYWELL also objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." Subject to, and without waiving the foregoing objections and the General Objections that are

3

incorporated by reference herein, HONEYWELL admits that the inventors of U.S. Patent No.

6,730,817 ("the '817 Patent") and/or their agents disclosed prior art U.S. Patent No. 5,574,192

("the '192 Patent") to the Patent Office during prosecution of the '817 patent but denies that this

disclosure was truthful and instead asserts that the inventors and/or their agents intentionally

misrepresented to the Patent Office, or made representations in reckless disregard for the truth,

regarding the disclosure of Example 3 in the '192 Patent.  Except as expressly admitted herein,

HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 7**

When a patent examiner places his initials by a reference on PTO Form 1449, the initials

indicate that the examiner has considered the reference.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7**

HONEYWELL objects to the phrase "has considered" as vague, ambiguous and

undefined.  HONEYWELL further objects that this request seeks information about facts for

which HONEYWELL lacks personal knowledge even after a reasonable investigation, and

which states an incomplete hypothetical.  HONEYWELL further objects to the term "U.S. patent

6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible

evidence.  U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion

Apparatus And Methods Using Capacitor-Charge Feedback."  Subject to, and without waiving

the foregoing objections and the General Objections that are incorporated by reference herein,

HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to

admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 8**

During prosecution of U.S. patent 6,703,817, the Examiner placed his initials by U.S.

patent 5,574,192 on PTO Form 1449 stamped April 21, 2000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not

reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 9**

During prosecution of U.S. patent 6,703,817, the Examiner considered U.S. patent 5,574,192.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." HONEYWELL further objects to the term "considered" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 10**

During prosecution of U.S. patent 6,703,817, the Examiner placed his initials by PCT patent application publication no. W096/01797 on PTO Form 1449 stamped December 4, 1998.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-

5

Charge Feedback." HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 11**

During prosecution of U.S. patent 6,703,817, the Examiner considered PCT patent application publication no. W096/01797.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11**

HONEYWELL objects to the term "U.S. patent 6,703,817" as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. U.S. patent 6,703,817 is entitled "Pulse Width Modulated Power Conversion Apparatus And Methods Using Capacitor-Charge Feedback." HONEYWELL further objects to the term "considered" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 12**

PCT patent application publication no. W096/01797 claims priority from the same U.S. patent application as U.S. patent 5,574,192.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12**

Subject to and without waiving HONEYWELL's General Objections below, which are fully incorporated by reference herein, HONEYWELL admits this request.

**REQUEST FOR ADMISSION NO. 13**

U.S. patent 5,574,192 fails to disclose the removal of HCl in a continuous process.

### RESPONSE TO REQUEST FOR ADMISSION NO. 13

HONEYWELL objects to the phrase "removal of HCl in a continuous process" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL denies this request.

### REQUEST FOR ADMISSION NO. 14

Example 3 in U.S. patent 5,574,192 discloses periodic venting of HCl.

### RESPONSE TO REQUEST FOR ADMISSION NO. 14

HONEYWELL objects to the phrase "periodic venting of HCl" as vague and ambiguous since the phrase is undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that in Example 3 of U.S. Patent No. 5,574,192 the pressure was maintained by drawing off the gas phase which contained, among other compounds, HCl. Except as expressly admitted herein, HONEYWELL denies this request.

### REQUEST FOR ADMISSION NO. 15

During the periodic venting in Examples 3 in U.S. patent 5,574,192, the process in example 3 operates in a batch mode.

### RESPONSE TO REQUEST FOR ADMISSION NO. 15

HONEYWELL objects to the phrases "operates in a batch mode" and "periodic venting" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that Example 3 discloses that the reactants are loaded into the reactor at the beginning of the process instead of being fed to the reactor continuously during the process. Except as expressly admitted herein, HONEYWELL denies this request.

### REQUEST FOR ADMISSION NO. 16

The periodic venting in Example 3 in U.S. patent 5,574,192 is to relieve pressure.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16**

HONEYWELL objects to the phrase "relieve pressure" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that Example 3 discloses that the pressure in the process is maintained by drawing off the gas phase. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 17**

The 1,1,1,3,3-pentachloropropane used by Honeywell to make 1,1,1,3,3-pentafluoropropane in the United States is purchased from Vulcan Materials Company.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17**

HONEYWELL objects to this request as vague with respect to temporal scope. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that it uses HCC-240fa to make HFC-245fa but denies that it currently purchases HCC-240fa from Vulcan Materials Company. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 18**

Honeywell is the sole supplier of 1,1,1,3,3, pentafluoropropane in the United States.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18**

HONEYWELL objects to this request as vague with respect to temporal scope. HONEYWELL further objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

**REQUEST FOR ADMISSION NO. 19**

Honeywell is an exclusive licensee under U.S. patent 5,496,866.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19**

       HONEYWELL objects to this request as vague with respect to both temporal and geographical scope. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that it is currently an exclusive licensee under U.S. patent 5,496,866 in North America. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 20**

       Since 2003 Honeywell has been an exclusive licensee under U.S. patent 5,496,866.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20**

       HONEYWELL objects to this request as duplicative of Request for Admission No. 19. HONEYWELL further objects to this request as vague with respect to geographical scope. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL admits that it is currently, and has been since 2003, an exclusive licensee under U.S. patent 5,496,866 in North America. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 21**

       Hydrofluorocarbons (HFCs) are used as blowing agents during the manufacture of foams.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21**

       HONEYWELL objects to the terms "hydrofluorocarbons" and "foams" as vague, ambiguous, and undefined since the request is not limited to any particular hydrofluorocarbons or foam. HONEYWELL further objects to this request as indefinite, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence since this request seeks information without relation to temporal or geographical scope. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that some hydrofluorocarbons, but not all, are capable of being used as a blowing agent during the manufacture of some rigid polyurethane foams. Except as expressly

9

admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 22**

HFC-245fa is a blowing agent used during the manufacture of foams.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22**

HONEYWELL objects to the term "foams" as vague, ambiguous, and undefined since the request is not limited to any particular foams. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that HFC-245fa can be used as a blowing agent during the manufacture of rigid polyurethane foams. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 23**

HFC-245fa is a third generation blowing agent for rigid polyurethane foams.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23**

HONEYWELL objects to the phrase "third generation blowing agent" as vague, ambiguous, and undefined. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that HFC-245fa is a hydrofluorocarbon which can be used as a blowing agent during the manufacture of rigid polyurethane foams. Except as expressly admitted herein, HONEYWELL denies this request.

