IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) | C.A. No. 06-557-SLR |
| | ) | |
| HONEYWELL SPECIALTY MATERIALS LLC, and HONEYWELL INTERNATIONAL INC., | ) ) ) | PUBLIC VERSION |
| | ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |


**APPENDIX TO HONEYWELL INTERNATIONAL INC.'S OPENING
CLAIM CONSTRUCTION BRIEF**


MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347

*OF COUNSEL:*

Robert G. Krupka, P.C.
Laura M. Burson
Amber T. Aubry
Jacob R. Buczko
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
(213) 680-8400

Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
*Attorneys for Defendants*

Highly Confidential Version Filed: February 18, 2008
Public Version Filed: March 6, 2008

## TABLE OF EXHIBITS

| Description | Exhibit |
|---|---|
| United States Patent No. 6,730,817 ("the '817 patent") | 1 |
| REDACTED | 2 |
| REDACTED | 3 |
| United States Patent No. 5,574,192 ("the '192 patent") | 4 |
| August 30, 2000 Remarks Accompanying Amendment submitted during prosecution of the '817 patent (HON0030864-HON0030876) | 5 |
| REDACTED | 6 |
| REDACTED | 7 |
| Excerpt from Merriam-Webster's Collegiate Dictionary, 10th Edition (1995) | 8 |
| REDACTED | 9 |
| Excerpt from The American Heritage Dictionary of the English Language, 3rd Edition (1992) | 10 |
| Excerpts from Solvay's Responses and Objections to Defendant Honeywell International Inc.'s First Set of Request for Admission Nos. 1-27, September 17, 2007 | 11 |
| REDACTED | 12 |
| REDACTED | 13 |
| Excerpts from the '817 File Wrapper, July 30, 1997 Preliminary Amendment to Application (HON0030606 - HON0030612) | 14 |

# EXHIBIT 1

US006730817B1

(12) **United States Patent**      (10) Patent No.:      **US 6,730,817 B1**
Wilmet et al.                      (45) Date of Patent:      **May 4, 2004**

(54) **METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE**

(75) Inventors: **Vincent Wilmet**, Wavre (BE); **Francine Janssens**, Vilvoorde (BE); **Jean-Paul Schoebrechts**, Grez-Doiceau (BE)

(73) Assignee: **Solvay (Societe Anonyme)** (BE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/051,746**

(22) PCT Filed: **Oct. 4, 1996**

(86) PCT No.: **PCT/EP96/04315**

§ 371 (c)(1),
(2), (4) Date: **Jun. 8, 1998**

(87) PCT Pub. No.: **WO97/15540**

PCT Pub. Date: **May 1, 1997**

(30)      **Foreign Application Priority Data**

Oct. 23, 1995   (FR) ............................................. 95 12558

(51) Int. Cl.$^7$ ......................... C07C 17/00; C07C 17/08; C07C 19/08; C07C 17/266; C07C 21/18
(52) U.S. Cl. ....................................... 570/167; 570/172
(58) Field of Search ................................. 570/167, 172

(56)      **References Cited**

U.S. PATENT DOCUMENTS

3,862,978 A   *   1/1975   Decker et al. .............. 570/172

5,395,997 A   *   3/1995   Van Der Puy et al. ..... 570/167
5,574,192 A      11/1996   VanDerPuy et al.

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 32843/95 | 4/1996 |
| EP | 0 522 639 | 1/1993 |
| EP | 0 611 744 | 8/1994 |
| EP | 0 703 205 | 3/1996 |
| EP | 0 729 932 | 9/1996 |
| WO | WO95/04021 | 2/1995 |
| WO | WO95/04022 | 2/1995 |
| WO | WO95/05353 | 2/1995 |
| WO | WO96/01797 | 1/1996 |

OTHER PUBLICATIONS

Kotora, Martin et al., "Addition of tetrachloromethane to halogenated ethenes catalyzed by transition metal complexes", *Journal of Molecular Catalysis*, vol. 77, pp. 51–60 (1992).

* cited by examiner

Primary Examiner—Johann Richter
Assistant Examiner—Elvis O. Price
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz LLP

(57)      **ABSTRACT**

1,1,1,3,3-Pentafluoropropane is produced by reaction between 1,1,1,3,3-pentachloropropane and hydrogen fluoride in the presence of a hydrofluorination catalyst. The 1,1,1,3,3-pentachloropropane may advantageously be obtained by reaction between vinyl chloride and tetrachloromethane in the presence of a telomerization catalyst and of a nitrile.

**22 Claims, No Drawings**



DEPOSITION EXHIBIT
29
Defendants

HON0012183

US 6,730,817 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa). It also relates more particularly to a process for the preparation of 1,1,1,3,3-pentafluoropropane from 1,1,1,3,3-pentachloropropane.

1,1,1,3,3-Pentafluoropropane is a possible substitute for wholly or partially halogenated chlorofluoro hydrocarbons (CFCs and HCFCs) suspected of having a detrimental effect on the ozone layer. In particular, it is found to be especially advantageous as a blowing agent for the preparation of expanded polymeric materials.

In application WO 95/05353 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1-dichloro-2,2,2-tri-fluoroethane (HCFC-123) and dichlorodifluoromethane (CFC-12), followed by hydrogenation of the 1,1,1,3,3-pentafluoroprop-2-ene obtained. The yield of the first stage of this known process (synthesis of the 1,1,1,3,3-pentafluoroprop-2-ene intermediate) is, however, very low.

In application WO 95/04022 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by a three-stage process consisting, in a first stage, in the preparation of 1,1,1,3,3,3-hexachloropropane by reaction between tetrachloromethane and vinylidene chloride, in a second stage in the conversion of the hexachloropropane obtained to 1,1,1,3,3-pentafluoro-3-chloropropane by reaction with hydrogen fluoride and, in a third stage, in the reduction of the pentafluorochloropropane obtained to 1,1,1,3,3-pentafluoropropane by reaction with hydrogen. This process has the disadvantage of giving rise to large quantities of 1,1,1,3,3,3-hexafluoropropane during the second stage.

In application EP-A-611744 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1,1,3,3-pentafluoro-2,3-dichloropropane and hydrogen. The 1,1,1,3,3-pentafluoro-2,3-dichloropropane employed as raw material in this known process is not, however, a common product and cannot be easily prepared.

The objective of the present invention is to provide a process for the preparation of 1,1,1,3,3-pentafluoropropane which does not exhibit the disadvantages of the abovementioned known processes, which uses reactants that are commonly or easily accessible and which has a high yield, thus meeting industrial economic requirements.

The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

In the process according to the invention the hydrofluorination catalyst is advantageously chosen from the derivatives of metals of groups 3, 4, 5, 13, 14 and 15 of the Periodic Table of the elements (IUPAC 1988) and their mixtures (groups of the Periodic Table of the elements which were previously called IIIA, IVa, IVb, Va, Vb and VIb). The derivatives of the metals are intended to mean the hydroxides, oxides and the organic or inorganic salts of these metals, as well as their mixtures. Those particularly adopted are the titanium, tantalum, molybdenum, boron, tin and antimony derivatives. The catalyst is preferably chosen from the derivatives of metals of groups 14 (IVa) and 15 (Va) of the Periodic Table of the elements, and more particularly from tin and antimony derivatives. In the process according to the invention the preferred derivatives of the metals are the salts and these are preferably chosen from the halides and more particularly from chlorides, fluorides and chlorofluorides. Particularly preferred hydrofluorination catalysts according to the present invention are tin and antimony chlorides, fluorides and chlorofluorides, especially tin tetrachloride and antimony pentachloride. Antimony pentachloride is very particularly recommended.

In the case where the catalyst is selected from metal fluorides and chlorofluorides, these can be obtained from a chloride which is subjected to an at least partial fluorination. This fluorination may, for example, be carried out by means of hydrogen fluoride, before the catalyst is brought into contact with 1,1,1,3,3-pentachloropropane. In an alternative form, it may be carried out in situ, during the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000. In practice, however, at most approximately 5 moles of catalyst are generally employed per mole of 1,1,1,3,3-pentachloropropane. Approximately 1 mole is preferably not exceeded. In a particularly preferred manner, approximately 0.5 moles of catalyst per mole of 1,1,1,3,3-pentachloropropane are generally not exceeded.

The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 100. It preferably does not exceed 50.

The temperature at which the hydrofluorination is performed is generally at least 50° C. It is preferably at least 80° C. The temperature generally does not exceed 150° C. It preferably does not exceed 130° C. With antimony pentachloride as catalyst good results are obtained at a temperature of 100 to 120° C.

The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form. The pressure used varies as a function of the temperature of the reaction mixture. It is generally from 2 bar to 40 bar. The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture.

The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase.

The residence time of the reactants in the reactor must be sufficient for the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride to take place with an acceptable yield. It can easily be determined as a function of the operating conditions adopted.

The process according to the invention can be carried out in any reactor made of a material that is resistant to the temperature, the pressure and the reactants employed, especially to hydrogen fluoride. It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants,

HON0012184

US 6,730,817 B1

3

as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

The 1,1,1,3,3-pentachloropropane used in the process according to the invention can advantageously be obtained by reaction of vinyl chloride with tetrachloromethane, as described, for example, by M. Kotora et al., Journal of Molecular Catalysis, (1992), vol. 77, p. 51–60. It is thus possible to obtain 1,1,1,3,3-pentafluoropropane in two stages from easily accessible materials.

In a preferred alternative form the process according to the invention for the preparation of 1,1,1,3,3-pentafluoropropane includes a telomerization stage in which vinyl chloride and tetrachloromethane are reacted in the presence of a telomerization catalyst, so as to obtain 1,1,1,3,3-pentachloropropane, and the subsequent hydrofluorination stage in which the 1,1,1,3,3-pentachloropropane obtained in the telomerization stage is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

The telomerization catalyst may be chosen from the compounds of metals from groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and their mixtures. Compounds of metals of groups 8 and 11 are preferred. Iron and copper compounds are adopted in particular, those of a copper being very particularly preferred. Compounds of metals of groups 8 to 11 are intended to mean the organic and inorganic derivatives of these metals and their mixtures. The preferred derivatives are the inorganic salts, the chlorides being particularly preferred. Telomerization catalysts which are particularly preferred according to the present invention are cuprous chloride, cupric chloride and their mixtures. Very good results have been obtained with copper (I) chloride(cuprous chloride).

The quantity of telomerization catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of vinyl chloride. It is preferably at least 0.005 moles of catalyst per mole of vinyl chloride. In a process carried out continuously in liquid phase the molar ratio of the catalyst to vinyl chloride in the reaction mixture can reach 1000. In a process carried out noncontinuously at most approximately 0.5 moles of catalyst are preferably employed, preferably not more than 0.2 moles of catalyst and, in a particularly preferred manner 0.1 mole or less of catalyst per mole of vinyl chloride used.

A cocatalyst can be used in the telomerization stage. Amines can be employed as cocatalyst, preferably in a concentration of 0.1 to 20 moles per mole of telomerization catalyst. Amines which may be mentioned as being usable as cocatalyst in the telomerization stage of the process according to the invention are alkanolamines, alkylamines and aromatic amines, for example ethanolamine, n-butylamine, n-propylamine, isopropylamine, benzylamine and pyridine.

The molar ratio of tetrachloromethane to the vinyl chloride used in the telomerization stage is generally at least 1.5. The work is preferably done with a molar ratio of at least 2. In principle there is no upper limit to the molar ratio of

4

tetrachloromethane to vinyl chloride. For example, in a process carried out continuously in liquid phase, the molar ratio of the stationary quantities of tetrachloromethane and vinyl chloride in the reaction mixture may reach 1000. In a process carried out noncontinuously at most approximately 50 moles, preferably at most 20 moles and, in a particularly preferred manner, at most 10 moles of tetrachloromethane are generally used per mole of vinyl chloride.

The temperature at which the telomerization of vinyl chloride with tetrachloromethane is performed is generally at least 25° C. It is preferably at least 70° C. In general the telomerization temperature does not exceed 200° C. It preferably does not exceed 160° C. With cuprous chloride as catalyst good results have been obtained at a temperature of 100 to 140° C., in particular at a temperature of 110 to 130° C.

