IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-557-SLR ) |
| HONEYWELL SPECIALTY MATERIALS LLC and HONEYWELL INTERNATIONAL INC., | ) ) ) ) ) |
|     Defendants. | ) ) |

**O R D E R**

At Wilmington this 10th day of March, 2008,

IT IS HEREBY ORDERED that the pretrial conference originally scheduled for June 16, 2008 is hereby rescheduled to **Tuesday, June 24, 2008** at **4:30 p.m.** in courtroom no. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

                                                             _____
                                                             United States District Judge