IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-557-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HONEYWELL SPECIALTY ) | |
| MATERIALS, LLC and ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Solvay, S.A. ("Solvay"), hereby certifies that copies of the following documents were caused to be served on March 11, 2008, upon the following attorneys of record at the following addresses as indicated:

PLAINTIFF SOLVAY, S.A.'S FACT WITNESS LIST

**VIA HAND DELIVERY**

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

**VIA ELECTRONIC MAIL**

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Arthur I. Neustadt | By: */s/ David E. Moore* |
| Jean-Paul Lavalleye | Richard L. Horwitz (#2246) |
| Barry J. Herman | David E. Moore (#3983) |
| Michael E. McCabe, Jr. | Hercules Plaza, 6th Floor |
| John F. Presper | 1313 N. Market Street |
| OBLON, SPIVAK, McCLELLAND, | Wilmington, Delaware 19801 |
| MAIER & NEUSTADT, P.C. | Tel: (302) 984-6000 |
| 1940 Duke St. | rhorwitz@potteranderson.com |
| Alexandria, VA 22314 | dmoore@potteranderson.com |
| Tel.: (703) 413-3000 | |
| | *Attorneys for Plaintiff Solvay, S.A.* |

Dated: March 11, 2008
854232 / 30651


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 11, 2008, I have Electronically Mailed the document to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

756119 / 30651