IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL SPECIALTY )<br>MATERIALS, LLC and )<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendants. ) | C.A. No. 06-557-SLR<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between plaintiff and defendants, subject to the approval of the Court, that the due date for answering briefs on dispositive motions and claim construction shall be extended one business day from Friday, March 14, 2008 to Monday, March 17, 2008. The parties further stipulate, to maintain the current trial date, that the due date for reply briefs on the parties' dispositive motions shall remain March 28, 2008, as set forth in the Case Schedule.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ *David E. Moore*<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, Delaware 19801<br>　　Tel: (302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderson.com | By: /s/ *Thomas C. Grimm*<br>　　Thomas C. Grimm (#1098)<br>　　Leslie A. Polizoti (#4299)<br>　　1201 N. Market Street<br>　　P.O. Box 1347<br>　　Wilmington, DE 19899-1347<br>　　(302) 658-9200<br>　　tgrimm@mnat.com<br>　　lpolizoti@mnat.com |
| *Attorneys for Plaintiff Solvay, S.A.* | *Attorneys for Honeywell International Inc. and Honeywell Specialty Materials, LLC.* |

IT IS SO ORDERED, this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

854844 / 30651