IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> HONEYWELL SPECIALTY MATERIALS, LLC and HONEYWELL INTERNATIONAL INC., <br><br> Defendants and Counterclaim Plaintiffs. | ) ) ) ) ) ) ) ) C.A. No. 06-557-SLR ) ) ) ) ) ) ) ) |

DECLARATION OF IAN SHANKLAND IN SUPPORT OF
HONEYWELL INTERNATIONAL, INC.'S
OPPOSITION TO SOLVAY'S SUMMARY JUDGMENT MOTION
OF NO INVALIDITY

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
(213) 680-8400

March 17, 2008

## DECLARATION OF IAN SHANKLAND

1.  I, Dr. Ian Shankland, make this declaration based on my personal knowledge, and if called to testify, could and would testify hereto.

2.  I am currently employed, and have been employed since 1981, by Honeywell International Inc. ("Honeywell") or one of its predecessors. Throughout my approximately twenty-seven year career at Honeywell, I have held a variety of positions including, but not limited to, Manager of New Product Development; Director of Research and Development for Fluorine Products; and Director of Business Development for Fluorine Products. I currently serve as Honeywell's Director of Technology for the Flourine Products division.

3.  From 1994 - 1998 I was Honeywell's Director of Research and Development for Fluorine Products. In this capacity, I routinely supervised and assisted engineers in filling out and submitting an invention disclosure form for the filing of a patent application. The invention disclosure form was called "Request and Authority For Patent Application Preparation" ("Request Form").

4.  I signed the Request Form for United States Patent 5,763,706 ("'706 Patent"), dated April 15, 1995. It has come to my attention that Solvay has argued that a particular question presented on this form constituted evidence of a Honeywell policy to suppress inventions where there was no defined commercial value. It has also come to my attention that Solvay has accused Honeywell of suppressing some laboratory work it performed relating to a continuous process of producing HFC-245fa pursuant to such a "policy."

5.  I disagree with Solvay's accusation. Developing a commercial manufacturing process to make HFC-245fa was a very high priority for Honeywell in 1995-1996. As Director of Research and Development for Fluorine Products, I did not order, nor did I allow, any delay in

1

completing development work on or filing patent applications disclosing Honeywell's HFC-245fa process. Indeed, I actively encouraged our chemists and engineers to file patents on the manufacturing process to manufacture HFC-245fa.

I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

*Ian R Shankland*
Dr. Ian Shankland

Date: March 17, 2008

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on March 17, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
Michael E. McCabe, Jr., Esquire
Aarti Shah, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, MCCLELLAND, MAIER
   & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com