IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOLVAY, S.A.,                                    )
                                                 )
            Plaintiff and Counterclaim           )
            Defendant,                           )
                                                 )
    v.                                           )          C.A. No. 06-557-SLR
                                                 )
HONEYWELL SPECIALTY MATERIALS, LLC               )          PUBLIC VERSION
and HONEYWELL INTERNATIONAL INC.,                )
                                                 )
            Defendants and Counterclaim          )
            Plaintiffs.                          )
                                                 )
                                                 )
                                                 )

**HONEYWELL INTERNATIONAL INC.'S RESPONSE TO
SOLVAY'S OPENING CLAIM CONSTRUCTION BRIEF**

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                Thomas C. Grimm (#1098)
                                Benjamin J. Schladweiler (#4601)
                                1201 N. Market Street
OF COUNSEL:                     P.O. Box 1347
                                Wilmington, DE 19899-1347
Robert G. Krupka, P.C.          (302) 658-9200
Laura M. Burson                 tgrimm@mnat.com
KIRKLAND & ELLIS LLP            bschladweiler@mnat.com
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017           *Attorneys for Defendant*
(213) 680-8400

Confidential Version Filed: March 17, 2008
Public Version Filed: March 24, 2008

## TABLE OF CONTENTS

Page(s)

TABLE OF AUTHORITIES ............................................................................................. ii

I.      INTRODUCTION ............................................................................................1

II.     SUMMARY OF RESPONSE ..........................................................................1

III.    HONEYWELL'S RESPONSE .........................................................................1

        A.      Claim 1 ..................................................................................................1

                1.      Honeywell's Response to Solvay's Proposed Construction of the
                        "carrying out the reaction . . ." Limitation ....................................1

                2.      Honeywell's Response to  Solvay's Proposed Construction of the
                        "and isolating [HFC-245fa] from the reaction mixture by drawing
                        off [HFC-245fa] and hydrogen chloride as each  . . . is being
                        formed" Limitation ........................................................................4

        B.      Claims 2 and 13 ....................................................................................7

                1.      Honeywell's Response to Solvay's Proposed Construction of ". . .
                        conducting the reaction continuously in a liquid phase . . ."
                        Limitation ......................................................................................8

                2.      Honeywell's Response to Solvay's Proposed Construction of the
                        ". . .  molar ratio of catalyst to [HCC-240fa] . . ." Limitation ....................9

        C.      Claims 3 and 14 ....................................................................................9

        D.      Claims 4 and 15 ....................................................................................9

        E.      Claim 12 ..............................................................................................10

                1.      Honeywell's Response to Solvay's Proposed Construction of the
                        "carrying out the reaction  . . ." Limitation ................................10

                2.      Honeywell's Response to Solvay's Proposed Construction of the ".
                        . . to draw off a gas stream . . . thereby isolating [HFC-245fa] from
                        the reaction mixture . . ." Limitation .........................................11

3.    Honeywell's Response to Solvay's Proposed  Construction of the ". . . to keep in the reactor in the liquid state  . . . most of the [HF] . . ." Limitation ...........................................................................................12

IV.    CONCLUSION...........................................................................................13

<u>TABLE OF AUTHORITIES</u>

Page

**<u>Case</u>**

*Atofina v. Great Lakes Chemical Co.*,
    441 F.3d 991 (Fed. Cir. 2006)....................................................................................................6

## I.     INTRODUCTION

On February 18, 2008, Solvay and Honeywell concurrently submitted opening claim construction briefs.  This response summarizes and incorporates by reference the arguments presented in Honeywell's opening claim construction brief and addresses arguments raised by Solvay in its opening claim construction brief.

## II.     SUMMARY OF RESPONSE

Solvay's opening brief mischaracterizes Honeywell's positions and the intrinsic record. Furthermore, in many of its arguments, Solvay urges the Court to read out key limitations of the asserted claims and takes positions that cannot be reconciled with those it took during prosecution of the asserted patent.  Honeywell's proposed constructions, on the other hand, are based on plain and ordinary meanings as used in the claims, the specification, and the prosecution history of the asserted patent.

## III.     HONEYWELL'S RESPONSE

### A.     Claim 1

Claim 1 has two claim limitations that the parties agree need to be construed by the Court:  (1) "carrying out the reaction . . ." and (2) "isolating [HFC-245fa] from the reaction mixture by drawing off [HFC-245fa] and hydrogen chloride as each . . . is being formed."  The parties disagree as to the proper construction of each.  These differences are addressed below.

**1.     Honeywell's Response To Solvay's Proposed Construction Of The "carrying out the reaction . . ." Limitation**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| "carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous" | Carrying out the reaction that creates HFC-245fa at a temperature and under a pressure such that pure HFC-245fa would exist only as a gas. | Carrying out the reaction at a temperature and pressure at which HFC-245fa produced is present as a gas in the reactor. |

1

The limitation above specifies temperature and pressure conditions to be used in the claimed reaction. Solvay argues that the above limitation means that "245fa produced in the reaction is at least partially gaseous at the reaction conditions." (D.I. 124, Solvay's Opening Br. at 3). There are several reasons why this construction is wrong.

First, Solvay's argument ignores the fact that the claim language itself makes clear that this limitation's reference to 1,1,1,3,3-pentafluoropropane (HFC-245fa) does not refer to the specific 1,1,1,3,3-pentafluoropropane being produced by the claimed process. If it did, the claim language would have been drafted to refer back to the end product 1,1,1,3,3-pentafluoropropane stated in the claim's preamble, as follows:

> Claim 1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of [240fa] with hydrogen fluoride . . . the improvement which comprises carrying out the reaction at a temperature and under a pressure at which *the* 1,1,1,3,3-pentafluoropropane is gaseous. . .

But the claim was not written that way, and the claim as written does not refer to the HFC-245fa "produced," as argued by Solvay. Moreover, Solvay's position ignores the fact that in 1995 (before the filing date of the '817 patent),                    REDACTED

REDACTED

REDACTED

REDACTED                    In fact, the prior art '192 patent disclosed temperature and pressure ranges at which HFC-245fa in a mixture exists as a gas. (D.I. 137, Honeywell's Opening Br. at 13). Yet, as the plain language of the claim explicitly states, this claim limitation is one of the features of the "improvement" over the prior art. (D.I. 137, Honeywell's Opening Br. at 13).

Indeed, this point was specifically argued by Solvay during prosecution of its patent. Solvay argued that the prior art '192 patent did not provide any motivation or suggestion for

carrying out a process "at a temperature and under a pressure at which [HFC-245fa] is a gas . . ." (D.I. 137, Honeywell's Opening Br. at 13 - 14). Solvay must have been referring to something other than the HFC-245fa produced in the reaction, because as noted above the '192 patent in fact *does* disclose temperature and pressure ranges at which HFC-245fa produced in the reactor exists as a gas. The fact that Solvay's argument to the Patent Office is consistent with Honeywell's construction, not Solvay's, is made indisputable by Solvay's further reliance during prosecution on the atmospheric boiling point (i.e., the boiling point of pure HFC-245fa) to argue that the prior art '192 patent did not anticipate the inventions claimed in the '817 patent. (D.I. 137, Honeywell's Opening Br. at 14). The atmospheric boiling point would be irrelevant if Solvay was concerned only with the HFC-245fa being produced in the reaction, as opposed to pure HFC-245fa.

In its opening claim construction brief, Solvay also confusingly argues without citation to evidence that "[a]dopting Honeywell's interpretation [of this limitation] would exclude preferred embodiments disclosed in the '817 specification." (D.I. 124, Solvay's Opening Br. at 3). This statement is incorrect. It is entirely possible to operate the reaction described in the '817 patent specification at a temperature and under a pressure at which pure HFC-245fa exists only as a gas. Solvay has produced no evidence that operating the claimed reaction as construed by Honeywell excludes the possibility that HFC-245fa produced in the reaction is at least partially in gaseous form.

