IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOLVAY, S.A.,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )    C.A. No. 06-557-SLR
                                                 )
HONEYWELL   SPECIALTY   MATERIALS                )    PUBLIC VERSION
LLC, and HONEYWELL INTERNATIONAL                 )
INC.,                                            )
                                                 )
                    Defendants.                  )
                                                 )

## APPENDIX TO HONEYWELL INTERNATIONAL INC.'S REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
*Attorneys for Defendants*

*OF COUNSEL:*

Robert G. Krupka, P.C.
Laura M. Burson
Amber T. Aubry
Jacob R. Buczko
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
(213) 680-8400

Confidential Version Filed: March 28, 2008
Public Version Filed: April 4, 2008

# TABLE OF EXHIBITS

| Description | Exhibit |
|---|---|
| REDACTED | 1 |
| REDACTED | 2 |
| REDACTED | 3 |
| REDACTED | 4 |
| United States Patent No. 5,574,192 ("the '192 patent") | 5 |
| United States Patent No. 5,763,706 ("the '706 patent") | 6 |
| United States Patent No. 7,214,839 ("the '839 patent") | 7 |
| REDACTED | 8 |
| REDACTED | 9 |
| REDACTED | 10 |
| Statutory Disclaimer Under 37 C.F.R. § 1.321(b) (HON0033987-HON0033991) | 11 |
| REDACTED | 12 |
| Intentionally Left Blank | 13 |
| Intentionally Left Blank | 14 |
| United States Patent No. 6,730,817 ("the '817 patent") | 15 |
| REDACTED | 16 |

REDACTED                                                                    17

REDACTED                                                                    18

REDACTED                                                                    19

REDACTED                                                                    20

REDACTED                                                                    21

REDACTED                                                                    22

REDACTED                                                                    23

Preliminary Amendment, April 20, 1998 (HON0030607-HON0030610)              24

Amendment & Remarks, August 30, 2000 (HON0030864-HON0030876)               25

# EXHIBIT 1

## FULLY REDACTED

# EXHIBIT 2

## FULLY REDACTED

# EXHIBIT 3

## FULLY REDACTED

# EXHIBIT 4

## FULLY REDACTED

# EXHIBIT 5



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 08, 2006

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,574,192*
ISSUE DATE: *November 12, 1996*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER

Certifying Officer

DEPOSITION
EXHIBIT

Aft 202
12/14/07 SW

HON0026273

US005574192A

## United States Patent [19]

### VanDerPuy et al.

[11] Patent Number: 5,574,192

[45] Date of Patent: Nov. 12, 1996

[54] **PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE**

[75] Inventors: **Michael VanDerPuy; Alagappan Thenappan**, both of Cheektowaga, N.Y.

[73] Assignee: **AlliedSignal Inc.**, Morris County, N.J.

[21] Appl. No.: **519,857**

[22] Filed: **Aug. 25, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 273,553, Jul. 11, 1994, abandoned.

[51] Int. Cl.[6] ............................................. C07C 17/08
[52] U.S. Cl. ........................................ 570/167; 570/168
[58] Field of Search ............................... 570/167, 168, 570/172

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,560,838 | 7/1951 | Arnold | 260/653 |
| 2,942,036 | 6/1960 | Smith et al. | 260/653 |
| 4,078,007 | 3/1978 | Ferstandig | 260/653.7 |
| 4,967,024 | 10/1990 | Gumprecht et al. | 570/168 |
| 5,202,509 | 4/1993 | Laviron et al. | 570/167 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 684687 | 4/1964 | Canada | |
| WO90/08754 | 8/1990 | European Pat. Off. | |
| 522 639 A1 | 1/1993 | European Pat. Off. | |
| 0522639 | 1/1993 | European Pat. Off. | 570/168 |
| 1418930 | 10/1968 | Germany | |
| 1146463 | 3/1969 | United Kingdom | |

### OTHER PUBLICATIONS

"Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex,"— M. Kotora and M. Hajek 44(2) React. Kinet. Catal. Lett. 415(1991).

Henne, "The Use of Inorganic Fluorides", *Organic Reactions*, vol. 2, 53–63 (1944).

Boutevin, et al. "Monofunctional Vinyl Chloride Telomers . . .", 18 Eur. Polym. J. 675 (1982) in 97 Chem. Abstr. 182966c (1982).

Knunyants, et al., Catalytic Hydrogenation of Perfluoro Olefins, 55 Chem. Abst. 349f (1961).

"Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride"— J. Burdon et al., J. Chem. Soc.(C), 1739–1746(1969).

A. L. Henne et al., Fluoroethanes and Fluoroethylenes 58 J.Am.Chem.Soc.889–90(1936).

"Free Radical Additions Involving Fluorine Compounds . . ."— Paul Tarrant et al., Addition of Dibromodifluoromethane to Fluoroölefins, 77 J.Am.Chem.Soc., 2783–87 (1955).

"Heat–transfer agents", 125031q, Chem. Abs., p. 144, vol., 114, 1991.

"Aliphatic Difluorides"— A. L. Henne, et al., J.Am.Chem.Soc., pp. 938–940, vol. 61 (Apr. 1939).

"A New Fluorination Method"— A. L. Henne, J.Am.Chem.Soc., pp. 1569–1571, Jul., 1938.

"Fluorinated Derivatives of Propane, II"— A. L. Henne et al., Fluorinated Derivatives of Propane, pp. 2491–2495, Oct., 1938.

"Fluorination of Organic Compounds with Anhydrous Hydrogen Fluoride. Part II. An Investigation of Antimony Pentachloride Catalysed Fluorinations"— W. B. Whalley, J.S.C.I., pp. 430–433, vol. 66, Dec., 1947.

Asscher, et al., "Chlorine Activation by Redox–transfer . . .", J. Chem. Soc. (1961) pp. 2261–2264.

Belbachir, et al., "Telomerization of Vinylidene Chloride I . . ." 185 Makromol. Chem. 1583–1595 (1984).

EP 381986 A Abstract, 1989.

EP 414370 Abstract as cited in 114 Chem.Abstr. 206550K (1991).

Henne, et al, "Fluorinated Derivatives of Propane. II", pp. 2491–2495, Oct. 1938.

English Abstract to EP 522638 (1993).

English Abstract to DE 3,903,336 (1990) as cited in 114 Chem. Abstr. 832 36b, p. 51.

Chen et al., "Telomerizations of Vinylidene Fluoride . . ." 38(2) Huaxue Xuebao 175–84, (Apr., 1980).

Chen et al., 94 Chem.Abstr. 1741840 (1981).

*Primary Examiner*—Alan Siegel
*Attorney, Agent, or Firm*—Jay P. Friedenson; Michele G. Mangini

### [57]            ABSTRACT

This invention is related to the preparation of hydrofluorocarbons (HFCs). Specifically, it relates to the fluorination of a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

$CF_3CH_2CF_2H$ or HFC 245fa may be used as a blowing agent, a propellant, and a heat transfer agent.

**31 Claims, No Drawings**

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026274

5,574,192

**1**

# PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE

This application is a continuation of application Ser. No. 08/273,553 Filed Jul. 11, 1994, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to a novel method of manufacturing 1,1,1,3,3-pentafluoropropane, $CF_3CH_2CF_2H$, which is referred to in the art as HFC-245fa. Specifically, the invention relates to the fluorination with hydrogen fluoride of a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0, or 1, and y=0–3, in the presence of a fluorination catalyst to produce HFC-245fa.

HFC-245fa has physical properties, including a boiling point of about 14° C., which make it particularly attractive as a blowing agent. (See Ger. Often, DE 3,903,336, 1990 (EP 381,986 A)). It also has the ability to function as an aerosol propellant (U.S. Pat. No. 2,942,036 to Smith and Woolf) in a manner similar to trichlorofluoromethane, which is referred to in the an as CFC-11, and as a heat transfer agent. (Jpn. Kokai Tokyo Koho JP 02,272,086 in 114 Chemical Abstracts 25031q (1991)).

Traditionally, chlorofluorocarbons (CFCs) like CFC-11 and dichlorodifluoromethane (CFC-12) have been used as refrigerants, blowing agents and propellants. These materials, however, are believed to contribute to stratospheric ozone depletion. The fluorocarbon industry therefore has focused its attention on developing stratospherically safer alternatives to these materials. HFC-245fa is a candidate replacement material since it functions in substantially the same way as the CFCs but is zero ozone depleting. Because the demand for these and other low or zero ozone depleting materials will increase dramatically in the future, commercially viable processes for their preparation are needed.

Only two methods for manufacturing HFC-245fa (which are not hydrofluorination reactions) are reported in the art. However, these methods are not without their shortcomings. Knunyants, et al., *Catalytic Hydrogenation of Perfluoro Olefins,* 55 Chemical Abstracts 349f (1961), discloses the reduction of 1,1,1,3,3-pentafluoropropene to HFC-245fa. Because this process includes multiple steps; it is inefficient and uneconomical. Burdon, et al., *Partial Fluorination of Tetrahydrofuran with Cobalt Trifluoride,* J. Chem. Soc. (C), 1739 (1969), discloses the elemental fluorination of tetrahydrofuran to produce HFC-245fa. This process suffers the disadvantage that it produces a host of other by-products, thus reducing the yield of the desired product.

As far as hydrofluorination reactions are concerned, there are no such methods for the production of HFC-245fa reported in the art, let alone fluorination reactions which use 1,1,1,3,3-pentafluoropropane ($CCl_3CH_2CHCl_2$) as the starting material to produce HFC-245fa. Although the conversion of —$CCl_3$ groups to —$CF_3$ groups is well-known in the art, attempts to fluorinate terminal —$CHCl_2$ or —$CHClF$ groups to —$CHF_2$ groups in compounds having more than two carbons, (in particular compounds of the formula $RCH_2CHCl_2$ and $RCH_2CHFX$ wherein X is Cl or Br and R is an alkyl group having at least one carbon atom), have not been successful. See Henne et al., *Fluoroethanes and Fluoroethylenes,* 58 J. Am. Chem. Soc. 889 (1936).

Tarrant, et al., *Free Radical Additions Involving Fluorine Compounds. IV. The Addition of Dibromodifluoromethane to Some Fluoroolefins,* 77 J. Am. Chem. Soc. 2783 (1955)

**2**

report the fluorination of compounds of the type $CF_2BrCH_2CHFBr$ with hydrogen fluoride (HF) in the presence of a Sb(V) salt catalyst, such as $SbCl_5$ and $TaF_5$. However, this method produced only a 14% yield of $CF_3CH_2CHFBr$ at 125° C., and only a modest improvement in yield at 170° C. Even at elevated temperatures, no HFC-245fa was produced.

## DESCRIPTION OF THE INVENTION

We have discovered that the drawbacks associated with the prior art processes for manufacturing 1,1,1,3,3-pentafluoropropane or 245fa can be eliminated by the process of our invention. That is, we have discovered an efficient and economical means of manufacturing HFC-245fa on a commercial scale, which uses readily available raw materials and which produces HFC-245fa in high yield.

The invention relates to a process for manufacturing 1,1,1,3,3-pentafluoropropane comprising:

1) reacting a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

2) optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The organic starting materials corresponding to the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$, wherein w=0 or 1, and y=0–3, include $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$. The preferred starting material is $CCl_3CH_2CHCl_2$.

These materials are not commercially available. However, they may be prepared by any means well-known in the art. See, for example, B. Boutevin, et al., *Monofunctional Vinyl Chloride Telomers. I. Synthesis and Characterization of Vinyl Chloride Telomer Standards,* 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., *Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex,* 44(2) React. Kinet. Catal. Lett. 415 (1991). See also the method disclosed in Examples 1 and 2 below. When $CCl_3CH_2CHCl_2$ is the starting material, it is preferably prepared according to the method provided in Example 1 below. Alternatively, $CCl_3CH_2CHCl_2$ may be prepared by the reduction of $CCl_3CH_2CCl_3$ (see Example 2) as well as by photochlorination of $CCl_3CH_2CH_2Cl$.

Any water in the HF will react with and deactivate the fluorination catalyst. Therefore, substantially anhydrous HF is preferred. By "substantially anhydrous" we mean that the HF contains less than about 0.05 weight % water and preferably contains less than about 0.02 weight % water. However, one of ordinary skill in the art will appreciate that the presence of water in the catalyst can be compensated for by increasing the amount of catalyst used. HF suitable for use in the reaction may be purchased from AlliedSignal Inc. of Morristown, N.J.

Based on reaction stoichiometry, the required mole ratio of HF to organics (i.e., $CF_yCl_{3-y}CH_2F_wCl_{3-w}$) is 5-y-w (or the number of chlorine atoms in the organic starting material) to 1.0. HF is preferably used in an amount from about 1 to about 15 times the stoichiometric amount of HF to organics, and more preferably from about 6 to about 15 times the stoichiometric amount of HF to organics.

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026275

5,574,192

| 3 | 4 |

Fluorination catalysts useful in the process of the invention include: (I.) pentavalent antimony, niobium, arsenic and tantalum halides; (II.) pentavalent antimony, niobium, arsenic and tantalum mixed halides; and (III.) mixtures of pentavalent antimony, niobium, arsenic and tantalum halide catalysts. Examples of catalysts of group (I.) include antimony pentachloride and antimony pentafluoride. Examples of catalysts of group (II.) include $SbCl_2F_3$ and $SbBr2F_3$. Examples of catalysts of group (III.) include a mixture of antimony pentachloride and antimony pentafluoride.

Pentavalent antimony, niobium, arsenic and tantalum halides are commercially available, and mixed halides thereof are created in situ upon reaction with HF. Antimony pentachloride is preferred because of its low cost and availability. Pentavalent antimony mixed halides of the formula $SbCl_nF_{5-n}$ where n is 0 to 5 are more preferred. The fluorination catalysts used in this invention preferably have a purity of at least about 97%. Although the amount of fluorination catalyst used may vary widely, we recommend using from about 5 to about 50%, or preferably from about 10 to about 25% by weight catalyst relative to the organics.

It may be advantageous to periodically regenerate the catalyst due to the dissociation of the pentavalent catalyst over time. This may be accomplished by any means well known in the art. The catalyst may be regenerated, for example, by adding chlorine (in an amount of from about 1 to about 10 mole percent relative to the amount of pentavalent catalyst initially present in the reactor) to the combination stream comprised of organics of the formula $CF_3Cl_{3-}$ $_yCH_2CHF_xCl_{2-x}$, and the recycled stream comprised of under-fluorinated materials and HF. The chlorine, which is continuously added to the process of this invention when operating in a continuous mode (and periodically added when operating in a batch mode), oxidizes the catalyst from the trivalent to the pentavalent state. One of ordinary skill in the art can readily determine without undue experimentation the amount of chlorine to be added in order to optimize the use of the catalyst.

The temperature at which the fluorination reaction is conducted and the period of reaction will depend on the starting material and catalyst used. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results, but the temperature will generally be in the range of from about 50° to about 175° C., and preferably from about 115° to about 155° C., for a period of, for example, from about 1 to about 25 hours, and preferably from about 2 to about 8 hours.

