IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-557-SLR |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HONEYWELL SPECIALTY | ) | **PUBLIC VERSION** |
| MATERIALS, LLC and | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |

**SOLVAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT OF INFRINGEMENT**

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

Dated: March 28, 2008
Public Version Dated: April 4, 2008
858791 / 30651

**ARGUMENT**

In its opposition brief, Honeywell admits infringement under Solvay's proposed claim construction. (D.I. 172 at 4). The remainder of Honeywell's opposition is merely a rehash of its proposed position on claim construction. As briefly explained below (and more fully in Solvay's claim construction briefing (D.I. 124 and D.I. 170)), Honeywell's proposed claim construction is erroneous. Accordingly, Solvay's motion for summary judgment of infringement should be granted because claims 1, 5, 6, 7, 10 and 11, when properly construed according to their plain and ordinary meaning, are admittedly infringed.

First, Honeywell asserts that its process does not "isolate" HFC-245fa and HCl as required by the claims. (D.I. 172 at 2 and 4).[1] Honeywell's proposed claim construction is erroneous because (1) contrary to well-settled legal principles, it improperly attempts to read limitations into claim 1 requiring the gaseous stream to contain only HFC-245fa and HCl; (2) to consistently construe claim 1 and claim 12, the "isolating" phrase in claim 1 should be construed to cover gas mixtures containing HFC-245fa, HCl and other compounds; (3) the '817 claims require isolation of the gaseous stream containing HCl and HFC-245fa from the reaction mixture (that is, the reactants in the reactor); and (4) Honeywell's attempts to improperly read limitations into claim 1 would render the claim meaningless. (D.I. 124 at 4-5; D.I. 170 at 6-8).

---

[1] In its claim construction brief, Honeywell relies upon a dictionary definition in support of its interpretation of the term "isolating" (D.I. 137, Exhibits 8 and 10). However, far more pertinent than Honeywell's definition taken from general dictionaries (Merriam-Webster's Collegiate Dictionary and The American Heritage Dictionary of the English Language) is the definition provided in the technical dictionary "Dictionary of Scientific and Technical terms, 5th ed.," S. Parker Ed., McGraw-Hill (1994) pg. 1059 (Exhibit 1 hereto) supportive of Solvay's proposed construction - "isolate [CHEM ENG] To separate two portions of a process system by means of valving or line blanks; used as safety measures during maintenance or repair, or to redirect process flows."

Second, Honeywell asserts that Solvay disclaimed certain embodiments including a gaseous mixture containing HFC-245fa from the '817 claims when it argued to the United States Patent and Trademark Office ("PTO") that U.S. patent 5,574,192 ("the '192 patent") neither teaches nor suggests the invention of the '817 patent claims. (D.I. 172 at 3). However, this assertion is baseless and diametrically opposite to previous Honeywell characterizations to the PTO with respect to the '192 patent. More particularly, claim 1 of the '817 patent relates to producing a gaseous mixture containing HFC-245fa and HCl, and continuously separating this mixture from the reactor contents. The '192 patent does not teach or suggest such methods since, at minimum, it does not teach or suggest a method in which continuous HCl removal occurs, as Honeywell itself stated to the PTO during the prosecution of its U.S. patent 7,214,839 ("the '839 patent"). Further, Honeywell's argument that – because Solvay argued to the PTO that the '192 patent does not teach or suggest the invention in the '817 patent claims, Solvay excluded gaseous mixtures containing HFC-245fa from the claims – makes no sense whatsoever. Solvay's statements to the PTO that the '192 patent does not teach or suggest the claimed method is not in any way an express disclaimer of subject matter clearly covered by the claims. (D.I. 170 at 4-6).

Third, Honeywell implies in its opposition that every limitation appearing in the body of a Jepson claim must be an improvement, i.e., each feature recited in the body of a Jepson claim must be new. Honeywell cites to no authority to support this implication. Other than the preamble, a Jepson claim is read in essentially the same manner as a conventional claim. Just as there is no requirement that each limitation of a conventional claim be new, there is no requirement that each of the features of a Jepson claim must be new.

2

For the foregoing reasons as well as the reasons set forth in Solvay's opening brief, the undisputed material facts prove as a matter of law that Honeywell infringes claims 1, 5, 6, 7, 10 and 11 of the '817 patent. Accordingly, this Court should enter summary judgment of infringement of these claims.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Michael E. McCabe, Jr.
John F. Presper
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Solvay, S.A.*

Dated: March 28, 2008
Public Version Dated: April 4, 2008
857785 / 30651

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 4, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
bschladweiler@mnat.com

Robert G. Krupka
Laura M. Burson
Helen Hong
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017
service-solvay@kirkland.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

