IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY, S.A. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-557-SLR |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HONEYWELL SPECIALTY | ) | |
| MATERIALS, LLC and | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF MICHAEL E. McCABE, ESQ.

I, Michael E. McCabe, declare:

1. I am a member of the firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., counsel for Solvay in this action.

2. Russian patent 2 065 430 was produced by Solvay to Honeywell on May 31, 2007. The patent as produced bears Solvay production numbers S0001490-95. The cover letter for this production is attached hereto as Exhibit 1. Exhibit B to Honeywell's motion is the Russian patent as produced by Solvay to Honeywell on May 31, 2007 as noted above.

3. Honeywell did not identify document S00024312-14 for the Court's *in camera* inspection of 25 documents to be selected by Honeywell for the inspection. The documents identified by Honeywell for the inspection are shown in the list attached hereto as Exhibit 2.

4. The contract for research between AlliedSignal and Russian Scientific Centre Applied Chemistry as produced by Honeywell for Solvay (with Honeywell production numbers) is attached to Solvay's opposition to Honeywell's motion as Exhibit A thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 30, 2008                                   By:  /s/ Michael E. McCabe
                                                          Michael E. McCabe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 30, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas C. Grimm | Robert G. Krupka |
| Benjamin J. Schladweiler | Laura M. Burson |
| Morris, Nichols, Arsht & Tunnell | Helen Hong |
| 1201 North Market Street | Kirkland & Ellis LLP |
| P.O. Box 1347 | 777 S. Figueroa Street, Suite 3400 |
| Wilmington, DE 19899 | Los Angeles, CA 90017 |
| tgrimm@mnat.com | service-solvay@kirkland.com |
| bschladweiler@mnat.com | |

By: /s/ David E. Moore
　　　Richard L. Horwitz
　　　David E. Moore
　　　Potter Anderson & Corroon LLP
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　P.O. Box 951
　　　Wilmington, DE 19899-0951
　　　(302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

799366 / 30651

# Exhibit 1

**OBLON**
**SPIVAK**
**MCCLELLAND**
**MAIER**
**&**
**NEUSTADT**
P.C.

ATTORNEYS AT LAW

BARRY J. HERMAN
(703) 413-2797
BHERMAN@OBLON.COM
*BAR OTHER THAN VIRGINIA

May 31, 2007

*Via UPS Overnight Delivery*

Laura M. Burson, Esq.
Kirkland & Ellis LLP
Los Angeles Office
777 South Figueroa Street
Los Angeles, CA 90017-5800

Re: Solvay v. Honeywell

Dear Laura:

Enclosed please find one CD containing Solvay production documents numbered S0000001 - S0014508. Please note that the vast majority of the documents have been marked confidential or highly confidential pursuant to the agreed upon terms of the protective order which will be finalized shortly.

Please contact me if there are any questions.

Regards,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Barry J. Herman

Enclosure: As stated

# Exhibit 2

SOLVAY'S PRIVILEGE LOG CATEGORIES [25 SELECTED ENTRIES]

1. Documents "providing legal advice regarding patent application" or "providing legal advice regarding license" sent from non-lawyer Solvay personnel; documents "requesting legal advice regarding patent application" sent to non-lawyer Solvay personnel; and some documents "reflecting legal advice regarding patent application," where Solvay was not working with a lawyer on relevant applications (i.e. before filing of '817 priority application, which was filed by non-lawyer at Solvay.)

   Lines: 22, 1631, 1639, 1647, 1672, 1676, 1679, 1682

|      | Docdate    | Author          | Recip                                      | Cc                                                                                                                                                                              | Privilege       | Description                                                |
|------|------------|-----------------|--------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------------------------------------------------------------|
| 22   | 7/3/2006   | Stefan Mross    | Jean-Francois Serrier                      | Philippe Jacques, Sandrine Hellinckx                                                                                                                                            | Attorney-client | Document providing legal advice regarding license.         |
| 1631 | 11/16/1995 | Philippe Jacques |                                            | Eberhard Piepho                                                                                                                                                                 | Attorney-client | Document providing legal advice regarding patent application. |
| 1639 | 10/17/1995 | Philippe Jacques |                                            |                                                                                                                                                                                 | Attorney-client | Document providing legal advice regarding patent application. |
| 1647 | 10/3/1995  | Philippe Jacques |                                            |                                                                                                                                                                                 | Attorney-client | Document providing legal advice regarding patent application. |
| 1672 | 7/18/1995  | Vincent Wilmet  | Department de la Propriete Industrielle    | Philippe Jacques, Eberhard Piepho, Frans Grunchard, MRD, Bernhard Schulte, Dominique Balthasart, JFK, Francine Delplanque-Janssens, Vincent Wilmet, Jean-Paul Schoenbrechts | Attorney-client | Document requesting legal advice regarding patent application. |

12224837

|      | Docdate   | Author                          | Recip                                     | Cc                                                                                                                     | Privilege       | Description                                                      |
|------|-----------|---------------------------------|-------------------------------------------|------------------------------------------------------------------------------------------------------------------------|-----------------|------------------------------------------------------------------|
| 1676 | 7/4/1995  | Vincent Wilmet                  | Department de la Propriete Industrielle   | Eberhard Piepho, Frans Grunchard, MRD, Bernhard Schulte, Dominique Balthasart, JFK, Francine Delplanque-Janssens, Vincent Wilmet | Attorney-client | Document reflecting legal advice regarding patent application. |
| 1679 | 6/28/1995 | Francine Delplanque-Janssens    | Philippe Jacques                          | Vincent Wilmet                                                                                                         | Attorney-client | Document reflecting legal advice regarding patent application. |
| 1682 | 6/20/1995 | Francine Delplanque-Janssens    |                                           | MP, JFK, Vincent Wilmet, Jean-Paul Schoenbrechts, Bernhard Schulte                                                     | Attorney-client | Document reflecting legal advice regarding patent application. |

2

12224837

2. Documents "providing legal advice regarding patents" from non-lawyer Solvay personnel and documents "requesting legal advice regarding patents" sent to non-lawyer Solvay personnel, as well as documents "reflecting legal advice regarding patents" where no prior communication with lawyer regarding "patent[s]" was logged by Solvay.