**REQUEST FOR ADMISSION NO. 24**

HFC-245fa is a substitute for chlorofluorocarbons (CFC).

**RESPONSE TO REQUEST FOR ADMISSION NO. 24**

HONEYWELL objects to the term "chlorofluorocarbons" as vague, ambiguous, and undefined. HONEYWELL further objects to this request as indefinite, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence since this request seeks information without relation to temporal, geographical, or subject matter scope. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by

10

reference herein, HONEYWELL denies this request.

## REQUEST FOR ADMISSION NO. 25

HFC-245fa has zero Ozone Depletion Potential (ODP).

## RESPONSE TO REQUEST FOR ADMISSION NO. 25

Subject to and without waiving HONEYWELL'S General Objections below, which are fully incorporated by reference herein, HONEYWELL admits this request.

## REQUEST FOR ADMISSION NO. 26

HFC-365mfc is not sold in the United States.

## RESPONSE TO REQUEST FOR ADMISSION NO. 26

HONEYWELL objects that this request seeks information about facts for which HONEYWELL lacks personal knowledge even after a reasonable investigation. Subject to, and without waiving the foregoing objection and the General Objections that are incorporated by reference herein, HONEYWELL states that after a reasonable investigation it is without sufficient knowledge to admit or deny this request, and on that basis denies this request.

## REQUEST FOR ADMISSION NO. 27

HFC-365mfc does not compete with HFC-245fa in the United States.

## RESPONSE TO REQUEST FOR ADMISSION NO. 27

HONEYWELL objects to the term "compete" as vague, ambiguous, and undefined. HONEYWELL further objects to this request as vague and ambiguous in that the request is unclear as to which basis (or bases) of competition the request is referring. Subject to, and without waiving the foregoing objections and the General Objections that are incorporated by reference herein, HONEYWELL admits that, to the best of its knowledge, HFC-365mfc is not used in the manufacture of rigid polyurethane foams in the United States. Except as expressly admitted herein, HONEYWELL denies this request.

11

## GENERAL OBJECTIONS

1.    HONEYWELL objects to the collective definition for "Honeywell" (in Plaintiff's First Set of Requests for Admission) on the basis that HSM is no longer a party to this suit. Accordingly, and for purposes of its responses herein, HONEYWELL interprets the term "Honeywell" to mean only "Honeywell International Inc."

2.    HONEYWELL objects to each of Plaintiff's Requests for Admission to the extent that each seeks to impose on HONEYWELL obligations greater than, or different from, those imposed under the Federal Rule of Civil Procedure, the local rules of the court, or any other applicable rules.

3.    HONEYWELL objects to each of Plaintiff's Requests for Admission to the extent each seeks information that is protected by privilege, including, without limitation, the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privilege or immunity from discovery.  To the extent any Request for Admission may be construed as calling for disclosure of such information, a continuing objection is hereby interposed.  Under the circumstances, any inadvertent disclosure of privileged documents or other information by HONEYWELL is not intended to, and will not, constitute a waiver of any privilege or immunity, nor would it constitute an agreement to produce such privileged documents or protected information.

4.    HONEYWELL objects to each of Plaintiff's Requests for Admission to the extent each is unduly burdensome, overbroad, or seeks information that is neither relevant nor reasonably calculated to lead to the discovery of relevant and admissible evidence.

5.    The objections and discovery responses set forth above are made without waiving any rights or objections and without admitting the authenticity, relevancy, materiality, or

12

admissibility into evidence of any subject matter, documents, or facts contained in any discovery request or response. HONEYWELL reserves the right to raise questions of authenticity, relevance, materiality, privilege and admissibility for information provided and documents identified and/or produced in connection with these requests, at any proceeding in, or the trial of, this or any other action.

6.      Information identified by HONEYWELL in response to Plaintiff's Requests for Admission are provided solely for purposes of this litigation and are thus to be used only in this action.

7.      HONEYWELL's Responses herein reflects only the current state of HONEYWELL's understanding, belief, and analysis regarding the matters about which Plaintiff has inquired. HONEYWELL therefore reserves the right to supplement, amend, or modify its responses, including the right to assert additional general and specific objections, as appropriate or as additional information becomes available to it.

8.      Notwithstanding the specificity of HONEYWELL's responses to individual Requests for Admission, HONEYWELL expressly incorporates these General Objections by reference as though fully set forth above in its response to each and every Request for Admission. Thus, if any objections contained in the paragraphs above are not restated under the specific response to an individual Request for Admission, this should not be construed as a waiver of any objections not restated in such response.

9.      HONEYWELL's decision, now or in the future, to provide information, notwithstanding the objectionable nature of any of the Requests for Admission, should not be construed as (a) a stipulation that the material is relevant or admissible; (b) a waiver of HONEYWELL's general objections or the objections asserted in response to specific Requests

13

for Admission; or (c) an agreement that requests for similar information will be treated in a

similar manner.