The telomerization reaction is generally carried out in liquid phase, advantageously in the presence of a solvent. Solvents that can be employed in the telomerization stage are especially alcohols such as methanol, ethanol, isopropanol and tert-butanol, and nitriles, in particular acetonitrile and propionitrile. Nitriles are preferred. The molar ratio of the solvent to the telomerization catalyst generally does not exceed 1000. Good results have been obtained with a molar ratio of the solvent to the telomerization catalyst of 20 to 400.

In the process according to the invention the presence of a nitrile is particularly advantageous, especially when the telomerization catalyst is a chloride, most especially cuprous chloride. The invention consequently also relates to a process for the preparation of 1,1,1,3,3-pentachloropropane, in which vinyl chloride and tetrachloromethane are reacted in the presence of a chloride of a metal of groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and of a nitrile, as defined and in the conditions described above.

The examples hereinafter illustrate the invention without any limitation being implied.

### EXAMPLE 1

#### Preparation of 1,1,1,3,3-pentachloropropane

4.43 moles of acetonitrile, 6.57 moles of tetrachloromethane, 0.11 mole of copper(I) chloride and 2.21 moles of vinyl chloride were introduced into a 1.5 l autoclave lined with a Teflon® fluorocarbon resin, equipped with a mechanical stirrer and a temperature probe. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. for 66 h with continuous stirring. After having reached 8.5 bar the autogenous pressure decreased, reaching 6 bar after 24 hours' reaction and 5.9 bar after 66 hours. The autoclave was then cooled and then the reaction mixture was distilled at reduced pressure. 380 g of 1,1,1,3,3-pentachloropropane were obtained, which represents a yield of 80% relative to the vinyl chloride used.

### EXAMPLES 2–3

#### Preparation of 1,1,1,3,3-pentachloropropane

Acetonitrile (AcN), tetrachloromethane, copper(I) chloride and vinyl chloride (VC) were introduced into the autoclave described in Example I in the proportions reported in Table I. The conditions of reaction under autogenous pressure and the results obtained are also presented in Table 1.

HON0012185

US 6,730,817 B1

5

6

TABLE 1

| Example | 2 | 3 |
|---|---|---|
| VC/CCl$_4$/AcN/CuCl molar ratio | 1/6/2/0.07 | 1/3.1/2.2/0.03 |
| Reaction temperature | 120° C. | 115° C. |
| Reaction period | 36 h | 96 h |
| VC conversion (% of VC used) | 83% | 99% |
| Selectivity for 1,1,1,3,3-pentachloropropane (% of the VC converted transformed into 1,1,1,3,3-pentachloropropane | 91% | 85% |

EXAMPLE 4

Hydrofluorination of 1,1,1,3,3-pentachloropropane

0.21 moles of 1,1,1,3,3-pentachloropropane, 0.076 moles of antimony pentachloride and 10 moles of hydrogen fluoride were introduced into a 0.5 l autoclave made of Hastelloy B2 stainless steel, equipped with a bladed mechanical stirrer, a temperature probe and a dip pipe enabling liquid phase samples to be taken during the test. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. with continuous stirring for 21 hours. The pressure was controlled at 25 bar. A sample taken after 2 hours' reaction showed that more than 99 mol % of the 1,1,1,3,3-pentachloropropane used was already converted, including 66% to 1,1,1,3,3-pentafluoropropane. After 21 hours' reaction virtually all the 1,1,1,3,3-pentachloropropane used was converted, including 92 mol % to 1,1,1,3,3-pentafluoropropane and approximately 6% to intermediate chlorofluoropropanes formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane.

What is claimed is:

1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

2. The process of claim 1, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

8. The process of claim 7, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

9. The process of claim 7, wherein the pentachloroproprane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.

16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

17. The process of claim 12, wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.

18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

19. The process of claim 18, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

20. The process of claim 18, wherein the pentachloroproprane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

22. The process of claim 18, wherein the catalyst is antimony pentachloride.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,730,817 B1                                    Page 1 of  1
DATED           : May 4, 2004
INVENTOR(S)     : Wilmet et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [*] Notice, should read:
-- Subject to any disclaimer, the term of this patent is extended or
Adjusted under 35 U.S.C. 154(b) by 749 days. --

Signed and Sealed this

Fifteenth Day of June, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 2

## FULLY REDACTED

# EXHIBIT 3

## FULLY REDACTED

# EXHIBIT 4



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 08, 2006

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,574,192*
ISSUE DATE: *November 12, 1996*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER
Certifying Officer



DEPOSITION
EXHIBIT
PENGAD 800-631-6989
Aft 202
12/14/07 SW

HON0026273

US005574192A

# United States Patent [19]

## VanDerPuy et al.

[11]  Patent Number:     **5,574,192**

[45]  Date of Patent:     **Nov. 12, 1996**

[54] **PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE**

[75] Inventors: **Michael VanDerPuy; Alagappan Thenappan**, both of Cheektowaga, N.Y.

[73] Assignee: **AlliedSignal Inc.**, Morris County, N.J.

[21] Appl. No.: **519,857**

[22] Filed: **Aug. 25, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 273,553, Jul. 11, 1994, abandoned.

[51] Int. Cl.[6] .................................................. C07C 17/08
[52] U.S. Cl. ............................................ 570/167; 570/168
[58] Field of Search .................................. 570/167, 168, 570/172

[56]         **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,560,838 | 7/1951 | Arnold | 260/653 |
| 2,942,036 | 6/1960 | Smith et al. | 260/653 |
| 4,078,007 | 3/1978 | Ferstandig | 260/653.7 |
| 4,967,024 | 10/1990 | Gumprecht et al. | 570/168 |
| 5,202,509 | 4/1993 | Laviron et al. | 570/167 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 684687 | 4/1964 | Canada . | |
| WO90/08754 | 8/1990 | European Pat. Off. . | |
| 522 639 A1 | 1/1993 | European Pat. Off. . | |
| 0522639 | 1/1993 | European Pat. Off. . | 570/167 |
| 1418930 | 10/1968 | Germany . | |
| 1146463 | 3/1969 | United Kingdom . | |

#### OTHER PUBLICATIONS

"Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex,"— M. Kotora and M. Hajek 44(2) React. Kinet. Catal. Lett. 415(1991).

Henne, "The Use of Inorganic Fluorides", *Organic Reactions*, vol. 2, 53–63 (1944).

Boutevin, et al. "Monofunctional Vinyl Chloride Telomers . . . ", 18 Eur. Polym. J. 675 (1982) in 97 Chem. Abstr. 182966c (1982).

Knunyants, et al., Catalytic Hydrogenation of Perfluoro Olefins, 55 Chem. Abst. 349f (1961).

"Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride"— J. Burdon et al., J. Chem. Soc.(C), 1739–1746(1969).

A. L. Henne et al., Fluoroethanes and Fluoroethylenes 58 J.Am.Chem.Soc.889–90(1936).

"Free Radical Additions Involving Fluorine Compounds . . . ."— Paul Tarrant et al., Addition of Dibromodifluoromethane to Fluoroöolefins, 77 J.Am.Chem.Soc., 2783–87 (1955).

"Heat–transfer agents", 125031q, Chem. Abs., p. 144, vol., 114, 1991.

"Aliphatic Difluorides"— A. L. Henne, et al., J.Am.Chem.Soc., pp. 938–940, vol. 61 (Apr. 1939).

"A New Fluorination Method"— A. L. Henne, J.Am.Chem.Soc., pp. 1569–1571, Jul., 1938.

"Fluorinated Derivatives of Propane, II"— A. L. Henne et al., Fluorinated Derivatives of Propane, pp. 2491–2495, Oct., 1938.

"Fluorination of Organic Compounds with Anhydrous Hydrogen Fluoride. Part II. An Investigation of Antimony Pentachloride Catalysed Fluorinations"— W. B. Whalley, J.S.C.I., pp. 430–433, vol. 66, Dec., 1947.

Asscher, et al., "Chlorine Activation by Redox–transfer . . . ", J. Chem. Soc. (1961) pp. 2261–2264.

Belbachir, et al., "Telomerization of Vinylidene Chloride I . . . " 185 Makromol. Chem. 1583–1595 (1984).

EP 381986 A Abstract, 1989.

EP 414370 Abstract as cited in 114 Chem.Abstr. 206550K (1991).

Henne, et al, "Fluorinated Derivatives of Propane. II", pp. 2491–2495, Oct. 1938.

English Abstract to EP 522638 (1993).

English Abstract to DE 3,903,336 (1990) as cited in 114 Chem. Abstr. 832 36b, p. 51.

Chen et al., "Telomerizations of Vinylidene Fluoride . . . " 38(2) Huaxue Xuebao 175–84, (Apr., 1980).

Chen et al., 94 Chem.Abstr. 1741840 (1981).

*Primary Examiner*—Alan Siegel
*Attorney, Agent, or Firm*—Jay P. Friedenson; Michele G. Mangini

[57]         **ABSTRACT**

This invention is related to the preparation of hydrofluorocarbons (HFCs). Specifically, it relates to the fluorination of a compound of the formula:

$$CF_2Cl_2CH_2CHF_xCl_{2-w}$$

wherein w=0 or 1, and y=0-3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

$CF_3CH_2CF_2H$ or HFC 245fa may be used as a blowing agent, a propellant, and a heat transfer agent.

**31 Claims, No Drawings**

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026274

5,574,192

| 1 | 2 |

### PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE

This application is a continuation of application Ser. No. 08/273,553 Filed Jul. 11, 1994, now abandoned.

### BACKGROUND OF THE INVENTION

This invention relates to a novel method of manufacturing 1,1,1,3,3-pentafluoropropane, $CF_3CH_2CF_2H$, which is referred to in the art as HFC-245fa. Specifically, the invention relates to the fluorination with hydrogen fluoride of a compound of the formula:

$$CF_3Cl_{2-y}CH_2CHF_xCl_{2-w}$$

wherein w=0, or 1, and y=0–3, in the presence of a fluorination catalyst to produce HFC-245fa.

HFC-245fa has physical properties, including a boiling point of about 14° C., which make it particularly attractive as a blowing agent. (See Ger. Often, DE 3,903,336, 1990 (EP 381,986 A)). It also has the ability to function as an aerosol propellant (U.S. Pat. No. 2,942,036 to Smith and Woolf) in a manner similar to trichlorofluoromethane, which is referred to in the an as CFC-11, and as a heat transfer agent. (Jpn. Kokai Tokyo Koho JP 02,272,086 in 114 Chemical Abstracts 25031q (1991)).

Traditionally, chlorofluorocarbons (CFCs) like CFC-11 and dichlorodifluoromethane (CFC-12) have been used as refrigerants, blowing agents and propellants. These materials, however, are believed to contribute to stratospheric ozone depletion. The fluorocarbon industry therefore has focused its attention on developing stratospherically safer alternatives to these materials. HFC-245fa is a candidate replacement material since it functions in substantially the same way as the CFCs but is zero ozone depleting. Because the demand for these and other low or zero ozone depleting materials will increase dramatically in the future, commercially viable processes for their preparation are needed.

Only two methods for manufacturing HFC-245fa (which are not hydrofluorination reactions) are reported in the art. However, these methods are not without their shortcomings. Knunyants, et al., Catalytic Hydrogenation of Perfluoro Olefins, 55 Chemical Abstracts 349f (1961), discloses the reduction of 1,1,1,3,3-pentafluoropropene to HFC-245fa. Because this process includes multiple steps; it is inefficient and uneconomical. Burdon, et at., Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride, J. Chem. Soc. (C), 1739 (1969), discloses the elemental fluorination of tetrahydrofuran to produce HFC-245fa. This process suffers the disadvantage that it produces a host of other by-products, thus reducing the yield of the desired product.

As far as hydrofluorination reactions are concerned, there are no such methods for the production of HFC-245fa reported in the art, let alone fluorination reactions which use 1,1,1,3,3-pentachloropropane ($CCl_3CH_2CHCl_2$) as the starting material to produce HFC-245fa. Although the conversion of —$CCl_3$ groups to —$CF_3$ groups is well-known in the art, attempts to fluorinate terminal —$CHCl_2$ or —$CHClF$ groups to—$CHF_2$ groups in compounds having more than two carbons, (in particular compounds of the formula $RCH_2CHCl_2$ and $RCH_2CHFX$ wherein X is Cl or Br and R is an alkyl group having at least one carbon atom), have not been successful. See Henne, et al., Fluoroethanes and Fluoroethylenes, 58 J. Am. Chem. Soc. 889 (1936).