2.    **Honeywell's Response To Solvay's Proposed Construction Of The "and isolating [HFC-245fa] from the reaction mixture by drawing off [HFC-245fa] and hydrogen chloride as each . . . is being formed" Limitation**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| and isolating and [sic] 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3- pentafluoropropane and hydrogen chloride is being formed. | Separating HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst, and partially fluorinated intermediates by removing as a gas only the HFC-245fa and HCl from that mixture as soon as the HFC-245fa and HCl are created. | Separating gaseous HFC-245fa from the reaction mixture in the reactor by continuously separating a gas stream containing HFC-245fa and HCl from the reaction mixture. |

Solvay proposes a construction that requires drawing off from the reactor a gas stream containing *any compound or reaction mixture component in any amount* so long as it also contains *some HFC-245fa and some HCl.* (D.I. 124, Solvay's Opening Br. at 4). However, Solvay's proposed construction does not conform to the plain and ordinary meaning of what it means to "isolate" a chemical compound -- in this case HFC-245fa. (D.I. 137, Honeywell's Opening Br. at 15 - 18). Indeed, if "isolating" were construed as Solvay seeks, which means there is no limit to what the gas stream may contain, then HFC-245fa will not have been "isolated" from anything in the reaction mixture. (D.I. 137, Honeywell's Opening Br. at 16).

Additionally, as discussed in Honeywell's opening brief, Solvay expressly added the "isolating" limitation to obtain allowance of the claimed process as an "improvement" over the prior art. (D.I. 137, Honeywell's Opening Br. at 17). Furthermore, it argued to the United States Patent and Trademark Office ("USPTO") for a narrow construction of this limitation to distinguish over the prior art '192 patent, which explicitly discloses drawing off a gas stream containing HF along with HFC-245fa, and necessarily HCl. (D.I. 137, Honeywell's Opening Br.

4

at 17 - 18).  In light of these representations to support patentability, Solvay is estopped from arguing at this juncture for such an expansive construction.

Moreover, Solvay, during the prosecution of the '817 patent, expressly disclaimed coverage of any process "taught" or "suggested" by the '192 patent.  Therefore, the '817 patent claims cannot be read to cover a "continuous fluorination process" where "organics" (including HFC-245fa) and HF are "vented," necessarily along with HCl[1], which is disclosed in the '192 patent.  Solvay's experts agree that in a "continuous" process HFC-245fa and HCl products are vented as each is being formed.[2]  Thus, the '817 patent claims cannot be read to cover a process

---

[1]
REDACTED

REDACTED

\*\*\*

REDACTED

REDACTED

[2]
REDACTED

REDACTED

REDACTED

REDACTED

(Continued…)

5

that is "taught" or "suggested" by "a continuous fluorination process" where "organics" and "HF", and necessarily HCl, are "vented" as specifically disclosed in the '192 patent. (Ex. 4, attached hereto, '192 Patent col. 3 ln 63 - col. 4 ln. 1) ("Alternatively, unreacted HF and organics may be vented . . . This isolation procedure is particularly useful for a continuous fluorination process.").

Solvay made its disclaimer in its August 30, 2000 remarks accompanying an amendment of its claims to include, *inter alia*, the "isolating" limitation. The Court should give this explicit disclaimer made in support of patentability its full legal effect, notwithstanding what Solvay's opening brief alleges is the ordinary meaning of the "isolating" limitation. (*See* D.I. 137, Honeywell's Opening Br. at 17 - 18); *see Atofina v. Great Lakes Chemical Co.*, 441 F.3d 991, 997 (Fed. Cir. 2006).

Solvay also incorrectly states that Honeywell "improperly reads limitations into the claim." (D.I. 124, Solvay's Opening Br. at 4). Honeywell's proposed construction merely incorporates the ordinary meaning of "isolating" in the context of the claim. It is Solvay's construction that reads the "isolating" limitation right out of the claim -- a limitation that Solvay

REDACTED

REDACTED

***

REDACTED

was required to add to overcome prior art. (D.I. 137, Honeywell's Opening Br. at 17 - 18). The express incorporation of the "isolating" limitation in claim 1 tells one of skill in the art to draw off only HCl with HFC-245fa because, as explained in Honeywell's opening brief, it was known to be a very simple process to remove HFC-245fa from a mixture of HFC-245fa and HCl, yet a much more difficult and complicated process to remove HF from such a mixture. (D.I. 137, Honeywell's Opening Br. at 16). This fact is consistent with Solvay's position during prosecution in which it disclaimed an embodiment that vents HF together with HFC-245fa by arguing that the claimed process was "neither taught nor suggested" by Honeywell's '192 patent which did disclose such an embodiment. (D.I. 137, Honeywell's Opening Br. at 17 - 18).

Finally, Solvay's argument that the HFC-245fa and HCl need not be removed from the mixture "as soon as they are created" is again an attempt to ignore what the claim language actually says in an impermissible attempt to broaden it. The claim language says the isolation from the reaction mixture is to occur "as each of said [245fa] and [HCl] is being formed." Despite Solvay's wishes to the contrary, there is no basis for ignoring those words.

For all the reasons stated above and in Honeywell's opening brief, Honeywell's proffered construction -- not Solvay's -- should be adopted by the Court.

## B.    Claims 2 and 13

Claims 2 and 13 contain two limitations that the parties agree need to be construed by the Court: (1) ". . . conducting the reaction continuously in a liquid phase . . ." and (2) "molar ratio of catalyst to [HCC-240fa] . . .". The parties' positions with respect to these two limitations are addressed below.

      **1.**      **Honeywell's Response To Solvay's Proposed Construction Of "conducting the reaction continuously in a liquid phase . . ." Limitation**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| The process of claim 1, which comprises conducting the reaction continuously in a liquid phase | Adding components to, and removing components from, the reaction mixture while the reaction to create HFC-245fa proceeds wholly in a liquid state. | Continuously feeding HCC-240fa and HF into the reactor and reacting the HCC-240fa and the HF in the presence of a hydrofluorination catalyst in a liquid phase reaction. |

In its opening brief, Solvay argues that the reaction need not take place "wholly" in the liquid phase as Honeywell proposes. Solvay's construction might have been correct if the claim stated the reaction was conducted "continuously in a ***mixed*** phase," but that is not the claim that Solvay sought and obtained. Solvay cites no specific support or reasoning for its position on this point, (D.I. 124, Solvay's Opening Br. at 6), presumably because the specification does not mention anywhere the possibility of a mixed liquid-gas, or liquid-solid phase.

Additionally, as detailed in Honeywell's opening brief, Solvay's construction neglects to properly embody the ordinary meaning of "continuously" in the context of the claims. Not only must products be continuously removed, <u>but reactants must be continuously added to the reaction</u>. Solvay's experts agree with Honeywell on this point, (D.I. 137, Honeywell's Opening Br. at 22 - 23), and Solvay does not dispute this point in its opening brief. (D.I. 124, Solvay's Opening Br. at 6). Moreover, the continuous addition of reactants must necessarily be part of the meaning of the "continuously" limitation in order for this limitation to add anything new to claim 2 over what is already expressly stated in claim 1 -- the removal of products HFC-245fa and HCl as each is formed.

For all the reasons stated above and in Honeywell's opening brief, Honeywell's proffered construction -- not Solvay's -- should be adopted by the Court.

2.      **Honeywell's Response To Solvay's Proposed Construction Of The "molar ratio of catalyst to [HCC-240fa] . . ." Limitation**

Honeywell agrees with Solvay that the ". . . molar ratio of catalyst to [HCC-240fa] . . ." limitation is a "molar ratio" as the plain language of the claim states, but believes that Honeywell's -- not Solvay's -- proposed construction more accurately reflects the definition provided in the '817 patent at column 2, lines 50 - 55. (Ex. 3, attached hereto, '817 Patent col. 2 lns. 50 - 55).

C.      **Claims 3 and 14**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| The process of claim 2, wherein the molar ratio of the catalyst to [HCC-240fa] is greater than 0.5. | The ratio of the quantity of catalyst compared to the stationary quantity of HCC-240fa present in the liquid phase and this ratio must be greater than 0.5. | Maintaining the molar ratio of catalyst to HCC-240fa in an amount greater than 0.5, which allows a continuous reaction to occur. |

Honeywell agrees with Solvay that the "molar ratio" limitation in claims 3 and 14 is a "molar ratio" as the plain language of the claim states, but believes that Honeywell's -- not Solvay's -- proposed construction more accurately reflects the definition provided in the '817 patent at column 2, lines 50 - 55. (Ex. 3, attached hereto, '817 Patent col. 2 lns. 50 - 55).

D.      **Claims 4 and 15**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of [HCC-240fa]. | 5 to 100 moles of HF are consumed for each mole of HCC-240fa consumed in the reaction. | 5 to 100 moles of HF are added to the reactor for each mole of HCC-240fa added to the reactor. |

Solvay does not provide any support for its argument that "'used' commonly means 'to put into action or service'". (D.I. 124, Solvay's Opening Br. at 8). Because the '817 patent is directed to a process for making HFC-245fa in which HCC-240fa reacts with HF, consuming HF

and HCC-240fa, "used" in this context should be construed to mean "consumed."  (D.I. 137, Honeywell's Opening Br. at 26).