Pressure is not critical. Convenient operating pressures range from about 1500 to about 5000 KPa, and preferably from about 1500 to about 2500 KPa.

The equipment in which the fluorination reaction is conducted is preferably made of corrosion resistant material such as Inconel or Monel.

HFC-245fa may be recovered from the mixture of unreacted starting materials, by-products, and catalyst by any means known in the art, such as distillation and extraction. As illustrated in Example 3, at the end of the heating period, i.e. the amount of time for complete reaction in batch mode operations, the fluorination reaction product and remaining HF may be vented through a valve on the autoclave head, which in turn is connected to an acid scrubber and cold traps to collect the product. Alternatively, unreacted HF and organics may be vented and condensed, and the HF layer recycled to the reactor. The organic layer can then be treated, i.e. washed with an aqueous base, to remove dissolved HF and distilled. This isolation procedure is particularly useful

for a continuous fluorination process. Under-fluorinated materials, such as $CF_3CH_2CHFCl$, may be recycled in subsequent runs.

In another embodiment, the invention relates to a process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

1. reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$;

2. reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst under conditions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$; and

3. optionally recovering a compound of the formula $CF_3CH_2CF_2H$.

The telomerization of vinyl chloride by reaction with carbon tetrachloride to produce $CCl_3CH_2CHCl_2$ is known in the art. See, for example, B. Boutevin, et al., *Monofunctional Vinyl Chloride Telomers*. I. *Synthesis and Characterization of Vinyl Chloride Telomer Standards*, 18 Eur. Polym. J. 675 (1982) in 97 Chemical Abstracts 182966c (1982); and Kotora, et al., *Selective Additions of Polyhalogenated Compounds to Chloro Substituted Ethenes Catalyzed by a Copper Complex*, 44(2) React. Kinet. Catal. Lett. 415 (1991).

The starting materials for the telomerization reaction, i.e. carbon tetrachloride and vinyl chloride, are available from commercial sources. The molar ratio of $CCl_4$ to vinyl chloride is about 0.5:10, preferably about 1:8 (in order to minimize the formation of higher telomers), and most preferably about 1:5.

The telomerization of vinyl chloride can be initiated by any commercially available catalyst known in the art to be useful in initiating and catalyzing the telomerization of carbon tetrachloride and vinyl chloride. Suitable catalysts include, but are not limited to, organic peroxides, metallic salts, and metal carbonyls. Copper and iron salt catalysts, such as cuprous chloride (CuCl), cuprous iodide (CUI), and iron chloride (FeCl$_2$), are preferred. The amount of catalyst used in the telomerization reaction is at least about 0.1 to about 50 mmol, and preferably about 1 to about 20 mmol per mole of organics (i.e., $CCl_3CH_2CHCl_2$).

An amine co-catalyst, such as an alkanol amine, alkyl amine, and aromatic amine, may optionally be used in order to allow for the use of milder conditions in the telomerization process. Examples of suitable amine co-catalysts include ethanol amine, butyl amine, propyl amine, benzylamine, and pyridine. 2-propylamine is the most preferred co-catalyst. Such co-catalysts are commercially available. When a co-catalyst is used, it should be used in an amount from about 1 to about 10 moles per mole of catalyst, i.e., e.g. copper salt.

In order to dissolve the catalyst, a solvent, which is inert to the reactants and the desired product, may be used in the telomerization reaction. Suitable solvents include, but are not limited to, commercially available acetonitrile, dimethylsulfoxide, dimethylformamide, tetrahydrofuran, isopropanol, and tertiary butanol. Acetonitrile is preferred because of ease of handling and stability. The amount of solvent used ranges from about 5 times the amount of catalyst used on a mole basis to about 80 percent of the total volume of the total telomerization reaction mixture (i.e., solvent, catalyst, co-catalyst, carbon tetrachloride, vinyl chloride), and more preferably between about 10 to 50 times the mount of catalyst used on a mole basis.

The temperature at which the telomerization reaction is conducted and the period of reaction will depend on the catalyst selected, the presence of a co-catalyst, and the

ClibPDF - www.fastio.com

HON0026276

5,574,192

| 5 | 6 |

solubility of the catalyst system in the solvent. One of ordinary skill in the art can readily optimize the conditions of the reaction without undue experimentation to get the claimed results but the temperature will generally be in the range of from about 25° to about 225° C., preferably from about 50° to about 150° C. The period of reaction will generally range from about 3 to about 72 hours, preferably from about 10 to about 24 hours.

Pressure is not critical.

Preferably the telomerization reaction is conducted in a conventional apparatus, such as an autoclave made of corrosion resistant materials such as Teflon and glass.

Preferably, the telomerization product is recovered from by-products, solvent, catalyst and co-catalyst prior to the fluorination reaction to substantially eliminate the production of by-products in the fluorination step. The telomerization product may be recovered by any means well known in the art such as distillation and extraction. Optionally, the telomerization product may be further purified by additional distillation.

Due to the toxicity of vinyl chloride, other procedures for preparing $CCl_3CH_2CHCl_2$ may be employed. See Example 2 (reduction of $CCl_3CH_2CCl_3$). Alternatively, $CCl_3CH_2CCl_3$ may be prepared according to the well-known telomerization reaction of vinylidene chloride with carbon tetrachloride.

### EXAMPLE 1

Preparation of $CCl_3CH_2CHCl_2$ from $CCl_4$ and $CH_2=CHCl$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 1 g CuCl, 156.6 g $CCl_4$ and 75 mL acetonitrile. The contents were cooled in an ice bath, and the autoclave was closed and evacuated briefly. 36.7 g of vinyl chloride was then added, and the contents stirred and heated to 135° C. for 16 hours. The volatile materials were removed by distillation at atmospheric pressure. Distillation at 23 mm Hg resulted in 90.0 g (71% yield based on vinyl chloride added) of a colorless liquid. The identity of this liquid was confirmed via proton nuclear magnetic resonance ("NMR") to be $CCl_3CH_2CHCl_2$ (boiling point 72°–74° C. [1]H NMR (CDCl₃): δ6.15 (t, 1H), 3.7 (d, 2H)).

### EXAMPLE 2

Preparation of $CCl_3CH_2CHCl_2$ by reduction of $CCl_3CH_2CCl_3$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 199.9 g $CCl_3CH_2CCl_3$, 199.5 g isopropanol, and 4 g CuI. The autoclave was closed and evacuated briefly. The contents were heated to 120°–125° C. for 16 hours. The volatile materials, including by-product isopropyl chloride, were removed by rotary evaporation, leaving 200 g of residue. Analysis on a Varian gas chromatograph having a packed column ("GC Analysis") indicated $CCl_3CH_2CHCl_2$ and $CCl_3CH_2CCl_3$ in a ratio of about 1:2, respectively. Distillation at 29 mmHg resulted in 107.9 g of starting material (boiling point from about 105° to 107° C.), and 36.9 g (46% yield) of $CCl_3CH_2CHCl_2$ (boiling point from about 85° to 90° C.).

### EXAMPLE 3

Fluorination of $CCl_3CH_2CHCl_2$ with $HF/SbCl_5$

A 600-mL monel autoclave equipped with mechanical stirrer was charged with 8.7 g $SbCl_5$ and cooled to −27° C. The autoclave was then evacuated and charged with 49.8 g of anhydrous HF. The contents were cooled to −40° C., and 44 g $CCl_3CH_2CHCl_2$ was added. The reactor was then connected to a packed column/condenser assembly. The condenser was maintained at −20° C. The reaction mixture was heated to 135° C. over 2.25 hours and maintained at that temperature for an additional 2 hours. During this heating period, the pressure in the autoclave was maintained from about 1965 to 2655 KPa (300–400 psig) by periodically venting pressure (HCl by-product) in excess of 2655 KPa (400 psig). Venting was done from the top of the condenser to a cold aqueous KOH scrubber which was connected to −78° C. cold trap. The reactor was then completely vented to the cold trap. 18.5 g of a colorless liquid were collected. The identity of this liquid was determined by GC analysis to be 84% $CF_3CH_2CHF_2$ (corresponding to a yield of 57%) and 11% $CF_3CH_2CHClF$.

### EXAMPLE 4

Fluorination of $CF_3CH_2CHCl_2$ with $HF/SbF_5$

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 8.2 g $SbF_5$, 41 g HF, and 37 g $CF_3CH_2CHCl_2$. (The $CF_3CH_2CHCl_2$ was obtained via the room temperature photochlorination of commercially available $CF_3CH_2CCl_2Cl$.) This mixture was heated with stirring to about 130°–135° C. for 4.5 hours at a maximum operating pressure of 3450 KPa. 18.1 g (corresponding to a yield of 57%) of a colorless liquid were recovered. GC analysis identified the material as 94% pure HFC-245fa.

### EXAMPLE 5

Fluorination of $CF_3CH_2CHCl_2$ with $HF/SbCl_5$ at 150°–160° C. and Low Operating Pressure

The experiment described in Example 3 was repeated except that $CF_3CH_2CHCl_2$ was used as the starting material. To the apparatus described in Example 3 was charged 9.5 g $SbCl_5$, 47.9 g HF, and 34.6 g $CF_3CH_2CHCl_2$. This mixture was heated with stirring to about 150°–160° C. for 3.5 hours and maintained at that temperature for an additional 2 hours. The maximum operating pressure, controlled by periodic venting of by-product HCl, was 1280 KPa. GC analysis of the crude reaction product indicated that it contained 71% HFC-245fa.

As illustrated by the above-described Examples, HFC-245fa is produced in high yield without the use of high temperatures or pressures and without using large quantities of expensive catalysts.

What is claimed is:

1. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting a compound of the formula:

$$CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$$

wherein w=0 or 1, and y=0–3, with hydrogen fluoride in the presence of a fluorination catalyst under condi-

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026277

5,574,192

7

tions sufficient to produce a compound of the formula $CF_3CH_2CF_2H$.

2. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of pentavalent antimony halide, pentavalent niobium halide, pentavalent arsenic halide, pentavalent tantalum halide; pentavalent antimony mixed halide, pentavalent niobium mixed halide, pentavalent arsenic mixed halide, pentavalent tantalum mixed halide, and mixtures thereof.

3. The process of claim 2 wherein the fluorination catalyst is a pentavalent antimony halide.

4. The process of claim 2 wherein the fluorination catalyst has the formula $SbCl_nF_{5-n}$, where n is 0 to 5.

5. The process of claim 2 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

6. The process of claim 4 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is selected from the group consisting of $CCl_3CH_2CHCl_2$, $CF_3CH_2CHCl_2$, $CFCl_2CH_2CHCl_2$, $CF_2ClCH_2CHCl_2$, $CFCl_2CH_2CHClF$, $CF_2ClCH_2CHFCl$, and $CF_3CH_2CHFCl$.

7. The process of claim 5 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

8. The process of claim 6 wherein said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ is $CCl_3CH_2CHCl_2$.

9. The process of claim 8 wherein said $CCl_3CH_2CHCl_2$ is prepared by: reacting $CCl_4$ and vinyl chloride in the presence of a telomerization catalyst under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$.

10. The process of claim 5 wherein said reaction is conducted at a temperature of from about 50° to about 175° C.

11. The process of claim 10 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

12. The process of claim 9 wherein said reaction is conducted at a temperature of from about 115° to about 155° C.

13. The process of claim 10 wherein said reaction is conducted for a period of from about 1 to about 25 hours.

14. The process of claim 13 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

15. The process of claim 12 wherein said reaction is conducted for a period of from about 2 to about 8 hours.

16. The process of claim 13 wherein the amount of HF used is about 1 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

8

17. The process of claim 16 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

18. The process of claim 15 wherein the amount of HF used is about 6 to about 15 times the stoichiometric amount of HF to said compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$.

19. The process of claim 16 wherein said fluorination catalyst is present in an amount of from about 5 to about 50% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

20. The process of claim 19 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

21. The process of claim 18 wherein said fluorination catalyst is present in an amount of from about 10 to about 25% by weight relative to the amount of compound of the formula $CF_yCl_{3-y}CH_2CHF_wCl_{2-w}$ present.

22. The process of claim 1 further comprising the step of recycling underfluorinated materials.

23. The process of claim 19 further comprising the step of recycling underfluorinated materials.

24. The process of claim 21 further comprising the step of recycling underfluorinated materials.

25. The process of claim 1 wherein the $CF_3CH_2CF_2H$ is recovered.

26. The process of claim 22 wherein the $CF_3CH_2CF_2H$ is recovered.

27. The process of claim 24 wherein the $CF_3CH_2CF_2H$ is recovered.

28. The process of claim 27 wherein said $CF_3CH_2CF_2H$ is recovered by distillation.

29. A process for the manufacture of 1,1,1,3,3-pentafluoropropane which comprises:

a) reacting $CCl_4$ and vinyl chloride under conditions sufficient to produce a compound of the formula $CCl_3CH_2CHCl_2$; and

b) reacting a compound of the formula $CCl_3CH_2CHCl_2$ with hydrogen fluoride in the presence of a fluorination catalyst to produce a compound of the formula $CF_3CH_2CF_2H$.

30. The process of claim 29 wherein said $CCl_3CH_2CHCl_2$ is recovered prior to step b.

31. The process of claim 30 wherein $CF_3CH_2CF_2H$ is recovered.

*  *  *  *  *

Copy provided by USPTO from the PIRS Image Database on 12/05/2006

HON0026278

# EXHIBIT 6



U 1643192

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 03, 2007

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *5,763,706*
ISSUE DATE:  *June 09, 1998*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

P. SWAIN

Certifying Officer

DEPOSITION
EXHIBIT

Aff 203
12/14/07 SW

HON0033117

US005763706A

# United States Patent [19]

## Tung et al.

| [11] | Patent Number: | 5,763,706 |
|---|---|---|
| [45] | Date of Patent: | Jun. 9, 1998 |

[54] **PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE AND 1,1,1,3,3-HEXAFLUOROPROPANE**

[75] Inventors: **Hsueh Sung Tung**, Getzville; **Daniel Chistopher Merkel**, West Seneca, both of N.Y.; **Zenart Joseph Dzladyk**, Lancaster, Canada; **Clayton Herbert Carson**, Clarence Center; **Hang Thanh Pham**, Amherst, both of N.Y.

[73] Assignee: **AlliedSignal Inc.**, Morristown, N.J.

[21] Appl. No.: **675,020**

[22] Filed: **Jul. 3, 1996**

[51] Int. Cl.$^6$ .................................................. C07C 17/08
[52] U.S. Cl. ........................................................ 570/167
[58] Field of Search ........................................ 570/167

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,574,192   11/1996   VanDerPuy et al. .................... 570/167

| 5,616,819 | 4/1997 | Boyce et al. ........................... | 570/167 |
| 5,659,093 | 8/1997 | Takubo et al. ......................... | 570/167 |

FOREIGN PATENT DOCUMENTS

| 684687 | 4/1964 | Canada . |
| WO 95/04022 | 2/1995 | WIPO . |

*Primary Examiner*—Paul F. Shaver
*Attorney, Agent, or Firm*—Jay P. Friedenson

[57] **ABSTRACT**

An integrated manufacturing process for producing HFC-245fa, HFC-236fa or a mixture thereof by reaction of HCC-240fa, HCC-230 or a mixture thereof with HF. HCC-240fa, HCC-230 or a mixture thereof is reacted with hydrogen fluoride in a liquid phase in the presence of a fluorination catalyst. Optionally, produced HCl is removed by distillation. HF present is thereafter recovered by liquid-vapor extraction. Unsaturated compounds are then removed by photochlorination and HFC-245fa, HFC-236fa or a mixture thereof is obtained by distillation.