799366 / 30651

# EXHIBIT 1

# McGraw-Hill Dictionary of Scientific and Technical Terms

## Fifth Edition

Sybil P. Parker
Editor in Chief

©1994

McGraw-Hill, Inc.
New York   San Francisco   Washington, D.C.
Auckland   Bogotá   Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore   Sydney   Tokyo   Toronto

On the cover: Photomicrograph of crystals of vitamin $B_1$.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Fifth Edition
Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

   3 4 5 6 7 8 9 0    DOW/DOW   9 9 8 7 6 5

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
  Sybil P. Parker, editor in chief..—5th ed.
     p.   cm.
   ISBN 0-07-042333-4
   1. Science—Dictionaries.   2. Technology—Dictionaries.
 I. Parker, Sybil P.
 Q123.M34   1993
 503—dc20                         93-34772
                                          CIP

INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

isobars and fronts at sea level (or earth's surface) are encoded and transmitted; a modified form of the international analysis code. { 'ī·sə,frans 'prē'ī·sō ,kōd }

**isogal** [GEOPHYS] A contour line on a map connecting points of equal gravity values on the earth's surface. { 'ī·sə,gal }

**isogam** [GEOPHYS] A line joining points on the earth's surface having the same value of the acceleration of gravity. { 'ī·sə,gam }

**isogamete** [BIOL] A reproductive cell that is morphologically similar in both male and female and cannot be distinguished on form alone. { ,ī·sō'ga,mēt }

**isogamy** [BIOL] Sexual reproduction by union of gametes or individuals of similar form or structure. { ī'säg·ə·mē }

**isogeneic** [GEN] Having the same origin and thus being genetically identical, as an inbred strain. Also known as isogenic; syngeneic. [IMMUNOL] Referring to cells, tissues, or organs used in transplantation that originate in identical species. { ,ī·sə·jə'nē·ik }

**isogeneratae** [BOT] A class of brown algae distinguished by having an isomorphic alternation of generations. { ,ī·sō,jen·ə'rä,tē }

**isogenic** See isogeneic. { ,ī·sə'jen·ik }

**isogeotherm** See geoisotherm. { ,ī·sō'jē·ə,thərm }

**isogonal conjugates** See isogonal lines. { ī,säg·ən·əl 'kän·jə·gəts }

**isogonal lines** [MATH] Lines that pass through the vertex of an angle and make equal angles with the bisector of the angle. Also known as isogonal conjugates. { ī,säg·ən·əl 'līnz }

**isogonal transformation** [MATH] A mapping of the plane into itself which leaves the magnitudes of angles between intersecting lines unchanged but may reverse their sense. { ī,säg·ən·əl ,tranz·fər'mā·shən }

**isogonic line** [GEOPHYS] 1. Any of the lines on a chart or map showing the same direction of the wind vector. 2. Any of the lines on a chart or map connecting points of equal magnetic variation. { 'ī·sə'gän·ik ,līn }

**isogony** [BIOL] Growth of parts at such a rate as to maintain relative size differences. { ī'säg·ə·nē }

**isogor** [PETRO ENG] Constant gas-oil ratio. { 'ī·sə,gór }

**isogor map** [PETRO ENG] Oil reservoir contour-line map that shows constant gas-oil ratios. { 'ī·sə,gór ,map }

**isograd** [GEOL] A line on a map joining those rocks comprising the same metamorphic grade. { 'ī·sə,grad }

**isogradient** [METEOROL] A line connecting points having the same horizontal gradient of atmospheric pressure, temperature, and so on. { ,ī·sə'grād·ē·ənt }

**isograft** [BIOL] A tissue transplant from one organism to another organism which is genetically identical. { 'ī·sə,graft }

**isogram** See isopleth. { 'ī·sə,gram }

**isograph** [ELECTR] An electronic calculator that ascertains both real and imaginary roots for algebraic equations. [GRAPHICS] An instrument combining the functions of a protractor and a set square and comprising two short straightedges connected by a large circular joint with an angular-degree scale. { 'ī·sə,graf }

**isogriv** [NAV] A line drawn on a map or chart joining points of equal grivation. { 'ī·sə,griv }

**isogriv chart** [NAV] A chart showing isogrivs. { 'ī·sə,griv ,chärt }

**isogyre** [OPTICS] A dark band in an interference figure located at those points that correspond to directions of transmission through the crystal plate in which the polarization of the incident light is not affected by passing through the plate. { 'ī·sə'jīr }

**isohaline** [OCEANOGR] 1. Of equal or constant salinity. 2. A line on a chart connecting all points of equal salinity. { ,ī·sō'hā,lēn }

**isoheight** See contour line. { 'ī·sə,hīt }

**isohel** [METEOROL] A line drawn through geographical points having the same duration of sunshine (or other function of solar radiation) during any specified time period. { 'ī·sō,hel }

**isohemagglutinin** See isoagglutinin. { ,ī·sō,hē·mə'glüt·ən·ən }

**isohemolysin** [IMMUNOL] A hemolysin produced by an individual injected with erythrocytes from another individual of the same species. { ,ī·sō·hə'mäl·ə·sən }