   Lines: 914, 1681, 1683, 1688

| | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 914 | 5/26/2003 | Stefan Mross | | | Attorney-client | Document providing legal advice regarding patents. |
| 1681 | 6/21/1995 | Francine Delplanque-Janssens | MP, JFK, Vincent Wilmet, Jean-Paul Schoenbrechts, Bernhard Schulte | | Attorney-client | Document providing legal advice regarding patent. |
| 1683 | 6/15/1995 | Jean-Paul Schoenbrechts, Vincent Wilmet | Francine Delplanque-Janssens, JCY, Bernhard Schulte, Vincent Wilmet, Jean-Paul Schoenbrechts, JFK | | Attorney-client | Document written for the purpose of providing legal advice regarding patent. |
| 1688 | 5/23/1995 | Francine Delplanque-Janssens | | JFK, Jean-Paul Schoenbrechts, Vincent Wilmet, Bernhard Schulte | Attorney-client | Document providing legal advice regarding patent. |

3. Documents "providing legal advice regarding dispute with Honeywell" sent from non-lawyer Solvay personnel.

   <u>Lines</u>: 718, 980

| | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 718 | 4/21/2004 | Stefan Mross | Jacqueline Panier | Philippe Jacques | Attorney-client/work product | Document providing legal advice regarding dispute with Honeywell. |
| 980 | 2/20/2003 | Intellectual Assets Management Department | | | Attorney-client/work product | Document providing legal advice regarding dispute with Honeywell. |

4. Documents created by non-lawyer Solvay personnel "in anticipation of litigation…regarding dispute with Honeywell" prior to first logged communication from Oblon Spivak, or any other attorney. (First letter from Oblon is 11/3/03). Solvay has not provided Honeywell, in its privilege log or otherwise, any basis to conclude that these documents were created at the direction of a licensed attorney.

   <u>Lines</u>: 1005, 1029, 1100, 1173, 1238, 1268, 1290, 1508

| | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 1005 | 11/28/2002 | | | | Attorney-client/work product | Document created in anticipation of litigation reflecting legal advice regarding dispute with Honeywell. |
| 1029 | 9/24/2002 | Luc Delcommune | Wilfried Moritz | Philippe Jacques | Attorney-client/work product | Document created in anticipation of litigation providing legal advice regarding dispute with Honeywell. |
| 1100 | 3/26/2002 | Philippe Jacques, Luc Delcommune | Hartmut Heidler, Lothar Zipfel, Pierre Dourne, Luc Delcommune, Philippe Jacques | | Attorney-client/work product | Document created in anticipation of litigation providing legal advice regarding patents. |

4

| | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 1173 | 8/3/2001 | Philippe Jacques | Hartmut Heidler | Sabine Kaschube | Attorney-client/work product | Document created in anticipation of litigation providing legal advice regarding dispute with Honeywell. |
| 1238 | 8/28/2000 | Lothar Zipfel | Philippe Jacques | | Attorney-client/work product | Document created in anticipation of litigation reflecting legal advice regarding patents. |
| 1268 | 3/31/2000 | Philippe Jacques | | | Attorney-client/work product | Document created in anticipation of litigation providing legal advice regarding dispute with Honeywell. |
| 1290 | 12/23/1999 | Philippe Jacques | Janine Schaheys | Stefan Mross | Attorney-client/work product | Document created in anticipation of litigation reflecting legal advice regarding dispute with Honeywell. |
| 1508 | 4/6/1998 | Pierre Barthelemy | Pierre Barthelemy, Hartmut Heidler, Wilfried Moritz, Ken Neugebauer, Patrick Roumegoux, Lothar Zipfel | | Yes-work product | Document reflecting legal advice regarding 245. |

12224837

5. Documents "providing legal advice regarding 245" sent from non-lawyer Solvay personnel, documents "requesting legal advice regarding 245" sent to non-lawyer Solvay personnel, and documents "reflecting legal advice regarding 245" where no prior communication with attorney "regarding 245" was logged by Solvay.

    <u>Lines</u>:  1444, 1534, 1650

| | Docdate | Author | Recip | Cc | Privilege | Description |
|---|---|---|---|---|---|---|
| 1444 | 4/20/1998 | Philippe Jacques, Chantal Louis | Francine Delplanque-Janssens, Vincent Wilmet, Philippe Jacques, Chantal Louis | Francine Delplanque-Janssens, Vincent Wilmet, Eberhard Piepho, Dominique Balthasart | Attorney-client | Document providing legal advice regarding 245. |
| 1534 | 11/17/1997 | Philippe Jacques | Eberhard Piepho | | Attorney-client | Document providing legal advice regarding 245. |
| 1650 | 10/2/1995 | Vincent Wilmet | Francine Delplanque-Janssens, JCY, MRD, Bernhard Schulte, Dominique Balthasart, Werner Rudolph, Philippe Jacques, JDX, Jean-Paul Schoenbrechts, Vincent Wilmet, JFK | | Attorney-client | Document reflecting legal advice regarding 245. |

12224837