Dated:  October 5, 2007                 */s/ Laura M. Burson*
                                        Laura M. Burson

                                        Robert G. Krupka
                                        Laura M. Burson
                                        **Kirkland & Ellis LLP**
                                        777 South Figueroa Street
                                        Los Angeles, California 90017
                                        (213) 680-8400

                                        Thomas C. Grimm
                                        Benjamin J. Schladweiler
                                        **Morris, Nichols, Arsht & Tunnell LLP**
                                        1201 North Market St.
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200

                                        *Attorneys for Honeywell International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I caused to be served true and correct

copies of the foregoing document on the following in the manner indicated below:

### BY EMAIL

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Arthur I. Neustadt, Esq.
Jean-Paul Lavalleye, Esq.
Jeffrey B. McIntyre, Esq.
Barry Herman, Esq.
Michael McCabe, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
aneustadt@oblon.com
jlavalleye@oblon.com
jmcintyre@oblon.com
bherman@oblon.com
mmccabe@oblon.com

*/s/ Laura M. Burson*
Laura M. Burson
lburson@kirkland.com

15

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 6

US006730817B1

(12) **United States Patent**       (10) Patent No.:       **US 6,730,817 B1**
    Wilmet et al.                    (45) Date of Patent:         **May 4, 2004**

(54) **METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE**

(75) Inventors: **Vincent Wilmet**, Wavre (BE); **Francine Janssens**, Vilvoorde (BE); **Jean-Paul Schoebrechts**, Grez-Doiceau (BE)

(73) Assignee: **Solvay (Societe Anonyme)** (BE)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/051,746**

(22) PCT Filed: **Oct. 4, 1996**

(86) PCT No.: **PCT/EP96/04315**

§ 371 (c)(1),
(2), (4) Date: **Jun. 8, 1998**

(87) PCT Pub. No.: **WO97/15540**

PCT Pub. Date: **May 1, 1997**

(30)       **Foreign Application Priority Data**

Oct. 23, 1995   (FR) ............................................. 95 12558

(51) Int. Cl.$^7$ ......................... **C07C 17/00; C07C 17/08; C07C 19/08; C07C 17/266; C07C 21/18**

(52) **U.S. Cl.** ........................................ **570/167; 570/172**

(58) **Field of Search** ................................. 570/167, 172

(56)           **References Cited**

U.S. PATENT DOCUMENTS

3,862,978 A   *  1/1975  Decker et al. .............. 570/172

5,395,997 A   *  3/1995  Van Der Puy et al. ..... 570/167
5,574,192 A      11/1996  VanDerPuy et al.

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 32843/95 | 4/1996 |
| EP | 0 522 639 | 1/1993 |
| EP | 0 611 744 | 8/1994 |
| EP | 0 703 205 | 3/1996 |
| EP | 0 729 932 | 9/1996 |
| WO | WO95/04021 | 2/1995 |
| WO | WO95/04022 | 2/1995 |
| WO | WO95/05353 | 2/1995 |
| WO | WO96/01797 | 1/1996 |

OTHER PUBLICATIONS

Kotora, Martin et al., "Addition of tetrachloromethane to halogenated ethenes catalyzed by transition metal complexes", *Journal of Molecular Catalysis*, vol. 77, pp. 51–60 (1992).

* cited by examiner

*Primary Examiner*—Johann Richter
*Assistant Examiner*—Elvis O. Price
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz LLP

(57)           **ABSTRACT**

1,1,1,3,3-Pentafluoropropane is produced by reaction between 1,1,1,3,3-pentachloropropane and hydrogen fluoride in the presence of a hydrofluorination catalyst. The 1,1,1,3,3-pentachloropropane may advantageously be obtained by reaction between vinyl chloride and tetrachloromethane in the presence of a telomerization catalyst and of a nitrile.

**22 Claims, No Drawings**

US 6,730,817 B1

1

## METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa). It also relates more particularly to a process for the preparation of 1,1,1,3,3-pentafluoropropane from 1,1,1,3,3-pentachloropropane.

1,1,1,3,3-Pentafluoropropane is a possible substitute for wholly or partially halogenated chlorofluoro hydrocarbons (CFCs and HCFCs) suspected of having a detrimental effect on the ozone layer. In particular, it is found to be especially advantageous as a blowing agent for the preparation of expanded polymeric materials.

In application WO 95/05353 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1-dichloro-2,2,2-tri-fluoroethane (HCFC-123) and dichlorodifluoromethane (CFC-12), followed by hydrogenation of the 1,1,1,3,3-pentafluoroprop-2-ene obtained. The yield of the first stage of this known process (synthesis of the 1,1,1,3,3-pentafluoroprop-2-ene intermediate) is, however, very low.

In application WO 95/04022 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by a three-stage process consisting, in a first stage, in the preparation of 1,1,1, 3,3,3-hexachloropropane by reaction between tetrachloromethane and vinylidene chloride, in a second stage in the conversion of the hexachloropropane obtained to 1,1,1,3,3-pentafluoro-3-chloropropane by reaction with hydrogen fluoride and, in a third stage, in the reduction of the pentafluorochloropropane obtained to 1,1,1,3,3-pentafluoropropane by reaction with hydrogen. This process has the disadvantage of giving rise to large quantities of 1,1,1,3,3,3-hexafluoropropane during the second stage.

In application EP-A-611744 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1,1,3,3-pentafluoro-2,3-dichloropropane and hydrogen. The 1,1,1,3,3-pentafluoro-2,3-dichloropropane used as raw material in this known process is not, however, a common product and cannot be easily prepared.

The objective of the present invention is to provide a process for the preparation of 1,1,1,3,3-pentafluoropropane which does not exhibit the disadvantages of the abovementioned known processes, which uses reactants that are commonly or easily accessible and which has a high yield, thus meeting industrial economic requirements.

The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

In the process according to the invention the hydrofluorination catalyst is advantageously chosen from the derivatives of metals of groups 3, 4, 5, 13, 14 and 15 of the Periodic Table of the elements (IUPAC 1988) and their mixtures (groups of the Periodic Table of the elements which were previously called IIIA, IVa, IVb, Va, Vb and VIb). The derivatives of the metals are intended to mean the hydroxides, oxides and the organic or inorganic salts of these metals, as well as their mixtures. Those particularly adopted are the titanium, tantalum, molybdenum, boron, tin and antimony derivatives. The catalyst is preferably chosen from the derivatives of metals of groups 14 (IVa) and 15 (Va) of the Periodic Table of the elements, and more particularly from tin and antimony derivatives. In the process according to the invention the preferred derivatives of the metals are the salts and these are preferably chosen from the halides and more particularly from chlorides, fluorides and chlorof-

2

luorides. Particularly preferred hydrofluorination catalysts according to the present invention are tin and antimony chlorides, fluorides and chlorofluorides, especially tin tetrachloride and antimony pentachloride. Antimony pentachloride is very particularly recommended.