Tarrant, et al., Free Radical Additions Involving Fluorine Compounds. IV. The Addition of Dibromodifluoromethane to Some Fluoroolefins, 77 J. Am. Chem. Soc. 2783 (1955)

report the fluorination of compounds of the type $CF_2BrCH_2CHFBr$ with hydrogen fluoride (HF) in the presence of a Sb(V) salt catalyst, such as $SbCl_5$ and $TaF_5$. However, this method produced only a 14% yield of $CF_3CH_2CHFBr$ at 125° C., and only a modest improvement in yield at 170° C. Even at elevated temperatures, no HFC-245fa was produced.

### DESCRIPTION OF THE INVENTION

We have discovered that the drawbacks associated with the prior art processes for manufacturing 1,1,1,3,3-pentafluoropropane or HFC-245fa can be eliminated by the process of our invention. That is, we have discovered an efficient and economical means of manufacturing HFC-245fa on a commercial scale, which uses readily available raw materials and which produces HFC-245fa in high yield.

The invention relates to a process for manufacturing 1,1,1,3,3-pentafluoropropane comprising:

1 ) reacting a compound of the formula:

$$CF_3Cl_{2-y}CH_2CHF_xCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

2) optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The organic starting materials corresponding to the formula $CF_yCl_{3-y}CH_2CHF_xCl_{2-w}$, wherein w=0 or 1, and y=0–3, include $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$. The preferred starting material is $CCl_3CH_2CHCl_2$.

These materials are not commercially available. However, they may be prepared by any means well-known in the art. See, for example, B. Boutevin, et al., Monofunctional Vinyl Chloride Telomers. I. Synthesis and Characterization of Vinyl Chloride Telomer Standards, 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex, 44(2) React. Kinet. Catal. Lett. 415 (1991). When $CCl_3CH_2CHCl_2$ is the starting material, it is preferably prepared according to the method provided in Example 1 below. Alternatively, $CCl_3CH_2CHCl_2$ may be prepared by the reduction of $CCl_3CH_2CCl_3$ (see Example 2) as well as by photochlorination of $CCl_3CH_2CH_2Cl$.

Any water in the HF will react with and deactivate the fluorination catalyst. Therefore, substantially anhydrous HF is preferred. By "substantially anhydrous" we mean that the HF contains less than about 0.05 weight % water and preferably contains less than about 0.02 weight % water. However, one of ordinary skill in the art will appreciate that the presence of water in the catalyst can be compensated for by increasing the amount of catalyst used. HF suitable for use in the reaction may be purchased from AlliedSignal Inc. of Morristown, N.J.

Based on reaction stoichiometry, the required mole ratio of HF to organics (i.e., $CF_yCl_{3-y}CH_2F_wCl_{2-w}$) is 5-y-w (or the number of chlorine atoms in the organic starting material) to 1.0. HF is preferably used in an amount from about 1 to about 15 times the stoichiometric amount of HF to organics, and more preferably from about 6 to about 15 times the stoichiometric amount of HF to organics.

ClibPDF - www.fastio.com

HON0026275

5,574,192

3

Fluorination catalysts useful in the process of the invention include: (I.) pentavalent antimony, niobium, arsenic and tantalum halides; (II.) pentavalent antimony, niobium, arsenic and tantalum mixed halides; and (III.) mixtures of pentavalent antimony, niobium, arsenic and tantalum halide catalysts. Examples of catalysts of group (I.) include antimony pentachloride and antimony pentafluoride. Examples of catalysts of group (II.) include $SbCl_2F_3$ and $SbBr2F_3$. Examples of catalysts of group (III.) include a mixture of antimony pentachloride and antimony pentafluoride.

Pentavalent antimony, niobium, arsenic and tantalum halides are commercially available, and mixed halides thereof are created in situ upon reaction with HF. Antimony pentachloride is preferred because of its low cost and availability. Pentavalent mixed halides of the formula $SbCl_xF_{5-x}$ where n is 0 to 5 are more preferred. The fluorination catalysts used in this invention preferably have a purity of at least about 97%. Although the amount of fluorination catalyst used may vary widely, we recommend using from about 5 to about 50%, or preferably from about 10 to about 25% by weight catalyst relative to the organics.

It may be advantageous to periodically regenerate the catalyst due to the dissociation of the pentavalent catalyst over time. This may be accomplished by any means well known in the art. The catalyst may be regenerated, for example, by adding chlorine (in an amount of from about 1 to about 10 mole percent relative to the amount of pentavalent catalyst initially present in the reactor) to the combination stream comprised of organics of the formula $CF_xCl_3$, $_yCH_xCHF_xCl_{2-y}$, and the recycled stream comprised of under-fluorinated materials and HF. The chlorine, which is continuously added to the process of this invention when operating in a continuous mode (and periodically added when operating in a batch mode), oxidizes the catalyst from the trivalent to the pentavalent state. One of ordinary skill in the art can readily determine without undue experimentation the amount of chlorine to be added in order to optimize the use of the catalyst.

The temperature at which the fluorination reaction is conducted and the period of reaction will depend on the starting material and catalyst used. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results, but the temperature will generally be in the range of from about 50° to about 175° C., and preferably from about 115° to about 155° C., for a period of, for example, from about 1 to about 25 hours, and preferably from about 2 to about 8 hours.

Pressure is not critical. Convenient operating pressures range from about 1500 to about 5000 KPa, and preferably from about 1500 to about 2500 KPa.

The equipment in which the fluorination reaction is conducted is preferably made of corrosion resistant material such as Inconel or Monel.

HFC-245fa may be recovered from the mixture of unreacted starting materials, by-products, and catalyst by any means known in the art, such as distillation and extraction. As illustrated in Example 3, at the end of the heating period, i.e. the amount of time for complete reaction in batch mode operations, the fluorination reaction product and remaining HF may be vented through a valve on the autoclave head, which in turn is connected to an acid scrubber and cold traps to collect the product. Alternatively, unreacted HF and organics may be vented and condensed, and the HF layer recycled to the reactor. The organic layer can then be treated, i.e. washed with an aqueous base, to remove dissolved HF and distilled. This isolation procedure is particularly useful

4

for a continuous fluorination process. Under-fluorinated materials, such as $CF_3CHFCl$, may be recycled in subsequent runs.

In another embodiment, the invention relates to a process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

1. reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$;

2. reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

3. optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The telomerization of vinyl chloride by reaction with carbon tetrachloride to produce $CCl_3CH_2CHCl_2$ is known in the art. See, for example, B. Boutevin, et al., Monofunctional Vinyl Chloride Telomers. I. Synthesis and Characterization of Vinyl Chloride Telomer Standards, 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex, 44(2) React. Kinet. Catal. Lett. 415 (1991).

The starting materials for the telomerization reaction, i.e. carbon tetrachloride and vinyl chloride, are available from commercial sources. The molar ratio of $CCl_4$ to vinyl chloride is about 0.5:10, preferably about 1:8 (in order to minimize the formation of higher telomers), and most preferably about 1:5.

The telomerization of vinyl chloride can be initiated by any commercially available catalyst known in the art to be useful in initiating and catalyzing the telomerization of carbon tetrachloride and vinyl chloride. Suitable catalysts include, but are not limited to, organic peroxides, metallic salts, and metal carbonyls. Copper and iron salt catalysts, such as cuprous chloride (CuCl), cuprous iodide (CUI), and iron chloride ($FeCl_2$), are preferred. The amount of catalyst used in the telomerization reaction is at least about 0.1 to about 50 mmol, and preferably about 1 to about 20 mmol per mole of organics (i.e., $CCl_3CH_2CHCl_2$).

An amine co-catalyst, such as an alkanol amine, alkyl amine, and aromatic amine, may optionally be used in order to allow for the use of milder conditions in the telomerization process. Examples of suitable amine co-catalysts include ethanol amine, butyl amine, propyl amine, benzylamine, and pyridine. 2-propylamine is the most preferred co-catalyst. Such co-catalysts are commercially available. When a co-catalyst is used, it should be used in an amount from about 1 to about 10 moles per mole of catalyst, i.e., e.g. copper salt.

In order to dissolve the catalyst, a solvent, which is inert to the reactants and the desired product, may be used in the telomerization reaction. Suitable solvents include, but are not limited to, commercially available acetonitrile, dimethylsulfoxide, dimethylformamide, tetrahydrofuran, isopropanol, and tertiary butanol. Acetonitrile is preferred because of ease of handling and stability. The amount of solvent used ranges from about 5 times the amount of catalyst used on a mole basis to about 80 percent of the total volume of the total telomerization reaction mixture (i.e., solvent, catalyst, co-catalyst, carbon tetrachloride, vinyl chloride), and more preferably between about 10 to 50 times the mount of catalyst used on a mole basis.

The temperature at which the telomerization reaction is conducted and the period of reaction will depend on the catalyst selected, the presence of a co-catalyst, and the

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026276

5,574,192

5

solubility of the catalyst system in the solvent. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results but the temperature will generally be in the range of from about 25° to about 225° C., preferably from about 50° to about 150° C. The period of reaction will generally range from about 3 to about 72 hours, preferably from about 10 to about 24 hours.

Pressure is not critical.

Preferably the telomerization reaction is conducted in a conventional apparatus, such as an autoclave made of corrosion resistant materials such as Teflon and glass.

Preferably, the telomerization product is recovered from by-products, solvent, catalyst and co-catalyst prior to the fluorination reaction to substantially eliminate the production of by-products in the fluorination step. The telomerization product may be recovered by any means well known in the art such as distillation and extraction. Optionally, the telomerization product may be further purified by additional distillation.

Due to the toxicity of vinyl chloride, other procedures for preparing $CCl_3CH_2CHCl_2$ may be employed. See Example 2 (reduction of $CCl_3CH_2CCl_3$). Alternatively, $CCl_3CH_2CCl_3$ may be prepared according to the well-known telomerization reaction of vinylidene chloride with carbon tetrachloride.

EXAMPLE 1

Preparation of $CCl_3CH_2CHCl_2$ from $CCl_4$ and $CH_2$=CHCl

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 1 g CuCl, 156.6 g $CCl_4$ and 75 mL acetonitrile. The contents were cooled in an ice bath, and the autoclave was closed and evacuated briefly. 36.7 g of vinyl chloride was then added, and the contents stirred and heated to 135° C. for 16 hours. The volatile materials were removed by distillation at atmospheric pressure. Distillation at 23 mm Hg resulted in 90.0 g (71% yield based on vinyl chloride added) of a colorless liquid. The identity of this liquid was confirmed via proton nuclear magnetic resonance ("NMR") to be $CCl_3CH_2CHCl_2$ (boiling point 72°–74° C. $^1H$ NMR ($CDCl_3$): δ6.15 (t, 1H); 3.7 (d, 2H)).

EXAMPLE 2

Preparation of $CCl_3CH_2CHCl_2$ by reduction of $CCl_3CH_2CCl_3$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 199.9 g $CCl_3CH_2CCl_3$, 199.5 g isopropanol, and 4 g CuI. The autoclave was closed and evacuated briefly. The contents were heated to 120°–125° C. for 16 hours. The volatile materials, including by-product isopropyl chloride, were removed by rotary evaporation, leaving 200 g of residue. Analysis on a Varian gas chromatograph having a packed column ("GC Analysis") indicated $CCl_3CH_2CHCl_2$ and $CCl_3CH_2CCl_3$ in a ratio of about 1:2, respectively. Distillation at 29 mmHg resulted in 107.9 g of starting material (boiling point from about 105° to 107° C.), and 36.9 g (46% yield) of $CCl_3CH_2CHCl_2$ (boiling point from about 85° to 90° C.).

6

EXAMPLE 3

Fluorination of $CCl_3CH_2CHCl_2$ with HF/SbCl$_5$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 8.7 g SbCl$_5$ and cooled to –27° C. The autoclave was then evacuated and charged with 49.8 g of anhydrous HF. The contents were cooled to –40° C., and 44 g $CCl_3CH_2CHCl_2$ was added. The reactor was then connected to a packed column/condenser assembly. The condenser was maintained at –20° C. The reaction mixture was heated to 135° C. over 2.25 hours and maintained at that temperature for an additional 2 hours. During this heating period, the pressure in the autoclave was maintained from about 1965 to 2655 KPa (300–400 psig) by periodically venting pressure (HCl by-product) in excess of 2655 KPa (400 psig). Venting was done from the top of the condenser to a cold aqueous KOH scrubber which was connected to –78° C. cold trap. The reactor was then completely vented to the cold trap. 18.5 g of a colorless liquid were collected. The identity of this liquid was determined by GC analysis to be 84% $CF_3CH_2CHF_2$ (corresponding to a yield of 57%) and 11% $CF_3CH_2CHClF$.