### E.    Claim 12

Claim 12 has three limitations that the parties agree need to be construed by the Court: (1) "carrying out the reaction . . ." limitation; (2) ". . . to draw off a gas stream . . . thereby isolating [HFC-245fa] from the reaction mixture . . ." limitation; and (3) ". . . to keep in the reactor in the liquid state  . . . most of the [HF] . . ." limitation.  The parties disagree as to the proper construction of each.  These differences are addressed below.

### 1.    Honeywell's Response To Solvay's Proposed Construction Of The "carrying out the reaction . . ." Limitation

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous | Carrying out the reaction that creates HFC-245fa at a temperature and under a pressure such that pure HFC-245fa exists as a gas. | Carrying out the reaction in a reactor at a temperature and pressure at which HFC-245fa produced is present as a gas in the reactor, and the reactor is equipped with a device through which a gas stream containing HCl and HFC-245fa is drawn off. |

The parties agree that this limitation, identical to the "carrying out the reaction . . ." limitation in claim 1, should be construed in the same manner as in claim 1.  For all the reasons stated above and in Honeywell's opening brief, Honeywell's proffered construction -- not Solvay's -- should be adopted by the Court.

> **2. Honeywell's Response To Solvay's Proposed Construction Of The ". . . to draw off a gas stream . . . thereby isolating [HFC-245fa] from the reaction mixture . . ." Limitation**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture | Removing only the HFC-245fa and HCl, and possibly with residual amounts of other non-reacting compounds, from the reaction mixture as a gas stream as soon as the HFC-245fa and HCl are created, in order to separate the HFC-245fa from the mixture of HCC-240fa, HF, hydrofluorination catalyst, and partially fluorinated intermediates. | The device is controlled to continuously separate a gaseous stream containing HFC-245fa and HCl from the reaction mixture. |

The above "isolating" limitation of claim 12 is nearly identical to the "isolating" limitation in claim 1. Since similar claim terms should be consistently construed (D.I. 137, Honeywell's Opening Br. at 20), Honeywell believes this limitation should be construed in the same manner as the "isolating" limitation of claim 1. Solvay does not appear to take a contrary position in its opening brief and, in fact, makes the same arguments for its proposed construction of this limitation in claim 12 as the arguments it made in connection with the "isolating" limitation of claim 1. (D.I. 124, Solvay's Opening Br. at 10).

For all the reasons stated above and in Honeywell's opening brief, Honeywell's proffered construction -- not Solvay's -- should be adopted by the Court.

3.    **Honeywell's Response To Solvay's Proposed Construction Of The ". . . to keep in the reactor in the liquid state  . . . most of the [HF] . . ." Limitation**

| Limitation | Honeywell's Construction | Solvay's Construction |
|---|---|---|
| b) to keep in the reactor in the liquid state the unconverted [HCC-240fa], most of the hydrogen fluoride and most of the products of partial fluorination of [HCC-240fa]. | The unconverted HCC-240fa, more than 50% of the hydrogen fluoride and more than 50% of partially fluorinated intermediates remain in the reactor vessel in the liquid state. | Unconverted HCC-240fa, most of the HF and most of the products of partial fluorination of HCC-240fa are present in the reactor so that they can react with each other in the liquid phase, but do not have to be present in the reactor on a continuous basis. |

REDACTED

Solvay ignores the ordinary meaning of "keep in" and adds the opposite phrase "return to" to the limitation.  Solvay relies on a passage in the specification that states it is "advantageous . . . to keep in, *or return to*, the reactor the unconverted reactants . . ."  (Ex. 3, attached hereto, '817 Patent col. 2 ln. 64 - col. 3 ln. 14) (emphasis added); D.I. 124, Solvay's Opening Br. at 11).  As explained in Honeywell's opening brief, this statement discloses another embodiment where unconverted reactants, such as HF, are returned to the reactor *in disjunction* with keeping them in the reactor.  Solvay, in its proposed construction, is attempting to capture subject matter that it did not claim.  There is no basis in law or policy for Solvay to do this, nor has Solvay argued any colorable support for its position.

Solvay argues that "[u]nder Honeywell's proposed construction, the unconverted HCC-240fa, the HF and the products of partial fluorination of 240fa cannot leave the reactor and cannot enter the device," and thus renders the claimed process "inoperable."  (D.I. 124, Solvay's Opening Br. at 12).  Solvay's argument provides no factual or legal basis in support of this statement.                    REDACTED

12

REDACTED

Indeed, the specification itself states that it is "advantageous" to "keep in" the reactor the unconverted reactants.

In addition, Solvay incorrectly characterizes Honeywell's proposed construction. Honeywell's construction does not forbid some unconverted HCC-240fa, HF, or partially fluorinated products from leaving the reactor and possibly being returned later. The claim requires only that "most" of those substances be kept in the reactor; completely consistent with the claim language. Honeywell's construction provides only that *most*, i.e., <u>more than 50%</u>, of the HCC-240fa, HF and partially fluorinated products must remain in the reactor. For all the reasons stated above and in Honeywell's opening brief, Honeywell's proffered construction -- not Solvay's -- should be adopted by the Court.

## IV.    CONCLUSION

For all of the foregoing reasons, the Court should decline to adopt Solvay's proposed constructions of the contested limitations and instead adopt Honeywell's.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
   *Attorneys for Defendants*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
KIRKLAND & ELLIS LLP
777 S. Figueroa Street
Suite 3400
Los Angeles, CA 90017
(213) 680-8400

March 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on March 24, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY E-MAIL

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
Michael E. McCabe, Jr., Esquire
Aarti Shah, Esquire
John F. Presper, Esquire
OBLON, SPIVAK, MCCLELLAND, MAIER
  &amp; NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314


*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

# EXHIBIT 1

Page 1

1          WILLIAM DOLBIER, JR.

2       UNITED STATES DISTRICT COURT

3       FOR THE DISTRICT OF DELAWARE

4

5    - - - - - - - - - - - - - - -x

6    SOLVAY, S.A.,                    :

7          Plaintiff,                 : Civil Action Number

8       vs.                           : 06-557-SLR

9    HONEYWELL SPECIALTY              :

10   MATERIALS, LLC and               :         PUBLIC VERSION

11   HONEYWELL INTERNATIONAL, INC., :

12          Defendants.               :

13   - - - - - - - - - - - - - - -x

14

15

16

17

18       CONFIDENTIAL VIDEO DEPOSITION OF

19          WILLIAM DOLBIER, JR.

20

21

22          Alexandria, Virginia

23          Thursday, January 3, 2008

24   REPORTED BY:

25       SARA WICK, RPR, CRR

Page 17

1

2

3

4

5

6

7

8

9

10

11                              REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 18

1

2

3

4

5

6

7

8

9                            REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 19

1

2

3

4

5

6

7

8

9

REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

1

2

3

4

5

6

7

8

9

10

11                                    REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 21

1

2

3

4

5

6

7

8

9

10

11                         REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 280

1

2

3

4

5

6                                    REDACTED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 281

1

2

3

4

5

6

7

8

9

REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 282

1

2

3

4

5

6

7

8                                              REDACTED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 283

1

2

3

4

5

6

7

8

9

10

11                                    REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 284

1

2

3

4

5

6

7

8

9

10

11                              REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 285

1

2

3

4

5

6

7

8

9

10                          REDACTED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

Page 310

1

2

3

4

5

6

7

8

9

10

11                                    REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 2

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 1

1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF DELAWARE

3

4        - - - - - - - - - - - - - -x

5        SOLVAY, S.A.,                    :

6              Plaintiff,                 :    Civil Action Number

7          vs.                            :    06-557-SLR

8        HONEYWELL SPECIALTY              :         PUBLIC VERSION

9        MATERIALS and HONEYWELL          :

10       INTERNATIONAL, INC.,             :

11              Defendants.               :

12       - - - - - - - - - - - - - -x

13

14

15

16

17              CONFIDENTIAL VIDEO DEPOSITION OF

18                    STANLEY SANDLER

19

20                          Washington, DC

21                          Friday, December 14, 2007

22

23       REPORTED BY:

24          Sara Wick

25

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 48

```
              1
              2
              3
              4
09:57:40      5
              6
              7
              8
              9
09:57:55     10
             11
             12
             13
                          REDACTED
             14
09:58:18     15
             16
             17
             18
             19
09:58:53     20
             21
             22
             23
             24
09:59:17     25
```