**27 Claims, 1 Drawing Sheet**

Copy provided by USPTO from the PIRS Image Database on 08/02/2007

HON0033118

**U.S. Patent**          Jun. 9, 1998          5,763,706



FIGURE 1

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 08/02/2007

HON0033119

5,763,706

1

## PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE AND 1,1,1,3,3,3-HEXAFLUOROPROPANE

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to the preparation of hydrofluorocarbons. More particularly, the invention pertains to a method for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa) and 1,1,1,3,3,3-hexafluoropropane (HFC-236fa) or a mixture thereof. Specifically, the invention concerns an integrated manufacturing process for producing HFC-245fa, HFC-236fa or a mixture thereof by the reaction of 1,1,1,3,3-pentachloropropane (HCC-240fa), 1,1,1,3,3,3-hexachloropropane (HCC-230) or a mixture thereof with hydrogen fluoride.

#### 2. Description of the Prior Art

Recently, there has been widespread concern that chlorofluorocarbons might be detrimental to the Earth's ozone layer. As a result, there is a worldwide effort to use halocarbons which contain fewer chlorine substituents. In this regard, 1,1,1,3,3-pentafluoropropane and 1,1,1,3,3,3-hexafluoropropane are hydrofluorocarbons having zero ozone depletion potential, and are being considered as replacements for chlorofluorocarbons in foams, refrigeration and other systems. The production of hydrofluorocarbons, i.e. compounds containing only carbon, hydrogen and fluorine has been the subject of interest to provide environmentally desirable products for use as solvents, foam blowing agents, refrigerants, cleaning agents, aerosol propellants, heat transfer media, dielectrics, fire extinguishing compositions and power cycle working fluids. It is known in the art to produce hydrofluorocarbons (HFCs) by reacting hydrogen fluoride with various hydrochlorocarbon compounds. Such HFC's are not only considered to be much more environmentally advantageous than hydrochlorofluorocarbons (HCFC's) or chlorofluorocarbons (CFC's) because they are non-ozone depleting, but also is they are also non-flammable and non-toxic as compared to the chlorine containing compounds. HFC-245fa itself is well known in the art as described in U.S. Pat. No. 2,942,036, Canadian 684,687, EP 381 986A, JP 02.272,086 and WO 95/04022. HFC-236fa is known from U.S. Pat. No. 5,395,997. All of the foregoing patents are incorporated herein by reference. However, it has been a problem in the art to conduct an economical process for the continuous preparation of HFC-245fa and HFC-236fa. It has now been found that HFC-245fa or HFC-236fa may be continuously and economically produced in an integrated manufacturing process by the reaction of HCC-240fa or HCC-230 with hydrogen fluoride. The HCC-240fa, HCC-230 or mixtures thereof are first reacted in a liquid phase catalytic reaction, HCl is then optionally removed by distillation, HF is recovered, preferably by liquid-vapor or liquid—liquid extraction and then optionally recycled. Unsaturates are thereafter removed by photochlorination and HFC-245fa, HFC-236fa or a mixture thereof is obtained by distillation.

### SUMMARY OF THE INVENTION

The invention provides a process for the preparation of fluoropropanes which comprises

(a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in the presence of a fluorination catalyst;

(b) optionally removing HCl produced by step (a); and

2

(c) recovering HF present after step (b).

Preferably the process comprises the subsequent further steps of

(d) removing unsaturated compounds present after step (c) by photochlorination; and

(e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof from the result of step (d) by distillation.

The invention also comprises a process for the preparation of fluoropropanes which comprises

(a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in a liquid phase in the presence of a fluorination catalyst;

(b) optionally removing HCl produced by step (a) by distillation; and

(c) recovering HF present after step (b) by liquid-vapor or liquid—liquid extraction;

(d) optionally removing unsaturated compounds present after step (c) by photochlorination; and

(e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof from the result of step (d) by distillation.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a schematic view of a reaction sequence according to the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the practice of the present invention, a fluorination catalyst, preferably a liquid phase catalyst is charged to a fluorination reactor prior to heating of the reactor. Useful fluorination catalysts non-exclusively include transition metal halides, Group IVb metal halides and Group Vb metal halides and mixtures thereof. Such non-exclusively include chrome halides, SbCl$_5$, SbCl$_3$, TaCl$_5$, SnCl$_4$, NbCl$_5$, TiCl$_4$, MoCl$_5$ and mixtures thereof. The reactor according to this invention may be any suitable fluorination reaction vessel but it should be constructed from materials which are resistant to the corrosive effects of hydrogen fluoride such as Hastalloy, Inconel, Monel and fluoropolymer-lined vessels. FIG. 1 shows the reaction of HF and HCC-240fa in the production of HFC-245fa, however alternatively, HCC-230 would be substituted for HCC-240 in the production of HFC-236fa or a mixture of HCC-230 and HCC-240 substituted to form a mixture of HFC-245fa and HFC 236fa. As seen in FIG. 1, HCC-240 and HF are simultaneously fed to the reactor. This is done after the reactor reaches the desired temperature. The reactor is run at a preferred temperature ranging from about 60° to about 140° C.; more preferably from about 70° to about 120° C. and most preferably from about 80° to about 110° C. The HF to HCC-240fa or HCC-230 mole ratio preferably ranges from about 4 to about 10; more preferably from about 5 to about 9 and most preferably from about 5.5 to about 8. Reactor pressure is preferably maintained at from about 50 to about 300 psig; more preferably from about 100 to about 275 psig and most preferably from about 125 to about 260 psig. A chlorine feed is optional, but preferred to keep the catalyst active. A chlorine feed is especially advantageous when antimony chloride is used as catalyst. For every pound of SbCl$_5$ catalyst, about 0.06 to about 0.2 lb. of chlorine is fed to the reactor. Chlorine can be charged in either a batch or continuous mode.

ClibPDF - www.fastio.com

HON0033120

5,763,706

3

Optionally. but preferably, a top catalyst stripper is used such that most of the unreacted HF and catalyst is refluxed back to the reactor. The catalyst stripper is a packed pipe equipped with a condenser and this step is conducted by adjusting the temperature of the condenser to a range of from about 20° C. to about 100° C.

The effluent from the catalyst stripper is then optionally. but preferably, fed to an HCl distillation column to remove relatively pure HCl from the reaction mixture exiting the catalyst stripper. The pressure of the HCl column is preferred to match that of the reactor.

The essentially HCl free organic/HF mixture exiting the HCl column is optionally fed to a distillation column (not shown in FIG. 1) to remove heavy reaction products before the resulting mixture enters a sulfuric acid absorber. The pressure of this column is preferably maintained at from about 200 psig or less. more preferably from about 150 psig or less and most preferably from about 100 psig or less. The overhead of the distillation column contains HFC-245fa or HFC-236fa, volatile by-products as impurities and unreacted HF. The bottom cuts of the distillation column contains recyclable and non-recyclable heavies. The recyclable heavies are recycled back to the step (a) reactor. The non-recyclable heavies are disposed of.

The process then performs a step (c) of recovering HF present after step (b). This is preferably conducted by vapor-liquid or liquid—liquid extraction. This is preferably performed with a sulfuric acid absorber followed by a caustic or water scrubber. The mixture of fluorocarbons resulting from step (b) is in admixture with hydrogen fluoride. The HFC and HF may be separated by adding sulfuric acid to the HFC/HF mixture. This forms a phase rich in HFC and phase rich in the hydrogen fluoride and sulfuric acid. Sulfuric acid is preferably added such that the weight ratio of sulfuric acid to hydrogen fluoride ranges from about 1:1 to about 10:1. More preferably the weight ratio ranges from about 1:1 to about 8:1 and most preferably from about 2:1 to about 4:1. Preferably the extraction is conducted at a temperature of from about −20° C. to about 100° C., more preferably from about −10° C. to about 60° C., and most preferably from about 0° C. to about 40° C. The reaction is usually conducted at normal atmospheric pressure, however, higher or lower pressure conditions may be used by those skilled in the art. Pressure is preferably about 100 psig or less; more preferably about 50 psig or less, and most preferably about 20 psig or less.

The sulfuric acid/HF mixture from the sulfuric acid absorber is fed to a HF recovery column (not shown in FIG. 1). The HF and sulfuric acid may then be recycled. That is, the BF may be recirculated to the step (a) starting reactor for the formation of the HFC-245fa or HFC-236fa and the sulfuric acid may be recycled for use in the extraction step(c). The organic portion of the mixture exiting the sulfuric acid absorber is optionally fed into a distillation column (not shown in FIG. 1) to remove light products which are recycled.

Upon adding the sulfuric acid to the mixture of fluorocarbon and HF, two phases form. An upper phase is formed which is rich in organics and a lower phase which is rich in HF/sulfuric acid. By the term "rich" is meant, the phase contains more than 50% of the indicated component in that phase. and preferably more than 80% of the indicated component in that phase. The extraction efficiency of the fluorocarbon can range from about 90% to about 99%. After the separation of the phases, one removes the upper phase rich in the organics from the lower phase rich in the

4

hydrogen fluoride and sulfuric acid. One may optionally repeat the extraction by adding more sulfuric acid. Preferably one thereafter separates the hydrogen fluoride and sulfuric acid from the removed lower phase.

Alternatively the sulfuric acid absorber may be replaced by a HF/water azeotrope absorber. The HF/water azeotrope weight ratio is preferably maintained at about 42% HF and 58% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

The HFC-245fa or HFC-236fa rich stream exiting either the light column or the sulfuric acid absorber is fed to a caustic or water scrubber for removal of acidity. Such a scrubber is well known in the art and conventionally comprises a caustic scrubbing with aqueous NaOH or KOH under conditions sufficient to neutralize residual acidity.

A photochlorination unit is then used to remove unsaturates in the HFC-245fa or HFC-236fa stream. This is done by adding chlorine to the stream to react with unsaturates in the presence of UV light. Photochlorination of unsaturates is itself well known in the art. The mole ratio of $Cl_2$/total unsaturates is preferably about 5 or less, more preferably about 4 or less, and most preferably about 3 or less. Pressure is not critical, although it is preferably operated under atmospheric or subatmospheric pressure. Temperature is preferably about 60° C. or less, more preferably about 40° C. or less and most preferably about 15° C. or less. UV light preferably has a wavelength of less than about 400 nanometers. The mixture is exposed to the UV light for a time and at an energy level sufficient to reduce unsaturates to less than about 500 ppm.

HFC-245fa or HFC-236fa is then recovered in a step (e) by distillation of the intermediate resulting from step (d). Distillation can be a batch or continuous distillation. In the batch mode, one distillation column is sufficient. In a continuous mode, two distillation columns may be required. one to remove light distillates and the other to remove heavies. Pressure of the distillation(s) is preferred to run at about 200 psig or less, more preferably about 150 psig or less and most preferably about 100 psig or less.

The HFC-245fa or HFC-236fa produced has a purity of at least about 99.5%. The reactions of the present invention may be conducted in either a batch or continuous mode of operation, however, continuous operation is preferred.

The following non-limiting examples serve to illustrate the invention.

EXAMPLE 1

400 lbs. of antimony pentachloride catalyst is charged into a 50 gallon reactor. The reactor temperature is raised to 95° C. 605 lbs./day of HCC-240, 332 lbs./day of HF and 36 lbs./day of chlorine are fed to the reactor continuously. The reactor pressure is maintained at about 150 psig. The product stream contains HFC-245fa, HF, HCl and organic by-products including 1,3,3,3-tetrafluoropropene, 1-chloro-3,3,3-trifluoropropene, and 1-chloro-1,3,3,3-tetrafluoropropene. About 504 lbs./day of HCl is removed from the product stream by low temperature distillation. The HCl free product stream is then fed to a sulfuric acid absorber to extract excess HF and to recycle HF back to the reactor. The effluent of the absorber is fed to a caustic scrubber to remove trace amounts of HF. The HF-free product stream is then fed to a photochlorinator. Chlorine is added to remove the unsaturates in the presence of UV light. The excess chlorine is removed by aqueous wash by using caustic and sodium sulfite. The chlorine-free effluent is then dried and fed to a final distillation. The HFC-245fa produced

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 08/02/2007

HON0033121

5,763,706

5

has high quality (99.5% purity) and about 300 lbs./day is produced. The single pass yield is about 80%. The yield with recycle of heavies and lights is greater than 90%.

### EXAMPLE 2

Example 1 is repeated except a distillation column is added after the HCl column and before the sulfuric acid absorber. This column is used to remove the heavies from the crude product stream exiting the HCl column. About 50% of the heavies are recyclable and are recycled back to the reactor. The light product mixture exiting the top of the heavies column is fed back to the sulfuric acid absorber. The HFC-245fa produced is greater than 300 lbs./day.

### EXAMPLE 3

Example 2 is repeated except an additional distillation column is added between the caustic scrubber and the sulfuric acid absorber to remove and recycle light intermediates. The bottoms of this distillation column is fed to the caustic scrubber. The HFC-245fa produced is greater than 300 lbs./day.

### EXAMPLE 4

Example 1 is repeated except a distillation column is added before the photochlorinator and after the caustic scrubber to remove and recycle the light by-products. The bottom of this lights distillation column is fed to the photochlorinator. The HFC-245fa produced is greater than 300 lbs./day.

### EXAMPLE 5

Example 1 is repeated except the sulfuric acid absorber is replaced by HF/water azeotrope absorber. The BF/water azeotrope weight ratio is maintained at about 42% HF and 58% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

### EXAMPLE 6

A 2.5 gallon PTFE-lined reactor is charged with 5 lbs. HF and 1.2 lbs. antimony pentachloride catalyst. 6.2 lbs. of 1,1,1,3,3-hexachloropropane are charged into the reactor. The reactor temperature is brought to 92° C. and pressure is controlled at less than 240 psig. Hourly samples are taken during the batch run. After 7 hours the reaction is complete and the yield of HFC-236fa is approximately 88%.

### EXAMPLE 7

Example 1 is repeated except the organic feed is changed from HCC-240 (1,1,1,3,3-pentachloropropane) to HCC-230 (1,1,1,3,3-hexachloropropane). The reaction is conducted at 95° C. The yield of HFC-236fa is 90%.

What is claimed is:

1. A process for the preparation of fluoropropanes which comprises (a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in the presence of a fluorination catalyst;

(b) optionally removing HCl produced by step (a); and

(c) recovering HF present after step (b).

2. The process of claim 1 further comprising the subsequent steps of: (d) removing unsaturated compounds present after step (c) by photochlorination; and (e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3-hexafluoropropane or a mixture thereof from the result of step (d) by distillation.