**isohemolysis** [IMMUNOL] Hemolysis induced by the action of an isohemolysin. { ,ī·sō·hə'mäl·ə·səs }

**isohexane** [ORG CHEM] $C_6H_{14}$ A liquid mixture of isomeric hydrocarbons, flammable and explosive, insoluble in water, soluble in most organic solvents, boils at 54–61°C; used as a solvent, freezing-point depressant, and chemical intermediate. { ,ī·sə'hek,sān }

**isohume** [GEOL] A line of a map or chart connecting points of equal moisture content in a coal bed. [METEOROL] A line drawn through points of equal humidity on a given surface; an isopleth of humidity; the humidity measures used may be the relative humidity or the actual moisture content (specific humidity or mixing ratio). { 'ī·sə,hyüm }

**isohydric** [CHEM] Referring to a set of solutions with the same hydrogen ion concentration and not affecting the conductivity of each of the various solutions on mixing. { ,ī·sə'hī·drik }

**isohyet** [METEOROL] A line drawn through geographic points recording equal amounts of precipitation for a specified period or for a particular storm. { ,ī·sə'hī·ət }

**isohypse** See contour line. { 'ī·sə,hips }

**isohypsic chart** See constant-height chart. { ,ī·sə'hip·sik 'chärt }

**isohypsic surface** See constant-height surface. { ,ī·sə'hip·sik 'sər·fəs }

**isoimmunization** [IMMUNOL] Immunization of an individual by the introduction of antigens from another individual of the same species. { ,ī·sō,im·yə·nə'zā·shən }

**isoinertial** [BIOPHYS] Pertaining to the force of a human muscle that is applied to a constant mass in motion. { ,ī·sō·i'nərsh·əl }

**isokeraunic** See isoceraunic. { ,ī·sō·kə'rón·ik }

**isokinetic** [BIOPHYS] Pertaining to the force of a human muscle that is applied during constant velocity of motion. { ,ī·sə·ki'ned·ik }

**isokinetic relationship** [PHYS CHEM] A linear relationship that exists between the enthalpies and entropies of activation of a series of related reactions. { ,ī·sə·ki,ned·ik ri'lā·shən,ship }

**isokinetic sampling** [ENG] Any technique for collecting airborne particulate matter in which the collector is so designed that the airstream entering it has a velocity equal to that of the air passing around and outside the collector. { ,ī·sə·ki,ned·ik 'sam·pliŋ }

**isokinetic temperature** [PHYS CHEM] The actual or virtual temperature at which rates of all members of a series of related reactions are equal. { ,ī·sə·ki,ned·ik 'tem·prə·chər }

**Isolaimoidea** [INV ZOO] A superfamily of rather large, free-living soil nematodes in the order Isolaimida, characterized by six hollow tubes around the oral opening, two circlets of six circumoral sensilla, the absence of amphids, and an elongated triradiate stoma with thickened anterior walls. { ,ī·sō·lə'móid·ē·ə }

**isolate** [CHEM ENG] To separate two portions of a process system by means of valving or line blanks; used as safety measure during maintenance or repair, or to redirect process flows. [ELEC] To disconnect a circuit or piece of equipment from an electric supply system. [GEN] A segment of a population within which assortative mating occurs. { 'ī·sə,lāt }

**isolated camera** [ELECTR] 1. A television camera that views a particular portion of a scene of action and produces a tape which can then be used either immediately for instant replay or for video replay at a later time. 2. The technique of video replay involving such a camera. { 'ī·sə,lād·əd 'kam·rə }

**isolated footing** [CIV ENG] A concrete slab or block under an individual load or column. { 'ī·sə,lād·əd 'füd·iŋ }

**isolated location** [COMPUT SCI] A location in a computer memory which is protected by some hardware device so that it cannot be addressed by a computer program and its contents cannot be accidentally altered. { 'ī·sə,lād·əd lō'kā·shən }

**isolated point** [MATH] 1. A point $p$ in a topological space is an isolated point of a set if $p$ is in the set and there is a neighborhood of $p$ which contains no other points of the set. 2. A point that satisfies the equation for a plane curve $C$ but has a neighborhood that includes no other point of $C$. Also known as acnode; hermit point. { 'ī·sə,lād·əd 'point }

**isolated set** [MATH] A set consisting entirely of isolated points. { 'ī·sə,lād·əd 'set }

**isolated subgroup** [MATH] An isolated subgroup of a totally ordered Abelian group $G$ is a subgroup of $G$ which is also a segment of $G$. { ,īs·ə,lād·əd 'səb,grüp }

**isolated system** See closed system. { 'ī·sə,lād·əd 'sis·təm }

**isolating mechanism** [GEN] A geographic barrier or biological difference that prevents mating or genetic exchange be-