In the case where the catalyst is selected from metal fluorides and chlorofluorides, these can be obtained from a chloride which is subjected to an at least partial fluorination. This fluorination may, for example, be carried out by means of hydrogen fluoride, before the catalyst is brought into contact with 1,1,1,3,3-pentachloropropane. In an alternative form, it may be carried out in situ, during the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000. In practice, however, at most approximately 5 moles of catalyst are generally employed per mole of 1,1,1,3,3-pentachloropropane. Approximately 1 mole is preferably not exceeded. In a particularly preferred manner, approximately 0.5 moles of catalyst per mole of 1,1,1,3,3-pentachloropropane are generally not exceeded.

The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 100. It preferably does not exceed 50.

The temperature at which the hydrofluorination is performed is generally at least 50° C. It is preferably at least 80° C. The temperature generally does not exceed 150° C. It preferably does not exceed 130° C. With antimony pentachloride as catalyst good results are obtained at a temperature of 100 to 120° C.

The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form. The pressure used varies as a function of the temperature of the reaction mixture. It is generally from 2 bar to 40 bar. The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture.

The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase.

The residence time of the reactants in the reactor must be sufficient for the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride to take place with an acceptable yield. It can easily be determined as a function of the operating conditions adopted.

The process according to the invention can be carried out in any reactor made of a material that is resistant to the temperature, the pressure and the reactants employed, especially to hydrogen fluoride. It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants,

US 6,730,817 B1

3

as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

The 1,1,1,3,3-pentachloropropane used in the process according to the invention can advantageously be obtained by reaction of vinyl chloride with tetrachloromethane, as described, for example, by M. Kotora et al., Journal of Molecular Catalysis, (1992), vol. 77, p. 51–60. It is thus possible to obtain 1,1,1,3,3-pentafluoropropane in two stages from easily accessible materials.

In a preferred form the process according to the invention for the preparation of 1,1,1,3,3-pentafluoropropane includes a telomerization stage in which vinyl chloride and tetrachloromethane are reacted in the presence of a telomerization catalyst, so as to obtain 1,1,1,3,3-pentachloropropane, and the subsequent hydrofluorination stage in which the 1,1,1,3,3-pentachloropropane obtained in the telomerization stage is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

The telomerization catalyst may be chosen from the compounds of metals from groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and their mixtures. Compounds of metals of groups 8 and 11 are preferred. Iron and copper compounds are adopted in particular, those of copper being very particularly preferred. Compounds of metals of groups 8 to 11 are intended to mean the organic and inorganic derivatives of these metals and their mixtures. The preferred derivatives are the inorganic salts, the chlorides being particularly preferred. Telomerization catalysts which are particularly preferred according to the present invention are cuprous chloride, cupric chloride and their mixtures. Very good results have been obtained with copper (I) chloride(cuprous chloride).

The quantity of telomerization catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of vinyl chloride. It is preferably at least 0.005 moles of catalyst per mole of vinyl chloride. In a process carried out continuously in liquid phase the molar ratio of the catalyst to vinyl chloride in the reaction mixture can reach 1000. In a process carried out noncontinuously at most approximately 0.5 moles of catalyst are preferably employed, preferably not more than 0.2 moles of catalyst and, in a particularly preferred manner 0.1 mole or less of catalyst per mole of vinyl chloride used.

A cocatalyst can be used in the telomerization stage. Amines can be employed as cocatalyst, preferably in a concentration of 0.1 to 20 moles per mole of telomerization catalyst. Amines which may be mentioned as being usable as cocatalyst in the telomerization stage of the process according to the invention are alkanolamines, alkylamines and aromatic amines, for example ethanolamine, n-butylamine, n-propylamine, isopropylamine, benzylamine and pyridine.

The molar ratio of tetrachloromethane to the vinyl chloride used in the telomerization stage is generally at least 1.5. The work is preferably done with a molar ratio of at least 2. In principle there is no upper limit to the molar ratio of

4

tetrachloromethane to vinyl chloride. For example, in a process carried out continuously in liquid phase, the molar ratio of the stationary quantities of tetrachloromethane and vinyl chloride in the reaction mixture may reach 1000. In a process carried out noncontinuously at most approximately 50 moles, preferably at most 20 moles and, in a particularly preferred manner, at most 10 moles of tetrachloromethane are generally used per mole of vinyl chloride.

The temperature at which the telomerization of vinyl chloride with tetrachloromethane is performed is generally at least 25° C. It is preferably at least 70° C. In general the telomerization temperature does not exceed 200° C. It preferably does not exceed 160° C. With cuprous chloride as catalyst good results have been obtained at a temperature of 100 to 140° C., in particular at a temperature of 110 to 130° C.

The telomerization reaction is generally carried out in liquid phase, advantageously in the presence of a solvent. Solvents that can be employed in the telomerization stage are especially alcohols such as methanol, ethanol, isopropanol and tert-butanol, and nitriles, in particular acetonitrile and propionitrile. Nitriles are preferred. The molar ratio of the solvent to the telomerization catalyst generally does not exceed 1000. Good results have been obtained with a molar ratio of the solvent to the telomerization catalyst of 20 to 400.

In the process according to the invention the presence of a nitrile is particularly advantageous, especially when the telomerization catalyst is a chloride, most especially cuprous chloride. The invention consequently also relates to a process for the preparation of 1,1,1,3,3-pentachloropropane, in which vinyl chloride and tetrachloromethane are reacted in the presence of a chloride of a metal of groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and of a nitrile, as defined and in the conditions described above.

The examples hereinafter illustrate the invention without any limitation being implied.

## EXAMPLE 1

### Preparation of 1,1,1,3,3-pentachloropropane

4.43 moles of acetonitrile, 6.57 moles of tetrachloromethane, 0.11 mole of copper(I) chloride and 2.21 moles of vinyl chloride were introduced into a 1.5 l autoclave lined with a Teflon® fluorocarbon resin, equipped with a mechanical stirrer and a temperature probe. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. for 66 h with continuous stirring. After having reached 8.5 bar the autogenous pressure decreased, reaching 6 bar after 24 hours' reaction and 5.9 bar after 66 hours. The autoclave was then cooled and then the reaction mixture was distilled at reduced pressure. 380 g of 1,1,1,3,3-pentachloropropane were obtained, which represents a yield of 80% relative to the vinyl chloride used.