EXAMPLE 4

Fluorination of $CF_3CH_2CHCl_2$ with HF/SbF$_5$

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 8.2 g SbF$_5$, 41 g HF, and 37 g $CF_3CH_2CHCl_2$. (The $CF_3CH_2CHCl_2$ was obtained via the room temperature photochlorination of commercially available $CF_3CH_2CH_2Cl$.) This mixture was heated with stirring to about 130°–135° C. for 4.5 hours at a maximum operating pressure of 3450 KPa. 18.1 g (corresponding to a yield of 57%) of a colorless liquid were recovered. GC analysis identified the material as 94% pure HFC-245fa.

EXAMPLE 5

Fluorination of $CF_3CH_2CHCl_2$ with HF/SbCl$_5$ at 150°–160° C. and Low Operating Pressure

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 9.5 g SbCl$_5$, 47.9 g HF, and 34.6 g $CF_3CH_2CHCl_2$. This mixture was heated with stirring to about 150°–160° C. for 3.5 hours and maintained at that temperature for an additional 2 hours. The maximum operating pressure, controlled by periodic venting of by-product HCl, was 1280 KPa. GC analysis of the crude reaction product indicated that it contained 71% HFC-245fa.

As illustrated by the above-described Examples, HFC-245fa is produced in high yield without the use of high temperatures or pressures and without using large quantities of expensive catalysts.

What is claimed is:

1. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting a compound of the formula:

$$CF_xCl_{3-x}CH_2CHF_yCl_{2-y}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under condi-

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026277

5,574,192

**7**

tions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

2. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of pentavalent antimony halide, pentavalent niobium halide, pentavalent arsenic halide, pentavalent tantalum halide, pentavalent antimony mixed halide, pentavalent niobium mixed halide, pentavalent arsenic mixed halide, pentavalent tantalum mixed halide, and mixtures thereof.

3. The process of claim 2 wherein the fluorination catalyst is a pentavalent antimony halide.

4. The process of claim 2 wherein the fluorination catalyst has the formula $SbCl_5F_{5-n}$, where n is 0 to 5.

5. The process of claim 2 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

6. The process of claim 4 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CF_2ClCH_2CHClF$, $CF_2ClCH_2CHClF$, and $CF_3CH_2CHFCl$.

7. The process of claim 5 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

8. The process of claim 6 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

9. The process of claim 8 wherein said $CCl_3CH_2CHCl_2$ is prepared by: reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$.

10. The process of claim 5 wherein said reaction is conducted at a temperature of from about 50° to about 175° C.

11. The process of claim 10 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

12. The process of claim 9 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

13. The process of claim 10 wherein said reaction is conducted for a period of from about 1 to about 25 hours.

14. The process of claim 13 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

15. The process of claim 12 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

16. The process of claim 13 wherein the amount of HF used is about 1 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

**8**

17. The process of claim 16 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

18. The process of claim 15 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

19. The process of claim 16 wherein said fluorination catalyst is present in an amount of from about 5 to about 50% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

20. The process of claim 19 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

21. The process of claim 18 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

22. The process of claim 1 further comprising the step of recycling underfluorinated materials.

23. The process of claim 19 further comprising the step of recycling underfluorinated materials.

24. The process of claim 21 further comprising the step of recycling underfluorinated materials.

25. The process of claim 1 wherein the $CF_3CH_2CF_2H$ is recovered.

26. The process of claim 22 wherein the $CF_3CH_2CF_2H$ is recovered.

27. The process of claim 24 wherein the $CF_3CH_2CF_2H$ is recovered.

28. The process of claim 27 wherein said $CF_3CH_2CF_2H$ is recovered by distillation.

29. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting $CCl_4$ and vinyl chloride under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$; and

b) reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst to produce a compound of the formula $CF_3CH_2CF_2H$.

30. The process of claim 29 wherein said $CCl_3CH_2CHCl_2$ is recovered prior to step b.

31. The process of claim 30 wherein $CF_3CH_2CF_2H$ is recovered.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026278

# EXHIBIT 5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RF___ED

SEP 01 2000

TECH CENTER 1600/2900

In re application of

Vincent WILMET et al.

Serial No.      09/051,746

Filing Date     June 8, 1998

For    METHOD FOR PREPARING
       1, 1, 3, 3-PENTAFLUOROPROPANE

Group Art Unit:  1621

Examiner:  A. SIEGEL

Attny Dkt:  32232-144124

August 30, 2000

#18/C
9/7/00

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

This paper is presented in response to the Office Action of May 31, 2000.

Please amend the application as follows:

## IN THE CLAIMS

Please cancel the claims 19-42 and substitute therefor the following

claims:

— 43.  In a process for the preparation of 1,1,1,3,3-pentafluoropropane

comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the

presence of a hydrofluorination catalyst, the improvement which comprises carrying

out the reaction at a temperature and under a pressure at which 1,1,1,3,3-

pentafluoropropane is gaseous and isolating and 1,1,1,3,3-pentafluoropropane from

12

HON0030864

the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.--

-- 44. The process of Claim 43, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000. --

--45. The process of Claim 44, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.--

--46. The process of Claim 43 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.--

--47. The process of Claim 43 wherein the reaction is carried out at a temperature of approximately 50 to 150° C.--

--48. The process of Claim 43 wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.--

--49. The process of Claim 43, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.--

2

09/051,746



--50.  The process of Claim 49, wherein the hydrofluorination catalyst is a RECEIVED derivative of a metal selected from the group consisting of titanium and tin.--

SEP 01 2008

TECH CENTER 1600/2900

--51.  The process of Claim 49, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.--

--52.  The process of Claim 49, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.--

--53.  The process of Claim 49, wherein the catalyst is antimony pentachloride.--

--54.  In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in

3

09/051,746

14

the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.--

--55. The process of Claim 54, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000. --

--56. The process of Claim 55, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.--

--57. The process of Claim 54, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.--

--58. The process of Claim 54, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.--

--59. The process of Claim 54, wherein the 1,1,1,3,3-pentachloroproprane is prepared by reaction between vinyl chloride and tetrachloromethane.--

--60. The process of Claim 54, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.--

4

09/051,746

*19*

--61.    The process of Claim 60, wherein the hydrofluorination catalyst is a

derivative of a metal selected from the group consisting of titanium and tin.--

*20*

--62.    The process of Claim 60, wherein the pentachloropropane is reacted

with hydrogen fluoride in the presence of a hydrofluorination catalyst.--

*21*

--63.    The process of Claim 60, wherein the hydrofluorination catalyst is

selected from the group consisting of tin and antimony chlorides, fluorides and

chlorofluorides.--

*22*

--64.    The process of Claim 60, wherein the catalyst is antimony

pentachloride.--

## REMARKS

Reconsideration of the outstanding Office Action is respectfully solicited.

Applicants have canceled certain claims but do not disclaim the subject matter

thereof and reserve the right to file continuation/division application(s) based thereon.

New Claim 43 is based on prior Claim 19. Support for independent Claim 54 appears

at p.3, 1.34-p.4, 1.3. The remaining claims are based on the previously considered

claims. Claims 43-45 correspond to Claims 19-21; Claims 46 et seq are based on

prior claims 46 et seq.

Applicants note the rejection of prior claims under 35 USC 112 second

paragraph. The rejections are moot in view of cancellation of the claims rejected

under 35 USC 112.

5

09/051,746

HON0030868

Applicants respectfully traverse the rejections of claims under 35 USC 103 over Van Der Puy [hereinafter Van Der Puy '997 and Decker, as applied by the USPTO, and also consider the Van Der Puy reference [hereinafter Van Der Puy '192 cited in applicants' most recent Information Disclosure Statement thereafter.] The error in the art rejection is foreshadowed by the fact that the references alone and the references in combination do not describe the recitations in applicants' claims. The references applied by the USPTO do not describe or suggest the claimed subject matter. The references do not describe the reactant or the product of the rejected claims or the conditions.

Decker is completely irrelevant to the pending claims and to Van Der Puy '997. Since Decker reference is irrelevant to the Claims and since the Decker reference does not provide an expression, i.e., a description, to modify the Van Der Puy '997 reference disclosure for any purpose, the combination of the Decker reference with Van Der Puy does not follow logically to the person of ordinary skill who is neither motivated by the descriptions of 'the combination' nor imbued with an expectation of success to achieve the rejected claimed subject matter. Specifically, Decker excludes the possibility of making the 1,1,1,3,3-pentachloropropane.

Van Der Puy '997 is directed to an entirely different process and product from that claimed. Moreover, Van Der Puy '997 is directed to an entirely different process from that described in Decker. The Decker halogenation of olefins is distinct from that synthesis which is described in VanDerPuy '997. VANDERPUY '997 describes synthesis of 1,1,1,3,3,3-hexafluoropropane. Van der Puy relates to the production of hydrofluorocarbons of the formula

$$CF_3(CH_2CF_2)_nF$$

6

09/051,746



HON0030869

where n = 1 to 3. The process of forming the Van Der Puy '997 hydrofluorocarbons comprises reacting at least one reactant selected from $CCl_3(CH_2CCl_2)_nCl$, $CCl_3(CH_2CF_2)_nCl$ or $CCl_2[(CH_2CF_2)Cl]_2$, in the presence of a fluorination catalyst, wherein HF is present in at least stoichiometric amounts per mole of reactant. Van der Puy describes the reaction of vinylidene chloride with carbon tetrachloride to give $CCl_3[(CH_2CCl_2)_nCl$ or carbon tetrachloride with vinylidene fluoride to give $CCl_3(CH_2CF_2)_nCl$ or $CCl_2[(CH_2CF_2)Cl]_2$.

Moreover, the generic formula of Van der Puy '997, at, e.g., column 1, line 13, does not embrace the compounds recited in the claims. Whatever the number of carbon atoms in the Van der Puy generic formula, the number of fluorine atoms in the compounds is an even number, and never an odd number. By comparison, applicants' product contains 5 halogen atoms. Moreover, the reactants described at column 2, lines 17-18, require an even number of halogen atoms -- not an odd number of halogen atoms. There is no description in Van der Puy of how to make a halogenated organic compound with an odd number of halogen atoms.

Thus, not only does Van Der Puy '997 fail to describe the compound of the rejected claims, but also does Decker fails to describe that compound. Decker only describes the possibility of adding up to four halogen atoms to an olefin. By comparison, applicants' claims call for compounds with 5 halogen atoms. Moreover, Decker's formula for products requires a terminal $-C(R)_2-G'$ which means that one terminal carbon atoms can only contain one halogen atom, by virtue of the definition of G'. Decker's compound differs from applicants' compound. With respect to a process, Decker describes the reaction of a symmetrical alkene with a halogenated compound to form a product containing at least two halogen atoms [G and G'] and up

7

09/051,746

HON0030870

to 4 halogen atoms. In the Examples, (1-bromo-3,3,3-trichloro-1-methylpropyl)benzene is produced from bromotrichloromethane and alpha-methyl styrene; 3-bromo-5,5,5-trichlorovaleronitrile is produced with bromotrichloromethane; 2-bromo-3-(trichloromethyl)norbornane is produced from 2-norbornene and bromotrichloromethane; and 1-chloro-2-(trichloromethyl)cyclohexane is produced from cyclohexene and carbon tetrachloride [Examples 1-4]. Carbon tetrachloride was apparently used in the remaining examples.

The USPTO cites the Decker reference for description of the Decker catalyst. The Decker catalyst is not the subject of the applicants' claims. The Decker catalysis is distinctly different from that described in Van Der Puy '997 and from that recited in the rejected claims.

Both independent claims are limited to a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous. It is submitted that in view of this limitation, 1,1,1,3,3-pentafluoropropane which has an atmospheric boiling point of +14° C is not analogous to 1,1,1,3,3,3-hexafluoropropane which has an atmospheric boiling point of -1° C.

Specifically applicants respectfully traverse the rejection of the process claims at issue over VAN DER PUY '997 in view of Decker. In applicants' view, the examiner's rejection of these claims over VAN DER PUY is based on the alleged 'analogy' between 1,1,1,3,3,3-hexachloropropane and 1,1,1,3,3,-pentachloropropane; an 'analogy' between vinyl chloride and vinylidene chloride, and an 'analogy' of reactivity 'expected' when using 1,1,1,3,3,-pentachloropropane with a catalyst and

8

09/051,746

HON0030871

hydrogen fluoride. In applicants view, these issues of 'analogy' relate to a

determination of the evidence of level of skill in the art, and this determination has

been previously discussed.