Page 49

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 09:59:42 | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 09:59:58 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 10:00:13 | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 10:00:29 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 10:00:50 | 25 |

REDACTED

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 50

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 10:01:07 | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 10:01:29 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 10:02:02 | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 10:02:26 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 10:02:53 | 25 |

REDACTED

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 51

```
                      1
                      2
                      3
                      4
10:03:06              5
                      6
                      7
                      8
                      9
10:03:35             10
                     11
                     12
                     13
                     14
10:03:51             15              REDACTED
                     16
                     17
                     18
                     19
10:04:02             20
                     21
                     22
                     23
                     24
10:04:30             25
```

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 52

```
              1
              2
              3
              4
10:04:46      5
              6
              7
              8
              9
10:05:27     10
             11
                              REDACTED
             12
             13
             14
10:05:44     15
             16
             17
             18
             19
10:05:52     20
             21
             22
             23
             24
10:05:58     25
```

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 70

1

2

3

4

10:29:42        5

6

7

8

9

10:30:04        10

11

12

13                          REDACTED

14

10:30:40        15

16

17

18

19

10:31:01        20

21

22

23

24

10:31:27        25

Page 71

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 10:31:49 | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 10:32:11 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 10:32:41 | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 10:33:11 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 10:33:37 | 25 |

REDACTED

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 72

```
                    1
                    2
                    3
                    4
10:33:53            5
                    6
                    7
                    8
                    9
10:34:30           10
                   11
                   12                REDACTED
                   13
                   14
10:34:45           15
                   16
                   17
                   18
                   19
10:35:10           20
                   21
                   22
                   23
                   24
10:35:24           25
```

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 73

```
             1
             2
             3
             4
10:36:30     5
             6
             7
             8
             9
10:36:53    10
            11
            12                    REDACTED
            13
            14
10:37:29    15
            16
            17
            18
            19
10:39:31    20
            21
            22
            23
            24
10:39:52    25
```

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 74

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 10:40:09 | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 10:40:30 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 10:40:57 | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 10:41:27 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 10:41:57 | 25 |

REDACTED

CONFIDENTIAL - STANLEY SANDLER - 12/14/2007

Page 265

1

2

3

4

5

6

7

8

9

10

11                               REDACTED

12

13

14

15

16

17

18

19

20

21                                                                    .

22

23

24

25

# EXHIBIT 3

US006730817B1

(12) **United States Patent**
Wilmet et al.

(10) Patent No.: **US 6,730,817 B1**
(45) Date of Patent: **May 4, 2004**

(54) **METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE**

(75) Inventors: **Vincent Wilmet**, Wavre (BE); **Francine Janssens**, Vilvoorde (BE); **Jean-Paul Schoebrechts**, Grez-Doiceau (BE)

(73) Assignee: **Solvay (Societe Anonyme)** (BE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/051,746**

(22) PCT Filed: **Oct. 4, 1996**

(86) PCT No.: **PCT/EP96/04315**

§ 371 (c)(1),
(2), (4) Date: **Jun. 8, 1998**

(87) PCT Pub. No.: **WO97/15540**

PCT Pub. Date: **May 1, 1997**

(30)     **Foreign Application Priority Data**

Oct. 23, 1995   (FR) ................................. 95 12558

(51) Int. Cl.$^7$ ........................ C07C 17/00; C07C 17/08; C07C 19/08; C07C 17/266; C07C 21/18

(52) U.S. Cl. ................................ 570/167; 570/172

(58) Field of Search ..................... 570/167, 172

(56)         **References Cited**

U.S. PATENT DOCUMENTS

3,862,978 A   *  1/1975  Decker et al. ............. 570/172

5,395,997 A   *  3/1995  Van Der Puy et al. ..... 570/167
5,574,192 A      11/1996  VanDerPuy et al.

FOREIGN PATENT DOCUMENTS

| AU | 32843/95 | 4/1996 |
| EP | 0 522 639 | 1/1993 |
| EP | 0 611 744 | 8/1994 |
| EP | 0 703 205 | 3/1996 |
| EP | 0 729 932 | 9/1996 |
| WO | WO95/04021 | 2/1995 |
| WO | WO95/04022 | 2/1995 |
| WO | WO95/05353 | 2/1995 |
| WO | WO96/01797 | 1/1996 |

OTHER PUBLICATIONS

Kotora, Martin et al., "Addition of tetrachloromethane to halogenated ethenes catalyzed by transition metal complexes", *Journal of Molecular Catalysis*, vol. 77, pp. 51–60 (1992).

* cited by examiner

*Primary Examiner*—Johann Richter
*Assistant Examiner*—Elvis O. Price
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz LLP

(57)         **ABSTRACT**

1,1,1,3,3-Pentafluoropropane is produced by reaction between 1,1,1,3,3-pentachloropropane and hydrogen fluoride in the presence of a hydrofluorination catalyst. The 1,1,1,3,3-pentachloropropane may advantageously be obtained by reaction between vinyl chloride and tetrachloromethane in the presence of a telomerization catalyst and of a nitrile.

22 Claims, No Drawings



DEPOSITION EXHIBIT 29

HON0012183

US 6,730,817 B1

1

## METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa). It also relates more particularly to a process for the preparation of 1,1,1,3,3-pentafluoropropane from 1,1,1,3,3-pentachloropropane.

1,1,1,3,3-Pentafluoropropane is a possible substitute for wholly or partially halogenated chlorofluoro hydrocarbons (CFCs and HCFCs) suspected of having a detrimental effect on the ozone layer. In particular, it is found to be especially advantageous as a blowing agent for the preparation of expanded polymeric materials.

In application WO 95/05353 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1-dichloro-2,2,2-tri-fluoroethane (HCFC-123) and dichlorodifluoromethane (CFC-12), followed by hydrogenation of the 1,1,1,3,3-pentafluoroprop-2-ene obtained. The yield of the first stage of this known process (synthesis of the 1,1,1,3,3-pentafluoroprop-2-ene intermediate) is, however, very low.

In application WO 95/04022 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by a three-stage process consisting, in a first stage, in the preparation of 1,1,1,3,3,3-hexachloropropane by reaction between tetrachloromethane and vinylidene chloride, in a second stage in the conversion of the hexachloropropane obtained to 1,1,1,3,3-pentafluoro-3-chloropropane by reaction with hydrogen fluoride and, in a third stage, in the reduction of the pentafluorochloropropane obtained to 1,1,1,3,3-pentafluoropropane by reaction with hydrogen. This process has the disadvantage of giving rise to large quantities of 1,1,1,3,3,3-hexafluoropropane during the second stage.

In application EP-A-611744 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1,1,3,3-pentafluoro-2,3-dichloropropane and hydrogen. The 1,1,1,3,3-pentafluoro-2,3-dichloropropane employed as raw material in this known process is not, however, a common product and cannot be easily prepared.

The objective of the present invention is to provide a process for the preparation of 1,1,1,3,3-pentafluoropropane which does not exhibit the disadvantages of the abovementioned known processes, which uses reactants that are commonly or easily accessible and which has a high yield, thus meeting industrial economic requirements.

The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

In the process according to the invention the hydrofluorination catalyst is advantageously chosen from the derivatives of metals of groups 3, 4, 5, 13, 14 and 15 of the Periodic Table of the elements (IUPAC 1988) and their mixtures (groups of the Periodic Table of the elements which were previously called IIIA, IVa, IVb, Va, Vb and VIb). The derivatives of the metals are intended to mean the hydroxides, oxides and the organic or inorganic salts of these metals, as well as their mixtures. Those particularly adopted are the titanium, tantalum, molybdenum, boron, tin and antimony derivatives. The catalyst is preferably chosen from the derivatives of metals of groups 14 (IVa) and 15 (Va) of the Periodic Table of the elements, and more particularly from tin and antimony derivatives. In the process according to the invention the preferred derivatives of the metals are the salts and these are preferably chosen from the halides and more particularly from chlorides, fluorides and chlorof-

2

luorides. Particularly preferred hydrofluorination catalysts according to the present invention are tin and antimony chlorides, fluorides and chlorofluorides, especially tin tetrachloride and antimony pentachloride. Antimony pentachloride is very particularly recommended.