6

3. The process of claim 1 wherein step (a) is conducted in a liquid phase.

4. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of transition metal halides, Group IVb metal halides and Group Vb metal halides and mixtures thereof.

5. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of chrome halides, $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, $MoCl_5$ and mixtures thereof.

6. The process of claim 1 wherein step (a) is conducted at a temperature of from about 60° to about 140° C.

7. The process of claim 1 wherein step (a) is conducted at a pressure of from about 50 to about 300 psig.

8. The process of claim 1 wherein chlorine feed to reaction step (a) in an amount sufficient to maintain the catalytic activity of the catalyst.

9. The process of claim 1 wherein the HF to HCC-240fa mole ratio ranges from about 4 to about 10.

10. The process of claim 1 further comprising an additional step after step (a) and before step (b), wherein any unreacted hydrogen fluoride and catalyst in the reaction product resulting from step (a) is removed and recycled to the step (a) reaction.

11. The process of claim 1 wherein step (b) is conducted by distillation.

12. The process of claim 1 further comprising an additional step after step (b) and before step (c), comprising distilling the product resulting from step (b) to produce an overhead of the distillation column comprising 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof, hydrogen fluoride, unsaturated compounds and other impurities.

13. The process of claim 11 wherein the additional distilling step after step (b) and before step (c) is conducted at a pressure of from about 200 psig or less.

14. The process of claim 1 wherein step (c) is conducted by liquid-vapor extraction.

15. The process of claim 13 wherein step (c) is conducted by adding sulfuric acid to the product resulting after step (b) and then separating therefrom a mixture of sulfuric acid and HF from a reaction mass balance comprising 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or a mixture thereof, unsaturated compounds and other impurities.

16. The process of claim 15 comprising the steps of removing residual acids from said reaction mass balance after step (c).

17. The process of claim 16 wherein the step of removing residual acids from said reaction mass balance after step (c) is conducted with a caustic scrubber or a water scrubber.

18. The process of claim 15 further comprising separating sulfuric acid and HF from the mixture of sulfuric acid and HF.

19. The process of claim 18 further comprising recycling HF recovered from step (c) back to step (a).

20. The process of claim 2 wherein step (d) is conducted with chlorine in a mole ratio of $Cl_2$ to total unsaturated compounds about 5 or less.

21. The process of claim 2 wherein the step (e) distillation is conducted at about 200 psig or less.

22. The process of claim 1 wherein 1,1,1,3,3-pentafluoropropane produced.

23. The process of claim 1 wherein 1,1,1,3,3,3-hexafluoropropane produced.

24. The process of claim 1 wherein a mixture of 1,1,1,3,3-pentafluoropropane and 1,1,1,3,3,3-hexafluoropropane is produced.

Copy provided by USPTO from the PIRS Image Database on 08/02/2007

HON0033122

5,763,706

7

25. The process of claim 1 wherein steps (a) through (c) are conducted in a continuous mode.

26. The process of claim 2 wherein steps (a) through (e) are conducted in a continuous mode.

27. A process for the preparation of fluoropropanes which comprises

(a) reacting a compound selected from the group consisting of 1,1,1,3,3-pentachloropropane; 1,1,1,3,3,3-hexachloropropane and mixtures thereof with hydrogen fluoride in a liquid phase in the presence of a fluorination catalyst;

8

(b) optionally removing HCl produced by step (a) by distillation; and

(c) recovering HF present after step (b) by liquid-vapor or liquid—liquid extraction;

(d) optionally removing unsaturated compounds present after step (c) by photochlorination; and

(e) recovering 1,1,1,3,3-pentafluoropropane; 1,1,1,3,3,3-hexafluoropropane or mixtures thereof from the result of step (d) by distillation.

* * * * *

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 08/02/2007

HON0033123

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO   : 5,763,706
DATED       : June 9, 1998
INVENTOR(S) : Tung et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, line 39, delete "is".

Column 3, line 19, delete "HIFC-245fa" and substitute therefor -- HFC-245fa --.

Column 3, line 50, delete "BF" and substitute therefor -- HF --.

Column 3, line 65, delete "$^{99}$%" and substitute therefor -- 99% --.

Column 5, line 35, delete "BF/water" and substitute therefor -- HF/water --.

Signed and Sealed this

Eighth Day of February, 2000

Attest:

Q. TODD DICKINSON

Attesting Officer

Commissioner of Patents and Trademarks

Copy provided by USPTO from the PIRS Image Database on 08/02/2007

HON0033124

# EXHIBIT 7



US007214839B2

(12) **United States Patent**     (10) Patent No.:     **US 7,214,839 B2**
Tung et al.     (45) Date of Patent:     **May 8, 2007**

| | | | | | |
|---|---|---|---|---|---|
| (54) | **METHOD OF MAKING HYDROFLUOROCARBONS** | 5,171,901 A | 12/1992 | Gassen et al. ............. | 570/168 |
| | | 5,574,192 A | 11/1996 | VanDerPuy et al. ........ | 570/167 |
| (75) | Inventors: **Hsueh Sung Tung**, Getzville, NY (US); **Chad L. Marks**, Gonzales, LA (US); **Stephen A. Cottrell**, Baton Rouge, LA (US) | 5,710,352 A * | 1/1998 | Tung ............................ | 570/166 |
| | | 5,744,660 A | 4/1998 | Bradley et al. ............ | 570/169 |
| | | 5,763,706 A | 6/1998 | Tung et al. .................. | 570/167 |
| | | 5,763,708 A | 6/1998 | Clemmer et al. ........... | 570/169 |
| (73) | Assignee: **Honeywell International Inc.**, Morristown, NJ (US) | 5,770,779 A * | 6/1998 | Nappa et al. ................ | 570/166 |
| | | 5,877,359 A | 3/1999 | Elsheikh ..................... | 570/160 |
| | | 5,902,912 A * | 5/1999 | Tung et al. .................. | 570/164 |
| (*) | Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 127 days. | 6,187,976 B1 | 2/2001 | Van Der Puy et al. ...... | 570/176 |
| | | 6,362,383 B1 * | 3/2002 | Wilmet et al. .............. | 570/166 |
| | | 6,479,718 B1 | 11/2002 | Elsheikh et al. ............ | 570/167 |
| | | 6,730,817 B1 | 5/2004 | Wilmet et al. .............. | 570/167 |

(21) Appl. No.: **10/444,610**

(22) Filed: **May 23, 2003**

* cited by examiner

(65) **Prior Publication Data**

US 2004/0236160 A1    Nov. 25, 2004

*Primary Examiner*—Sikarl A. Witherspoon
(74) *Attorney, Agent, or Firm*—Colleen D. Szuch

(51) **Int. Cl.**
*C07C 17/00*    (2006.01)

(52) **U.S. Cl.** ...................... **570/163**; 570/164; 570/166; 570/167; 570/168; 570/169; 570/170

(58) **Field of Classification Search** ............... 570/163, 570/164, 166, 167, 168, 169, 170
See application file for complete search history.

(57)    **ABSTRACT**

A manufacturing process for making hydrofluorocarbons (HFCs), by reacting a hydrochlorocarbon and HF in a liquid phase catalytic reactor using a large mole ratio of HF to hydrochlorocarbon to minimize formation of high boiling by-products and improve HF consumption and hydrofluorocarbon yields.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

2,942,036 A    6/1960    Smith et al. ................. 260/653

**30 Claims, No Drawings**

S0023818

US 7,214,839 B2

1

# METHOD OF MAKING HYDROFLUOROCARBONS

## BACKGROUND OF THE INVENTION

The present invention relates to the preparation of hydrofluorocarbons (HFC's). More particularly, the invention pertains to a method for the preparation of difluoromethane (HFC-32), 1,1,1-trifluoroethane (HFC-143a), 1,1,1,3,3-pentafluoropropane (HFC-245fa), 1,1,1,3,3,3-hexfluoropropane (HFC-236fa), 1,1,1,3,3-pentafluorobutane (HFC-365mfc) by reacting the corresponding hydrochlorocarbon feedstocks and HF in a liquid phase catalytic reactor using a large mole ratio of HF to hydrochlorocarbon to minimize formation of high boiling by-products and improve HF consumption and hydrofluorocarbon yields.

In recent years there has been widespread concern that chlorofluorocarbons might be detrimental to the Earth's ozone layer. As a result, there is a worldwide effort to use halocarbons which contain fewer chlorine substituents. In this regard, 1,1,1,3,3-pentafluoropropane and other HFC's have zero ozone depletion potential, and are being considered as a replacement for chlorofluorocarbons in many applications. The production of hydrofluorocarbons, i.e. compounds containing only carbon, hydrogen and fluorine has been the subject of interest to provide environmentally desirable products for use as solvents, foam blowing agents, refrigerants, cleaning agents, aerosol propellants, heat transfer media, dielectrics, fire extinguishing compositions and power cycle working fluids. It is known in the art to produce hydrofluorocarbons by reacting hydrogen fluoride with various hydrochlorocarbon compounds. Such HFC's are not only considered to be much more environmentally advantageous than hydrochlorofluorocarbons (HCFC's) or chlorofluorocarbons (CFC's) because they are non-ozone depleting, but also is they are also non-flammable and non-toxic as compared to the chlorine containing compounds. Hydrofluorocarbons are themselves well known. For example, HFC-245fa itself is well known in the art as described in U.S. Pat. No. 2,942,036, which is incorporated herein by reference. It has been a problem in the art to conduct an economical process for the continuous preparation of hydrofluorocarbons. One such process has been disclosed in U.S. Pat. No. 5,763,706, which is incorporated herein by reference. This reference shows reacting 1,1,1,3,3-pentachloropropane (HCC-240fa) and 1,1,1,3,3-hexachloropropane (HCC-230fa) with hydrogen fluoride in the presence of a fluorination catalyst, however, this process employs a relatively low molar ratio of hydrogen fluoride to HCC-240fa or HCC-230fa. This technique produces a disadvantageously large amounts of high boiling point by-products and a lower than desired catalyst life. It has now been found that by the use of a large HF to hydrochlorocarbon (organic feed) ratio, of at least about 15:1 in the liquid phase, the reaction can reduce high boiling point by-product formation and also prolong catalyst life. This is opposed to the prior art teaching to use organic-rich, HF-lean conditions.

It has now been found that hydrofluorocarbons, such as HFC-32, HFC-143a, HFC-245fa, HFC-236fa, HFC-365mfc, but not limited thereto, may be continuously and economically produced in an integrated manufacturing process by the reaction of hydrochlorocarbons with a high mole ratio of hydrogen fluoride. The hydrochlorocarbon and HF are first reacted, in either the liquid or vapor phase, but preferably in a liquid phase catalytic reaction, and a portion of the excess amounts of HF is optionally recycled back to the reactor

2

such as by using a recycle column. HCl is then optionally removed by distillation, additional HF is recovered, such as by liquid-vapor or liquid-liquid extraction and then optionally recycled. Unsaturates are thereafter removed by photochlorination and hydrofluorocarbons are obtained by distillation.

## DESCRIPTION OF THE INVENTION

The invention provides a process for the preparation of a hydrofluorocarbon which comprises

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) optionally removing any HCl produced by step (a); and

(d) recovering at least one hydrofluorocarbon.

The invention also provides a process for the preparation of a hydrofluorocarbon which comprises (a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, and wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) optionally removing any HCl produced by step (a);

(d) optionally recovering any additional unreacted HF present after step (c) by liquid-vapor or liquid-liquid extraction;

(e) optionally removing unsaturated compounds present after step (d) by photochlorination; and

(f) recovering at least one hydrofluorocarbon from the result of step (e) by distillation.

Useful hydrochlorocarbons for this invention non-exclusively include methylene chloride ($CH_2Cl_2$), for the production of difluoroethane $CH_2F_2$ (HFC-32); 1,1,1-trichloroethane (HCC-140a) for the production of 1,1,1-trifluoroethane (HFC-143a); 1,1,1,3,3-pentachloropropane (HCC-240fa) for the production of 1,1,1,3,3,-pentafluoropropane (HFC-245fa); 1,1,1,3,3,3-hexachloropropane (HCC-230fa) for the production of 1,1,1,3,3,3-hexafluoropropane (HFC-236fa); 1,1,1,3,3-pentachlorobutane (HCC-360jfa) for the production of 1,1,1,3,3-pentafluorobutane (HFC-365mfc) and combinations thereof. 1,1,1,3,3-pentachloropropane (HCC-240fa) can also be used for the production of 1-chloro,3,3-3-trifluoropropene (HCFC-1233zd) and 1,3,3,3-tetrafluoropropene (HFC-1234ze). Perchloroethylene can be used to produce 1,1,1,3,3-pentafluoroethane (HFC-125).

In the practice of the present invention, a fluorination catalyst, preferably a liquid phase catalyst is charged to a fluorination reactor prior to heating of the reactor. Useful fluorination catalysts non-exclusively include transition metal halides and oxides, Group IVb metal halides and Group Vb metal halides and mixtures thereof. Such catalysts non-exclusively include fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of $SbCl_5$, $SbCl_3$, $TaCl_5$, $SnCl_4$, $NbCl_5$, $TiCl_4$, or $MoCl_5$ and combinations thereof. The reactor according to this invention may be any suitable fluorination reaction vessel but are preferably constructed from materials which are resistant to the corrosive effects of hydrogen fluoride such as Hastalloy, Inconel, Monel and fluoropolymer-lined vessels. At least one hydrochlorocarbon and HF are simultaneously fed to the reactor after the reactor reaches the desired temperature. An impor-

S0023819

US 7,214,839 B2

3

tant feature of the invention is that the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

In a preferred embodiment, the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1 and in a more preferred embodiment, the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 20:1 to about 30:1. The reactor is run at a preferred temperature ranging from about 60° C. to about 180° C.; more preferably from about 70° C. to about 150° C. and most preferably from about 80° C. to about 120° C. Reactor pressure is usually maintained at a pressure of from about 20 to about 400 psig, preferably from about 50 to about 300 psig; more preferably from about 100 to about 275 psig and most preferably from about 125 to about 260 psig. A chlorine feed is optional, but preferred to keep the catalyst active. A chlorine feed is especially advantageous when antimony chloride is used as catalyst. For every pound of catalysts, such as SbCl₅ catalyst, about 0.002 to about 0.2 lb per hour of chlorine is fed to the reactor. Chlorine can be charged in either a batch or continuous mode.

Optionally, but preferably, a top catalyst stripper is used such that most of the unreacted HF and catalyst is refluxed back to the reactor. The catalyst stripper is equipped with a distillation column and a condenser and this step is conducted by adjusting the temperature of the condenser to a range of from about 20° C. to about 200° C. The effluent from the catalyst stripper is optionally, but preferably fed to a recycle column to recycle a portion of the excess amounts of HF. The pressure of the recycle column is preferred to match that of the reactor.

The effluent from the recycle column is then optionally, but preferably, fed to an HCl distillation column to remove relatively pure HCl from the reaction mixture exiting the recycle column. The pressure of the HCl column is preferred to match that of the recycle column. In another embodiment, unreacted HF can be recovered at this point in the process and with optional recycling of recovered hydrogen fluoride back to the reactor in step (a).