## EXAMPLES 2–3

### Preparation of 1,1,1,3,3-pentachloropropane

Acetonitrile (AcN), tetrachloromethane, copper(I) chloride and vinyl chloride (VC) were introduced into the autoclave described in Example I in the proportions reported in Table I. The conditions of reaction under autogenous pressure and the results obtained are also presented in Table 1.

US 6,730,817 B1

5

6

TABLE 1

| Example | 2 | 3 |
|---|---|---|
| VC/CCl₄/AcN/CuCl molar ratio | 1/6/2/0.07 | 1/3.1/2.2/0.03 |
| Reaction temperature | 120° C. | 115° C. |
| Reaction period | 36 h | 96 h |
| VC conversion (% of VC used) | 83% | 99% |
| Selectivity for 1,1,1,3,3-pentachloropropane (% of the VC converted transformed into 1,1,1,3,3-pentachloropropane | 91% | 85% |

### EXAMPLE 4

#### Hydrofluorination of 1,1,1,3,3-pentachloropropane

0.21 moles of 1,1,1,3,3-pentachloropropane, 0.076 moles of antimony pentachloride and 10 moles of hydrogen fluoride were introduced into a 0.5 l autoclave made of Hastelloy B2 stainless steel, equipped with a bladed mechanical stirrer, a temperature probe and a dip pipe enabling liquid phase samples to be taken during the test. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. with continuous stirring for 21 hours. The pressure was controlled at 25 bar. A sample taken after 2 hours' reaction showed that more than 99 mol % of the 1,1,1,3,3-pentachloropropane used was already converted, including 66% to 1,1,1,3,3-pentafluoropropane. After 21 hours' reaction virtually all the 1,1,1,3,3-pentachloropropane used was converted, including 92 mol % to 1,1,1,3,3-pentafluoropropane and approximately 6% to intermediate chlorofluoropropanes formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane.

What is claimed is:

1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating and 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

2. The process of claim 1, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

8. The process of claim 7, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

9. The process of claim 7, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.

15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.

16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

17. The process of claim 12, wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.

18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

19. The process of claim 18, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

20. The process of claim 18, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

22. The process of claim 18, wherein the catalyst is antimony pentachloride.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,730,817 B1                                        Page 1 of 1
DATED         : May 4, 2004
INVENTOR(S)   : Wilmet et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [*] Notice, should read:
-- Subject to any disclaimer, the term of this patent is extended or
Adjusted under 35 U.S.C. 154(b) by 749 days. --

Signed and Sealed this

Fifteenth Day of June, 2004



JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 7



US007214839B2

(12) **United States Patent**
Tung et al.

(10) Patent No.:     **US 7,214,839 B2**
(45) **Date of Patent:**        **May 8, 2007**

(54) **METHOD OF MAKING HYDROFLUOROCARBONS**

(75) Inventors: **Hsueh Sung Tung**, Getzville, NY (US);
**Chad L. Marks**, Gonzales, LA (US);
**Stephen A. Cottrell**, Baton Rouge, LA (US)

(73) Assignee: **Honeywell International Inc.**,
Morristown, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 127 days.

(21) Appl. No.: **10/444,610**

(22) Filed: **May 23, 2003**

(65) **Prior Publication Data**

US 2004/0236160 A1     Nov. 25, 2004

(51) **Int. Cl.**
*C07C 17/00*        (2006.01)
(52) **U.S. Cl.** ...................... **570/163**; 570/164; 570/166;
570/167; 570/168; 570/169; 570/170
(58) **Field of Classification Search** ................ 570/163,
570/164, 166, 167, 168, 169, 170
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,942,036 A     6/1960  Smith et al. ................ 260/653

| | | | |
|---|---|---|---|
| 5,171,901 A | 12/1992 | Gassen et al. | 570/168 |
| 5,574,192 A | 11/1996 | VanDerPuy et al. | 570/167 |
| 5,710,352 A * | 1/1998 | Tung | 570/166 |
| 5,744,660 A | 4/1998 | Bradley et al. | 570/169 |
| 5,763,706 A | 6/1998 | Tung et al. | 570/167 |
| 5,763,708 A | 6/1998 | Clemmer et al. | 570/169 |
| 5,770,779 A * | 6/1998 | Nappa et al. | 570/166 |
| 5,877,359 A | 3/1999 | Elsheikh | 570/160 |
| 5,902,912 A * | 5/1999 | Tung et al. | 570/164 |
| 6,187,976 B1 | 2/2001 | Van Der Puy et al. | 570/176 |
| 6,362,383 B1 * | 3/2002 | Wilmet et al. | 570/166 |
| 6,479,718 B1 | 11/2002 | Elsheikh et al. | 570/167 |
| 6,730,817 B1 | 5/2004 | Wilmet et al. | 570/167 |

* cited by examiner

*Primary Examiner*—Sikarl A. Witherspoon
(74) *Attorney, Agent, or Firm*—Colleen D. Szuch

(57)        **ABSTRACT**

A manufacturing process for making hydrofluorocarbons
(HFCs), by reacting a hydrochlorocarbon and HF in a liquid
phase catalytic reactor using a large mole ratio of HF to
hydrochlorocarbon to minimize formation of high boiling
by-products and improve HF consumption and hydrofluo-
rocarbon yields.

**30 Claims, No Drawings**

US 7,214,839 B2

1

# METHOD OF MAKING
# HYDROFLUOROCARBONS

## BACKGROUND OF THE INVENTION

The present invention relates to the preparation of hydrofluorocarbons (HFC's). More particularly, the invention pertains to a method for the preparation of difluoromethane (HFC-32), 1,1,1-trifluoroethane (HFC-143a), 1,1,1,3,3-pentafluoropropane (HFC-245fa), 1,1,1,3,3,3-hexfluoropropane (HFC-236fa), 1,1,1,3,3-pentafluorobutane (HFC-365mfc) by reacting the corresponding hydrochlorocarbon feedstocks and HF in a liquid phase catalytic reactor using a large mole ratio of HF to hydrochlorocarbon to minimize formation of high boiling by-products and improve HF consumption and hydrofluorocarbon yields.