No motivation is provided by Van Der Puy '997 with Decker to make

1,1,1,3,3-pentafluorpropane or to suggest its use as a blowing agent or propellant, as

there is no description of the compound in the applied art. Absent any motivation

derivable from the applied art, the USPTO turns to 'expectation of success.' In view

of the description deficiencies, in applicants' view, the evidence does not establish a

basis to assert 'expectation of success'.

It is applicants' understanding that the examiner's rejection of the claims over

VAN DER PUY '997 is based on the alleged analogy of 1,1,1,3,3,3-

hexachloropropane and 1,1,1,3,3,-**penta**chloropropane, and, on the basis of that

alleged analogy, the USPTO suggests that alleged analogy would convey a

reasonable expectation of success when using 1,1,1,3,3,-**penta**chloropropane with a

catalyst and hydrogen fluoride in analogy to VAN DER PUY. The record is devoid

of evidence to support such an analogy. Moreover, applicants presented a reference

Advances in Fluoride Chemistry, Vol.3, p.180-183, 200-209) relating to the synthesis

of 2,2-dihydrofluoropropanes, which directly disputes that inference of any analogy.

The only description and motivation, independent factual inquiries, for the

applicants' claims comes from applicants' disclosure, not from the applied prior art.

This position is buttressed by the fact that the USPTO rejection does not describe the

reactant or the product of the rejected claims. The position is emphasized by the fact

that the disclosures of products in each of the applied references exclude the product

of the claims and by the fact that the applied art is silent with respect to the utility of

9

09/051,746

1,1,1,3,3,-pentafluoropropane. In addition, the applied art does not enable the subject matter of the claims. Moreover, the applied art is silent with respect to claims 20-26 and 28-36, which relate to continuous reactions.

The record here provides no basis for a reasonable expectation of producing the process of the rejected claims. As noted above, the 1,1,1,3,3-pentachloropropane is structurally different from compounds fluorinated in Van der Puy, by one chlorine atom; it is structurally different from the compound of the comparative example 1 by exchange of a methyl group for a hydrogen; the compounds fluorinated in the examples of Van der Puy differ from the one in the comparative example by exchanging Cl for methyl. For said compounds, totally different behavior in fluorination reaction is observed. Consequently, the behavior of 1,1,1,3,3-pentachloropropane in fluorination reaction was unpredictable over Van der Puy '997; hence Van der Puy '997 provides no reasonable expectation of producing the process of the rejected claims.

Lastly, it is noted that, if the actual description of the two references to Van der Puy and Decker were combined, the literal combination would not produce the recitations of the rejected claims. Accordingly, it is believed that the grounds of rejection must be based on applicants' own disclosure, which violates of the language of Section 103(a).

The claims are now directed to a hydrofluorination process of 1,1,1,3,3-pentachloropropane to produce 1,1,1,3,3-pentafluoropropane under specific process conditions.

10

09/051,746

HON0030873

Both independent claims are limited to a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst <u>at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous</u>. It is submitted that in view of this limitation, 1,1,1,3,3-pentafluoropropane which has an atmospheric boiling point of +14° C is not analogous to 1,1,1,3,3,3-hexafluoropropane which has an atmospheric boiling point of -1° C.

Applicants note Van Der Puy '192 which was cited by applicants in the April 21, 2000 Information Disclosure. The instant claim 43 requires the reaction <u>at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous</u> and <u>isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture</u> by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said <u>1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed</u>. Example 3 of VANDERPUY '192 describes a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst wherein <u>hydrogen chloride</u> is periodically vented.

VANDERPUY '192 does not provide motivation:

(a)     to select carrying out the reaction at a temperature and under a pressure at which     1,1,1,3,3-pentafluoropropane is gaseous,

(b)     to draw off in vapour phase <u>1,1,1,3,3-pentafluoropropane</u> and hydrogen chloride as each     of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

11

09/051,746

HON0030874

In fact, as stated on p. 3, 1.13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or to return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, 1.28-30).

This advantage is even more apparent in the second independent claim which is limited to a process wherein the reaction is carried out in a reactor equipped with a device for drawing off a gas stream which is controlled.

    (a)    to draw of a gas stream of 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby   isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture.

    <u>(b)    to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.</u>

Feature (b) is not suggested in VANDERPUY '192.

The claimed process is particularly suitable for carrying out the manufacture of 1,1,1,3,3-pentafluoropropane in a continuous mode, as claimed in claim 44.

In sum, the inventive process provides specific instructions how to advantageously operate a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride by using embodiments which are neither taught nor suggested in VANDERPUY '192.

Reconsideration and early allowance are respectfully solicited.

12

09/051,746

HON0030875

Should any additional fee be required, please charge the same to our deposit

account #22-0261, and advise us accordingly.

Respectfully submitted,

Marina V. Schneller
Reg. No. 26,032

MVS:pw

VENABLE
P.O. Box 34385
Washington, D.C.  20043-9998
Telephone: (202) 962-4800
Telefax:  (202) 962-8300

DC2#237603

13

09/051,746

HON0030876

# EXHIBIT 6

## FULLY REDACTED

# EXHIBIT 7

## FULLY REDACTED

# EXHIBIT 8



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

DEPOSITION
EXHIBIT

AA 209

PENGAD 800-631-6989
12/14/07 SLO



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1995 by Merriam-Webster, Incorporated

Philippines Copyright 1995 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
  p. cm.
 Includes index.
 ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
 1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36  1995
423—dc20        94-30967
            CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

1112131415RMcN95

tions in which Islam is the dominant religion — **Is·lam·ic** \is-'lä-mik, iz-, -'la-\ *adj* — **Is·lam·ics** \-miks\ *n pl but sing or pl in constr*

**Islamic calendar** *n* (1974) : a lunar calendar reckoned from the Hegira in A.D. 622 and organized in cycles of 30 years — see MONTH table

**Islamic era** *n* (1975) : the era used in Muslim countries for numbering Islamic calendar years since the Hegira

**Is·lam·ism** \is-'lä-,mi-zəm, iz-, -'la-; 'iz-lə-\ *n* (1747) **1** : the faith, doctrine, or cause of Islam — **Is·lam·ist** \-mist\ *n*

**is·lam·ize** \(')z-'lä-,mīz; is-'lä-mīz, iz-, -'la-\ *vt* -**ized; -iz·ing** (ca. 1846) : to make Islamic; *esp* : to convert to Islam — **Is·lam·i·za·tion** \,iz-,lə-mə-'zā-shən, is-,lä-mə-, iz-, -,la-\ *n*

**is·land** \'ī-lənd\ *n* [alter. (influenced by OF *isle*) of earlier *iland*; fr. ME, fr. OE *igland* (akin to ON *eyland*), fr. *ig* island (akin to OE *ea* river, L *aqua* water) + *land* land] (bef. 12c) **1** : a tract of land surrounded by water and smaller than a continent **2** : something resembling an island esp. in its isolated or surrounded position: as **a** : a usu. raised area within a thoroughfare, parking lot, or driveway used esp. to separate or direct traffic **b** : a superstructure on the deck of a ship (as an aircraft carrier) **c** : a kitchen counter that is approachable from all sides **3** : an isolated group or area; *esp* : an isolated ethnological group

**is·land** *vt* (1661) **1** : to make into or as if into an island **2** : to dot with or as if with islands

**is·land·er** \'ī-lən-dər\ *n* (ca. 1550) : a native or inhabitant of an island

**is·land-hop** \'ī-lənd-,häp\ *vi* (1944) : to travel from island to island in a chain

**island universe** *n* (1867) : a galaxy other than the Milky Way

**isle** \'īl\ *n* [ME, fr. OF, fr. L *insula*] (13c) : ISLAND; *esp* : ISLET

**isle** *vt* **isled; isl·ing** (ca. 1576) **1** : to make an isle of **2** : to place on or as if on an isle

**is·let** \'ī-lət\ *n* (1538) : a little island

**islet of Lang·er·hans** \'län-gər-,häns, -,hän(t)s\ [Paul *Langerhans* †1888 Ger. physician] (1896) : any of the groups of small slightly granular endocrine cells that form anastomosing trabeculae among the tubules and alveoli of the pancreas and secrete insulin and glucagon — called also *islet*

**ism** \'i-zəm\ *n* [-*ism*] (1680) : a distinctive doctrine, cause, or theory

**-ism** *n suffix* [ME -*isme*, fr. MF & L; MF, partly fr. L -*isma* (fr. Gk) & partly fr. L -*ismus*, fr. Gk -*ismos* Gk -*isma* & -*ismos*, fr. verbs in -*izein* -*ize*] **1 a** : act : practice : process (criticism) (plagiarism) **b** : manner of action or behavior characteristic of a (specified) person or thing (animalism) **c** : prejudice or discrimination on the basis of a (specified) attribute (racism) (sexism) **2 a** : state : condition : property (barbarianism) **b** : abnormal state or condition resulting from excess of a specified thing (alcoholism) or marked by resemblance to (such) a person or thing (mongolism) **3 a** : doctrine : theory : cult (Buddhism) **b** : adherence to a system or a class of principles (stoicism) **4** : characteristic or peculiar feature or trait (colloquialism)

**isn't** \'i-z'nt, -'ənt\ : is not *also* \'i-d'ənt\ or \nt\\ (1710) : is not

**iso-** — see IS-

**iso·ag·glu·ti·nin** \,ī-(,)sō-ə-'glü-t'n-ən, ca. 1903\ : an agglutinin from one individual that is specific for a cell type (as of red blood cells) possessed by some individuals of the same species

**iso·al·lox·a·zine** \,ī-sō-ə-'läk-sə-,zēn, ->-lək-; ə-,lä-'läk-sə-\ *n* [alloxan + -ine] (1936) : a yellow solid $C_{10}H_6N_4O_2$ that is the precursor of various flavins (as riboflavin)

**iso·an·ti·body** \,ī-sō-'an-ti-,bä-dē\ *n* (1956?) : ALLOANTIBODY

**iso·an·ti·gen** \-'an-ti-jən\ *n* [ISV] (1936) : ALLOANTIGEN — **iso·an·ti·gen·ic** \,-'jə-nik\ *adj*

**iso·bar** \'ī-sə-,bär\ *n* [ISV *iso-* + -*bar* (fr. Gk *baros* weight); akin to Gk *barys* heavy — more at GRIEVE] (ca. 1864) **1** : an imaginary line or a line on a map or chart connecting or marking places on the surface of the earth where the height of the barometer reduced to sea level is the same either at a given time or for a certain period **2** : one of two or more atoms or elements having the same atomic weights or mass numbers but different atomic numbers

**iso·bar·ic** \,ī-sə-'bär-ik, -'bär-\ *adj* [ISV] **1** : of or relating to an isobar **2** : characterized by constant or equal pressure (an ~ process)

**iso·bu·tane** \,ī-sō-'byü-,tān\ *n* [ISV] (1876) : a gaseous branched-chain hydrocarbon $(CH_3)_3CH$ isomeric with normal butane that is used esp. as a fuel

**iso·bu·tyl·ene** \-'byü-t'-,ēn\ *n* [ISV] (1872) : a gaseous butylene $C_4H_8$ used esp. in making butyl rubber and gasoline components

**iso·ca·lor·ic** \,ī-sə-'lor-ik, -'lär-, -'ka-'lo-rik\ *adj* (1922) : having similar caloric values (~ diets)

**iso·car·box·az·id** \,ī-sō-(,)kär-'bäk-sə-zəd\ *n* [*iso-* + *carb-* + *ox-* + *hydrazide*] (1959) : an antidepressant drug $C_{12}H_{13}N_3O_2$

**iso·chro·mo·some** \,ī-sə-'krō-mə-,sōm, -,zōm\ *n* (1939) : a chromosome produced by transverse splitting of the centromere so that both arms are derived from the dyad on one side of the centromere of the parental chromosome and each arm has identical genes arranged in the same order counting away from the centromere

**iso·chron** \'ī-sə-,krän\ *or* **iso·chrone** \-,krōn\ *n* [ISV *iso-* + -*chron* (fr. Gk *chronos* time)] (1881?) : an imaginary line or a line on a chart connecting points at which an event occurs simultaneously or which represents the same time or time difference