In the case where the catalyst is selected from metal fluorides and chlorofluorides, these can be obtained from a chloride which is subjected to an at least partial fluorination. This fluorination may, for example, be carried out by means of hydrogen fluoride, before the catalyst is brought into contact with 1,1,1,3,3-pentachloropropane. In an alternative form, it may be carried out in situ, during the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000. In practice, however, at most approximately 5 moles of catalyst are generally employed per mole of 1,1,1,3,3-pentachloropropane. Approximately 1 mole is preferably not exceeded. In a particularly preferred manner, approximately 0.5 moles of catalyst per mole of 1,1,1,3,3-pentachloropropane are generally not exceeded.

The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 100. It preferably does not exceed 50.

The temperature at which the hydrofluorination is performed is generally at least 50° C. It is preferably at least 80° C. The temperature generally does not exceed 150° C. It preferably does not exceed 130° C. With antimony pentachloride as catalyst good results are obtained at a temperature of 100 to 120° C.

The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form. The pressure used varies as a function of the temperature of the reaction mixture. It is generally from 2 bar to 40 bar. The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture.

The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase.

The residence time of the reactants in the reactor must be sufficient for the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride to take place with an acceptable yield. It can easily be determined as a function of the operating conditions adopted.

The process according to the invention can be carried out in any reactor made of a material that is resistant to the temperature, the pressure and the reactants employed, especially to hydrogen fluoride. It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants,

HON0012184

**3**

as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

The 1,1,1,3,3-pentachloropropane used in the process according to the invention can advantageously be obtained by reaction of vinyl chloride with tetrachloromethane, as described, for example, by M. Kotora et al., Journal of Molecular Catalysis, (1992), vol. 77, p. 51–60. It is thus possible to obtain 1,1,1,3,3-pentafluoropropane in two stages from easily accessible materials.

In a preferred alternative form the process according to the invention for the preparation of 1,1,1,3,3-pentafluoropropane includes a telomerization stage in which vinyl chloride and tetrachloromethane are reacted in the presence of a telomerization catalyst, so as to obtain 1,1,1,3,3-pentachloropropane, and the subsequent hydrofluorination stage in which the 1,1,1,3,3-pentachloropropane obtained in the telomerization stage is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

The telomerization catalyst may be chosen from the compounds of metals from groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and their mixtures. Compounds of metals of groups 8 and 11 are preferred. Iron and copper compounds are adopted in particular, those of copper being very particularly preferred. Compounds of metals of groups 8 to 11 are intended to mean the organic and inorganic derivatives of these metals and their mixtures. The preferred derivatives are the inorganic salts, the chlorides being particularly preferred. Telomerization catalysts which are particularly preferred according to the present invention are cuprous chloride, cupric chloride and their mixtures. Very good results have been obtained with copper (I) chloride(cuprous chloride).

The quantity of telomerization catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of vinyl chloride. It is preferably at least 0.005 moles of catalyst per mole of vinyl chloride. In a process carried out continuously in liquid phase the molar ratio of the catalyst to vinyl chloride in the reaction mixture can reach 1000. In a process carried out noncontinuously at most approximately 0.5 moles of catalyst are preferably employed, preferably not more than 0.2 moles of catalyst and, in a particularly preferred manner 0.1 mole or less of catalyst per mole of vinyl chloride used.

A cocatalyst can be used in the telomerization stage. Amines can be employed as cocatalyst, preferably in a concentration of 0.1 to 20 moles per mole of telomerization catalyst. Amines which may be mentioned as being usable as cocatalyst in the telomerization stage of the process according to the invention are alkanolamines, alkylamines and aromatic amines, for example ethanolamine, n-butylamine, n-propylamine, isopropylamine, benzylamine and pyridine.

The molar ratio of tetrachloromethane to the vinyl chloride used in the telomerization stage is generally at least 1.5. The work is preferably done with a molar ratio of at least 2. In principle there is no upper limit to the molar ratio of

**4**

tetrachloromethane to vinyl chloride. For example, in a process carried out continuously in liquid phase, the molar ratio of the stationary quantities of tetrachloromethane and vinyl chloride in the reaction mixture may reach 1000. In a process carried out noncontinuously at most approximately 50 moles, preferably at most 20 moles and, in a particularly preferred manner, at most 10 moles of tetrachloromethane are generally used per mole of vinyl chloride.

The temperature at which the telomerization of vinyl chloride with tetrachloromethane is performed is generally at least 25° C. It is preferably at least 50° C. In general the telomerization temperature does not exceed 200° C. It preferably does not exceed 160° C. With cuprous chloride as catalyst good results have been obtained at a temperature of 100 to 140° C., in particular at a temperature of 110 to 130° C.

The telomerization reaction is generally carried out in liquid phase, advantageously in the presence of a solvent. Solvents that can be employed in the telomerization stage are especially alcohols such as methanol, ethanol, isopropanol and tert-butanol, and nitriles, in particular acetonitrile and propionitrile. Nitriles are preferred. The molar ratio of the solvent to the telomerization catalyst generally does not exceed 1000. Good results have been obtained with a molar ratio of the solvent to the telomerization catalyst of 20 to 400.

In the process according to the invention the presence of a nitrile is particularly advantageous, especially when the telomerization catalyst is a chloride, most especially cuprous chloride. The invention consequently also relates to a process for the preparation of 1,1,1,3,3-pentachloropropane, in which vinyl chloride and tetrachloromethane are reacted in the presence of a chloride of a metal of groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and of a nitrile, as defined and in the conditions described above.

The examples hereinafter illustrate the invention without any limitation being implied.

## EXAMPLE 1

### Preparation of 1,1,1,3,3-pentachloropropane

4.43 moles of acetonitrile, 6.57 moles of tetrachloromethane, 0.11 mole of copper(I) chloride and 2.21 moles of vinyl chloride were introduced into a 1.5 l autoclave lined with a Teflon® fluorocarbon resin, equipped with a mechanical stirrer and a temperature probe. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. for 66 h with continuous stirring. After having reached 8.5 bar the autogenous pressure decreased, reaching 6 bar after 24 hours' reaction and 5.9 bar after 66 hours. The autoclave was then cooled and then the reaction mixture was distilled at reduced pressure. 380 g of 1,1,1,3,3-pentachloropropane were obtained, which represents a yield of 80% relative to the vinyl chloride used.

## EXAMPLES 2–3

### Preparation of 1,1,1,3,3-pentachloropropane

Acetonitrile (AcN), tetrachloromethane, copper(I) chloride and vinyl chloride (VC) were introduced into the autoclave described in Example l in the proportions reported in Table I. The conditions of reaction under autogenous pressure and the results obtained are also presented in Table I.

US 6,730,817 B1

5

### TABLE 1

| Example | 2 | 3 |
|---|---|---|
| VC/CCl$_4$/AcN/CuCl molar ratio | 1/6/2/0.07 | 1/3.1/2.3/0.03 |
| Reaction temperature | 120° C. | 115° C. |
| Reaction period | 36 h | 96 h |
| VC conversion | 83% | 95% |
| (% of VC used) | | |
| Selectivity for 1,1,1,3,3-pentachloro-propane | 91% | 85% |
| (% of the VC converted transformed into 1,1,1,3,3-pentachloropropane) | | |

### EXAMPLE 4

Hydrofluorination of 1,1,1,3,3-pentachloropropane

0.21 moles of 1,1,1,3,3-pentachloropropane, 0.076 moles of antimony pentachloride and 10 moles of hydrogen fluoride were introduced into a 0.5 l autoclave made of Hastelloy B2 stainless steel, equipped with a bladed mechanical stirrer, a temperature probe and a dip pipe enabling liquid phase samples to be taken during the test. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. with continuous stirring for 21 hours. The pressure was controlled at 25 bar. A sample taken after 2 hours' reaction showed that more than 99 mol % of the 1,1,1,3,3-pentachloropropane was already converted, including 66% to 1,1,1,3,3-pentafluoropropane. After 21 hours' reaction virtually all the 1,1,1,3,3-pentachloropropane used was converted, including 92 mol % to 1,1,1,3,3-pentafluoropropane and approximately 6% to intermediate chlorofluoropropanes formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane.