The essentially HCl free organic/HF mixture exiting the HCl column is optionally fed to HF recovery unit. The mixture of fluorocarbons resulting from step (c) is in admixture with hydrogen fluoride. The hydrofluorocarbon and HF may be separated by extracting the HF/hydrofluorocarbon mixture with sulfuric acid. This forms a phase rich in HFC and a phase rich in the hydrogen fluoride and sulfuric acid. Sulfuric acid is preferably added such that the weight ratio of sulfuric acid to hydrogen fluoride ranges from about 1:1 to about 25:1. More preferably the weight ratio ranges from about 1:1 to about 20:1 and most preferably from about 2:1 to about 15:1. Preferably the extraction is conducted at a temperature of from about −20° C. to about 100° C., more preferably from about −10° C. to about 80° C., and most preferably from about 0° C. to about 60° C. The extraction is usually conducted at normal atmospheric pressure, however, higher or lower pressure conditions may be used by those skilled in the art. Pressure is preferably about 100 psig or less; more preferably about 50 psig or less, and most preferably about 20 psig or less.

The sulfuric acid/HF mixture from the sulfuric acid absorber is fed to a HF recovery column. The HF and sulfuric acid may then be recycled. That is, the HF may be recirculated to the step (a) starting reaction for the formation of the hydrofluorocarbon, such as HFC-32, HFC-143a, HFC-245fa, HFC-236fa, or HFC-365mfc, and the sulfuric acid may be recycled for use in the extraction step. The

4

organic portion of the mixture exiting the sulfuric acid absorber is optionally fed into a distillation column.

The distillation column is used to remove heavy reaction products. The pressure of this column is preferably maintained at from about 200 psig or less, more preferably from about 150 psig or less and most preferably from about 100 psig or less. The overhead of the distillation column contains hydrofluorocarbon, volatile by-products as impurities and some unreacted HF. The bottom cuts of the distillation column contains recyclable heavies and non-recyclable heavies. The recyclable heavies are recycled back to the step (a) reactor. The non-recyclable heavies are disposed of.

Alternatively the sulfuric acid absorber may be replaced by a HF/water absorber. The HF/water azeotrope weight ratio is preferably maintained at about 30% HF and 70% water. HF is extracted and recycled back to the reactor in the same manner as in the sulfuric acid.

The hydrofluorocarbon-rich stream exiting either the distillation column or the sulfuric acid absorber is fed to a caustic or water scrubber for removal of acidity. Such a scrubber is well known in the art and conventionally comprises a caustic scrubbing with aqueous NaOH or KOH under conditions sufficient to neutralize residual acidity.

A photochlorination unit is then used to remove unsaturates in the hydrofluorocarbon, e.g. HFC-32, HFC-143a, HFC-245fa, HFC-236fa, or HFC-365mfc, stream. This is done by adding chlorine to the stream to react with unsaturates in the presence of UV light. Photochlorination of unsaturates is itself well known in the art. The mole ratio of Cl₂/total unsaturates is preferably about 5 or less, more preferably about 4 or less, and most preferably about 3 or less. Pressure is not critical, although it is preferably operated under atmospheric or subatmospheric pressure. Temperature is preferably about 60° C. or less, more preferably about 40° C. or less and most preferably about 25° C. or less. UV light preferably has a wavelength of less than about 400 nanometers. The mixture is exposed to the UV light for a time and at an energy level sufficient to reduce unsaturates to less than about 500 ppm. The acidity of the resulting stream was removed once again using water and/or caustic scrubbers.

Hydrofluorocarbons may then be recovered in a step by distillation of the resulting crude product stream. Distillation can be a batch or continuous distillation. In the batch mode, one distillation column is sufficient. In a continuous mode, two distillation columns may be required, one to remove light distillates and the other to remove heavies. Pressure of the distillation(s) is preferred to run at about 200 psig or less, more preferably about 150 psig or less and most preferably about 100 psig or less.

The hydrofluorocarbon, i.e. HFC-32, HFC-143a, HFC-245fa, HFC-236fa, HFC-365mfc, but not limited thereto, produced has a purity of at least about 99.5%. The reactions of the present invention may be conducted in either a batch or continuous mode of operation, however, continuous operation is preferred.

The following non-limiting examples serve to illustrate the invention.

EXAMPLE 1

About 400 lbs antimony pentachloride catalyst were charged into a 50 gallon reactor. About 80 lbs of anhydrous HF were added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 300 lbs/day of methylene chloride (CH₂Cl₂), 141 lbs/day of fresh HF, 917 lbs/day of recycled/recovered HF

S0023820

US 7,214,839 B2

5

and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to methylene chloride ratio is about 15/1. Chlorine was used to keep catalyst active. The reactor pressure is maintained at about 200 psig. About 174 lbs of HFC-32 (99.9% purity) are produced. About 9.5 lbs of by-products are also produced.

### EXAMPLE 2 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 300 lbs/day of methylene chloride (CH$_2$Cl$_2$), 282 lbs/day of fresh HF, no recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to methylene chloride ratio is about 4/1. Chlorine is used to keep catalyst active. The reactor pressure is maintained at about 200 psig. About 156 lbs of HFC-32 (99.9% purity) is produced. About 28 lbs of by-products are also produced.

### EXAMPLE 3

About 400 lbs antimony pentachloride catalyst were charged into a 50 gallon reactor. About 80 lbs of anhydrous HF were added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 400 lbs/day of 1,1,1-trichloroethane (HCC-140a), 180 lbs/day of fresh HF, 719 lbs/day of recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to HCC-140a ratio is about 15/1. Chlorine is used to keep catalyst active. The reactor pressure is maintained at about 150 psig. About 240lbs of HFC-143a (99.9% purity) is produced. About 12 lbs of high boiling point by-products are also produced.

### EXAMPLE 4 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 400 lbs/day of 1,1,1-trichloroethane (HCC-140a), 300 lbs/day of fresh HF, no recycled/recovered HF and 20 lbs/day of chlorine are fed to the reactor continuously. The HF to HCC-140a ratio was about 5/1. Chlorine was used to keep catalyst active. The reactor pressure is maintained at about 150 psig. About 214 lbs of HFC-143a (99.9% purity) are produced. About 38 lbs of high boiling point by-products are also produced.

### EXAMPLE 5

About 400 lbs antimony pentachloride catalyst was charged into a 50 gallon reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day of HCC-240fa, 280 lbs/day of fresh HF, 684 lbs/day of recycled/recovered HF and 20 lbs/day of chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 17/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 340 lbs of HFC-245fa (99.9% purity) was produced. About 36.4 lbs of high boiling point by-products were also produced.

6

### EXAMPLE 6

About 400 lbs antimony pentachloride catalyst was charged to a 50 gal reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature was raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day HCC-240fa, 280 lbs/day of fresh HF, 1128 lbs/day of recycled/recovered HF and 20 lbs/day chlorine were fed to the reactor continuously. The HF to HCC-240fa ratio was about 25/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 345 lbs of HFC-245fa (99.9% purity) was produced. About 21 lbs of high boiling point by-products were also produced.

### EXAMPLE 7 COMPARATIVE

About 400 lbs antimony pentachloride catalyst was charged to a 50 gal reactor. About 80 lbs of anhydrous HF was added to the reactor. The reactor temperature is raised to about 95° C. HCl was vented out of the reactor. About 605 lbs/day HCC-240fa, 280 lbs/day of fresh HF, 461 lbs/day of recycled/recovered HF and 20 lbs/day chlorine were fed to the reactor continuously. The HF to HFC-240fa ratio was about 13/1. Chlorine was used to keep catalyst active. The reactor pressure was maintained at about 150 psig. About 320 lbs of HFC-245fa (99.9% purity) was produced. About 50 lbs of high boiling by-products were also produced.

As one can see, the processes of Examples 1, 3, 5 and 6 produce a substantially larger yield of HFC-32, HFC-143a, HFC-245fa and a much lower amount of high boiling point by-products

While the present invention has been particularly shown and described with reference to preferred embodiments, it will be readily appreciated by those of ordinary skill in the art that various changes and modifications may be made without departing from the spirit and scope of the invention. It is intended that the claims be interpreted to cover the disclosed embodiment, those alternatives which have been discussed above and all equivalents thereto.

What is claimed is:

1. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises

(a) reacting at least one hydrochlorocarbon with hydrogen fluoride in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a); and

(e) recovering at least one hydrofluorocarbon.

2. The process of claim 1 wherein the recycling of step (b) is conducted.

3. The process of claim 1 wherein step (d) is conducted by distillation.

4. The process of claim 1 wherein step (a) is conducted in a liquid phase.

5. The process of claim 1 wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane; 1,1,1,3,3-pentachloropropane; perchloroethylene or combinations thereof.

6. The process of claim 1 wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

**S0023821**

US 7,214,839 B2

7

8

7. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of transition metal halides and oxides, Group IVb metal halides, Group Vb metal halides and combinations thereof.

8. The process of claim 1 wherein the fluorination catalyst is selected from the group consisting of fluorinated chrome halides, fluorinated chrome oxides, fluorinated species of SbCl$_5$, SbCl$_3$, TaCl$_5$, SnCl$_4$, NbCl$_5$, TiCl$_4$, MoCl$_5$ and combinations thereof.

9. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 50:1.

10. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 40:1.

11. The process of claim 1 wherein the hydrogen fluoride to hydrochlorocarbon mole ratio ranges from about 15:1 to about 30:1.

12. The process of claim 1 wherein step (a) is conducted at a temperature of from about 60° C. to about 180° C.

13. The process of claim 1 wherein step (a) is conducted at a pressure of from about 20 to about 400 psig.

14. The process of claim 1 which comprises recovering any hydrogen fluoride present after step (b).

15. The process of claim 1 which comprises recovering any hydrogen fluoride present after step (b) and then recycling the recovered hydrogen fluoride to step (a).

16. The process of claim 1 further comprising the subsequent step (e) of removing any unsaturated compounds present after step (e) by photochlorination.

17. The process of claim 1 wherein step (e) comprises recovering hydrofluorocarbon from the result of step (d) by distillation.

18. The process of claim 1 further comprising an additional step after step (d) and before step (e), comprising distilling the product resulting from step (d) to produce an overhead of the distillation column comprising a hydrofluorocarbon, hydrogen fluoride, unsaturated compounds and other impurities.

19. The process of claim 18 wherein the additional distilling step after step (d) and before step (e) is conducted at a pressure of about 200 psig or less.

20. The process of claim 1 wherein step (e) is conducted by liquid-vapor extraction.

21. The process of claim 1 wherein step (e) is conducted by extracting the HF/hydrofluorocarbon stream with sulfuric acid to the product resulting after step (d) and then separat-

ing therefrom a mixture of sulfuric acid and HF from a reaction mass balance comprising hydrofluorocarbon, unsaturated compounds and other impurities.

22. The process of claim 21 comprising the step of removing residual acids from said reaction mass balance after step (e).

23. The process of claim 22 wherein the step of removing residual acids from said reaction mass balance after step (e) is conducted with a caustic scrubber or a water scrubber.

24. The process of claim 21 further comprising separating sulfuric acid and HF from the mixture of sulfuric acid and HF.

25. A continuous, integrated manufacturing process for the preparation of a hydrofluorocarbon which comprises (a) reacting at least one hydrochlorocarbon with hydrogen fluoride, in the presence of a fluorination catalyst, wherein the hydrogen fluoride to hydrochlorocarbon mole ratio is at least about 15:1;

(b) optionally recycling a portion of any unreacted HF back to step (a);

(c) continuously adding sufficient chlorine to keep the activity of the fluorination catalyst;

(d) removing any HCl produced by step (a);

(e) optionally recovering any additional unreacted HF present after step (d) by liquid-vapor or liquid-liquid extraction;

(f) optionally removing unsaturated compounds present after step (e) by photochlorination; and

(g) recovering at least one hydrofluorocarbon from the result of step (f) by distillation.

26. The process of claim 25 wherein the recycling of step (b) is conducted.

27. The process of claim 25 wherein step (d) is conducted by distillation.

28. The process of claim 25 wherein step (a) is conducted in a liquid phase.

29. The process of claim 25 wherein the hydrochlorocarbon comprises methylene chloride; 1,1,1-trichloroethane; 1,1,1,3,3-pentachloropropane; 1,1,1,3,3-hexachloropropane; 1,1,1,3,3-pentachlorobutane and combinations thereof.

30. The process of claim 25 wherein the hydrochlorocarbon comprises 1,1,1,3,3-pentachloropropane and wherein the hydrofluorocarbon comprises 1,1,1,3,3-pentafluoropropane.

*    *    *    *    *

S0023822

# EXHIBIT 8

## FULLY REDACTED

# EXHIBIT 9

## FULLY REDACTED

# EXHIBIT 10

## FULLY REDACTED

# EXHIBIT 11

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:         Tung et al.
Appl. No.:   10/444,610

U.S. Patent No.:   7,214,839
Filed:         May 23, 2003
Issue Date:    May 8, 2007

For:          METHOD OF MAKING
              HYDROFLUOROCARBONS

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### TRANSMITTAL FOR STATUTORY DISCLAIMER
### UNDER 37 C.F.R. 1.321(b)

Submitted herewith is a disclaimer of the entire term of the above-identified
patent by the assignee pursuant to 37 C.F.R. 1.321(b).

The U.S. Patent and Trademark Office is hereby authorized to charge the fee of
$130.00 under 37 C.F.R. 1.20(d), and any other fees necessary to allow consideration and
entry of the statutory disclaimer, to the assignee's deposit account number 01-1125.

Respectfully submitted,

*Scott D. Jacobson*
Registration No. 42,689
Honeywell International Inc.
101 Columbia Road, Solvay Building
Morristown, NJ  07962

---

CERTIFICATION OF FACSIMILE TRANSMISSION
I hereby certify that this paper is being facsimile transmitted to the U.S. Patent and Trademark Office to
Fax No. (571) 273-8300 on the date shown below.

JULIANNE  HOLLAND                          December 13, 2007
                                           Date

---

HON0033987

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:        Tung et al.
Appl. No.:    10/444,610                        Patent No.: 7,214,839
Filed:        May 23, 2003                      Issue Date: May 8, 2007
For:          METHOD OF MAKING HYDROFLUOROCARBONS

Certificate of Correction Branch
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**DISCLAIMER OF ENTIRE TERM OF PATENT**
**UNDER 35 U.S.C. § 253 AND 37 C.F.R. § 1.321(b)**

Sir:

The assignee of record of U.S. Patent No. 7,214,839 ("the '839 patent"), Honeywell International Inc., hereby disclaims the entire term of the '839 patent to the public.

Honeywell International Inc. was assigned the '839 patent from the inventors in an assignment that was recorded in the United States Patent and Trademark Office on May 23, 2003, at **Reel 014112, Frame 0105.**

This disclaimer is being made because it has come to the assignee's attention that certain incorrect statements were made regarding assignee's U.S. Patent Nos. 5,574,192 ("the '192 patent", also referred to below as "VanDerPuy") and 5,763,706 ("the '706 patent", also referred to below as "Tung, et al") during the prosecution of the application leading to the '839 patent. These statements were made in good faith with no deceptive intent. During proceedings in a case pending in the U.S. District Court in Delaware, the assignee became aware of the incorrect nature of these statements. Accordingly, the assignee wishes to notify the USPTO of these incorrect statements, retract them to correct the public record, and expressly disclaim the entire term of the patent that was issued as a result of them.