In recent years there has been widespread concern that chlorofluorocarbons might be detrimental to the Earth's ozone layer. As a result, there is a worldwide effort to use halocarbons which contain fewer chlorine substituents. In this regard, 1,1,1,3,3-pentafluoropropane and other HFC's have zero ozone depletion potential, and are being considered as a replacement for chlorofluorocarbons in many applications. The production of hydrofluorocarbons, i.e. compounds containing only carbon, hydrogen and fluorine has been the subject of interest to provide environmentally desirable products for use as solvents, foam blowing agents, refrigerants, cleaning agents, aerosol propellants, heat transfer media, dielectrics, fire extinguishing compositions and power cycle working fluids. It is known in the art to produce hydrofluorocarbons by reacting hydrogen fluoride with various hydrochlorocarbon compounds. Such HFC's are not only considered to be much more environmentally advantageous than hydrochlorofluorocarbons (HCFC's) or chlorofluorocarbons (CFC's) because they are non-ozone depleting, but also is they are also non-flammable and non-toxic as compared to the chlorine containing compounds. Hydrofluorocarbons are themselves well known. For example, HFC-245fa itself is well known in the art as described in U.S. Pat. No. 2,942,036, which is incorporated herein by reference. It has been a problem in the art to conduct an economical process for the continuous preparation of hydrofluorocarbons. One such process has been disclosed in U.S. Pat. No. 5,763,706, which is incorporated herein by reference. This reference shows reacting 1,1,1,3,3-pentachloropropane (HCC-240fa) and 1,1,1,3,3,3-hexachloropropane (HCC-230fa) with hydrogen fluoride in the presence of a fluorination catalyst, however, this process employs a relatively low molar ratio of hydrogen fluoride to HCC-240fa or HCC-230fa. This technique produces a disadvantageously large amounts of high boiling point by-products and a lower than desired catalyst life. It has now been found that by the use of a large HF to hydrochlorocarbon (organic feed) ratio, of at least about 15:1 in the liquid phase, the reaction can reduce high boiling by-product formation and also prolong catalyst life. This is opposed to the prior art teaching to use organic-rich, HF-lean conditions.

It has now been found that hydrofluorocarbons, such as HFC-32, HFC-143a, HFC-245fa, HFC-236fa, HFC-365mfc, but not limited thereto, may be continuously and economically produced in an integrated manufacturing process by the reaction of hydrochlorocarbons with a high mole ratio of hydrogen fluoride. The hydrochlorocarbon and HF are first reacted, in either the liquid or vapor phase, but preferably in a liquid phase catalytic reaction, and a portion of the excess amounts of HF is optionally recycled back to the reactor

2

such as by using a recycle column. HCl is then optionally removed by distillation, additional HF is recovered, such as by liquid-vapor or liquid-liquid extraction and then optionally recycled. Unsaturates are thereafter removed by photochlorination and hydrofluorocarbons are obtained by distillation.

## DESCRIPTION OF THE INVENTION

The invention provides a process for the preparation of a hydrofluorocarbon which comprises

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) optionally removing any HCl produced by step (a); and

(d) recovering at least one hydrofluorocarbon.

The invention also provides a process for the preparation of a hydrofluorocarbon which comprises (a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) optionally removing any HCl produced by step (a);

(d) optionally recovering any additional unreacted HF present after step (c) by liquid-vapor or liquid-liquid extraction;

(e) optionally removing unsaturated compounds present after step (d) by photochlorination; and

(f) recovering at least one hydrofluorocarbon from the result of step (e) by distillation.

Useful hydrochlorocarbons for this invention non-exclusively include methylene chloride ($CH_2Cl_2$), for the production of difluoroethane $CH_2F_2$ (HFC-32); 1,1,1-trichloroethane (HCC-140a) for the production of 1,1,1-trifluoroethane (HFC-143a); 1,1,1,3,3-pentachloropropane (HCC-240fa) for the production of 1,1,1,3,3-pentafluoropropane (HFC-245fa); 1,1,1,3,3,3-hexachloropropane (HCC-230fa) for the production of 1,1,1,3,3,3-hexafluoropropane (HFC-236fa); 1,1,1,3,3-pentachlorobutane (HCC-360jfa) for the production of 1,1,1,3,3-pentafluorobutane (HFC-365mfc) and combinations thereof. 1,1,1,3,3-pentachloropropane (HCC-240fa) can also be used for the production of 1-chloro,3-3-3-trifluoropropene (HCFC-1233zd) and 1,3,3,3-tetrafluoropropene (HFC-1234ze). Perchloroethylene can be used to produce 1,1,1,3,3-pentrafluoroethane (HFC-125).

In the practice of the present invention, a fluorination catalyst, preferably a liquid phase catalyst is charged to a fluorination reactor prior to heating of the reactor. Useful fluorination catalysts non-exclusively include transition metal halides and oxides, Group IVb metal halides and Group Vb metal halides and mixtures thereof. Such catalysts non-exclusively include fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, or $MoCl_5$ and combinations thereof. The reactor according to this invention may be any suitable fluorination reaction vessel but are preferably constructed from materials which are resistant to the corrosive effects of hydrogen fluoride such as Hastalloy, Inconel, Monel and fluoropolymer-lined vessels. At least one hydrochlorocarbon and HF are simultaneously fed to the reactor after the reactor reaches the desired temperature. An impor-

US 7,214,839 B2

3

tant feature of the invention is that the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

In a preferred embodiment, the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1 and in a more preferred embodiment, the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 20:1 to about 30:1. The reactor is run at a preferred temperature ranging from about 60° C. to about 180° C.; more preferably from about 70° C. to about 150° C. and most preferably from about 80° C. to about 120° C. Reactor pressure is usually maintained at a pressure of from about 20 to about 400 psig, preferably from about 50 to about 300 psig; more preferably from about 100 to about 275 psig and most preferably from about 125 to about 260 psig. A chlorine feed is optional, but preferred to keep the catalyst active. A chlorine feed is especially advantageous when antimony chloride is used as catalyst. For every pound of catalysts, such as $SbCl_5$ catalyst, about 0.002 to about 0.2 lb per hour of chlorine is fed to the reactor. Chlorine can be charged in either a batch or continuous mode.