**iso·chro·nal** \ī-'sä-krə-n'l\ *or* **iso·chro·nous** \-nəs\ *adj* [Gk *isochronos* fr. *isos* + *chronos* time] : having equal duration **2** : recurring at regular intervals — **iso·chro·nal·ly** \-'l-ē\ *adv* — **iso·chro·nism** \-,ni-zəm\ *n* — **iso·chro·nous·ly** *adv*

**iso·cit·ric acid** \,ī-sō-,si-trik-\ *n* [ISV] (1900) : a crystalline isomer of citric acid that occurs esp. as an intermediate stage in the Krebs cycle

**iso·cy·a·nate** \,ī-sō-'sī-ə-,nāt\ *n* [ISV] (1872) : an ester of isocyanic acid used esp. in plastics and adhesives

**iso·cy·clic** \-'sī-klik, -'si-\ *adj* [ISV] (1900) : having or being a ring composed of atoms of only one element; *esp* : CARBOCYCLIC

**iso·dia·met·ric** \,ī-sō-,dī-ə-'me-trik\ *adj* (ca. 1879) : having equal diameters

**iso·dose** \'ī-sə-,dōs\ *adj* [ISV] (1922) : of or relating to points or zones in a medium that receive equal doses of radiation

**iso·elec·tric** \,ī-sō-i-'lek-trik\ *adj* [ISV] (1897) **1** : having or representing zero difference of electric potential **2** : being the pH at which

the electrolyte will not migrate in an electrical field (the ~ point of a protein)

**isoelectric focusing** *n* (1971) : an electrophoretic technique for separating proteins by causing them to migrate under the influence of an electric field through a medium (as a gel) having a pH gradient to locations with pH values corresponding to their isoelectric points

**iso·elec·tron·ic** \,ī-sō-i-,lek-'trä-nik\ *adj* [ISV] (1926) : having the same number of electrons or valence electrons — **iso·elec·tron·i·cal·ly** \-'trä-ni-k(ə-)lē\ *adv*

**iso·en·zyme** \,ī-sō-'en-,zīm\ *n* (1960) : any of two or more chemically distinct but functionally similar enzymes — **iso·en·zy·mat·ic** \-en-zə-'ma-tik, -zī-\ *adj* — **iso·en·zy·mic** \-en-'zī-mik\ *adj*

**iso·ga·met·e** \,ī-'ga-,mēt *also* -gə-'mēt, *n* [ISV] (1891) : a gamete indistinguishable in form or size or behavior from another gamete with which it can unite to form a zygote — **iso·ga·met·ic** \,ī-sō-gə-'me-tik\ *adj*

**iso·ga·mous** \ī-'sä-gə-məs\ *adj* [prob. fr. (assumed) NL *isogamus*, fr. *iso-* + -*gamus* -gamous] (1887?) : having or involving isogametes — **iso·ga·my** \-mē\ *n*

**iso·gen·ic** \,ī-sō-'je-nik, -'nē-ik, -'nā-\ *adj* [alter. of *isogenic*] (1963?) : SYNGENEIC (an ~ graft)

**iso·gen·ic** \-'je-nik\ *adj* [*iso-* + *gene* + -*ic*] (ca. 1931) : characterized by essentially identical genes (identical twins are ~)

**iso·gloss** \'ī-sə-,gläs, -,glòs\ *n* [ISV *iso-* + Gk *glōssa* language — more at GLOSS] (1925) **1** : a boundary line between places or regions that differ in a particular linguistic feature **2** : a line on a map representing an isogloss — **iso·gloss·al** \,ī-sə-'glä-səl, -'glò-\ *adj* — **iso·gloss·ic** \-'glä-sik, -'glò-\ *adj*

**iso·gon·ic** \,ī-sə-'gä-nik\ *adj* (*isogony*, fr. *iso-* + -*gony*) (1924) : exhibiting equivalent relative growth of parts such that size relations remain constant — **iso·g·o·ny** \ī-'sä-gə-nē\ *n*

**isogonic line** *n* (ca. 1859) : an imaginary line or a line on a map joining points on the earth's surface at which the magnetic declination is the same — called also *isogon*

**iso·graft** \'ī-sə-,graft\ *n* (1958) : a homograft between genetically identical or nearly identical individuals — **isograft** *vt*

**iso·gram** \'ī-sə-,gram\ *n* (1889) : ISOLINE

**iso·hy·et** \,ī-sō-'hī-ət\ *n* [ISV *iso-* + Gk *hyetos* rain, fr. *hyein* to rain; prob. akin to Toch B *swese* rain] (1899) : a line on a map or chart connecting areas of equal rainfall — **iso·hy·e·tal** \-ə-t'l\ *adj*

**iso·la·ble** \'ī-sə-lə-bəl *also* 'ī-,sō-\ *also* **iso·lat·able** \,ī-sə-'lā-tə-bəl *also* 'ī-sə-,lā-tə-\ *adj* (1913) : capable of being isolated

**iso·late** \'ī-sə-,lāt *also* 'ī-,\ *vt* -**lat·ed; -lat·ing** [back-formation fr. *isolated* set apart, fr. F *isolé*, fr. It *isolato*, fr. *isola* island, fr. L *insula*] (1807) **1** : to set apart from others; *also* : QUARANTINE **2** : to select from among others; *esp* : to separate from another substance so as to obtain pure or in a free state **3** : INSULATE — **iso·la·tor** \,ī-lā-tər\ *n*

**iso·late** \,ī-sət-, -,lāt\ *adj* (1891) : being alone; SOLITARY, ISOLATED

**iso·late** \,ī-sət-, -,lāt\ *n* (1890) **1** : a product of isolating : an individual, population, or kind obtained by or resulting from selection or separation **2** : an individual socially withdrawn or removed from society

**iso·lat·ed** *adj* (1763) **1** : occurring alone or once **:** UNIQUE **2** : SPORADIC

**iso·la·tion** \,ī-sə-'lā-shən *also* ,ī-\ *n* (1833) : the action of isolating : the condition of being isolated   *syn* see SOLITUDE

**iso·la·tion·ism** \-shə-,ni-zəm\ *n* (1922) : a policy of national isolation by abstention from alliances and other international political and economic relations — **iso·la·tion·ist** \-sh(ə-)nist\ *n or adj*

**Isol·de** \i-'zōl-də, -'zòl-\ *n* [G, fr. OF *Isolt, Iseut*] **1** : an Irish princess married to King Mark of Cornwall and loved by Tristram **2** : the daughter of the King of Brittany and wife of Tristram

**iso·leu·cine** \,ī-sō-'lü-,sēn\ *n* [ISV] (1903) : a crystalline essential amino acid $C_6H_{13}NO_2$ isomeric with leucine

**iso·line** \'ī-sō-,līn\ *n* (1944) : a line on a map or chart along which there is a constant value (as of temperature or rainfall)

**iso·mer** \'ī-sə-mər\ *n* [ISV, back-formation fr. *isomeric*] (1866) **1** : one of two or more compounds, radicals, or ions that contain the same number of atoms of the same elements but differ in structural arrangement and properties **2** : a nuclide isomeric with one or more others

**isom·er·ase** \ī-'sä-mə-,rās, -,rāz\ *n* (1927) : an enzyme that catalyzes the conversion of its substrate to an isomeric form

**iso·mer·ic** \,ī-sə-'mer-ik\ *adj* [G *isomerisch*, fr. Gk *isomerēs* equally divided, fr. *iso-* + *meros* part — more at MERIT] (1838) : of, relating to, or exhibiting isomerism

**isom·er·ism** \ī-'sä-mə-,ri-zəm\ *n* (1839) **1** : the relationship of two or more chemical species that are isomeric **2** : the relation of two or more nuclides with the same mass numbers and atomic numbers but different energy states and rates of radioactive decay

**isom·er·ize** \ī-'sä-mə-,rīz\ *vb* -**ized; -iz·ing** *vi* (1891) : to become changed into an isomeric form ~ *vt* : to cause to isomerize — **isom·er·i·za·tion** \-,sä-mə-rə-'zā-shən\ *n*

**iso·met·ric** \,ī-sə-'me-trik\ *adj* (ca. 1855) **1** : of, relating to, or characterized by equality of measure; *esp* : relating to or being a crystallographic system characterized by three equal axes at right angles **2** : of, relating to, involving, or being muscular contraction (as in isometrics) against resistance, without significant shortening of muscle fibers, and with marked increase in muscle tone — compare ISOTONIC — **iso·met·ri·cal·ly** \-tri-k(ə-)lē\ *adv* — **iso·met·rics** \-triks\ *n pl*

**isometric line** *n* (ca. 1911) **1** : a line representing changes of pressure or temperature under conditions of constant volume **2** : a line (as a contour line) drawn on a map and indicating a true constant value throughout its extent

**iso·met·rics** \,ī-sə-'me-triks\ *n pl but sing or pl in constr* (1962) : exercise or a system of exercises in which opposing muscles are so contracted that there is little shortening but great increase in tone of muscle fibers involved

**isom·e·try** \ī-'sä-mə-trē\ *n pl* -**tries** (1941) : a mapping of a metric space onto another or onto itself so that the distance between any two

\ə\ *abut* \ə\ *kitten, F table* \ər\ *further* \a\ *ash* \ā\ *ace* \ä\ *mop, mar* \aù\ *out* \ch\ *chin* \e\ *bet* \ē\ *easy* \g\ *go* \i\ *hit* \ī\ *ice* \j\ *job* \ŋ\ *sing* \ō\ *go* \ò\ *law* \òi\ *boy* \th\ *thin* \th\ *the* \ü\ *loot* \ù\ *foot* \y\ *yet* \zh\ *vision* \ə, k, ^, œ, œ, ue, œ, ᵫ\ *see Guide to Pronunciation*

# EXHIBIT 9

## FULLY REDACTED

# EXHIBIT 10

# THE
# AMERICAN
# HERITAGE
# DICTIONARY
### OF THE
## ENGLISH LANGUAGE

THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

**i·so·car·box·a·zid** (ī′sō-kär-bŏk′sə-zĭd) n. A compound, $C_{12}H_{13}N_3O_2$, used as an antidepressant. [Contraction and alteration of *isoxazolylcarbonyl*, one of its components + (HYDRA)ZINE) + —ID.]

**i·so·chro·mat·ic** (ī′sə-krō-mǎt′ĭk) adj. 1. Having the same color or wavelength. Used of light. 2. Orthochromatic.

**i·soch·ro·nal** (ī-sŏk′rə-nəl) or **i·soch·ro·nous** (-nəs) adj. 1. Equal in duration. 2. Characterized by or occurring at equal intervals of time. [From New Latin *isochronus*, from Greek *isokhronos* : *iso-*, iso- + *khronos*, time.] —**i·soch′ro·nal·ly** adv. —**i·soch′ro·nism** n.

**i·soch·ro·nize** (ī-sŏk′rə-nīz′) tr.v. **-nized, -niz·ing, -niz·es.** To make isochronal.

**i·soch·ro·nous** (ī-sŏk′rə-nəs) adj. Variant of isochronal. —**i·soch′ro·nous·ly** adv.

**i·soch·ro·ous** (ī-sŏk′rō-əs) adj. Having the same color throughout. [Greek *isokhroos* : *iso-*, iso- + *khrōs*, flesh, color.]

**i·so·cli·nal** (ī′sə-klī′nəl) or **i·so·clin·ic** (-klĭn′ĭk) —adj. Having the same magnetic inclination or dip. —n. See isoclinic line. —**i′so·cli′nal·ly** adv.

**i·so·cline** (ī′sə-klīn′) n. *Geology.* An anticline or a syncline so tightly folded that the rock beds of the two sides are nearly parallel.

**i·so·clin·ic** (ī′sə-klĭn′ĭk) adj. & n. Variant of isoclinal. —**i′so·clin′i·cal·ly** adv.

**isoclinic line** n. A line on a map connecting points of equal magnetic dip. Also called *isoclinal*.

**I·soc·ra·tes** (ī-sŏk′rə-tēz′). 436–338 B.C. Athenian orator and rhetorician whose letters and pamphlets are a valuable source of ancient Greek political thought.

**i·so·di·a·met·ric** (ī′sō-dī′ə-mĕt′rĭk) adj. Having equal diameters or axes.

**i·so·di·mor·phism** (ī′sō-dī-môr′fĭz′əm) n. Isomorphism between crystalline forms of two dimorphic substances.

**i·so·dy·nam·ic** (ī′sō-dī-nǎm′ĭk) adj. 1. Having equal force or strength. 2. Connecting points of equal magnetic intensity.