What is claimed is:

1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating and 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

2. The process of claim 1, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane.

6

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

8. The process of claim 7, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

9. The process of claim 7, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

17. The process of claim 12, wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane.

18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

19. The process of claim 18, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

20. The process of claim 18, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

22. The process of claim 18, wherein the catalyst is antimony pentachloride.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,730,817 B1                                    Page 1 of 1
DATED         : May 4, 2004
INVENTOR(S)   : Wilmet et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Title page,</u>
Item [*] Notice, should read:
-- Subject to any disclaimer,the term of this patent is extended or
Adjusted under 35 U.S.C. 154(b) by 749 days. --

Signed and Sealed this

Fifteenth Day of June, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

HON0012187

# EXHIBIT 4



U 1551186

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 08, 2006

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,574,192*

ISSUE DATE: *November 12, 1996*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER

Certifying Officer



DEPOSITION
EXHIBIT

Aft 202
12/14/07 SW

PENGAD 800-631-6989

HON0026273

US005574192A

## United States Patent [19]

### VanDerPuy et al.

[11]    Patent Number:    **5,574,192**

[45]    Date of Patent:    **Nov. 12, 1996**

[54]    **PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE**

[75]    Inventors:    **Michael VanDerPuy; Alagappan Thenappan,** both of Cheektowaga, N.Y.

[73]    Assignee:    **AlliedSignal Inc.,** Morris County, N.J.

[21]    Appl. No.: **519,857**

[22]    Filed:    **Aug. 25, 1995**

**Related U.S. Application Data**

[63]    Continuation of Ser. No. 273,553, Jul. 11, 1994, abandoned.

[51]    Int. Cl.[6] ................................................ C07C 17/08
[52]    U.S. Cl. ...................................... 570/167; 570/168
[58]    Field of Search ................................ 570/167, 168, 570/172

[56]    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,560,838 | 7/1951 | Arnold | 260/653 |
| 2,942,036 | 6/1960 | Smith et al. | 260/653 |
| 4,078,007 | 3/1978 | Ferstandig | 260/653.7 |
| 4,967,024 | 10/1990 | Gumprecht et al. | 570/168 |
| 5,202,509 | 4/1993 | Laviron et al. | 570/167 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 684687 | 4/1964 | Canada . | |
| WO90/08754 | 8/1990 | European Pat. Off. . | |
| 522 639 A1 | 1/1993 | European Pat. Off. . | |
| 0522639 | 1/1993 | European Pat. Off. | 570/168 |
| 1418930 | 10/1968 | Germany . | |
| 1146463 | 3/1969 | United Kingdom . | |

OTHER PUBLICATIONS

"Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex,"— M. Kotora and M. Hajek 44(2) React. Kinet. Catal. Lett. 415(1991).
Henne, "The Use of Inorganic Fluorides", *Organic Reactions,* vol. 2, 53–63 (1944).
Boutevin, et al. "Monofunctional Vinyl Chloride Telomers . . .", 18 Eur. Polym. J. 675 (1982) in 97 Chem. Abstr. 182966c (1982).
Knunyants, et al., Catalytic Hydrogenation of Perfluoro Olefins, 55 Chem. Abst. 349f (1961).
"Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride"— J. Burdon et al., J. Chem. Soc.(C), 1739–1746(1969).
A. L. Henne et al., Fluoroethanes and Fluoroethylenes 58 J.Am.Chem.Soc.889–90(1936).

"Free Radical Additions Involving Fluorine Compounds . . ."— Paul Tarrant et al., Addition of Dibromodifluoromethane to Fluoroölefins, 77 J.Am.Chem.Soc., 2783–87 (1955).
"Heat–transfer agents", 125031q, Chem. Abs., p. 144, vol., 114, 1991.
"Aliphatic Difluorides"— A. L. Henne, et al., J.Am.Chem.Soc., pp. 938–940, vol. 61 (Apr. 1939).
"A New Fluorination Method"— A. L. Henne, J.Am.Chem.Soc., pp. 1569–1571, Jul., 1938.
"Fluorinated Derivatives of Propane, II"— A. L. Henne et al., Fluorinated Derivatives of Propane, pp. 2491–2495, Oct., 1938.
"Fluorination of Organic Compounds with Anhydrous Hydrogen Fluoride. Part II. An Investigation of Antimony Pentachloride Catalysed Fluorinations"— W. B. Whalley, J.S.C.I., pp. 430–433, vol. 66, Dec., 1947.
Asscher, et al., "Chlorine Activation by Redox–transfer . . .", J. Chem. Soc. (1961) pp. 2261–2264.
Belbachir, et al., "Telomerization of Vinylidene Chloride I . . ." 185 Makromol. Chem. 1583–1595 (1984).
EP 381986 A Abstract, 1989.
EP 414370 Abstract as cited in 114 Chem.Abstr. 206550K (1991).
Henne, et al., "Fluorinated Derivatives of Propane. II", pp. 2491–2495, Oct. 1938.
English Abstract to EP 522638 (1993).
English Abstract to DE 3,903,336 (1990) as cited in 114 Chem. Abstr. 832 36b, p. 51.
Chen et al., "Telomerizations of Vinylidene Fluoride . . ." 38(2) Huaxue Xuebao 175–84, (Apr., 1980).
Chen et al., 94 Chem.Abstr. 1741840 (1981).

*Primary Examiner*—Alan Siegel
*Attorney, Agent, or Firm*—Jay P. Friedenson; Michele G. Mangini

[57]    **ABSTRACT**

This invention is related to the preparation of hydrofluorocarbons (HFCs). Specifically, it relates to the fluorination of a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

$CF_3CH_2CF_2H$ or HFC 245fa may be used as a blowing agent, a propellant, and a heat transfer agent.

**31 Claims, No Drawings**

HON0026274

5,574,192

## 1

### PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE

This application is a continuation of application Ser. No. 08/273,553 Filed Jul. 11, 1994, now abandoned.

### BACKGROUND OF THE INVENTION

This invention relates to a novel method of manufacturing 1,1,1,3,3-pentafluoropropane, $CF_3CH_2CF_2H$, which is referred to in the art as HFC-245fa. Specifically, the invention relates to the fluorination with hydrogen fluoride of a compound of the formula:

$$CF_3Cl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0, or 1, and y=0–3, in the presence of a fluorination catalyst to produce HFC-245fa.

HFC-245fa has physical properties, including a boiling point of about 14° C., which make it particularly attractive as a blowing agent. (See Ger. Often, DE 3,903,336, 1990 (EP 381,986 A)). It also has the ability to function as an aerosol propellant (U.S. Pat. No. 2,942,036 to Smith and Woolf) in a manner similar to trichlorofluoromethane, which is referred to in the an as CFC-11, and as a heat transfer agent. (Jpn. Kokai Tokyo Koho JP 02,272,086 in 114 Chemical Abstracts 25031q (1991)).

Traditionally, chlorofluorocarbons (CFCs) like CFC-11 and dichlorodifluoromethane (CFC-12) have been used as refrigerants, blowing agents and propellants. These materials, however, are believed to contribute to stratospheric ozone depletion. The fluorocarbon industry therefore has focused its attention on developing stratospherically safer alternatives to these materials. HFC-245fa is a candidate replacement material since it functions in substantially the same way as the CFCs but is zero ozone depleting. Because the demand for these and other low or zero ozone depleting materials will increase dramatically in the future, commercially viable processes for their preparation are needed.

Only two methods for manufacturing HFC-245fa (which are not hydrofluorination reactions) are reported in the art. However, these methods are not without their shortcomings. Knunyants, et al., *Catalytic Hydrogenation of Perfluoro Olefins,* 55 Chemical Abstracts 349f (1961), discloses the reduction of 1,1,1,3,3-pentafluoropropene to HFC-245fa. Because this process includes multiple steps; it is inefficient and uneconomical. Burdon, et al., *Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride,* J. Chem. Soc. (C), 1739 (1969), discloses the elemental fluorination of tetrahydrofuran to produce HFC-245fa. This process suffers the disadvantage that it produces a host of other by-products, thus reducing the yield of the desired product.

As far as hydrofluorination reactions are concerned, there are no such methods for the production of HFC-245fa reported in the art, let alone fluorination reactions which use 1,1,1,3,3-pentachloropropane ($CCl_3CH_2CHCl_2$) as the starting material to produce HFC-245fa. Although the conversion of —$CCl_3$ groups to —$CF_3$ groups is well-known in the art, attempts to fluorinate terminal —$CHCl_2$ or —$CHClF$ groups to—$CHF_2$ groups in compounds having more than two carbons, (in particular compounds of the formula $RCH_2CHCl_2$ and $RCH_2CHFX$ wherein X is Cl or Br and R is an alkyl group having at least one carbon atom), have not been successful. See Henne, et al., *Fluoroethanes and Fluoroethylenes,* 58 J. Am. Chem. Soc. 889 (1936).