A.    Representative statements regarding the '192 patent made during prosecution of the '839 patent

By way of example, in the April 3, 2006 Response to the Second and Final Office Action it was stated:

> To begin, VanDerPuy fails to teach the removal of HCl in a continuous process. The only mention of any HCl removal in VanDerPuy's disclosure is in Example 5, where HCl is *periodically* vented. During such a periodic venting of HCl, the process would be operating in a batch mode. Further, as stated in VanDerPuy in

HON0033988

In re: Tung et al.
Appl. No.: 10/444,610
Filed: May 23, 2003
Page 2

> col. 3, lines 31-35, chlorine is only continuously added while in continuous mode,
> but is *periodically added* when the process is operating in a batch mode. Thus,
> the only embodiment of VanDerPuy where HCl is removed is during a *batch
> mode*, where chlorine is then also added periodically, *not continuously*.
> VanDerPuy's only embodiment including a continuous addition of chlorine would
> not include the removal of HCl, thereby teaching away from Wilmet '817 and the
> present claims. (Emphasis in original).

These same arguments were repeated in assignee's Appeal Brief:

> First, VanDerPuy, et al fails to teach the present step (d), which requires removal
> of *any* HCl produced by a reaction of the present step (a). The only mention of
> any HCl removal in VanDerPuy, et al's disclosure is in Examples 3 and 5 where
> an HCl by-product is *periodically* vented, during the venting of pressure in excess
> of 2655 Kpa. It should be noted that in Example 3 the hydrogen fluoride to
> hydrochlorocarbon mole ratio would be 12.5:1, which is well below the presently
> required ratio at least about 15:1. In addition, during such a periodic venting of
> HCl, the process would be operating in a batch mode. Importantly, in these
> examples, only a periodic venting to relieve pressure is mentioned, rather than a
> required removal of any produced HCl.

>          *                *                *

> VanDerPuy, et al show continuously adding chlorine, but does not show *removing
> any HCl* produced by step (a). (Emphasis in original).

These statements, and others to the same effect, are incorrect. Persons skilled in the art
understand that the '192 patent discloses and enables a process that includes the continuous
removal of HCl as a reaction product. The statements made to the contrary are inaccurate.

B.    <u>Representative statements regarding the '706 patent made during prosecution of the '839
patent</u>

In the November 17, 2005 Amendment, the response stated:

> Although Tung, et al show a chlorine feed, Tung, et al is not properly combinable
> with Wilmet, et al because Tung, et al teach a lower HF:HCC mole ratio of 4-10
> rather than 15 more as presently claimed.

Later, in the April 3, 2006 response, it was stated:

> Furthermore, as previously stated, Tung teaches a HF:HCC mole ratio of 4-10,
> rather than 15:1 or more, as presently claimed. The Examiner asserts that this
> limitation of Tung is not critical. However, there is no teaching anywhere in Tung

HON0033989

In re: Tung et al.
Appl. No.: 10/444,610
Filed: May 23, 2003
Page 3

that offers a motivation for one skilled in the art to look outside this mole ratio of 4-10, to a much higher ratio of 15:1 or more.

The response continued in the later-filed Appeal Brief:

Furthermore, Tung, et al teaches a HF:HCC mole ratio of 4-10, that is 4:1 to 10:1, rather than the presently required ratio of 15:1 in the present claims. The Examiner takes the position that this limitation of Tung, et al is not critical. However, there is *no* teaching anywhere in Tung, et al that offers a motivation for one skilled in the art to look outside this mole ratio of 4-10, much less to the much higher ratio of 15:1 or more. (Emphasis in original).

Assignee notes that these arguments regarding the '706 patent are incorrect and were mistaken. The following Examiner's response to the statement in the November 17, 2005 Amendment was correct (Response by Examiner, dated 1-12-2006):

Regarding Tung et al, the examiner finds the molar ratio of HF to hydrochlorocarbon immaterial with regard to the compatibility of the two references. Tung et al state that the *preferred* ratio is from 4 to about 10, however, a person of ordinary skill would recognize that that limitation is not critical given the disclosure of Tung et al. (Emphasis in original).

The assignee also notes that the disclosure and many of the claims of the '706 are not limited to the preferred mole ratio referenced in the '706 patent specification.

C.    Representative statements comparing the '192 patent with the '817 patent made during prosecution of the '839 patent

Misstatements regarding comparisons between the '192 patent and the '817 patent were also made, e.g.:

VanDerPuy, et al show continuously adding chlorine, but does not show removing any HCl produced by step (a). It is therefore submitted that one skilled in the art would not have combined VanDerPuy, et al with Wilmet, et al '817 in an effort to devise a continuous process with a continuous addition of chlorine and a removal of any HCl formed. One skilled in the art would not have any selection criteria at hand to combine the features of Wilmet et al and VanDerPuy, et al to hypothetically form the instant invention. The processes of Wilmet, et al and VanDerPuy, et al are simply incompatible with each other such that they are not combinable due to conflicting process requirements. (Substitute Appeal Brief 09-22-06).

These statements regarding the '192 and '817 patents are inaccurate in that persons skilled in the art understand that the '192 patent discloses the continuous removal of HCl as a reaction product and as a continuous process.

HON0033990

In re: Tung et al.
Appl. No.: 10/444,610
Filed:  May 23, 2003
Page 4

     Accordingly, the assignee hereby disclaims to the public the entire term of U.S. Patent No. 7,214,839 pursuant to 35 U.S.C. § 253 and 37 C.F.R. § 1.321(b).

Respectfully submitted,

Scott D. Jacobson
Registration No. 42,689
Honeywell International Inc.
101 Columbia Road, Solvay Building
Morristown, NJ  07962
Tel. (973) 455-2013

---

**CERTIFICATION OF FACSIMILE TRANSMISSION**

I hereby certify that this paper is being facsimile transmitted to the U.S. Patent and Trademark Office to Fax No. (571) 273-8300 on the date shown below.

JULIANNE HOLLAND

December 13, 2007
Date

---

HON0033991

# EXHIBIT 12

## FULLY REDACTED

# EXHIBIT 13

Intentionally Left Blank

EXHIBIT 14

Intentionally Left Blank

# EXHIBIT 15



US006730817B1

(12) **United States Patent**
Wilmet et al.

(10) Patent No.:     **US 6,730,817 B1**
(45) Date of Patent:     **May 4, 2004**

(54) **METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE**

(75) Inventors: **Vincent Wilmet**, Wavre (BE); **Francine Janssens**, Vilvoorde (BE); **Jean-Paul Schoebrechts**, Grez-Doiceau (BE)

(73) Assignee: **Solvay (Societe Anonyme)** (BE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/051,746**

(22) PCT Filed: **Oct. 4, 1996**

(86) PCT No.: **PCT/EP96/04315**

§ 371 (c)(1),
(2), (4) Date: **Jun. 8, 1998**

(87) PCT Pub. No.: **WO97/15540**

PCT Pub. Date: **May 1, 1997**

(30)     **Foreign Application Priority Data**

Oct. 23, 1995   (FR) ............................................. 95 12558

(51) Int. Cl.[7] ......................... C07C 17/00; C07C 17/08; C07C 19/08; C07C 17/266; C07C 21/18

(52) U.S. Cl. ................................. 570/167; 570/172

(58) Field of Search ................................. 570/167, 172

(56)     **References Cited**

U.S. PATENT DOCUMENTS

3,862,978 A * 1/1975 Decker et al. .............. 570/172

5,395,997 A * 3/1995 Van Der Puy et al. ..... 570/167
5,574,192 A  11/1996 VanDerPuy et al.

FOREIGN PATENT DOCUMENTS

| AU | 32843/95 | 4/1996 |
| EP | 0 522 639 | 1/1993 |
| EP | 0 611 744 | 8/1994 |
| EP | 0 703 205 | 3/1996 |
| EP | 0 729 932 | 9/1996 |
| WO | WO95/04021 | 2/1995 |
| WO | WO95/04022 | 2/1995 |
| WO | WO95/05353 | 2/1995 |
| WO | WO96/01797 | 1/1996 |

OTHER PUBLICATIONS

Kotora, Martin et al., "Addition of tetrachloromethane to halogenated ethenes catalyzed by transition metal complexes", *Journal of Molecular Catalysis*, vol. 77, pp. 51–60 (1992).

* cited by examiner

*Primary Examiner*—Johann Richter
*Assistant Examiner*—Elvis O. Price
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz LLP

(57)     **ABSTRACT**

1,1,1,3,3-Pentafluoropropane is produced by reaction between 1,1,1,3,3-pentachloropropane and hydrogen fluoride in the presence of a hydrofluorination catalyst. The 1,1,1,3,3-pentachloropropane may advantageously be obtained by reaction between vinyl chloride and tetrachloromethane in the presence of a telomerization catalyst and of a nitrile.

**22 Claims, No Drawings**



DEPOSITION EXHIBIT
29
Defendant

HON0012183

US 6,730,817 B1

1

## METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE

The present invention relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane (HFC-245fa). It also relates more particularly to a process for the preparation of 1,1,1,3,3-pentafluoropropane from 1,1,1,3,3-pentachloropropane.

1,1,1,3,3-Pentafluoropropane is a possible substitute for wholly or partially halogenated chlorofluoro hydrocarbons (CFCs and HCFCs) suspected of having a detrimental effect on the ozone layer. In particular, it is found to be especially advantageous as a blowing agent for the preparation of expanded polymeric materials.

In application WO 95/05353 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1-dichloro-2,2,2-tri-fluoroethane (HCFC-123) and dichlorodifluoromethane (CFC-12), followed by hydrogenation of the 1,1,1,3,3-pentafluoroprop-2-ene obtained. The yield of the first stage of this known process (synthesis of the 1,1,1,3,3-pentafluoroprop-2-ene intermediate) is, however, very low.

In application WO 95/04022 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by a three-stage process consisting, in a first stage, in the preparation of 1,1,1, 3,3,3-hexachloropropane by reaction between tetrachloromethane and vinylidene chloride, in a second stage in the conversion of the hexachloropropane obtained to 1,1,1,3,3-pentafluoro-3-chloropropane by reaction with hydrogen fluoride and, in a third stage, in the reduction of the pentafluorochloropropane obtained to 1,1,1,3,3-pentafluoropropane by reaction with hydrogen. This process has the disadvantage of giving rise to large quantities of 1,1,1,3,3,3-hexafluoropropane during the second stage.

In application EP-A-611744 it has been proposed to prepare 1,1,1,3,3-pentafluoropropane by reaction between 1,1,1,3,3-pentafluoro-2,3-dichloropropane and hydrogen. The 1,1,1,3,3-pentafluoro-2,3-dichloropropane employed as raw material in this known process is not, however, a common product and cannot be easily prepared.

The objective of the present invention is to provide a process for the preparation of 1,1,1,3,3-pentafluoropropane which does not exhibit the disadvantages of the abovementioned known processes, which uses reactants that are commonly or easily accessible and which has a high yield, thus meeting industrial economic requirements.

The invention consequently relates to a process for the preparation of 1,1,1,3,3-pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

In the process according to the invention the hydrofluorination catalyst is advantageously chosen from the derivatives of metals of groups 3, 4, 5, 13, 14 and 15 of the Periodic Table of the elements (IUPAC 1988) and their mixtures (groups of the Periodic Table of the elements which were previously called IIIA, IVa, IVb, Va, Vb and VIb). The derivatives of the metals are intended to mean the hydroxides, oxides and the organic or inorganic salts of these metals, as well as their mixtures. Those particularly adopted are the titanium, tantalum, molybdenum, boron, tin and antimony derivatives. The catalyst is preferably chosen from the derivatives of metals of groups 14 (IVa) and 15 (Va) of the Periodic Table of the elements, and more particularly from tin and antimony derivatives. In the process according to the invention the preferred derivatives of the metals are the salts and these are preferably chosen from the halides and more particularly from chlorides, fluorides and chlorof-

2

luorides. Particularly preferred hydrofluorination catalysts according to the present invention are tin and antimony chlorides, fluorides and chlorofluorides, especially tin tetrachloride and antimony pentachloride. Antimony pentachloride is very particularly recommended.

In the case where the catalyst is selected from metal fluorides and chlorofluorides, these can be obtained from a chloride which is subjected to an at least partial fluorination. This fluorination may, for example, be carried out by means of hydrogen fluoride, before the catalyst is brought into contact with 1,1,1,3,3-pentachloropropane. In an alternative form, it may be carried out in situ, during the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride.

The quantity of catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. It is preferably at least 0.01 mole of catalyst per mole of 1,1,1,3,3-pentachloropropane. In principle there is no upper limit to the quantity of catalyst used. For example, in a process carried out continuously in liquid phase, the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane may reach 1000. In practice, however, at most approximately 5 moles of catalyst are generally employed per mole of 1,1,1,3,3-pentachloropropane. Approximately 1 mole is preferably not exceeded. In a particularly preferred manner, approximately 0.5 moles of catalyst per mole of 1,1,1,3,3-pentachloropropane are generally not exceeded.

The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used is generally at least 5. The work is preferably done with a molar ratio of at least 8. The molar ratio of hydrogen fluoride to the 1,1,1,3,3-pentachloropropane used generally does not exceed 100. In all probability does not exceed 50.

The temperature at which the hydrofluorination is performed is generally at least 50° C. It is preferably at least 80° C. The temperature generally does not exceed 150° C. It preferably does not exceed 130° C. With antimony pentachloride as catalyst good results are obtained at a temperature of 100 to 120° C.

The process according to the invention is preferably carried out in liquid phase. In this case the pressure is chosen so as to keep the reaction mixture in liquid form. The pressure used varies as a function of the temperature of the reaction mixture. It is generally from 2 bar to 40 bar. The work is preferably carried out at a temperature and pressure at which, furthermore, the 1,1,1,3,3-pentafluoropropane produced is at least partially in gaseous form, which enables it to be easily isolated from the reaction mixture.

The process according to the invention may be carried out continuously or noncontinuously. It is to be understood that, in a noncontinuous process, the quantity of catalyst used is expressed in relation to the initial quantity of 1,1,1,3,3-pentachloropropane used and, in a continuous process, in relation to the stationary quantity of 1,1,1,3,3-pentachloropropane present in the liquid phase.

The residence time of the reactants in the reactor must be sufficient for the reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride to take place with an acceptable yield. It can easily be determined as a function of the operating conditions adopted.