Optionally, but preferably, a top catalyst stripper is used such that most of the unreacted HF and catalyst is refluxed back to the reactor. The catalyst stripper is equipped with a distillation column and a condenser and this step is conducted by adjusting the temperature of the condenser to a range of from about 20° C. to about 200° C. The effluent from the catalyst stripper is optionally, but preferably fed to a recycle column to recycle a portion of the excess amounts of HF. The pressure of the recycle column is preferred to match that of the reactor.

The effluent from the recycle column is then optionally, but preferably, fed to an HCl distillation column to remove relatively pure HCl from the reaction mixture exiting the recycle column. The pressure of the HCl column is preferred to match that of the recycle column. In another embodiment, unreacted HF can be recovered at this point in the process and with optional recycling of recovered hydrogen fluoride back to the reactor in step (a).

The essentially HCl free organic/HF mixture exiting the HCl column is optionally fed to HF recovery unit. The mixture of fluorocarbons resulting from step (c) is in admixture with hydrogen fluoride. The hydrofluorocarbon and HF may be separated by extracting the HF/hydrofluorocarbon mixture with sulfuric acid. This forms a phase rich in HFC and a phase rich in the hydrogen fluoride and sulfuric acid. Sulfuric acid is preferably added such that the weight ratio of sulfuric acid to hydrogen fluoride ranges from about 1:1 to about 25:1. More preferably the weight ratio ranges from about 1:1 to about 20:1 and most preferably from about 2:1 to about 15:1. Preferably the extraction is conducted at a temperature of from about −20° C. to about 100° C., more preferably from about −10° C. to about 80° C., and most preferably from about 0° C. to about 60° C. The extraction is usually conducted at normal atmospheric pressure, however, higher or lower pressure conditions may be used by those skilled in the art. Pressure is preferably about 100 psig or less; more preferably about 50 psig or less, and most preferably about 20 psig or less.

The sulfuric acid/HF mixture from the sulfuric acid absorber is fed to a HF recovery column. The HF and sulfuric acid may then be recycled. That is, the HF may be recirculated to the step (a) starting reaction for the formation of the hydrofluorocarbon, such as HFC-32, HFC-143a, HFC-245fa, HFC-236fa, or HFC-365mfc, and the sulfuric acid may be recycled for use in the extraction step. The

4

organic portion of the mixture exiting the sulfuric acid absorber is optionally fed into a distillation column.

The distillation column is used to remove heavy reaction products. The pressure of this column is preferably maintained at from about 200 psig or less, more preferably from about 150 psig or less and most preferably from about 100 psig or less. The overhead of the distillation column contains hydrofluorocarbon, volatile by-products as impurities and some unreacted HF. The bottom cuts of the distillation column contains recyclable and non-recyclable heavies. The recyclable heavies are recycled back to the step (a) reactor. The non-recyclable heavies are disposed of.

Alternatively the sulfuric acid absorber may be replaced by a HF/water azeotrope absorber. The HF/water azeotrope weight ratio is preferably maintained at about 30% HF and 70% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

The hydrofluorocarbon-rich stream exiting either the distillation column or the sulfuric acid absorber is fed to a caustic or water scrubber for removal of acidity. Such a scrubber is well known in the art and conventionally comprises a caustic scrubbing with aqueous NaOH or KOH under conditions sufficient to neutralize residual acidity.

A photochlorination unit is then used to remove unsaturates in the hydrofluorocarbon, e.g. HFC-32, HFC-143a, HFC-245fa, HFC-236fa, or HFC-365mfc, stream. This is done by adding chlorine to the stream to react with unsaturates in the presence of UV light. Photochlorination of unsaturates is itself well known in the art. The mole ratio of $Cl_2$/total unsaturates is preferably about 5 or less, more preferably about 4 or less, and most preferably about 3 or less. Pressure is not critical, although it is preferably operated under atmospheric or subatmospheric pressure. Temperature is preferably about 60° C. or less, more preferably about 40° C. or less and most preferably about 25° C. or less. UV light preferably has a wavelength of less than about 400 nanometers. The mixture is exposed to the UV light for a time and at an energy level sufficient to reduce unsaturates to less than about 500 ppm. The acidity of the resulting stream was removed once again using water and/or caustic scrubbers.

Hydrofluorocarbons may then be recovered in a step by distillation of the resulting crude product stream. Distillation can be a batch or continuous distillation. In the batch mode, one distillation column is sufficient. In a continuous mode, two distillation columns may be required, one to remove light distillates and the other to remove heavies. Pressure of the distillation(s) is preferred to run at about 200 psig or less, more preferably about 150 psig or less and most preferably about 100 psig or less.

The hydrofluorocarbon, i.e. HFC-32, HFC-143a, HFC-245fa, HFC-236fa, HFC-365mfc, but not limited thereto, produced has a purity of at least about 99.5%. The reactions of the present invention may be conducted in either a batch or continuous mode of operation, however, continuous operation is preferred.

The following non-limiting examples serve to illustrate the invention.

EXAMPLE 1

About 400 lbs antimony pentachloride catalyst were charged into a 50 gallon reactor. About 80 lbs of anhydrous HF were added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 300 lbs/day of methylene chloride ($CH_2Cl_2$), 141 lbs/day of fresh HF, 917 lbs/day of recycled/recovered HF

US 7,214,839 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to methylene chloride ratio is about 15/1. Chlorine was used to keep catalyst active. The reactor pressure is maintained at about 200 psig. About 174 lbs of HFC-32 (99.9% purity) are produced. About 9.5 lbs of by-products are also produced.