**i·so·e·lec·tric** (ī′sō-ĭ-lĕk′trĭk) adj. Having equal electric potential.

**i·so·e·lec·tron·ic** (ī′sō-ĭ-lĕk-trŏn′ĭk, -ē′lĕk-) adj. Having equal numbers of electrons or the same electronic configuration.

**i·so·en·zyme** (ī′sō-ĕn′zīm′) n. Any of the chemically distinct forms of an enzyme that perform the same biochemical function. —**i′so·en·zy′mic** adj.

**i·so·ga·mete** (ī′sō-gǎm′ēt′, -gə-mēt′) n. A gamete that has the same size and structure as the one with which it unites. —**i′so·ga·met′ic** (-gə-mĕt′ĭk) adj.

**i·sog·a·my** (ī-sŏg′ə-mē) n., pl. **-mies.** Reproduction by the fusion or conjugation of isogametes, as in certain algae and fungi. —**i·sog′a·mous** adj.

**i·sog·e·nous** (ī-sŏj′ə-nəs) adj. Having the same or similar origin, as organs or parts derived from the same embryonic tissue. —**i·sog′e·ny** n.

**i·so·gloss** (ī′sə-glôs′, -glŏs′) n. A geographic boundary line delimiting the area in which a given linguistic feature occurs. [ISO- + Greek *glōssa*, language, tongue.] —**i′so·glos′sal** adj.

**i·so·gon** (ī′sə-gŏn′) n. A polygon whose angles are equal.

**i·so·gon·ic** (ī′sə-gŏn′ĭk) also **i·sog·o·nal** (ī-sŏg′ə-nəl) adj. Having equal angles.

**isogonic line** n. A line on a map connecting points of equal magnetic declination.

**i·so·graft** (ī′sə-grǎft) n. A graft of tissue that is obtained from a donor genetically identical to the recipient.

**i·so·gram** (ī′sə-grǎm′) n. See isoline.

**i·so·hel** (ī′sə-hĕl′) n. A line drawn on a map connecting points that receive equal amounts of sunlight. [ISO- + Greek *hélios*, sun; see **sáwel-** in Appendix.]

**i·so·hy·et** (ī′sə-hī′ĭt) n. A line drawn on a map connecting points that receive equal amounts of rainfall. [ISO- + Greek *huetos*, rain; see **seuə-²** in Appendix.]

**i·so·ki·net·ic exercise** (ī′sō-kī-nĕt′ĭk, -kĭ-) n. Exercise performed with a specialized apparatus that provides variable resistance to a movement, so that no matter how much effort is exerted, the movement takes place at a constant speed. Such exercise is used to test and improve muscular strength and endurance, especially after injury.

**i·so·la·ble** (ī′sə-lə-bəl) also **i·so·lat·a·ble** (-lā′tə-bəl) adj. Possible to isolate: *isolable viruses.*

**i·so·late** (ī′sə-lāt′) tr.v. **-lat·ed, -lat·ing, -lates.** 1. To set apart or cut off from others. 2. *Chemistry.* To separate (a substance) out of a combined mixture. 3. To render free of external influence; insulate. 5. *Microbiology.* To separate (a pure strain) from a mixed bacterial or fungal culture. —**isolate** (-lĭt, -lāt′) adj. Solitary; alone. —**isolate** n. *Microbiology.* A bacterial or fungal strain that has been isolated. [Back-formation from ISOLATED.] —**i′so·la′tor** n.

**istics that segregate leaders from follow...** during its deliberations.

**i·so·lat·ed** (ī′sə-lā′tĭd) adj. 1. Separated from... or singular: *Reporters in the field obs...* rebellion. [From French *isolé*, from Italian *insulātus*, made into an island, from Latin...

**i·so·la·tion** (ī′sə-lā′shən) n. 1. The... quality or condition of being isolated. See...

**i·so·la·tion·ism** (ī′sə-lā′shə-nĭz′əm) n... abstaining from political or economic relation... tries. —**i′so·la′tion·ist** n.

**i·sol·de** (ĭ-sōl′də, ĭ-zōl′-) n. Variant of Isol...

**i·so·lec·i·thal** (ī′sə-lĕs′ə-thəl) adj. Emb... yolk evenly distributed throughout the egg c... —**AL¹.**]

**i·so·leu·cine** (ī′sə-lōō′sēn′) n. An... $C_6H_{13}NO_2$, that is isomeric with leucine.

**i·so·line** (ī′sə-līn′) n. A line on a map... necting points of equal value. Also called *isogr...*

**i·so·mag·net·ic** (ī′sō-mǎg-nĕt′ĭk) adj.... ing lines connecting points of equal magnetic in...

**i·so·mer** (ī′sə-mər) n. 1. *Chemistry.* Any... stances that are composed of the same elements... portions that differ in properties because of diff... rangement of atoms. 2. *Physics.* Any of two or... the same mass number and atomic number b... radioactive properties and can exist in any ob... for a measurable period of time. —**i′so·mer′ic**

**i·som·er·ase** (ī-sŏm′ə-rās′) n. One of a... that catalyzes the conversion of one isomer int...

**i·som·er·ism** (ī-sŏm′ə-rĭz′əm) n. 1. The phe... existence of isomers. 2. The complex of chemi... phenomena characteristic of or attributable to... state or condition of being an isomer.

**i·som·er·ize** (ī-sŏm′ə-rīz′) v. **-ized, -iz·ing...** To cause to change into an isomeric form. — ... changed into an isomeric form. —**i·som′er·i·za**... zā′shən) n.

**i·som·er·ous** (ī-sŏm′ər-əs) adj. 1. Having... of parts, as organs or markings. 2. Having or de... whorls with equal numbers of parts: *the isomer...* tulip.

**i·so·met·ric** (ī′sə-mĕt′rĭk) also **i·so·met·ri·c...** —adj. 1. Of or exhibiting equality in dimensio... ments. 2. Of or being a crystal system of three eq... at right angles to each other. 3. *Physiology.* Of or i... cular contraction against resistance in which the... muscle remains the same. —n. A line connect... points. [From Greek *isometros*, of equal measure : i... *metron*, measure; see **mē-²** in Appendix.]

**i·so·met·rics** (ī′sə-mĕt′rĭks) n. *(used with a sing. or pl...* Exercise or a system of exercises in which isometric muscular... traction is used to strengthen and tone muscles, performed by ... exertion of effort against resistance, usually of a stationary object.

**i·so·me·tro·pi·a** (ī′sō-mĭ-trō′pē-ə) n. Equality of ref... tion in both eyes. [ISO- + —OPIA.]

**i·som·e·try** (ī-sŏm′ĭ-trē) n. 1. Equality of measure... Equality of elevation above sea level.

**i·so·morph** (ī′sə-môrf′) n. An object, an organism, or a sub... stance exhibiting isomorphism.

**i·so·mor·phic** (ī′sə-môr′fĭk) adj. 1. *Biology.* Having a sim... ilar structure or appearance but being of different ancestry. 2... Related by an isomorphism.

**i·so·mor·phism** (ī′sə-môr′fĭz′əm) n. 1. *Biology.* Similarity in form, as in organisms of different ancestry. 2. *Mathematics.* A one-to-one correspondence between the elements of two sets such that the result of an operation on elements of one set corresponds to the result of the analogous operation on their images in the other set. 3. A close similarity in the crystalline structure of two or more substances of similar chemical composition. —**i′so·mor′phous** adj.

**i·so·ni·a·zid** (ī′sə-nī′ə-zĭd) n. A crystalline antibacterial compound, $C_6H_7N_3O$, used in the treatment of tuberculosis. [isoni(cotinic acid), isomer of nicotinic acid (ISO- + NICOTINIC ACID) + (hydr)azid(e) (HYDRA(O)– + AZ(O)– + —IDE).]

**i·so·oc·tane** (ī′sō-ŏk′tān′) n. A flammable liquid, (CH₂)₂ CHCH₂C(CH₃)₃, used to determine the octane ratings of fuels.

**i·so·pi·es·tic** (ī′sō-pī-ĕs′tĭk, -pē-) adj. Marked by or indicating equal pressure; isobaric. —**isopiestic** n. See isobar (sense 1). [ISO- + Greek *piestos*, able to be compressed (from *piezein*, to press tight; see **sed-** in Appendix) + —IC.]

**i·so·pod** (ī′sə-pŏd′) n. Any of numerous crustaceans of the order Isopoda, characterized by a flattened body bearing seven pairs of legs and including the sow bugs and gribbles. —*isopod* adj. Of or belonging to the order Isopoda. [From New Latin *Isopoda*, order name : ISO- + New Latin *-poda*, -pod.]

**i·so·prene** (ī′sə-prēn′) n. A colorless volatile liquid, $C_5H_8$, used chiefly to make synthetic rubber. [ISO- + PR(OPYL)ENE.]

**i·so·pro·pyl alcohol** (ī′sə-prō′pəl) n. *Abbr.* **IPA** A clear, colorless, flammable, mobile liquid, (CH₃)₂CHOH, used in anti...

---

**SYNONYMS:** isolate, insulate, seclude, segregate, sequester. The central meaning shared by these verbs is "to separate from others": *a mountain village that is isolated from all other communities; trying to insulate herself from the chaos surrounding her; a famous actor who was secluded from public scrutiny; character-*

# EXHIBIT 11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SOLVAY, S.A.            )
                               )
          Plaintiff,       )
                               )     C.A. No. 06-557-SLR
          v.            )
                               )     **JURY TRIAL DEMANDED**
HONEYWELL SPECIALTY  )
MATERIALS, LLC and       )
HONEYWELL INTERNATIONAL INC.,    )
                               )
          Defendants.    )

### SOLVAY'S RESPONSES AND OBJECTIONS TO
### DEFENDANT HONEYWELL INTERNATIONAL INC.'S
### FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-27

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Solvay, S.A. ("Solvay") responds to defendant Honeywell International Inc.'s ("Honeywell's") first set of requests for admission nos. 1-27 as follows.

### GENERAL OBJECTIONS AND QUALIFICATIONS

1.    Solvay has not yet completed its investigation, collection of information, discovery and analysis relating to this action. These responses are based on information known and available to Solvay at this time. Solvay reserves the right to modify, change, or supplement its responses and to produce additional evidence at trial.

2.    Solvay reserves all objections to the use of its answers. All such objections may be interposed by Solvay at the time of trial or as otherwise required by the rules or order of the Court.

3.    Insofar as an answer by Solvay may be deemed to be a waiver of any privilege or right, such waiver shall be deemed to be a limited waiver with respect to that particular answer only.

by reference as if fully set forth herein." Such incorporation by reference of "instructions" from interrogatories and document requests into a set of Fed. Rule Civ. Proc. 36 Requests for Admission makes no sense and purports to impose obligations on Solvay that do not exist under Rule 36. Moreover, Honeywell's statement that it incorporates by reference all "applicable Definitions and Instructions" makes no sense, since Solvay has no idea what Honeywell believes is "applicable" or not "applicable." Thus, these responses are made based on the Federal Rules of Civil Procedure and not any of Honeywell's purported "instructions."

17. Solvay objects to Honeywell's definition of "SOLVAY PATENTS" and "'817 PATENT," to the extent that they purport to incorporate by reference multiple documents, as vague, ambiguous, overly broad and unduly burdensome.

18. These General Objections and Qualifications apply to all of Honeywell's discovery requests. To the extent the substance of these General Objections is repeated in response to specific requests, such objections are repeated because they are particularly applicable to such requests and are not to be construed as a waiver of any other General Objections applicable to the information falling within the scope of such requests.

**Request For Admission No. 1:**

The earliest priority DATE SOLVAY will assert in this case for the '817 PATENT is October 23, 1995.

**Response to Request for Admission No. 1:**

Solvay objects to Honeywell's definition of "SOLVAY" to the extent that it purports to include numerous other individuals and entities besides Solvay, S.A. Solvay responds solely on behalf of plaintiff Solvay, S.A. Solvay further objects to Honeywell's definition of "the '817 PATENT" because it purports to include as part of that definition not only U.S. Patent No. 6,730,817 but also "all continuation and/or divisional applications," as well as "all underlying patent applications." Thus, the definition as applied is irrelevant, overly broad and unduly burdensome. Solvay further objects on the ground that the request assumes that Solvay will, or is required to, "assert" a particular priority date in this case. Such a request is not a proper Rule 36 request for admission since it does not relate to "statements or opinions of fact or of the

application of law to fact." Solvay further objects on the ground that the request is not directed to any of the claims of the '817 patent but is instead directed generally to the '817 patent. Solvay interprets this request as being limited to the claims of the '817 patent.