Tarrant, et al., *Free Radical Additions Involving Fluorine Compounds. IV. The Addition of Dibromodifluoromethane to Some Fluoroolefins,* 77 J. Am. Chem. Soc. 2783 (1955)

## 2

report the fluorination of compounds of the type $CF_2BrCH_2CHFBr$ with hydrogen fluoride (HF) in the presence of a Sb(V) salt catalyst, such as $SbCl_5$ and $TaF_5$. However, this method produced only a 14% yield of $CF_3CH_2CHFBr$ at 125° C., and only a modest improvement in yield at 170° C. Even at elevated temperatures, no HFC-245fa was produced.

### DESCRIPTION OF THE INVENTION

We have discovered that the drawbacks associated with the prior art processes for manufacturing 1,1,1,3,3-pentafluoropropane or HFC-245fa can be eliminated by the process of our invention. That is, we have discovered an efficient and economical means of manufacturing HFC-245fa on a commercial scale, which uses readily available raw materials and which produces HFC-245fa in high yield.

The invention relates to a process for manufacturing 1,1,1,3,3-pentafluoropropane comprising:

1 ) reacting a compound of the formula:

$$CF_3Cl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

2) optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The organic starting materials corresponding to the formula $CF_3Cl_{3-y}CH_2CHF_wCl_{2-w}$, wherein w=0 or 1, and y=0–3, include $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$. The preferred starting material is $CCl_3CH_2CHCl_2$.

These materials are not commercially available. However, they may be prepared by any means well-known in the art. See, for example, B. Boutevin, et al., *Monofunctional Vinyl Chloride Telomers. I. Synthesis and Characterization of Vinyl Chloride Telomer Standards,* 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., *Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex,* 44(2) React. Kinet. Catal. Lett. 415 (1991). See also the method disclosed in Examples 1 and 2 below. When $CCl_3CH_2CHCl_2$ is the starting material, it is preferably prepared according to the method provided in Example 1 below. Alternatively, $CCl_3CH_2CHCl_2$ may be prepared by the reduction of $CCl_3CH_2CCl_3$ (see Example 2) as well as by photochlorination of $CCl_3CH_2CH_2Cl$.

Any water in the HF will react with and deactivate the fluorination catalyst. Therefore, substantially anhydrous HF is preferred. By "substantially anhydrous" we mean that the HF contains less than about 0.05 weight % water and preferably contains less than about 0.02 weight % water. However, one of ordinary skill in the art will appreciate that the presence of water in the catalyst can be compensated for by increasing the amount of catalyst used. HF suitable for use in the reaction may be purchased from AlliedSignal Inc. of Morristown, N.J.

Based on reaction stoichiometry, the required mole ratio of HF to organics (i.e., $CF_3Cl_{3-y}CH_2F_wCl_{2-w}$) is 5-y-w (or the number of chlorine atoms in the organic starting material) to 1.0. HF is preferably used in an amount from about 1 to about 15 times the stoichiometric amount of HF to organics, and more preferably from about 6 to about 15 times the stoichiometric amount of HF to organics.

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026275

5,574,192

| 3 | 4 |

Fluorination catalysts useful in the process of the invention include: (I.) pentavalent antimony, niobium, arsenic and tantalum halides; (II.) pentavalent antimony, niobium, arsenic and tantalum mixed halides; and (III.) mixtures of pentavalent antimony, niobium, arsenic and tantalum halide catalysts. Examples of catalysts of group (I.) include antimony pentachloride and antimony pentafluoride. Examples of catalysts of group (II.) include SbCl₃F₃ and SbBr₂F₃. Examples of catalysts of group (III.) include a mixture of antimony pentachloride and antimony pentafluoride.

Pentavalent antimony, niobium, arsenic and tantalum halides are commercially available, and mixed halides thereof are created in situ upon reaction with HF. Antimony pentachloride is preferred because of its low cost and availability. Pentavalent antimony mixed halides of the formula $SbCl_nF_{5-n}$ where n is 0 to 5 are more preferred. The fluorination catalysts used in this invention preferably have a purity of at least about 97%. Although the amount of fluorination catalyst used may vary widely, we recommend using from about 5 to about 50%, or preferably from about 10 to about 25% by weight catalyst relative to the organics.

It may be advantageous to periodically regenerate the catalyst due to the dissociation of the pentavalent catalyst over time. This may be accomplished by any means well known in the art. The catalyst may be regenerated, for example, by adding chlorine (in an amount of from about 1 to about 10 mole percent relative to the amount of pentavalent catalyst initially present in the reactor) to the combination stream comprised of organics of the formula $CF_3Cl_2$, $_yCH_2CHF_wCl_{2-w}$, and the recycled stream comprised of under-fluorinated materials and HF. The chlorine, which is continuously added to the process of this invention when operating in a continuous mode (and periodically added when operating in a batch mode), oxidizes the catalyst from the trivalent to the pentavalent state. One of ordinary skill in the art can readily determine without undue experimentation the amount of chlorine to be added in order to optimize the use of the catalyst.

The temperature at which the fluorination reaction is conducted and the period of reaction will depend on the starting material and catalyst used. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results, but the temperature will generally be in the range of from about 50° to about 175° C., and preferably from about 115° to about 155° C., for a period of, for example, from about 1 to about 25 hours, and preferably from about 2 to about 8 hours.

Pressure is not critical. Convenient operating pressures range from about 1500 to about 5000 KPa, and preferably from about 1500 to about 2500 KPa.

The equipment in which the fluorination reaction is conducted is preferably made of corrosion resistant material such as Inconel or Monel.

HFC-245fa may be recovered from the mixture of unreacted starting materials, by-products, and catalyst by any means known in the art, such as distillation and extraction. As illustrated in Example 3, at the end of the heating period, i.e. the amount of time for complete reaction in batch mode operations, the fluorination reaction product and remaining HF may be vented through a valve on the autoclave head, which in turn is connected to an acid scrubber and cold traps to collect the product. Alternatively, unreacted HF and organics may be vented and condensed, and the HF layer recycled to the reactor. The organic layer can then be treated, i.e. washed with an aqueous base, to remove dissolved HF and distilled. This isolation procedure is particularly useful

for a continuous fluorination process. Under-fluorinated materials, such as $CF_3CH_2CHFCl$, may be recycled in subsequent runs.

In another embodiment, the invention relates to a process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

1. reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$;

2. reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

3. optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The telomerization of vinyl chloride by reaction with carbon tetrachloride to produce $CCl_3CH_2CHCl_2$ is known in the art. See, for example, B. Boutevin, et al., *Monofunctional Vinyl Chloride Telomers. I. Synthesis and Characterization of Vinyl Chloride Telomer Standards*, 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., *Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex*, 44(2) React. Kinet. Catal. Lett. 415 (1991).

The starting materials for the telomerization reaction, i.e. carbon tetrachloride and vinyl chloride, are available from commercial sources. The molar ratio of $CCl_4$ to vinyl chloride is about 0.5:10, preferably about 1:8 (in order to minimize the formation of higher telomers), and most preferably about 1:5.

The telomerization of vinyl chloride can be initiated by any commercially available catalyst known in the art to be useful in initiating and catalyzing the telomerization of carbon tetrachloride and vinyl chloride. Suitable catalysts include, but are not limited to, organic peroxides, metallic salts, and metal carbonyls. Copper and iron salt catalysts, such as cuprous chloride (CuCl), cuprous iodide (CUI), and iron chloride (FeCl₂), are preferred. The amount of catalyst used in the telomerization reaction is at least about 0.1 to about 50 mmol, and preferably about 1 to about 20 mmol per mole of organics (i.e., $CCl_3CH_2CHCl_2$).

An amine co-catalyst, such as an alkanol amine, alkyl amine, and aromatic amine, may optionally be used in order to allow for the use of milder conditions in the telomerization process. Examples of suitable amine co-catalysts include ethanol amine, butyl amine, propyl amine, benzylamine, and pyridine. 2-propylamine is the most preferred co-catalyst. Such co-catalysts are commercially available. When a co-catalyst is used, it should be used in an amount from about 1 to about 10 moles per mole of catalyst, i.e., e.g. copper salt.