The process according to the invention can be carried out in any reactor made of a material that is resistant to the temperature, the pressure and the reactants employed, especially to hydrogen fluoride. It is advantageous to separate the 1,1,1,3,3-pentafluoropropane and the hydrogen chloride from the reaction mixture as they are being formed and to keep in, or return to, the reactor the unconverted reactants,

US 6,730,817 B1

3

as well as the chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane. To this end the process according to the invention is advantageously carried out in a reactor equipped with a device for drawing off a gas stream, this device consisting, for example, of a distillation column and a reflux condenser mounted above the reactor. By means of suitable control, this device makes it possible to draw off in vapour phase the 1,1,1,3,3-pentafluoropropane and hydrogen chloride which are produced while keeping in the reactor, in the liquid state, the unconverted 1,1,1,3,3-pentachloropropane and most of the hydrogen fluoride, as well as, where appropriate, most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

The 1,1,1,3,3-pentachloropropane used in the process according to the invention can advantageously be obtained by reaction of vinyl chloride with tetrachloromethane, as described, for example, by M. Kotora et al., Journal of Molecular Catalysis, (1992), vol. 77, p. 51–60. It is thus possible to obtain 1,1,1,3,3-pentafluoropropane in two stages from easily accessible materials.

In a preferred alternative form the process according to the invention for the preparation of 1,1,1,3,3-pentafluoropropane includes a telomerization stage in which vinyl chloride and tetrachloromethane are reacted in the presence of a telomerization catalyst, so as to obtain 1,1,1,3,3-pentachloropropane, and the subsequent hydrofluorination stage in which the 1,1,1,3,3-pentachloropropane obtained in the telomerization stage is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

The telomerization catalyst may be chosen from the compounds of metals from groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and their mixtures. Compounds of metals of groups 8 and 11 are preferred. Iron and copper compounds are adopted in particular, those of copper being very particularly preferred. Compounds of metals of groups 8 to 11 are intended to mean the organic and inorganic derivatives of these metals and their mixtures. The preferred derivatives are the inorganic salts, the chlorides being particularly preferred. Telomerization catalysts which are particularly preferred according to the present invention are cuprous chloride, cupric chloride and their mixtures. Very good results have been obtained with copper (I) chloride(cuprous chloride).

The quantity of telomerization catalyst used can vary within wide limits. It is generally at least 0.001 mole of catalyst per mole of vinyl chloride. It is preferably at least 0.005 moles of catalyst per mole of vinyl chloride. In a process carried out continuously in liquid phase the molar ratio of the catalyst to vinyl chloride in the reaction mixture can reach 1000. In a process carried out noncontinuously at most approximately 0.5 moles of catalyst are preferably employed, preferably not more than 0.2 moles of catalyst and, in a particularly preferred manner 0.1 mole or less of catalyst per mole of vinyl chloride used.

A cocatalyst can be used in the telomerization stage. Amines can be employed as cocatalyst, preferably in a concentration of 0.1 to 20 moles per mole of telomerization catalyst. Amines which may be mentioned as being usable as cocatalyst in the telomerization stage of the process according to the invention are alkanolamines, alkylamines and aromatic amines, for example ethanolamine, n-butylamine, n-propylamine, isopropylamine, benzylamine and pyridine.

The molar ratio of tetrachloromethane to the vinyl chloride used in the telomerization stage is generally at least 1.5. The work is preferably done with a molar ratio of at least 2. In principle there is no upper limit to the molar ratio of

4

tetrachloromethane to vinyl chloride. For example, in a process carried out continuously in liquid phase, the molar ratio of the stationary quantities of tetrachloromethane and vinyl chloride in the reaction mixture may reach 1000. In a process carried out noncontinuously at most approximately 50 moles, preferably at most 20 moles and, in a particularly preferred manner, at most 10 moles of tetrachloromethane are generally used per mole of vinyl chloride.

The temperature at which the telomerization of vinyl chloride with tetrachloromethane is performed is generally at least 25° C. It is preferably at least 50° C. In general the telomerization temperature does not exceed 200° C. It preferably does not exceed 160° C. With cuprous chloride as catalyst good results have been obtained at a temperature of 100 to 140° C., in particular at a temperature of 110 to 130° C.

The telomerization reaction is generally carried out in liquid phase, advantageously in the presence of a solvent. Solvents that can be employed in the telomerization stage are especially alcohols such as methanol, ethanol, isopropanol and tert-butanol, and nitriles, in particular acetonitrile and propionitrile. Nitriles are preferred. The molar ratio of the solvent to the telomerization catalyst generally does not exceed 1000. Good results have been obtained with a molar ratio of the solvent to the telomerization catalyst of 20 to 400.

In the process according to the invention the presence of a nitrile is particularly advantageous, especially when the telomerization catalyst is a chloride, most especially cuprous chloride. The invention consequently also relates to a process for the preparation of 1,1,1,3,3-pentachloropropane, in which vinyl chloride and tetrachloromethane are reacted in the presence of a chloride of a metal of groups 8 to 11 of the Periodic Table of the elements (IUPAC 1988) and of a nitrile, as defined and in the conditions described above.

The examples hereinafter illustrate the invention without any limitation being implied.

EXAMPLE 1

Preparation of 1,1,1,3,3-pentachloropropane

4.43 moles of acetonitrile, 6.57 moles of tetrachloromethane, 0.11 mole of copper(I) chloride and 2.21 moles of vinyl chloride were introduced into a 1.5 l autoclave lined with a Teflon® fluorocarbon resin, equipped with a mechanical stirrer and a temperature probe. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. for 66 h with continuous stirring. After having reached 8.5 bar the autogenous pressure decreased, reaching 6 bar after 24 hours' reaction and 5.9 bar after 66 hours. The autoclave was then cooled and then the reaction mixture was distilled at reduced pressure. 380 g of 1,1,1,3,3-pentachloropropane were obtained, which represents a yield of 80% relative to the vinyl chloride used.

EXAMPLES 2–3

Preparation of 1,1,1,3,3-pentachloropropane

Acetonitrile (AcN), tetrachloromethane, copper(I) chloride and vinyl chloride (VC) were introduced into the autoclave described in Example 1 in the proportions reported in Table I. The conditions of reaction under autogenous pressure and the results obtained are also presented in Table I.

HON0012185

US 6,730,817 B1

5

TABLE 1

| Example | 2 | 3 |
|---|---|---|
| VC/CCl₄/AcN/CuCl molar ratio | 1/6/2/0.07 | 1/3.1/2.2/0.03 |
| Reaction temperature | 120° C. | 115° C. |
| Reaction period | 36 h | 24 h |
| VC conversion (% of VC used) | 83% | 95% |
| Selectivity for 1,1,1,3,3-pentachloropropane (% of the VC converted transformed into 1,1,1,3,3-pentachloropropane) | 91% | 85% |

EXAMPLE 4

Hydrofluorination of 1,1,1,3,3-pentachloropropane

0.21 moles of 1,1,1,3,3-pentachloropropane, 0.076 moles of antimony pentachloride and 10 moles of hydrogen fluoride were introduced into a 0.5 l autoclave made of Hastelloy B2 stainless steel, equipped with a bladed mechanical stirrer, a temperature probe and a dip pipe enabling liquid phase samples to be taken during the test. The autoclave was then immersed in a thermostated bath maintained at a temperature of 120° C. with continuous stirring for 21 hours. The pressure was controlled at 25 bar. A sample taken after 2 hours' reaction showed that more than 99 mol % of the 1,1,1,3,3-pentachloropropane was already converted, including 66% to 1,1,1,3,3-pentafluoropropane. After 21 hours' reaction virtually all the 1,1,1,3,3-pentachloropropane used was converted, including 92 mol % to 1,1,1,3,3-pentafluoropropane and approximately 6% to intermediate chlorofluoropropanes formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane.

What is claimed is:

1. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating and 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

2. The process of claim 1, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

3. The process of claim 2, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

4. The process of claim 3 wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

5. The process of claim 1 wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

6. The process of claim 1 wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane.

6

7. The process of claim 1, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.

8. The process of claim 7, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

9. The process of claim 7, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

10. The process of claim 7, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

11. The process of claim 7, wherein the catalyst is antimony pentachloride.

12. In a process for the preparation of 1,1,1,3,3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst, the improvement which comprises carrying out the reaction in a reactor equipped with a device for drawing off a gas stream at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein said device is controlled (a) to draw off a gas stream comprising 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

13. The process of claim 12, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.

14. The process of claim 13, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is greater than 0.5.

15. The process of claim 12, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

16. The process of claim 12, wherein the reaction is carried out at a temperature of approximately 50 to 150° C.

17. The process of claim 12, wherein the 1,1,1,3,3-pentachloropropane is prepared by reaction between vinyl chloride and tetrachloromethane.

18. The process of claim 12, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb of the periodic table.

19. The process of claim 18, wherein the hydrofluorination catalyst is a derivative of a metal selected from the group consisting of titanium and tin.

20. The process of claim 18, wherein the pentachloropropane is reacted with hydrogen fluoride in the presence of a hydrofluorination catalyst.

21. The process of claim 18, wherein the hydrofluorination catalyst is selected from the group consisting of tin and antimony chlorides, fluorides and chlorofluorides.

22. The process of claim 18, wherein the catalyst is antimony pentachloride.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,730,817 B1                                     Page 1 of 1
DATED         : May 4, 2004
INVENTOR(S)   : Wilmet et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [*] Notice, should read:
-- Subject to any disclaimer, the term of this patent is extended or
Adjusted under 35 U.S.C. 154(b) by 749 days. --

Signed and Sealed this

Fifteenth Day of June, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

HON0012187

# EXHIBIT 16

## FULLY REDACTED

# EXHIBIT 17

## FULLY REDACTED

# EXHIBIT 18

## FULLY REDACTED

# EXHIBIT 19

## FULLY REDACTED

# EXHIBIT 20

## FULLY REDACTED

# EXHIBIT 21

## FULLY REDACTED

# EXHIBIT 22

## FULLY REDACTED

# EXHIBIT 23

## FULLY REDACTED

# EXHIBIT 24

10F "ec'd PCT/PTO 2 0 APR 1998
09/051746
#50

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

Applicant(s)      : Vincent WILMET et al.        )

Appln. No.        : PCT/EP96/04315              )
                                               )        PRELIMINARY
Filed             : October 4, 1996            )        AMENDMENT
                                               )
National Stage                                 )
    Entry         : concurrently               )
                                               )
For               : METHOD FOR PREPARING       )
                    1,1,1,3,3-PENTAFLUOROPROPANE)
                                               )
Attorney Docket   : SLVAY 3216.01              )
                                                       April 20, 1998

Assistant Commissioner for Patents
Washington, D.C. 20231

Attention: PCT-DO/US

Sir:

    Please amend the above-identified application as follows:

IN THE CLAIMS:

    Cancel all of the claims and substitute therefor:

-- 18.    A  process  for  the  preparation  of  1,1,1,3,3-
pentafluoropropane, according to which 1,1,1,3,3-pentachloropropane
is   reacted   with   hydrogen   fluoride   in   the   presence   of   a
hydrofluorination catalyst.

    19.    The process of Claim 18, wherein the reaction is carried
out continuously in a liquid phase with a molar ratio of the
catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to
1000.

21
20.   The process of Claim 19, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane is maintained greater than 0.5.

22
21.   The process of Claim 19, wherein the reaction is carried out at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and wherein 1,1,1,3,3-pentafluoropropane and hydrogen chloride are drawn off in a gaseous phase as they are being formed.

23.
22.   The process of Claim 19, wherein the hydrofluorination catalyst is chosen from tin and antimony chlorides, fluorides and chlorofluorides.

24.
23.   The process of Claim 19, wherein the catalyst used is antimony pentachloride.

25
24.   The process of Claim 19, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloropropane.

26
25.   The process of Claim 19, wherein the reaction is carried out at a temperature of approximately 50 to 150°C and at a pressure of 2 to 40 bar.

- 2 -        (PCT/EP96/04315)

*Rule 126* *27*

26. The process of Claim 19, wherein the 1,1,1,3,3-pentachloropropane used is prepared by reaction between vinyl chloride and tetrachloromethane.

*A1 Cont'd*

*28*

27. A process for the preparation of 1,1,1,3,3-pentachloropropane usable especially for preparing 1,1,1,3,3-pentafluoropropane, in which vinyl chloride and tetrachloromethane are reacted continuously in the presence of telomerization catalyst chose from copper compounds.

*29*

28. The process of Claim 27, wherein the reaction is operated in a reaction mixture in which the molar ratio of the catalyst to vinyl chloride is maintained from 0.001 to 1000.

*30*

29. The process of Claim 27, wherein the reaction is operated in a reaction mixture in which the molar ratio of tetrachloromethane to vinyl chloride is maintained from 1.5 to 1000.

*31*

30. The process of Claim 27, wherein the telomerization catalyst is an organic copper compound.

*32*

31. The process of Claim 27, wherein the telomerization catalyst is a copper chloride, preferably copper (I) chloride.

- 3 -                          (PCT/EP96/04315)

HON0030609

32.    The process of Claim 27, wherein the telomerization reaction is carried out in the presence of a solvent.

33.    The process of Claim 32, wherein the solvent is a nitrile, preferably acetonitrile or propionitrile.

34.    The process of Claim 27, wherein the telomerization reaction is carried out in the presence of a co-catalyst.

35.    The process of Claim 34, wherein the co-catalyst is an amine. --

R E M A R K S

The claims have been replaced by a set of new claims, all of which are free of multiple claim dependency.

Respectfully submitted,

George H. Spencer
Registration No. 18,038
SPENCER & FRANK
Suite 300 East
1100 New York Avenue, N.W.
Washington, DC 20005-3955
Telephone:  (202) 414-4000
Telefax  :  (202) 414-4040

GHS:ur

- 4 -          (PCT/EP96/04315)

HON0030610

# EXHIBIT 25

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

Vincent WILMET et al.

Serial No.      09/051,746

Filing Date    June 8, 1998

For      METHOD FOR PREPARING
         1, 1, 3, 3-PENTAFLUOROPROPANE)

Group Art Unit:  1621

Examiner:  A. SIEGEL

Attny Dkt:  32232-144124

August 30, 2000

RF    ED

SEP 01 2000

TECH CENTER 1600/2900

#18/C
9/7/00
Zimmin

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

This paper is presented in response to the Office Action of May 31, 2000.