### EXAMPLE 2 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 300 lbs/day of methylene chloride (CH$_2$Cl$_2$), 282 lbs/day of fresh HF, no recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to methylene chloride ratio is about 4/1. Chlorine is used to keep catalyst active. The reactor pressure is maintained at about 200 psig. About 156 lbs of HFC-32 (99.9% purity) is produced. About 28 lbs of by-products were also produced.

### EXAMPLE 3

About 400 lbs antimony pentachloride catalyst were charged into a 50 gallon reactor. About 80 lbs of anhydrous HF were added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 400 lbs/day of 1,1,1-trichloroethane (HCC-140a), 180 lbs/day of fresh HF, 719 lbs/day of recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to HCC-140a ratio is about 15/1. Chlorine is used to keep catalyst active. The reactor pressure is maintained at about 150 psig. About 240lbs of HFC-143a (99.9% purity) is produced. About 12 lbs of high boiling point by-products are also produced.

### EXAMPLE 4 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 400 lbs/day of 1,1,1-trichloroethane (HCC-140a), 300 lbs/day of fresh HF, no recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to HCC-140a ratio was about 5/1. Chlorine was used to keep catalyst active. The reactor pressure is maintained at about 150 psig. About 214 lbs of HFC-143a (99.9% purity) are produced. About 38 lbs of high boiling point by-products are also produced.

### EXAMPLE 5

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day of HCC-240fa, 280 lbs/day of fresh HF, 684 lbs/day of recycled/recovered HF and 20 lbs/day of chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 17/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 340 lbs of HFC-245fa (99.9% purity) was produced. About 36.4 lbs of high boiling point by-products were also produced.

### EXAMPLE 6

About 400 lbs antimony pentachloride catalyst was charged to a 50 gal reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day HCC-240fa, 280 lbs/day of fresh HF, 1128 lbs/day of recycled/recovered HF and 20 lbs/day chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 25/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 345 lbs of HFC-245fa (99.9% purity) was produced. About 21 lbs of high boiling point by-products were also produced.

### EXAMPLE 7 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged to a 50 gal reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day HCC-240fa, 280 lbs/day of fresh HF, 461 lbs/day of recycled/recovered HF and 20 lbs/day chlorine were fed to the reactor continuously. The HF to HFC-240fa ratio was about 13/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 320 lbs of HFC-245fa (99.9% purity) was produced. About 50 lbs of high boiling by-products were also produced.

As one can see, the processes of Examples 1, 3, 5 and 6 produce a substantially larger yield of HFC-32, HFC-143a, HFC-245fa and a much lower amount of high boiling point by-products

While the present invention has been particularly shown and described with reference to preferred embodiments, it will be readily appreciated by those of ordinary skill in the art that various changes and modifications may be made without departing from the spirit and scope of the invention. It is intended that the claims be interpreted to cover the disclosed embodiment, those alternatives which have been discussed above and all equivalents thereto.

What is claimed is:

1. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises
    (a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;
    (b) optionally recycling a portion of any unreacted HF back to step (a);
    (c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;
    (d) removing any HCl produced by step (a); and
    (e) recovering at least one hydrofluorocarbon.

2. The process of claim 1 wherein the recycling of step (b) is conducted.

3. The process of claim 1 wherein step (d) is conducted by distillation.

4. The process of claim 1 wherein step (a) is conducted in a liquid phase.

5. The process of claim 1 wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane; 1,1,1,3,3-pentachloropropane; perchloroethylene or combinations thereof.

6. The process of claim 1 wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

US 7,214,839 B2

7

7. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of transition metal halides and oxides, Group IVb metal halides, Group Vb metal halides and combinations thereof.

8. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of SbCl₅, SbCl₃, TaCl₅, SnCl₄, NbCl₅, TiCl₄, MoCl₅ and combinations thereof.

9. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

10. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1.

11. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 30:1.

12. The process of claim 1 wherein step (a) is conducted at a temperature of from about 60° C. to about 180° C.

13. The process of claim 1 wherein step (a) is conducted at a pressure of from about 20 to about 400 psig.

14. The process of claim 1 which comprises recovering any hydrogen fluoride present after step (b).

15. The process of claim 1 which comprises recovering any hydrogen fluoride present after step (b) and then recycling the recovered hydrogen fluoride to step (a).

16. The process of claim 1 further comprising the subsequent step (e) of removing any unsaturated compounds present after step (e) by photochlorination.

17. The process of claim 1 wherein step (e) comprises recovering hydrofluorocarbon from the result of step (d) by distillation.

18. The process of claim 1 further comprising an additional step after step (d) and before step (e), comprising distilling the product resulting from step (d) to produce an overhead of the distillation column comprising a hydrofluorocarbon, hydrogen fluoride, unsaturated compounds and other impurities.

19. The process of claim 18 wherein the additional distilling step after step (d) and before step (e) is conducted at a pressure of about 200 psig or less.

20. The process of claim 1 wherein step (e) is conducted by liquid-vapor extraction.

21. The process of claim 1 wherein step (e) is conducted by extracting the HF/hydrofluorocarbon stream with sulfuric acid to the product resulting after step (d) and then separat-

8

ing therefrom a mixture of sulfuric acid and HF from a reaction mass balance comprising hydrofluorocarbon, unsaturated compounds and other impurities.

22. The process of claim 21 comprising the step of removing residual acids from said reaction mass balance after step (e).

23. The process of claim 22 wherein the step of removing residual acids from said reaction mass balance after step (e) is conducted with a caustic scrubber or a water scrubber.

24. The process of claim 21 further comprising separating sulfuric acid and HF from the mixture of sulfuric acid and HF.

25. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises (a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a);

(e) optionally recovering any additional unreacted HF present after step (d) by liquid-vapor or liquid-liquid extraction;

(f) optionally removing unsaturated compounds present after step (e) by photochlorination; and

(g) recovering at least one hydrofluorocarbon from the result of step (f) by distillation.

26. The process of claim 25 wherein the recycling of step (b) is conducted.

27. The process of claim 25 wherein step (d) is conducted by distillation.

28. The process of claim 25 wherein step (a) is conducted in a liquid phase.

29. The process of claim 25 wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane and combinations thereof.

30. The process of claim 25 wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

*  *  *  *  *