Subject to and without waiver of its objections, Solvay acknowledges that the earliest priority date Solvay may assert for the '817 patent is October 23, 1995.

**Request for Admission No. 2:**

SOLVAY will not assert in this case a priority DATE for the '817 PATENT earlier than October 23, 1995.

**Response to Request for Admission No. 2:**

Solvay objects to Honeywell's definition of "SOLVAY" to the extent that it purports to include numerous other individuals and entities besides Solvay, S.A. Solvay responds solely on behalf of plaintiff Solvay, S.A. Solvay further objects to Honeywell's definition of "the '817 PATENT" because it purports to include as part of that definition not only U.S. Patent No. 6,730,817 but also "all continuation and/or divisional applications," as well as "all underlying patent applications." Thus, the definition as applied is irrelevant, overly broad and unduly burdensome. Solvay further objects on the ground that the request assumes that Solvay will, or is required to, "assert" a particular priority date in this case. Such a request is not a proper Rule 36 request for admission since it does not relate to "statements or opinions of fact or of the application of law to fact."

Subject to and without waiver of its objections, Solvay acknowledges that it does not intend to assert a priority date for the '817 patent earlier than October 23, 1995.

**Request for Admission No. 3:**

SOLVAY will not assert in this case that it performed in the United States of America any acts relating to any invention disclosed in the '817 PATENT.

**Response to Request for Admission No. 3:**

Solvay objects to Honeywell's definition of "SOLVAY" to the extent that it purports to include numerous other individuals and entities besides Solvay, S.A. Solvay responds solely on behalf of plaintiff Solvay, S.A. Solvay further objects to Honeywell's definition of "the '817 PATENT" because it purports to include as part of that definition not only U.S. Patent No. 6,730,817 but also "all continuation and/or divisional applications," as well as "all underlying patent applications. Solvay further objects on the ground that the request assumes that Solvay will, or is required to, "assert" something regarding "any acts relating to any invention disclosed in the '817 PATENT." Such a request is not a proper Rule 36 request for admission since it does not relate to "statements or opinions of fact or of the application of law to fact."

Subject to and without waiver of its objections, Solvay acknowledges that its claim for monetary relief in this case is for a reasonable royalty for Honeywell's infringement of the '817 patent, in addition to any other legal or equitable remedy available to it.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Dated:  September 17, 2007
819363 / 30651

By:  */s/ Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

16

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 17, 2007, a true and

correct copy of the within document was caused to be served on the attorney(s) of record

at the following addresses as indicated:

### VIA HAND DELIVERY

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

### VIA ELECTRONIC MAIL

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

/s/ Richard L. Horwitz
Richard L. Horwitz

775114 / 30651

# EXHIBIT 12

## FULLY REDACTED

# EXHIBIT 13

## FULLY REDACTED

# EXHIBIT 14



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**August 21, 2007**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *09/051,746*
FILING DATE: *June 08, 1998*
PATENT NUMBER: *6,730,817*
ISSUE DATE: *May 04, 2004*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

PART ( 1 ) OF ( 2 ) PART(S)



DEPOSITION
EXHIBIT
219
1/3/08  SLO
PENGAD 800-631-6989

HON0030526

165 P'c'd PCT/PTO 2 0 APR 1998
09/051746    #5

SPENCER & FRANK
ATTORNEYS AND COUNSELLORS AT LAW
SUITE 300 EAST
1100 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-3955

GEORGE H. SPENCER, P.C.
NORMAN N. KUNITZ, P.C.
ROBERT J. FRANK, P.C.
GABOR J. KELEMEN, P.C. (VA ONLY)
MARK B. HARRISON, P.C.
ROBERT KINBERG, P.C.
JOHN W. SCHNELLER, Ph.D., P.C.
ALLEN WOOD
ASHLEY J. WELLS, P.C.
JULIE A. PETRUZZELLI, P.C.
MICHAEL A. GOLLIN, P.C.
GEORGE W. LEWIS, P.C.

MICHAEL A. SARTORI, Ph.D.
CHARLES C. P. RORIES, Ph.D.
REGISTERED PATENT AGENTS

PATENT TRADEMARK AND
COPYRIGHT CAUSES

TELEPHONE: (202) 414-4000
TELEFAX: (202) 414-4040
CABLE ADDRESS: "SPENCER"
TELEX: SPENCER 64267
E-MAIL: SPENCERFRANK@MCIMAIL.COM

JAY M. CANTOR, P.C.
OF COUNSEL

IN AFFILIATION WITH
FITCH, EVEN, TABIN & FLANNERY
CHICAGO, ILLINOIS
SAN DIEGO, CALIFORNIA

July 30, 1997

Assistant Commissioner for Patents
Washington, D.C. 20231

Attorney Docket: SLVAY 3216.01

Attention:  PCT-DO/US

Re:   INTERNATIONAL APPLICATION PCT/EP96/04315  filed October 4, 1996

Priority Claimed: France, 95/12558 of October 23, 1995

Inventor(s): Vincent WILMET, Francine JANSSENS and Jean-Paul SCHOEBRECHTS

Title: METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

Submitted herewith, **as the first submission**, are the following for the purposes of entering the national stage for the USA under 35 U.S.C. 371(c).

[X]  International Application PCT/EP96/04315 published as WO 97/15540.

[X]  English translation of the International Application and of claims submitted under Article 34.

[X]  Preliminary Amendment.

[X]  International Search Report issued by the European Patent Office.

[X]  Official Fees      [X]  Basic filing fee................$ 930.00

                        [ ]  Excess claim fee...............$_____

                        [ ]  Assignment Recording Fee.......$_____

                             TOTAL FEES..........$ 930.00

A check for the above amount is attached. Should no remittance be attached, or should a greater or lesser fee be required, please charge or credit our Account No. 19-3700.

NOTE: The inventor declaration will follow.

Respectfully submitted,

George H. Spencer
Registration No. 18/038

GHS:ur

HON0030606

10F Rec'd PCT/PTO 2 0 APR 1998
09/051746
#50

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

Applicant(s)      : Vincent WILMET et al.        )
                                                 )
Appln. No.        : PCT/EP96/04315               )
                                                 )
Filed             : October 4, 1996              )      PRELIMINARY
                                                 )      AMENDMENT
National Stage                                   )
  Entry           : concurrently                 )
                                                 )
For               : METHOD FOR PREPARING         )
                    1,1,1,3,3-PENTAFLUOROPROPANE)
                                                 )
Attorney Docket   : SLVAY 3216.01                )
                                                 ) _____
                                                        April 20, 1998

Assistant Commissioner for Patents
Washington, D.C. 20231

Attention: PCT-DO/US

Sir:

     Please amend the above-identified application as follows:

IN THE CLAIMS:

     Cancel all of the claims and substitute therefor:

-- 18. A process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

     19. The process of Claim 18, wherein the reaction is carried out continuously in a liquid phase with a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

21
20. The process of Claim 19, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is maintained greater than 0.5.

22
21. The process of Claim 19, wherein the reaction is carried out at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein 1,1,1,3,3-pentafluoropropane and hydrogen chloride are drawn off in a gaseous phase as they are being formed.

23.
22. The process of Claim 19, wherein the hydrofluorination catalyst is chosen from tin and antimony chlorides, fluorides and chlorofluorides.

24.
23. The process of Claim 19, wherein the catalyst used is antimony pentachloride.

25
24. The process of Claim 19, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

26
25. The process of Claim 19, wherein the reaction is carried out at a temperature of approximately 50 to 150°C and at a pressure of 2 to 40 bar.

- 2 -            (PCT/EP96/04315)

*Rule*
*12 c*

27

26.  The process of Claim 19, wherein the 1,1,1,3,3-pentachloropropane used is prepared by reaction between vinyl chloride and tetrachloromethane.

28

27.  A process for the preparation of 1,1,1,3,3-pentachloropropane usable especially for preparing 1,1,1,3,3-pentafluoropropane, in which vinyl chloride and tetrachloromethane are reacted continuously in the presence of telomerization catalyst chose from copper compounds.

29

28.  The process of Claim 27, wherein the reaction is operated in a reaction mixture in which the molar ratio of the catalyst to vinyl chloride is maintained from 0.001 to 1000.

30

29.  The process of Claim 27, wherein the reaction is operated in a reaction mixture in which the molar ratio of tetrachloromethane to vinyl chloride is maintained from 1.5 to 1000.

31

30.  The process of Claim 28, wherein the telomerization catalyst is an organic copper compound.

32

31.  The process of Claim 28, wherein the telomerization catalyst is a copper chloride, preferably copper (I) chloride.

- 3 -                    (PCT/EP96/04315)

HON0030609

32. The process of Claim 27, wherein the telomerization reaction is carried out in the presence of a solvent.

33. The process of Claim 32, wherein the solvent is a nitrile, preferably acetonitrile or propionitrile.

34. The process of Claim 27, wherein the telomerization reaction is carried out in the presence of a co-catalyst.

35. The process of Claim 34, wherein the co-catalyst is an amine. --

## R E M A R K S

The claims have been replaced by a set of new claims, all of which are free of multiple claim dependency.

Respectfully submitted,

George H. Spencer
Registration No. 18,038
SPENCER & FRANK
Suite 300 East
1100 New York Avenue, N.W.
Washington, DC 20005-3955
Telephone:  (202) 414-4000
Telefax  :  (202) 414-4040

GHS:ur

- 4 -          (PCT/EP96/04315)

HON0030610

SLVAY 3216.01
(Article 34).

- 8 -

## CLAIMS

1 - Process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

5    2 - Process according to Claim 1, in which the reaction is carried out continuously in a liquid phase with a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3 - Process according to claim 2, in which the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is maintained superior to 0.5.

10    4 - Process according to any one of Claims 1 to 3, in which the reaction is carried out at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and in which 1,1,1,3,3-pentafluoropropane and hydrogen chloride are drawn off in a gaseous phase as they are being formed.

15    5 - Process according to any one of Claims 1 to 4, in which the hydrofluorination catalyst is chosen from tin and antimony chlorides, fluorides and chlorofluorides.

6 - Process according to any one of Claims 1 to 5, in which the catalyst used is antimony pentachloride.

7 - Process according to any one of Claims 1 to 6, in which from 5 to
20    100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

8 - Process according to any one of Claims 1 to 7, in which the reaction is carried out at a temperature of approximately 50 to 150°C and at a pressure of 2 to 40 bar.

9 - Process according to any one of Claims 1 to 8, in which the
25    1,1,1,3,3-pentachloropropane used is prepared by reaction between vinyl chloride and tetrachloromethane.

10 - Process for the preparation of 1,1,1,3,3-pentachloropropane usable especially for preparing 1,1,1,3,3-pentafluoropropane using a process according to one of Claims 1 to 9, in which vinyl chloride and tetrachloromethane are reacted

09051746.06080898

- 9 -

continuously in the presence of a telomerization catalyst chosen from copper compounds.

11 - Process according to Claim 10, in which the reaction is operated in a reaction mixture in which the molar ratio of the catalyst to vinyl chloride is maintained from 0.001 to 1000.

12 - Process according to Claim 10 or 11 in which the reaction is operated in a reaction mixture in which the molar ratio of tetrachloromethane to vinyl chloride is maintained from 1.5 to 1000.

13 - Process according to any one of Claims 10 to 12, in which the telomerization catalyst is an organic copper compound.

14 - Process according to any one of Claims 10 to 12, in which the telomerization catalyst is a copper chloride, preferably copper(I) chloride.

15 - Process according to any one of Claims 9 to 14, in which the telomerization reaction is carried out in the presence of a solvent.

16 - Process according to Claim 15, in which the solvent is a nitrile, preferably acetonitrile or propionitrile.

17 - Process according to any one of Claims 9 to 14, in which the telomerization reaction is carried out in the presence of a co-catalyst.

18 - Process according to Claim 17 in which the co-catalyst is an amine.

HON0030612

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on March 6, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
Michael E. McCabe, Jr., Esquire
Aarti Shah, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, MCCLELLAND, MAIER
   & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314


*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com