In order to dissolve the catalyst, a solvent, which is inert to the reactants and the desired product, may be used in the telomerization reaction. Suitable solvents include, but are not limited to, commercially available acetonitrile, dimethylsulfoxide, dimethylformamide, tetrahydrofuran, isopropanol, and tertiary butanol. Acetonitrile is preferred because of ease of handling and stability. The amount of solvent used ranges from about 5 times the amount of catalyst used on a mole basis to about 80 percent of the total volume of the total telomerization reaction mixture (i.e., solvent, catalyst, co-catalyst, carbon tetrachloride, vinyl chloride), and more preferably between about 10 to 50 times the mount of catalyst used on a mole basis.

The temperature at which the telomerization reaction is conducted and the period of reaction will depend on the catalyst selected, the presence of a co-catalyst, and the

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026276

5,574,192

5

solubility of the catalyst system in the solvent. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results but the temperature will generally be in the range of from about 25° to about 225° C., preferably from about 50° to about 150° C. The period of reaction will generally range from about 3 to about 72 hours, preferably from about 10 to about 24 hours.

Pressure is not critical.

Preferably the telomerization reaction is conducted in a conventional apparatus, such as an autoclave made of corrosion resistant materials such as Teflon and glass.

Preferably, the telomerization product is recovered from by-products, solvent, catalyst and co-catalyst prior to the fluorination reaction to substantially eliminate the production of by-products in the fluorination step. The telomerization product may be recovered by any means well known in the art such as distillation and extraction. Optionally, the telomerization product may be further purified by additional distillation.

Due to the toxicity of vinyl chloride, other procedures for preparing $CCl_3CH_2CHCl_2$ may be employed. See Example 2 (reduction of $CCl_3CH_2CCl_3$). Alternatively, $CCl_3CH_2CCl_3$ may be prepared according to the well-known telomerization reaction of vinylidene chloride with carbon tetrachloride.

### EXAMPLE 1

#### Preparation of $CCl_3CH_2CHCl_2$ from $CCl_4$ and $CH_2$=CHCl

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 1 g CuCl, 156.6 g $CCl_4$ and 75 mL acetonitrile. The contents were cooled in an ice bath, and the autoclave was closed and evacuated briefly. 36.7 g of vinyl chloride was then added, and the contents stirred and heated to 135° C. for 16 hours. The volatile materials were removed by distillation at atmospheric pressure. Distillation at 23 mm Hg resulted in 90.0 g (71% yield based on vinyl chloride added) of a colorless liquid. The identity of this liquid was confirmed via proton nuclear magnetic resonance ("NMR") to be $CCl_3CH_2CHCl_2$ (boiling point 72°–74° C. [1]H NMR (CDCl$_3$): δ6.15 (t, 1H), 3.7 (d, 2H)).

### EXAMPLE 2

#### Preparation of $CCl_3CH_2CHCl_2$ by reduction of $CCl_3CH_2CCl_3$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 199.9 g $CCl_3CH_2CCl_3$, 199.5 g isopropanol, and 4 g CuI. The autoclave was closed and evacuated briefly. The contents were heated to 120°–125° C. for 16 hours. The volatile materials, including by-product isopropyl chloride, were removed by rotary evaporation, leaving 200 g of residue. Analysis on a Varian gas chromatograph having a packed column ("GC Analysis") indicated $CCl_3CH_2CHCl_2$ and $CCl_3CH_2CCl_3$ in a ratio of about 1:2, respectively. Distillation at 29 mmHg resulted in 107.9 g of starting material (boiling point from about 105° to 107° C.), and 36.9 g (46% yield) of $CCl_3CH_2CHCl_2$ (boiling point from about 85° to 90° C.).

6

### EXAMPLE 3

#### Fluorination of $CCl_3CH_2CHCl_2$ with HF/SbCl$_5$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 8.7 g SbCl$_5$ and cooled to −27° C. The autoclave was then evacuated and charged with 49.8 g of anhydrous HF. The contents were cooled to −40° C., and 44 g $CCl_3CH_2CHCl_2$ was added. The reactor was then connected to a packed column/condenser assembly. The condenser was maintained at −20° C. The reaction mixture was heated to 135° C. over 2.25 hours and maintained at that temperature for an additional 2 hours. During this heating period, the pressure in the autoclave was maintained from about 1965 to 2655 KPa (300–400 psig) by periodically venting pressure (HCl by-product) in excess of 2655 KPa (400 psig). Venting was done from the top of the condenser to a cold aqueous KOH scrubber which was connected to a −78° C. cold trap. The reactor was then completely vented to the cold trap. 18.5 g of a colorless liquid were collected. The identity of this liquid was determined by GC analysis to be 84% $CF_3CH_2CHF_2$ (corresponding to a yield of 57%) and 11% $CF_3CH_2CHClF$.

### EXAMPLE 4

#### Fluorination of $CF_3CH_2CHCl_2$ with HF/SbF$_5$

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 8.2 g SbF$_5$, 41 g HF, and 37 g $CF_3CH_2CHCl_2$. (The $CF_3CH_2CHCl_2$ was obtained via the room temperature photochlorination of commercially available $CF_3CH_2CH_2Cl$.) This mixture was heated with stirring to about 130°–135° C. for 4.5 hours at a maximum operating pressure of 3450 KPa. 18.1 g (corresponding to a yield of 57%) of a colorless liquid were recovered. GC analysis identified the material as 94% pure HFC-245fa.

### EXAMPLE 5

#### Fluorination of $CF_3CH_2CHCl_2$ with HF/SbCl$_5$ at 150°–160° C. and Low Operating Pressure

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 9.5 g SbCl$_5$, 47.9 g HF, and 34.6 g $CF_3CH_2CHCl_2$. This mixture was heated with stirring to about 150°–160° C. for 3.5 hours and maintained at that temperature for an additional 2 hours. The maximum operating pressure, controlled by periodic venting of by-product HCl, was 1280 KPa. GC analysis of the crude reaction product indicated that it contained 71% HFC-245fa.

As illustrated by the above-described Examples, HFC-245fa is produced in high yield without the use of high temperatures or pressures and without using large quantities of expensive catalysts.

What is claimed is:

1. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting a compound of the formula:

$$CF_xCl_{3-x}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under condi-

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026277

5,574,192

7

tions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

2. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of pentavalent antimony halide, pentavalent niobium halide, pentavalent arsenic halide, pentavalent tantalum halide; pentavalent antimony mixed halide, pentavalent niobium mixed halide, pentavalent arsenic mixed halide, pentavalent tantalum mixed halide, and mixtures thereof.

3. The process of claim 2 wherein the fluorination catalyst is a pentavalent antimony halide.

4. The process of claim 2 wherein the fluorination catalyst has the formula $SbCl_nF_{5-n}$, where n is 0 to 5.

5. The process of claim 2 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

6. The process of claim 4 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

7. The process of claim 5 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

8. The process of claim 6 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

9. The process of claim 8 wherein said $CCl_3CH_2CHCl_2$ is prepared by: reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$.

10. The process of claim 5 wherein said reaction is conducted at a temperature of from about 50° to about 175° C.

11. The process of claim 10 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

12. The process of claim 9 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

13. The process of claim 10 wherein said reaction is conducted for a period of from about 1 to about 25 hours.

14. The process of claim 13 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

15. The process of claim 12 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

16. The process of claim 13 wherein the amount of HF used is about 1 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

8

17. The process of claim 16 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

18. The process of claim 15 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

19. The process of claim 16 wherein said fluorination catalyst is present in an mount of from about 5 to about 50% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

20. The process of claim 19 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

21. The process of claim 18 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

22. The process of claim 1 further comprising the step of recycling underfluorinated materials.

23. The process of claim 19 further comprising the step of recycling underfluorinated materials.

24. The process of claim 21 further comprising the step of recycling underfluorinated materials.

25. The process of claim 1 wherein the $CF_3CH_2CF_2H$ is recovered.

26. The process of claim 22 wherein the $CF_3CH_2CF_2H$ is recovered.

27. The process of claim 24 wherein the $CF_3CH_2CF_2H$ is recovered.

28. The process of claim 27 wherein said $CF_3CH_2CF_2H$ is recovered by distillation.

29. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting $CCl_4$ and vinyl chloride under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$; and

b) reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst to produce a compound of the formula $CF_3CH_2CF_2H$.

30. The process of claim 29 wherein said $CCl_3CH_2CHCl_2$ is recovered prior to step b.

31. The process of claim 30 wherein $CF_3CH_2CF_2H$ is recovered.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026278