Please amend the application as follows:

## IN THE CLAIMS

Please cancel the claims 19-42 and substitute therefor the following

claims:

-- 43.  In a process for the preparation of 1,1,1,3,3-pentafluoropropane

comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the

presence of a hydrofluorination catalyst, the improvement which comprises carrying

out the reaction at a temperature and under a pressure at which 1,1,1,3,3-

pentafluoropropane is gaseous and isolating and 1,1,1,3,3-pentafluoropropane from

C'

12

HON0030864

the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and

hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane

and hydrogen chloride is being formed.--

-- 44. The process of Claim 43, which comprises conducting the reaction

continuously in a liquid phase and maintaining a molar ratio of the catalyst to

1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000. --

--45. The process of Claim 44, wherein the molar ratio of the catalyst to

1,1,1,3,3-pentachloroproprane is greater than 0.5.--

--46. The process of Claim 43 wherein from 5 to 100 moles of hydrogen

fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.--

--47. The process of Claim 43 wherein the reaction is carried out at a

temperature of approximately 50 to 150° C.--

--48. The process of Claim 43 wherein the 1,1,1,3,3-pentachloroproprane is

prepared by reaction between vinyl chloride and tetrachloromethane.--

--49. The process of Claim 43, wherein the hydrofluorination catalyst is

selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb,

Va, Vb and VIb of the periodic table.--

2

09/051,746

HON0030865

--50.  The process of Claim 49, wherein the hydrofluorination catalyst is a RECEIVED

SEP 01 2008

TECH CENTER 1600/2900

derivative of a metal selected from the group consisting of titanium and tin.--

--51.  The process of Claim 49, wherein the pentachloropropane is reacted

with hydrogen fluoride in the presence of a hydrofluorination catalyst.--

--52.  The process of Claim 49, wherein the hydrofluorination catalyst is

selected from the group consisting of tin and antimony chlorides, fluorides and

chlorofluorides.--

--53.  The process of Claim 49, wherein the catalyst is antimony

pentachloride.--

--54.  In a process for the preparation of 1,1,1,3,3-pentafluoropropane

comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the

presence of a hydrofluorination catalyst, the improvement which comprises carrying

out the reaction in a reactor equipped with a device for drawing off a gas stream at a

temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous

and wherein said device is controlled (a) to draw off a gas stream comprising

1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-

pentafluoropropane and hydrogen chloride is being formed thereby isolating said

1,1,1,3,3-pentafluoropropane from the reaction mixture (b) to keep in the reactor in

3

09/051,746

HON0030866

the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.--

--55. The process of Claim 54, which comprises conducting the reaction continuously in a liquid phase and maintaining a molar ratio of the catalyst to 1,1,1,3,3-pentachloropropane maintained from 0.001 to 1000.  --

--56. The process of Claim 55, wherein the molar ratio of the catalyst to 1,1,1,3,3-pentachloroproprane is greater than 0.5.--

--57. The process of Claim 54, wherein from 5 to 100 moles of hydrogen fluoride are used per mole of 1,1,1,3,3-pentachloroproprane.--

--58. The process of Claim 54, wherein the reaction is carried out at a temperature of approximately 50 to 150º C.--

--59. The process of Claim 54, wherein the 1,1,1,3,3-pentachloroproprane  is prepared by reaction between vinyl chloride and tetrachloromethane.--

--60. The process of Claim 54, wherein the hydrofluorination catalyst is selected from the group consisting of derivatives of metals of Groups IIIa, IVa, IVb, Va, Vb and VIb of the periodic table.--

4

09/051,746

19                 18
--61. The process of Claim 60, wherein the hydrofluorination catalyst is a

derivative of a metal selected from the group consisting of titanium and tin.--

20                 18
--62. The process of Claim 60, wherein the pentachloropropane is reacted

with hydrogen fluoride in the presence of a hydrofluorination catalyst.--

21                 18
--63. The process of Claim 60, wherein the hydrofluorination catalyst is

selected from the group consisting of tin and antimony chlorides, fluorides and

chlorofluorides.--

22                 18
--64. The process of Claim 60, wherein the catalyst is antimony

pentachloride.--

## REMARKS

Reconsideration of the outstanding Office Action is respectfully solicited.

Applicants have canceled certain claims but do not disclaim the subject matter

thereof and reserve the right to file continuation/division application(s) based thereon.

New Claim 43 is based on prior Claim 19. Support for independent Claim 54 appears

at p.3, 1.34-p.4, 1.3. The remaining claims are based on the previously considered

claims. Claims 43-45 correspond to Claims 19-21; Claims 46 et seq are based on

prior claims 46 et seq.

Applicants note the rejection of prior claims under 35 USC 112 second

paragraph. The rejections are moot in view of cancellation of the claims rejected

under 35 USC 112.

5

HON0030868

Applicants respectfully traverse the rejections of claims under 35 USC 103 over Van Der Puy [hereinafter Van Der Puy '997 and Decker, as applied by the USPTO, and also consider the Van Der Puy reference [hereinafter Van Der Puy '192 cited in applicants' most recent Information Disclosure Statement thereafter.] The error in the art rejection is foreshadowed by the fact that the references alone and the references in combination do not describe the recitations in applicants' claims. The references applied by the USPTO do not describe or suggest the claimed subject matter. The references do not describe the reactant or the product of the rejected claims or the conditions.

Decker is completely irrelevant to the pending claims and to Van Der Puy '997. Since Decker reference is irrelevant to the Claims and since the Decker reference does not provide an expression, i.e., a description, to modify the Van Der Puy '997 reference disclosure for any purpose, the combination of the Decker reference with Van Der Puy does not follow logically to the person of ordinary skill who is neither motivated by the descriptions of 'the combination' nor imbued with an expectation of success to achieve the rejected claimed subject matter. Specifically, Decker excludes the possibility of making the 1,1,1,3,3-pentachloropropane.

Van Der Puy '997 is directed to an entirely different process and product from that claimed. Moreover, Van Der Puy '997 is directed to an entirely different process from that described in Decker. The Decker halogenation of olefins is distinct from that synthesis which is described in VanDerPuy '997. VANDERPUY '997 describes synthesis of 1,1,1,3,3,3-hexafluoropropane. Van der Puy relates to the production of hydrofluorocarbons of the formula

$$CF_3(CH_2CF_2)_nF$$

6

09/051,746



HON0030869

where n = 1 to 3. The process of forming the Van Der Puy '997 hydrofluorocarbons comprises reacting at least one reactant selected from $CCl_3(CH_2CCl_2)_nCl$, $CCl_3(CH_2CF_2)_nCl$ or $CCl_2[(CH_2CF_2)Cl]_2$, in the presence of a fluorination catalyst, wherein HF is present in at least stoichiometric amounts per mole of reactant. Van der Puy describes the reaction of vinylidene chloride with carbon tetrachloride to give $CCl_3[(CH_2CCl_2)_nCl$ or carbon tetrachloride with vinylidene fluoride to give $CCl_3(CH_2CF_2)_nCl$ or $CCl_2[(CH_2CF_2)Cl]_2$.

Moreover, the generic formula of Van der Puy '997, at, e.g., column 1, line 13, does not embrace the compounds recited in the claims. Whatever the number of carbon atoms in the Van der Puy generic formula, the number of fluorine atoms in the compounds is an even number, and never an odd number. By comparison, applicants' product contains 5 halogen atoms. Moreover, the reactants described at column 2, lines 17-18, require an even number of halogen atoms -- not an odd number of halogen atoms. There is no description in Van der Puy of how to make a halogenated organic compound with an odd number of halogen atoms.

Thus, not only does Van Der Puy '997 fail to describe the compound of the rejected claims, but also does Decker fails to describe that compound. Decker only describes the possibility of adding up to four halogen atoms to an olefin. By comparison, applicants' claims call for compounds with 5 halogen atoms. Moreover, Decker's formula for products requires a terminal $-C(R)_2-G'$ which means that one terminal carbon atoms can only contain one halogen atom, by virtue of the definition of G'. Decker's compound differs from applicants' compound. With respect to a process, Decker describes the reaction of a symmetrical alkene with a halogenated compound to form a product containing at least two halogen atoms [G and G'] and up

7

09/051,746

HON0030870

to 4 halogen atoms. In the Examples, (1-bromo-3,3,3-trichloro-1-methylpropyl)benzene is produced from bromotrichloromethane and alpha-methyl styrene; 3-bromo-5,5,5-trichlorovaleronitrile is produced with bromotrichloromethane; 2-bromo-3-(trichloromethyl)norbornane is produced from 2-norbornene and bromotrichloromethane; and 1-chloro-2-(trichloromethyl)cyclohexane is produced from cyclohexene and carbon tetrachloride [Examples 1-4]. Carbon tetrachloride was apparently used in the remaining examples.

The USPTO cites the Decker reference for description of the Decker catalyst. The Decker catalyst is not the subject of the applicants' claims. The Decker <u>catalysis</u> is distinctly different from that described in Van Der Puy '997 and from that recited in the rejected claims.

Both independent claims are limited to a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst <u>at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous</u>. It is submitted that in view of this limitation, 1,1,1,3,3-pentafluoropropane which has an atmospheric boiling point of +14° C is not analogous to 1,1,1,3,3,3-hexafluoropropane which has an atmospheric boiling point of -1° C.

Specifically applicants respectfully traverse the rejection of the process claims at issue over VAN DER PUY '997 in view of Decker. In applicants' view, the examiner's rejection of these claims over VAN DER PUY is based on the alleged 'analogy' between 1,1,1,3,3,3-hexachloropropane and 1,1,1,3,3,-**penta**chloropropane; an 'analogy' between vinyl chloride and vinylidene chloride, and an 'analogy' of reactivity 'expected' when using 1,1,1,3,3,-**penta**chloropropane with a catalyst and

8

09/051,746

HON0030871

hydrogen fluoride.  In applicants view, these issues of 'analogy' relate to a determination of the evidence of level of skill in the art, and this determination has been previously discussed.

No motivation is provided by Van Der Puy '997 with Decker to make 1,1,1,3,3-pentafluorpropane or to suggest its use as a blowing agent or propellant, as there is no description of the compound in the applied art.  Absent any motivation derivable from the applied art, the USPTO turns to 'expectation of success.'  In view of the description deficiencies, in applicants' view, the evidence does not establish a basis to assert 'expectation of success'.

It is applicants' understanding that the examiner's rejection of the claims over VAN DER PUY '997 is based on the alleged analogy of 1,1,1,3,3,3-hexachloropropane and 1,1,1,3,3,-**penta**chloropropane, and, on the basis of that alleged analogy, the USPTO suggests that alleged analogy would convey a reasonable expectation of success when using 1,1,1,3,3,-**penta**chloropropane with a catalyst and hydrogen fluoride in analogy to VAN DER PUY.  The record is devoid of evidence to support such an analogy.  Moreover, applicants presented a reference Advances in Fluoride Chemistry, Vol.3, p.180-183, 200-209) relating to the synthesis of 2,2-dihydrofluoropropanes, which directly disputes that inference of any analogy.

The only description and motivation, independent factual inquiries, for the applicants' claims comes from applicants' disclosure, not from the applied prior art. This position is buttressed by the fact that the USPTO rejection does not describe the reactant or the product of the rejected claims. The position is emphasized by the fact that the disclosures of products in each of the applied references exclude the product of the claims and by the fact that the applied art is silent with respect to the utility of

9

HON0030872

1,1,1,3,3,-pentafluoropropane. In addition, the applied art does not enable the subject matter of the claims. Moreover, the applied art is silent with respect to claims 20-26 and 28-36, which relate to continuous reactions.

The record here provides no basis for a reasonable expectation of producing the process of the rejected claims. As noted above, the 1,1,1,3,3-pentachloropropane is structurally different from compounds fluorinated in Van der Puy, by one chlorine atom; it is structurally different from the compound of the comparative example 1 by exchange of a methyl group for a hydrogen; the compounds fluorinated in the examples of Van der Puy differ from the one in the comparative example by exchanging Cl for methyl. For said compounds, totally different behavior in fluorination reaction is observed. Consequently, the behavior of 1,1,1,3,3-pentachloropropane in fluorination reaction was unpredictable over Van der Puy '997; hence Van der Puy '997 provides no reasonable expectation of producing the process of the rejected claims.

Lastly, it is noted that, if the actual description of the two references to Van der Puy and Decker were combined, the literal combination would not produce the recitations of the rejected claims. Accordingly, it is believed that the grounds of rejection must be based on applicants' own disclosure, which violates of the language of Section 103(a).

The claims are now directed to a hydrofluorination process of 1,1,1,3,3-pentachloropropane to produce 1,1,1,3,3-pentafluoropropane under specific process conditions.

10

09/051,746

HON0030873

Both independent claims are limited to a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous. It is submitted that in view of this limitation, 1,1,1,3,3-pentafluoropropane which has an atmospheric boiling point of +14° C is not analogous to 1,1,1,3,3,3-hexafluoropropane which has an atmospheric boiling point of -1° C.

Applicants note Van Der Puy '192 which was cited by applicants in the April 21, 2000 Information Disclosure. The instant claim 43 requires the reaction at a temperature and under a pressure at which 1,1,1,3,3-pentafluoropropane is gaseous and isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture by drawing off 1,1,1,3,3-pentafluoropropane and hydrogen chloride in a gaseous phase as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed. Example 3 of VANDERPUY '192 describes a hydrofluorination process of 1,1,1,3,3-pentachloropropane in presence of a catalyst wherein hydrogen chloride is periodically vented.

VANDERPUY '192 does not provide motivation:

(a)    to select carrying out the reaction at a temperature and under a pressure at which    1,1,1,3,3-pentafluoropropane is gaseous,

(b)    to draw off in vapour phase 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each    of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed.

11

09/051,746

HON0030874

In fact, as stated on p. 3, 1.13-15 of the application, the process of the invention enables 1,1,1,3,3-pentafluoropropane to be easily separated from the reaction mixture, which is an advantage as it makes it possible to retain or to return to the reactor the unconverted reactants and chlorofluoropropanes possibly formed by incomplete fluorination of 1,1,1,3,3-pentachloropropane (see p. 3, 1.28-30).

This advantage is even more apparent in the second independent claim which is limited to a process wherein the reaction is carried out in a reactor equipped with a device for drawing off a gas stream which is controlled.

(a)     to draw of a gas stream of 1,1,1,3,3-pentafluoropropane and hydrogen chloride as each of said 1,1,1,3,3-pentafluoropropane and hydrogen chloride is being formed thereby   isolating said 1,1,1,3,3-pentafluoropropane from the reaction mixture.

(b)     to keep in the reactor in the liquid state the unconverted 1,1,1,3,3-pentachloropropane, most of the hydrogen fluoride and most of the products of partial fluorination of 1,1,1,3,3-pentachloropropane.

Feature (b) is not suggested in VANDERPUY '192.


The claimed process is particularly suitable for carrying out the manufacture of 1,1,1,3,3-pentafluoropropane in a continuous mode, as claimed in claim 44.

In sum, the inventive process provides specific instructions how to advantageously operate a process for the preparation of 1,1,1,3.3-pentafluoropropane comprising reaction of 1,1,1,3,3-pentachloropropane with hydrogen fluoride by using embodiments which are neither taught nor suggested in VANDERPUY '192.

Reconsideration and early allowance are respectfully solicited.

12

09/051,746

HON0030875

Should any additional fee be required, please charge the same to our deposit account #22-0261, and advise us accordingly.

Respectfully submitted,

Marina V. Schneller
Reg. No. 26,032

MVS:pw

VENABLE
P.O. Box 34385
Washington, D.C.  20043-9998
Telephone: (202) 962-4800
Telefax:  (202) 962-8300

DC2#237603

13

09/051,746

HON0030876

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on April 4, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

**BY E-MAIL**

Arthur I. Neustadt, Esquire
Jean-Paul Lavalleye, Esquire
Barry J. Herman, Esquire
Jeffrey B. McIntyre, Esquire
Michael E. McCabe, Jr., Esquire
John F. Presper, Esquire
OBLON, SPIVAK, McCLELLAND, MAIER
   & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com