IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06-557-SLR |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT PRETRIAL ORDER

On June 24, 2008 at 4:30 p.m., counsel for Solvay, S.A. ("Solvay") and counsel for Honeywell International Inc. ("Honeywell") shall attend a pretrial conference before this Court. The following matters as to the trial scheduled to commence on July 28, 2008, are hereby ordered by the Court.

## I. NATURE OF THE ACTION AND PLEADINGS

1.      This is a patent infringement action, with related counterclaims for invalidity and inequitable conduct. The action was initiated on September 7, 2006, when Solvay filed a Complaint charging Honeywell with infringement of United States patent 6,730,817 (the '817 patent). (D.I. 1). Solvay alleges willful infringement and seeks damages, enhanced damages, attorneys' fees, costs, and injunctive relief.

2.     On October 23, 2006, Honeywell filed its Answer, Affirmative Defenses, and Counterclaims ("Answer"). In its Answer, Honeywell denied Solvay's allegations of infringement, willful or otherwise, asserted various affirmative defenses, and counter-claimed for non-infringement, invalidity, and unenforceability of the '817 patent. Honeywell also denied that Solvay is entitled to any damages, including enhanced damages, attorney's fees, costs, and injunctive relief. Honeywell also requested its costs and expenses, as well as its attorney's fees under 35 U.S.C. § 285. Further, Honeywell demanded a jury trial. (D.I. 9).

3.     On November 13, 2006, Solvay filed its Reply to Defendant's Counterclaims. (D.I. 13). Solvay denied that Honeywell was entitled to a declaratory judgment of non-infringement, denied that Honeywell was entitled to a declaratory judgment of invalidity, and denied that Honeywell was entitled to a declaratory judgment of unenforceability.

4.     On February 1, 2007, the Court entered the Scheduling Order. (D.I. 20).

5.     On January 15, 2008, Solvay and Honeywell filed a joint claim construction chart (D.I. 107-108).

6.     On February 18, 2008:

    a.     Solvay filed its opening claim construction brief (D.I. 124), and

    b.     Honeywell filed its opening claim construction brief (D.I. 137-138).

7.     On March 17, 2008:

    a.     Solvay filed its answering claim construction brief (D.I. 170), and

    b.     Honeywell filed its answering claim construction brief (D.I. 174).

8.     On February 18, 2008:

    a.  Solvay moved for summary judgment that claims 1, 5, 6, 7, 10 and 11 are infringed by Honeywell's process for making HFC-245fa in Geismar, Louisiana (D.I. 118-120);

    b.  Solvay moved for summary judgment of no invalidity under 35 U.S.C. §§ 102(g) and 103 based on commercial suppression (D.I. 121-123);

    c.  Solvay moved for summary judgment of no inequitable conduct (D.I. 115-117);

    d.  Solvay moved for summary judgment on Honeywell's seventh affirmative defense of laches, equitable estoppel, and prosecution laches (D.I. 125-127);

    e.  Honeywell moved for summary judgment of non-infringement for each of the asserted claims of the '817 patent (D.I. 132-133, 136);

    f.  Honeywell moved for summary judgment of invalidity (D.I. 134-136).

  9.  Oral arguments for claim construction and the summary judgment motions were held on May 12, 2008.

  10.  The Court has not yet ruled on any summary judgment motion or issued its construction of the disputed claim terms.

  11.  Before the Pretrial Conference, Honeywell also intends to file a motion to re-open limited discovery based upon documents recently produced by Solvay. Although Solvay has yet to see such a motion, Solvay does not believe there are grounds for any such motion and, indeed, notes that Honeywell has had these documents for the last five weeks. .

## II.  BASES FOR FEDERAL JURISDICTION

12.    Solvay's claim for infringement of the '817 patent and Honeywell's counterclaims for non-infringement, invalidity, and unenforceability arise under the Patent Laws of the United States, Title 35, United States Code.

13.    Solvay believes subject matter jurisdiction over this action is proper under 28 U.S.C. §§ 1331 and 1338(a), that Honeywell previously agreed that subject matter jurisdiction was proper in its Answer and at all times in this litigation until June 9, 2008 (when it exchanged its portions of the pretrial order), and that Honeywell's new allegation (that subject matter jurisdiction is proper only if the '817 patent was properly granted) is simply an additional invalidity argument that should have been raised much earlier.

14.    Honeywell believes that, during prosecution of the '817 patent, the panel of the Board of Patent Appeals and Interferences ("BPAI") that reversed the Examiner's obviousness finding was not a properly constituted panel because judges on the panel were appointed to the Board in violation of the U.S. Constitution.  Honeywell believes subject matter jurisdiction is proper only if the '817 patent was properly granted despite the fact that the BPAI panel was improperly constituted.  Honeywell also believes that, under black-letter law, subject matter jurisdiction cannot be waived.

15.    Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b).

16.    Personal jurisdiction and venue are not disputed.

## III.  STATEMENT OF ADMITTED FACTS

17.    The parties' joint statement of admitted facts requiring no proof is attached hereto as Exhibit 1.

## IV.  STATEMENT OF ISSUES OF FACT REMAINING TO BE LITIGATED

18.    Solvay's statement of issues of fact that remain to be litigated is attached hereto as Exhibit 2.

19.    Honeywell's statement of issues of fact that remain to be litigated is attached hereto as Exhibit 3.

## V.  STATEMENT OF ISSUES OF LAW REMAINING TO BE LITIGATED

20.    Solvay's statement of the issues of law that remain to be litigated is attached hereto as Exhibit 4.

21.    Honeywell's statement of the issues of law that remain to be litigated is attached hereto as Exhibit 5.

## VI.  EXHIBITS

22.    The parties will offer as exhibits at trial one or more of the exhibits set forth in their respective trial exhibit lists.  These lists include the exhibit number to be used at trial, and a description sufficient to identify the exhibit to the other party, such as a production number, deposition exhibit number, or otherwise.

23.    Solvay's list of exhibits and Honeywell's objections are attached hereto as Exhibit 6.

24.    Honeywell's list of exhibits and Solvay's objections are attached hereto as Exhibit 7.

25.    Each party reserves the right to offer an exhibit designated by the other party, even if not introduced by the designating party. If the non-designating party offers into evidence an exhibit designated but not introduced by the designating party, the designating party reserves its right to object to the introduction into evidence of that exhibit, depending on the use for which it is being admitted.

26.    The parties will offer as exhibits at trial one or more of the exhibits set forth in their respective exhibit lists. These exhibit lists may include exhibits that may not necessarily be introduced into evidence. Except for documents used solely for impeachment, a party may not offer substantive documentary evidence not appearing on its exhibit list or the exhibit list of the other party, unless the Court determines that the interest of justice so warrants.

27.    Following the June 24, 2008 Pretrial Conference, the parties will agree on a date and time to exchange complete and legible copies of their documentary exhibits with exhibit labels.

28.    All demonstrative exhibits shall be exchanged no less than 48 hours before the use of that demonstrative exhibit at trial, including during opening statements and closing arguments. "Demonstrative" exhibits do not include documents listed on the parties' respective trial exhibit lists that have been or will be highlighted or enlarged for use in front of the jury.

29.    Unless agreed otherwise during trial, and as required by the Court's Trial Guidelines, each party will provide 48 hours' notice to the other party of witnesses to be called at trial (live or by deposition), as well as a list of exhibits, by witness and by exhibit number, that it intends to use on direct examination. The parties shall cooperate in meeting

and conferring in advance of the witness being called to resolve any evidentiary issues raised
with respect to any proposed exhibits.

30.     Legible photocopies of United States patents, as well as foreign patents
available on the European Patent Office website, may be offered and received in evidence in
lieu of certified copies thereof, subject to all other objections which might be made to the
admissibility of certified copies.  The dates of filing and issuance and the identity of the
inventors of record shall be deemed to be shown on the face of the patent, subject to the right
of the party against whom it is offered to adduce evidence to the contrary.


## VII.  WITNESSES

31.     Solvay's list of witnesses to be called live or by deposition and a brief
statement of each expert witness' specialty is attached hereto as Exhibit 8.

32.     Honeywell's list of witnesses to be called live or by deposition and a brief
statement of each expert witness' specialty is attached hereto as Exhibit 9.

33.     Solvay's list of deposition designations, Honeywell's objections thereto,
Honeywell's counter-designations and Solvay's objections thereto is attached hereto as
Exhibit 10.

34.     Honeywell's list of deposition designations, Solvay's objections thereto,
Solvay's counter-designations and Honeywell's objections thereto is attached hereto as
Exhibit 11.

35.     Except for witnesses called solely for rebuttal of newly raised issues, no
witness called by a party in support of its case-in-chief shall be permitted to testify at trial

unless identified in this Order or unless the Court determines that such witness should be called.

36.     The listing of a witness on a party's witness list does not require that party to call that witness to testify, either live or by deposition.

37.     The translator of any certified translation included on any party's exhibit list is presumed to be a qualified expert, and is presumed to have used ordinary accepted methods in translating the document listed, subject to the right of the party against whom the exhibits are offered to adduce evidence to the contrary.

## VIII.  STATEMENT OF INTENDED PROOFS

38.     In support of its claims, in addition to the facts not in dispute, Solvay expects to offer the proofs set forth in Exhibit 12.

39.     In support of its claims, in addition to the facts not in dispute, Honeywell expects to offer the proofs set forth in Exhibit 13.

## IX.  STATEMENTS CONCERNING AMENDMENTS TO THE PLEADINGS

40.     Honeywell seeks to clarify that its Seventh Affirmative Defense of estoppel encompasses the legal theories of implied license.  (Alternatively, to the extent necessary, Honeywell seeks to amend its pleadings to conform to the evidence as it has now been uncovered.)  Honeywell believes that, under established Federal Circuit precedent, equitable estoppel is one of "various avenues to an implied license. . . . These labels describe not different kinds of licenses, but rather different categories of conduct which lead to the same conclusion: an implied license." *Wang Labs, Inc. v. Mitsubishi Elecs. Am., Inc.*  103 F.3d

1571, 1580 (Fed. Cir. 1997) ("courts and commentators relate that implied licenses arise by acquiescence, by conduct, by equitable estoppel (estoppel in pais), or by legal estoppel"). Honeywell clarifies this point in light of documents that have been just recently produced by Solvay (after the close of discovery). Honeywell believes the newly produced documents confirm that (i) Solvay has known about Honeywell's allegedly infringing process since at least 1997, (ii) Solvay believed that its '817 patent provided only limited protection that would not hinder Honeywell's ability to perform the allegedly infringing process, and (iii) Solvay encouraged Honeywell to perform the allegedly infringing process, from which Solvay directly benefited.

41.    Although Honeywell states that it seeks to "clarify" its defense, Honeywell is trying to assert a new defense based upon documents that were long in its possession. Further, estoppel and implied license are separate defenses (see Fed. R. Civ. P. 8(c)). Also, Honeywell's new defense makes little sense since it asserts that Solvay knew in 1997 the details of Honeywell's commercial process which was not begun until five years later in 2002.

42.    Honeywell also reserves the right to assert additional theories based upon new discovery and based upon the documents recently produced by Solvay. Honeywell is not asserting laches and prosecution history laches at the trial of this case. Solvay submits that Honeywell cannot reserve rights contrary to the applicable scheduling order for this case and is required to bring a motion for any requested deviation therefrom.

43.    Solvay and Honeywell each reserve the right to amend its pleadings to conform to the evidence at trial.

## X. **OTHER MATTERS**

44.     Solvay intends to raise the following motions in limine with the Court either during the pretrial conference or at some time before trial:

a.      Solvay's *Daubert* Motion to Strike the Expert Report and Exclude the Trial Testimony of Honeywell's Patent Law Expert (D.I. 130 filed February 18, 2008);

b.      Solvay's *Daubert* Motion to Strike the October 22, 2007 Expert Report and Portions of the November 20, 2007 Expert Report and to Limit the Trial Testimony of Honeywell's Damages Expert (D.I. 128 filed February 18, 2008);

c.      Solvay's Motion *in Limine* to Preclude Honeywell from Offering Evidence, Opinions or Argument Concerning its New Assertion that This Court Lacks Subject Matter Jurisdiction, or that the '817 Patent Is Invalid, Allegedly Because the Procedure by Which Certain Judges of the Board of Patent Appeals and Interferences that Reversed the Examiner's Obviousness Finding in this Case Were Appointed Violates the Appointments Clause of the United States Constitution;

d.      Solvay's Motion *in Limine* to Preclude Honeywell from Offering Evidence, Opinions or Argument Concerning its New Assertion that Solvay Granted Honeywell an Implied License to the '817 Patent;

e.      Solvay's Motion to Bifurcate and Try to the Bench and not the Jury Honeywell's Equitable Defenses, Including Inequitable Conduct, Equitable Estoppel, to the Extent Any Such Equitable Defenses Remain After the Court has Ruled on Solvay's Motions for Summary Judgment Regarding Such Issues (D.I. 115 and 125);

f.    Solvay's Motion *in Limine* to Preclude Honeywell from Offering Testimony by Deposition of Any Individual Who is a Former Honeywell Employee or Agent and is Within Honeywell's Control;

g.    Solvay's Motion *in Limine* to Preclude Honeywell from Offering any Evidence, Opinions or Argument Concerning Alleged Grounds of Invalidity, Unenforceability or Non-infringement of the '817 Patent that Honeywell Failed to Set Forth in its Answers to Solvay's Interrogatories on Such Issues;

h.    Solvay's Motion *in Limine* to Preclude Honeywell from Asserting that claims other than claims 2-4 and 12-15 of the '817 Patent are Invalid Under 35 U.S.C. § 112, first paragraph;

i.    Solvay's Motion *in Limine* to Preclude Honeywell from Asserting that the '817 Patent is Invalid Under 35 U.S.C. §§ 102 and/or 103 based upon references, or combinations of references, other than Honeywell's '192 and/or '706 patents and the '509 patent;

j.    Solvay's Motion *in Limine* to Preclude Honeywell from Asserting that the '817 Patent is Unenforceable Based on an Alleged Withholding of Portions of the Treatise *Advances in Fluorine Chemistry*;

k.    Solvay's Motion *in Limine* to Preclude Honeywell from Asserting its Untimely and Baseless Defense that Solvay was Required to Disclose to the Examiner that in September 1997 a Russian Company (Research Scientific Center of Applied Chemistry) Advised Solvay that it had Developed (presumably in Russia) a (Largely Undefined) Process for Making HFC-245fa with Allied (at a Previously Undefined Time);

l.     Solvay's Motion *in Limine* to Preclude Honeywell from Denying the Truth of Any Assertions, Characterizations, or Arguments it Made to the United States Patent & Trademark Office During Prosecution of Honeywell's '839 Patent, Including Honeywell's Characterizations Regarding the '817 Patent, the '192 Patent and the '706 Patent;

m.     Solvay's Motion *in Limine* to Preclude Honeywell's Experts from Offering Any Testimony, Opinions, or Arguments that Were Not Expressly Set Forth in Their Respective Expert Reports. See *Honeywell Int'l Inc. v. Universal Avionics Systems Corp.,* 488 F.3d 982 (Fed. Cir. 2007) (Federal Circuit affirms decision by Judge Thynge excluding Honeywell's expert from testifying to matters he discussed during his deposition but which were not in his expert report);

n.     Solvay's Motion *in Limine* to Preclude Honeywell from Offering Any Evidence, Opinions, or Argument Concerning Any Non-Assertion Agreements that Solvay Provided to Any Customers Under Any Foreign Counterpart to the '817 Patent.

o.     Solvay's Motion *in Limine* to Preclude Honeywell from Offering Any Evidence, Opinions, or Argument in Defense of Solvay's Willful Infringement Allegation Concerning Any Beliefs or Opinions Honeywell or its Counsel May Have Had Concerning Invalidity or Non-Infringement of the '817 Patent Based Upon Honeywell's Election Not to Rely Upon An Opinion of Counsel Defense to Willfulness.

p.     Solvay's Motion *in Limine* to dismiss Honeywell's Untimely and Baseless Unclean Hands Defense.

q.     Solvay's Motion *in Limine* to dismiss Honeywell's Untimely and Baseless Derivation Defense.

      r.     Solvay reserves the right to raise other motions *in limine* as needed.

45.     Honeywell intends to raise the following motions in limine with the Court, either during the pretrial conference or at some time before trial:

     a.   Honeywell's Motion to Preclude Solvay from Introducing Evidence Relating to Honeywell's Financial Condition or Net Worth

     b.   Honeywell's Motion in Limine to Preclude Any Reference to the Geographic Origin of Honeywell's Counsel

     c.   Honeywell's Motion in Limine to Preclude Any Examination of Honeywell Witnesses on Documents That the Witness Is Not Permitted to View Under the Protective Order

     d.   Honeywell's Motion in Limine to Preclude Certain Testimony from Solvay's Experts on Issues Relating to Abandonment, Suppression or Concealment

     e.   Honeywell's Motion in Limine to Preclude Solvay from Offering Evidence, Opinions or Argument Concerning Infringement Under the Doctrine of Equivalents

     f.   Honeywell's Motion in Limine to Preclude Solvay From Seeking to Establish Dates of Conception or Reduction-to-Practice for The '817 Patent That Are Earlier Than October 23, 1995

     g.   Honeywell's Motion in Limine to Preclude Solvay from Offering Any Evidence of Secondary Considerations of Non-Obviousness

     h.   Honeywell's Motion in Limine to Preclude Any Testimony That Solvay or Any Third-Party Product Practices the '817 Patent, and to Preclude Presentation of Any Related Commercial Success Theory

    i.   Honeywell's Motion in Limine to Preclude Any Evidence or Argument Concerning the '839 Patent or File History

    j.   Honeywell's Motion in Limine to Preclude Solvay from Offering Testimony and Argument Based on Incorrect Statements of Law Regarding Anticipation, Prior Invention, and Concealment

    k.   Honeywell's Motion in Limine to Preclude Solvay from Seeking Damages for Sales to Customers Who Were Given Non-Asserts

    l.   Honeywell's Motion in Limine For Instructions That the Jury May Draw Adverse Inferences From Solvay's Late Production of Documents, including Late Production of Solvay's 1997 Memo

    m.   Honeywell's Motion in Limine to preclude evidence or argument by Solvay that it did not produce in discovery, including in discovery responses or include in its expert reports

    n.   Honeywell's Motion in Limine to preclude mentioning by Solvay of any opinion of the Court beyond specific claim construction rulings

    o.   Honeywell's Motion in Limine to preclude any assertion by Solvay of copying by Honeywell.

    p.   Honeywell's Motion in Limine to Eliminate the presumption of Validity/Enforceability or shift the burden of proof for Validity/Enforceability for the '817 patent because (i) the BPAI Panel Was Not Properly Constituted, and (ii) Solvay Withheld Crucial Invalidity/Unenforceability Documents.

    q.   Honeywell reserves the right to raise other motions in limine, as needed.

46.    Issues for the Jury, and Issues for the Judge

a.  The parties agree that the issues of infringement, willfulness, and damages should be tried to the jury.

b.  The parties also agree that the Court should decide whether the patent-in-suit is unenforceable for inequitable conduct, whether injunctive relief is warranted under 35 U.S.C. § 283, whether increased damages are warranted under 35 U.S.C. § 284, and whether the case is exceptional under 35 U.S.C. § 285.

c.  Solvay believes that the issue of invalidity should also be tried by the jury.

d.  Honeywell agrees that anticipation and the underlying facts for obviousness should be tried by the jury, but Honeywell believes that the Court should decide whether the claimed invention is obvious and whether § 102(g) art was abandoned, suppressed, or concealed.  Honeywell also believes the jury should provide an advisory verdict with respect to the ultimate question of obviousness.

e.  Solvay believes that Honeywell's estoppel, implied license and unclean hands defenses should be excluded but, if not excluded, should be tried to the Court.

f.  Honeywell believes its estoppel, implied license and unclean hands defenses should be tried to the jury for an advisory opinion because the issues are intricately tied to other jury issues, such as infringement, damages, validity and willfulness.

47.  Once counsel has arrived in Delaware for the trial, service of documents will occur by email, facsimile, or hand delivery.  Overly large documents that cannot be received effectively or efficiently by email will be served by hand delivery.

48.  The term "days" as used herein refers to calendar days, as opposed to business days.

49.    Beginning 7 days before trial is to commence, and ending at the conclusion of trial, no materials can be served on the other side between 11:30 p.m. and 7:00 a.m., and any materials so served shall be considered served at 7:00 a.m.

50.    The parties request that the Court grant access to the Courtroom on the day before trial for the purposes of setting up electronic and computer devices.

## XI. CERTIFICATE OF ATTEMPTED RESOLUTION OF CONTROVERSY

51.    The parties certify that two way communication has occurred between persons having authority in a good faith effort to explore the resolution of the controversy by settlement. Most recently, representatives of the parties met by telephone conference to discuss settlement possibilities on June 16, 2008, but the parties were unable to reach agreement. Representatives of the parties intend to meet in person for further settlement discussions on June 26-27, 2008.

## XII. ORDER TO CONTROL COURSE OF ACTION

52.    This Order shall control the subsequent course of the action unless modified by the Court to prevent manifest injustice.

SO ORDERED.

Date: _____, 2008          _____
                                       United States District Court Judge

JOINTLY SUBMITTED BY:

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

By:  /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Tel:  (302) 984-6000
    dhorwitz@potteranderson.com
    dmoore@potteranderson.com

    Arthur I. Neustadt
    Jean-Paul Lavalleye
    OBLON, SPIVAK, McCLELLAND,
    MAIER & NEUSTADT, P.C.
    1940 Duke Street
    Alexandria, VA  22314
    Tel:  (703) 413-3000

    *Counsel for Plaintiff*

By:  /s/ Thomas C. Grimm
    Thomas C. Grimm (#1098)
    Benjamin J. Schladweiler (#4601)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Tel:  (302) 658-9200
    tgrimm@mnat.com
    bschladweiler@mnat.com

    Robert G. Krupka, P.C.
    Laura M. Burson
    Guy Ruttenberg
    KIRKLAND & ELLIS LLP
    777 S. Figueroa Street
    Suite 3400
    Los Angeles, CA  90017
    Tel:  (213) 680-8400

    *Counsel for Defendant*

870053

# EXHIBIT 1

**EXHIBIT 1**

## THE PARTIES' JOINT STATEMENT OF
## ADMITTED FACTS REQUIRING NO PROOF

1.     Plaintiff Solvay, S.A. ("Solvay") is a Belgian corporation with its principal place of business at Rue de Prince Albert, 33, B-1050, Brussels, Belgium.

2.     Defendant Honeywell International Inc. ("Honeywell") is a Delaware corporation with its principal place of business in Morristown, New Jersey.

3.     Honeywell International Inc. merged with and into AlliedSignal Inc. in 1999. Allied Signal Inc. was the surviving company and then changed its name to "Honeywell International Inc."

4.     Honeywell Specialty Materials is a business unit of Honeywell.

5.     Solvay French Patent Application No. 95/12558 (the '558 application) was filed on October 23, 1995.

6.     Solvay PCT Patent Application No. PCT/EP96/04315 was filed on October 4, 1996.

7.     Solvay United States Patent Application No. 09/051,746 (the '746 application) was filed on June 9, 1998, and later issued as United States Patent No. 6,730,817 (the '817 patent).

8.     The '746 application claims priority to the French '558 application, and discloses the same process for making HFC-245fa as that disclosed in the French '558 application.

9.     The United States Patent & Trademark Office issued the '817 patent, entitled "METHOD FOR PREPARING 1,1,1,3,3-PENTAFLUOROPROPANE" to named inventors Vincent Wilmet, Francine Janssens and Jean-Paul Schoebrechts on May 4, 2004.

10.    The '817 patent has an effective filing date of October 23, 1995, and Solvay does not assert an earlier date.

11.    Solvay owns the '817 patent.

12.    Honeywell manufactures 1,1,1,3,3-pentafluoropropane at its Geismar, Louisiana facility.

13.    1,1,1,3,3-pentafluoropropane is also called "HFC-245fa." Sometimes this compound is also referred to as "245."

14.    Honeywell sells and offers to sell in the United States and elsewhere HFC-245fa that has been manufactured at its Geismar, Louisiana facility.

15.    In making HFC-245fa, Honeywell reacts 1,1,1,3,3-pentachloropropane with hydrogen fluoride in the presence of a hydrofluorination catalyst. 1,1,1,3,3-pentachloropropane is also known as "HCC-240fa." Sometimes this compound is referred to as "240."

16.    The United States Patent & Trademark Office issued United States Patent U.S. Patent No. 5,574,192 ("the '192 patent"), entitled "Process for the Manufacture of 1,1,1,3,3-Pentafluoropropane" to named inventors Michael Van Der Puy and Alagappan Thenappan on November 12, 1996.

17.    The '192 patent has an effective filing date of July 11, 1994, prior to the '817 patent.

18.    Honeywell owns the '192 patent.

19.    Honeywell filed patent application no. 08/675,020, entitled "Process for the Manufacture of 1,1,1,3,3-Pentafluoropropane and 1,1,1,3,3,3-Hexafluoropropane," on July 3, 1996 and it later issued as United States Patent No. 5,763,706 ("the '706 patent").

- 2 -

20.    The United States Patent & Trademark Office issued the '706 patent to named inventors Hsueh Sung Tung, Daniel Christopher Merkel, Zenart Joseph Dziadyk, Clayton Herbert Carson and Hang Thanh Pham on June 9, 1998.

21.    Honeywell owns the '706 patent.

# EXHIBIT 2

**EXHIBIT 2**

## SOLVAY'S STATEMENT OF ISSUES OF FACT
## THAT REMAIN TO BE LITIGATED

Should the Court determine that any issue identified in this list as an issue of fact is more properly considered an issue of law, it should be so considered. Solvay reserves the right to revise the list as necessary in light of the Court's decisions on claim construction and any summary judgment or evidentiary motions.

## I.    INFRINGEMENT

1.    Whether the preponderance of the evidence shows that Honeywell's process for making HFC-245fa literally infringes any of claims 1-7, 10-18, and 21-22 of the '817 patent as the terms of those claims are interpreted by the Court.

## II.    WILLFUL INFRINGEMENT

2.    Whether clear and convincing evidence shows that Honeywell's infringement of the '817 patent was and is willful.

## III.    VALIDITY

3.    Whether, as alleged by Honeywell, clear and convincing evidence shows that any of claims 1-7, 10-18, and 21-22 of the '817 patent, as the terms of those claims have been interpreted by the Court, is anticipated by publicly-available prior art.

4.    Whether, as alleged by Honeywell, clear and convincing evidence shows that the subject matter of any of claims 1-7, 10-18, and 21-22 of the '817 patent as of the invention date,

as the terms of those claims have been interpreted by the Court, would have been obvious over the asserted prior art.

## IV.    UNENFORCEABILITY OF THE '817 PATENT

5.    Whether, as alleged by Honeywell, clear and convincing evidence shows that the '817 patent is unenforceable because of inequitable conduct by Solvay's inventors and/or any other individual owing a duty of candor to the United States Patent and Trademark Office (PTO) with respect to the prosecution of the application that matured into the '817 patent by a) mischaracterizing, with intent to deceive, a prior art reference (U.S. Patent No. 5,574,192) in arguments that it made to the PTO during prosecution of the '817 patent in suit, or b) failing to disclose, with intent to deceive, portions of a treatise entitled "*Advances in Fluorine Chemistry.*"

## V.    EQUITABLE ESTOPPEL

6.    Whether, as alleged by Honeywell, clear and convincing evidence shows that Solvay is equitably estopped from asserting infringement of the '817 patent against Honeywell.

## VI.    DAMAGES

7.    Whether Solvay is entitled to recover damages.

8.    The amount of damages due Solvay from Honeywell to compensate for Honeywell's infringement.

9.    The royalty rate by which the amount of damages due Solvay from Honeywell should be calculated.

# EXHIBIT 3

**EXHIBIT 3**

**HONEYWELL'S STATEMENT OF ISSUES**
**OF FACT THAT REMAIN TO BE LITIGATED**

Defendant Honeywell respectfully submits the following issues of fact that remain to be

litigated. Should the Court determine that any issue identified in this list as an issue of fact is

more properly considered an issue of law, Honeywell respectfully requests that it should be so

considered. Honeywell reserves the right to revise this list as necessary in light of the Court's

decisions on claim construction or any summary judgment or evidentiary motion.

I.     **INVALIDITY OF THE '817 PATENT**

1.     Whether each of the asserted claims (presently, claims 1-7, 10-18, and 21-22) (the

"Asserted Claims") of U.S. Patent No. 6,730,817 ("the '817 patent") is anticipated by prior art

and therefore invalid under 35 U.S.C. § 102.

2.     Whether each of the Asserted Claims of the '817 patent is anticipated by

Honeywell's prior-art process for manufacturing 1,1,1,3,3,-pentafluoropropane ("HFC-245fa")

from HF and HCC-240 in February-April 1995.

3.     Whether each of the Asserted Claims is anticipated by a process for

manufacturing HFC-245fa from HF and HCC-240 performed by Russian engineers working at

the Russian Scientific Center for Applied Chemistry ("RSCAC") and reduced to practice by

Honeywell in the United States in February-April 1995.

4.     Whether each of the Asserted Claims is anticipated by U.S. Patent No. 5,574,192

("the '192 patent"), which claims a process for the manufacture of HFC-245fa.

5.     Whether the purported "improvements" of each Asserted Claim of the '817 patent

would have been obvious over the prior art to a person of ordinary skill in the art.

6.      Whether the disclosure of the '817 patent provides a written description of the manner and process of making and using the claimed invention of the Asserted Claims, in such full, clear, concise, and exact terms as to enable a person of ordinary skill in the art to perform the claimed invention.

7.      Whether the named inventors of the '817 patent derived their claimed invention from others, such that the named inventors did not themselves invent the subject matter sought to be patented.

## II.      INEQUITABLE CONDUCT

8.      Whether the '817 patent applicants intentionally withheld material information from or made material misrepresentations to the United States Patent and Trademark Office ("PTO") with intent to deceive during prosecution of the '817 patent.

9.      Whether the '817 patent applicants intentionally withheld material portions of a treatise entitled *Advances in Fluorine Chemistry* from the PTO with intent to deceive during prosecution of the '817 patent.

10.      Whether the '817 patent applicants mischaracterized the disclosure of Honeywell's prior-art '192 patent with intent to deceive in statements to the PTO during prosecution of the '817 patent.

11.      Whether the '817 patent applicants withheld, with intent to deceive the PTO, a prior-art process for making HFC-245fa performed by Honeywell and by a group of Russian engineers during February-April 1995, which was known to Solvay.

## III.      IMPLIED LICENSE/ESTOPPEL

12.      Whether Solvay granted Honeywell an implied license to the '817 patent.

13.    Whether, through misleading conduct, Solvay led Honeywell reasonably to infer that Solvay did not intend to enforce its '817 patent against Honeywell, and whether Honeywell relied on Solvay's misleading conduct to its detriment.

14.    Whether Solvay granted Honeywell an implied license to the '817 patent, in light of the parties' relationship, Solvay's conduct, and consideration flowing to Solvay.

## IV.    UNCLEAN HANDS

15. Whether the '817 patent is unenforceable for unclean hands.

16. Whether the '817 patent is unenforceable for unclean hands resulting from Solvay's misleading conduct encouraging Honeywell to practice the allegedly infringing process and leading Honeywell to infer Solvay would not assert the '817 patent, from which Solvay benefited.

17. Whether the '817 patent is unenforceable for unclean hands resulting from Solvay's conduct before the PTO in prosecuting the application leading to the '817 patent.

18. Whether the '817 patent is unenforceable for unclean hands resulting from Solvay's conduct before this Court, including Solvay's withholding and untimely production of key documents during discovery.

## V.    NON-INFRINGEMENT

19.    Whether Solvay can prove by a preponderance of the evidence that Honeywell's commercial process for producing HFC-245fa literally infringes each limitation of each Asserted Claim.

## VI.    NO DAMAGES

20.    Whether Solvay can prove that it is entitled to recover damages in the form of a reasonable royalty.

21.    The amount of damages, if any, in the form of a reasonable royalty, that would be due to Solvay if Honeywell is found to have infringed the '817 patent.

## VII.   NO WILLFULNESS

22.    Whether Solvay can prove by clear and convincing evidence (i) that Honeywell proceeded with its commercial production of HFC-245fa in the United States despite an objectively high likelihood that its actions constituted infringement of a valid patent, and (ii) that Honeywell subjectively knew or should have known of this objectively defined risk.

## VIII.   NO INJUNCTION

23.    Whether Solvay can prove that (i) it is suffering irreparable injury, (ii) damages would be insufficient to compensate for that injury, (iii) considering the balance of hardships between the parties, equitable relief is warranted, and (iv) the public interested would not be disserved by a permanent injunction.

24.    Whether Solvay can prove that it is entitled to injunctive relief, given that Solvay does not make or sell HFC-245fa in the United States and would not be able to supply HFC-245fa or a reasonable substitute.

## IX.   ATTORNEY'S FEES

25.    Whether Honeywell is entitled to its costs and expenses.

26.    Whether this is an exceptional case warranting an award of attorney's fees under 35 U.S.C. § 285 to Honeywell.

# EXHIBIT 4

**EXHIBIT 4**

**SOLVAY'S STATEMENT OF ISSUES OF LAW
THAT REMAIN TO BE LITIGATED**

If any statement included herein as an issue of law properly should be considered an issue

of fact, it should be so considered.

**I.     INFRINGEMENT**

1.     Whether Honeywell's process for making HFC-245fa literally infringes any of

claims 1-7, 10-18, and 21-22 of the '817 patent as the terms of those claims are interpreted by the

Court.  35 U.S.C. § 271; *Tate Access Floors v. Maxcess Techs.*, 222 F.3d 958, 964 (Fed. Cir.

2000).

**II.    WILLFUL INFRINGEMENT**

2.     Whether Honeywell's infringement of the '817 patent was and is willful.  *In re

Seagate Tech., LLC*, 497 F.3d 1360, 1368-72 (Fed. Cir. 2007) (*en banc*); *Mitutoyo Corp. v. Cent.

Purchasing, LLC*, 499 F.3d 1284, 1290-91 (Fed. Cir. 2007); *Martek Biosciences Corp. v.

Nutrinova, Inc.*, 520 F. Supp. 2d 537, 550-51 (D. Del. 2007).

**III.   VALIDITY**

3.     Whether any of claims 1-7, 10-18, and 21-22 of the '817 patent, as the terms of

those claims have been interpreted by the Court, is anticipated by any single prior art reference.

*Glaxo Inc. v. Novopharm Ltd.*, 52 F.3d 1043, 1047 (Fed. Cir.), *cert. denied*, 516 U.S. 988 (1995).

4.     Whether the subject matter of any of claims 1-7, 10-18, and 21-22 of the '817

patent as of the invention date, as the terms of those claims have been interpreted by the Court,

would have been obvious over the prior art.  *Takeda Chem. Indus. v. Alphapharm Pty., Ltd.*, 492

F.3d 1350, 1355-57 (Fed. Cir. 2007).

5.      Whether the level of ordinary skill in the art to which the '817 patent pertains is a B.S. in chemical engineering or a masters/doctorate in chemistry and 3-5 years experience in process design in a related field such as industrial processes for manufacturing flurocarbons. *Ruiz v. A.B. Chance Co.*, 234 F.3d 654, 666-67 (Fed. Cir. 2000); *Graham v. John Deere Co.*, 383 U.S. 1, 17-18 (1966).

## IV.    UNENFORCEABILITY OF THE '817 PATENT

6.      Whether the '817 patent is unenforceable because of inequitable conduct by Solvay's inventors and/or any other individual owing a duty of candor to the United States Patent and Trademark Office with respect to the prosecution of the application that matured into the '817 patent in a) mischaracterizing, with intent to deceive, a prior art reference (U.S. Patent No. 5,574,192) in arguments that it made to the PTO during prosecution of the '817 patent in suit, or b) failing to disclose, with intent to deceive, portions of a treatise entitled "*Advances in Fluorine Chemistry.*" *Hebert v. Lisle Corp.,* 99 F.3d 1109, 1115-16 (Fed. Cir. 1996); *Akzo N.V. v. U.S. Int'l Trade Comm'n*, 808 F.2d 1471, 1481-82 (Fed. Cir. 1986).

## V.    DAMAGES

7.      Whether Solvay is entitled to recover damages.  35 U.S.C. § 271; 35 U.S.C. § 284; *King Instruments Corp. v. Perego*, 65 F.3d 941, 947-48 (Fed. Cir. 1995), *cert. denied*, 517 U.S. 1188 (1996); *Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538, 1544 (Fed. Cir. 1995).

8.      The amount of damages due Solvay from Honeywell to compensate for Honeywell's infringement in the form of a reasonable royalty.  35 U.S.C. § 284; *Georgia-Pacific Corp. v. U.S. Plywood-Champion Papers, Inc.*, 318 F.Supp. 1116, 1121-43 (S.D.N.Y. 1970), *modified and aff'd*, 446 F.2d 295 (2d Cir. 1971).

9.      Whether Solvay is entitled to prejudgment interest in an amount to be determined by the Court. 35 U.S.C. § 284; *Sensonics, Inc. v. Aerosonic Corp.*, 81 F.3d 1566, 1574 (Fed. Cir. 1996); *Bio-Rad Labs, Inc. v. Nicolet Instrument Corp.*, 807 F.2d 964, 969 (Fed. Cir. 1986).

10.      Whether Solvay is entitled to increased damages for Honeywell's willful infringement. 35 U.S.C. § 284; *Jurgens v. CBK, Ltd.*, 80 F.3d 1566, 1570 (Fed. Cir. 1996).

11.      Whether Solvay is entitled to its attorneys' fees and expenses, including expert witness expenses, pursuant to 35 U.S.C. § 285 or the Court's equitable power, in an amount to be determined by the Court.

## VI.    INJUNCTION

12.      Whether Solvay is entitled to injunctive relief and the scope of such injunctive relief. 35 U.S.C. § 283; *Ebay, Inc. v. Mercexchange L.L.C.*, 547 U.S. 388 (2006); *Verizon Servs. Corp. v. Vonage Holdings Corp.*, 503 F.3d 1295, 1310-11 (Fed. Cir. 2007).

# EXHIBIT 5

**EXHIBIT 5**

**HONEYWELL'S STATEMENT OF ISSUES
OF LAW THAT REMAIN TO BE LITIGATED**

Defendant Honeywell respectfully submits the following issues of law that remain to be

litigated. Should the Court determine that any issue identified in this list as an issue of law is

more properly considered an issue of fact, Honeywell respectfully requests that it should be so

considered. Honeywell reserves the right to revise this list as necessary in light of the Court's

decisions on claim construction or any summary judgment or evidentiary motion.

## I.    PRELIMINARY ISSUES/JURISDICTION

1. Whether, during prosecution of the application that issued as U.S. Patent No.

6,730,817 ("the '817 patent"), the panel of the Board of Patent Appeals and Interferences

("BPAI") that reversed the Examiner's obviousness finding was a properly constituted panel

because judges on the panel were appointed to the Board in violation of the U.S. Constitution.

*See* John F. Duffy, *Are Administrative Patent Judges Unconstitutional?*, 2007 Patently-O Patent

L.J. 21 (2007).

2. Whether the '817 patent is presumed valid—and whether the Court has subject matter

jurisdiction—despite the fact that the BPAI panel that reversed the Examiner's obviousness

finding was improperly constituted.

## II.    INVALIDITY OF THE '817 PATENT

3. Whether each of the asserted claims (presently, claims 1-7, 10-18, and 21-22) (the

"Asserted Claims") of the '817 patent is anticipated by prior art and therefore invalid under 35

U.S.C. § 102.

4. Whether each of the asserted claims of the '817 patent is invalid under 35 U.S.C.

§ 102(g) because it is anticipated by Honeywell's prior-art process for manufacturing 1,1,1,3,3,-

pentafluoropropane ("HFC-245fa") from HF and HCC-240 in February-April 1995. *Apotex USA, Inc. v. Merck & Co., Inc.*, 254 F.3d 1031, 1037 (Fed. Cir. 2001) ("once a challenger of a patent has proven by clear and convincing evidence that 'the invention was made in this country by another inventor,' 35 U.S.C. § 102(g), the burden of production shifts to the patentee to produce evidence sufficient to create a genuine issue of material fact as to whether the prior inventor has suppressed or concealed the invention.").

5.      Whether each Asserted Claim is invalid under 35 U.S.C. § 102(g) because it is anticipated by Honeywell's reduction to practice in the United States of a method for creating HFC-245fa, which was previously performed by Russian engineers working under contract with Honeywell. *Tyler Refrigeration Corp. v. Kysor Indus. Corp.*, 601 F. Supp. 590, 600 (D. Del. 1985) (holding foreign-conceived invention to be prior art under § 102(g) as of the date it was "actually and successfully practiced in the United States"); Manual of Patent Examining Procedures ("MPEP") § 2138 ("35 U.S.C. 102(g) may form the basis for an *ex parte* rejection if: (1) the subject matter at issue has been actually reduced to practice by another before the applicant's invention; and (2) there has been no abandonment, suppression or concealment.").

6.      Whether each Asserted Claim of the '817 patent is invalid under 35 U.S.C. § 102 because it is anticipated by Honeywell's U.S. Patent No. 5,574,192 ("the '192 patent").

7.      Whether each Asserted Claim of the '817 patent is invalid under 35 U.S.C. § 103 because any claimed improvements over the prior art would have been obvious to a person having ordinary skill in the art at the time the alleged invention was made. *KSR International Co. v. Teleflex Inc.*, 127 S.Ct. 1727, 1740 (2007) ("If a person of ordinary skill can implement a predictable variation, §103 likely bars its patentability. For the same reason, if a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill.").

8.    Whether the Asserted Claims of the '817 patent are invalid for failure to comply with the enablement requirements. 35 U.S.C. § 112 ("The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same . . . ."); *White Consol. Industries, Inc. v. Vega Servo-Control, Inc.*, 713 F.2d 788, 791 (Fed. Cir. 1983) ("The sine qua non of a valid patent is a full, clear, enabling description of the invention.").

9.    Whether the named inventors of the '817 patent derived their claimed invention from others, such that the named inventors "did not [themselves] invent the subject matter sought to be patented." 35 U.S.C. § 102(f).

## III.    INEQUITABLE CONDUCT

10.    Whether the '817 patent is unenforceable for inequitable conduct because the applicants intentionally withheld material information from and/or made material misrepresentations to the United States Patent and Trademark Office ("PTO") with intent to deceive during prosecution of the '817 patent.

11.    Whether the '817 patent is unenforceable for inequitable conduct because the applicants withheld material portions of a treatise entitled *Advances in Fluorine Chemistry* with intent to deceive during prosecution of the '817 patent. *Baxter Int'l, Inc. v. McGraw, Inc.*, 149 F.3d 1321, 1327 (Fed. Cir. 1998) (inequitable conduct consists of "affirmative misrepresentations of material fact, failure to disclose material information, or submission of false material information, coupled with an intent to deceive"); 37 C.F.R. 1.56 (applicants have a duty to disclose material information); MPEP § 2004 ¶ 7 (8th ed., Rev. 2, May 2004) ("Care should be taken to see that prior art or other information cited in a specification or in an information disclosure statement is properly described and that the information is not incorrectly or incompletely characterized.").

3

12.    Whether the '817 patent is unenforceable for inequitable conduct because the applicants mischaracterized the disclosure of Honeywell's prior-art '192 patent in statements to the PTO with intent to deceive during the prosecution of the '817 patent. *Semiconductor Energy Lab v. Samsung Elec.*, 204 F.3d 1368 (Fed. Cir. 2000) ("The duty of candor . . . [requires] that the applicant refrain from submitting . . . concise explanations that it knows will misdirect the examiner's attention from the reference's relevant teaching.").

13.    Whether the '817 patent is unenforceable for inequitable conduct because the applicants withheld, with intent to deceive the PTO, a prior-art process for making HFC-245fa performed by Honeywell and by a group of Russian engineers during February-April 1995, which was known to Solvay. *Baxter Int'l, Inc. v. McGraw, Inc.*, 149 F.3d 1321, 1327 (Fed. Cir. 1998).

## IV.    IMPLIED LICENSE/ESTOPPEL

14.    Whether Solvay should be equitably estopped from maintaining a claim against Honeywell for infringing the '817 patent. *A.C. Aukerman Co. v. R.L. Chaides Construction Co.*, 960 F.2d 1020, 1028 (Fed. Cir. 1992) ("Where an alleged infringer establishes the defense of equitable estoppel, the patentee's claim may be entirely barred."); *Scholle Corp. v. Blackhawk Molding Co., Inc.*, 133 F.3d 1469, 1472 (Fed. Cir. 1998) ("when the course of dealings between a patentee and an alleged infringer is such that the alleged infringer reasonably infers from the patentee's misleading conduct or inaction that the patentee has waived its patent rights, then the first element of equitable estoppel has been established absent a statement to the contrary by the patentee"); *McKesson Information Solutions LLC v. Trizetto Group, Inc.*, 426 F. Supp. 2d 203, 210 (D. Del. 2006) ("Equitable estoppel is neither limited to a particular factual situation nor subject to resolution by simple or hard and fast rules. . . . Misleading statements or conduct may include specific statements, action, inaction, or silence where there was an obligation to speak.").

4

15.    Whether Solvay gave an implied license to Honeywell to commercially manufacture and sell HFC-245fa within the United States. *De Forest Radio Tel. Co. v. United States*, 273 U.S. 236, 241 (1927) ("Any language used by the owner of the patent, or any conduct on his part exhibited to another from which that other may properly infer that the owner consents to his use of the patent in making or using it, or selling it, upon which the other acts, constitutes a license and a defense to an action for a tort."); *Wang Lab., Inc. v. Mitsubishi Elecs. America, Inc.*, 103 F.3d 1571, 1582 (Fed. Cir. 1997) ("Mitsubishi properly inferred consent to its use of the invention of Wang's patents"); *Tenneco Auto. Operating Co. Inc. v. Visteon Corp.*, 375 F. Supp. 2d 375 (D. Del. 2005) ("defendant establishes a defense of implied license through conduct by showing that: (1) a relationship existed between plaintiff and defendant; (2) within that relationship, plaintiff granted defendant a right to use plaintiff's patents; (3) plaintiff received valuable consideration for the grant of right; (4) plaintiff's statements and conduct created the impression that plaintiff consented to defendant's use of plaintiff's patents; (5) plaintiff denied that defendant had an implied license").

## V.    UNCLEAN HANDS

16.    Whether the '817 patent is unenforceable for unclean hands. *Keystone Driller Co. v. General Excavator Co.*, 290 U.S. 240, 245-46 (1933) (unclean hands is "not bound by formula or restrained by any limitation that tends to trammel the free and just exercise of discretion."); *Consolidated Aluminum Corp. v. Foseco Intern. Ltd.*, 910 F.2d 804, 812 (upholding unenforceability for unclean hands).

## VI.    NON-INFRINGEMENT

17.    Whether Solvay can prove by a preponderance of the evidence that Honeywell's commercial process for producing HFC-245fa literally infringes each Asserted Claim of the '817 patent, as properly construed by the Court. *Terlep v. Brinkmann Corp.*, 418 F.3d 1379, 1381 (Fed. Cir. 2005) ("First, the claim must be properly construed to determine its scope and

meaning. Second, the claim as properly construed must be compared to the accused device or process."); *Genzyme Corp. v. Transkaryotic Therapies, Inc.*, 346 F.3d 1094, 1106 (Fed. Cir. 2003) (finding of noninfringement is warranted where one limitation of an asserted claim is absent from the accused process).

## VII.  NO DAMAGES

18.    The amount of damages, if any, in the form of a reasonable royalty that would be due to Solvay if Honeywell is found to have infringed the '817 patent. 35 U.S.C. § 284; *Georgia-Pacific Corp. v. U.S. Plywood-Champion Papers, Inc.*, 318 F. Supp. 1116, 1121-43 (S.D.N.Y. 1970), *modified and aff'd*, 446 F.2d 295 (2d. Cir. 1971).

## VIII.  NO WILLFULNESS

19.    Whether Solvay can prove by clear and convincing evidence (i) that Honeywell was reckless by ignoring an objectively high risk of infringement through its commercial production of HFC-245fa in the United States, and (ii) that Honeywell subjectively knew or should have known of this objectively-defined risk. *In re Seagate Tech., LLC*, 497 F.3d 1360, 1371 (Fed. Cir. 2007) ("proof of willful infringement permitting enhanced damages requires at least a showing of objective recklessness . . . . [T]o establish willful infringement, a patentee must show by clear and convincing evidence that the infringer acted despite an objectively high likelihood that its actions constituted infringement of a valid patent. . . . If this threshold objective standard is satisfied, the patentee must also demonstrate that this objectively-defined risk (determined by the record developed in the infringement proceeding) was either known or so obvious that it should have been known to the accused infringer").

## IX.  NO INJUNCTION

20.    Whether Solvay has shown that it is entitled to injunctive relief. 35 U.S.C. § 283; *Ebay, Inc. v. Mercexchange L.L.C.*, 547 U.S. 388, 394 (2006) (analyzing "traditional four-factor framework that governs the award of injunctive relief"); *Praxair, Inc. v. ATMI, Inc.*, 479

F. Supp. 2d 440, 444 (D. Del. 2007) (patentee "had a burden to iterate specific reasons why [defendant's] infringement can not be compensated for with a money award").

## X.    COSTS AND ATTORNEY'S FEES

21.    Whether Honeywell is entitled to its costs and expenses.

22.    Whether Honeywell is entitled to its attorney's fees and expenses, pursuant to 35 U.S.C. § 285 or the Court's equitable power, in an amount to be determined by the Court.

# EXHIBIT 6

**EXHIBIT 6**
**Plaintiff's Trial Exhibits**
*Solvay, S.A. v. Honeywell Specialty Materials LLC, and Honeywell Int'l Inc.*
C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 1 | | | Honeywell International Inc.'s 5/11/07 Supplemental Response to Plaintiff's First Set of Interrogatories Nos. 1-8 and attachments | Objections to the attachment Best Evidence (FRE 1002), Relevance (FRE 402), Prejudice outweighs probative value/cumulative/unduly confusing/waste of time (FRE 403) |
| PTX 2 | HON0004796-5253 | Cerri-003 | Reactor A Data – 2004 | No Objection |
| PTX 3 | HON0005254-5478 | Cerri-004 | Data | No Objection |
| PTX 4 | HON0005479-5703 | Cerri-005 | Data | No Objection |
| PTX 5 | HON0008428-8447 (also produced at HON0020429) | Cerri-006 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 6 | HON0008782-9006 | Cerri-007 | Data | No Objection |
| PTX 7 | HON0005704-6161 | Cerri-008 | Reactor B Data – 2004 | No Objection |
| PTX 8 | HON0006162-6386 | Cerri-009 | Data | No Objection |
| PTX 9 | HON0006387-6611 | Cerri-010 | Data | No Objection |
| PTX 10 | HON0006612-7069 | Cerri-011 | Reactor C Data – 2004 | No Objection |
| PTX 11 | HON0007070-7294 | Cerri-012 | Data | No Objection |
| PTX 12 | HON0007295-7519 | Cerri-013 | Data | No Objection |
| PTX 13 | HON0007520-7977 | Cerri-014 | Reactor D Data – 2004 | No Objection |
| PTX 14 | HON0007978-8202 | Cerri-015 | Data | No Objection |
| PTX 15 | HON0008203-8427 | Cerri-016 | Data | No Objection |

[1] Depending on how Solvay attempts to use each of the documents it has identified as exhibits; Honeywell generally objects to each of Solvay's exhibits as irrelevant under FRE 402 as well as prejudicial, unduly confusing, and outweighing probative value under FRE 403.

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 16 | HON0013778-13796 | Cerri-017 | 2/15/00 Honeywell Presentation entitled, 'HFC-245fa Update' | Foundation/Lack of Personal Knowledge (FRE 602), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 17 | HON0020427-20428 | Cerri-018 | Notes and Legends for P&IDs produced by Honeywell | No Objection |
| PTX 18 | HON0003750-3797 | Cerri-019 | Data (P&IDs) | No Objection |
| PTX 19 | HON0003798-3819 | Cerri-020 | Data (PFDs) | No Objection |
| PTX 20 | HON0008448-8464 (also produced at HON0020430) | Cerri-021 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 21 | HON0008465-8479 (also produced at HON0020431) | Cerri-022 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 22 | HON0008480-8504 (HON0020432) | Cerri-023 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 23 | HON0008505-8540 (also produced at HON0020433) | Cerri-024 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 24 | HON0008541-8575 (also produced at HON0020434) | Cerri-025 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 25 | HON0008576-8698 (also produced at HON0020435) | Cerri-026 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 26 | HON0008765-8781 (also produced at HON0020437) | Cerri-027 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 27 | HON0008699-8764 (also produced at HON0020436) | Cerri-028 | Data | Best Evidence (FRE 1002), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 28 | HON0020429 | Cerri-101 | Data | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 29 | N/A | Cerri-102 | Blue slipsheet containing file path information for HON0020429 | All Objections Reserved, Unproduced document |
| PTX 30 | HON0020430 | Cerri-103 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 31 | HON0020431 | Cerri-104 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 32 | HON0020432 | Cerri-105 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 33 | HON0020433 | Cerri-106 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 34 | HON0020434 | Cerri-107 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 35 | HON0020435 | Cerri-108 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 36 | HON0020436 | Cerri-109 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 37 | HON0020437 | Cerri-110 | Excel spreadsheet | Prejudice outweighs probative value (FRE 403) and Relevance (FRE 402) as to HCC-240fa data |
| PTX 38 | HON0015437-15473 | Gayer-02 | Collection of documents relating to the sale of products made from any process for manufacturing HFC-245fa | No Objection |
| PTX 39 | HON010369-10389 | Gayer-04 | Presentation entitled, 'HFC-245fa' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Relevance (FRE 402) |

4

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 40 | HON0027297 | Gayer-05 | M. Lewis's (Honeywell) 11/18/05 letter to Enovate Blowing Agent Customers regarding pricing | Foundation/Lack of Personal Knowledge (FRE 602), Relevance (FRE 402) |
| PTX 41 | HON0026483-26494 | Gayer-07 | Document entitled, '245fa Global Foam Overview' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 42 | HON0026402-26409 | Gayer-10 | 12/14/04 Presentation entitled, 'Foam Review '04 Highlights, '05 Goals, Improvement Areas' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 43 | HON0026410-26422 | Gayer-11 | 6/22/05 Presentation entitled, 'Foam STRAP' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 44 | HON0026423-26433 | Gayer-12 | 6/13/06 Presentation entitled, 'Foam STRAP' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 45 | HON0026434-26445 | Gayer-13 | 6/12/07 Presentation entitled, '2007 Foam A&S STRAP' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

5

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 46 | HON0026745-26767 | Gayer-14 | 6/12/07 Presentation entitled, 'Fluorine Products STRAP Financial Review' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 47 | HON0026782-26783 | Gayer-15 | Spreadsheet regarding Honeywell's foam business | Hearsay (FRE 802), Relevance (FRE 402) |
| PTX 48 | S0006793 | Mueller-02 | W. Moritz's and H. Bruhns's 6/25/01 letter to C. Szuch in response to her 6/6/01 letter regarding EP 0 533 673 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 49 | S0006781 | Mueller-03 | 8/8/01 Solvay/Honeywell Meeting Agenda | Hearsay (FRE 802) |
| PTX 50 | S0016204-16205 | Mueller-04 | J. Harris's 11/5/01 email to H. Bruhns regarding a 10/16/01 meeting between Solvay and Honeywell | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 51 | S0007018-7020 | Mueller-05 | W. Moritz's 2/1/02 letter to C. Bibb enclosing a signed copy of the Non Disclosure Agreement between Honeywell and Solvay | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 52 | S0006997-6998 | Mueller-07 | W. Moritz's 4/10/02 email to C. Bibb and J. Harris forwarding minutes from the 3/6/02 meeting between Solvay and Honeywell | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 53 | N/A | Mueller-09 | WO 97/15540 | Foreign Language |
| PTX 54 | S0004711-4712 | Mueller-10 | L. Delcommune's 9/8/03 email to M. Vanmaeldergem forwarding W. Moritz's 9/6/03 email to J. Harris enclosing Solvay's key term proposals | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |

6

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 55 | S0006765-6770 | Mueller-11 | J. Harris's 5/31/04 email to W. Moritz and H. Heidler enclosing comments on Solvay's 3/25/04 term sheet | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 56 | HON0020135-20139 | Mueller-12 | J. Harris's 11/18/04 email to S. Kaschube et al., enclosing corrected minutes from the 10/14/04 meeting between Solvay and Honeywell | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 57 | S0010184-10187 | Mueller-13 | J. Harris's 2/3/05 email to W. Moritz forwarding an abbreviated terms sheet | No Objection |
| PTX 58 | S0006750 | Mueller-14 | W. Moritz's 2/16/05 email to J. Harris regarding Honeywell's 2/3/05 draft term sheet | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 59 | HON0009324-9325 | Mueller-15 | Minutes from the 6/8/05 Meeting between Solvay and Honeywell | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 60 | HON0015708 | Mueller-16 | K. Gayer's 6/26/05 email to R. Mueller et al., forwarding information relating to an upcoming meeting between Solvay and Honeywell | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 61 | HON0029384-29385 | Mueller-17 | W. Moritz's 8/16/05 email to R. Mueller attaching a draft term sheet | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 62 | S0004549-4550 | Mueller-18 | R. Mueller's 9/8/05 email to W. Schmitt forwarding a copy of draft cross license agreement | Foreign Language, Foundation/Lack of Personal Knowledge (FRE 602), Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 63 | HON0029386-29394 | Mueller-21 | S. Hellinckx's 10/17/05 email to R. Mueller attaching a draft Patent License Agreement related to the importation, use and sale of HFC-245 in EMEA | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 64 | S0004539-4540 | Mueller-22 | S. Hellinckx's 10/27/05 email to R. Mueller regarding a draft Patent License Agreement between Solvay and Honeywell relating to HFC-245 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 65 | S0004538 | Mueller-23 | R. Mueller's 10/28/05 email to S. Hellinckx regarding a draft Patent License Agreement between Solvay and Honeywell relating to HFC-245 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 66 | HON0029395-29415 | Mueller-24 | R. Mueller's 11/23/05 email to S. Hellinckx et al., enclosing redline and clean versions of a draft Patent License Agreement between Solvay and Honeywell relating to HFC-245 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 67 | HON0021896-21909 | Mueller-26 | J.F. Serrier's 2/6/06 email to R. Mueller and H. Seibel enclosing an email letter and related enclosures regarding 365-245fa discussions between Solvay and Honeywell | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |

8

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 68 | HON0021879-21886 | Mueller-27 | S. Hellinckx's 3/13/06 email enclosing minutes from the 3/7/06 meeting between Solvay and Honeywell | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 69 | HON0009902-9914 | Mueller-28 | H. Seibel's 3/24/06 email to J.F. Serrier et al., enclosing a revised draft licensing agreement for review | No Objection |
| PTX 70 | HON0021852-21868 | Mueller-29 | S. Hellinckx's 4/28/06 email enclosing a revised draft licensing agreement for review | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 71 | HON0026943 | Mueller-30 | J.P. Lavalleye's 5/24/06 facsimile letter to C. Szuch regarding USP 6,730,817 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 72 | S0001800-1801 | Mueller-31 | C. Szuch's 5/25/06 facsimile letter to J.P. Lavalleye regarding USP 6,730,817 | No Objection |
| PTX 73 | HON0013589-13597 | Merkel-01 | D. Merkel's February 1995 Monthly Status Report and related attachments (3/1/95); Solvay may seek to introduce this to show that material balance was flawed because of leak. | No Objection |
| PTX 74 | HON0002439-2455 | Merkel-02 | D. Merkel's 6/8/95 presentation entitled, '245fa Laboratory Studies' | No Objection |
| PTX 75 | HON0018437 | Tung-03 | P. Sheldon's 6/16/94 memo forwarding notes from the 6/15/94 Insulgas Meeting | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 76 | HON0004415-4416 | Tung-05 | H. Tung's 9/23/94 memo requesting the preparation on an Appropriation Request for a new PTFE-lined Reactor | No Objection |

9

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 77 | HON0027426-27427 | Tung-06 | A.E. Festa's 10/6/94 memo enclosing 4 Appropriation Requests | No Objection |
| PTX 78 | HON0013418-13419 | Tung-07 | A. Smith's 12/19/94 memo re: HFC-245fa | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 79 | HON0026279-26291 | Tung-13 | 4/15/94 Contract for Research between AlliedSignal Inc. and Russian Scientific Centre Applied Chemistry | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 80 | HON0009206 | Tung-14 | P. Sheldon's 8/5/94 memo entitled, 'Executive Summary 245fa July Monthly Status Report' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 81 | HON0014396-14405 | Tung-15 | H. Tung's 10/4/94 Memo entitled, 'Monthly Status Report—Summary of HFC-245fa team activity, September 1994,' and related attachments | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 82 | HON0029954-29975 | Tung-21 | V. Temchenko's (RSCAC) 7/94 facsimile letter to G. Shia (AlliedSignal) forwarding RSCAC's May 1994 report | Foreign Language, Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 83 | HON0029822-29837 | Tung-22 | V. Barabanov's (RSCAC) 9/26/94 (10/10/94) facsimile letter to G. Shia (AlliedSignal) forwarding RSCAC's July 1994 report | Foreign Language, Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

10

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 84 | HON0029884-29910 | Tung-23 | B. Maximov's (RSCAC) 3/2/95 facsimile letter to G. Shia (AlliedSignal) forwarding RSCAC's final report | Foreign Language, Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 85 | HON0002193 | Tung-24 | HFC-245fa Process Development Lab Sub-Team Metrics | No Objection |
| PTX 86 | HON0018980-18983 | Tung-28 | H. Tung's 4/25/95 memo to I. Shankland attaching a Request and Authority for Patent Application Preparation for a proposed HFC-245fa commercial process | No Objection |
| PTX 87 | N/A | Tung-30 | U.S. Patent No. 7,214,839 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 88 | HON014511-14515 | Shankland-02 | T. Rygas's 5/5/94 memo forwarding the minutes from the 5/3/94 Insulgas Review Meeting | No Objection |
| PTX 89 | HON0002984-3003 | Shankland-03 | D. Williams's 8/8/95 memo forwarding minutes from the 7/26/95-7/27/95 HFC-245fa CLC Team Meeting | No Objection |
| PTX 90 | N/A | Shankland-05 | 8/22/02 Honeywell Press Release regarding 245 | No Objection |

11

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 91 | S0003037-3038 | Preziotti-02 | 4/5/00 Vulcan Press Release | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403)Relevance (FRE 402) |
| PTX 92 | HON0015717 | Preziotti-03 | J. Harris's 12/7/01 email to R. Preziotti regarding issues with Solvay | No Objection |
| PTX 93 | HON0009922 | Preziotti-04 | J. Harris's 10/4/04 email to R. Preziotti et al., regarding an agenda for a proposed meeting between Solvay and Honeywell on 10/14/04 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 94 | HON0009889-9891 | Preziotti-05 | H. Kroeger's 6/21/05 email to R. Mueller regarding a proposed meeting between Solvay and Honeywell on 6/27/05 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 95 | HON0009930-9933 | Preziotti-06 | J. Boss's 6/1/04 email to R. Preziotti forwarding J. Harris's 5/31/04 email to W. Moritz and H. Heidler attaching Honeywell's comments on Solvay's 3/25/04 term sheet | No Objection |
| PTX 96 | HON0019198-19207 | Preziotti-07 | EP 0 858 440 | Foreign Language, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 97 | N/A | Roberts-03 | 10/16/07 Richard Roberts Privilege Log | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

12

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 98 | S0023677-23817 | Roberts-05 | File history for U.S. Patent No. 7,214,839 | Authenticity (FRE 901), Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Incomplete/illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), FRE 701-702, Best Evidence (FRE 1002) |
| PTX 99 | HON0033710-33734 | Friedenson-01 | 10/31/94 License Agreement between Bayer and AlliedSignal | No Objection |
| PTX 100 | N/A | Friedenson-02 | U.S. Patent No. 5,496,866 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 101 | N/A | Friedenson-03 | U.S. Patent No. 5,496,867 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 102 | N/A | Friedenson-04 | U.S. Patent No. 4,931,482 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 103 | HON0001663-1665 | Friedenson-12 | T. Rygas's 12/21/95 memo attaching 12/20/95 meeting minutes | No Objection |
| PTX 104 | HON0020154 | Friedenson-13 | 3/28/96 CLC Technical Excellence Team Charter | No Objection |
| PTX 105 | HON0020656-20662 | Doherty-16 | Document entitled, 'Initial Treating of Fresh Catalyst With HF' | No Objection |
| PTX 106 | HON0021291-21562 | Garner-02 | File history for U.S. Patent No. 6,730,817 | Incomplete/Illegible |

13

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 107 | N/A | Exhibit 01 Solvay-SJ-Infringement | Honeywell International Inc.'s 10/5/07 Response to Solvay's First Set of Requests for Admission Nos. 1-27 | No Objection |
| PTX 108 | N/A | Exhibit 02 Solvay-SJ-Infringement | Honeywell International Inc.'s 9/6/07 Third Supplemental Response to Solvay's First Set of Interrogatories Nos. 1-8 | No Objection |
| PTX 109 | N/A | Exhibit 06 Solvay-SJ-Infringement | U.S. Patent No. 6,730,817 | No Objection |
| PTX 110 | N/A | Exhibit 03 Solvay-SJ-No Invalidity | Honeywell International Inc.'s 6/11/07 Response to Solvay's Second Set of Interrogatories Nos. 9-10 | No Objection |
| PTX 111 | N/A | Exhibit 10 Solvay-SJ-No Invalidity | 60 FR 47497, September 13, 1995 | Authenticity (FRE 901), Foundation/Lack of Personal Knowledge (FRE 602), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 112 | HON0002325-2327 | | Mr. Tung's 10/4/94 memo to Mr. Smith regarding, 'Monthly Status Report—Summary of HFC-245fa team activity, September 1994' | No Objection |
| PTX 113 | HON0009698 | | Document entitled, 'Normal Boiling Points' | Foundation/Lack of Personal Knowledge (FRE 602), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

14

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 114 | HON0018415-18418 | | D. Merkel's 3/1/95 memo to A. Smith and H. Tung regarding, 'Monthly Status Report-February 1995' | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 115 | HON0019000-19025 | | Honeywell's diagram of R3 | All Objections Reserved, Description does not match Bates numbers |
| PTX 116 | HON0029698-29716 | | V. Temchenko's (RSCAC) 1/16/95 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's September 1994 Report | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 117 | HON0029717-29722 | | V. Temchenko's (RSCAC) 4/22/94 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's March 1994 Report | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 118 | HON0029779-29785 | | V. Temchenko's (RSCAC) 8/2/94 facsimile letter to G. Shia (AlliedSignal) enclosing the third part of RSCAC's May 1994 Report | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 119 | HON0029786-29797 | | V. Temchenko's (RSCAC) 7/27/94 facsimile letter to G. Shia (AlliedSignal) enclosing the second part of RSCAC's May 1994 Report | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 120 | HON0029798-29821 | | V. Temchenko's (RSCAC) 6/94 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's April 1994 Report | Foreign Language, Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

15

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 121 | HON0029837-29858 | | V. Temchenko's (RSCAC) 10/25/94 facsimile letter to G. Shia (AliedSignal) enclosing RSCAC's August 1994 Report | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 122 | HON0029936-29946 | | RSCAC's June Monthly Report | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 123 | HON0030113 | | I. Shankland's 8/30/93 memo regarding 'Fluorine Products Breakthrough Technology Brainstorm', relating to The Russian Scientific Center for Applied Chemistry | No Objection |
| PTX 124 | HON0031821-32150 | | Documents relating to the G-245fa Pilot Plant | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 125 | HON0032913-32972 | | H. Tung's Monthly Status Report for March 1995 (3/31/95) | All Objections Reserved, Description does not match Bates numbers |
| PTX 126 | HON0009250-9252 | | 3/26/96 AlliedSignal press release entitled, 'AlliedSignal Advances Development of HFC-245fa as Foam Blowing-Agent Candidate' | No Objection |
| PTX 127 | HON0010390 | | AlliedSignal Document regarding HFC-245fa | Foundation/Lack of Personal Knowledge (FRE 602), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

16

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 128 | HON0013208-13210 | | 10/9 AlliedSignal press release entitled, 'AlliedSignal Identifies Leading Non-Ozone-Depleting Liquid Polyurethane Foam-Blowing Agent' | No Objection |
| PTX 129 | HON0026768-26781 | | Presentation entitled, 'Fluorine Products Financial Review' | Foundation/Lack of Personal Knowledge (FRE 602), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 130 | HON0013262-13285 | | Presentation entitled, 'Blowing Agents: The Next Generation' | Foundation/Lack of Personal Knowledge (FRE 602), Relevance (FRE 402) |
| PTX 131 | HON0013462-13467 | | Solvay product brochure entitled, 'Solkane® 365/277 Non Flammable Blends' | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 132 | HON0013468 | | 9/01 Solvay press release entitled, 'Further Development in Fluorinated Specialties-Industrialization of Solkane® 365mfc' | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 133 | HON0013797-13798 | | Presentation slide entitled, 'Accelerate the Commercialization of HFC-245fa' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 134 | HON0013800-13806 | | 10/1/97 AlliedSignal presentation entitled, 'HFC-245fa Commercialization Update' | Foundation/Lack of Personal Knowledge (FRE 602), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

17

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 135 | HON0015345-15436 | | 1/10/01 Honeywell Appropriation Request for 'HFC-245fa' | Foundation/Lack of Personal Knowledge (FRE 602), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 136 | HON0018197-18201 | | I. Shankland's 9/22/92 memo regarding the 9/21/92 HFC Blowing Agent Meeting | No Objection |
| PTX 137 | HON0020364-20367 | | 3/27/00 Honeywell Press Release entitled, 'Honeywell Set to Commercialize New Non-Ozone-Depleting HFC-245fa Blowing Agent Product' | No Objection |
| PTX 138 | HON0021908 | | J.F. Serrier's letter to Honeywell regarding, 'Solvay-Honeywell: Discussions 365-245fa' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 139 | HON0022393-22767 | | 9/00 Honeywell 's application to operate its Geismar Plant | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 140 | HON0025309-25441 | | 3/23/01 approval from the State of Louisiana for Honeywell to operate its Geismar Plant | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 141 | HON0028024-28026 | | 6/24/96 AlliedSignal press release entitled, 'AlliedSignal Begins Customer Sampling of HFC-245fa Liquid Blowing-Agent for Rigid-Foam Insulation Applications' | No Objection |

18

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 142 | HON0030060-30070 | | Presentation entitled, 'Polyurethane Foam Blowing Agents' | No Objection |
| PTX 143 | HON0033735-33737 | | 12/19/99 Amendment to the 10/31/94 License Agreement between Bayer and AlliedSignal | No Objection |
| PTX 144 | HON0033738-33742 | | 9/5/06 Amendment to the 10/31/94 License Agreement between Bayer and AlliedSignal | No Objection |
| PTX 145 | S0020645 - S0020783 | | 'Fluorocarbons,' CEH Marketing Research Report, April 2004 | Authenticity (FRE 901), Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 146 | S0021074 - S0021383 | | 'World Fluorochemicals,' The Freedonia Group, July 2003 | Authenticity (FRE 901), Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 147 | N/A | | 'Evolution of the Montreal Protocol,' United Nations Environment Programme <ozone.unep.org/Ratification_status/evolution_of_mp.shtml> | All Objections Reserved, Unproduced document |
| PTX 148 | N/A | | 'Ozone Depletion Rules & Regulations-HCFC Phaseout Schedule,' http://www.epa.gov/Ozone/title6/phaseout/hcfc.html> | All Objections Reserved, Unproduced document |
| PTX 149 | N/A | | 'AFEAS: Montreal Protocol,' AFEAS, <www.afeas.org/montreal_protocol.html> | All Objections Reserved, Unproduced document |

19

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 150 | N/A | | 'Blowing Agents for Polyurethane Foams,' Volume 12, Number 10, 2002, S.N. Singh | All Objections Reserved, Unproduced document |
| PTX 151 | N/A | | 'U.S. Thermal Insulating Materials Market for the Building Industry,' Frost and Sullivan, November 17, 2004 | All Objections Reserved, Unproduced document |
| PTX 152 | N/A | | WO 95/05353 | All Objections Reserved, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), Unproduced document |
| PTX 153 | N/A | | WO 95/04022 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 154 | N/A | | EP-A-611744 | Foreign Language, Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 155 | N/A | | 'Allied Signal and Honeywell to Announce Merger Today,' The New York Times, June 7, 1999 | All Objections Reserved, Unproduced document |
| PTX 156 | N/A | | Genesolv® Product Brochures | All Objections Reserved, Unproduced document |
| PTX 157 | N/A | | http://www.appliancedesign.com/CDA/Archives/2b08c27 5a9938010VgnVCM100000f 932a8c0 | All Objections Reserved, Unproduced document |
| PTX 158 | N/A | | http://findarticles.com/p/artic les/mi_hb4250/is_200209/ai n13203302 | All Objections Reserved, Unproduced document |

20

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 159 | N/A | | 8/22/02 Honeywell press release entitled, 'Honeywell Prepares for First Shipments of Commercially Produced Enovate TM 3000 Blowing Agent' | All Objections Reserved, Unproduced document |
| PTX 160 | N/A | | http://www.solvay-fluor.com/docroot/fluor/stati c_files/attachments/news_1.p df | All Objections Reserved, Description does not match Bates numbers |
| PTX 161 | N/A | | U.S. Patent No. 5,624,970 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 162 | N/A | | U.S. Patent No. 5,646,196 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 164 | S0003399-3400 | | 6/11/01 Document entitled, 'Note for the Executive Committee - Tavaux - HFC 365mfc - Budget request (28 MEUR) for an industrial SOLKANE 365 mfc production unit' | Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 165 | S0004401-4423 | | J. Harris's 9/3/04 courier letter to H. Heidler enclosing the fully executed 410A Supply/Option Agreement and License Agreement between Honeywell and Solvay | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 166 | S0004498-4499 | | 2/16/06 R410A Supply/Option Agreement between Honeywell and Solvay | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |

21

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 167 | S0005098-5112 | | 12/22/99 License Agreement between Bayer and Solvay | No Objection |
| PTX 168 | S0006892-6909 | | Draft SBU-F submission for The Solvay Innovation Trophy | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 169 | S0006916-6917 | | 10/12/04 press release entitled, 'Vulcan to See Chemicals Business' | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 170 | S0007066-7069 | | Presentation entitled, 'HFC Blowing Agents' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 171 | S0008989-8993 | | April/May 2006 news article regarding blowing agents from Urethanes Technology | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 172 | S0010094-10100 | | L. Delcommune's 11/14/02 courier letter to T. Takashi (Daikin) enclosing an original copy of the 9/30/02 Patent License Agreement between Daikin and Solvay | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 173 | S0010147-10160 | | J. Friedenson's 12/16/94 courier letter to D. Oetterer enclosing an executed copy of the 11/10/94 Patent License Agreement between AlliedSignal and Solvay | No Objection |

22

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 174 | S0011454-11469 | | 10/15/97 presentation regarding, 'Future blowing agents for rigid PUR foams HFC-365mfc or HFC-245fa? - Problems and options' | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 175 | S0013420-13436 | | 5/21/01 document regarding, 'Budget request of 28 MEUR for an industrial SOLKANE 365mfc production unit' | Foreign Language, Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 176 | S0015811-15812 | | W. Moritz's 3/1/03 email to J. Harris attaching minutes from the 2/10/03 meeting between Solvay and Honeywell; and forwarding W. Moritz's 2/14/03 email to J. Harris regarding, 'Solkane 365/R245' | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 177 | S0016322-16330 | | W. Moritz's 6/19/03 email to J. Harris forwarding a draft Memorandum of Understanding | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 178 | S0016380-16386 | | W. Moritz's 9/12/02 email to D. Oetterer forwarding J. Harris's 9/12/02 email to Messrs Heidler and Moritz attaching a draft proposed 245fa-365mfc Supply Agreement | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 179 | S0017421-17424 | | J. Harris's 3/6/04 email to W. Moritz regarding an 'Offer for HFC-245fa' | No Objection |

23

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 180 | S0023445 | | Honeywell product brochure entitled, 'Enovate 3000' | Foundation/Lack of Personal Knowledge (FRE 602), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 181 | S0023526-23536 | | Patent Cross License Agreement between Solvay and Honeywell | Incomplete/Illegible, Relevance (FRE 402) |
| PTX 182 | S0012510-12512 | | 10/30/2001 IBIS News article on Honeywell promoting 245 as blowing agent of choice | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 183 | HON0002991 | Exhibit 6 Solvay-SJ-No Invalidity | HFC-245fa CLC Team Assumptions of Baseline Gantt Chart | Foundation/Lack of Personal Knowledge (FRE 602), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 184 | HON0001774-1778 | | 2/14/96 memo by M. Bogdan (AlliedSignal) discussing 1/25/96 AHAM meeting in Washington, DC | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802), Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 185 | HON0032151-32161 | | 245 pilot plant operating procedure | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 186 | S0019319-19321 | | 2/11/94 report by F. Janssens (Solvay) re meeting held on 2/3/94 to discuss possible new HFCs for use in foam blowing, including 245 | Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |

24

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 187 | S0005344-5379 | | 4/21/1994 report by F. Janssens (Solvay) re EAT meeting discussing several new HFCs under study in lab, including 365 | Authenticity (FRE 901), Foundation/Lack of Personal Knowledge (FRE 602), Hearsay (FRE 802) |
| PTX 188 | S0016800-16802 | | 9/13/1999 AlliedSignal news release re receiving EPA approval for 245, and naming Geismar as production site | Incomplete/Illegible, Prejudice outweighs probative value (FRE 403) |
| PTX 189 | N/A | | Honeywell International Inc.'s 3/5/07 Response to Plaintiff's First Set of Interrogatories Nos. 1-8 | No Objection |
| PTX 190 | N/A | | Honeywell International Inc.'s 5/30/07 Second Supplemental Response to Plaintiff's First Set of Interrogatories Nos. 1-8 | No Objection |
| PTX 191 | N/A | | Honeywell International Inc.'s 7/16/07 Response to Plaintiff's Third Set of Interrogatories Nos. 11-13 | No Objection |
| PTX 192 | N/A | | Honeywell International Inc.'s 10/5/07 Response to Plaintiff's Fourth Set of Interrogatories Nos. 14-24 | No Objection |
| PTX 193 | N/A | | Honeywell International Inc.'s 10/5/07 Response to Plaintiff's Fifth Set of Interrogatories No. 25 | Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) |
| PTX 194 | HON0014308 | | 2/7/1995 memo from D. Merkel on scoping experiments | Duplicate Document |

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 195 | HON0029698 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 1/16/95 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's September 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 196 | HON0029699-29716 | | Certified translation and accompanying certification of RSCAC's September 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 197 | HON0029717 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 4/22/94 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's March 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 198 | HON0029779 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 8/2/94 facsimile letter to G. Shia (AlliedSignal) enclosing the third part of RSCAC's May 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 199 | HON0029786 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 7/27/94 facsimile letter to G. Shia (AlliedSignal) enclosing the second part of RSCAC's May 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 200 | HON0029787-29797 | | Certified translation and accompanying certification of RSCAC's May 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 201 | HON0029798 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 6/94 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's April 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 202 | HON0029799-29821 | | Certified translation and accompanying certification of RSCAC's April 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 203 | HON0029822 | | Certified translation and accompanying certification of V. Barabanov's (RSCAC) 9/26/94 (10/10/94) facsimile letter to G. Shia (AlliedSignal) forwarding RSCAC's July 1994 report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402) No Certification for underlying Russian original document |

27

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 204 | HON0029837 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 10/25/94 facsimile letter to G. Shia (AlliedSignal) enclosing RSCAC's August 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 205 | HON0029884 | | Certified translation and accompanying certification of B. Maximov's (RSCAC) 3/2/95 facsimile letter to G. Shia (AlliedSignal) forwarding RSCAC's Final Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 206 | HON0029954 | | Certified translation and accompanying certification of V. Temchenko's (RSCAC) 7/94 facsimile letter to G. Shia (AlliedSignal) forwarding RSCAC's May 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 207 | HON0029955-29975 | | Certified translation and accompanying certification of RSCAC's May 1994 Report | Hearsay (FRE 802), Incomplete/Illegible, Prejudice outweighs probative value (FRE 403), Relevance (FRE 402), No Certification for underlying Russian original document |
| PTX 208 | HON0020573-20765 | | Standard Operating Procedures (SOPs) for Geismar Plant | No Objection |
| PTX 209 | S0008180-8196 | | Certified translation and accompanying certification of French Patent Application No. 95 12558 | No Objection |

28

| Trial Exhibit No. | Production No(s). | Previous Exhibit No(s). | Description | Honeywell's Objections[1] |
|---|---|---|---|---|
| PTX 210 | S0014642-14649 | Mueller-08 | W. Moritz's 5/4/03 e-mail M. Bess-Schmaer forwarding a draft Memorandum of Understanding between Solvay and Honeywell | All Objections Reserved |
| PTX 211 | S0006668-6670 | | W. Moritz's 3/25/04 e-mail to J. Harris forwarding a term sheet | All Objections Reserved |
| PTX 212 | S0006795 | Mueller-01 | C. Szuch's 6/6/01 letter to H. Heidler regarding EP 0 533 673 | All Objections Reserved |
| PTX 213 | HON0009923-9924 | | J. Harris's 10/10/04 e-mail to E. Piepho, et al. forwarding a proposed agenda for a meeting between Solvay and Honeywell | All Objections Reserved |
| PTX 214 | HON0013442 | | J. Harris's 3/8/05 e-mail to K. Gayer, et al. regarding a conference with W. Moritz | All Objections Reserved |
| PTX 215 | HON0009326 | | D. Nott's 3/16/05 e-mail to J. Harris, et al. in response to Mr. Harris's e-mail regarding a conference with W. Moritz | All Objections Reserved |
| PTX 216 | HON0000699 - HON0000700 | Tung-26 | H. Tung's 5-30-96 email to S. Cottrell, et al. attaching tentative agenda for 245fa process technology review meeting | All Objections Reserved |
| PTX 217 | HON0034262-34269 | | Honeywell supplemental sales information through April 2008 | All Objections Reserved |

29

# EXHIBIT 7

# Exhibit 7
# Honeywell's  Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 1. | S0005013 - S0005016 | Chemical Week International (Feb. 1, 1995), European Chemical News (Jan./Feb. 1995), European Chemical News (Nov. 1, 1993), and Plastic World (Mar. 1995) abstracts. | F, H, P, R, A |
| DTX 2. | S0007578 - S0007580 | Letter from the Industrial Property Office, Prague re  Oral proceedings of September 21, 2006 | F, P, R, A, H |
| DTX 3. | S0010559 - S0010560 | Handwritten notes re 245 synthesis [Certification and Translation Attached]; | F, INC, T |
| DTX 4. | S0010561 - S0010561 | Handwritten notes re 245 synthesis (French) [Certification and Translation Attached]; | F, INC, T |
| DTX 5. | S0010562 - S0010564 | Handwritten notes re foreign patents [Certification and Translation Attached] | F, INC, T |
| DTX 6. | S0018796 - S0018804 | Minutes of the oral proceedings held Sept. 21, 2006 in re appeal against the decision on patent revocation file no. PV 1998-1254 | F, P, R, A, H |
| DTX 7. | S0019127 - S0019142 | Presentation re Business Unit Industry & Competition Analysis - Solvay Fluorine | F, INC, P, R |
| DTX 9. | S0024073 - S0024075 | Fluor Portfolio | F, INC, R, P |
| DTX 10. | S0024083 - S0024085 | Request to Central Management Research by V. Wilmet Reference No. E96551[Certification and Translation Attached] | F, INC, T, R |
| DTX 11. | S0024088 - S0024088 | Email from K. Ulrich to L. Delcommune re granted rights to Polish companies | F, INC, P, R |
| DTX 12. | S0024089 - S0024089 | Chart re Status of 245 Patent Process, dated June 1, 2004 | F, INC, P, R |

---

[1] Depending on how Honeywell attempts to use each item it has identified as a trial exhibit, Solvay objects to each of Honeywell's exhibits as irrelevant under FRE 401 and 402, as well as prejudicial, confusing and/or misleading under FRE 403, and hearsay under FRE 802.

# Honeywell's  Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 13. | S0024130 - S0024131 | Email from H. Hartmut to S. Kashcube re WG: Solvay Patent Titles of Potential Interest for Honeywell | F, INC, P, T, C |
| DTX 14. | S0024210 - S0024254 | Presentation re HFC-152a synthesis | F, P, R |
| DTX 15. | S0024255 - S0024275 | Meeting Notes re re Projets Speciaux 1998-1999, dated March 25, 1998, from F. Delplanque | F, INC, T, R |
| DTX 16. | S0024312 - S0024314 | Summary re St. Petersburg Production of HCFCs | F, P, R |
| DTX 17. | S0024315 - S0024351 | EAT Report - April-September 1997 | F, P, R |
| DTX 18. | S0024370 - S0024410 | Meeting Notes re re Projets Speciaux 1997-1998, April 16, 1997 from F. Delplanque; | F, T, P, R |
| DTX 19. | S0024411 - S0024411 | Request re 1,1,1,3,3-pentafluoropropane | F, P, R, T, INC |
| DTX 20. | S0024412 - S0024413 | Report re Patent Application Sent for Technical Review re 08/273553 (PROCESS FOR THE MANUFACTURE OF 1,1,1,3,3-PENTAFLUOROPROPANE) [Certification and Translation Attached] | F, P, R, INC, T |
| DTX 21. | S0024417 - S0024418 | Memo re Response to DCR-PI - Patent Request Transmitted for Technical Advice by V. Wilmet Patent Request WO96/01797 [Certification and Translation Attached] | F, P, R, T |
| DTX 22. | S0024421 - S0024442 | Report re Organic Materials - Chlorofluoroalcanes, LC 101, Technical Report: E96551 June 1995 - September 1995 [Certification and Translation Attached] | F, P, R, T |
| DTX 23. | S0024481 - S0024483 | Request to the Central Management Research [Certification and Translation Attached]; | F, P, R, T |
| DTX 24. | S0024534 - S0024534 | Report re Patent Application Transmitted for Technical Advice re 96/01797 [Certification and Translation Attached]; | F, P, R, T, A |

2

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 25. | S0024535 - S0024539 | Patent EP 0,703,205 [Certification and Translation Attached]; | F, P, R, T, A |
| DTX 26. | S0024728 - S0024828 | Chemical Abstracts and publication information | F, INC, P, R, A |
| DTX 27. | S0024844 - S0024845 | Chart re Patent Literature on Synthesis [Certification and Translation Attached]; | F, INC, T, R, A |
| DTX 28. | HON0002405 - HON0002405 | Charted Experimental Data | F, INC, A, P |
| DTX 29. | HON0019027 - HON0019104 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, H, P, R, T, A |
| DTX 30. | HON0015479 - HON0015484 | Czech Correspondence | F, H, P, R, T, A |
| DTX 31. | HON0027767 - HON0027768 | Charts - Table 1 Boiling Points of Compounds in 245fa Process; Table 2 Physical Properties of Compounds | F, INC |
| DTX 32. | HON0028249 - HON0028267 | Presentation re 245fa project progress | F, H, INC, R |
| DTX 33. | HON0029450 - HON0029450 | Chart 245fa Tox Sample Production | F, INC, R |
| DTX 34. | HON0026855 - HON0026930 | Lab Notebook No. 30-3063 - Harry Tung | F, INC, R |
| DTX 35. | HON0033055 - HON0033072 | File containing Design of Experiments (Dates 6/14/1999 and 6/15/1999 on Worksheets) | F, R |
| DTX 36. | HON0020429 - HON0020429 | Reactor A Plant Data | F, INC, P, R |
| DTX 37. | HON0020430 - HON0020430 | Reactor B Plant Data | F, INC, P, R |
| DTX 38. | HON0020431 - HON0020431 | Reactor C Plant Data | F, INC, P, R |
| DTX 39. | HON0020432 - HON0020432 | Reactor D Plant Data | F, INC, P, R |
| DTX 40. | HON0020433 - HON0020433 | Recycle Column Plant Data | F, INC, P, R |

3

# Honeywell's Trial Exhibits

*Solvay, S.A. v. Honeywell International Inc.*

**C.A. No. 06-557-SLR (District of Delaware)**

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 41. | HON0020434 - HON0020434 | VU6112 Plant Data | F, INC, P, R |
| DTX 42. | HON0020435 - HON0020435 | VU6204 Plant Data | F, INC, P, R |
| DTX 43. | HON0020436 - HON0020436 | VU6215 Plant Data | F, INC, P, R |
| DTX 44. | HON0020437 - HON0020437 | VU6445 Plant Data | F, INC, P, R |
| DTX 45. | HON0031031 - HON0031213 | Patent Application of 11/184353 | A, H, INC, F, P, R |
| DTX 46. | HON0031214 - HON0031404 | Patent Application for U.S. Patent No. 6,930,215 | F, R, A, P |
| DTX 47. | HON0031563 - HON0031793 | Process Dev. Lab. Operating Permit and Procedures. | F, P, R, INC |
| DTX 48. | HON0032151 - HON0032161 | HFC-245fa Temporary Operating Permit for Pilot Plant | F, P, R, INC |
| DTX 49. | HON0033117 - HON0033124 | Patent 5,763,706 Certified | P, R |
| DTX 50. | HON0033743 - HON0033756 | Change Cost Planning: WBS Element Overview | F, P, R, INC |
| DTX 51. | HON0033810 - HON0033810 | Foam \ A& S Marketing | P, R, INC, F |
| DTX 52. | HON0033811 - HON0033811 | Foam \ A& S Sales | P, R, INC, F |
| DTX 53. | HON0033812 - HON0033812 | HFC-245fa Marking Expenses for Europe | P, R, INC, F |
| DTX 54. | HON0033813 - HON0033813 | HFC-245fa Research and Development Headcount | P, R, INC, F |
| DTX 55. | HON0033814 - HON0033814 | Foam & Heat Pump | P, R, INC |
| DTX 56. | HON0033912 - HON0033912 | List of Patents | F, R, INC, A |

4

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 57. | HON0033913 - HON0033919 | Charts - Run Data | P, R, INC, F |
| DTX 58. | HON0033924 - HON0033982 | Draft 245fa Kinetic Study | F, P, R, INC |
| DTX 59. | HON0033984 - HON0033993 | Statutory Disclaimer Patent Number 7,214,839 | INC, P, R |
| DTX 60. | HON0002724 - HON0002724 | Charted Data | F, P, R, INC |
| DTX 61. | HON0002797 - HON0002798 | Timeline re 245fa pilot plant | F, P, R |
| DTX 62. | HON0018420 - HON0018420 | HFC-245fa Process Development Lab Sub-Team Metrics chart | F, INC, P, R |
| DTX 63. | HON0018872 - HON0018872 | Yearly 245fa Requirements (lbs) | F, INC, R |
| DTX 64. | HON0009217 - HON0009217 | Project: Develop Process for Blowing Agent 245fa chart | F, P, R, INC |
| DTX 65. | HON0033448 - HON0033486 | Monthly Status Report 1993 - 01/02 (January/February); | F, P, R, INC |
| DTX 66. | HON0018956 - HON0018959 | Excerpt Monthly Status Report 1993 - 03 (March) | F, INC, P, R |
| DTX 67. | HON0033487 - HON0033510 | Monthly Status Report 1993 - 03 (March); | F, P, R, INC |
| DTX 68. | HON0030172 - HON0030178 | Memo re initial demonstration of vinyl chloride route to 245fa | F, P, R, INC |
| DTX 69. | HON0033511 - HON0033543 | Monthly Status Report 1993 - 04 (April) | F, P, R, INC |
| DTX 70. | HON0018777 - HON0018777 | Engineered Materials Sector Request and Authority for Patent Application Preparation | F, P, R, INC |
| DTX 71. | HON0018776 - HON0018776 | Memo re request and Authority for Patent Application from D. Harnish | F, P, R, INC |
| DTX 72. | HON0018773 - HON0018774 | Invention Record dated 4/23/1993 | F, P, R, INC |

# Honeywell's  Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 73. | HON0031794 - HON0031820 | Monthly Status Report 1993 - 05 (May); | F, P, R, INC |
| DTX 74. | HON0033544 - HON0033565 | Monthly Status Report 1993 - 06 (June); | F, P, R, INC |
| DTX 75. | HON0030164 - HON0030167 | Memo re RSAC vist to BRL | F, H, P, R |
| DTX 76. | HON0020256 - HON0020256 | Diagram System Separate Drawing Unit 'R3' | F, P, R, INC |
| DTX 77. | HON0033126 - HON0033126 | Diagram System Separate Drawing Unit 'R3' | F, P, R, INC |
| DTX 78. | HON0030071 - HON0030080 | Report from the Buffalo Research Laboratory | F, P, R |
| DTX 79. | HON0033566 - HON0033584 | Monthly Status Report 1993 - 07/08 (July/August); | F, P, R, INC |
| DTX 80. | HON0033585 - HON0033607 | Monthly Status Report 1993 - 10 (October); | F, P, R, INC |
| DTX 81. | HON0033608 - HON0033636 | Monthly Status Report 1993 - 11 (November); | F, P, R, INC |
| DTX 82. | HON0033157 - HON0033157 | Diagram Process Flow  - HFC - 32 | F, P, R, INC |
| DTX 83. | HON0033637 - HON0033649 | Monthly Status Report 1993 - 12 (December); | F, P, R, INC |
| DTX 84. | HON0033650 - HON0033665 | Monthly Status Report 1994 - 01/02 (January/February); | F, P, R, INC |
| DTX 85. | HON0033155 - HON0033156 | 1/94 Handwritten Diagram | A, F, H, INC, P, R |
| DTX 86. | HON0030368 - HON0030369 | Memo re RSCAC Costs | F, INC, P, A |
| DTX 87. | HON0033666 - HON0033690 | Monthly Status Report 1994 - 03 (March); | F, P, R, INC |
| DTX 88. | HON0033125 - HON0033125 | HFC143A Process Flow Diagram | F, P, R, INC |

6

## Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 89. | HON0026279 - HON0026291 | Contract for Research between Allied Signal and RSCAC (Signed by Parties) | F, P, R, H |
| DTX 90. | HON0033404 - HON0033438 | Monthly Status Report 1994 - 05 (May); | F, P, R, INC |
| DTX 91. | HON0014511 - HON0014515 | Memo re Minutes From Insulgas Review Meeting of May 3rd, 1994 | F, P, R, H |
| DTX 92. | S0005276 - S0005299 | Meeting Notes re Projets Speciaux - Programme 1994/1, Recherches Nouveaux HFA - Programme 1994-1995, dated April 21, 1994, from F. Delplanque-Janssens | P, R, T |
| DTX 93. | HON0031480 - HON0031546 | Report prepared for RSCAC (Russian) May 27 and 28 1994 | F, P, R, INC |
| DTX 94. | HON0033323 - HON0033372 | Monthly Status Report 1994 - 06 (June); | F, P, R, INC |
| DTX 95. | HON0018438 - HON0018440 | Diagram Reaction Configuration | F, P, R, INC |
| DTX 96. | S0010467 - S0010471 | Handwritten notes re 245  [Certification and Translation Attached]; | F, INC, T, R, P |
| DTX 97. | HON0033019 - HON0033049 | Memo re Insulglas meeting on June 16, 1994 | F, P, R, INC, H |
| DTX 98. | HON0033281 - HON0033322 | Monthly Status Report 1994 - 07 (July); | F, P, R, INC |
| DTX 99. | HON0033255 - HON0033280 | Monthly Status Report 1994 - 08 (August) | F, P, R, INC |
| DTX 100. | HON0028077 - HON0028078 | Letter from R. Richards to P. Doerge | F, R, INC, H |
| DTX 101. | HON0002329 - HON0002329 | March 1993 245/365 Monthly Report | F, INC, P, R |
| DTX 102. | HON0018259 - HON0018262 | Memo re September 1994: Monthly Status Report Preparation Of HCFC - 245fa Through Vinyl Chloride Route | F, P, R, INC |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 103. | HON0002325 - HON0002326 | Handwritten Chart re 245 | All objections reserved, description does not match bates numbers |
| DTX 104. | HON0009182 - HON0009182 | Memo re HFC-245fa Sample for Photochlorination from H. Tung | F, P, R, INC |
| DTX 105. | HON0030179 - HON0030214 | Monthly Status Report 1994 - 09 (September); | F, P, R, INC |
| DTX 106. | HON0033710 - HON0033734 | Executed License Agreement between Bayer AG, and AlliedSignal Inc.; | F, P, R |
| DTX 107. | HON0001932 - HON0001933 | Memo from H. Tung and A. Smith re Monthly Status Report -- Summary of HFC-245fa team activity, October 1994 | F, INC, P, R |
| DTX 108. | HON0030215 - HON0030265 | Monthly Status Report 1994 - 10 (October); | F, P, R, INC |
| DTX 109. | HON0032973 - HON0033008 | Memo re Action Plan re 245fa for process review meeting | F, P, R, INC |
| DTX 110. | HON0018900 - HON0018901 | Memo re Monthly Status Report - Summary of HFC-245fa team activity, November 1994 from H. Tung | F, INC, P, R |
| DTX 111. | HON0000913 - HON0000913 | Diagram re 2.5 Gal. PTFE-lined reactor | F, P, R, INC |
| DTX 112. | S0010147 - S0010181 | Letter from J. Friedenson to D. Oetterer enclosing Nov. 10, 1994 Patent License Agreement between AlliedSignal Inc. and Solvay Performance Chemicals | F, P, R |
| DTX 113. | HON0018898 - HON0018899 | Memo re HFC-245fa from A. Smith | F, P, R |
| DTX 114. | HON0032652 - HON0032682 | Monthly Status Report 1994 - 11 (November); | F, P, R, INC |
| DTX 115. | HON0004243 - HON0004251 | Handwritten Notes HFC - 245fa | F, INC, P, R |
| DTX 116. | HON0004258 - HON0004259 | Memo re Information/Data Requirements for the HFC-245 Pilot Plant | F, P, R |

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 117. | HON0030266 - HON0030367 | Monthly Status Report 1994/1995 - 12/01 (December/January); | F, P, R, INC |
| DTX 118. | HON0028585 - HON0028598 | Feb. 2, 1995 Memo entitled 'HFC-245fa Pilot Plant' | F, P, R |
| DTX 119. | HON0000873 - HON0000889 | Reactor #3 Operating Instructions, by P. Scheidler, L. Mullan and D. Merkel | F, P, R, INC |
| DTX 120. | HON0019004 - HON0019025 | Reactor #3 Operating Instructions by P. Scheidle, L. Mullan and D. Merkel | F, INC, P, R |
| DTX 121. | HON0000910 - HON0000911 | Diagram re Still Overhead Piping for R3 | F, INC, P, R |
| DTX 122. | HON0017590 - HON0017590 | Diagram 2.5 - Gal PTFE - Lined Reactor | F, INC, P, R |
| DTX 123. | HON0019000 - HON0019003 | Change Notice | F, INC, P, R |
| DTX 124. | HON0002674 - HON0002675 | Memo re Separation of HF from HFC-245fa using H2SO4 from Z. Dziadyk | F, P, R |
| DTX 125. | HON0000918 - HON0001075 | Data re Analysis of 245 sample. | F, P, R, A |
| DTX 126. | S0005017 - S0005018 | Article titled, Replacing CFCs will take different routes, Plastic World | F, H, P, R, A |
| DTX 127. | S0016196 - S0016198 | Article titled, Replacing CFC's will take different routes, Plastic World | F, H, P, R, A |
| DTX 128. | HON0000898 - HON0000902 | Memo from D. Merkel to A. Amith and H. Tung re Monthly Status Report - February 1995 | F, INC, P, R |
| DTX 129. | HON0017724 - HON0017727 | Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - February 1995 | F, INC, P, R |
| DTX 130. | HON0032289 - HON0032364 | Monthly Status Report 1995 - 02 (February); | P, R, F, INC |
| DTX 131. | HON0018419 - HON0018419 | Memo from D. Merkel to H. Tung and D. Hsieh re Meeting minutes. Kinetic modeling of the 245fa fluorination rection | F, INC, P, R |
| DTX 132. | HON0012524 - HON0012524 | AlliedSignal Buffalo Research Laboratory Analysis Request Anal. Reseacrh No. 3845 submitted by H. Tung | R, F, P |

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 133. | HON0031821 - HON0032150 | HFC-245fa Temporary Operating Permit for Pilot Plant; | H, R, F, P, A |
| DTX 134. | HON0012525 - HON0012537 | Analytical Results for Analytical Request No. 3845 (AlliedSignal Chemical ) | F, R, P |
| DTX 135. | S0005475 - S0005518 | Notes re EAT Meeting - New Hydrofluorocarbons Mar. 30, 1995 | F, P, R |
| DTX 136. | HON0003707 - HON0003710 | Memo re Monthly Status Report - Summary of 'HFC-245fa Process Development/Sample Production Team' Activities for February, 1995 from H. Tung | F, P, R |
| DTX 137. | HON0032913 - HON0032972 | HFC-245fa Monthly Status Report, March 1995 | F, P, R |
| DTX 138. | HON0002184 - HON0002184 | The Most Significant Technical Achievement for 1st Q of 1995 for 245fa project written by H. Tung, April 2, 1995 | F, P, R |
| DTX 139. | HON0001380 - HON0001383 | April 3, 1995 Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - March 1995. | P, R, F |
| DTX 140. | HON0032599 - HON0032651 | HFC-245fa Monthly Status Report, April 1995 | F, P, R |
| DTX 141. | HON0001842 - HON0001843 | Department of Toxicology 1995 Project Proposal for the Project 'Alternate Generations - HFC 245fa MA-252A' | F, P, R |
| DTX 142. | HON0002398 - HON0002402 | 5/3/1995 Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - April 1995 | INC, P, R, F |
| DTX 143. | HON0017717 - HON0017721 | Memo from D. Merkel to A. Smith and H. Tung re Monthly Status report - April 1995 | F, P, R |
| DTX 144. | S0001784 - S0001790 | Patent EP 0 770 048 B1 | F, P, R, H, A |
| DTX 145. | HON0020142 - HON0020143 | HFC-245fa CLC Team Charter (proposed) | F, P, R |
| DTX 146. | HON0018972 - HON0018972 | 245fa Competitors Technology Assessment Chart | F, INC, P, R |

# Honeywell's Trial Exhibits
## *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 147. | HON0032454 - HON0032511 | HFC-245fa Monthly Status Report, May 1995 | F, P, R |
| DTX 148. | HON0033142 - HON0033147 | Project: Synthesis of HFC-245fa - Certified Translation | F, P, R |
| DTX 149. | HON0000903 - HON0000908 | June 7, 1995 Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - May 1995. | F, P, R |
| DTX 150. | HON0001376 - HON0001379 | June 7, 1995 Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - May 1995 | F, P, R |
| DTX 151. | HON0002439 - HON0002455 | June 8, 1995 245fa Laboratory Studies by D. Merkel | F, P, R |
| DTX 152. | HON0002944 - HON0002956 | June 8, 1995 245fa Laboratory Studies by D. Merkel | F, INC, R |
| DTX 153. | S0005076 - S0005078 | Letter from Dr. Thomas and Dr. Hellfeldt (Bayer) to H. Kroeger (Solvay) re proposed terms of a license agreement re propellants with enclosure of proposed terms | F, P, R, T, C |
| DTX 154. | S0023950 - S0023952 | French Memo [Certification and Translation Attached] | F, P, R, T |
| DTX 155. | HON0028611 - HON0028611 | Letter via fax from K. Nuegebauerto to R. Riley re Comments from Solvay-Europe Concerning PIMA Third Generation Blowing Agent Protocol | F, R |
| DTX 156. | HON0001076 - HON0001076 | BRL Data on 6/30/95 | F, H, R |
| DTX 157. | S0001844 - S0001858 | Patent WO 96/01797 | F, P, R, H |
| DTX 158. | HON0017715 - HON0017716 | July 6, 1995 Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - June 1995 | F, P, R |
| DTX 159. | HON0000127 - HON0000127 | Table 1.6 Chemistry - Material & Usage | F, R, H, P |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 160. | HON0001812 - HON0001813 | July 11, 1995 Memo from D. Williams to K. Bryne, G. McDonough, M. Quig, G. Samuels, A. Vidan, G. Knopeck, C. Melillo, M. Ruckriegel, S. Sehgal, cc: I. Shankland, H, Tung, J. Mason, S. Eisel, J. Baxter, Z. Dziadyk and K. Uhrich re HFC-245fa raw material sourcing for BRL pilot plant | F, P, R |
| DTX 161. | HON0028608 - HON0028608 | July 14, 1995 Email from M. Bogdan to L. Bement, P. DiCillo, G. Knopack, R. Parker, G. Samuels, I. Shankland, D. Williams, G. McDonough, C. Melillo re Supply Agreement for PIMA trial | F, P, R |
| DTX 162. | HON0032512 - HON0032550 | HFC-245fa Monthly Status Report for June/July 1995 | F, P, R |
| DTX 163. | HON0002984 - HON0002988 | August 8, 1995 Memo from D. Williams to HFC-245fa CLC Team, cc: I. Shankland and K. Byrne re HFC-245fa CLC Team Meeting Mintues for July 26- July 27, 1995 Meeting | INC, F, R, P |
| DTX 164. | HON0003053 - HON0003071 | August 8, 1995 Memo from D. Williams to HFC-245fa CLC Team, cc: I. Shankland and K. Byrne re HFC-245fa CLC Team Meeting Mintues for July 26- July 27, 1995 Meeting | F, R, P |
| DTX 165. | HON0001482 - HON0001482 | August 16, 1995 Incident Report from Z. Dziadyk (AlliedSignal) re reactor and catalyst stripper equipment damage and release of material | F, R, P |
| DTX 166. | HON0002123 - HON0002124 | August 18, 1995 Memo from H. Tung to R. Raines re Request for preparing an AR for replacement HFC-245fa lab unit | F, P, R |
| DTX 167. | HON0000453 - HON0000453 | August 24, 1995 Email from G. Samuels to J. Baxter cc: S. Delo, Z. Dziadyk, W. Hanavan, W. Hribik, H. Tung,  D. Williams, C. Beck, G. McDonough, C. Melillo and M. Quig re 245fa TOX Material Storage/Shipping | F, P, R |
| DTX 168. | HON0002021 - HON0002021 | August 29, 1995 Handwritten letter from Z. Dziadyk to R. Raines re Spare Agitator for Reactor 2K-70 | F, P, R |

# Honeywell's Trial Exhibits
## *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 169. | S0019562 - S0019572 | Technical report of LC 101 E96551 - Organic Products - Chlorofluoroalcanes (Synthesis of HFC-245fa) June 1994 - September 1995[Certification and Translation Attached]; | INC, F, P, R |
| DTX 170. | S0023922 - S0023933 | Report re Organic Materials - Chlorofluoroalcanes, LC 101, Technical Report: E96551 June 1995 - September 1995 [Certification and Translation Attached] | INC, F, P, R |
| DTX 171. | HON0027674 - HON0027676 | HFC-245fa Monthly Status Report, September 1995; | F, P, R |
| DTX 172. | HON0000108 - HON0000116 | October 5, 1995 Presentation re HFC-245fa Process Development | INC, F, P, R |
| DTX 173. | HON0002136 - HON0002145 | October 5, 1995 Presentation re HFC-245fa Process Development | F, P, R |
| DTX 174. | HON0002019 - HON0002019 | October 24, 1995 Memo from H. Tung to R. Raines re Request for Preparation of an AR for a 50-gal PFA-lined Reactor | F, P, R |
| DTX 175. | HON0032551 - HON0032598 | HFC-245fa Quarterly Status Report, August-October 1995 | F, P, R |
| DTX 176. | HON0033439 - HON0033447 | HFC-245fa Quarterly Status Report, November-December 1995 and January 1996; | F, P, R |
| DTX 177. | S0005027 - S0005028 | Report re October 8, 1995 Visit between Solvay and Bayer re possible third generation HFC's for foam and a licence offer from Bayer | F, P, R, C |
| DTX 178. | S0010495 - S0010495 | Memo from Dr. Zipfel re R245fa Availability - Allied Time Table | F, P, R |
| DTX 179. | HON0003024 - HON0003024 | November 22, 1995 Memo from K. Benson to Z. Dzidyk re HFC-245fa Start-up Data from November 20 | F, P, R |
| DTX 180. | HON0002629 - HON0002637 | December 6, 1995 HFC-245fa Pilot Plant & Process Development Review from D. Williams and H. Tung | F, P, R |
| DTX 181. | HON0033073 - HON0033099 | December 8, 1995 Meeting Minutes for December 1, 1995 re 245fa process development by H. Tung | F, P, R |

## Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 182. | HON0018433 - HON0018436 | December 11, 1995 HFC-245fa Program Review | F, P, R |
| DTX 183. | HON0000457 - HON0000460 | December 21, 1995 Memo from T. P. Rygas to S. Cottrell, S. Delo, Z. Dziadyk, W. Hribik, J. McKown, T. Rygas, W. Swayze, H. Tung, N. Viso, D. Williams, D. Glodschmidt, M. Howells, D. Keeler, A. Smith, and C. Swain cc: I. Shankland, J. P. Forehand and C. Melillo re Minutes from 245fa Meeting of Dec. 20, 1995 | F, P, R |
| DTX 184. | S0010962 - S0010966 | Report re Sythesis of HFC-245fa [Certification and Translation Attached]; | F, P, R |
| DTX 185. | HON0019222 - HON0019223 | Buffalo Research Laboratory Analysis Request Project No. 209063 by Z. Dziadyk | F, P, R |
| DTX 186. | HON0030518 - HON0030525 | Piping & Instrumentation Diagram (P&ID) 40MM LBS/Per Year G-245 Plant, G-245 Reaction Step | F, P, R |
| DTX 187. | HON0019224 - HON0019226 | Analytical Results for Sample No. 10954 by J. Thompson | F, P, R |
| DTX 188. | HON0004157 - HON0004159 | AlliedSignal Chemical Analytical Results for request no. 4670 | F, P, R, |
| DTX 189. | HON0026292 - HON0026306 | Patent WO 96/01797 | F, P, R, H |
| DTX 190. | HON0000504 - HON0000504 | February 13, 1996 Email from Z. Dziadyk to S. Delo, W. Hribik, I. Shankland, H. Tung, D. Williams re HFC-245fa Pilot Plant Daily Summary ; | F, INC, P, R |
| DTX 191. | HON0020154 - HON0020154 | CLC/Technical Excellence Team Charter by H. Tung | F, P, R |
| DTX 192. | HON0018710 - HON0018715 | Pilot Plant Meeting - HFC-245fa; Agenda for March 20, 1996 | F, P, R |
| DTX 193. | HON0000596 - HON0000597 | March 29, 1996 Memo from Z. Dziadyk to H. Tung cc: J. McKown, S. Delo, C. Carson, R. Neuman, K. Uhrich and K. Benson re HFC-245fa Pilot Plant Summary: Feb.-March 1996 | F, P, R |

## Honeywell's  Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 194. | HON0003015 - HON0003016 | March 29, 1996 Memo from Z. Dziadyk to H. Tung cc: J. McKown, S. Delo, C. Carson, R. Neuman, K. Uhrich and K. Benson re HFC-245fa Pilot Plant Summary: Feb.-March 1996 | F, P, R |
| DTX 195. | HON0018717 - HON0018724 | Pilot Plant Meeting - HFC-245fa;  Agenda for April 3, 1996 | F, P, R |
| DTX 196. | HON0031550 - HON0031550 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Catalyst System | F, P, R, INC |
| DTX 197. | HON0031547 - HON0031547 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - P&ID Symbols & Legend | F, P, R, INC |
| DTX 198. | HON0031549 - HON0031549 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Reactor Feed System | F, P, R, INC |
| DTX 199. | HON0031554 - HON0031554 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Caustic System | F, P, R, INC |
| DTX 200. | HON0031562 - HON0031562 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Crude Product Surge | F, P, R, INC |
| DTX 201. | HON0002228 - HON0002228 | April 11, 1996 Email from C. Beck to H. Tung, D. Williams and C. Melillo re HFC-245fa-1625 lbs | F, P, R |
| DTX 202. | HON0031555 - HON0031555 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Drying Columns | F, P, R, INC |
| DTX 203. | HON0031551 - HON0031551 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Reactor | F, P, R, INC |
| DTX 204. | HON0031552 - HON0031552 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Catalyst Stripper | F, P, R, INC |
| DTX 205. | HON0031553 - HON0031553 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - HF & HCL Removed | F, P, R, INC |
| DTX 206. | HON0031556 - HON0031556 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - Utilities | F, P, R, INC |
| DTX 207. | HON0031557 - HON0031557 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - T- 205 & VT - 801 | F, P, R, INC |
| DTX 208. | HON0031558 - HON0031558 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - T- 206 & VT - 803 | F, P, R, INC |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 209. | HON0031559 - HON0031559 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - T- 207 & U210 A & B | F, P, R, INC |
| DTX 210. | HON0031560 - HON0031560 | Piping & Instrumentation Diagram - HFC-245fa Pilot Plant - T- 204 & VT - 800 | F, P, R, INC |
| DTX 211. | HON0000699 - HON0000699 | May 30, 1996 Email from H. Tung to S. Cottrell , C. Carson, G. Cook, W. Hribik, J. McKown, R. Neuman, H. Pham, T. Rygas, A. Thenappan, K. Ulhrich, F. Wong, S. Yates, Y. Chiu, D. Goldschmidt cc: S. Delo, I. Shankland and D. Williams re 245fa Process Technology Review Meeting | F, P, R |
| DTX 212. | HON0002561 - HON0002577 | PIM Certification Report  from K. Uhrich | F, P, R |
| DTX 213. | HON0000741 - HON0000742 | June 21, 1996 Email from D. Willimas to I. Shankland cc: J. McKnown and W. Hribik re HFC-245fa second quarter report | F, P, R |
| DTX 214. | HON0000742 - HON0000742 | Quarterly Report for Second Quarter re HFC-245fa | F, P, R |
| DTX 215. | HON0001701 - HON0001703 | June 24, 1996 News Release: AlliedSignal Begins Customer Sampling of HFC-245fa Liquid Blowing-Agent for Rigid-Foam Insulation Applications | F, H, R |
| DTX 216. | S0013494 - S0013500 | Memo from F. Delplanque-Janssens re Replacement of CFS Products of the Third Generation [Certification and Translation Attached]; | P, R, T |
| DTX 217. | HON0028086 - HON0028087 | August 2, 1996 245fa Sampling Summary Chart | F, P, R |
| DTX 218. | S0001490 - S0001495 | Patent RU 2065430  [Certification and Translation Attached] | F, R, T, H |
| DTX 219. | S0013796 - S0013806 | PCT Internation Preliminary Examination Report re prosecution of '817 completed December 18, 1997 | INC, T, R, P, H |
| DTX 220. | S0001711 - S0001715 | U.S. Patent No. 5,574,192 | F, P, R, H |

## Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 221. | HON0032683 - HON0032912 | Report No. 23615 re 245fa process development and pilot plant | F, P, R |
| DTX 222. | HON0028290 - HON0028315 | 245fa Pilot Plant timeline and data | F, P, R |
| DTX 223. | S0007246 - S0007246 | Email from Dr. Barthelemy to F. Delplanque re precursors of 245fa | F, P, R, T |
| DTX 224. | S0005978 - S0005979 | HFC-365mfc vs HFC-245fa - Comparison dated June 5, 1997 | F, P, R |
| DTX 225. | S0010991 - S0011015 | Produits Organiques - Chlorofluoroalcanes Rapport Technique de RU101:E96931 Avril - Juin 1997 Synthese Du 1,1,1,3,3 - Pentachloropropane | F, P, R, T |
| DTX 226. | S0010967 - S0010990 | RapportsTechniques du 1/9/96 | F, P, R, T |
| DTX 227. | S0011434 - S0011469 | Meeting Notes re Projets Speciaux - Programme 1997/2 and Recherches Naouveaux  HFA - Programme 1997-1998, dated Oct. 15, 1997, from F. Delplanque-Janssens | F, P, R, T |
| DTX 228. | S0013807 - S0013816 | PCT Internation Preliminary Examination Report re prosecution of '817 completed December 18, 1997 (Translation) | F, INC, T, R, P, H |
| DTX 229. | S0001655 - S0001679 | Patent WO 98/00378 | P, R, F |
| DTX 230. | HON0011739 - HON0011743 | June 27, 1996 Memo from H. Tung to K. Uhrich re 245fa Project Status - April to June 1996 | P, R, F |
| DTX 231. | S0001680 - S0001685 | U.S. Patent No. 5,763,706 | P, R, F, H |
| DTX 232. | S0003050 - S0003053 | May 18, 1999 Email from C. Louis to H. Heidler, P. Barthelemy, W. Moritz, L. Zipfel, F. Delplanque, P. Dournel, and B. Schulte attaching Allied press release  on HFC-245fa. | F, H, P, R |
| DTX 233. | S0016800 - S0016802 | Press Release: AlliedSignal Receives US EPA Approval and Indentifies Production Site for HFC-245fa | H, R, P |

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 234. | S0016799 - S0016799 | September 28, 1999 Email from P. Jacques to P. Barthelermy re Allied press release | F, INC, T, P |
| DTX 235. | S0017270 - S0017270 | November 9 , 1999 Email from P. Roumegoux to O. Tikkanen, H. Heidler, W. Moritz, and A. Meier cc: H. Kroeger and H. Bruhns re Allied Signal visit on Nov. 5  in Hanover | F, H, P, R |
| DTX 236. | HON0033735 - HON0033737 | December 19, 1999 Letter re License Agreement between Bayer AG and Allied Signal | F, R, P |
| DTX 237. | HON0033167 - HON0033217 | HFC-245fa Data Book dated January 11, 2000 and edited by Harry Tung | F, P, R |
| DTX 238. | S0007065 - S0007065 | February 8, 2000 Email from D. Macarthur to P. Roumegoux, D. Macarthur cc: O. Tikkanen, L. Zipfel and K. Neugebauer re NASA HFC-365mfc/HCFC-141b; | F, H, P, R |
| DTX 239. | S0001556 - S0001558 | Visit Report on Meeting between Solvay and Honeywell | F, R, P |
| DTX 240. | HON0003750 - HON0003819 | HFC-245fa Plant - RX Feed System - Fresh HF Supply - Piping & Instrumentation Diagram | |
| DTX 241. | S0014861 - S0014872 | Engineering Department Calculation Sheet | F, R |
| DTX 242. | S0009104 - S0009214 | Report titled 'Honeywell International Geismar Works, Carville, LA, Miscellaneous Documents - March 2000 - January 2001' by Competitive Analysis Technologies | F |
| DTX 243. | S0013420 - S0013436 | Solvay Memo re building of industrial facility for 365 [Certification and Translation Attached] | P, R |
| DTX 244. | HON0010673 - HON0010771 | 245fa Log Book, December - January 1995 | P, R, A |
| DTX 245. | S0006781 - S0006781 | August 8, 2001 Solvay/Honeywell Meeting Agenda | P, R |
| DTX 246. | HON0020373 - HON0020374 | October 30, 2001 Email from J. Harris to M. Lewis, C. Smith cc: I. Shankland, C. Wrenn, P. Lim, J. Bova, and R. Schiller | F, H, P, R |

# Honeywell's  Trial Exhibits
## *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 247. | S0001562 - S0001564 | January 2, 2002 Letter from W.  Moritz  to C. Bibb, Enclosing Signed Non Disclosure Agreement between Honeywell and Solvay | F, R, P |
| DTX 248. | HON0020384 - HON0020393 | February 11, 2002 Email from J. Harris to C. Bibb, M. Lewis, B. Hofman, I. Shankland, D. Williams re R245fa and Solkane 365mfc--Meeting with Honeywell, attaching presentation. | F, R, P |
| DTX 249. | HON0020394 - HON0020395 | February 11, 2002 Email from J. Harris to C. Bibb, M. Lewis, B. Hofman, I. Shankland, D. Williams re R245fa and Solkane 365mfc--Meeting with Honeywell, attaching presentation. | F, R, P |
| DTX 250. | S0014822 - S0014860 | Report titled, 'Honeywell International Geismar Works, Carville, LA, Permit Variance Request For HFC-245fa Testing - March 2002' by Competitive Analysis Technologies | F, R, P |
| DTX 251. | HON0020370 - HON0020372 | March 14, 2002 Email from J. Harris to C. Bibbs, T. Morris, J. Steinfink re Solvay Notes from Meeting with Honeywell | F, R, P |
| DTX 252. | S0006997 - S0006998 | Email from W. Moritz to C. Bibbs, J. Harris cc: D. Oetter, H. Heldler, H. Bruhns, J. Rieger, L. Delcommune and L. Zipfel re Memo of the Meeting with Honeywell in Brussels on March 6, 2002 | F, P, R |
| DTX 253. | S0004912 - S0004927 | Letter from H. Heidler and W. Moritz to R. Kaufung re HFC-365mfc/License agreement dated 22.12.1999 | C, F, P, R |
| DTX 254. | S0010094 - S0010100 | Letter from L. Decommune to T. Tozuka re Patent License Agreement, enclosing Patent License Agreement between Daikin Industries Limited and Solvay S.A. | C, F, P, R |
| DTX 255. | S0004770 - S0004772 | Email from L. Delcommune to M. Vanmaeldergem re Solkane 365/R245 [Mar. 1, 2003 Minutes of Honeywell-Solvay Meeting attached] | F, R |

19

# Honeywell's Trial Exhibits
## Solvay, S.A. v. Honeywell International Inc.
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 256. | S0014642 - S0014649 | Email from W. Moritz to M. Bess-Schmaer [Attachment: Draft Memorandum of Understanding between Honeywell and Solvay]; | F, P, R |
| DTX 257. | S0003350 - S0003351 | Email from E. Piepho to C. Jourquin [Certification and Translation Attached] | F, P, R |
| DTX 258. | HON0020401 - HON0020401 | Email from W. Moritz to J. Harris | F, P, R |
| DTX 259. | S0014217 - S0014255 | Report titled, Miscellaneous Documents - October 2003-December 2003 by Competitive Analysis Technologies for Honeywell Geismar Works | F, R, P |
| DTX 260. | HON0020399 - HON0020399 | Email from W. Moritz to J. Harris | F, R, P |
| DTX 261. | S0003373 - S0003384 | Memo by W. Moritz and B. Schulte [Certification and Translation Attached]; | F, P, R, T |
| DTX 262. | HON0004796 - HON0005253 | Reactor A Data | F, INC, P, R |
| DTX 263. | HON0005704 - HON0006161 | Reactor B Data | F, INC, P, R |
| DTX 264. | HON0006162 - HON0006386 | Reactor B Raw Data Part 1 | F, INC, P, R |
| DTX 265. | HON0006387 - HON0006611 | Reactor B Raw Data Part 2 | F, INC, P, R |
| DTX 266. | HON0006612 - HON0007069 | Reactor C Data | F, INC, P, R |
| DTX 267. | HON0007070 - HON0007294 | Reactor C Raw Data Part 1 | F, INC, P, R |
| DTX 268. | HON0007295 - HON0007519 | Reactor C Raw Data Part 2 | F, INC, P, R |
| DTX 269. | HON0007520 - HON0007977 | Reactor D Data | F, INC, P, R |
| DTX 270. | HON0009019 - HON0009019 | 245fa production Data Jan. 2004-Apr. 2007 chart | F, R, P |

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 271. | HON0020398 - HON0020398 | Email from W. Moritz to J. Harris | F, P, R |
| DTX 272. | HON0020402 - HON0020402 | Email from W. Moritz to J. Harris | F, P, R |
| DTX 273. | S0006668 - S0006670 | Email from W. Moritz to J. Harris cc: R. Boettcher and N. Solheid. Attaching Supply Agreement and Cross-Licenses Agreement Term Sheet | C, F, P, R |
| DTX 274. | HON0005254 - HON0005478 | Reactor A Raw Data Part 1 | F, INC, P, R |
| DTX 275. | HON0005479 - HON0005703 | Reactor A Raw Data Part 2 | F, INC, P, R |
| DTX 276. | HON0007978 - HON0008202 | Reactor D Raw Data Part 1 | F, INC, P, R |
| DTX 277. | HON0008203 - HON0008427 | Reactor D Raw Data Part 2 | F, INC, P, R |
| DTX 278. | HON0008765 - HON0008781 | High Boiler byproduct - raw data | F, INC, P, R |
| DTX 279. | HON0008782 - HON0009006 | High Boiler Column Feed Stream - Raw Data | F, INC, P, R |
| DTX 280. | HON0018976 - HON0018977 | Letter from H. Heidler and J. Rieger to S. Pahlman | F, INC, R |
| DTX 281. | HON0020411 - HON0020411 | Email from J. Rieger to J. Harris re Poland | C, F, P, R |
| DTX 282. | S0006652 - S0006653 | Email from J. Rieger to J. Harris | F, P, R |
| DTX 283. | S0006765 - S0006773 | Email from J. Harris to W. Moritz and H. Heldler. Attaching Draft Supply Agreement and Cross-Licenses Agreement Term Sheet | C, F, P, R |
| DTX 284. | S0012005 - S0012007 | Executed Agreement letter from W. Moritz and J. Rieger to F. Bouwmeester. | F, P, R |
| DTX 285. | S0014594 - S0014595 | Email from W. Moritz to 'WSS00000', cc'ing M. Bess-Schmaer [Certification and Translation Attached] | F, INC, P, R, T |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 286. | S0006642 - S0006643 | Meeting Minutes from Honeywell-Solvay Meeting, dated Oct. 14, 2004 | F, R, C, P |
| DTX 287. | HON0020415 - HON0020418 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, T, A |
| DTX 288. | S0015543 - S0015544 | Email from T. Garber to N. Solheid | All objections reserved, description does not match bates numbers |
| DTX 289. | HON0013442 - HON0013442 | Email from J. Harris to K. Gayer; R. Mueller; D. Nott; J. Steinfink | F, H, P, R |
| DTX 290. | S0006647 - S0006649 | Letter from D. Muhlgay to H. Heldler and N. Solheld, attaching executed agreement. | C, P, R |
| DTX 291. | HON0033218 - HON0033232 | Documents relating to Revocation Proceedings for Czech Patent 291762 | A, F, P, R |
| DTX 292. | S0014100 - S0014107 | Documents relating to Revocation Proceedings for Czech Patent 291762 | A, F, P, R, T |
| DTX 293. | S0015608 - S0015609 | Report re Meeting at DG Environment, Brussels, on June 15, 2005 by Ewald Preisegger [Certification and Translation Attached] | F, R |
| DTX 294. | HON0022303 - HON0022303 | Email from J. Harris to K. Gayer, D. Nott, R. Mueller, J. Steinfink, R. Preziotti | F, P, R |
| DTX 295. | S0016900 - S0016901 | Email from H. Kroeger to R. Mueller cc: B. Wikes and W. Moritz [Certification and Translation Attached] | P, R, T |
| DTX 296. | S0015601 - S0015601 | Email from E. Preisegger to T. Batchelor and M. Wandinger, cc: Moritz, Solheid and Bess-Schmaer | F, R, P, C |
| DTX 297. | S0015548 - S0015551 | August 2005 Letter from Caesarea Polymer Industries to David Muhlgay | F, R, P, C |
| DTX 298. | S0004563 - S0004564 | Email from W. Moritz to R. Mueller, cc'ing J. F. Serrier, P. Jacques, L. Delcommune, and H. Kroeger re License Agreement - Term Sheet, HFC-245, Blends HFC 245/Solkane 365. Draft term sheet attached. | C, F, R |

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 299. | S0007534 - S0007547 | Documents relating to Revocation Proceedings for Czech Patent 291762 | A, F, P, R |
| DTX 300. | S0007581 - S0007594 | Documents relating to Revocation Proceedings for Czech Patent 291762 | A, F, P, R |
| DTX 301. | HON0029395 - HON0029406 | Email from R. Mueller to S. Hellinckx, H. Kroeger, W. Moritz cc: L. Delcommune, P. Jacques, S. Mross and R. Mueller attaching Patent License Agreement - HFC-245 | INC, F, R, C, P |
| DTX 302. | HON0033158 - HON0033166 | Documents relating to Revocation Proceedings for Czech Patent 291762 | A, F, P, R |
| DTX 303. | HON0021881 - HON0021886 | Meeting Report re Mar. 7, 2006 meeting re Patent License Agreement related to certain HFC-245fa/HFC-365mfc blends | C, F, P, R |
| DTX 304. | S0012004 - S0012004 | Executed Agreement letter from W. Moritz and M. Bess-Schmar to F. Bouwmeester | C, F, P, R |
| DTX 305. | S0012008 - S0012010 | Letter Agreement from W. Moritz and M. Bess-Schmar to J. Schmidt | C, F, P, R |
| DTX 306. | HON0009902 - HON0009914 | Email from H. Seibel to J. F. Serrier, S. Hellinckx, H. Kroeger, W. Moritz cc: R. Mueller, C. Hucker, D. Nott and C. Szuch | C, F, P, R |
| DTX 307. | HON0021852 - HON0021868 | Email from S. Hellinckx to H. Seibel cc: W. Moritz, R. Mueller, D. Nott, H. Charlotte, J. F. Serrier attaching Draft Patent License Agreement between Solvay and Honeywell | C, P, R |
| DTX 308. | S0016965 - S0016966 | Letter from C. Szuch to J. P. Lavalleye re USP 6,730,817 | C, P, R |
| DTX 309. | HON0031478 - HON0031479 | Handwritten Van Der Puy notebook pages | INC, P, R, F, A |
| DTX 310. | HON0033738 - HON0033742 | Letter re License Agreement between Bayer AG and Allied Signal; ; | F, R, A, P |
| DTX 311. | S0014108 - S0014113 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, A |
| DTX 312. | S0015324 - S0015324 | Letter from M. Bess-Schmaer and U. Klinner to J. Bondarek; | F, R, P, C |

23

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 313. | S0016021 - S0016024 | Email from C. Deghisiage and S. Mross to P. Jacques and J. Serrier | F, P, R |
| DTX 314. | HON0029386 - HON0029394 | Email from S. Hellnckx to R. Mueller cc: W. Moritz, H. Kroeger, L. Delcommune, J. F. Serrier, P. Jacques and S. Mross | F, P, R |
| DTX 315. | S0015604 - S0015605 | Email from U. Klinner to N. Solheid dated October 24, 2006 [Attachment] | F, P, R, C |
| DTX 316. | S0015610 - S0015611 | Email from H. Kroeger to L. Chwalisz cc: C. Meurer, N. Solheid and k. Boerner | P, C, R |
| DTX 317. | S0012003 - S0012003 | Letter from H. Kroeger and M. Bess-Schmaer to Synthesia Espanola SA | F, R, C, P |
| DTX 318. | S0007555 - S0007577 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, A |
| DTX 319. | HON0019962 - HON0019976 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, T, A |
| DTX 320. | HON0026273 - HON0026278 | Patent 5,574,192 Certified | P, R |
| DTX 321. | S0015680 - S0015681 | Email from R. Mueller to H. Kroeger [Certification and Translation Attached]; | F, R, T |
| DTX 322. | S0012011 - S0012011 | Letter from W. Moritz to Dr. O. Graalmann | F, R, P |
| DTX 323. | S0014090 - S0014099 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, T, A |
| DTX 324. | HON0020419 - HON0020426 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, T, A |
| DTX 325. | HON0033233 - HON0033248 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, A |
| DTX 326. | HON0019989 - HON0019997 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, A |
| DTX 327. | S0015561 - S0015563 | Email from S. Morag to W. Moritz and N. Solheid | F, INC, R |
| DTX 328. | HON0019977 - HON0019988 | Documents relating to Revocation Proceedings for Czech Patent 291762 (Prague Municipal Court) | F, P, R, A |

# Honeywell's  Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 329. | S0023537 - S0023609 | Presentation to the Solvay Executive Committee dated July 23, 2007 | H, R, P |
| DTX 330. | HON0033703 - HON0033709 | Patent 5,202,509 Certified | F, P, R |
| DTX 331. | HON0026307 - HON0026331 | Patent WO 98/00378 | F, P, R |
| DTX 332. | HON0030526 - HON0031030 | Patent 6,730,817 Certified File History | |
| DTX 333. | HON0026332 - HON0026345 | Executed License Agreement between Asahi Glass and Honeywell | P, R, F, H |
| DTX 334. | HON0033920 - HON0033923 | Interoffice Correspondance from R. Thomas to H. Tung | P, R, F |
| DTX 335. | | Pleading - Complaint (Solvay v. Honeywell) | |
| DTX 336. | HON0020766 - HON0020807 | Chart - G-245fa Control Plan | F, P, R |
| DTX 337. | HON0020808 - HON0020842 | Chart - G-245fa Control Plan | F, P, R |
| DTX 338. | HON0020984 - HON0021288 | Piping & Instrumentation Diagrams | F, P, R, INC |
| DTX 339. | | 37 C.F.R. s 1.56 - (1991) | F, NP |
| DTX 340. | | 37 C.F.R. s 1.56 - (1993) | F, NP |
| DTX 341. | | Article Titled, ChemicalWeek International Edition at page 48 | F, R, P, H, NP |
| DTX 342. | | Manual of Patent Examining Procedure | F, R, P, H, NP |
| DTX 343. | | Advances in Fluorine Chemistry (Physical Book) | F, R, P, H, NP |
| DTX 344. | | Advances in Fluorine Chemistry - Vol. 3 (Hamilton) | F, R, P, H, NP |
| DTX 345. | | Advances in Fluorine Chemistry - Vol. 3 (Barbour) | F, R, P, H, NP |
| DTX 346. | HON0003502 - HON0003603 | 245fa Log Books 1995 - 11/12 (November/December) | F, INC, P, R |

25

# Honeywell's  Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 347. | HON0003604 - HON0003706 | 245fa Log Books 1996 - 05/06 (May/June); | F, INC, P, R |
| DTX 348. | HON0018415 - HON0018418 | Memo from D. Merkel to A. Smith and H. Tung re Monthly Status Report - February 1995 | F, P, R, INC |
| DTX 349. | HON0019182 - HON0019197 | Correction Data Documents | P, R, F |
| DTX 350. | HON0010477 - HON0010573 | 245fa Log Book 1995 - 01/07 (January/July); | F, INC, P, R |
| DTX 351. | HON0010574 - HON0010672 | 245fa Log Book 1995 - 07/08 (July/August) | F, INC, P, R |
| DTX 352. | HON0010772 - HON0010871 | 245fa Log Book 1996 - 01(January) | F, INC, P, R |
| DTX 353. | HON0010872 - HON0010971 | 245fa Log Book 1996 - 01/02 (January/February) | F, INC, P, R |
| DTX 354. | HON0011071 - HON0011173 | 245fa Log Book 1996 - 03 (March) | F, INC, P, R |
| DTX 355. | HON0011174 - HON0011274 | 245fa Log Book 1996 - 03/04 (March/April) | F, INC, P, R |
| DTX 356. | HON0010972 - HON0011070 | 245fa Log Book 1996 - 02/03 (Febuary/March) | F, INC, P, R |
| DTX 357. | HON0003398 - HON0003501 | 245fa Log Book 1995 - (August-November) | F, INC, P, R |
| DTX 358. | HON0011275 - HON0011375 | 245fa Log Book 1996 - (April/May) | F, INC, P, R |
| DTX 359. | HON0011376 - HON0011463 | 245fa Log Book 1996 - (June/July) | F, INC, P, R |
| DTX 360. | HON0029664 - HON0029669 | Document Entitled 'HFC-245fa' | P, R |
| DTX 361. | HON0029453 - HON0029453 | Process Flow Diagram [PFD] | F, R, INC |
| DTX 362. | S0004556 - S0004560 | Email from R. Mueller to W.  Moritz, cc'ing H. Kroeger, P. Jacques and S. Mross; additional emails attached. ; ; | F, P, R |

# Honeywell's Trial Exhibits

*Solvay, S.A. v. Honeywell International Inc.*

## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 363. | S0004711 - S0004712 | Email from L. Delcommune to M. Vanmaeldergem; draft term sheet attached. | C, F, P, R |
| DTX 364. | S0006026 - S0006035 | Chart indicating information for 245fa; [certification and translation attached]; ; | INC, F, P, T (no certification for underlying original French doc) |
| DTX 365. | S0017704 - S0017704 | Letter from IP department of Solvay to J. Bondarek | F, R, P, INC |
| DTX 366. | S0011196 - S0011219 | Meeting Notes from F. Delplanque regarding September 6th, 1995 meeting; | F, P, R |
| DTX 367. | | Plaintiff's Reply to Defendant's Counterclaims | |
| DTX 368. | | Non-Party Marina Schneller's Privilege Log | F, P, R, H |
| DTX 369. | | Solvay's Privilege Log | F, P, R, H |
| DTX 370. | S0006650 - S0006651 | Unsigned letter agreement between Solvay and Alfa Systems, Poland | C, F, P, R |
| DTX 371. | HON0033816 - HON0033829 | Agreement - Central Glass | F, P, R |
| DTX 372. | HON0015437 - HON0015473 | Excel Sheet with 245fa Sales Data (2004-2006) | INC |
| DTX 373. | HON0033778 - HON0033809 | Asset Register for Geismar, LA Plant | F, R, P, INC |
| DTX 374. | | Article titled, Icing on the Cake, by Marc S. Reisch, C&EN Northeast News Bureau, dated June 30, 2003 (http://pubs.acs.org/cen/business/8126/8126bus 2.html, printed November 12, 2007). ; | P, R, NP |
| DTX 375. | | Charted Data | All objections reserved, insufficient description |
| DTX 376. | | Equipment Diagrams dated 12/17/04, 06/23/06 and 06/23/06 | P, R, INC, NP |
| DTX 377. | | Document Entitled: 'Sampling Type 'H' Reactor and Recycle Sample Points' | P, R, INC, NP |

# Honeywell's  Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 378. | | FedEx Shipping Label of package sent from D. Wheat to J. Welch | P, R, INC, NP |
| DTX 379. | | FexEx Shipping Label | P, R, INC, NP |
| DTX 380. | | FedEx Danderous Goods Acceptance Checklist | P, R, INC, NP |
| DTX 381. | HON0033757 - HON0033777 | Table re Annual Budget | F, P, R, INC |
| DTX 382. | HON0033815 - HON0033815 | Sales Data Chart | F, INC |
| DTX 383. | | CV Expert David Short | H |
| DTX 384. | | CV Expert Michael Doherty | H |
| DTX 385. | | CV Expert Julie Davis | H |
| DTX 386. | | CV Expert Melvin Garner | H |
| DTX 387. | | Patent 5,395,997 Certified | F, P, R, NP |
| DTX 388. | | Piping & Instrumentation Diagram | All objections reserved, insufficient description |
| DTX 389. | | Article entitled, 'Organic Fluorides as Refrigerants', by Thomas Midgley, Jr. and Albert Henne from Industrial and Engineering Chemistry, Vol. 22, No. 5 (1930) Pgs. 542-545 | P, R, NP, H |
| DTX 390. | | Article titled, 'Some New Cyclopropanes with a Note on the Exterior Valence Angles of Cyclopropane', from Journal of American Chemical Society, Vol. 68, by P.G. Stevens (April 1946) Pgs. 620-622. | R, P, NP, H |
| DTX 391. | | Book - The Collected Works of J. Willard Gibbs, by J. Willard Gibbs, Yale University Press, New Haven, NY 1928 | R, P, NP, H |
| DTX 392. | | Book - Multicomponent Mass Transfer by R. Taylor and R. Krishna, New York (1993) | R, P, NP, H |
| DTX 393. | | Book - Introduction to Chemical Engineering Thermodynamics by J.M. Smith and H.C. Van Ness, McGraw-Hill Book Company, 3rd Ed. (1975) | R, P, NP, H |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 394. | HON0012156 - HON0012165 | Patent 3,862,978 | F, P, R, H |
| DTX 395. | HON0012334 - HON0012335 | Document entitled, 'Liquid Phase Fluorination of CCl3CH2CHC12 using SbC15/HF' | F, P, R, INC, H |
| DTX 396. | HON0012690 - HON0012690 | AlliedSignal Buffalo Research Laboratory Analysis Request | F, P, R, INC |
| DTX 397. | HON0012695 - HON0012701 | AlliedSignal Chemical Analytical Results for Analytical Request No. 3871 | F, P, R |
| DTX 398. | HON0013562 - HON0013563 | Handwritten notes (Lab Notebook No. 30-3763-35; Dr. Thennapan) | F, INC, P, R |
| DTX 399. | HON0015243 - HON0015248 | AlliedSignal Buffalo Research Laboratory Analysis Request No. 10937 submitted by Z. Dziadyk | F, P, R, INC |
| DTX 400. | | Patent 2,644,845 | F, P, R, NP, H |
| DTX 401. | | Patent 2,942,036 | F, P, R, NP, H |
| DTX 402. | | Article entitled, 'Fluorinated Derivatives of Propane', from Journal of American Chemical Society, Vol. 69, Pgs 944-947, by E.T. McBee, H.B. Hass, R.M. Thomas, W.G. Toland and A. Truchan (Jan./July 1947) | R, NP, F, P, H |
| DTX 403. | HON0033983 - HON0033983 | Pilot Plant Operating Conditions Data | F, P, R |
| DTX 404. | | Article entitled, 'A Hierarchical Decision Procedure for Process Synthesis' by J.M Douglas, The American Institute of Chemical Engineers Journal (AIChE), Vol. 31, Pgs. 353-362 (1985) | F, R, NP, P, H |
| DTX 405. | | Book - Conceptual Design of Chemical Processes by J.M. Douglas, McGraw Hill (1988) | F, R, P, H, NP |
| DTX 406. | | Book - Systematic Methods of Chemical Process Design, by L. T. Biegler, I. E. Grossmann and A. W. Westerberg, Prentice Hall (1997) | F, R, P, H, NP |

# Honeywell's  Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 407. | | Book - Product and Process Design Principles: Synthesis, Analysis, and Evaluation, by W. D. Seider, J. D. Seader and D. R. Lewin, John Wiley and Sons, Inc. (1999) | F, R, P, H, NP |
| DTX 408. | | Patent 1,930,129 | R, P, H, NP |
| DTX 409. | | Patent 2,005,705 | R, P, H, NP |
| DTX 410. | | Patent 2,005,708 | R, P, H, NP |
| DTX 411. | | Patent 2,007,208 | R, P, H, NP |
| DTX 412. | | Book - R. Smith, Chemical Process Design, Wiley (1995); | F, R, NP, H, P |
| DTX 413. | HON0009007 - HON0009018 | Shipment weights and other details of the high boiler by-product to off-site incineration chart | F, R |
| DTX 414. | S0006720 - S0006721 | Chart - Blend/Process Patent Rights by Country | F, P, R |
| DTX 415. | | Chart and Graph re Vapor Pressure Data | All objections reserved, insufficient description |
| DTX 416. | | Report of H. Tung to M. Doherty | All objections reserved, insufficient description |
| DTX 417. | | Charted Data by M. Doherty | All objections reserved, insufficient description |
| DTX 418. | | Discovery - Solvay's Responses and Objections to Honeywell International Inc.'s First Set of Interrogatories [Nos. 1-12] | R, P, F |
| DTX 419. | | Discovery - Solvay's Responses and Objections to Honeywell International Inc.'s Second Set of Interrogatories [Nos. 13-16] | R, P, F |
| DTX 420. | | Discovery - Re-Designated as Confidential on July 27, 2007 of Solvay's Responses and Objections to Honeywell International Inc.'s First Set of Interrogatories No. 1 | R, P, F |

30

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 421. | | Discovery - Solvay's First Supplemental Responses and Objections to Honeywell's First Set of Interrogatories [Nos. 1-8 and 10-12] | R, P, F |
| DTX 422. | | Discovery - Solvay's First Supplemental Responses and Objections to Honeywell's Second Set of Interrogatories [Nos. 13-15] | R, P, F |
| DTX 423. | | Discovery - Solvay's Responses and Objections to Defendant Honeywell International Inc.'s First Set of Requests for Admission Nos. 1-27 | R, P, F |
| DTX 424. | S0024414 - S0024416 | Patent Application Transmitted for Technical Advice [Certification and Translation Attached]; | F, P, R, T |
| DTX 425. | | Discovery - Solvay's Amended First Supplemental Responses and Objections to Honeywell International Inc.'s First Set of Interrogatories [Nos. 1-8 and 10-12] | R, P, F |
| DTX 426. | | Discovery - Solvay's Responses to Honeywell's Second Set of Interrogatories (No. 16) | R, P, F |
| DTX 427. | | Discovery - Solvay's Responses to Honeywell's Third Set of Interrogatories (Nos. 17-24) | R, P, F |
| DTX 428. | S0024479 - S0024479 | Request to Central Management Research [Certification and Translation Attached]; | F, P, R |
| DTX 429. | | Discovery - Solvay's Responses to Honeywell's Second Set of Requests for Admission (Nos. 28-37) | P, R, F |
| DTX 430. | HON0033373 - HON0033403 | Monthly Status Report 1994 - (April) | F, P, R |
| DTX 431. | S0024519 - S0024522 | Request to Central Management Research [Certification and Translation Attached]; | F, P, R |
| DTX 432. | S0024533 - S0024533 | Request to Central Management Research [Certification and Translation Attached]; | F, P, R |
| DTX 433. | S0024132 - S0024142 | Email from P. Jacques to H. Hartmut cc: S. Kaschube re Solvay patent titles | F, INC, R |
| DTX 434. | S0015703 - S0015705 | Email from N. Solheid to L. Delcommune and S. Mross | F, R |

# Honeywell's  Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
## C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 435. | HON0015708 - HON0015708 | Email from K. Gayer to R. Mueller, J. Steinfink, D. Nott | F, P, R |
| DTX 436. | S0017096 - S0017098 | Email from Solheid to Moritz, Kroeger, and Mross | F, R, P |
| DTX 437. | S0009509 - S0009634 | Draft of third party water discharge permit for Geismar facility | F, R, P, INC, H |
| DTX 438. | HON0009322 - HON0009323 | Letter from Caesarea to D. Muhlgay | C, F, P, R |
| DTX 439. | S0003003 - S0003003 | Email form F. Delplanque-Janssens to V. Mathieu | F, T, INC, P |
| DTX 440. | S0003036 - S0003036 | Email from A. Lambert to B. Schulte, cc: F. Delplanque-Janssens re 365mfc | F, T, F, P |
| DTX 441. | S0012563 - S0012563 | Email from L. Zipfel to B. Mesconat | INC, F, P |
| DTX 442. | S0018158 - S0018158 | Email from Piepho to Mesland | F, P, R |
| DTX 443. | S0009318 - S0009473 | Third party draft of wastewater permit for Geismar facility; | F, INC, R, P, H |
| DTX 444. | HON0000456 - HON0000460 | Memo from T. P. Rygas to S. Cottrell, S. Delo, Z. Dziadyk, W. Hribik, J. McKown, T. Rygas, W. Swayze, H. Tung, N. Viso, D. Williams, D. Glodschmidt, M. Howells, D. Keeler, A. Smith, and C. Swain cc:  I. Shankland, J. P. Forehand and C. Melillo re Minutes from 245 fa | INC, P, F, H, R |
| DTX 445. | HON0000504 - HON0000505 | Email from Z. Dziadyk to S. Delo, W. Hribik, I. Shankland, H. Tung, D. Williams re HFC-245fa Pilot Plant Daily Summary ; | F, INC, P |
| DTX 446. | HON0000595 - HON0000598 | Memo from Z. Dziadyk to H. Tung cc: J. McKown, S. Delo, C. Carson, R. Neuman, K. Uhrich and K. Benson re HFC-245fa Pilot Plant Summary: Feb.-March/96; | F, INC, P |
| DTX 447. | HON0018709 - HON0018715 | Pilot Plant Meeting - HFC-245fa  Agenda for March 20, 1996 | INC, F |
| DTX 448. | HON0018716 - HON0018724 | Pilot Plant Meeting - HFC-245fa  Agenda for April 3, 1996 | INC, F |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 449. | | Pleading - Solvay's Reply to Honeywell's Oppsition to Motion for Summary Judgement re Inequitable Conduct | F, P, R |
| DTX 450. | | Email from L. Burson to J. McIntyre cc: B. Herman re document production | F, R, P |
| DTX 451. | | Email from M. McCabe to L. Burson attaching M. Schneller Privilege Log | F, R, P |
| DTX 452. | | Email attaching letter from J. Buzko to B. Herman re privilege | F, R, P |
| DTX 453. | | Email attaching letter from B. Herman to J. Buczko re privilege | F, R, P |
| DTX 454. | | Discovery - Honeywell International Inc.'s First Rule 30(B)(6) Notice of Deposition of Solvay, S.A.; | F, R, P |
| DTX 455. | | Discovery - Honeywell International Inc.'s Second Rule 30(B)(6) Notice of Deposition of Solvay, S.A.; | F, , P |
| DTX 456. | S0016944 - S0016945 | Email from R. Mueller to W. Moritz | F, R, P |
| DTX 457. | S0015612 - S0015612 | Email from C. Meurer to L. Chwaliz, Klinner, and Boerner | INC, F, R, P |
| DTX 458. | | Video - Tour of Buffalo Lab with H. Tung | F, INC, P, R, H, NP |
| DTX 459. | | Video - Buffalo Pilot Plant Tour with K. Uhrich | F, INC, P, R, H, NP |
| DTX 460. | | Video - Plant Tour of Geismar Plant with G. Cerri | R, P, NP |
| DTX 461. | S0015557 - S0015557 | Email from Solheid to Garber | F, INC, R, P |
| DTX 462. | S0015564 - S0015566 | Email enclosing Letter from H. Heidler and N. Solheid to D. Muhlgay | F, INC, P, R |
| DTX 463. | | Privilege Log of third party Connolly Bove Lodge and Hutz; | R, P, H |
| DTX 464. | | Documents produced by third party Connolly Bove Lodge and Hutz | A, H, P, R |

# Honeywell's Trial Exhibits
*Solvay, S.A. v. Honeywell International Inc.*
C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 465. | | Documents produced by third party Marina Schneller | A, H, P, R |
| DTX 466. | HON0017495 - HON0017497 | Operating Procedure for 245 reactor, catalyst stripper, and distillation unit. | INC, F, R, P |
| DTX 467. | HON0033830 - HON0033855 | Documents relating to Revocation Proceedings for Czech Patent 291762 | A, F, INC, P, R |
| DTX 468. | | U.S. Patent 2,749,375 | F, NP, R, P, A |
| DTX 469. | HON0033881 - HON0033894 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, INC, P, R, A |
| DTX 470. | | Illustration and Residue Curve Map [Exhibit B to M. Doherty Expert Report 10-22-07] | H, P, R, A |
| DTX 471. | HON0033895 - HON0033911 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, INC, P, R, A |
| DTX 472. | | 102(e) Anticipation Chart [Exhibit C to M. Doherty Expert Report 10-22-07]; | H, P, A, R |
| DTX 473. | | 102(g) Anticipation Chart [Exhibit D to M. Doherty Expert Report 10-22-07] | H, P, A, R |
| DTX 474. | | Melvin C. Garner - Publications [Exhibit C to 10-22-07 Report] | H, P, A, R |
| DTX 475. | HON0033856 - HON0033880 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, P, R, A |
| DTX 476. | | Schedules A-H [Exhibit 2 to J. Davis Expert Report 10-22] | H, P, A, R |
| DTX 477. | | List of documents reviewed by J. Davis [Attachment A to J. Davis expert report 10-22] | H, P, A, R, NP |
| DTX 478. | | Index to Documents received and considered [Exhibit 2 to J. Davis expert report 11-22-07] | H, P, A, R, NP |
| DTX 479. | | Calculations of Reasonable Royalty Damages [Exhibit 3 to J. Davis expert report 11-22-07] | H, P, INC |
| DTX 480. | | Summary of Solvay Licensing History with Third Parties [Exhibit 4 to J. Davis expert report 11-22-07] | H, P, A, R, INC |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 481. | | Summary of Honeywell Licensing History with Third Parties [Exhibit 5 to J. Davis expert report 11-22-07] | H, P, A, R, INC |
| DTX 482. | | Summary of Agreements between Solvay and Honeywell [Exhibit 6 to J. Davis expert report 11-22-07] | H, P, A, R, INC |
| DTX 483. | | List of Honeywell 245fa related U.S. Patents [Exhibit 7 to J. Davis expert report 11-22-07] | H, P, A, R, INC |
| DTX 484. | S0008822 - S0008847 | Email from Sandrine Hellinckx to Hartmut Seibel | F, P |
| DTX 485. | HON0001406 - HON0001406 | 7/17/95 PFD | F, INC, P |
| DTX 486. | HON0002202 - HON0002203 | 2-14-95 Memo re Results of Brainstorming Session | F, INC, P |
| DTX 487. | HON0002660 - HON0002671 | 12/14/94 Yates Document Titles "Genetron Purification Studies" | F, R, P |
| DTX 488. | HON0009178 - HON0009178 | 2/28/95 Monthly Report Memo | F, INC, R |
| DTX 489. | HON0009313 - HON0009313 | Buffalo PFD | F, INC, P, R |
| DTX 490. | HON0019213 - HON0019213 | 9/8/94 Memo re: Appropriation Reequests | F, INC, P, R |
| DTX 491. | HON0019819 - HON0019917 | Lab Notebook 30-3763 | F, INC, P, R |
| DTX 492. | HON0030501 - HON0030502 | RSAC Meeting Agenda | F, H, R |
| DTX 493. | HON0033107 - HON0033110 | G245 Plant PFDs; | NP, all objections reserved |
| DTX 494. | HON0033994 - HON0034036 | RSCAC 1/11/94 Meeting Folder | INC, F, P, H, NP |
| DTX 495. | S0050037 - S0050050 | Documents relating to Revocation Proceedings for Czech Patent 291762 | F, INC, P, R |
| DTX 496. | HON0009305 - HON0009313 | Process Flow Diagrams | F, P, R, INC |

# Honeywell's Trial Exhibits
### *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 497. | | Solvay Non-Assert Agreements with customers for the purchase of 245fa | All objections reserved, insufficient description |
| DTX 498. | | Welch Depo Exhibit 3 | H, P, R, NP |
| DTX 499. | | Welch Depo Exhibit 4 | P, R, NP |
| DTX 500. | HON0034270 - HON0034323 | Caleb Report | F, H, INC, R, P, H |
| DTX 501. | HON0012310 - HON0012316 | Research Reports, Jan. and March 1993 | F, P, R, INC |
| DTX 502. | HON0013502 - HON0013503 | Transcription of Notebook pages, 30-3763-35 and 30-3763-36 | F, H, P, R, INC |
| DTX 503. | HON0013565 - HON0013568 | Research Report, Jan. 1993 | F, P, R, INC |
| DTX 504. | HON0012328 - HON0012332 | Research Report, March 1993 | F, INC, P, R |
| DTX 505. | HON0034262 - HON0034269 | Excel Sheet with 245fa Sales Data and P&L Information (2004-2008) | INC |
| DTX 506. | S0001002 - S0001027 | Israeli Patent Application File, No. 124086 | F, P, R, T |
| DTX 507. | S0008862 - S0008862 | (Kroeger Dep Ex. No. 55), which 3/2/2006 email from Kroeger to Serrier | F, H, P, R |
| DTX 508. | CB0675-82 | '305 patent application file documents | All Objections Reserved |
| DTX 509. | S003902 | '305 patent application file documents | All Objections Reserved |
| DTX 510. | S003905-3933 | '305 patent application file documents | All Objections Reserved |
| DTX 511. | | Counsel Correspondence relating to '817 Patent documents | All Objections Reserved |
| DTX 512. | | Counsel Correspondence relating to Schneller documents | All Objections Reserved |

# Honeywell's Trial Exhibits
## *Solvay, S.A. v. Honeywell International Inc.*
### C.A. No. 06-557-SLR (District of Delaware)

| Trial Exhibit No. | Bates Number(s) | Description | Solvay Objections[1] |
|---|---|---|---|
| DTX 513. | | Counsel Correspondence relating to Solvay's Privilege Log | All Objections Reserved |
| DTX 514. | S0014628-S0014638 | Document titled, "Blowing Agent ISSUES: Lothar Zipfel - Solvay FLUOR GmbH" | All Objections Reserved |
| DTX 515. | S0012146-S0012147 | Notepad pages titled, "Honeywell Learning Center" with Handwritten Notes | All Objections Reserved |
| DTX 516. | S0004804 | Newspaper article from Japan Chemical Week titled, "Honeywell Starts Commercial Production of New Foaming Agent HFC245fa" | All Objections Reserved |
| DTX 517. | S0017421 | Email from J. Harris to W. Moritz dated March 6, 2004 | All Objections Reserved |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SOLVAY, S.A., | ) |
|  | ) |
| Plaintiff, | ) C.A. No. 06-557-SLR |
|  | ) |
| v. | ) |
|  | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
|  | ) |
| Defendant. | ) |

## OBJECTION KEY

The abbreviations used by Solvay, S.A. ("Solvay") for its objections to Honeywell

International Inc.'s ("Honeywell") proposed trial exhibits and designated deposition testimony

correspond to the objections listed below:

### I. AUTHENTICATION

Solvay objects to certain Honeywell proposed exhibits on the grounds that the

authenticity of the documents has not been established. *See* Fed. R. Evid. 901(a) (Objection

Code A).

### II. LACK OF FOUNDATION

Solvay objects to certain Honeywell proposed exhibits or deposition testimony that lack

an adequate foundation and/or lack of personal knowledge for admission into evidence. *See* Fed.

R. Evid. 104(b), 602. (Objection Code F).

### III. FOREIGN LANGUAGE / TRANSLATION

Solvay objects to certain Honeywell proposed exhibits that are written in a foreign

language and that lack a certified English language translation, or, for the exhibits that contain a

certified English language translation, Solvay objects to the accuracy of such translation.   For

certain Honeywell proposed deposition testimony that was conducted in a foreign language with

the assistance of a translator, Solavy objects to the accuracy of such translation.  (Objection Code

T).

## IV.    **HEARSAY**

Solvay objects to certain Honeywell proposed exhibits or deposition testimony that

constitute or include hearsay to the extent that such documents or deposition testimony are

offered as evidence in their own right as proof of the truth of the matter asserted.  *See* Fed. R.

Evid. 801 and 802 (Objection Code H).

## V.    **INCOMPLETE / ILLEGIBLE**

Solvay objects to certain Honeywell proposed exhibits that consist of incomplete and

partial documents and/or are illegible.  *See* Fed. R. Evid. 106 (Objection Code INC).

## VI.    **PREJUDICIAL, CONFUSING, OR MISLEADING**

Solvay objects to certain Honeywell proposed exhibits or designated deposition

testimony as prejudicial, confusing, and/or misleading.   *See* Fed. R. Evid. 403 (Objection Code

P).

## VII.    **RELEVANCE**

Solvay objects to the relevancy of certain Honeywell proposed exhibits or designated

deposition testimony that do not tend to make the existence of any fact that is of consequence to

the determination of the action more probable or less probable than it would be without the

evidence. *See* Fed. R. Evid. 401 and 402 (Objection Code R).

## VIII.   DOCUMENTS NOT PRODUCED IN DISCOVERY

Solvay objects to certain Honeywell proposed exhibits that were not produced in discovery. Solvay requests that these documents be excluded since their inclusion at the trial would be prejudicial to Solvay. (Objection Code NP).

## IX.   FORM OF QUESTION

Solvay objects to certain portions of Honeywell proposed deposition testimony in which the question asked of the deponent was vague, compound, or complex. (Objection Code V).

## X.   OUTSIDE THE SCOPE OF 30(B)(6) NOTICE

Solvay objects to certain portions of Honeywell proposed deposition testimony in which the question asked of the deponent  was outside the scope of the 30(b)(6) designation. (Objection Code S).

## XI.   OFFER OF COMPROMISE

Solvay objects to certain documents or testimony offered by Honeywell as an inadmissible offer of compromise or as conduct or statements made in compromise negotiations regarding a claim. *See* Fed. R. Evid. 408 (Objection Code C).

# EXHIBIT 8

**EXHIBIT 8**

**WITNESSES SOLVAY INTENDS TO CALL
IN PERSON OR BY PRIOR SWORN TESTIMONY**

Solvay expects to call the following witnesses in person at trial. To the extent permitted by the Federal Rules of Evidence, Solvay reserves the right to introduce the prior sworn testimony (e.g. deposition testimony) of any witness named below.

## Fact Witnesses

1.  Francine Delplanque-Janssens
    Solvay
    Direction Centrale Recherche & Technologie
    Intellectual Assets Management
    rue de Ransbeek 310
    Bruxelles B-1120
    Belgium

2.  Jean-Francois Serrier
    Intellectual Assets General Manager
    Solvay
    Direction Centrale Recherche & Technologie
    rue de Ransbeek 310
    Bruxelles B-1120
    Belgium

3.  Horst Kröger
    Managing Director
    Solvay Fluor GmbH,
    Hans-Böckler-Allee 20
    30173 Hannover, Germany

## Expert Witnesses

The subject matter of the testimony of the following expert witnesses is set forth in their respective expert reports served in this case.

- 1 -

4.    Dr. Stanley I. Sandler
      202 Sypherd Drive
      Newark, DE  19711

Dr. Sandler is the Henry B. du Pont Chair of Chemical Engineering and Director of the

Center for Molecular and Engineering Thermodynamics at the University of Delaware in

Newark, Delaware.  He received a Ph.D. in Chemical Engineering from the University of

Minnesota.  Dr. Sandler is an expert in, among other things, separation processes, purification

processes, thermophysical properties of gases and liquids, and phase equilibria.

Dr. Sandler will testify concerning infringement of claims 1-7, 9-18, and 20-22 of the

'817 patent by Honeywell's process for making HFC-245fa.

5.    Dr. William R. Dolbier, Jr.
      8205 S. W. 39th Place
      Gainesville, FL  32608

Dr. Dolbier is the Col. Allen R. & Margaret G. Crow Professor of Chemistry at the

University of Florida.  He received a Ph.D. in chemistry from Cornell University.  Dr. Dolbier is

an expert in, among other things, the chemistry of molecules containing fluorine.

Dr. Dolbier will testify to rebut Honeywell's contentions that the '817 patent is invalid or

unenforceable.

6.    Andrew W. Carter
      OCEAN TOMO, LLC
      200 West Madison, 37th Floor
      Chicago, IL  60606

Mr. Carter is an expert in patent damages.

7.    Q. Todd Dickinson
      17 Greenbrier Road
      Westport, CT  06880

Mr. Dickinson is the former Under Secretary of Commerce for Intellectual Property and

Director of the United States Patent and Trademark Office.  Mr. Dickinson is an expert in Patent

Office practices and procedures and inequitable conduct.

Mr. Dickinson will testify to rebut Honeywell's contentions that the '817 patent is

unenforceable due to inequitable conduct (if the Court permits Honeywell's expert, Mr. Garner,

to testify).

**Additional Witnesses**

In addition, Solvay may introduce the deposition of one or more of any Honeywell

witness or third party witness whose deposition has previously been taken, or call them live if

available and time permits, including:

8.    Harry Tung

9.    Kevin Uhrich

10.   Gustavo Cerri

11.   Marina Schneller

12.   Kenneth Gayer

13.   David Brafman

14.   Ashley Pezzner

15.   Rene Mueller

16.   George Spencer

17.   James Harris

18. Daniel Merkel

19. Ian Shankland

20. Richard Preziotti

21. Dominique Balthasart

22. Richard Roberts

23. Jay Friedenson

24. Zenart Dziadyk

25. Clayton Carson

26. Thomas Bush

27. Tim Page

28. John Welch

29. Michael Van Der Puy

It is believed that the addresses of the above-named additional witnesses are known.

Solvay reserves the right to call any additional witness necessitated by any of the Court's pretrial or trial rulings. In addition, Solvay reserves the right to call, either live or by deposition, (i) additional witnesses to provide foundational testimony should Honeywell contest the authenticity or admissibility of any material proffered at trial; (ii) substitute witnesses for any identified witness whose employment or other relationship with Solvay changes such that he or she is no longer able, available, or willing to testify on Solvay's behalf at trial; (iii) any witness identified by Honeywell or required to rebut Honeywell's case; and/or (iv) additional witnesses to respond to issues raised after the submission of this list.

# EXHIBIT 9

**EXHIBIT 9**

**WITNESSES HONEYWELL INTENDS TO CALL
IN PERSON OR BY PRIOR SWORN TESTIMONY**

Honeywell expects to call the following witnesses in person at trial.  To the extent

permitted by the Federal Rules of Evidence, Honeywell reserves the right to introduce the prior

sworn testimony (e.g. deposition testimony) of any witness named below.

**Fact Witnesses**

1.  Gustavo Cerri
    Honeywell
    101 Columbia Road
    Morristown, NJ  07962

2.  Kenneth Gayer
    Honeywell
    101 Columbia Road
    Morristown, NJ  07962

3.  Daniel Merkel
    Honeywell
    20 Peabody Street
    Buffalo, NY 14210

4.  Rene Mueller
    Honeywell Belgium N.V.
    Haasrode Research Park
    Graumweer 1
    3001 Heverlee
    Belgium

5.  Hsueh Sung Tung, Ph.D.
    Honeywell
    20 Peabody Street
    Buffalo, NY 14210

6.  Tim Page
    Honeywell
    101 Columbia Road
    Morristown, NJ  07962

7.  Ian Shankland, Ph.D.
    Honeywell
    101 Columbia Road
    Morristown, NJ  07962

8.  Michael Van Der Puy, Ph.D.
    Honeywell
    20 Peabody Street
    Buffalo, NY 14210

9.  John Welch
    Honeywell
    20 Peabody Street
    Buffalo, NY 14210

10. Kevin Uhrich
    Honeywell
    20 Peabody Street
    Buffalo, NY 14210

**Expert Witnesses**

The subject matter of the testimony of the following expert witnesses is set forth in their

respective expert reports served in this case.

11. Dr. Michael Doherty
    Department of Chemical Engineering
    University of California
    Santa Barbara, CA  93106

    Dr. Doherty is on the faculty of Chemical Engineering at the University of
    California Santa Barbara, where he holds the highest rank on the professorial
    ladder—Professor Above Scale.  His expertise includes halogen reaction systems,
    fluorination systems, hydrofluorocarbon chemistry, and general principles of
    process chemistry and process design.  Dr. Doherty will testify concerning
    invalidity of the '817 patent and non-infringement by Honeywell's process for
    making HFC-245fa.

12. Dr. David G. R. Short
    100 Cornwall Road
    Landenberg, PA 19350

    Dr. Short worked for Du Pont for nearly 37 years, and he is presently a

- 2 -

Supplemental Faculty at the Department of Chemical Engineering of the University of Delaware. His expertise includes fluorination reactions, the reaction apparatus with attached column, and other key issues that need to be resolved in producing a new fluorochemical or fluorocarbon compound. Dr. Short will testify concerning invalidity of the asserted claims of the '817 patent.

13.  Julie Davis
     Davis & Hosfield Consulting LLC
     20 North Wacker Drive, Suite 2150
     Chicago, IL 60606

Ms. Davis is a Certified Public Account with nearly thirty years of experience relating to auditing and financial consulting services. The early part of her career was devoted to directing and performing independent audits of private and publicly held companies. Ms. Davis also has extensive experience consulting and testifying regarding intellectual property damages. Over the years, she has provided consulting services for evaluations of lost sales, lost profits, incremental profits, manufacturing and marketing capacities, fixed and variable costs, product line profitability, price erosion, reasonable royalty and prejudgment interest. Ms. Davis will testify regarding calculations as to the investments and business expenses incurred by Honeywell in reliance upon its belief that Solvay was not going to assert the '817 patent against Honeywell. Ms. Davis will also rebut any expert opinion offered by Solvay regarding patent damages.

14.  Melvin C. Garner
     Darby & Darby
     7 World Trade Center
     250 Greenwich Street
     New York, NY 10007

Mr. Garner is a registered patent attorney and principal at the law firm of Darby & Darby, with extensive experience prosecuting patent applications before the United States Patent & Trademark Office. Mr. Garner is also an electrical engineer by experience and training. Mr. Garner will testify to the actions a reasonable patent attorney would take to satisfy the duty of disclosure and how Solvay failed to take these actions during prosecution of the '817 patent.

**Additional Witnesses**

In addition, Honeywell may introduce the deposition of one or more of any Solvay witness or third party witness whose deposition has previously been taken, or call them live if available and time permits, including:

15.    Thomas Bush

16.    Dominique Balthasart

17.    Clayton Carson

18.    Zenart Dziadyk

19.    Jay Friedenson

20.    James Harris

21.    Philippe Jacques

22.    Francine Janssens

23.    Horst Kroeger

24.    Alain Lambert

25.    Stephan Mross

26.    Ashley Pezzner

27.    Richard Preziotti

28.    Marina Schneller

29.    Jean-Paul Schoebrechts

30.    Jean-Francois Serrier

31.    George Spencer

32.    Vincent Wilmet

The addresses of the above-named witnesses are known based upon prior proceedings and pleadings in this case.

Honeywell reserves the right to call any additional witness necessitated by any of the Court's pretrial or trial rulings. In addition, Honeywell reserves the right to call, either live or by deposition, (i) additional witnesses to provide foundational testimony should Honeywell contest

- 4 -

the authenticity or admissibility of any material proffered at trial; (ii) substitute witnesses for any identified witness whose employment or other relationship with Honeywell changes such that he or she is no longer able, available, or willing to testify on Honeywell's behalf at trial; (iii) any witness identified by Solvay or required to rebut Solvay's case; and/or (iv) additional witnesses to respond to issues raised after the submission of this list.

# EXHIBIT 10

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Spencer, George | 9/12/2007 | 4 | 10 | 6 | 1 |
| Spencer, George | 9/12/2007 | 7 | 6 | 8 | 4 |
| Spencer, George | 9/12/2007 | 8 | 12 | 10 | 14 |
| Spencer, George | 9/12/2007 | 13 | 9 | 14 | 12 |
| Spencer, George | 9/12/2007 | 15 | 4 | 15 | 16 |
| Spencer, George | 9/12/2007 | 29 | 24 | 30 | 2 |
| Spencer, George | 9/12/2007 | 50 | 9 | 56 | 19 |
| Spencer, George | 9/12/2007 | 72 | 9 | 72 | 21 |
| Spencer, George | 9/12/2007 | 77 | 10 | 77 | 17 |
| Roberts, Richard | 10/23/2007 | 5 | 13 | 5 | 19 |
| Roberts, Richard | 10/23/2007 | 8 | 2 | 9 | 10 |
| Roberts, Richard | 10/23/2007 | 9 | 13 | 10 | 4 |
| Roberts, Richard | 10/23/2007 | 10 | 9 | 10 | 17 |
| Roberts, Richard | 10/23/2007 | 10 | 19 | 11 | 9 |
| Roberts, Richard | 10/23/2007 | 11 | 14 | 12 | 9 |
| Roberts, Richard | 10/23/2007 | 12 | 12 | 12 | 22 |
| Roberts, Richard | 10/23/2007 | 13 | 2 | 13 | 6 |
| Roberts, Richard | 10/23/2007 | 13 | 8 | 13 | 13 |
| Roberts, Richard | 10/23/2007 | 13 | 18 | 13 | 21 |
| Roberts, Richard | 10/23/2007 | 14 | 1 | 14 | 9 |
| Roberts, Richard | 10/23/2007 | 14 | 12 | 15 | 1 |
| Roberts, Richard | 10/23/2007 | 15 | 4 | 15 | 5 |
| Roberts, Richard | 10/23/2007 | 15 | 7 | 15 | 13 |
| Roberts, Richard | 10/23/2007 | 15 | 15 | 15 | 16 |
| Roberts, Richard | 10/23/2007 | 15 | 18 | 16 | 1 |
| Roberts, Richard | 10/23/2007 | 16 | 3 | 16 | 7 |
| Roberts, Richard | 10/23/2007 | 16 | 17 | 17 | 1 |
| Roberts, Richard | 10/23/2007 | 17 | 4 | 17 | 12 |
| Roberts, Richard | 10/23/2007 | 17 | 15 | 17 | 19 |
| Roberts, Richard | 10/23/2007 | 18 | 11 | 18 | 13 |
| Roberts, Richard | 10/23/2007 | 18 | 16 | 18 | 21 |
| Roberts, Richard | 10/23/2007 | 19 | 2 | 19 | 2 |
| Roberts, Richard | 10/23/2007 | 22 | 4 | 23 | 2 |
| Roberts, Richard | 10/23/2007 | 25 | 16 | 26 | 8 |
| Roberts, Richard | 10/23/2007 | 26 | 12 | 27 | 8 |
| Roberts, Richard | 10/23/2007 | 27 | 10 | 28 | 4 |
| Roberts, Richard | 10/23/2007 | 28 | 6 | 28 | 8 |
| Roberts, Richard | 10/23/2007 | 28 | 13 | 28 | 16 |
| Roberts, Richard | 10/23/2007 | 28 | 20 | 29 | 2 |
| Roberts, Richard | 10/23/2007 | 29 | 4 | 29 | 10 |
| Roberts, Richard | 10/23/2007 | 29 | 12 | 30 | 1 |
| Roberts, Richard | 10/23/2007 | 30 | 3 | 30 | 6 |
| Roberts, Richard | 10/23/2007 | 30 | 8 | 30 | 9 |
| Roberts, Richard | 10/23/2007 | 30 | 15 | 30 | 16 |
| Roberts, Richard | 10/23/2007 | 30 | 18 | 30 | 20 |
| Roberts, Richard | 10/23/2007 | 30 | 22 | 31 | 5 |
| Roberts, Richard | 10/23/2007 | 31 | 12 | 31 | 15 |
| Roberts, Richard | 10/23/2007 | 34 | 5 | 34 | 9 |
| Roberts, Richard | 10/23/2007 | 34 | 12 | 34 | 18 |
| Roberts, Richard | 10/23/2007 | 38 | 13 | 38 | 17 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Roberts, Richard | 10/23/2007 | 40 | 18 | 41 | 1 |
| Roberts, Richard | 10/23/2007 | 41 | 5 | 41 | 21 |
| Roberts, Richard | 10/23/2007 | 42 | 2 | 42 | 2 |
| Roberts, Richard | 10/23/2007 | 42 | 16 | 42 | 18 |
| Roberts, Richard | 10/23/2007 | 42 | 20 | 42 | 22 |
| Roberts, Richard | 10/23/2007 | 43 | 6 | 43 | 8 |
| Roberts, Richard | 10/23/2007 | 43 | 11 | 44 | 17 |
| Roberts, Richard | 10/23/2007 | 44 | 20 | 44 | 21 |
| Roberts, Richard | 10/23/2007 | 45 | 1 | 45 | 1 |
| Roberts, Richard | 10/23/2007 | 45 | 12 | 45 | 15 |
| Roberts, Richard | 10/23/2007 | 45 | 19 | 45 | 21 |
| Roberts, Richard | 10/23/2007 | 48 | 13 | 48 | 20 |
| Roberts, Richard | 10/23/2007 | 49 | 2 | 49 | 6 |
| Roberts, Richard | 10/23/2007 | 49 | 8 | 49 | 18 |
| Roberts, Richard | 10/23/2007 | 49 | 22 | 50 | 5 |
| Roberts, Richard | 10/23/2007 | 51 | 9 | 51 | 11 |
| Roberts, Richard | 10/23/2007 | 51 | 15 | 52 | 6 |
| Roberts, Richard | 10/23/2007 | 52 | 9 | 52 | 20 |
| Roberts, Richard | 10/23/2007 | 53 | 1 | 53 | 7 |
| Roberts, Richard | 10/23/2007 | 53 | 10 | 53 | 11 |
| Roberts, Richard | 10/23/2007 | 54 | 9 | 54 | 16 |
| Roberts, Richard | 10/23/2007 | 54 | 18 | 54 | 20 |
| Roberts, Richard | 10/23/2007 | 54 | 22 | 55 | 4 |
| Roberts, Richard | 10/23/2007 | 55 | 7 | 55 | 11 |
| Roberts, Richard | 10/23/2007 | 55 | 14 | 56 | 4 |
| Roberts, Richard | 10/23/2007 | 56 | 6 | 56 | 7 |
| Roberts, Richard | 10/23/2007 | 56 | 10 | 56 | 11 |
| Roberts, Richard | 10/23/2007 | 56 | 14 | 56 | 22 |
| Roberts, Richard | 10/23/2007 | 57 | 3 | 57 | 14 |
| Roberts, Richard | 10/23/2007 | 57 | 17 | 57 | 22 |
| Roberts, Richard | 10/23/2007 | 58 | 4 | 58 | 7 |
| Roberts, Richard | 10/23/2007 | 58 | 20 | 59 | 1 |
| Roberts, Richard | 10/23/2007 | 59 | 4 | 59 | 13 |
| Roberts, Richard | 10/23/2007 | 65 | 13 | 65 | 17 |
| Roberts, Richard | 10/23/2007 | 65 | 20 | 65 | 22 |
| Roberts, Richard | 10/23/2007 | 66 | 2 | 66 | 6 |
| Roberts, Richard | 10/23/2007 | 66 | 10 | 66 | 11 |
| Roberts, Richard | 10/23/2007 | 66 | 14 | 66 | 19 |
| Roberts, Richard | 10/23/2007 | 66 | 22 | 67 | 1 |
| Roberts, Richard | 10/23/2007 | 67 | 5 | 67 | 7 |
| Roberts, Richard | 10/23/2007 | 67 | 11 | 67 | 22 |
| Roberts, Richard | 10/23/2007 | 68 | 4 | 68 | 12 |
| Roberts, Richard | 10/23/2007 | 68 | 18 | 68 | 21 |
| Roberts, Richard | 10/23/2007 | 69 | 2 | 69 | 5 |
| Roberts, Richard | 10/23/2007 | 72 | 19 | 72 | 21 |
| Roberts, Richard | 10/23/2007 | 73 | 3 | 73 | 5 |
| Roberts, Richard | 10/23/2007 | 73 | 8 | 73 | 17 |
| Roberts, Richard | 10/23/2007 | 73 | 20 | 74 | 18 |
| Roberts, Richard | 10/23/2007 | 74 | 21 | 74 | 22 |
| Roberts, Richard | 10/23/2007 | 79 | 18 | 80 | 4 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Roberts, Richard | 10/23/2007 | 80 | 8 | 80 | 11 |
| Roberts, Richard | 10/23/2007 | 80 | 14 | 80 | 15 |
| Roberts, Richard | 10/23/2007 | 80 | 19 | 81 | 4 |
| Roberts, Richard | 10/23/2007 | 81 | 8 | 81 | 12 |
| Roberts, Richard | 10/23/2007 | 81 | 15 | 81 | 22 |
| Roberts, Richard | 10/23/2007 | 82 | 3 | 82 | 13 |
| Roberts, Richard | 10/23/2007 | 82 | 15 | 82 | 17 |
| Roberts, Richard | 10/23/2007 | 82 | 20 | 83 | 5 |
| Roberts, Richard | 10/23/2007 | 83 | 9 | 83 | 14 |
| Roberts, Richard | 10/23/2007 | 83 | 18 | 84 | 6 |
| Roberts, Richard | 10/23/2007 | 84 | 9 | 84 | 13 |
| Roberts, Richard | 10/23/2007 | 84 | 16 | 84 | 17 |
| Roberts, Richard | 10/23/2007 | 91 | 20 | 91 | 22 |
| Roberts, Richard | 10/23/2007 | 92 | 3 | 92 | 12 |
| Roberts, Richard | 10/23/2007 | 92 | 18 | 92 | 19 |
| Pezzner, Ashley | 9/11/2007 | 5 | 16 | 5 | 20 |
| Pezzner, Ashley | 9/11/2007 | 6 | 22 | 9 | 18 |
| Pezzner, Ashley | 9/11/2007 | 12 | 14 | 12 | 25 |
| Pezzner, Ashley | 9/11/2007 | 21 | 14 | 22 | 1 |
| Pezzner, Ashley | 9/11/2007 | 23 | 22 | 24 | 21 |
| Pezzner, Ashley | 9/11/2007 | 31 | 25 | 33 | 8 |
| Preziotti, Richard | 10/5/2007 | 5 | 7 | 5 | 13 |
| Preziotti, Richard | 10/5/2007 | 8 | 8 | 9 | 22 |
| Preziotti, Richard | 10/5/2007 | 10 | 14 | 11 | 18 |
| Preziotti, Richard | 10/5/2007 | 12 | 1 | 14 | 21 |
| Preziotti, Richard | 10/5/2007 | 15 | 10 | 17 | 11 |
| Preziotti, Richard | 10/5/2007 | 17 | 13 | 19 | 10 |
| Preziotti, Richard | 10/5/2007 | 19 | 16 | 21 | 15 |
| Preziotti, Richard | 10/5/2007 | 21 | 22 | 23 | 17 |
| Preziotti, Richard | 10/5/2007 | 24 | 15 | 25 | 11 |
| Preziotti, Richard | 10/5/2007 | 29 | 3 | 29 | 4 |
| Preziotti, Richard | 10/5/2007 | 29 | 6 | 29 | 13 |
| Preziotti, Richard | 10/5/2007 | 29 | 15 | 30 | 1 |
| Preziotti, Richard | 10/5/2007 | 42 | 3 | 42 | 11 |
| Preziotti, Richard | 10/5/2007 | 42 | 13 | 43 | 15 |
| Preziotti, Richard | 10/5/2007 | 43 | 19 | 44 | 16 |
| Preziotti, Richard | 10/5/2007 | 44 | 19 | 45 | 8 |
| Preziotti, Richard | 10/5/2007 | 45 | 11 | 45 | 17 |
| Preziotti, Richard | 10/5/2007 | 45 | 19 | 46 | 3 |
| Preziotti, Richard | 10/5/2007 | 46 | 6 | 46 | 12 |
| Preziotti, Richard | 10/5/2007 | 46 | 15 | 46 | 20 |
| Preziotti, Richard | 10/5/2007 | 46 | 22 | 47 | 12 |
| Preziotti, Richard | 10/5/2007 | 47 | 15 | 47 | 18 |
| Preziotti, Richard | 10/5/2007 | 47 | 20 | 48 | 10 |
| Preziotti, Richard | 10/5/2007 | 48 | 13 | 48 | 15 |
| Preziotti, Richard | 10/5/2007 | 48 | 17 | 48 | 20 |
| Preziotti, Richard | 10/5/2007 | 48 | 22 | 49 | 5 |
| Preziotti, Richard | 10/5/2007 | 49 | 7 | 49 | 8 |
| Preziotti, Richard | 10/5/2007 | 54 | 5 | 55 | 6 |
| Preziotti, Richard | 10/5/2007 | 55 | 8 | 55 | 14 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Preziotti, Richard | 10/5/2007 | 55 | 17 | 56 | 4 |
| Preziotti, Richard | 10/5/2007 | 61 | 21 | 62 | 4 |
| Preziotti, Richard | 10/5/2007 | 63 | 6 | 63 | 10 |
| Preziotti, Richard | 10/5/2007 | 63 | 13 | 63 | 15 |
| Preziotti, Richard | 10/5/2007 | 63 | 17 | 64 | 4 |
| Preziotti, Richard | 10/5/2007 | 64 | 7 | 64 | 8 |
| Preziotti, Richard | 10/5/2007 | 64 | 11 | 64 | 15 |
| Preziotti, Richard | 10/5/2007 | 64 | 17 | 64 | 22 |
| Preziotti, Richard | 10/5/2007 | 65 | 2 | 65 | 5 |
| Preziotti, Richard | 10/5/2007 | 65 | 7 | 65 | 22 |
| Preziotti, Richard | 10/5/2007 | 68 | 1 | 68 | 9 |
| Preziotti, Richard | 10/5/2007 | 68 | 11 | 68 | 18 |
| Preziotti, Richard | 10/5/2007 | 68 | 21 | 69 | 10 |
| Preziotti, Richard | 10/5/2007 | 69 | 12 | 69 | 20 |
| Preziotti, Richard | 10/5/2007 | 71 | 12 | 72 | 13 |
| Preziotti, Richard | 10/5/2007 | 72 | 17 | 73 | 10 |
| Preziotti, Richard | 10/5/2007 | 73 | 12 | 74 | 5 |
| Preziotti, Richard | 10/5/2007 | 74 | 7 | 74 | 20 |
| Preziotti, Richard | 10/5/2007 | 75 | 1 | 75 | 13 |
| Preziotti, Richard | 10/5/2007 | 75 | 15 | 76 | 11 |
| Preziotti, Richard | 10/5/2007 | 76 | 14 | 76 | 20 |
| Preziotti, Richard | 10/5/2007 | 76 | 22 | 77 | 4 |
| Preziotti, Richard | 10/5/2007 | 77 | 6 | 77 | 6 |
| Preziotti, Richard | 10/5/2007 | 82 | 20 | 83 | 8 |
| Preziotti, Richard | 10/5/2007 | 86 | 11 | 87 | 10 |
| Preziotti, Richard | 10/5/2007 | 89 | 6 | 89 | 9 |
| Preziotti, Richard | 10/5/2007 | 90 | 22 | 91 | 7 |
| Preziotti, Richard | 10/5/2007 | 91 | 9 | 91 | 15 |
| Preziotti, Richard | 10/5/2007 | 92 | 2 | 92 | 20 |
| Preziotti, Richard | 10/5/2007 | 104 | 20 | 104 | 21 |
| Preziotti, Richard | 10/5/2007 | 105 | 1 | 105 | 5 |
| Preziotti, Richard | 10/5/2007 | 105 | 8 | 106 | 5 |
| Preziotti, Richard | 10/5/2007 | 106 | 13 | 109 | 22 |
| Preziotti, Richard | 10/5/2007 | 110 | 1 | 110 | 4 |
| Preziotti, Richard | 10/5/2007 | 110 | 6 | 110 | 10 |
| Preziotti, Richard | 10/5/2007 | 110 | 12 | 110 | 21 |
| Preziotti, Richard | 10/5/2007 | 111 | 1 | 111 | 1 |
| Preziotti, Richard | 10/5/2007 | 123 | 7 | 124 | 11 |
| Preziotti, Richard | 10/5/2007 | 124 | 13 | 125 | 14 |
| Preziotti, Richard | 10/5/2007 | 127 | 3 | 127 | 6 |
| Preziotti, Richard | 10/5/2007 | 127 | 9 | 127 | 22 |
| Preziotti, Richard | 10/5/2007 | 128 | 7 | 128 | 8 |
| Preziotti, Richard | 10/5/2007 | 128 | 10 | 128 | 13 |
| Preziotti, Richard | 10/5/2007 | 128 | 15 | 128 | 19 |
| Preziotti, Richard | 10/5/2007 | 140 | 20 | 142 | 18 |
| Preziotti, Richard | 10/5/2007 | 142 | 20 | 144 | 13 |
| Shankland, Ian | 9/20/2007 | 5 | 12 | 10 | 10 |
| Shankland, Ian | 9/20/2007 | 10 | 12 | 10 | 12 |
| Shankland, Ian | 9/20/2007 | 10 | 21 | 15 | 6 |
| Shankland, Ian | 9/20/2007 | 15 | 8 | 16 | 11 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Shankland, Ian | 9/20/2007 | 16 | 14 | 17 | 1 |
| Shankland, Ian | 9/20/2007 | 21 | 19 | 25 | 20 |
| Shankland, Ian | 9/20/2007 | 26 | 20 | 27 | 2 |
| Shankland, Ian | 9/20/2007 | 29 | 6 | 30 | 14 |
| Shankland, Ian | 9/20/2007 | 30 | 16 | 32 | 9 |
| Shankland, Ian | 9/20/2007 | 32 | 16 | 33 | 10 |
| Shankland, Ian | 9/20/2007 | 34 | 16 | 35 | 6 |
| Shankland, Ian | 9/20/2007 | 35 | 8 | 36 | 11 |
| Shankland, Ian | 9/20/2007 | 36 | 13 | 37 | 1 |
| Shankland, Ian | 9/20/2007 | 37 | 4 | 37 | 22 |
| Shankland, Ian | 9/20/2007 | 38 | 2 | 38 | 8 |
| Shankland, Ian | 9/20/2007 | 39 | 7 | 39 | 12 |
| Shankland, Ian | 9/20/2007 | 41 | 12 | 41 | 20 |
| Shankland, Ian | 9/20/2007 | 41 | 22 | 42 | 8 |
| Shankland, Ian | 9/20/2007 | 42 | 10 | 44 | 6 |
| Shankland, Ian | 9/20/2007 | 44 | 8 | 44 | 13 |
| Shankland, Ian | 9/20/2007 | 44 | 15 | 45 | 16 |
| Shankland, Ian | 9/20/2007 | 46 | 13 | 47 | 9 |
| Shankland, Ian | 9/20/2007 | 47 | 11 | 47 | 20 |
| Shankland, Ian | 9/20/2007 | 47 | 22 | 49 | 12 |
| Shankland, Ian | 9/20/2007 | 49 | 14 | 50 | 21 |
| Shankland, Ian | 9/20/2007 | 51 | 17 | 51 | 18 |
| Shankland, Ian | 9/20/2007 | 51 | 20 | 52 | 18 |
| Shankland, Ian | 9/20/2007 | 52 | 20 | 53 | 21 |
| Shankland, Ian | 9/20/2007 | 54 | 1 | 54 | 10 |
| Shankland, Ian | 9/20/2007 | 54 | 12 | 57 | 8 |
| Shankland, Ian | 9/20/2007 | 88 | 10 | 91 | 13 |
| Shankland, Ian | 9/20/2007 | 91 | 15 | 93 | 9 |
| Shankland, Ian | 9/20/2007 | 93 | 11 | 93 | 14 |
| Shankland, Ian | 9/20/2007 | 94 | 1 | 94 | 21 |
| Shankland, Ian | 9/20/2007 | 95 | 6 | 96 | 20 |
| Shankland, Ian | 9/20/2007 | 98 | 7 | 98 | 8 |
| Shankland, Ian | 9/20/2007 | 98 | 10 | 98 | 21 |
| Shankland, Ian | 9/20/2007 | 100 | 14 | 101 | 3 |
| Shankland, Ian | 9/20/2007 | 101 | 10 | 101 | 13 |
| Shankland, Ian | 9/20/2007 | 103 | 14 | 104 | 5 |
| Shankland, Ian | 9/20/2007 | 104 | 8 | 104 | 19 |
| Shankland, Ian | 9/20/2007 | 105 | 5 | 105 | 7 |
| Shankland, Ian | 9/20/2007 | 105 | 9 | 105 | 22 |
| Shankland, Ian | 9/20/2007 | 106 | 2 | 106 | 2 |
| Shankland, Ian | 9/20/2007 | 108 | 5 | 108 | 7 |
| Shankland, Ian | 9/20/2007 | 108 | 10 | 108 | 14 |
| Shankland, Ian | 9/20/2007 | 108 | 16 | 108 | 16 |
| Shankland, Ian | 9/20/2007 | 111 | 6 | 111 | 10 |
| Shankland, Ian | 9/20/2007 | 111 | 14 | 111 | 15 |
| Shankland, Ian | 9/20/2007 | 111 | 17 | 111 | 17 |
| Shankland, Ian | 9/20/2007 | 111 | 19 | 112 | 1 |
| Shankland, Ian | 9/20/2007 | 113 | 8 | 113 | 10 |
| Shankland, Ian | 9/20/2007 | 113 | 13 | 113 | 22 |
| Shankland, Ian | 9/20/2007 | 116 | 4 | 116 | 5 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Shankland, Ian | 9/20/2007 | 116 | 7 | 116 | 11 |
| Shankland, Ian | 9/20/2007 | 118 | 12 | 118 | 15 |
| Shankland, Ian | 9/20/2007 | 118 | 17 | 118 | 22 |
| Shankland, Ian | 9/20/2007 | 119 | 22 | 120 | 3 |
| Shankland, Ian | 9/20/2007 | 120 | 5 | 120 | 12 |
| Shankland, Ian | 9/20/2007 | 120 | 17 | 120 | 19 |
| Shankland, Ian | 9/20/2007 | 120 | 21 | 121 | 4 |
| Shankland, Ian | 9/20/2007 | 121 | 6 | 121 | 12 |
| Shankland, Ian | 9/20/2007 | 121 | 14 | 121 | 20 |
| Shankland, Ian | 9/20/2007 | 122 | 11 | 122 | 12 |
| Shankland, Ian | 9/20/2007 | 122 | 15 | 122 | 21 |
| Shankland, Ian | 9/20/2007 | 130 | 1 | 130 | 11 |
| Shankland, Ian | 9/20/2007 | 130 | 13 | 133 | 6 |
| Shankland, Ian | 9/20/2007 | 133 | 16 | 133 | 18 |
| Shankland, Ian | 9/20/2007 | 133 | 20 | 134 | 7 |
| Shankland, Ian | 9/20/2007 | 134 | 10 | 134 | 11 |
| Shankland, Ian | 9/20/2007 | 137 | 17 | 138 | 17 |
| Shankland, Ian | 9/20/2007 | 138 | 19 | 139 | 2 |
| Shankland, Ian | 9/20/2007 | 139 | 5 | 139 | 19 |
| Shankland, Ian | 9/20/2007 | 141 | 11 | 142 | 21 |
| Shankland, Ian | 9/20/2007 | 143 | 1 | 144 | 14 |
| Shankland, Ian | 9/20/2007 | 169 | 7 | 169 | 8 |
| Shankland, Ian | 9/20/2007 | 169 | 11 | 169 | 20 |
| Shankland, Ian | 9/20/2007 | 176 | 3 | 176 | 5 |
| Shankland, Ian | 9/20/2007 | 176 | 8 | 177 | 3 |
| Shankland, Ian | 9/20/2007 | 181 | 1 | 181 | 2 |
| Shankland, Ian | 9/20/2007 | 181 | 5 | 181 | 10 |
| Shankland, Ian | 9/20/2007 | 181 | 12 | 182 | 2 |
| Shankland, Ian | 9/20/2007 | 190 | 10 | 191 | 3 |
| Shankland, Ian | 9/20/2007 | 193 | 13 | 193 | 16 |
| Shankland, Ian | 9/20/2007 | 193 | 18 | 194 | 9 |
| Shankland, Ian | 9/20/2007 | 194 | 12 | 195 | 1 |
| Shankland, Ian | 9/20/2007 | 195 | 3 | 195 | 7 |
| Harris, James | 9/18/2007 | 6 | 8 | 6 | 11 |
| Harris, James | 9/18/2007 | 10 | 12 | 11 | 9 |
| Harris, James | 9/18/2007 | 12 | 7 | 12 | 15 |
| Harris, James | 9/18/2007 | 13 | 11 | 14 | 19 |
| Harris, James | 9/18/2007 | 15 | 12 | 16 | 15 |
| Harris, James | 9/18/2007 | 17 | 4 | 18 | 8 |
| Harris, James | 9/18/2007 | 18 | 17 | 19 | 19 |
| Harris, James | 9/18/2007 | 20 | 20 | 21 | 3 |
| Harris, James | 9/18/2007 | 22 | 18 | 23 | 8 |
| Harris, James | 9/18/2007 | 23 | 13 | 23 | 20 |
| Harris, James | 9/18/2007 | 25 | 9 | 26 | 3 |
| Harris, James | 9/18/2007 | 28 | 16 | 29 | 12 |
| Harris, James | 9/18/2007 | 29 | 14 | 29 | 21 |
| Harris, James | 9/18/2007 | 30 | 12 | 30 | 22 |
| Harris, James | 9/18/2007 | 31 | 7 | 31 | 14 |
| Harris, James | 9/18/2007 | 31 | 17 | 33 | 1 |
| Harris, James | 9/18/2007 | 33 | 3 | 34 | 6 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Harris, James | 9/18/2007 | 36 | 17 | 37 | 14 |
| Harris, James | 9/18/2007 | 37 | 20 | 38 | 6 |
| Harris, James | 9/18/2007 | 42 | 9 | 43 | 20 |
| Harris, James | 9/18/2007 | 44 | 14 | 45 | 6 |
| Harris, James | 9/18/2007 | 47 | 11 | 49 | 6 |
| Harris, James | 9/18/2007 | 49 | 8 | 50 | 21 |
| Harris, James | 9/18/2007 | 51 | 1 | 52 | 9 |
| Harris, James | 9/18/2007 | 52 | 11 | 52 | 13 |
| Harris, James | 9/18/2007 | 66 | 12 | 67 | 6 |
| Harris, James | 9/18/2007 | 67 | 9 | 67 | 14 |
| Harris, James | 9/18/2007 | 67 | 16 | 68 | 5 |
| Harris, James | 9/18/2007 | 76 | 1 | 76 | 21 |
| Harris, James | 9/18/2007 | 77 | 1 | 77 | 12 |
| Harris, James | 9/18/2007 | 85 | 13 | 88 | 10 |
| Harris, James | 9/18/2007 | 90 | 5 | 91 | 12 |
| Harris, James | 9/18/2007 | 91 | 21 | 93 | 4 |
| Harris, James | 9/18/2007 | 93 | 6 | 93 | 16 |
| Harris, James | 9/18/2007 | 104 | 3 | 104 | 6 |
| Harris, James | 9/18/2007 | 104 | 8 | 104 | 11 |
| Harris, James | 9/18/2007 | 105 | 1 | 105 | 14 |
| Harris, James | 9/18/2007 | 105 | 17 | 106 | 11 |
| Harris, James | 9/18/2007 | 106 | 14 | 107 | 2 |
| Harris, James | 9/18/2007 | 107 | 5 | 107 | 10 |
| Harris, James | 9/18/2007 | 107 | 12 | 108 | 2 |
| Harris, James | 9/18/2007 | 108 | 4 | 109 | 12 |
| Harris, James | 9/18/2007 | 109 | 15 | 110 | 8 |
| Harris, James | 9/18/2007 | 110 | 13 | 111 | 9 |
| Harris, James | 9/18/2007 | 111 | 11 | 111 | 14 |
| Harris, James | 9/18/2007 | 111 | 16 | 112 | 4 |
| Harris, James | 9/18/2007 | 112 | 7 | 112 | 16 |
| Harris, James | 9/18/2007 | 115 | 2 | 115 | 6 |
| Harris, James | 9/18/2007 | 115 | 9 | 115 | 12 |
| Harris, James | 9/18/2007 | 115 | 15 | 116 | 10 |
| Harris, James | 9/18/2007 | 134 | 17 | 134 | 19 |
| Harris, James | 9/18/2007 | 134 | 21 | 135 | 12 |
| Harris, James | 9/18/2007 | 138 | 7 | 138 | 11 |
| Harris, James | 9/18/2007 | 138 | 13 | 138 | 22 |
| Harris, James | 9/18/2007 | 139 | 2 | 139 | 6 |
| Harris, James | 9/18/2007 | 139 | 8 | 139 | 18 |
| Harris, James | 9/18/2007 | 141 | 9 | 141 | 12 |
| Harris, James | 9/18/2007 | 141 | 15 | 142 | 1 |
| Harris, James | 9/18/2007 | 158 | 4 | 158 | 6 |
| Harris, James | 9/18/2007 | 158 | 8 | 158 | 14 |
| Harris, James | 9/18/2007 | 158 | 17 | 159 | 5 |
| Harris, James | 9/18/2007 | 159 | 8 | 160 | 8 |
| Harris, James | 9/18/2007 | 163 | 5 | 164 | 2 |
| Harris, James | 9/18/2007 | 164 | 5 | 165 | 4 |
| Harris, James | 9/18/2007 | 165 | 7 | 165 | 20 |
| Harris, James | 9/18/2007 | 172 | 8 | 173 | 10 |
| Harris, James | 9/18/2007 | 173 | 12 | 176 | 15 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Harris, James | 9/18/2007 | 176 | 17 | 177 | 7 |
| Harris, James | 9/18/2007 | 177 | 9 | 178 | 2 |
| Harris, James | 9/18/2007 | 179 | 10 | 179 | 16 |
| Harris, James | 9/18/2007 | 179 | 19 | 179 | 21 |
| Harris, James | 9/18/2007 | 196 | 10 | 196 | 16 |
| Harris, James | 9/18/2007 | 200 | 9 | 200 | 11 |
| Harris, James | 9/18/2007 | 200 | 14 | 200 | 17 |
| Harris, James | 9/18/2007 | 200 | 19 | 201 | 9 |
| Harris, James | 9/18/2007 | 201 | 11 | 203 | 11 |
| Harris, James | 9/18/2007 | 205 | 16 | 205 | 18 |
| Harris, James | 9/18/2007 | 205 | 20 | 205 | 20 |
| Harris, James | 9/18/2007 | 229 | 7 | 229 | 11 |
| Harris, James | 9/18/2007 | 229 | 13 | 229 | 21 |
| Harris, James | 9/18/2007 | 234 | 2 | 234 | 6 |
| Harris, James | 9/18/2007 | 234 | 9 | 234 | 15 |
| Harris, James | 9/18/2007 | 234 | 17 | 235 | 12 |
| Harris, James | 9/18/2007 | 235 | 14 | 238 | 16 |
| Harris, James | 9/18/2007 | 245 | 9 | 245 | 20 |
| Harris, James | 9/18/2007 | 249 | 7 | 249 | 10 |
| Harris, James | 9/18/2007 | 249 | 13 | 249 | 20 |
| Harris, James | 9/18/2007 | 250 | 1 | 251 | 9 |
| Harris, James | 9/18/2007 | 255 | 19 | 257 | 12 |
| Page, Timothy | 5/14/2008 | 7 | 8 | 7 | 13 |
| Page, Timothy | 5/14/2008 | 7 | 18 | 14 | 11 |
| Page, Timothy | 5/14/2008 | 21 | 9 | 21 | 20 |
| Page, Timothy | 5/14/2008 | 24 | 5 | 26 | 16 |
| Page, Timothy | 5/14/2008 | 26 | 22 | 27 | 3 |
| Page, Timothy | 5/14/2008 | 27 | 11 | 29 | 9 |
| Page, Timothy | 5/14/2008 | 29 | 16 | 30 | 21 |
| Page, Timothy | 5/14/2008 | 33 | 8 | 35 | 5 |
| Page, Timothy | 5/14/2008 | 35 | 15 | 37 | 7 |
| Page, Timothy | 5/14/2008 | 37 | 9 | 37 | 14 |
| Page, Timothy | 5/14/2008 | 37 | 16 | 37 | 16 |
| Page, Timothy | 5/14/2008 | 38 | 8 | 38 | 10 |
| Page, Timothy | 5/14/2008 | 38 | 13 | 38 | 14 |
| Page, Timothy | 5/14/2008 | 38 | 17 | 40 | 13 |
| Page, Timothy | 5/14/2008 | 40 | 20 | 41 | 3 |
| Page, Timothy | 5/14/2008 | 41 | 5 | 43 | 15 |
| Page, Timothy | 5/14/2008 | 43 | 17 | 45 | 4 |
| Page, Timothy | 5/14/2008 | 50 | 11 | 50 | 20 |
| Page, Timothy | 5/14/2008 | 51 | 5 | 51 | 5 |
| Page, Timothy | 5/14/2008 | 52 | 2 | 52 | 5 |
| Page, Timothy | 5/14/2008 | 52 | 8 | 52 | 19 |
| Page, Timothy | 5/14/2008 | 54 | 2 | 55 | 4 |
| Page, Timothy | 5/14/2008 | 55 | 7 | 55 | 9 |
| Page, Timothy | 5/14/2008 | 56 | 5 | 56 | 9 |
| Page, Timothy | 5/14/2008 | 56 | 12 | 56 | 20 |
| Page, Timothy | 5/14/2008 | 56 | 22 | 57 | 2 |
| Page, Timothy | 5/14/2008 | 57 | 8 | 57 | 8 |
| Page, Timothy | 5/14/2008 | 57 | 10 | 57 | 14 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Page, Timothy | 5/14/2008 | 57 | 17 | 57 | 18 |
| Page, Timothy | 5/14/2008 | 57 | 22 | 58 | 12 |
| Page, Timothy | 5/14/2008 | 59 | 13 | 59 | 18 |
| Page, Timothy | 5/14/2008 | 60 | 5 | 63 | 12 |
| Page, Timothy | 5/14/2008 | 64 | 12 | 65 | 16 |
| Page, Timothy | 5/14/2008 | 66 | 2 | 66 | 16 |
| Page, Timothy | 5/14/2008 | 69 | 15 | 70 | 9 |
| Page, Timothy | 5/14/2008 | 71 | 21 | 72 | 7 |
| Page, Timothy | 5/14/2008 | 72 | 14 | 73 | 21 |
| Page, Timothy | 5/14/2008 | 75 | 6 | 75 | 20 |
| Page, Timothy | 5/14/2008 | 77 | 2 | 77 | 11 |
| Page, Timothy | 5/14/2008 | 78 | 9 | 79 | 6 |
| Page, Timothy | 5/14/2008 | 79 | 16 | 79 | 19 |
| Page, Timothy | 5/14/2008 | 80 | 2 | 80 | 17 |
| Page, Timothy | 5/14/2008 | 81 | 19 | 82 | 4 |
| Page, Timothy | 5/14/2008 | 82 | 7 | 82 | 7 |
| Page, Timothy | 5/14/2008 | 86 | 9 | 87 | 3 |
| Page, Timothy | 5/14/2008 | 87 | 8 | 87 | 18 |
| Page, Timothy | 5/14/2008 | 90 | 2 | 92 | 21 |
| Page, Timothy | 5/14/2008 | 93 | 5 | 93 | 15 |
| Page, Timothy | 5/14/2008 | 93 | 18 | 93 | 19 |
| Page, Timothy | 5/14/2008 | 94 | 1 | 94 | 12 |
| Page, Timothy | 5/14/2008 | 94 | 19 | 95 | 8 |
| Page, Timothy | 5/14/2008 | 95 | 22 | 96 | 11 |
| Page, Timothy | 5/14/2008 | 96 | 14 | 97 | 11 |
| Page, Timothy | 5/14/2008 | 98 | 2 | 98 | 16 |
| Page, Timothy | 5/14/2008 | 102 | 17 | 103 | 5 |
| Tung, Harry | 9/19/2007 | 11 | 13 | 11 | 17 |
| Tung, Harry | 9/19/2007 | 19 | 15 | 20 | 12 |
| Tung, Harry | 9/19/2007 | 23 | 18 | 24 | 5 |
| Tung, Harry | 9/19/2007 | 25 | 9 | 25 | 13 |
| Tung, Harry | 9/19/2007 | 34 | 11 | 34 | 18 |
| Tung, Harry | 9/19/2007 | 39 | 14 | 41 | 17 |
| Tung, Harry | 9/19/2007 | 41 | 22 | 42 | 1 |
| Tung, Harry | 9/19/2007 | 43 | 8 | 43 | 12 |
| Tung, Harry | 9/19/2007 | 44 | 19 | 45 | 17 |
| Tung, Harry | 9/19/2007 | 50 | 20 | 51 | 10 |
| Tung, Harry | 9/19/2007 | 52 | 20 | 53 | 1 |
| Tung, Harry | 9/19/2007 | 53 | 9 | 53 | 12 |
| Tung, Harry | 9/19/2007 | 64 | 22 | 65 | 11 |
| Tung, Harry | 9/19/2007 | 67 | 11 | 68 | 5 |
| Tung, Harry | 9/19/2007 | 68 | 16 | 69 | 13 |
| Tung, Harry | 9/19/2007 | 72 | 8 | 72 | 10 |
| Tung, Harry | 9/19/2007 | 72 | 14 | 72 | 18 |
| Tung, Harry | 9/19/2007 | 72 | 20 | 73 | 7 |
| Tung, Harry | 9/19/2007 | 73 | 14 | 73 | 22 |
| Tung, Harry | 9/19/2007 | 74 | 12 | 75 | 14 |
| Tung, Harry | 9/19/2007 | 75 | 16 | 76 | 18 |
| Tung, Harry | 9/19/2007 | 82 | 4 | 82 | 11 |
| Tung, Harry | 9/19/2007 | 82 | 22 | 84 | 12 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Tung, Harry | 9/19/2007 | 102 | 4 | 107 | 19 |
| Tung, Harry | 9/19/2007 | 110 | 5 | 110 | 12 |
| Tung, Harry | 9/19/2007 | 111 | 1 | 112 | 18 |
| Tung, Harry | 9/19/2007 | 112 | 22 | 113 | 7 |
| Tung, Harry | 9/19/2007 | 118 | 21 | 119 | 11 |
| Tung, Harry | 9/19/2007 | 122 | 1 | 123 | 9 |
| Tung, Harry | 9/19/2007 | 125 | 1 | 127 | 2 |
| Tung, Harry | 9/19/2007 | 130 | 11 | 132 | 9 |
| Tung, Harry | 9/19/2007 | 142 | 13 | 142 | 17 |
| Tung, Harry | 9/19/2007 | 142 | 20 | 143 | 13 |
| Tung, Harry | 9/19/2007 | 148 | 4 | 148 | 10 |
| Tung, Harry | 9/19/2007 | 148 | 12 | 148 | 20 |
| Tung, Harry | 9/19/2007 | 148 | 22 | 149 | 8 |
| Tung, Harry | 9/19/2007 | 149 | 10 | 151 | 13 |
| Tung, Harry | 9/19/2007 | 151 | 16 | 152 | 5 |
| Tung, Harry | 9/19/2007 | 154 | 10 | 159 | 9 |
| Tung, Harry | 9/19/2007 | 159 | 13 | 173 | 8 |
| Tung, Harry | 9/19/2007 | 173 | 17 | 174 | 9 |
| Tung, Harry | 9/19/2007 | 175 | 15 | 175 | 19 |
| Tung, Harry | 9/19/2007 | 176 | 4 | 177 | 14 |
| Tung, Harry | 9/19/2007 | 178 | 13 | 180 | 15 |
| Tung, Harry | 9/19/2007 | 181 | 1 | 181 | 8 |
| Tung, Harry | 9/19/2007 | 181 | 10 | 181 | 22 |
| Tung, Harry | 9/19/2007 | 183 | 6 | 183 | 6 |
| Tung, Harry | 9/19/2007 | 183 | 8 | 183 | 12 |
| Tung, Harry | 9/19/2007 | 183 | 14 | 183 | 17 |
| Tung, Harry | 9/19/2007 | 183 | 19 | 183 | 19 |
| Tung, Harry | 9/19/2007 | 186 | 3 | 186 | 6 |
| Tung, Harry | 9/19/2007 | 189 | 16 | 189 | 21 |
| Tung, Harry | 9/19/2007 | 190 | 1 | 191 | 10 |
| Tung, Harry | 9/19/2007 | 191 | 12 | 195 | 5 |
| Tung, Harry | 9/19/2007 | 195 | 20 | 195 | 22 |
| Tung, Harry | 9/19/2007 | 196 | 2 | 196 | 5 |
| Tung, Harry | 9/19/2007 | 196 | 10 | 196 | 13 |
| Tung, Harry | 9/19/2007 | 197 | 1 | 198 | 5 |
| Tung, Harry | 9/19/2007 | 200 | 15 | 201 | 4 |
| Tung, Harry | 9/19/2007 | 201 | 6 | 201 | 6 |
| Tung, Harry | 9/19/2007 | 201 | 15 | 202 | 7 |
| Tung, Harry | 9/19/2007 | 202 | 9 | 202 | 21 |
| Tung, Harry | 9/19/2007 | 203 | 1 | 203 | 9 |
| Tung, Harry | 9/19/2007 | 203 | 22 | 204 | 4 |
| Tung, Harry | 9/19/2007 | 219 | 11 | 219 | 16 |
| Tung, Harry | 9/19/2007 | 223 | 1 | 223 | 8 |
| Tung, Harry | 9/19/2007 | 223 | 19 | 224 | 22 |
| Tung, Harry | 9/19/2007 | 228 | 1 | 229 | 10 |
| Tung, Harry | 9/19/2007 | 229 | 22 | 231 | 15 |
| Tung, Harry | 9/19/2007 | 232 | 7 | 232 | 13 |
| Tung, Harry | 9/19/2007 | 232 | 15 | 234 | 1 |
| Tung, Harry | 9/19/2007 | 238 | 11 | 238 | 14 |
| Tung, Harry | 9/19/2007 | 238 | 20 | 239 | 15 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Tung, Harry | 9/19/2007 | 239 | 19 | 239 | 21 |
| Tung, Harry | 9/19/2007 | 240 | 1 | 240 | 1 |
| Tung, Harry | 9/19/2007 | 240 | 4 | 240 | 9 |
| Tung, Harry | 9/19/2007 | 240 | 12 | 240 | 21 |
| Tung, Harry | 9/19/2007 | 241 | 3 | 242 | 1 |
| Tung, Harry | 9/19/2007 | 242 | 3 | 242 | 21 |
| Tung, Harry | 9/19/2007 | 245 | 15 | 245 | 17 |
| Tung, Harry | 9/19/2007 | 245 | 19 | 245 | 20 |
| Friedenson, Jay | 10/25/2008 | 7 | 10 | 7 | 13 |
| Friedenson, Jay | 10/25/2008 | 9 | 3 | 11 | 3 |
| Friedenson, Jay | 10/25/2008 | 11 | 6 | 11 | 22 |
| Friedenson, Jay | 10/25/2008 | 14 | 22 | 15 | 2 |
| Friedenson, Jay | 10/25/2008 | 15 | 5 | 15 | 6 |
| Friedenson, Jay | 10/25/2008 | 15 | 8 | 15 | 13 |
| Friedenson, Jay | 10/25/2008 | 21 | 19 | 22 | 5 |
| Friedenson, Jay | 10/25/2008 | 33 | 11 | 34 | 12 |
| Friedenson, Jay | 10/25/2008 | 37 | 20 | 38 | 1 |
| Friedenson, Jay | 10/25/2008 | 38 | 4 | 38 | 4 |
| Friedenson, Jay | 10/25/2008 | 38 | 7 | 38 | 11 |
| Friedenson, Jay | 10/25/2008 | 38 | 13 | 38 | 13 |
| Friedenson, Jay | 10/25/2008 | 50 | 21 | 52 | 6 |
| Friedenson, Jay | 10/25/2008 | 54 | 17 | 54 | 18 |
| Friedenson, Jay | 10/25/2008 | 54 | 20 | 54 | 21 |
| Friedenson, Jay | 10/25/2008 | 63 | 4 | 64 | 12 |
| Friedenson, Jay | 10/25/2008 | 65 | 3 | 65 | 16 |
| Friedenson, Jay | 10/25/2008 | 65 | 19 | 65 | 21 |
| Friedenson, Jay | 10/25/2008 | 66 | 1 | 66 | 1 |
| Friedenson, Jay | 10/25/2008 | 70 | 3 | 70 | 6 |
| Friedenson, Jay | 10/25/2008 | 71 | 14 | 71 | 19 |
| Friedenson, Jay | 10/25/2008 | 71 | 21 | 73 | 10 |
| Friedenson, Jay | 10/25/2008 | 73 | 13 | 73 | 14 |
| Friedenson, Jay | 10/25/2008 | 73 | 18 | 74 | 6 |
| Friedenson, Jay | 10/25/2008 | 74 | 15 | 75 | 5 |
| Friedenson, Jay | 10/25/2008 | 75 | 10 | 76 | 8 |
| Friedenson, Jay | 10/25/2008 | 76 | 10 | 76 | 19 |
| Friedenson, Jay | 10/25/2008 | 76 | 22 | 77 | 2 |
| Friedenson, Jay | 10/25/2008 | 77 | 4 | 77 | 14 |
| Friedenson, Jay | 10/25/2008 | 77 | 16 | 79 | 17 |
| Friedenson, Jay | 10/25/2008 | 81 | 3 | 81 | 7 |
| Friedenson, Jay | 10/25/2008 | 88 | 9 | 88 | 15 |
| Friedenson, Jay | 10/25/2008 | 88 | 17 | 89 | 12 |
| Friedenson, Jay | 10/25/2008 | 89 | 15 | 90 | 12 |
| Friedenson, Jay | 10/25/2008 | 91 | 17 | 92 | 1 |
| Friedenson, Jay | 10/25/2008 | 92 | 3 | 93 | 4 |
| Friedenson, Jay | 10/25/2008 | 93 | 7 | 94 | 18 |
| Friedenson, Jay | 10/25/2008 | 94 | 21 | 95 | 9 |
| Gayer, Kenneth | 9/6/2007 | 11 | 3 | 14 | 1 |
| Gayer, Kenneth | 9/6/2007 | 16 | 7 | 16 | 22 |
| Gayer, Kenneth | 9/6/2007 | 20 | 8 | 21 | 5 |
| Gayer, Kenneth | 9/6/2007 | 22 | 17 | 23 | 5 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Gayer, Kenneth | 9/6/2007 | 26 | 3 | 26 | 12 |
| Gayer, Kenneth | 9/6/2007 | 30 | 11 | 30 | 17 |
| Gayer, Kenneth | 9/6/2007 | 32 | 5 | 32 | 20 |
| Gayer, Kenneth | 9/6/2007 | 33 | 18 | 34 | 6 |
| Gayer, Kenneth | 9/6/2007 | 37 | 7 | 37 | 22 |
| Gayer, Kenneth | 9/6/2007 | 40 | 4 | 40 | 14 |
| Gayer, Kenneth | 9/6/2007 | 40 | 16 | 41 | 10 |
| Gayer, Kenneth | 9/6/2007 | 42 | 8 | 42 | 16 |
| Gayer, Kenneth | 9/6/2007 | 42 | 19 | 42 | 22 |
| Gayer, Kenneth | 9/6/2007 | 43 | 2 | 43 | 12 |
| Gayer, Kenneth | 9/6/2007 | 43 | 15 | 44 | 6 |
| Gayer, Kenneth | 9/6/2007 | 47 | 13 | 47 | 15 |
| Gayer, Kenneth | 9/6/2007 | 47 | 17 | 48 | 10 |
| Gayer, Kenneth | 9/6/2007 | 48 | 12 | 48 | 14 |
| Gayer, Kenneth | 9/6/2007 | 49 | 18 | 51 | 19 |
| Gayer, Kenneth | 9/6/2007 | 51 | 21 | 53 | 5 |
| Gayer, Kenneth | 9/6/2007 | 53 | 8 | 53 | 11 |
| Gayer, Kenneth | 9/6/2007 | 53 | 20 | 53 | 22 |
| Gayer, Kenneth | 9/6/2007 | 54 | 3 | 54 | 3 |
| Gayer, Kenneth | 9/6/2007 | 54 | 7 | 54 | 15 |
| Gayer, Kenneth | 9/6/2007 | 54 | 18 | 54 | 19 |
| Gayer, Kenneth | 9/6/2007 | 55 | 1 | 55 | 11 |
| Gayer, Kenneth | 9/6/2007 | 55 | 18 | 57 | 4 |
| Gayer, Kenneth | 9/6/2007 | 57 | 7 | 57 | 22 |
| Gayer, Kenneth | 9/6/2007 | 58 | 10 | 59 | 3 |
| Gayer, Kenneth | 9/6/2007 | 60 | 4 | 60 | 9 |
| Gayer, Kenneth | 9/6/2007 | 62 | 7 | 63 | 1 |
| Gayer, Kenneth | 9/6/2007 | 63 | 3 | 65 | 2 |
| Gayer, Kenneth | 9/6/2007 | 65 | 10 | 66 | 3 |
| Gayer, Kenneth | 9/6/2007 | 67 | 5 | 67 | 14 |
| Gayer, Kenneth | 9/6/2007 | 68 | 19 | 70 | 3 |
| Gayer, Kenneth | 9/6/2007 | 70 | 16 | 73 | 12 |
| Gayer, Kenneth | 9/6/2007 | 74 | 2 | 76 | 18 |
| Gayer, Kenneth | 9/6/2007 | 77 | 3 | 77 | 6 |
| Gayer, Kenneth | 9/6/2007 | 77 | 9 | 78 | 8 |
| Gayer, Kenneth | 9/6/2007 | 125 | 1 | 126 | 2 |
| Gayer, Kenneth | 9/6/2007 | 126 | 4 | 126 | 6 |
| Gayer, Kenneth | 9/6/2007 | 135 | 21 | 136 | 10 |
| Gayer, Kenneth | 9/6/2007 | 136 | 12 | 137 | 2 |
| Gayer, Kenneth | 9/6/2007 | 137 | 4 | 137 | 10 |
| Gayer, Kenneth | 9/6/2007 | 141 | 16 | 142 | 9 |
| Gayer, Kenneth | 9/6/2007 | 142 | 11 | 144 | 2 |
| Gayer, Kenneth | 9/6/2007 | 144 | 4 | 144 | 5 |
| Gayer, Kenneth | 9/6/2007 | 148 | 1 | 148 | 12 |
| Gayer, Kenneth | 9/6/2007 | 149 | 22 | 150 | 5 |
| Gayer, Kenneth | 9/6/2007 | 151 | 8 | 151 | 10 |
| Gayer, Kenneth | 9/6/2007 | 151 | 12 | 151 | 12 |
| Gayer, Kenneth | 9/6/2007 | 151 | 15 | 152 | 1 |
| Gayer, Kenneth | 9/6/2007 | 152 | 3 | 152 | 8 |
| Gayer, Kenneth | 9/6/2007 | 153 | 20 | 155 | 3 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Gayer, Kenneth | 9/6/2007 | 155 | 6 | 155 | 15 |
| Gayer, Kenneth | 9/6/2007 | 156 | 3 | 156 | 21 |
| Gayer, Kenneth | 9/6/2007 | 157 | 2 | 157 | 16 |
| Gayer, Kenneth | 9/6/2007 | 157 | 18 | 157 | 21 |
| Gayer, Kenneth | 9/6/2007 | 159 | 21 | 160 | 1 |
| Gayer, Kenneth | 9/6/2007 | 160 | 4 | 160 | 6 |
| Gayer, Kenneth | 9/6/2007 | 161 | 5 | 162 | 20 |
| Gayer, Kenneth | 9/6/2007 | 162 | 22 | 163 | 22 |
| Gayer, Kenneth | 9/6/2007 | 164 | 19 | 165 | 18 |
| Gayer, Kenneth | 9/6/2007 | 165 | 20 | 167 | 13 |
| Gayer, Kenneth | 9/6/2007 | 167 | 16 | 168 | 1 |
| Gayer, Kenneth | 9/6/2007 | 168 | 3 | 168 | 6 |
| Gayer, Kenneth | 9/6/2007 | 168 | 9 | 169 | 20 |
| Gayer, Kenneth | 9/6/2007 | 169 | 22 | 170 | 11 |
| Gayer, Kenneth | 9/6/2007 | 170 | 13 | 171 | 14 |
| Gayer, Kenneth | 9/6/2007 | 171 | 17 | 172 | 7 |
| Gayer, Kenneth | 9/6/2007 | 172 | 9 | 173 | 3 |
| Gayer, Kenneth | 9/6/2007 | 176 | 3 | 176 | 8 |
| Gayer, Kenneth | 9/6/2007 | 176 | 13 | 178 | 12 |
| Gayer, Kenneth | 9/6/2007 | 178 | 14 | 178 | 14 |
| Gayer, Kenneth | 9/6/2007 | 180 | 10 | 180 | 14 |
| Gayer, Kenneth | 9/6/2007 | 182 | 10 | 182 | 20 |
| Gayer, Kenneth | 9/6/2007 | 192 | 6 | 194 | 4 |
| Gayer, Kenneth | 9/6/2007 | 195 | 18 | 195 | 21 |
| Gayer, Kenneth | 9/6/2007 | 196 | 1 | 196 | 7 |
| Gayer, Kenneth | 9/6/2007 | 196 | 10 | 196 | 18 |
| Gayer, Kenneth | 9/6/2007 | 196 | 21 | 197 | 5 |
| Gayer, Kenneth | 9/6/2007 | 198 | 3 | 198 | 5 |
| Gayer, Kenneth | 9/6/2007 | 198 | 8 | 198 | 9 |
| Gayer, Kenneth | 9/6/2007 | 209 | 7 | 211 | 3 |
| Gayer, Kenneth | 9/6/2007 | 211 | 12 | 211 | 22 |
| Gayer, Kenneth | 9/6/2007 | 212 | 18 | 213 | 6 |
| Gayer, Kenneth | 9/6/2007 | 213 | 9 | 213 | 19 |
| Gayer, Kenneth | 9/6/2007 | 213 | 22 | 214 | 4 |
| Gayer, Kenneth | 9/6/2007 | 214 | 7 | 214 | 15 |
| Gayer, Kenneth | 9/6/2007 | 214 | 18 | 215 | 1 |
| Gayer, Kenneth | 9/6/2007 | 215 | 4 | 215 | 11 |
| Gayer, Kenneth | 9/6/2007 | 215 | 14 | 215 | 19 |
| Gayer, Kenneth | 9/6/2007 | 215 | 22 | 216 | 5 |
| Gayer, Kenneth | 9/6/2007 | 216 | 8 | 216 | 19 |
| Gayer, Kenneth | 9/6/2007 | 216 | 22 | 217 | 7 |
| Gayer, Kenneth | 9/6/2007 | 217 | 10 | 217 | 19 |
| Gayer, Kenneth | 9/6/2007 | 217 | 22 | 217 | 22 |
| Gayer, Kenneth | 9/6/2007 | 218 | 2 | 218 | 11 |
| Gayer, Kenneth | 9/6/2007 | 218 | 14 | 218 | 18 |
| Gayer, Kenneth | 9/6/2007 | 218 | 21 | 219 | 14 |
| Gayer, Kenneth | 9/6/2007 | 219 | 17 | 220 | 15 |
| Gayer, Kenneth | 9/6/2007 | 220 | 18 | 221 | 7 |
| Gayer, Kenneth | 9/6/2007 | 221 | 10 | 221 | 12 |
| Gayer, Kenneth | 9/6/2007 | 221 | 15 | 221 | 16 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Gayer, Kenneth | 9/6/2007 | 223 | 13 | 223 | 18 |
| Gayer, Kenneth | 9/6/2007 | 223 | 21 | 224 | 12 |
| Gayer, Kenneth | 9/6/2007 | 224 | 15 | 225 | 2 |
| Gayer, Kenneth | 9/6/2007 | 226 | 12 | 227 | 2 |
| Gayer, Kenneth | 9/6/2007 | 227 | 5 | 227 | 8 |
| Gayer, Kenneth | 9/6/2007 | 227 | 11 | 227 | 21 |
| Gayer, Kenneth | 9/6/2007 | 228 | 1 | 228 | 7 |
| Gayer, Kenneth | 9/6/2007 | 228 | 9 | 228 | 9 |
| Gayer, Kenneth | 9/6/2007 | 229 | 19 | 229 | 22 |
| Gayer, Kenneth | 9/6/2007 | 230 | 3 | 230 | 14 |
| Gayer, Kenneth | 9/6/2007 | 230 | 16 | 230 | 18 |
| Gayer, Kenneth | 9/6/2007 | 230 | 21 | 231 | 6 |
| Gayer, Kenneth | 9/6/2007 | 231 | 9 | 231 | 11 |
| Gayer, Kenneth | 9/6/2007 | 231 | 14 | 231 | 20 |
| Gayer, Kenneth | 9/6/2007 | 232 | 1 | 232 | 4 |
| Gayer, Kenneth | 9/6/2007 | 232 | 7 | 232 | 7 |
| Gayer, Kenneth | 9/6/2007 | 234 | 3 | 234 | 11 |
| Gayer, Kenneth | 9/6/2007 | 239 | 18 | 240 | 22 |
| Gayer, Kenneth | 9/6/2007 | 241 | 2 | 242 | 21 |
| Gayer, Kenneth | 9/6/2007 | 243 | 1 | 243 | 9 |
| Gayer, Kenneth | 9/6/2007 | 243 | 11 | 244 | 15 |
| Gayer, Kenneth | 9/6/2007 | 244 | 18 | 245 | 9 |
| Gayer, Kenneth | 9/6/2007 | 256 | 10 | 257 | 14 |
| Gayer, Kenneth | 9/6/2007 | 257 | 17 | 259 | 6 |
| Gayer, Kenneth | 9/6/2007 | 259 | 8 | 260 | 7 |
| Gayer, Kenneth | 9/6/2007 | 272 | 1 | 272 | 3 |
| Gayer, Kenneth | 9/6/2007 | 272 | 22 | 273 | 2 |
| Gayer, Kenneth | 9/6/2007 | 273 | 5 | 273 | 13 |
| Gayer, Kenneth | 9/6/2007 | 273 | 16 | 273 | 19 |
| Gayer, Kenneth | 9/6/2007 | 273 | 22 | 274 | 21 |
| Gayer, Kenneth | 9/6/2007 | 275 | 1 | 275 | 1 |
| Gayer, Kenneth | 9/6/2007 | 275 | 4 | 275 | 7 |
| Gayer, Kenneth | 9/6/2007 | 279 | 8 | 279 | 11 |
| Gayer, Kenneth | 9/6/2007 | 279 | 18 | 279 | 22 |
| Gayer, Kenneth | 9/6/2007 | 280 | 2 | 280 | 8 |
| Gayer, Kenneth | 9/6/2007 | 283 | 5 | 285 | 14 |
| Gayer, Kenneth | 9/6/2007 | 285 | 16 | 287 | 13 |
| Gayer, Kenneth | 9/6/2007 | 287 | 15 | 289 | 22 |
| Gayer, Kenneth | 9/6/2007 | 298 | 4 | 299 | 7 |
| Gayer, Kenneth | 9/6/2007 | 305 | 19 | 306 | 10 |
| Gayer, Kenneth | 9/6/2007 | 306 | 21 | 307 | 15 |
| Gayer, Kenneth | 9/6/2007 | 309 | 20 | 310 | 1 |
| Gayer, Kenneth | 9/6/2007 | 310 | 3 | 310 | 21 |
| Gayer, Kenneth | 9/6/2007 | 311 | 5 | 311 | 22 |
| Gayer, Kenneth | 9/6/2007 | 312 | 6 | 313 | 8 |
| Gayer, Kenneth | 9/6/2007 | 313 | 12 | 314 | 18 |
| Gayer, Kenneth | 9/6/2007 | 316 | 5 | 317 | 14 |
| Schneller, Marina | 8/28/2007 | 5 | 13 | 5 | 21 |
| Schneller, Marina | 8/28/2007 | 16 | 13 | 17 | 23 |
| Schneller, Marina | 8/28/2007 | 30 | 10 | 30 | 18 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Schneller, Marina | 8/28/2007 | 224 | 22 | 225 | 14 |
| Cerri, Gustavo | 7/3/2007 | 9 | 12 | 10 | 18 |
| Cerri, Gustavo | 7/3/2007 | 13 | 11 | 13 | 18 |
| Cerri, Gustavo | 7/3/2007 | 13 | 21 | 14 | 7 |
| Cerri, Gustavo | 7/3/2007 | 20 | 12 | 20 | 14 |
| Cerri, Gustavo | 7/3/2007 | 20 | 20 | 22 | 10 |
| Cerri, Gustavo | 7/3/2007 | 22 | 18 | 24 | 3 |
| Cerri, Gustavo | 7/3/2007 | 25 | 21 | 26 | 7 |
| Cerri, Gustavo | 7/3/2007 | 26 | 10 | 26 | 11 |
| Cerri, Gustavo | 7/3/2007 | 27 | 15 | 36 | 15 |
| Cerri, Gustavo | 7/3/2007 | 36 | 19 | 40 | 20 |
| Cerri, Gustavo | 7/3/2007 | 41 | 22 | 42 | 4 |
| Cerri, Gustavo | 7/3/2007 | 42 | 6 | 43 | 22 |
| Cerri, Gustavo | 7/3/2007 | 44 | 3 | 54 | 5 |
| Cerri, Gustavo | 7/3/2007 | 54 | 7 | 57 | 10 |
| Cerri, Gustavo | 7/3/2007 | 57 | 13 | 57 | 21 |
| Cerri, Gustavo | 7/3/2007 | 58 | 3 | 61 | 5 |
| Cerri, Gustavo | 7/3/2007 | 61 | 10 | 62 | 10 |
| Cerri, Gustavo | 7/3/2007 | 62 | 13 | 64 | 1 |
| Cerri, Gustavo | 7/3/2007 | 64 | 3 | 65 | 11 |
| Cerri, Gustavo | 7/3/2007 | 65 | 13 | 66 | 4 |
| Cerri, Gustavo | 7/3/2007 | 66 | 7 | 66 | 19 |
| Cerri, Gustavo | 7/3/2007 | 67 | 16 | 68 | 20 |
| Cerri, Gustavo | 7/3/2007 | 68 | 22 | 72 | 3 |
| Cerri, Gustavo | 7/3/2007 | 72 | 6 | 74 | 20 |
| Cerri, Gustavo | 7/3/2007 | 75 | 2 | 77 | 6 |
| Cerri, Gustavo | 7/3/2007 | 78 | 14 | 82 | 5 |
| Cerri, Gustavo | 7/3/2007 | 82 | 9 | 88 | 20 |
| Cerri, Gustavo | 7/3/2007 | 89 | 5 | 94 | 8 |
| Cerri, Gustavo | 7/3/2007 | 96 | 2 | 97 | 9 |
| Cerri, Gustavo | 7/3/2007 | 98 | 1 | 103 | 8 |
| Cerri, Gustavo | 7/3/2007 | 103 | 13 | 104 | 12 |
| Cerri, Gustavo | 7/3/2007 | 104 | 14 | 114 | 6 |
| Cerri, Gustavo | 7/3/2007 | 114 | 8 | 118 | 10 |
| Cerri, Gustavo | 7/3/2007 | 118 | 12 | 119 | 15 |
| Cerri, Gustavo | 7/3/2007 | 119 | 17 | 120 | 5 |
| Cerri, Gustavo | 7/3/2007 | 120 | 7 | 123 | 3 |
| Cerri, Gustavo | 7/3/2007 | 123 | 7 | 129 | 14 |
| Cerri, Gustavo | 7/3/2007 | 129 | 16 | 134 | 4 |
| Cerri, Gustavo | 7/3/2007 | 134 | 9 | 134 | 21 |
| Cerri, Gustavo | 7/3/2007 | 135 | 1 | 135 | 4 |
| Cerri, Gustavo | 7/3/2007 | 135 | 6 | 135 | 10 |
| Cerri, Gustavo | 7/3/2007 | 135 | 12 | 135 | 16 |
| Cerri, Gustavo | 7/3/2007 | 135 | 19 | 141 | 15 |
| Cerri, Gustavo | 7/3/2007 | 143 | 4 | 157 | 14 |
| Cerri, Gustavo | 7/3/2007 | 157 | 17 | 160 | 3 |
| Cerri, Gustavo | 7/3/2007 | 160 | 6 | 160 | 15 |
| Cerri, Gustavo | 7/3/2007 | 162 | 9 | 163 | 16 |
| Cerri, Gustavo | 7/3/2007 | 163 | 18 | 181 | 14 |
| Cerri, Gustavo | 7/3/2007 | 181 | 16 | 181 | 19 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Cerri, Gustavo | 7/3/2007 | 182 | 2 | 184 | 14 |
| Cerri, Gustavo | 7/3/2007 | 184 | 19 | 194 | 19 |
| Cerri, Gustavo | 7/3/2007 | 195 | 1 | 197 | 19 |
| Cerri, Gustavo | 7/3/2007 | 197 | 22 | 217 | 20 |
| Cerri, Gustavo | 7/3/2007 | 218 | 2 | 239 | 9 |
| Cerri, Gustavo | 7/3/2007 | 239 | 11 | 245 | 20 |
| Cerri, Gustavo | 7/3/2007 | 246 | 6 | 250 | 17 |
| Cerri, Gustavo | 7/3/2007 | 250 | 19 | 254 | 20 |
| Cerri, Gustavo | 7/3/2007 | 255 | 9 | 261 | 16 |
| Cerri, Gustavo | 8/16/2007 | 7 | 2 | 10 | 3 |
| Cerri, Gustavo | 8/16/2007 | 10 | 11 | 27 | 3 |
| Cerri, Gustavo | 8/16/2007 | 27 | 7 | 29 | 3 |
| Cerri, Gustavo | 8/16/2007 | 30 | 3 | 31 | 21 |
| Cerri, Gustavo | 8/16/2007 | 32 | 15 | 34 | 2 |
| Cerri, Gustavo | 8/16/2007 | 34 | 19 | 38 | 16 |
| Cerri, Gustavo | 8/16/2007 | 38 | 19 | 40 | 4 |
| Cerri, Gustavo | 8/16/2007 | 40 | 11 | 53 | 15 |
| Cerri, Gustavo | 8/16/2007 | 54 | 18 | 63 | 10 |
| Cerri, Gustavo | 8/16/2007 | 63 | 16 | 70 | 8 |
| Cerri, Gustavo | 8/16/2007 | 70 | 12 | 70 | 20 |
| Cerri, Gustavo | 8/16/2007 | 71 | 2 | 78 | 6 |
| Cerri, Gustavo | 8/16/2007 | 78 | 13 | 86 | 21 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 7 | 11 | 7 | 20 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 16 | 1 | 16 | 11 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 19 | 6 | 21 | 2 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 22 | 7 | 23 | 5 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 23 | 7 | 23 | 16 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 34 | 18 | 35 | 2 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 37 | 14 | 37 | 22 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 43 | 3 | 43 | 10 |
| Cerri, Gustavo; Plant Inspection | 8/16/2007 | 43 | 15 | 43 | 19 |
| Merkel, Daniel | 9/18/2007 | 6 | 8 | 7 | 1 |
| Merkel, Daniel | 9/18/2007 | 9 | 4 | 9 | 8 |
| Merkel, Daniel | 9/18/2007 | 12 | 2 | 12 | 7 |
| Merkel, Daniel | 9/18/2007 | 30 | 18 | 31 | 1 |
| Merkel, Daniel | 9/18/2007 | 32 | 9 | 32 | 13 |
| Merkel, Daniel | 9/18/2007 | 32 | 15 | 33 | 11 |
| Merkel, Daniel | 9/18/2007 | 34 | 7 | 34 | 9 |
| Merkel, Daniel | 9/18/2007 | 34 | 11 | 34 | 18 |
| Merkel, Daniel | 9/18/2007 | 34 | 20 | 35 | 15 |
| Merkel, Daniel | 9/18/2007 | 36 | 3 | 36 | 8 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Merkel, Daniel | 9/18/2007 | 37 | 22 | 38 | 17 |
| Merkel, Daniel | 9/18/2007 | 39 | 21 | 40 | 15 |
| Merkel, Daniel | 9/18/2007 | 41 | 9 | 41 | 12 |
| Merkel, Daniel | 9/18/2007 | 41 | 14 | 42 | 7 |
| Merkel, Daniel | 9/18/2007 | 42 | 9 | 42 | 12 |
| Merkel, Daniel | 9/18/2007 | 47 | 3 | 47 | 13 |
| Merkel, Daniel | 9/18/2007 | 47 | 15 | 47 | 18 |
| Merkel, Daniel | 9/18/2007 | 47 | 20 | 48 | 19 |
| Merkel, Daniel | 9/18/2007 | 48 | 21 | 49 | 22 |
| Merkel, Daniel | 9/18/2007 | 50 | 2 | 51 | 2 |
| Merkel, Daniel | 9/18/2007 | 51 | 4 | 52 | 17 |
| Merkel, Daniel | 9/18/2007 | 52 | 19 | 54 | 3 |
| Merkel, Daniel | 9/18/2007 | 60 | 9 | 61 | 2 |
| Merkel, Daniel | 9/18/2007 | 61 | 4 | 62 | 3 |
| Merkel, Daniel | 9/18/2007 | 62 | 5 | 62 | 15 |
| Merkel, Daniel | 9/18/2007 | 62 | 17 | 63 | 12 |
| Merkel, Daniel | 9/18/2007 | 63 | 14 | 64 | 2 |
| Merkel, Daniel | 9/18/2007 | 64 | 4 | 64 | 10 |
| Merkel, Daniel | 9/18/2007 | 64 | 13 | 64 | 18 |
| Merkel, Daniel | 9/18/2007 | 67 | 7 | 67 | 16 |
| Merkel, Daniel | 9/18/2007 | 69 | 5 | 69 | 20 |
| Merkel, Daniel | 9/18/2007 | 70 | 1 | 70 | 3 |
| Merkel, Daniel | 9/18/2007 | 72 | 8 | 72 | 21 |
| Merkel, Daniel | 9/18/2007 | 73 | 2 | 75 | 7 |
| Merkel, Daniel | 9/18/2007 | 75 | 10 | 75 | 19 |
| Merkel, Daniel | 9/18/2007 | 75 | 21 | 77 | 13 |
| Merkel, Daniel | 9/18/2007 | 88 | 10 | 88 | 19 |
| Merkel, Daniel | 9/18/2007 | 88 | 21 | 89 | 3 |
| Merkel, Daniel | 9/18/2007 | 89 | 5 | 89 | 15 |
| Merkel, Daniel | 9/18/2007 | 89 | 17 | 90 | 4 |
| Merkel, Daniel | 9/18/2007 | 90 | 6 | 90 | 16 |
| Merkel, Daniel | 9/18/2007 | 90 | 18 | 91 | 9 |
| Merkel, Daniel | 9/18/2007 | 94 | 2 | 94 | 12 |
| Merkel, Daniel | 9/18/2007 | 94 | 14 | 95 | 3 |
| Merkel, Daniel | 9/18/2007 | 95 | 5 | 95 | 12 |
| Merkel, Daniel | 9/18/2007 | 95 | 14 | 96 | 13 |
| Merkel, Daniel | 9/18/2007 | 96 | 16 | 96 | 22 |
| Merkel, Daniel | 9/18/2007 | 97 | 2 | 97 | 18 |
| Merkel, Daniel | 9/18/2007 | 97 | 20 | 98 | 1 |
| Merkel, Daniel | 9/18/2007 | 98 | 3 | 100 | 9 |
| Merkel, Daniel | 9/18/2007 | 100 | 11 | 100 | 15 |
| Merkel, Daniel | 9/18/2007 | 103 | 19 | 103 | 21 |
| Merkel, Daniel | 9/18/2007 | 104 | 1 | 104 | 2 |
| Merkel, Daniel | 9/18/2007 | 166 | 1 | 166 | 16 |
| Merkel, Daniel | 9/18/2007 | 166 | 18 | 167 | 17 |
| Merkel, Daniel | 9/18/2007 | 167 | 19 | 168 | 7 |
| Merkel, Daniel | 9/18/2007 | 168 | 9 | 168 | 13 |
| Merkel, Daniel | 9/18/2007 | 168 | 15 | 168 | 20 |
| Tung, Harry | 1/18/2008 | 6 | 8 | 7 | 6 |
| Tung, Harry | 1/18/2008 | 7 | 9 | 9 | 4 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Tung, Harry | 1/18/2008 | 9 | 15 | 10 | 9 |
| Tung, Harry | 1/18/2008 | 24 | 1 | 25 | 8 |
| Tung, Harry | 1/18/2008 | 26 | 1 | 26 | 4 |
| Tung, Harry | 1/18/2008 | 26 | 6 | 27 | 18 |
| Tung, Harry | 1/18/2008 | 28 | 18 | 28 | 20 |
| Tung, Harry | 1/18/2008 | 28 | 22 | 29 | 4 |
| Tung, Harry | 1/18/2008 | 31 | 3 | 32 | 6 |
| Tung, Harry | 1/18/2008 | 32 | 9 | 33 | 7 |
| Tung, Harry | 1/18/2008 | 33 | 14 | 34 | 13 |
| Tung, Harry | 1/18/2008 | 43 | 21 | 44 | 8 |
| Tung, Harry | 1/18/2008 | 44 | 10 | 45 | 7 |
| Tung, Harry | 1/18/2008 | 45 | 9 | 45 | 12 |
| Tung, Harry | 1/18/2008 | 51 | 14 | 51 | 17 |
| Tung, Harry | 1/18/2008 | 51 | 19 | 52 | 9 |
| Tung, Harry | 1/18/2008 | 52 | 11 | 55 | 19 |
| Tung, Harry | 1/18/2008 | 56 | 7 | 56 | 7 |
| Tung, Harry | 1/18/2008 | 56 | 9 | 56 | 15 |
| Tung, Harry | 1/18/2008 | 56 | 17 | 57 | 3 |
| Tung, Harry | 1/18/2008 | 57 | 6 | 57 | 7 |
| Tung, Harry | 1/18/2008 | 57 | 10 | 57 | 18 |
| Tung, Harry | 1/18/2008 | 70 | 19 | 73 | 10 |
| Tung, Harry | 1/18/2008 | 73 | 13 | 73 | 14 |
| Tung, Harry | 1/18/2008 | 73 | 17 | 76 | 13 |
| Tung, Harry | 1/18/2008 | 77 | 8 | 77 | 10 |
| Tung, Harry | 1/18/2008 | 77 | 12 | 77 | 15 |
| Tung, Harry | 1/18/2008 | 90 | 15 | 90 | 22 |
| Tung, Harry | 1/18/2008 | 92 | 21 | 93 | 2 |
| Tung, Harry | 1/18/2008 | 93 | 4 | 93 | 17 |
| Tung, Harry | 1/18/2008 | 93 | 19 | 94 | 3 |
| Tung, Harry | 1/18/2008 | 94 | 5 | 94 | 10 |
| Tung, Harry | 1/18/2008 | 95 | 22 | 96 | 4 |
| Tung, Harry | 1/18/2008 | 96 | 7 | 96 | 15 |
| Tung, Harry | 1/18/2008 | 106 | 3 | 107 | 19 |
| Tung, Harry | 1/18/2008 | 118 | 15 | 118 | 21 |
| Tung, Harry | 1/18/2008 | 127 | 5 | 132 | 1 |
| Tung, Harry | 1/18/2008 | 135 | 5 | 136 | 12 |
| Tung, Harry | 1/18/2008 | 231 | 15 | 233 | 14 |
| Tung, Harry | 1/18/2008 | 238 | 13 | 239 | 16 |
| Tung, Harry | 1/18/2008 | 239 | 18 | 240 | 8 |
| Tung, Harry | 1/18/2008 | 240 | 10 | 241 | 1 |
| Tung, Harry | 1/18/2008 | 247 | 21 | 248 | 22 |
| Tung, Harry | 1/18/2008 | 249 | 2 | 251 | 4 |
| Tung, Harry | 1/18/2008 | 250 | 6 | 254 | 5 |
| Tung, Harry | 1/18/2008 | 254 | 7 | 254 | 12 |
| Tung, Harry | 1/18/2008 | 254 | 14 | 256 | 7 |
| Tung, Harry | 1/18/2008 | 256 | 9 | 258 | 3 |
| Tung, Harry | 1/18/2008 | 258 | 6 | 258 | 15 |
| Tung, Harry | 1/18/2008 | 258 | 18 | 259 | 7 |
| Tung, Harry | 1/18/2008 | 259 | 10 | 259 | 15 |
| Tung, Harry | 1/18/2008 | 269 | 17 | 270 | 8 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Tung, Harry | 1/18/2008 | 270 | 11 | 271 | 13 |
| Tung, Harry | 1/18/2008 | 273 | 3 | 274 | 22 |
| Mueller, Rene | 9/12/2007 | 11 | 13 | 15 | 14 |
| Mueller, Rene | 9/12/2007 | 21 | 11 | 21 | 12 |
| Mueller, Rene | 9/12/2007 | 21 | 14 | 22 | 3 |
| Mueller, Rene | 9/12/2007 | 30 | 19 | 31 | 22 |
| Mueller, Rene | 9/12/2007 | 50 | 13 | 50 | 19 |
| Mueller, Rene | 9/12/2007 | 51 | 18 | 50 | 22 |
| Mueller, Rene | 9/12/2007 | 52 | 6 | 52 | 20 |
| Mueller, Rene | 9/12/2007 | 53 | 1 | 53 | 17 |
| Mueller, Rene | 9/12/2007 | 53 | 21 | 54 | 3 |
| Mueller, Rene | 9/12/2007 | 54 | 6 | 55 | 5 |
| Mueller, Rene | 9/12/2007 | 57 | 11 | 58 | 9 |
| Mueller, Rene | 9/12/2007 | 59 | 15 | 59 | 20 |
| Mueller, Rene | 9/12/2007 | 63 | 5 | 63 | 21 |
| Mueller, Rene | 9/12/2007 | 64 | 1 | 65 | 1 |
| Mueller, Rene | 9/12/2007 | 69 | 1 | 69 | 16 |
| Mueller, Rene | 9/12/2007 | 69 | 18 | 70 | 4 |
| Mueller, Rene | 9/12/2007 | 71 | 14 | 71 | 18 |
| Mueller, Rene | 9/12/2007 | 73 | 21 | 74 | 10 |
| Mueller, Rene | 9/12/2007 | 79 | 22 | 80 | 9 |
| Mueller, Rene | 9/12/2007 | 80 | 21 | 82 | 17 |
| Mueller, Rene | 9/12/2007 | 82 | 20 | 82 | 22 |
| Mueller, Rene | 9/12/2007 | 83 | 18 | 83 | 20 |
| Mueller, Rene | 9/12/2007 | 83 | 22 | 84 | 3 |
| Mueller, Rene | 9/12/2007 | 84 | 5 | 84 | 16 |
| Mueller, Rene | 9/12/2007 | 84 | 19 | 85 | 10 |
| Mueller, Rene | 9/12/2007 | 85 | 13 | 86 | 20 |
| Mueller, Rene | 9/12/2007 | 86 | 22 | 88 | 5 |
| Mueller, Rene | 9/12/2007 | 91 | 15 | 92 | 15 |
| Mueller, Rene | 9/12/2007 | 96 | 2 | 96 | 18 |
| Mueller, Rene | 9/12/2007 | 98 | 3 | 98 | 20 |
| Mueller, Rene | 9/12/2007 | 100 | 21 | 101 | 5 |
| Mueller, Rene | 9/12/2007 | 107 | 2 | 107 | 11 |
| Mueller, Rene | 9/12/2007 | 107 | 13 | 107 | 15 |
| Mueller, Rene | 9/12/2007 | 107 | 17 | 108 | 3 |
| Mueller, Rene | 9/12/2007 | 110 | 2 | 110 | 3 |
| Mueller, Rene | 9/12/2007 | 110 | 5 | 110 | 5 |
| Mueller, Rene | 9/12/2007 | 111 | 2 | 111 | 3 |
| Mueller, Rene | 9/12/2007 | 111 | 5 | 111 | 10 |
| Mueller, Rene | 9/12/2007 | 111 | 12 | 111 | 13 |
| Mueller, Rene | 9/12/2007 | 111 | 15 | 111 | 17 |
| Mueller, Rene | 9/12/2007 | 111 | 19 | 112 | 4 |
| Mueller, Rene | 9/12/2007 | 112 | 10 | 113 | 7 |
| Mueller, Rene | 9/12/2007 | 114 | 2 | 116 | 2 |
| Mueller, Rene | 9/12/2007 | 117 | 9 | 118 | 6 |
| Mueller, Rene | 9/12/2007 | 119 | 18 | 119 | 21 |
| Mueller, Rene | 9/12/2007 | 120 | 2 | 120 | 2 |
| Mueller, Rene | 9/12/2007 | 141 | 3 | 141 | 4 |
| Mueller, Rene | 9/12/2007 | 141 | 7 | 141 | 8 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Mueller, Rene | 9/12/2007 | 141 | 10 | 141 | 10 |
| Mueller, Rene | 9/12/2007 | 142 | 20 | 142 | 22 |
| Mueller, Rene | 9/12/2007 | 143 | 4 | 143 | 14 |
| Mueller, Rene | 9/12/2007 | 146 | 17 | 146 | 21 |
| Mueller, Rene | 9/12/2007 | 147 | 8 | 147 | 11 |
| Mueller, Rene | 9/12/2007 | 151 | 21 | 152 | 19 |
| Mueller, Rene | 9/12/2007 | 154 | 3 | 154 | 14 |
| Mueller, Rene | 9/12/2007 | 155 | 13 | 155 | 17 |
| Mueller, Rene | 9/12/2007 | 159 | 10 | 160 | 5 |
| Mueller, Rene | 9/12/2007 | 160 | 13 | 161 | 12 |
| Mueller, Rene | 9/12/2007 | 162 | 2 | 162 | 16 |
| Mueller, Rene | 9/12/2007 | 164 | 1 | 164 | 14 |
| Mueller, Rene | 9/12/2007 | 166 | 12 | 166 | 14 |
| Mueller, Rene | 9/12/2007 | 166 | 7 | 166 | 21 |
| Mueller, Rene | 9/12/2007 | 167 | 2 | 167 | 3 |
| Mueller, Rene | 9/12/2007 | 167 | 13 | 167 | 16 |
| Mueller, Rene | 9/12/2007 | 167 | 20 | 168 | 5 |
| Mueller, Rene | 9/12/2007 | 168 | 10 | 168 | 14 |
| Mueller, Rene | 9/12/2007 | 168 | 17 | 169 | 5 |
| Mueller, Rene | 9/12/2007 | 169 | 9 | 169 | 11 |
| Mueller, Rene | 9/12/2007 | 169 | 17 | 169 | 21 |
| Mueller, Rene | 9/12/2007 | 171 | 10 | 171 | 13 |
| Mueller, Rene | 9/12/2007 | 171 | 16 | 171 | 22 |
| Mueller, Rene | 9/12/2007 | 172 | 3 | 171 | 4 |
| Mueller, Rene | 9/12/2007 | 172 | 7 | 172 | 12 |
| Mueller, Rene | 9/12/2007 | 174 | 5 | 176 | 2 |
| Mueller, Rene | 9/12/2007 | 179 | 5 | 179 | 9 |
| Mueller, Rene | 9/12/2007 | 181 | 3 | 181 | 7 |
| Mueller, Rene | 9/12/2007 | 181 | 11 | 182 | 1 |
| Mueller, Rene | 9/12/2007 | 182 | 4 | 182 | 10 |
| Mueller, Rene | 9/12/2007 | 182 | 13 | 182 | 13 |
| Mueller, Rene | 9/12/2007 | 182 | 16 | 183 | 8 |
| Mueller, Rene | 9/12/2007 | 183 | 11 | 183 | 11 |
| Mueller, Rene | 9/12/2007 | 183 | 14 | 184 | 1 |
| Mueller, Rene | 9/12/2007 | 188 | 15 | 190 | 16 |
| Mueller, Rene | 9/12/2007 | 193 | 20 | 194 | 9 |
| Mueller, Rene | 9/12/2007 | 195 | 3 | 195 | 5 |
| Mueller, Rene | 9/12/2007 | 195 | 8 | 195 | 18 |
| Mueller, Rene | 9/12/2007 | 195 | 21 | 196 | 4 |
| Mueller, Rene | 9/12/2007 | 202 | 10 | 202 | 22 |
| Mueller, Rene | 9/12/2007 | 204 | 13 | 205 | 17 |
| Mueller, Rene | 9/12/2007 | 230 | 18 | 232 | 6 |
| Mueller, Rene | 9/12/2007 | 232 | 8 | 233 | 21 |
| Mueller, Rene | 9/12/2007 | 237 | 7 | 239 | 5 |
| Mueller, Rene | 9/12/2007 | 241 | 15 | 242 | 12 |
| Mueller, Rene | 9/12/2007 | 251 | 10 | 252 | 22 |
| Mueller, Rene | 9/12/2007 | 304 | 19 | 305 | 7 |
| Mueller, Rene | 9/12/2007 | 307 | 18 | 308 | 2 |
| Mueller, Rene | 9/12/2007 | 308 | 9 | 309 | 7 |
| Mueller, Rene | 9/12/2007 | 314 | 9 | 315 | 10 |

Exhibit 10
Solvay, S.A. Deposition Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Mueller, Rene | 9/12/2007 | 315 | 12 | 316 | 4 |
| Mueller, Rene | 9/12/2007 | 316 | 6 | 316 | 15 |
| Mueller, Rene | 9/12/2007 | 319 | 20 | 320 | 15 |
| Mueller, Rene | 9/12/2007 | 329 | 2 | 331 | 6 |
| Mueller, Rene | 9/12/2007 | 331 | 10 | 332 | 1 |
| Mueller, Rene | 9/12/2007 | 333 | 2 | 334 | 16 |
| Mueller, Rene | 9/12/2007 | 334 | 22 | 335 | 14 |
| Mueller, Rene | 9/12/2007 | 336 | 15 | 336 | 22 |
| Mueller, Rene | 9/12/2007 | 337 | 11 | 337 | 15 |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Friedenson | 14 | 22 | 15 | 13 | Calls for a Legal Conclusion; 403 (undue prejudice); Vague/Ambiguous/Compound Question (FRE 611); Relevance (FRE 402) |
| Friedenson | 21 | 19 | 22 | 5 | Colloquy of counsel, not testimony; Relevance (FRE 402) |
| Friedenson | 34 | 10 | 34 | 12 | 403 (undue prejudice); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611); Non-responsive/ No question (FRE 611); Misstates witness' testimony |
| Friedenson | 37 | 20 | 38 | 2 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Friedenson | 38 | 4 | 38 | 8 | Best Evidence/Document Speaks for Itself; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Friedenson | 38 | 9 | 38 | 13 | Best Evidence/Document Speaks for Itself; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Colloquy of counsel, not testimony |
| Friedenson | 50 | 21 | 52 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Friedenson | 52 | 4 | 52 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Friedenson | 54 | 17 | 54 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Friedenson | 63 | 4 | 64 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Friedenson | 65 | 3 | 66 | 1 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Friedenson | 65 | 13 | 66 | 1 | Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 76 | 22 | 77 | 4 | Asked and Answered; Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 77 | 11 | 77 | 20 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 79 | 1 | 79 | 17 | 403 (undue prejudice); Colloquy of counsel, not testimony; Assumes Facts Not in Evidence/Argumentative; Misstates the Witnesses Testimony; Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 11 | 3 | 14 | 1 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 22 | 17 | 23 | 5 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 26 | 3 | 26 | 12 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 30 | 12 | 30 | 17 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 32 | 5 | 32 | 20 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 33 | 18 | 34 | 6 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 40 | 4 | 40 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 40 | 16 | 41 | 10 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 40 | 17 | 41 | 7 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Gayer | 42 | 14 | 43 | 8 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of deposition; Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 43 | 2 | 43 | 12 | Misstates the Witnesses Testimony |
| Gayer | 43 | 9 | 43 | 15 | Non-responsive/ No question (FRE 611) |
| Gayer | 43 | 21 | 44 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Gayer | 47 | 13 | 47 | 18 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 48 | 10 | 48 | 14 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 49 | 18 | 51 | 21 | Relevance (FRE 402) |
| Gayer | 51 | 22 | 52 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Gayer | 53 | 3 | 53 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Beyond scope of designation |

3

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 53 | 20 | 54 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 54 | 3 | 54 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 54 | 7 | 54 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403) |
| Gayer | 54 | 18 | 55 | 7 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 55 | 8 | 56 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Gayer | 56 | 10 | 57 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition |
| Gayer | 57 | 17 | 57 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 58 | 10 | 58 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Gayer | 60 | 4 | 60 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Gayer | 62 | 7 | 62 | 16 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 62 | 21 | 63 | 5 | Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 65 | 10 | 65 | 19 | Asked and Answered; Colloquy of counsel, not testimony |
| Gayer | 67 | 5 | 67 | 14 | Relevance (FRE 402) |
| Gayer | 76 | 15 | 76 | 18 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 77 | 3 | 77 | 10 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 125 | 1 | 126 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Gayer | 125 | 22 | 126 | 6 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 136 | 4 | 136 | 13 | Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 136 | 22 | 137 | 4 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 137 | 7 | 137 | 10 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 142 | 7 | 142 | 12 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 143 | 20 | 144 | 5 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 148 | 1 | 148 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of deposition |
| Gayer | 149 | 22 | 150 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Gayer | 151 | 8 | 151 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 151 | 22 | 152 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 153 | 20 | 155 | 15 | Best Evidence/Document Speaks for Itself |
| Gayer | 162 | 16 | 163 | 1 | Non-responsive/ No question (FRE 611) |
| Gayer | 163 | 2 | 163 | 11 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Gayer | 163 | 12 | 163 | 18 | Colloquy of counsel, not testimony; Best Evidence/Document Speaks for Itself |
| Gayer | 165 | 4 | 165 | 8 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion |
| Gayer | 165 | 9 | 165 | 16 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion; Colloquy of counsel, not testimony |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 165 | 17 | 165 | 21 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 165 | 22 | 166 | 9 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion |
| Gayer | 166 | 10 | 166 | 16 | Non-responsive/ No question (FRE 611) |
| Gayer | 166 | 17 | 167 | 5 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion |
| Gayer | 167 | 6 | 167 | 7 | Non-responsive/ No question (FRE 611) |
| Gayer | 167 | 20 | 168 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Colloquy of counsel, not testimony |
| Gayer | 168 | 4 | 169 | 15 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion |
| Gayer | 170 | 1 | 170 | 5 | Non-responsive/ No question (FRE 611) |
| Gayer | 170 | 10 | 170 | 14 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 170 | 15 | 171 | 12 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion |
| Gayer | 171 | 10 | 171 | 14 | Misstates witness' testimony |
| Gayer | 172 | 4 | 172 | 12 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 176 | 17 | 176 | 20 | Asked and Answered |
| Gayer | 176 | 21 | 177 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403) |
| Gayer | 177 | 14 | 177 | 21 | Calls for a Legal Conclusion |
| Gayer | 177 | 22 | 178 | 3 | Best Evidence/Document Speaks for Itself |
| Gayer | 178 | 9 | 178 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Relevance (FRE 402) |
| Gayer | 180 | 10 | 180 | 14 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition |
| Gayer | 182 | 10 | 182 | 20 | Relevance (FRE 402) |
| Gayer | 192 | 6 | 192 | 9 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 192 | 10 | 194 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Gayer | 195 | 18 | 196 | 1 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 196 | 5 | 196 | 15 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation;Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 196 | 16 | 197 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Gayer | 198 | 3 | 198 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 209 | 7 | 211 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 211 | 19 | 211 | 22 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 213 | 4 | 213 | 6 | Relevance (FRE 402) |
| Gayer | 213 | 9 | 215 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 215 | 17 | 215 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition; Non-responsive/ No question (FRE 611) |
| Gayer | 216 | 1 | 216 | 8 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402);Beyond scope of designation |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 216 | 9 | 216 | 14 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 216 | 15 | 217 | 4 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition |
| Gayer | 217 | 5 | 217 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 217 | 22 | 221 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 223 | 13 | 225 | 2 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602);Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4);Relevance (FRE 402);Beyond scope of designation |
| Gayer | 226 | 12 | 227 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper Opinion Testimony by Lay Witness (FRE 701); Beyond scope of designation |
| Gayer | 227 | 6 | 227 | 20 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper Opinion Testimony by Lay Witness (FRE 701); Beyond scope of designation |
| Gayer | 227 | 21 | 228 | 3 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper Opinion Testimony by Lay Witness (FRE 701); Beyond scope of designation |
| Gayer | 228 | 4 | 228 | 9 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper Opinion Testimony by Lay Witness (FRE 701); Beyond scope of designation |
| Gayer | 229 | 19 | 230 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 230 | 13 | 231 | 20 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 232 | 1 | 232 | 7 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 234 | 3 | 234 | 11 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602);Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 240 | 9 | 240 | 12 | Non-responsive/ No question (FRE 611) |
| Gayer | 240 | 21 | 241 | 6 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 242 | 20 | 243 | 20 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 244 | 9 | 245 | 5 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 256 | 10 | 257 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403);Relevance (FRE 402);Beyond scope of designation |
| Gayer | 257 | 12 | 257 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403);Relevance (FRE 402);Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 257 | 19 | 258 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Beyond scope of deposition |
| Gayer | 259 | 2 | 259 | 8 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 259 | 9 | 259 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Beyond scope of designation |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 259 | 14 | 260 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Beyond scope of designation |
| Gayer | 259 | 15 | 259 | 19 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Gayer | 260 | 3 | 260 | 7 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 272 | 1 | 272 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602);Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4);Beyond scope of designation |
| Gayer | 272 | 22 | 274 | 4 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation;Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 274 | 5 | 275 | 7 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Gayer | 279 | 8 | 279 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Gayer | 279 | 18 | 279 | 22 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Gayer | 283 | 5 | 285 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 285 | 12 | 285 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 285 | 17 | 287 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Gayer | 287 | 9 | 288 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 289 | 1 | 289 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 289 | 13 | 289 | 22 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Gayer | 298 | 4 | 299 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 305 | 19 | 306 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 306 | 21 | 307 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 309 | 20 | 310 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Gayer | 310 | 4 | 310 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 311 | 5 | 311 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 312 | 6 | 313 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 313 | 12 | 314 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Gayer | 316 | 5 | 317 | 14 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |

11

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Harris | 32 | 22 | 33 | 1 | Non-responsive/ No question (FRE 611); Colloquy of counsel, not testimony |
| Harris | 33 | 20 | 34 | 6 | 403 (undue prejudice); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Harris | 50 | 21 | 51 | 6 | Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 51 | 22 | 52 | 1 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Harris | 67 | 5 | 67 | 11 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611) |
| Harris | 67 | 12 | 67 | 20 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Harris | 76 | 20 | 77 | 5 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 85 | 13 | 88 | 10 | 403 (undue prejudice); Relevance (FRE 402) |
| Harris | 90 | 5 | 90 | 19 | Non-responsive/ No question (FRE 611) |
| Harris | 93 | 3 | 93 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 104 | 3 | 104 | 11 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Harris | 105 | 13 | 106 | 22 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Harris | 107 | 1 | 107 | 7 | 403 (undue prejudice); Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Misstates witness' testimony |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Harris | 107 | 8 | 107 | 15 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 108 | 1 | 108 | 17 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 109 | 10 | 109 | 20 | 403 (undue prejudice); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Harris | 109 | 21 | 110 | 8 | 403 (undue prejudice); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Harris | 110 | 9 | 110 | 20 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 111 | 12 | 112 | 2 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 112 | 3 | 112 | 16 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. 32(a)(4); Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 115 | 5 | 115 | 10 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. 32(a)(4); Non-responsive/ No question |

13

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Harris | 115 | 11 | 116 | 10 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 134 | 17 | 135 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Harris | 158 | 4 | 158 | 8 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 159 | 3 | 159 | 11 | Hearsay (FRE 802) (Including Hearsay - As to Solvay's Use of Document); Vague/Ambiguous/Compound Question (FRE 611) ; Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); |
| Harris | 160 | 3 | 160 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Harris | 179 | 10 | 179 | 21 | 403 (undue prejudice); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Improper Opinion Testimony by Lay Witness (FRE 701) |
| Harris | 200 | 9 | 201 | 5 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Harris | 201 | 6 | 201 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Harris | 201 | 14 | 201 | 15 | Relevance (FRE 402) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Harris | 205 | 16 | 205 | 20 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Harris | 229 | 7 | 229 | 14 | 403 (undue prejudice); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 234 | 5 | 234 | 13 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 234 | 14 | 234 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Harris | 234 | 22 | 235 | 10 | Relevance (FRE 402) |
| Harris | 235 | 11 | 238 | 16 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Relevance (FRE 402); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Harris | 245 | 9 | 245 | 20 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Relevance (FRE 402); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Harris | 249 | 7 | 251 | 9 | 403 (undue prejudice); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901); |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Harris | 255 | 19 | 257 | 12 | Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Merkel | 32 | 12 | 32 | 21 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 34 | 7 | 34 | 11 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 34 | 16 | 35 | 15 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 38 | 1 | 38 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Merkel | 41 | 9 | 41 | 17 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 42 | 5 | 42 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602; Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 47 | 12 | 47 | 21 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 48 | 18 | 49 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Merkel | 49 | 4 | 49 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403);Relevance (FRE 402) |
| Merkel | 49 | 19 | 50 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 52 | 14 | 52 | 20 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 61 | 20 | 62 | 6 | Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Merkel | 63 | 7 | 63 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Misstates witness' testimony; Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 67 | 7 | 67 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 75 | 1 | 75 | 15 | Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 88 | 10 | 88 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 89 | 13 | 90 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Misstates witness' testimony; Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 90 | 14 | 91 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 94 | 10 | 96 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Assumes Facts not in evidence/Argumentative; Improper expert testimony (FRE 702); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 96 | 7 | 96 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611); Non-responsive/ No question (FRE 611) |

17

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Merkel | 96 | 20 | 97 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Assumes Facts not in evidence/Argumentative; Improper expert testimony (FRE 702); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 97 | 22 | 100 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Assumes Facts not in evidence/Argumentative; Improper expert testimony (FRE 702); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Merkel | 103 | 19 | 104 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Assumes Facts not in evidence/Argumentative; Improper expert testimony (FRE 702); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 24 | 5 | 26 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 29 | 10 | 29 | 20 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 29 | 21 | 30 | 15 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 30 | 16 | 30 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 33 | 8 | 35 | 5 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Page | 35 | 2 | 35 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 35 | 15 | 36 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 36 | 7 | 36 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 36 | 17 | 37 | 4 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 37 | 5 | 37 | 8 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 37 | 10 | 37 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 38 | 8 | 38 | 14 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 38 | 17 | 40 | 13 | Relevance (FRE 402) |
| Page | 40 | 20 | 45 | 4 | Relevance (FRE 402) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Page | 41 | 2 | 41 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 43 | 11 | 43 | 18 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602; Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 43 | 19 | 45 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Page | 45 | 1 | 45 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Misstates witness' testimony |
| Page | 50 | 11 | 50 | 20 | Relevance (FRE 402) |
| Page | 51 | 5 | 51 | 5 | Relevance (FRE 402) |
| Page | 52 | 2 | 52 | 19 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 55 | 3 | 55 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 56 | 8 | 56 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 56 | 16 | 57 | 2 | Vague/Ambiguous/Compound Question (FRE 611) |
| Page | 57 | 8 | 57 | 18 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 57 | 22 | 58 | 12 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 61 | 22 | 63 | 12 | Relevance (FRE 402) |
| Page | 64 | 12 | 65 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Page | 66 | 2 | 66 | 6 | Misstates witness' testimony; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602);  Relevance (FRE 402) |
| Page | 69 | 15 | 70 | 9 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 71 | 21 | 72 | 7 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 72 | 14 | 73 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 75 | 6 | 75 | 20 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 75 | 13 | 75 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Page | 80 | 2 | 80 | 17 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 81 | 19 | 82 | 7 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 86 | 9 | 86 | 18 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 86 | 19 | 87 | 3 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 87 | 8 | 87 | 18 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Page | 92 | 18 | 92 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Page | 93 | 5 | 93 | 19 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Page | 98 | 13 | 98 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Page | 102 | 17 | 103 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Page | 103 | 5 | 103 | 5 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Pezzner | 5 | 16 | 5 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Pezzner | 21 | 14 | 22 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Pezzner | 23 | 22 | 24 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611) |
| Pezzner | 32 | 1 | 32 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Preziotti | 17 | 9 | 17 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 29 | 3 | 29 | 11 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 29 | 12 | 30 | 1 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 43 | 11 | 43 | 18 | Non-responsive/ No question (FRE 611) |
| Preziotti | 43 | 11 | 44 | 1 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 45 | 15 | 45 | 19 | Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Preziotti | 46 | 1 | 46 | 7 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 48 | 10 | 48 | 18 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 48 | 19 | 49 | 8 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 63 | 6 | 63 | 18 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 64 | 7 | 64 | 13 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 64 | 14 | 65 | 7 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 65 | 4 | 65 | 7 | Non-responsive/ No question (FRE 611) |
| Preziotti | 65 | 8 | 65 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 73 | 6 | 73 | 11 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 74 | 2 | 74 | 17 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 75 | 10 | 77 | 6 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 76 | 18 | 76 | 22 | Non-responsive/ No question (FRE 611) |
| Preziotti | 77 | 1 | 77 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 82 | 20 | 83 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Preziotti | 91 | 6 | 92 | 20 | Testimony re Compromise or Offers to Compromise (FRE 408); Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 104 | 20 | 105 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Preziotti | 105 | 4 | 105 | 15 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper Opinion Testimony by Lay Witness (FRE 701) |
| Preziotti | 105 | 22 | 106 | 5 | Non-responsive/ No question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Preziotti | 110 | 19 | 111 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 124 | 9 | 124 | 15 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 127 | 3 | 127 | 22 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611) |
| Preziotti | 128 | 7 | 128 | 10 | Assumes Facts Not in Evidence/Argumentive; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 128 | 7 | 128 | 19 | Vague/Ambiguous/Compound Question (FRE 611)) |
| Preziotti | 128 | 11 | 128 | 19 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 142 | 15 | 142 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 143 | 7 | 143 | 17 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 143 | 22 | 144 | 13 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Roberts | 9 | 9 | 9 | 13 | Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 9 | 14 | 10 | 8 | Calls for a Legal Conclusion; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Roberts | 10 | 14 | 10 | 18 | Vague/Ambiguous/Compound Question (FRE 611 |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 10 | 19 | 11 | 1 | Calls for a Legal Conclusion; Vague/Ambiguous/Compound Question (FRE 611); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Roberts | 12 | 7 | 12 | 11 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 12 | 21 | 13 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 13 | 4 | 13 | 9 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 13 | 10 | 13 | 17 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 13 | 18 | 13 | 22 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 14 | 7 | 14 | 12 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Roberts | 14 | 13 | 15 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 15 | 4 | 15 | 9 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 15 | 10 | 16 | 3 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |

25

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 16 | 4 | 16 | 19 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Misstates witness' testimony |
| Roberts | 16 | 20 | 17 | 19 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 18 | 11 | 18 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 18 | 18 | 19 | 3 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 22 | 4 | 23 | 2 | Non-responsive/ No question (FRE 611) |
| Roberts | 25 | 22 | 26 | 3 | Best Evidence/Document Speaks for Itself |
| Roberts | 26 | 7 | 26 | 11 | Best Evidence/Document Speaks for Itself |
| Roberts | 27 | 7 | 27 | 12 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 28 | 2 | 28 | 5 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 28 | 6 | 28 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 28 | 14 | 28 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Misstates witness' testimony; Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 28 | 21 | 29 | 6 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 29 | 7 | 29 | 16 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 29 | 21 | 30 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 30 | 4 | 30 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 30 | 15 | 30 | 18 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 30 | 19 | 31 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Roberts | 31 | 12 | 31 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 34 | 5 | 34 | 18 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 38 | 13 | 38 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |
| Roberts | 40 | 18 | 42 | 2 | Best Evidence/Document Speaks for Itself; Asked and Answered; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Roberts | 42 | 16 | 42 | 22 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Roberts | 43 | 6 | 43 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 43 | 17 | 44 | 13 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 44 | 14 | 44 | 19 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Improper expert testimony (FRE 702); |
| Roberts | 44 | 20 | 45 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Document not authenticated by witness (FRE 901) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 45 | 12 | 45 | 21 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Misstates witness' testimony |
| Roberts | 48 | 13 | 50 | 5 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |
| Roberts | 51 | 9 | 51 | 17 | Improper expert testimony (FRE 702); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 51 | 18 | 52 | 12 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Vague/Ambiguous/Compound Question (FRE 611);  Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 52 | 13 | 53 | 11 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Roberts | 54 | 9 | 59 | 7 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Roberts | 59 | 8 | 59 | 13 | Best Evidence/Document Speaks for Itself |
| Roberts | 65 | 13 | 68 | 12 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611); Non-responsive/ No question (FRE 611); Misstates the Witnesses Testimony |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 68 | 18 | 69 | 6 | Best Evidence/Document Speaks for Itself; Improper expert testimony (FRE 702); Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611); Document not authenticated by witness (FRE 901) |
| Roberts | 72 | 19 | 73 | 5 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Vague/Ambiguous/Compound Question (FRE 611);  Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |
| Roberts | 73 | 8 | 74 | 22 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Roberts | 79 | 18 | 84 | 17 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; ; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Document not authenticated by witness (FRE 901) |
| Roberts | 91 | 20 | 92 | 19 | Best Evidence/Document Speaks for Itself; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611); Document not authenticated by witness (FRE 901); |
| Schneller | 30 | 10 | 30 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Schneller | 224 | 22 | 225 | 14 | Improper Leading Question on Direct of Party's Witness (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Spencer | 50 | 9 | 50 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Spencer | 55 | 21 | 56 | 19 | 403 (undue prejudice); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Deposition | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|
| Cerri - 30(b)(6) | 9 | 20 | 10 | 3 | Document incorrectly identified by Bates No. |
| Cerri - 30(b)(6) | 10 | 11 | 10 | 14 | Non-responsive/ No question (FRE 611); Colloquy of counsel, not testimony; Document incorrectly identified by Bates No. |
| Cerri - 30(b)(6) | 10 | 15 | 11 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |
| Cerri - 30(b)(6) | 11 | 20 | 12 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition; Non-responsive/ No question (FRE 611); Document incorrectly identified by Bates No. |
| Cerri - 30(b)(6) | 12 | 12 | 12 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri - 30(b)(6) | 12 | 18 | 14 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri - 30(b)(6) | 19 | 7 | 19 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri - 30(b)(6) | 19 | 17 | 20 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Colloquy of counsel, not testimony |
| Cerri - 30(b)(6) | 21 | 1 | 21 | 4 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Cerri - 30(b)(6) | 22 | 2 | 22 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition |
| Cerri - 30(b)(6) | 23 | 18 | 24 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 24 | 20 | 25 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 26 | 3 | 26 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Cerri - 30(b)(6) | 27 | 2 | 28 | 2 | Improper expert testimony (FRE 702) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Cerri - 30(b)(6) | 27 | 2 | 27 | 10 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
|---|---|---|---|---|---|
| Cerri - 30(b)(6) | 30 | 3 | 31 | 21 | Improper expert testimony (FRE 702) |
| Cerri - 30(b)(6) | 30 | 10 | 31 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition; Non-responsive/ No question (FRE 611); Colloquy of counsel, not testimony; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Cerri - 30(b)(6) | 34 | 19 | 35 | 6 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Cerri - 30(b)(6) | 35 | 11 | 36 | 16 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 38 | 15 | 39 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 40 | 18 | 40 | 22 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 41 | 20 | 41 | 22 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 44 | 19 | 44 | 21 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 44 | 22 | 45 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 47 | 6 | 49 | 3 | Improper expert testimony (FRE 702) |
| Cerri - 30(b)(6) | 47 | 7 | 49 | 3 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Misstates the Witnesses Testimony |
| Cerri - 30(b)(6) | 48 | 12 | 49 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Colloquy of counsel, not testimony |
| Cerri - 30(b)(6) | 49 | 4 | 49 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| | | | | | |
|---|---|---|---|---|---|
| Cerri - 30(b)(6) | 49 | 18 | 49 | 21 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 53 | 12 | 53 | 15 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 54 | 18 | 56 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition |
| Cerri - 30(b)(6) | 56 | 14 | 57 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Cerri - 30(b)(6) | 58 | 8 | 58 | 10 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 59 | 4 | 59 | 6 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 59 | 7 | 59 | 17 | Vague/Ambiguous/Compound Question (FRE 611); Improper expert testimony (FRE 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 59 | 18 | 60 | 2 | Non-responsive/ No question (FRE 611); Colloquy of counsel, not testimony |
| Cerri - 30(b)(6) | 62 | 6 | 62 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 62 | 22 | 64 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Cerri - 30(b)(6) | 64 | 14 | 64 | 17 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 65 | 21 | 70 | 4 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Cerri - 30(b)(6) | 70 | 5 | 70 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Cerri - 30(b)(6) | 70 | 14 | 78 | 6 | Asked and Answered; Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Misstates witness' testimony; Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri - 30(b)(6) | 71 | 17 | 75 | 20 | Improper expert testimony (FRE 702) |
| Cerri - 30(b)(6) | 81 | 5 | 81 | 13 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Cerri - 30(b)(6) | 83 | 12 | 83 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri - 30(b)(6) | 86 | 15 | 86 | 21 | Improper expert testimony (FRE 702) |
| Cerri - 30(b)(6) | | | | | Standing and general objection to use of Exh. 101 & 102 testimony about these exhibits since HON cannot tell from record what these documents are.  Standing and general objection to Cerri Depo Exhs 102 through 110 and testimony about these exhibits because they are not in produced format. |
| Cerri Plant | 7 | 15 | 7 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Vague/Ambiguous/Compound Question (FRE 611); Relevance (FRE 402) |
| Cerri Plant | 7 | 21 | 8 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 10 | 1 | 10 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Cerri Plant | 11 | 2 | 11 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 11 | 17 | 12 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 13 | 1 | 13 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Cerri Plant | 14 | 7 | 14 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Cerri Plant | 15 | 2 | 15 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| | | | | | |
|---|---|---|---|---|---|
| Cerri Plant | 15 | 14 | 15 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 16 | 1 | 16 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 16 | 20 | 17 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Cerri Plant | 17 | 13 | 17 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611) |
| Cerri Plant | 18 | 6 | 18 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Cerri Plant | 19 | 6 | 19 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 19 | 12 | 19 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 19 | 17 | 20 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Cerri Plant | 20 | 2 | 20 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 21 | 3 | 21 | 5 | Non-responsive/ No question (FRE 611) |
| Cerri Plant | 22 | 7 | 23 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 22 | 14 | 22 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Beyond scope of deposition |
| Cerri Plant | 22 | 22 | 23 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403);  Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6;  Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| | | | | | |
|---|---|---|---|---|---|
| Cerri Plant | 23 | 6 | 23 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602);  Beyond scope of deposition;  Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 24 | 3 | 25 | 6 | Non-responsive/ No question (FRE 611) |
| Cerri Plant | 25 | 19 | 26 | 7 | Non-responsive/ No question (FRE 611) |
| Cerri Plant | 27 | 1 | 27 | 7 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611) |
| Cerri Plant | 28 | 2 | 28 | 22 | Non-responsive/ No question (FRE 611) |
| Cerri Plant | 29 | 1 | 29 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 30 | 3 | 30 | 8 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611) |
| Cerri Plant | 31 | 17 | 31 | 22 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611) |
| Cerri Plant | 32 | 15 | 32 | 17 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611) |
| Cerri Plant | 34 | 18 | 35 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403);  Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6;  Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 35 | 18 | 36 | 14 | Non-responsive/ No question (FRE 611) |
| Cerri Plant | 39 | 12 | 39 | 18 | Non-responsive/ No question (FRE 611) |
| Cerri Plant | 39 | 19 | 40 | 4 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Non-responsive/ No question (FRE 611) |
| Cerri Plant | 43 | 3 | 43 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4);  Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | 43 | 19 | 43 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4);  Vague/Ambiguous/Compound Question (FRE 611) |
| Cerri Plant | | | | | Honeywell states standing and general objection relating to the quality (i.e. in audible, incomplete portion) of this transcript as: Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony (FRE 702); Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 11 | 13 | 15 | 14 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 31 | 6 | 31 | 15 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 31 | 16 | 31 | 22 | Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 50 | 13 | 51 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Mueller | 51 | 18 | 52 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |
|---|---|---|---|---|---|
| Mueller | 52 | 10 | 53 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Document not authenticated by witness (FRE 901) |
| Mueller | 53 | 11 | 54 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Misstates witness' testimony |
| Mueller | 54 | 8 | 54 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mueller | 54 | 19 | 55 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 57 | 11 | 57 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 59 | 15 | 59 | 20 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 63 | 5 | 64 | 1 | Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 64 | 13 | 64 | 18 | Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 69 | 1 | 69 | 11 | Document not authenticated by witness (FRE 901) |
| Mueller | 69 | 12 | 70 | 4 | Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 71 | 14 | 71 | 18 | Best Evidence/Document Speaks for Itself; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Mueller | 73 | 21 | 74 | 10 | Best Evidence/Document Speaks for Itself; Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Mueller | 79 | 22 | 80 | 9 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 80 | 21 | 81 | 9 | Colloquy of counsel, not testimony |
| Mueller | 81 | 14 | 82 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Mueller | 82 | 6 | 82 | 22 | Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Mueller | 83 | 18 | 84 | 2 | Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 84 | 5 | 84 | 11 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Mueller | 84 | 12 | 85 | 4 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
|---------|-----|-----|-----|-----|-----|
| Mueller | 85 | 5 | 86 | 3 | Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 86 | 4 | 86 | 16 | Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 86 | 17 | 87 | 2 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 87 | 19 | 88 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 96 | 2 | 96 | 18 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Mueller | 98 | 12 | 98 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 100 | 21 | 101 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 107 | 2 | 108 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 110 | 2 | 110 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 111 | 2 | 111 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 112 | 1 | 112 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Mueller | 112 | 10 | 113 | 7 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
|---------|-----|----|-----|---|---|
| Mueller | 119 | 18 | 120 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 141 | 3 | 141 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 142 | 20 | 143 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403);  Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 146 | 17 | 146 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 147 | 8 | 147 | 11 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 154 | 3 | 154 | 14 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Mueller | 154 | 11 | 154 | 14 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 155 | 13 | 155 | 17 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 159 | 10 | 159 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mueller | 160 | 1 | 160 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 164 | 1 | 164 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); |
| Mueller | 166 | 17 | 166 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Relevance (FRE 402) |
| Mueller | 166 | 18 | 167 | 3 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 167 | 13 | 169 | 11 | Assumes Facts Not in Evidence/Argumentative; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Mueller | 169 | 17 | 169 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
|---|---|---|---|---|---|
| Mueller | 171 | 10 | 171 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702) |
| Mueller | 171 | 20 | 172 | 4 | Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 172 | 7 | 172 | 12 | Asked and Answered; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 174 | 5 | 176 | 2 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Mueller | 179 | 5 | 179 | 9 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Mueller | 181 | 3 | 183 | 3 | Best Evidence/Document Speaks for Itself; Calls for a Legal Conclusion; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 182 | 7 | 182 | 10 | Non-responsive/ No question (FRE 611) |
| Mueller | 183 | 4 | 183 | 14 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 183 | 15 | 184 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Mueller | 195 | 3 | 195 | 8 | Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 195 | 16 | 196 | 2 | Vague/Ambiguous/Compound Question (FRE 611); Beyond scope of designation |
| Mueller | 232 | 4 | 232 | 12 | Vague/Ambiguous/Compound Question (FRE 611) |
| Mueller | 232 | 21 | 233 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 238 | 16 | 239 | 5 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 241 | 15 | 242 | 2 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 242 | 5 | 242 | 12 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Mueller | 251 | 10 | 252 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mueller | 315 | 8 | 315 | 10 | Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Mueller | 316 | 3 | 316 | 15 | Vague/Ambiguous/Compound Question (FRE 611); Non-responsive/ No question (FRE 611) |
|---|---|---|---|---|---|
| Mueller | 320 | 7 | 320 | 11 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Mueller | 331 | 10 | 332 | 1 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 333 | 2 | 333 | 20 | Best Evidence/Document Speaks for Itself |
| Mueller | 333 | 2 | 335 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation |
| Mueller | 334 | 3 | 335 | 14 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Mueller | 336 | 15 | 337 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of designation |
| Shankland | 10 | 8 | 10 | 19 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 15 | 4 | 15 | 10 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 16 | 7 | 17 | 1 | Misstates witness' testimony |
| Shankland | 30 | 13 | 30 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 32 | 8 | 33 | 10 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 32 | 18 | 33 | 10 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 35 | 4 | 35 | 22 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 36 | 9 | 36 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 36 | 22 | 37 | 6 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 37 | 20 | 38 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 41 | 18 | 42 | 17 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 44 | 3 | 45 | 19 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 46 | 13 | 47 | 9 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 47 | 7 | 48 | 2 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 49 | 9 | 49 | 14 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 49 | 16 | 53 | 17 | Relevance (FRE 402) |
| Shankland | 50 | 15 | 50 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 51 | 17 | 53 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 53 | 18 | 54 | 17 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 90 | 7 | 90 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Shankland | 91 | 12 | 91 | 17 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Shankland | 93 | 7 | 93 | 14 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 98 | 7 | 98 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Shankland | 100 | 14 | 101 | 3 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
|---|---|---|---|---|---|
| Shankland | 101 | 10 | 101 | 13 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Shankland | 104 | 4 | 104 | 19 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 105 | 5 | 106 | 2 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 108 | 5 | 108 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper |
| Shankland | 111 | 6 | 112 | 2 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Shankland | 113 | 4 | 113 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); |
| Shankland | 116 | 4 | 116 | 11 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 118 | 12 | 118 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 119 | 22 | 121 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Shankland | 122 | 11 | 122 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Shankland | 130 | 1 | 133 | 8 | Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 131 | 12 | 133 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 133 | 16 | 133 | 22 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 134 | 2 | 134 | 11 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Misstates witness' testimony; Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 138 | 15 | 139 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Shankland | 139 | 8 | 139 | 19 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 141 | 11 | 141 | 22 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 142 | 1 | 142 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 142 | 20 | 143 | 19 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 144 | 1 | 144 | 14 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Shankland | 169 | 7 | 169 | 20 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Shankland | 176 | 3 | 176 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
|---|---|---|---|---|---|
| Shankland | 181 | 1 | 182 | 2 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Shankland | 190 | 10 | 191 | 3 | Document not authenticated by witness (FRE 901); Relevance (FRE 402); Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); |
| Shankland | 193 | 13 | 195 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | | | | | Honeywell states the following standing and general objections for all testimony regarding the '839 patent: Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403), Document not authenticated by witness (FRE 901), Best Evidence/Document Speaks for Yourself, Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602), Hearsay (FRE 802) Including Hearsay - As to Solvay's Use of Document, Relevance (FRE 402), and Beyond scope of deposition |
| Tung | | | | | Standing and general objection that testimony regarding documents and information proportedly prepared by the Russians is inadmissable; Hearsay; Irrelevant; Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403) |
| Tung | 23 | 18 | 24 | 1 | Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 24 | 2 | 24 | 7 | Beyond scope of designation |
| Tung | 25 | 9 | 26 | 4 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 40 | 10 | 40 | 16 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Tung | 40 | 17 | 41 | 15 | Beyond scope of designation |
| Tung | 41 | 16 | 42 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Tung | 43 | 8 | 43 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of designation |
|------|-----|-----|-----|-----|---|
| Tung | 52 | 20 | 53 | 12 | Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 67 | 11 | 68 | 5 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); |
| Tung | 72 | 8 | 73 | 1 | Beyond scope of designation |
| Tung | 75 | 11 | 75 | 17 | Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 76 | 17 | 76 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Beyond scope of deposition |
| Tung | 82 | 4 | 82 | 21 | Improper expert testimony (FRE 702); |
| Tung | 82 | 4 | 82 | 11 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Tung | 84 | 2 | 84 | 12 | Misstates the Witnesses Testimony; Beyond scope of designation; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 104 | 13 | 105 | 13 | Best Evidence/Document Speaks for Itself |
| Tung | 105 | 14 | 105 | 16 | Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 107 | 8 | 107 | 19 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Tung | 110 | 5 | 110 | 12 | Best Evidence/Document Speaks for Itself; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Tung | 112 | 3 | 112 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Tung | 112 | 14 | 113 | 7 | Best Evidence/Document Speaks for Itself ; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Calls for a Legal Conclusion ; Beyond scope of deposition |
| Tung | 118 | 21 | 119 | 11 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Beyond scope of deposition |
| Tung | 122 | 13 | 122 | 18 | Colloquy of counsel, not testimony; Hearsay (FRE 802) Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 61 |
| Tung | 123 | 2 | 123 | 9 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802) Including Hearsay - As to Solvay's Use of Document; |
| Tung | 126 | 3 | 126 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 142 | 13 | 143 | 3 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611); Beyond scope of designation |
| Tung | 143 | 10 | 143 | 13 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602);  Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Beyond scope of deposition |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Tung | 148 | 4 | 149 | 11 | Relevance (FRE 402); Beyond scope of designation; Best Evidence/Document Speaks for Itself ; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition; Vague/Ambiguous/Compound Question (FRE 611) |
|------|-----|---|-----|----|----------------------------------------------------------------|
| Tung | 151 | 12 | 152 | 18 | Beyond scope of designation; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 152 | 20 | 152 | 5 | Beyond scope of designation; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611); Non-responsive/ No question (FRE 611) |
| Tung | 154 | 10 | 154 | 22 | Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 155 | 1 | 155 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Tung | 157 | 7 | 157 | 10 | Assumes Facts Not in Evidence/Argumentative; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Tung | 158 | 2 | 158 | 5 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Tung | 158 | 10 | 158 | 18 | Best Evidence/Document Speaks for Itself; Colloquy of counsel, not testimony; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Docume |
| Tung | 158 | 19 | 159 | 6 | Best Evidence/Document Speaks for Itself; Colloquy of counsel, not testimony; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Docume |
| Tung | 159 | 7 | 159 | 19 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Beyond scope of deposition |
| Tung | 160 | 5 | 160 | 10 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Tung | 160 | 18 | 161 | 2 | Assumes Facts Not in Evidence/Argumentative; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of deposition |
| Tung | 161 | 3 | 161 | 8 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Colloquy of counsel, not testimony; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 162 | 4 | 163 | 4 | Assumes Facts Not in Evidence/Argumentative; Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document;  Beyond scope of deposition |
| Tung | 163 | 5 | 163 | 17 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |

| Tung | 165 | 11 | 165 | 20 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Colloquy of counsel, not testimony |
|------|-----|----|-----|----|---|
| Tung | 165 | 21 | 166 | 3 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Colloquy of counsel, not testimony |
| Tung | 166 | 4 | 166 | 10 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Colloquy of counsel, not testimony; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611) |
| Tung | 166 | 11 | 166 | 19 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Colloquy of counsel, not testimony; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611) |
| Tung | 167 | 6 | 168 | 16 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Colloquy of counsel, not testimony; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611) |
| Tung | 168 | 17 | 171 | 16 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; |
| Tung | 175 | 15 | 175 | 19 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Tung | 176 | 4 | 177 | 14 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Tung | 176 | 11 | 176 | 19 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Tung | 181 | 6 | 181 | 12 | Beyond scope of designation; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Assumes Facts Not in Evidence/Argumentative |
| Tung | 183 | 6 | 183 | 20 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of designation |
| Tung | 186 | 3 | 186 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); |
| Tung | 189 | 16 | 189 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Beyond scope of deposition |
| Tung | 191 | 9 | 191 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 192 | 17 | 194 | 3 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611);  Beyond scope of deposition |

Exhibit 10
Honeywell's Objections to Solvay's Deposition Designations
Solvay v. Honeywell
Case No - 06-557-SLR

| Tung | 194 | 17 | 195 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611);  Beyond scope of deposition |
|------|-----|----|-----|---|------|
| Tung | 195 | 20 | 196 | 21 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Beyond scope of designation; |
| Tung | 200 | 15 | 201 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611); Beyond scope of designation; |
| Tung | 202 | 3 | 202 | 9 | Calls for a Legal Conclusion; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 202 | 18 | 203 | 9 | Calls for a Legal Conclusion; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 203 | 22 | 204 | 4 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 219 | 11 | 219 | 16 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 223 | 19 | 229 | 3 | Calls for a Legal Conclusion; Vague/Ambiguous/Compound Question (FRE 611) |
| Tung | 229 | 9 | 230 | 1 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Beyond scope of designation |
| Tung | 231 | 14 | 231 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4) |
| Tung | 231 | 14 | 234 | 2 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Tung | 232 | 20 | 234 | 1 | Assumes Facts Not in Evidence/Argumentive; Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602) |
| Tung | 238 | 11 | 239 | 1 | Beyond scope of deposition |
| Tung | 239 | 1 | 240 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Document not authenticated by witness (FRE 901); Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Hearsay (FRE 802) Including Hearsay - As to Solvay's Use of Document; Calls for a Legal Conclusion; Relevance (FRE 402); Beyond scope of deposition |
| Tung | 240 | 17 | 242 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Document not authenticated by witness (FRE 901); Best Evidence/Document Speaks for Yourself; Foundation/Lack of Personal Knowledge/Speculation/Unsupported opinion (FRE 104, 602); Hearsay (FRE 802) Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(4); Calls for a Legal Conclusion; Misstates the Witnesses Testimony; Relevance (FRE 402) |
| Tung | 245 | 15 | 245 | 20 | Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Cerri | 7/3/2007 | 26 | 8 | 26 | 9 | |
| Cerri | 7/3/2007 | 42 | 5 | 42 | 5 | |
| Cerri | 7/3/2007 | 54 | 6 | 54 | 6 | |
| Cerri | 7/3/2007 | 57 | 11 | 57 | 12 | |
| Cerri | 7/3/2007 | 61 | 6 | 61 | 9 | |
| Cerri | 7/3/2007 | 62 | 11 | 62 | 12 | |
| Cerri | 7/3/2007 | 64 | 2 | 64 | 2 | |
| Cerri | 7/3/2007 | 66 | 5 | 66 | 6 | |
| Cerri | 7/3/2007 | 68 | 21 | 68 | 21 | |
| Cerri | 7/3/2007 | 72 | 4 | 72 | 5 | |
| Cerri | 7/3/2007 | 94 | 9 | 95 | 8 | |
| Cerri | 7/3/2007 | 95 | 2 | 95 | 8 | |
| Cerri | 7/3/2007 | 97 | 10 | 97 | 22 | |
| Cerri | 7/3/2007 | 104 | 13 | 104 | 13 | |
| Cerri | 7/3/2007 | 114 | 7 | 114 | 7 | |
| Cerri | 7/3/2007 | 118 | 11 | 118 | 11 | |
| Cerri | 7/3/2007 | 119 | 16 | 119 | 16 | |
| Cerri | 7/3/2007 | 120 | 6 | 120 | 6 | |
| Cerri | 7/3/2007 | 129 | 15 | 129 | 15 | |
| Cerri | 7/3/2007 | 134 | 5 | 134 | 8 | |
| Cerri | 7/3/2007 | 135 | 5 | 135 | 5 | |
| Cerri | 7/3/2007 | 135 | 11 | 135 | 11 | |
| Cerri | 7/3/2007 | 135 | 17 | 135 | 18 | |
| Cerri | 7/3/2007 | 157 | 15 | 157 | 16 | |
| Cerri | 7/3/2007 | 160 | 4 | 160 | 5 | |
| Cerri | 7/3/2007 | 163 | 17 | 163 | 17 | |
| Cerri | 7/3/2007 | 181 | 15 | 181 | 15 | |
| Cerri | 7/3/2007 | 197 | 20 | 197 | 21 | |
| Cerri | 7/3/2007 | 217 | 21 | 218 | 1 | |
| Cerri | 7/3/2007 | 239 | 10 | 239 | 10 | |
| Cerri | 7/3/2007 | 261 | 17 | 265 | 22 | |
| Tung | 1/18/2008 | 25 | 9 | 25 | 22 | R |
| Tung | 1/18/2008 | 26 | 5 | 26 | 5 | |
| Tung | 1/18/2008 | 28 | 21 | 28 | 21 | |
| Tung | 1/18/2008 | 32 | 7 | 32 | 8 | |
| Tung | 1/18/2008 | 33 | 8 | 33 | 12 | |
| Tung | 1/18/2008 | 34 | 14 | 34 | 14 | |
| Tung | 1/18/2008 | 44 | 9 | 44 | 9 | |
| Tung | 1/18/2008 | 45 | 8 | 45 | 8 | |
| Tung | 1/18/2008 | 51 | 18 | 51 | 18 | |
| Tung | 1/18/2008 | 52 | 10 | 52 | 10 | |
| Tung | 1/18/2008 | 56 | 16 | 56 | 16 | |
| Tung | 1/18/2008 | 57 | 4 | 57 | 4 | |
| Tung | 1/18/2008 | 57 | 8 | 57 | 9 | |
| Tung | 1/18/2008 | 73 | 11 | 73 | 12 | |
| Tung | 1/18/2008 | 73 | 15 | 73 | 16 | |
| Tung | 1/18/2008 | 77 | 11 | 77 | 11 | |
| Tung | 1/18/2008 | 77 | 16 | 77 | 22 | INC |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Tung | 1/18/2008 | 93 | 3 | 93 | 3 | |
| Tung | 1/18/2008 | 93 | 18 | 93 | 18 | |
| Tung | 1/18/2008 | 94 | 4 | 94 | 4 | |
| Tung | 1/18/2008 | 96 | 5 | 96 | 6 | |
| Tung | 1/18/2008 | 239 | 17 | 239 | 17 | |
| Tung | 1/18/2008 | 240 | 9 | 240 | 9 | |
| Tung | 1/18/2008 | 249 | 1 | 249 | 1 | |
| Tung | 1/18/2008 | 251 | 5 | 251 | 5 | |
| Tung | 1/18/2008 | 254 | 6 | 254 | 6 | |
| Tung | 1/18/2008 | 254 | 13 | 254 | 13 | |
| Tung | 1/18/2008 | 256 | 8 | 256 | 8 | |
| Tung | 1/18/2008 | 258 | 4 | 258 | 5 | |
| Tung | 1/18/2008 | 258 | 16 | 258 | 17 | |
| Tung | 1/18/2008 | 259 | 8 | 259 | 9 | |
| Friedenson | 10/25/2007 | 15 | 3 | 15 | 3 | |
| Friedenson | 10/25/2007 | 15 | 7 | 15 | 7 | |
| Friedenson | 10/25/2007 | 34 | 13 | 34 | 14 | |
| Friedenson | 10/25/2007 | 38 | 2 | 38 | 2 | |
| Friedenson | 10/25/2007 | 38 | 5 | 38 | 5 | |
| Friedenson | 10/25/2007 | 38 | 12 | 38 | 12 | |
| Friedenson | 10/25/2007 | 54 | 19 | 54 | 19 | |
| Friedenson | 10/25/2007 | 65 | 17 | 65 | 18 | |
| Friedenson | 10/25/2007 | 65 | 22 | 65 | 22 | |
| Friedenson | 10/25/2007 | 77 | 3 | 77 | 3 | |
| Friedenson | 10/25/2007 | 77 | 15 | 77 | 15 | |
| Gayer | 9/6/2007 | 7 | 2 | 7 | 2 | |
| Gayer | 9/6/2007 | 9 | 1 | 10 | 5 | |
| Gayer | 9/6/2007 | 14 | 2 | 14 | 11 | |
| Gayer | 9/6/2007 | 25 | 22 | 26 | 2 | |
| Gayer | 9/6/2007 | 26 | 13 | 28 | 1 | |
| Gayer | 9/6/2007 | 30 | 18 | 31 | 2 | |
| Gayer | 9/6/2007 | 33 | 7 | 33 | 12 | |
| Gayer | 9/6/2007 | 34 | 16 | 35 | 5 | R |
| Gayer | 9/6/2007 | 35 | 16 | 36 | 7 | R |
| Gayer | 9/6/2007 | 40 | 15 | 40 | 15 | |
| Gayer | 9/6/2007 | 41 | 11 | 41 | 13 | |
| Gayer | 9/6/2007 | 42 | 17 | 42 | 18 | |
| Gayer | 9/6/2007 | 43 | 1 | 43 | 1 | |
| Gayer | 9/6/2007 | 43 | 13 | 43 | 14 | |
| Gayer | 9/6/2007 | 47 | 16 | 47 | 16 | |
| Gayer | 9/6/2007 | 48 | 11 | 48 | 11 | |
| Gayer | 9/6/2007 | 51 | 20 | 51 | 20 | |
| Gayer | 9/6/2007 | 53 | 6 | 53 | 7 | |
| Gayer | 9/6/2007 | 54 | 1 | 54 | 2 | |
| Gayer | 9/6/2007 | 54 | 16 | 54 | 17 | |
| Gayer | 9/6/2007 | 54 | 20 | 54 | 22 | |
| Gayer | 9/6/2007 | 55 | 12 | 55 | 17 | |
| Gayer | 9/6/2007 | 57 | 5 | 57 | 6 | |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Gayer | 9/6/2007 | 59 | 10 | 60 | 3 | |
| Gayer | 9/6/2007 | 60 | 10 | 60 | 20 | R |
| Gayer | 9/6/2007 | 61 | 20 | 62 | 6 | |
| Gayer | 9/6/2007 | 63 | 2 | 63 | 2 | |
| Gayer | 9/6/2007 | 76 | 19 | 76 | 19 | |
| Gayer | 9/6/2007 | 77 | 7 | 77 | 8 | |
| Gayer | 9/6/2007 | 84 | 14 | 85 | 1 | R |
| Gayer | 9/6/2007 | 86 | 3 | 88 | 17 | R, P |
| Gayer | 9/6/2007 | 93 | 6 | 94 | 6 | R, P |
| Gayer | 9/6/2007 | 95 | 8 | 96 | 7 | R, P |
| Gayer | 9/6/2007 | 126 | 3 | 126 | 3 | |
| Gayer | 9/6/2007 | 136 | 11 | 136 | 11 | |
| Gayer | 9/6/2007 | 137 | 3 | 137 | 3 | |
| Gayer | 9/6/2007 | 138 | 14 | 138 | 21 | R |
| Gayer | 9/6/2007 | 142 | 10 | 142 | 10 | |
| Gayer | 9/6/2007 | 144 | 3 | 144 | 3 | |
| Gayer | 9/6/2007 | 145 | 10 | 146 | 4 | R |
| Gayer | 9/6/2007 | 146 | 17 | 147 | 8 | R |
| Gayer | 9/7/2007 | 148 | 13 | 148 | 15 | |
| Gayer | 9/6/2007 | 150 | 13 | 151 | 7 | R |
| Gayer | 9/6/2007 | 151 | 11 | 151 | 11 | |
| Gayer | 9/6/2007 | 151 | 13 | 151 | 14 | |
| Gayer | 9/6/2007 | 152 | 2 | 152 | 2 | |
| Gayer | 9/6/2007 | 159 | 6 | 159 | 11 | R |
| Gayer | 9/6/2007 | 162 | 21 | 162 | 21 | |
| Gayer | 9/6/2007 | 165 | 19 | 165 | 19 | |
| Gayer | 9/6/2007 | 168 | 2 | 168 | 2 | |
| Gayer | 9/6/2007 | 170 | 12 | 170 | 12 | |
| Gayer | 9/6/2007 | 171 | 15 | 171 | 16 | |
| Gayer | 9/6/2007 | 172 | 8 | 172 | 8 | |
| Gayer | 9/6/2007 | 175 | 12 | 175 | 17 | R |
| Gayer | 9/6/2007 | 176 | 9 | 176 | 12 | |
| Gayer | 9/6/2007 | 178 | 13 | 178 | 13 | |
| Gayer | 9/6/2007 | 190 | 22 | 192 | 5 | R, P |
| Gayer | 9/6/2007 | 195 | 22 | 195 | 22 | |
| Gayer | 9/6/2007 | 196 | 8 | 196 | 9 | |
| Gayer | 9/6/2007 | 196 | 19 | 196 | 20 | |
| Gayer | 9/6/2007 | 197 | 6 | 198 | 2 | R, P |
| Gayer | 9/6/2007 | 198 | 6 | 198 | 7 | |
| Gayer | 9/6/2007 | 212 | 1 | 212 | 17 | |
| Gayer | 9/6/2007 | 213 | 7 | 213 | 8 | |
| Gayer | 9/6/2007 | 213 | 20 | 213 | 21 | |
| Gayer | 9/6/2007 | 214 | 5 | 214 | 6 | |
| Gayer | 9/6/2007 | 214 | 16 | 214 | 17 | |
| Gayer | 9/6/2007 | 215 | 2 | 215 | 3 | |
| Gayer | 9/6/2007 | 215 | 12 | 215 | 13 | |
| Gayer | 9/6/2007 | 215 | 20 | 215 | 21 | |
| Gayer | 9/6/2007 | 216 | 6 | 216 | 7 | |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Gayer | 9/6/2007 | 216 | 20 | 216 | 21 | |
| Gayer | 9/6/2007 | 217 | 8 | 217 | 9 | |
| Gayer | 9/6/2007 | 217 | 20 | 217 | 21 | |
| Gayer | 9/6/2007 | 218 | 1 | 218 | 1 | |
| Gayer | 9/6/2007 | 218 | 12 | 218 | 13 | |
| Gayer | 9/6/2007 | 218 | 19 | 218 | 20 | |
| Gayer | 9/6/2007 | 219 | 15 | 219 | 16 | |
| Gayer | 9/6/2007 | 220 | 16 | 220 | 17 | |
| Gayer | 9/6/2007 | 221 | 8 | 221 | 9 | |
| Gayer | 9/6/2007 | 221 | 13 | 221 | 14 | |
| Gayer | 9/6/2007 | 223 | 19 | 223 | 20 | |
| Gayer | 9/6/2007 | 224 | 13 | 224 | 14 | |
| Gayer | 9/6/2007 | 225 | 3 | 226 | 5 | R |
| Gayer | 9/6/2007 | 227 | 3 | 227 | 4 | |
| Gayer | 9/6/2007 | 227 | 9 | 227 | 10 | |
| Gayer | 9/6/2007 | 227 | 22 | 227 | 22 | |
| Gayer | 9/6/2007 | 228 | 8 | 228 | 8 | |
| Gayer | 9/6/2007 | 228 | 10 | 228 | 11 | |
| Gayer | 9/6/2007 | 230 | 1 | 230 | 2 | |
| Gayer | 9/6/2007 | 230 | 15 | 230 | 15 | |
| Gayer | 9/6/2007 | 230 | 19 | 230 | 20 | |
| Gayer | 9/6/2007 | 231 | 7 | 231 | 8 | |
| Gayer | 9/6/2007 | 231 | 12 | 231 | 13 | |
| Gayer | 9/6/2007 | 231 | 21 | 231 | 22 | |
| Gayer | 9/6/2007 | 232 | 5 | 232 | 6 | |
| Gayer | 9/6/2007 | 234 | 12 | 235 | 4 | R |
| Gayer | 9/6/2007 | 241 | 1 | 241 | 1 | |
| Gayer | 9/6/2007 | 242 | 22 | 242 | 22 | |
| Gayer | 9/6/2007 | 243 | 10 | 243 | 10 | |
| Gayer | 9/6/2007 | 244 | 16 | 244 | 17 | |
| Gayer | 9/7/2007 | 257 | 15 | 257 | 16 | |
| Gayer | 9/6/2007 | 259 | 7 | 259 | 7 | |
| Gayer | 9/6/2007 | 260 | 8 | 260 | 20 | R, P |
| Gayer | 9/6/2007 | 271 | 9 | 271 | 22 | R, P |
| Gayer | 9/6/2007 | 272 | 4 | 272 | 21 | P, R |
| Gayer | 9/6/2007 | 273 | 3 | 273 | 4 | |
| Gayer | 9/6/2007 | 273 | 14 | 273 | 15 | |
| Gayer | 9/6/2007 | 273 | 20 | 273 | 21 | |
| Gayer | 9/6/2007 | 274 | 22 | 274 | 22 | |
| Gayer | 9/6/2007 | 275 | 2 | 275 | 3 | |
| Gayer | 9/7/2007 | 275 | 8 | 275 | 9 | |
| Gayer | 9/6/2007 | 280 | 1 | 280 | 1 | |
| Gayer | 9/6/2007 | 285 | 15 | 285 | 15 | |
| Gayer | 9/6/2007 | 287 | 14 | 287 | 14 | |
| Gayer | 9/6/2007 | 290 | 1 | 290 | 3 | |
| Gayer | 9/6/2007 | 310 | 2 | 310 | 2 | |
| Gayer | 9/6/2007 | 317 | 15 | 318 | 13 | |
| Harris | 9/18/2007 | 34 | 7 | 36 | 7 | P, R |

4

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Harris | 9/18/2007 | 50 | 22 | 50 | 22 | |
| Harris | 9/18/2007 | 67 | 7 | 67 | 8 | |
| Harris | 9/18/2007 | 67 | 15 | 67 | 15 | |
| Harris | 9/18/2007 | 76 | 22 | 76 | 22 | |
| Harris | 9/18/2007 | 85 | 1 | 85 | 12 | |
| Harris | 9/18/2007 | 88 | 11 | 88 | 12 | |
| Harris | 9/18/2007 | 93 | 5 | 93 | 5 | |
| Harris | 9/18/2007 | 104 | 7 | 104 | 7 | |
| Harris | 9/18/2007 | 105 | 15 | 105 | 16 | |
| Harris | 9/18/2007 | 107 | 3 | 107 | 4 | |
| Harris | 9/18/2007 | 107 | 11 | 107 | 11 | |
| Harris | 9/18/2007 | 108 | 3 | 108 | 3 | |
| Harris | 9/18/2007 | 109 | 13 | 109 | 14 | |
| Harris | 9/18/2007 | 110 | 9 | 110 | 12 | |
| Harris | 9/18/2007 | 111 | 15 | 111 | 15 | |
| Harris | 9/18/2007 | 112 | 5 | 112 | 6 | |
| Harris | 9/18/2007 | 115 | 7 | 115 | 8 | |
| Harris | 9/18/2007 | 134 | 20 | 134 | 20 | |
| Harris | 9/18/2007 | 135 | 13 | 135 | 15 | |
| Harris | 9/18/2007 | 150 | 17 | 151 | 21 | R, P |
| Harris | 9/18/2007 | 158 | 7 | 158 | 7 | |
| Harris | 9/18/2007 | 159 | 6 | 159 | 7 | |
| Harris | 9/18/2007 | 160 | 9 | 160 | 14 | R, P |
| Harris | 9/18/2007 | 165 | 21 | 166 | 3 | R, P |
| Harris | 9/18/2007 | 200 | 12 | 200 | 13 | |
| Harris | 9/18/2007 | 200 | 18 | 200 | 18 | |
| Harris | 9/18/2007 | 201 | 10 | 201 | 10 | |
| Harris | 9/18/2007 | 205 | 19 | 205 | 19 | |
| Harris | 9/18/2007 | 229 | 12 | 229 | 12 | |
| Harris | 9/18/2007 | 234 | 7 | 234 | 8 | |
| Harris | 9/18/2007 | 234 | 16 | 234 | 16 | |
| Harris | 9/18/2007 | 235 | 13 | 235 | 13 | |
| Harris | 9/18/2007 | 245 | 21 | 245 | 22 | R |
| Harris | 9/18/2007 | 249 | 11 | 249 | 12 | |
| Harris | 9/18/2007 | 249 | 21 | 249 | 22 | |
| Harris | 9/18/2007 | 254 | 13 | 255 | 4 | P, R |
| Merkel | 9/18/2007 | 32 | 14 | 32 | 14 | |
| Merkel | 9/18/2007 | 34 | 10 | 34 | 10 | |
| Merkel | 9/18/2007 | 34 | 19 | 34 | 19 | |
| Merkel | 9/18/2007 | 36 | 19 | 37 | 12 | P, INC |
| Merkel | 9/18/2007 | 41 | 13 | 41 | 13 | |
| Merkel | 9/18/2007 | 42 | 8 | 42 | 8 | |
| Merkel | 9/18/2007 | 47 | 14 | 47 | 14 | |
| Merkel | 9/18/2007 | 47 | 19 | 47 | 19 | |
| Merkel | 9/18/2007 | 48 | 20 | 48 | 20 | |
| Merkel | 9/18/2007 | 50 | 1 | 50 | 1 | |
| Merkel | 9/18/2007 | 52 | 18 | 52 | 18 | |
| Merkel | 9/18/2007 | 55 | 22 | 57 | 11 | R |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Merkel | 9/18/2007 | 62 | 4 | 62 | 4 | |
| Merkel | 9/18/2007 | 63 | 13 | 63 | 13 | |
| Merkel | 9/18/2007 | 65 | 19 | 66 | 6 | |
| Merkel | 9/18/2007 | 75 | 8 | 75 | 9 | |
| Merkel | 9/18/2007 | 79 | 5 | 80 | 22 | P |
| Merkel | 9/18/2007 | 88 | 20 | 88 | 20 | |
| Merkel | 9/18/2007 | 89 | 16 | 89 | 16 | |
| Merkel | 9/18/2007 | 90 | 5 | 90 | 5 | |
| Merkel | 9/18/2007 | 94 | 13 | 94 | 13 | |
| Merkel | 9/18/2007 | 95 | 4 | 95 | 4 | |
| Merkel | 9/18/2007 | 95 | 13 | 95 | 13 | |
| Merkel | 9/18/2007 | 96 | 14 | 96 | 15 | |
| Merkel | 9/18/2007 | 97 | 1 | 97 | 1 | |
| Merkel | 9/18/2007 | 98 | 2 | 98 | 2 | |
| Merkel | 9/18/2007 | 100 | 10 | 100 | 10 | |
| Merkel | 9/18/2007 | 103 | 22 | 103 | 22 | |
| Merkel | 9/18/2007 | 109 | 5 | 109 | 20 | |
| Page | 5/14/2008 | 29 | 10 | 29 | 15 | |
| Page | 5/14/2008 | 30 | 22 | 31 | 11 | R |
| Page | 5/14/2008 | 31 | 19 | 33 | 3 | H |
| Page | 5/14/2008 | 33 | 4 | 33 | 7 | |
| Page | 5/14/2008 | 35 | 6 | 35 | 14 | |
| Page | 5/14/2008 | 37 | 8 | 37 | 8 | |
| Page | 5/14/2008 | 37 | 15 | 37 | 15 | |
| Page | 5/14/2008 | 38 | 11 | 38 | 12 | |
| Page | 5/14/2008 | 41 | 4 | 41 | 4 | |
| Page | 5/14/2008 | 43 | 16 | 43 | 16 | |
| Page | 5/14/2008 | 45 | 5 | 45 | 18 | INC, P |
| Page | 5/14/2008 | 52 | 6 | 52 | 7 | |
| Page | 5/14/2008 | 55 | 5 | 55 | 6 | |
| Page | 5/14/2008 | 56 | 10 | 56 | 11 | |
| Page | 5/14/2008 | 56 | 21 | 56 | 21 | |
| Page | 5/14/2008 | 57 | 9 | 57 | 9 | |
| Page | 5/14/2008 | 57 | 15 | 57 | 16 | |
| Page | 5/14/2008 | 58 | 13 | 59 | 9 | |
| Page | 5/14/2008 | 59 | 19 | 60 | 3 | R |
| Page | 5/14/2008 | 70 | 10 | 70 | 22 | |
| Page | 5/14/2008 | 73 | 22 | 74 | 14 | H |
| Page | 5/14/2008 | 75 | 21 | 76 | 8 | |
| Page | 5/14/2008 | 80 | 18 | 81 | 7 | |
| Page | 5/14/2008 | 82 | 5 | 82 | 6 | |
| Page | 5/14/2008 | 88 | 18 | 89 | 5 | |
| Page | 5/14/2008 | 89 | 8 | 90 | 1 | |
| Page | 5/14/2008 | 92 | 22 | 93 | 4 | |
| Page | 5/14/2008 | 93 | 16 | 93 | 17 | |
| Page | 5/14/2008 | 97 | 12 | 98 | 1 | |
| Page | 5/14/2008 | 98 | 18 | 102 | 11 | F, R, P, V |
| Pezzner | 9/11/2007 | 22 | 2 | 23 | 4 | V, R, P |

6

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Pezzner | 9/11/2007 | 24 | 22 | 25 | 5 | R, P |
| Preziotti | 10/5/2007 | 17 | 12 | 17 | 12 | |
| Preziotti | 10/5/2007 | 21 | 16 | 21 | 21 | R, P |
| Preziotti | 10/5/2007 | 23 | 18 | 24 | 14 | R |
| Preziotti | 10/5/2007 | 45 | 18 | 45 | 18 | |
| Preziotti | 10/5/2007 | 46 | 4 | 46 | 5 | |
| Preziotti | 10/5/2007 | 47 | 21 | 47 | 21 | |
| Preziotti | 10/5/2007 | 48 | 16 | 48 | 16 | |
| Preziotti | 10/5/2007 | 52 | 22 | 54 | 4 | R, P |
| Preziotti | 10/5/2007 | 62 | 5 | 62 | 9 | R, P |
| Preziotti | 10/5/2007 | 63 | 11 | 63 | 12 | |
| Preziotti | 10/5/2007 | 63 | 16 | 63 | 16 | |
| Preziotti | 10/5/2007 | 64 | 9 | 64 | 10 | |
| Preziotti | 10/5/2007 | 64 | 16 | 64 | 16 | |
| Preziotti | 10/5/2007 | 65 | 1 | 65 | 1 | |
| Preziotti | 10/5/2007 | 65 | 6 | 65 | 6 | |
| Preziotti | 10/5/2007 | 68 | 10 | 68 | 10 | |
| Preziotti | 10/5/2007 | 72 | 14 | 72 | 16 | |
| Preziotti | 10/5/2007 | 73 | 11 | 73 | 11 | |
| Preziotti | 10/5/2007 | 74 | 6 | 74 | 6 | |
| Preziotti | 10/5/2007 | 74 | 21 | 74 | 22 | |
| Preziotti | 10/5/2007 | 75 | 14 | 75 | 14 | |
| Preziotti | 10/5/2007 | 76 | 12 | 76 | 13 | |
| Preziotti | 10/5/2007 | 76 | 21 | 76 | 21 | |
| Preziotti | 10/5/2007 | 77 | 5 | 77 | 5 | |
| Preziotti | 10/5/2007 | 83 | 9 | 83 | 18 | R |
| Preziotti | 10/5/2007 | 89 | 10 | 90 | 21 | R, P |
| Preziotti | 10/5/2007 | 91 | 8 | 91 | 8 | |
| Preziotti | 10/5/2007 | 91 | 16 | 92 | 1 | |
| Preziotti | 10/5/2007 | 92 | 21 | 93 | 6 | R |
| Preziotti | 10/5/2007 | 103 | 15 | 104 | 19 | R |
| Preziotti | 10/5/2007 | 104 | 22 | 104 | 22 | |
| Preziotti | 10/5/2007 | 105 | 6 | 105 | 7 | |
| Preziotti | 10/5/2007 | 106 | 6 | 106 | 12 | R |
| Preziotti | 10/5/2007 | 111 | 2 | 111 | 11 | R, P |
| Preziotti | 10/5/2007 | 111 | 14 | 112 | 17 | R, P |
| Preziotti | 10/5/2007 | 118 | 16 | 119 | 20 | R |
| Preziotti | 10/5/2007 | 124 | 12 | 124 | 12 | |
| Preziotti | 10/5/2007 | 127 | 7 | 127 | 8 | |
| Preziotti | 10/5/2007 | 128 | 9 | 128 | 9 | |
| Preziotti | 10/5/2007 | 128 | 14 | 128 | 14 | |
| Preziotti | 10/5/2007 | 128 | 20 | 129 | 1 | R |
| Preziotti | 10/5/2007 | 131 | 9 | 133 | 11 | R, P |
| Preziotti | 10/5/2007 | 142 | 19 | 142 | 19 | |
| Preziotti | 10/5/2007 | 145 | 19 | 146 | 6 | F, R, P |
| Preziotti | 10/5/2007 | 147 | 18 | 148 | 6 | R, F, P, V |
| Preziotti | 10/5/2007 | 149 | 14 | 149 | 20 | F, V, R, P |
| Roberts | 10/23/2007 | 9 | 11 | 9 | 12 | |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Roberts | 10/23/2007 | 10 | 5 | 10 | 8 | |
| Roberts | 10/23/2007 | 10 | 18 | 10 | 18 | |
| Roberts | 10/23/2007 | 12 | 10 | 12 | 11 | |
| Roberts | 10/23/2007 | 13 | 1 | 13 | 1 | |
| Roberts | 10/23/2007 | 13 | 7 | 13 | 7 | |
| Roberts | 10/23/2007 | 13 | 14 | 13 | 17 | |
| Roberts | 10/23/2007 | 13 | 22 | 13 | 22 | |
| Roberts | 10/23/2007 | 14 | 10 | 14 | 11 | |
| Roberts | 10/23/2007 | 15 | 2 | 15 | 3 | |
| Roberts | 10/23/2007 | 15 | 6 | 15 | 6 | |
| Roberts | 10/23/2007 | 15 | 14 | 15 | 14 | |
| Roberts | 10/23/2007 | 15 | 17 | 15 | 17 | |
| Roberts | 10/23/2007 | 16 | 2 | 16 | 2 | |
| Roberts | 10/23/2007 | 16 | 8 | 16 | 16 | |
| Roberts | 10/23/2007 | 17 | 2 | 17 | 3 | |
| Roberts | 10/23/2007 | 17 | 13 | 17 | 14 | |
| Roberts | 10/23/2007 | 17 | 20 | 17 | 21 | |
| Roberts | 10/23/2007 | 18 | 14 | 18 | 15 | |
| Roberts | 10/23/2007 | 18 | 22 | 19 | 1 | |
| Roberts | 10/23/2007 | 19 | 3 | 19 | 3 | |
| Roberts | 10/23/2007 | 26 | 9 | 26 | 11 | |
| Roberts | 10/23/2007 | 27 | 9 | 27 | 9 | |
| Roberts | 10/23/2007 | 28 | 5 | 28 | 5 | |
| Roberts | 10/23/2007 | 28 | 9 | 28 | 12 | |
| Roberts | 10/23/2007 | 28 | 17 | 28 | 19 | |
| Roberts | 10/23/2007 | 29 | 3 | 29 | 3 | |
| Roberts | 10/23/2007 | 29 | 11 | 29 | 11 | |
| Roberts | 10/23/2007 | 30 | 2 | 30 | 2 | |
| Roberts | 10/23/2007 | 30 | 7 | 30 | 7 | |
| Roberts | 10/23/2007 | 30 | 10 | 30 | 13 | |
| Roberts | 10/23/2007 | 30 | 17 | 30 | 17 | |
| Roberts | 10/23/2007 | 30 | 21 | 30 | 21 | |
| Roberts | 10/23/2007 | 31 | 16 | 31 | 17 | |
| Roberts | 10/23/2007 | 34 | 10 | 34 | 11 | |
| Roberts | 10/23/2007 | 38 | 18 | 39 | 3 | P, R |
| Roberts | 10/23/2007 | 41 | 2 | 41 | 4 | |
| Roberts | 10/23/2007 | 41 | 22 | 42 | 9 | P |
| Roberts | 10/23/2007 | 42 | 19 | 42 | 19 | |
| Roberts | 10/23/2007 | 43 | 1 | 43 | 5 | P |
| Roberts | 10/23/2007 | 43 | 9 | 43 | 10 | |
| Roberts | 10/23/2007 | 44 | 18 | 44 | 19 | |
| Roberts | 10/23/2007 | 45 | 2 | 45 | 11 | P |
| Roberts | 10/23/2007 | 45 | 16 | 45 | 18 | |
| Roberts | 10/23/2007 | 45 | 22 | 46 | 15 | P |
| Roberts | 10/23/2007 | 48 | 21 | 49 | 1 | |
| Roberts | 10/23/2007 | 49 | 7 | 49 | 7 | |
| Roberts | 10/23/2007 | 49 | 19 | 49 | 21 | |
| Roberts | 10/23/2007 | 50 | 8 | 51 | 2 | P |

8

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Roberts | 10/23/2007 | 51 | 3 | 51 | 6 | P |
| Roberts | 10/23/2007 | 51 | 12 | 51 | 14 | |
| Roberts | 10/23/2007 | 52 | 7 | 52 | 8 | |
| Roberts | 10/23/2007 | 52 | 21 | 52 | 22 | |
| Roberts | 10/23/2007 | 53 | 12 | 54 | 6 | P |
| Roberts | 10/23/2007 | 54 | 17 | 54 | 17 | |
| Roberts | 10/23/2007 | 54 | 21 | 54 | 21 | |
| Roberts | 10/23/2007 | 55 | 5 | 55 | 6 | |
| Roberts | 10/23/2007 | 55 | 12 | 55 | 13 | |
| Roberts | 10/23/2007 | 56 | 5 | 56 | 5 | |
| Roberts | 10/23/2007 | 56 | 8 | 56 | 9 | |
| Roberts | 10/23/2007 | 56 | 12 | 56 | 13 | |
| Roberts | 10/23/2007 | 57 | 1 | 57 | 2 | |
| Roberts | 10/23/2007 | 57 | 15 | 57 | 16 | |
| Roberts | 10/23/2007 | 58 | 1 | 58 | 3 | |
| Roberts | 10/23/2007 | 58 | 8 | 58 | 19 | P |
| Roberts | 10/23/2007 | 59 | 2 | 59 | 3 | |
| Roberts | 10/23/2007 | 61 | 15 | 61 | 22 | P |
| Roberts | 10/23/2007 | 62 | 1 | 62 | 10 | P |
| Roberts | 10/23/2007 | 65 | 18 | 65 | 19 | |
| Roberts | 10/23/2007 | 66 | 1 | 66 | 1 | |
| Roberts | 10/23/2007 | 66 | 7 | 66 | 9 | |
| Roberts | 10/23/2007 | 66 | 12 | 66 | 13 | |
| Roberts | 10/23/2007 | 66 | 20 | 66 | 21 | |
| Roberts | 10/23/2007 | 67 | 2 | 67 | 4 | |
| Roberts | 10/23/2007 | 67 | 8 | 67 | 10 | |
| Roberts | 10/23/2007 | 68 | 13 | 68 | 17 | P |
| Roberts | 10/23/2007 | 68 | 22 | 69 | 1 | |
| Roberts | 10/23/2007 | 69 | 6 | 69 | 6 | |
| Roberts | 10/23/2007 | 70 | 18 | 71 | 10 | P |
| Roberts | 10/23/2007 | 72 | 22 | 73 | 2 | |
| Roberts | 10/23/2007 | 73 | 18 | 73 | 19 | |
| Roberts | 10/23/2007 | 74 | 19 | 74 | 20 | |
| Roberts | 10/23/2007 | 75 | 1 | 75 | 5 | P |
| Roberts | 10/23/2007 | 75 | 12 | 76 | 9 | P |
| Roberts | 10/23/2007 | 80 | 5 | 80 | 7 | |
| Roberts | 10/23/2007 | 80 | 12 | 80 | 13 | |
| Roberts | 10/23/2007 | 80 | 16 | 80 | 18 | |
| Roberts | 10/23/2007 | 81 | 5 | 81 | 7 | |
| Roberts | 10/23/2007 | 81 | 13 | 81 | 14 | |
| Roberts | 10/23/2007 | 82 | 1 | 82 | 3 | |
| Roberts | 10/23/2007 | 82 | 14 | 82 | 14 | |
| Roberts | 10/23/2007 | 82 | 18 | 82 | 19 | |
| Roberts | 10/23/2007 | 83 | 6 | 83 | 8 | |
| Roberts | 10/23/2007 | 83 | 15 | 83 | 17 | |
| Roberts | 10/23/2007 | 84 | 7 | 84 | 8 | |
| Roberts | 10/23/2007 | 84 | 14 | 84 | 15 | |
| Roberts | 10/23/2007 | 92 | 1 | 92 | 2 | |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Roberts | 10/23/2007 | 92 | 13 | 92 | 17 | |
| Schneller | 8/28/2007 | 225 | 19 | 230 | 11 | F, V, P |
| Spencer | 9/12/2007 | 56 | 20 | 57 | 13 | F, V, P |
| Cerri | 8/16/2007 | 10 | 4 | 10 | 7 | R |
| Cerri | 8/16/2007 | 27 | 4 | 27 | 5 | |
| Cerri | 8/17/2007 | 38 | 17 | 38 | 18 | |
| Cerri | 8/16/2007 | 70 | 9 | 70 | 11 | |
| Cerri | 8/16/2007 | 70 | 21 | 71 | 1 | |
| Cerri | 8/16/2007 Plant | 43 | 11 | 43 | 13 | R, V, P |
| Mueller | 9/12/2007 | 15 | 15 | 19 | 19 | |
| Mueller | 9/12/2007 | 21 | 13 | 21 | 13 | |
| Mueller | 9/12/2007 | 32 | 1 | 32 | 2 | |
| Mueller | 9/12/2007 | 52 | 1 | 52 | 5 | |
| Mueller | 9/12/2007 | 52 | 21 | 52 | 22 | |
| Mueller | 9/12/2007 | 53 | 18 | 53 | 20 | |
| Mueller | 9/12/2007 | 54 | 4 | 54 | 5 | |
| Mueller | 9/12/2007 | 60 | 6 | 61 | 8 | R, P |
| Mueller | 9/12/2007 | 63 | 22 | 63 | 22 | |
| Mueller | 9/12/2007 | 69 | 17 | 69 | 17 | |
| Mueller | 9/12/2007 | 70 | 5 | 70 | 9 | |
| Mueller | 9/12/2007 | 80 | 10 | 80 | 12 | R |
| Mueller | 9/12/2007 | 82 | 18 | 82 | 19 | |
| Mueller | 9/12/2007 | 83 | 21 | 83 | 21 | |
| Mueller | 9/12/2007 | 84 | 4 | 84 | 4 | |
| Mueller | 9/12/2007 | 84 | 17 | 84 | 18 | |
| Mueller | 9/12/2007 | 85 | 11 | 85 | 12 | |
| Mueller | 9/12/2007 | 86 | 21 | 86 | 21 | |
| Mueller | 9/12/2007 | 88 | 6 | 88 | 6 | |
| Mueller | 9/12/2007 | 97 | 2 | 97 | 17 | R, P |
| Mueller | 9/12/2007 | 98 | 21 | 98 | 22 | |
| Mueller | 9/12/2007 | 107 | 12 | 107 | 12 | |
| Mueller | 9/12/2007 | 107 | 16 | 107 | 16 | |
| Mueller | 9/12/2007 | 109 | 20 | 109 | 22 | |
| Mueller | 9/12/2007 | 110 | 4 | 110 | 4 | |
| Mueller | 9/12/2007 | 110 | 22 | 111 | 1 | |
| Mueller | 9/12/2007 | 111 | 4 | 111 | 4 | |
| Mueller | 9/12/2007 | 111 | 11 | 111 | 11 | |
| Mueller | 9/12/2007 | 111 | 14 | 111 | 14 | |
| Mueller | 9/12/2007 | 111 | 18 | 111 | 18 | |
| Mueller | 9/12/2007 | 119 | 22 | 120 | 1 | |
| Mueller | 9/12/2007 | 140 | 14 | 141 | 2 | R, P |
| Mueller | 9/12/2007 | 141 | 5 | 141 | 6 | |
| Mueller | 9/12/2007 | 141 | 9 | 141 | 9 | |
| Mueller | 9/12/2007 | 141 | 11 | 141 | 16 | |
| Mueller | 9/12/2007 | 143 | 1 | 143 | 3 | |
| Mueller | 9/12/2007 | 143 | 15 | 145 | 4 | R, P |
| Mueller | 9/12/2007 | 145 | 10 | 145 | 16 | R, P |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Mueller | 9/12/2007 | 146 | 22 | 147 | 7 | |
| Mueller | 9/12/2007 | 152 | 20 | 153 | 10 | R, P |
| Mueller | 9/12/2007 | 154 | 15 | 155 | 12 | R |
| Mueller | 9/12/2007 | 155 | 18 | 156 | 6 | R |
| Mueller | 9/12/2007 | 157 | 7 | 158 | 8 | R, P |
| Mueller | 9/12/2007 | 160 | 6 | 160 | 7 | |
| Mueller | 9/12/2007 | 162 | 17 | 163 | 22 | R, P |
| Mueller | 9/12/2007 | 164 | 15 | 166 | 11 | R, F, P |
| Mueller | 9/12/2007 | 167 | 1 | 167 | 1 | |
| Mueller | 9/12/2007 | 167 | 17 | 167 | 19 | |
| Mueller | 9/12/2007 | 168 | 6 | 168 | 9 | |
| Mueller | 9/12/2007 | 168 | 15 | 168 | 16 | |
| Mueller | 9/12/2007 | 169 | 6 | 169 | 8 | |
| Mueller | 9/12/2007 | 169 | 22 | 171 | 9 | F, R, P |
| Mueller | 9/12/2007 | 171 | 14 | 171 | 15 | |
| Mueller | 9/12/2007 | 172 | 1 | 172 | 2 | |
| Mueller | 9/12/2007 | 172 | 5 | 172 | 6 | |
| Mueller | 9/12/2007 | 176 | 3 | 176 | 15 | R, P |
| Mueller | 9/12/2007 | 176 | 16 | 178 | 11 | P |
| Mueller | 9/12/2007 | 179 | 10 | 180 | 22 | R, P |
| Mueller | 9/12/2007 | 181 | 8 | 181 | 10 | |
| Mueller | 9/12/2007 | 182 | 2 | 182 | 3 | |
| Mueller | 9/12/2007 | 182 | 11 | 182 | 12 | |
| Mueller | 9/12/2007 | 183 | 9 | 183 | 10 | |
| Mueller | 9/12/2007 | 183 | 12 | 183 | 13 | |
| Mueller | 9/12/2007 | 194 | 10 | 195 | 2 | R, P |
| Mueller | 9/12/2007 | 195 | 6 | 195 | 7 | |
| Mueller | 9/12/2007 | 195 | 19 | 195 | 20 | |
| Mueller | 9/12/2007 | 215 | 1 | 215 | 16 | R, P |
| Mueller | 9/12/2007 | 221 | 1 | 224 | 12 | R, P |
| Mueller | 9/12/2007 | 224 | 19 | 225 | 1 | R, P |
| Mueller | 9/12/2007 | 225 | 4 | 225 | 22 | R, P |
| Mueller | 9/12/2007 | 227 | 16 | 228 | 7 | R, P |
| Mueller | 9/12/2007 | 232 | 7 | 232 | 7 | |
| Mueller | 9/12/2007 | 233 | 22 | 234 | 18 | R, P |
| Mueller | 9/12/2007 | 239 | 6 | 240 | 2 | R, P |
| Mueller | 9/12/2007 | 315 | 11 | 315 | 11 | |
| Mueller | 9/12/2007 | 316 | 5 | 316 | 5 | |
| Mueller | 9/12/2007 | 316 | 16 | 318 | 6 | R, P |
| Mueller | 9/12/2007 | 320 | 16 | 321 | 10 | R |
| Mueller | 9/12/2007 | 334 | 17 | 334 | 21 | |
| Mueller | 9/12/2007 | 337 | 1 | 337 | 10 | |
| Shankland | 9/20/2007 | 10 | 11 | 10 | 11 | |
| Shankland | 9/20/2007 | 10 | 13 | 10 | 20 | |
| Shankland | 9/20/2007 | 15 | 7 | 15 | 7 | |
| Shankland | 9/20/2007 | 16 | 12 | 16 | 13 | |
| Shankland | 9/20/2007 | 30 | 15 | 30 | 15 | |
| Shankland | 9/20/2007 | 32 | 10 | 32 | 15 | |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Shankland | 9/20/2007 | 33 | 11 | 34 | 15 | R, P |
| Shankland | 9/20/2007 | 35 | 7 | 35 | 7 | |
| Shankland | 9/20/2007 | 36 | 12 | 36 | 12 | |
| Shankland | 9/20/2007 | 37 | 2 | 37 | 3 | |
| Shankland | 9/20/2007 | 38 | 1 | 38 | 1 | |
| Shankland | 9/20/2007 | 41 | 21 | 41 | 21 | |
| Shankland | 9/20/2007 | 42 | 9 | 42 | 9 | |
| Shankland | 9/20/2007 | 44 | 7 | 44 | 7 | |
| Shankland | 9/20/2007 | 44 | 14 | 44 | 14 | |
| Shankland | 9/20/2007 | 45 | 17 | 46 | 12 | R |
| Shankland | 9/20/2007 | 47 | 10 | 47 | 10 | |
| Shankland | 9/20/2007 | 47 | 21 | 47 | 21 | |
| Shankland | 9/20/2007 | 49 | 13 | 49 | 13 | |
| Shankland | 9/20/2007 | 50 | 22 | 51 | 16 | R |
| Shankland | 9/20/2007 | 51 | 19 | 51 | 19 | |
| Shankland | 9/20/2007 | 52 | 19 | 52 | 19 | |
| Shankland | 9/20/2007 | 53 | 22 | 53 | 22 | |
| Shankland | 9/20/2007 | 54 | 11 | 54 | 11 | |
| Shankland | 9/20/2007 | 91 | 14 | 91 | 14 | |
| Shankland | 9/20/2007 | 93 | 10 | 93 | 10 | |
| Shankland | 9/20/2007 | 96 | 21 | 98 | 6 | |
| Shankland | 9/20/2007 | 98 | 9 | 98 | 9 | |
| Shankland | 9/20/2007 | 98 | 22 | 100 | 13 | P |
| Shankland | 9/20/2007 | 101 | 4 | 101 | 9 | |
| Shankland | 9/20/2007 | 101 | 14 | 102 | 4 | R, P |
| Shankland | 9/20/2007 | 102 | 15 | 103 | 13 | |
| Shankland | 9/20/2007 | 104 | 6 | 104 | 7 | |
| Shankland | 9/20/2007 | 104 | 20 | 105 | 4 | R |
| Shankland | 9/20/2007 | 105 | 8 | 105 | 8 | |
| Shankland | 9/20/2007 | 106 | 1 | 106 | 1 | |
| Shankland | 9/20/2007 | 106 | 3 | 108 | 4 | R, P |
| Shankland | 9/20/2007 | 108 | 8 | 108 | 9 | |
| Shankland | 9/20/2007 | 108 | 15 | 108 | 15 | |
| Shankland | 9/20/2007 | 108 | 17 | 109 | 11 | R, P |
| Shankland | 9/20/2007 | 111 | 11 | 111 | 12 | |
| Shankland | 9/20/2007 | 111 | 16 | 111 | 16 | |
| Shankland | 9/20/2007 | 111 | 18 | 111 | 18 | |
| Shankland | 9/20/2007 | 112 | 2 | 112 | 2 | |
| Shankland | 9/20/2007 | 113 | 4 | 113 | 7 | |
| Shankland | 9/20/2007 | 113 | 11 | 113 | 12 | |
| Shankland | 9/20/2007 | 115 | 14 | 116 | 3 | R, P |
| Shankland | 9/20/2007 | 116 | 6 | 116 | 6 | |
| Shankland | 9/20/2007 | 116 | 12 | 117 | 2 | R, P |
| Shankland | 9/20/2007 | 118 | 16 | 118 | 16 | |
| Shankland | 9/20/2007 | 119 | 2 | 119 | 21 | R |
| Shankland | 9/20/2007 | 120 | 4 | 120 | 4 | |
| Shankland | 9/20/2007 | 120 | 13 | 120 | 16 | |
| Shankland | 9/20/2007 | 120 | 20 | 120 | 20 | |

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Shankland | 9/20/2007 | 121 | 5 | 121 | 5 | |
| Shankland | 9/20/2007 | 121 | 13 | 121 | 13 | |
| Shankland | 9/20/2007 | 121 | 21 | 122 | 10 | R, P |
| Shankland | 9/20/2007 | 122 | 13 | 122 | 14 | |
| Shankland | 9/20/2007 | 122 | 22 | 123 | 22 | R, P |
| Shankland | 9/20/2007 | 130 | 12 | 130 | 12 | |
| Shankland | 9/20/2007 | 133 | 7 | 133 | 15 | R |
| Shankland | 9/20/2007 | 133 | 19 | 133 | 19 | |
| Shankland | 9/20/2007 | 134 | 8 | 134 | 9 | |
| Shankland | 9/20/2007 | 135 | 14 | 137 | 16 | P |
| Shankland | 9/20/2007 | 138 | 18 | 138 | 18 | |
| Shankland | 9/20/2007 | 139 | 3 | 139 | 4 | |
| Shankland | 9/20/2007 | 139 | 20 | 141 | 10 | R |
| Shankland | 9/20/2007 | 142 | 22 | 142 | 22 | |
| Shankland | 9/20/2007 | 144 | 15 | 145 | 10 | R |
| Shankland | 9/20/2007 | 169 | 9 | 169 | 10 | |
| Shankland | 9/20/2007 | 169 | 21 | 170 | 9 | R, P |
| Shankland | 9/20/2007 | 176 | 6 | 176 | 7 | |
| Shankland | 9/20/2007 | 177 | 1 | 177 | 3 | INC, R |
| Shankland | 9/20/2007 | 179 | 6 | 180 | 7 | R, P |
| Shankland | 9/20/2007 | 181 | 3 | 181 | 4 | |
| Shankland | 9/20/2007 | 181 | 11 | 181 | 11 | |
| Shankland | 9/20/2007 | 182 | 3 | 182 | 4 | |
| Shankland | 9/20/2007 | 182 | 21 | 184 | 16 | R, P |
| Shankland | 9/20/2007 | 193 | 17 | 193 | 17 | |
| Shankland | 9/20/2007 | 194 | 10 | 194 | 11 | |
| Shankland | 9/20/2007 | 195 | 2 | 195 | 2 | |
| Tung | 9/19/2007 | 24 | 6 | 24 | 7 | |
| Tung | 9/19/2007 | 41 | 18 | 41 | 21 | |
| Tung | 9/19/2007 | 43 | 1 | 43 | 7 | |
| Tung | 9/19/2007 | 43 | 13 | 43 | 14 | |
| Tung | 9/19/2007 | 62 | 19 | 64 | 21 | R, P |
| Tung | 9/19/2007 | 66 | 10 | 66 | 18 | R, H |
| Tung | 9/19/2007 | 67 | 8 | 67 | 10 | |
| Tung | 9/19/2007 | 68 | 6 | 68 | 7 | |
| Tung | 9/19/2007 | 69 | 14 | 69 | 15 | |
| Tung | 9/19/2007 | 72 | 11 | 72 | 13 | |
| Tung | 9/19/2007 | 72 | 19 | 72 | 19 | |
| Tung | 9/19/2007 | 81 | 13 | 81 | 17 | |
| Tung | 9/19/2007 | 107 | 20 | 108 | 1 | R, P |
| Tung | 9/19/2007 | 142 | 18 | 142 | 19 | |
| Tung | 9/19/2007 | 143 | 14 | 143 | 17 | P |
| Tung | 9/19/2007 | 148 | 11 | 148 | 11 | |
| Tung | 9/19/2007 | 148 | 21 | 148 | 21 | |
| Tung | 9/19/2007 | 149 | 9 | 149 | 9 | |
| Tung | 9/19/2007 | 151 | 14 | 151 | 15 | |
| Tung | 9/19/2007 | 159 | 10 | 159 | 11 | |
| Tung | 9/19/2007 | 177 | 15 | 177 | 20 | F |

13

Exhibit 10
Honeywell's Counter-Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | First Page | First Line | Last Page | Last Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Tung | 9/19/2007 | 180 | 16 | 180 | 22 | |
| Tung | 9/19/2007 | 181 | 9 | 181 | 9 | |
| Tung | 9/19/2007 | 183 | 7 | 183 | 7 | |
| Tung | 9/19/2007 | 183 | 18 | 183 | 18 | |
| Tung | 9/19/2007 | 183 | 13 | 183 | 13 | |
| Tung | 9/19/2007 | 186 | 7 | 186 | 8 | |
| Tung | 9/19/2007 | 189 | 22 | 189 | 22 | |
| Tung | 9/19/2007 | 191 | 11 | 191 | 11 | |
| Tung | 9/19/2007 | 196 | 1 | 196 | 1 | |
| Tung | 9/19/2007 | 196 | 6 | 196 | 9 | |
| Tung | 9/19/2007 | 199 | 7 | 199 | 11 | R, P |
| Tung | 9/19/2007 | 199 | 15 | 200 | 7 | F, R, P |
| Tung | 9/19/2007 | 201 | 5 | 201 | 5 | |
| Tung | 9/19/2007 | 202 | 8 | 202 | 8 | |
| Tung | 9/19/2007 | 202 | 22 | 202 | 22 | |
| Tung | 9/19/2007 | 204 | 5 | 219 | 10 | F, R, P |
| Tung | 9/19/2007 | 219 | 17 | 222 | 22 | R, P |
| Tung | 9/19/2007 | 231 | 16 | 232 | 5 | |
| Tung | 9/19/2007 | 238 | 15 | 238 | 19 | |
| Tung | 9/19/2007 | 239 | 16 | 239 | 17 | |
| Tung | 9/19/2007 | 239 | 22 | 239 | 22 | |
| Tung | 9/19/2007 | 240 | 2 | 240 | 2 | |
| Tung | 9/19/2007 | 240 | 10 | 240 | 11 | |
| Tung | 9/19/2007 | 240 | 22 | 241 | 2 | |
| Tung | 9/19/2007 | 242 | 2 | 242 | 2 | |
| Tung | 9/19/2007 | 242 | 22 | 244 | 13 | R, P |
| Tung | 9/19/2007 | 244 | 21 | 245 | 13 | V, P, H |
| Tung | 9/19/2007 | 245 | 18 | 245 | 18 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| SOLVAY, S.A., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-557-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**OBJECTION KEY**

The abbreviations used by Solvay, S.A. ("Solvay") for its objections to Honeywell

International Inc.'s ("Honeywell") proposed trial exhibits and designated deposition testimony

correspond to the objections listed below:

**I.      AUTHENTICATION**

Solvay objects to certain Honeywell proposed exhibits on the grounds that the

authenticity of the documents has not been established.  *See* Fed. R. Evid. 901(a) (Objection

Code A).

**II.     LACK OF FOUNDATION**

Solvay objects to certain Honeywell proposed exhibits or deposition testimony that lack

an adequate foundation and/or lack of personal knowledge for admission into evidence.  *See* Fed.

R. Evid. 104(b), 602.  (Objection Code F).

**III.    FOREIGN LANGUAGE / TRANSLATION**

Solvay objects to certain Honeywell proposed exhibits that are written in a foreign

language and that lack a certified English language translation, or, for the exhibits that contain a

certified English language translation, Solvay objects to the accuracy of such translation.   For

certain Honeywell proposed deposition testimony that was conducted in a foreign language with

the assistance of a translator, Solavy objects to the accuracy of such translation.  (Objection Code

T).

## IV.    **HEARSAY**

Solvay objects to certain Honeywell proposed exhibits or deposition testimony that

constitute or include hearsay to the extent that such documents or deposition testimony are

offered as evidence in their own right as proof of the truth of the matter asserted.  *See* Fed. R.

Evid. 801 and 802 (Objection Code H).

## V.    **INCOMPLETE / ILLEGIBLE**

Solvay objects to certain Honeywell proposed exhibits that consist of incomplete and

partial documents and/or are illegible.  *See* Fed. R. Evid. 106 (Objection Code INC).

## VI.    **PREJUDICIAL, CONFUSING, OR MISLEADING**

Solvay objects to certain Honeywell proposed exhibits or designated deposition

testimony as prejudicial, confusing, and/or misleading.   *See* Fed. R. Evid. 403 (Objection Code

P).

## VII.    **RELEVANCE**

Solvay objects to the relevancy of certain Honeywell proposed exhibits or designated

deposition testimony that do not tend to make the existence of any fact that is of consequence to

the determination of the action more probable or less probable than it would be without the

evidence. *See* Fed. R. Evid. 401 and 402 (Objection Code R).

## VIII.  **DOCUMENTS NOT PRODUCED IN DISCOVERY**

Solvay objects to certain Honeywell proposed exhibits that were not produced in discovery.  Solvay requests that these documents be excluded since their inclusion at the trial would be prejudicial to Solvay.  (Objection Code NP).

## IX.  **FORM OF QUESTION**

Solvay objects to certain portions of Honeywell proposed deposition testimony in which the question asked of the deponent was vague, compound, or complex.  (Objection Code V).

## X.  **OUTSIDE THE SCOPE OF 30(B)(6) NOTICE**

Solvay objects to certain portions of Honeywell proposed deposition testimony in which the question asked of the deponent  was outside the scope of the 30(b)(6) designation. (Objection Code S).

## XI.  **OFFER OF COMPROMISE**

Solvay objects to certain documents or testimony offered by Honeywell as an inadmissible offer of compromise or as conduct or statements made in compromise negotiations regarding a claim.  *See* Fed. R. Evid. 408 (Objection Code C).

# EXHIBIT 11

Exhibit 11

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Balthasart, D. | 10/10/2007 | 10 | 5 | 10 | 12 | |
| Balthasart, D. | 10/10/2007 | 10 | 22 | 10 | 24 | |
| Balthasart, D. | 10/10/2007 | 13 | 21 | 15 | 19 | F, T |
| Balthasart, D. | 10/10/2007 | 17 | 10 | 18 | 4 | F |
| Balthasart, D. | 10/10/2007 | 18 | 20 | 28 | 12 | F, P, T |
| Balthasart, D. | 10/10/2007 | 28 | 17 | 28 | 23 | |
| Balthasart, D. | 10/10/2007 | 29 | 5 | 29 | 24 | F, P |
| Balthasart, D. | 10/10/2007 | 33 | 14 | 34 | 8 | F, P |
| Balthasart, D. | 10/10/2007 | 36 | 7 | 36 | 16 | F |
| Balthasart, D. | 10/10/2007 | 39 | 4 | 40 | 8 | R |
| Balthasart, D. | 10/10/2007 | 41 | 12 | 43 | 6 | R |
| Balthasart, D. | 10/10/2007 | 45 | 12 | 46 | 2 | F, P, T |
| Balthasart, D. | 10/10/2007 | 46 | 9 | 47 | 20 | T, F |
| Balthasart, D. | 10/10/2007 | 48 | 7 | 49 | 2 | T, F |
| Balthasart, D. | 10/10/2007 | 49 | 10 | 49 | 13 | F |
| Balthasart, D. | 10/10/2007 | 51 | 23 | 52 | 16 | R, P |
| Balthasart, D. | 10/10/2007 | 53 | 8 | 54 | 13 | T |
| Balthasart, D. | 10/10/2007 | 56 | 20 | 57 | 3 | F |
| Balthasart, D. | 10/10/2007 | 59 | 5 | 59 | 7 | |
| Balthasart, D. | 10/10/2007 | 61 | 25 | 62 | 14 | F |
| Balthasart, D. | 10/10/2007 | 62 | 21 | 63 | 18 | T |
| Balthasart, D. | 10/10/2007 | 64 | 1 | 64 | 10 | |
| Balthasart, D. | 10/10/2007 | 64 | 15 | 64 | 20 | |
| Balthasart, D. | 10/10/2007 | 89 | 14 | 89 | 25 | P, F |
| Balthasart, D. | 10/10/2007 | 93 | 7 | 94 | 20 | P, T |
| Balthasart, D. | 10/10/2007 | 97 | 5 | 97 | 10 | P |
| Balthasart, D. | 10/10/2007 | 102 | 19 | 103 | 1 | P |
| Balthasart, D. | 10/10/2007 | 104 | 12 | 105 | 2 | P |
| Bush, T. | 5/6/2008 | 5 | 2 | 5 | 11 | |
| Bush, T. | 5/6/2008 | 7 | 14 | 11 | 14 | P |
| Bush, T. | 5/6/2008 | 11 | 22 | 12 | 17 | R |
| Bush, T. | 5/6/2008 | 13 | 10 | 13 | 20 | P |
| Bush, T. | 5/6/2008 | 15 | 5 | 15 | 7 | |
| Bush, T. | 5/6/2008 | 15 | 20 | 15 | 22 | |
| Bush, T. | 5/6/2008 | 16 | 10 | 16 | 21 | |
| Bush, T. | 5/6/2008 | 17 | 10 | 22 | 7 | R, P |
| Bush, T. | 5/6/2008 | 34 | 21 | 35 | 9 | R |
| Bush, T. | 5/6/2008 | 35 | 15 | 36 | 2 | R |
| Bush, T. | 5/6/2008 | 38 | 4 | 41 | 10 | |
| Bush, T. | 5/6/2008 | 46 | 4 | 46 | 21 | |
| Bush, T. | 5/6/2008 | 48 | 6 | 50 | 18 | |
| Bush, T. | 5/6/2008 | 65 | 14 | 66 | 18 | |
| Bush, T. | 5/6/2008 | 67 | 13 | 68 | 19 | F |
| Bush, T. | 5/6/2008 | 76 | 4 | 76 | 8 | P |
| Bush, T. | 5/6/2008 | 82 | 12 | 84 | 9 | R |
| Bush, T. | 5/6/2008 | 84 | 18 | 85 | 19 | |
| Bush, T. | 5/6/2008 | 86 | 21 | 95 | 13 | |
| Bush, T. | 5/6/2008 | 95 | 22 | 96 | 17 | |

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Bush, T. | 5/6/2008 | 97 | 14 | 99 | 18 | |
| Bush, T. | 5/6/2008 | 102 | 2 | 102 | 11 | |
| Bush, T. | 5/6/2008 | 102 | 15 | 112 | 12 | |
| Bush, T. | 5/6/2008 | 112 | 15 | 114 | 2 | |
| Bush, T. | 5/6/2008 | 114 | 9 | 115 | 10 | P |
| Bush, T. | 5/6/2008 | 121 | 7 | 124 | 8 | P |
| Bush, T. | 5/6/2008 | 125 | 10 | 126 | 15 | P |
| Carson, C. | 5/1/2008 | 4 | 17 | 5 | 4 | |
| Carson, C. | 5/1/2008 | 7 | 1 | 7 | 4 | P |
| Carson, C. | 5/1/2008 | 7 | 7 | 9 | 1 | F |
| Carson, C. | 5/1/2008 | 9 | 4 | 9 | 17 | F |
| Carson, C. | 5/1/2008 | 9 | 21 | 11 | 9 | F |
| Carson, C. | 5/1/2008 | 15 | 1 | 18 | 9 | F, R, P |
| Carson, C. | 5/1/2008 | 19 | 11 | 21 | 8 | F |
| Carson, C. | 5/1/2008 | 21 | 12 | 22 | 14 | F |
| Carson, C. | 5/1/2008 | 26 | 22 | 28 | 2 | |
| Carson, C. | 5/1/2008 | 29 | 17 | 31 | 18 | R, F |
| Carson, C. | 5/1/2008 | 33 | 11 | 36 | 20 | R, F |
| Carson, C. | 5/1/2008 | 37 | 6 | 37 | 16 | R, F |
| Carson, C. | 5/1/2008 | 38 | 6 | 38 | 14 | R, F |
| Carson, C. | 5/1/2008 | 44 | 1 | 48 | 2 | R, F |
| Carson, C. | 5/1/2008 | 48 | 14 | 49 | 17 | F, R |
| Carson, C. | 5/1/2008 | 51 | 5 | 51 | 16 | P |
| Carson, C. | 5/1/2008 | 54 | 5 | 54 | 14 | F |
| Carson, C. | 5/1/2008 | 56 | 14 | 57 | 9 | F |
| Carson, C. | 5/1/2008 | 60 | 9 | 60 | 21 | P |
| Carson, C. | 5/1/2008 | 61 | 20 | 62 | 20 | |
| Carson, C. | 5/1/2008 | 63 | 22 | 64 | 15 | |
| Carson, C. | 5/1/2008 | 69 | 11 | 69 | 18 | P |
| Carson | 5/1/2008 | 70 | 22 | 71 | 11 | V, F |
| Dziadyk, Z. | 4/30/2008 | 4 | 19 | 5 | 11 | P |
| Dziadyk, Z. | 4/30/2008 | 7 | 1 | 7 | 17 | P |
| Dziadyk, Z. | 4/30/2008 | 9 | 3 | 10 | 7 | |
| Dziadyk, Z. | 4/30/2008 | 10 | 19 | 11 | 14 | F, R |
| Dziadyk, Z. | 4/30/2008 | 25 | 12 | 25 | 21 | R |
| Dziadyk, Z. | 4/30/2008 | 26 | 9 | 27 | 20 | R |
| Dziadyk, Z. | 4/30/2008 | 28 | 4 | 29 | 16 | R |
| Dziadyk, Z. | 4/30/2008 | 32 | 16 | 33 | 8 | R |
| Dziadyk, Z. | 4/30/2008 | 36 | 4 | 37 | 5 | |
| Dziadyk, Z. | 4/30/2008 | 44 | 21 | 45 | 17 | F |
| Dziadyk, Z. | 4/30/2008 | 54 | 18 | 55 | 1 | |
| Dziadyk, Z. | 4/30/2008 | 56 | 2 | 56 | 10 | |
| Dziadyk, Z. | 4/30/2008 | 57 | 8 | 58 | 11 | R |
| Dziadyk, Z. | 4/30/2008 | 69 | 18 | 71 | 14 | R |
| Dziadyk, Z. | 4/30/2008 | 89 | 20 | 90 | 6 | F |
| Dziadyk, Z. | 4/30/2008 | 92 | 9 | 92 | 13 | |
| Friedenson, J. | 10/25/2007 | 7 | 1 | 7 | 13 | |
| Friedenson, J. | 10/25/2007 | 8 | 9 | 12 | 17 | |

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Friedenson, J. | 10/25/2007 | 22 | 11 | 24 | 9 | R |
| Friedenson, J. | 10/25/2007 | 38 | 20 | 39 | 1 | |
| Friedenson, J. | 10/25/2007 | 41 | 15 | 42 | 5 | R |
| Friedenson, J. | 10/25/2007 | 42 | 6 | 45 | 20 | R |
| Friedenson, J. | 10/25/2007 | 52 | 7 | 54 | 7 | R |
| Friedenson, J. | 10/25/2007 | 57 | 12 | 58 | 18 | |
| Friedenson, J. | 10/25/2007 | 70 | 3 | 75 | 18 | |
| Friedenson, J. | 10/25/2007 | 81 | 3 | 99 | 12 | R, P |
| Harris, J. | 9/18/2007 | 5 | 4 | 5 | 21 | |
| Harris, J. | 9/18/2007 | 10 | 11 | 14 | 1 | |
| Harris, J. | 9/18/2007 | 29 | 3 | 32 | 21 | |
| Harris, J. | 9/18/2007 | 34 | 2 | 49 | 19 | |
| Harris, J. | 9/18/2007 | 76 | 1 | 76 | 14 | |
| Harris, J. | 9/18/2007 | 77 | 6 | 77 | 12 | |
| Harris, J. | 9/18/2007 | 125 | 7 | 133 | 14 | R, P |
| Harris, J. | 9/18/2007 | 138 | 7 | 142 | 14 | R, P |
| Harris, J. | 9/18/2007 | 148 | 12 | 151 | 21 | R, P |
| Harris, J. | 9/18/2007 | 158 | 13 | 159 | 2 | R, P |
| Harris, J. | 9/18/2007 | 159 | 12 | 160 | 2 | R, P |
| Harris, J. | 9/18/2007 | 163 | 5 | 165 | 16 | R, P |
| Harris, J. | 9/18/2007 | 170 | 22 | 174 | 4 | R, P |
| Harris, J. | 9/18/2007 | 175 | 11 | 177 | 11 | R, P |
| Harris, J. | 9/18/2007 | 181 | 19 | 189 | 2 | R, P |
| Harris, J. | 9/18/2007 | 190 | 16 | 192 | 3 | R, P |
| Harris, J. | 9/18/2007 | 196 | 6 | 197 | 14 | R, P |
| Jacques, P. | 9/24/2007 | 4 | 2 | 5 | 3 | |
| Jacques, P. | 9/24/2007 | 5 | 25 | 6 | 18 | |
| Jacques, P. | 9/24/2007 | 9 | 17 | 10 | 15 | |
| Jacques, P. | 9/24/2007 | 10 | 18 | 11 | 22 | |
| Jacques, P. | 9/24/2007 | 17 | 11 | 18 | 21 | F, R, S |
| Jacques, P. | 9/24/2007 | 35 | 3 | 35 | 13 | |
| Jacques, P. | 9/24/2007 | 37 | 5 | 38 | 18 | R, V |
| Jacques, P. | 9/24/2007 | 40 | 7 | 41 | 18 | R |
| Jacques, P. | 9/24/2007 | 45 | 19 | 45 | 22 | R |
| Jacques, P. | 9/24/2007 | 51 | 4 | 53 | 5 | V |
| Jacques, P. | 9/24/2007 | 55 | 7 | 56 | 25 | V |
| Jacques, P. | 9/24/2007 | 72 | 12 | 76 | 3 | V |
| Jacques, P. | 9/24/2007 | 77 | 7 | 78 | 9 | R |
| Jacques, P. | 9/24/2007 | 79 | 23 | 90 | 1 | P, V |
| Jacques, P. | 9/24/2007 | 91 | 15 | 91 | 21 | V |
| Jacques, P. | 9/24/2007 | 93 | 5 | 94 | 2 | R |
| Jacques, P. | 9/24/2007 | 95 | 4 | 96 | 16 | |
| Jacques, P. | 9/24/2007 | 98 | 13 | 101 | 10 | P, R, S, V |
| Jacques, P. | 9/24/2007 | 105 | 16 | 105 | 22 | R |
| Jacques, P. | 9/24/2007 | 110 | 5 | 110 | 24 | V |
| Jacques, P. | 9/24/2007 | 112 | 3 | 112 | 17 | |
| Jacques, P. | 9/24/2007 | 112 | 24 | 122 | 5 | V |
| Jacques, P. | 9/24/2007 | 124 | 4 | 128 | 4 | R |

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Jacques, P. | 9/24/2007 | 130 | 10 | 131 | 11 | V |
| Jacques, P. | 9/24/2007 | 134 | 9 | 135 | 12 | |
| Jacques, P. | 9/24/2007 | 140 | 17 | 141 | 4 | V |
| Jacques, P. | 9/25/2007 | 151 | 13 | 152 | 1 | |
| Jacques, P. | 9/25/2007 | 154 | 11 | 155 | 6 | |
| Jacques, P. | 9/25/2007 | 157 | 23 | 158 | 2 | R, S |
| Jacques, P. | 9/25/2007 | 169 | 9 | 170 | 23 | R |
| Jacques, P. | 9/25/2007 | 175 | 20 | 177 | 7 | V |
| Jacques, P. | 9/25/2007 | 178 | 21 | 179 | 2 | V |
| Jacques, P. | 9/25/2007 | 194 | 22 | 197 | 1 | V |
| Jacques, P. | 9/25/2007 | 203 | 15 | 203 | 19 | |
| Jacques, P. | 9/25/2007 | 214 | 4 | 216 | 13 | R, V |
| Jacques, P. | 9/25/2007 | 220 | 5 | 220 | 23 | V |
| Jacques, P. | 9/25/2007 | 223 | 22 | 231 | 21 | F, V |
| Jacques, P. | 9/25/2007 | 233 | 10 | 235 | 10 | |
| Janssens, F. | 7/12/2007 | 4 | 2 | 4 | 24 | |
| Janssens, F. | 7/12/2007 | 5 | 22 | 6 | 7 | |
| Janssens, F. | 7/12/2007 | 6 | 12 | 6 | 20 | |
| Janssens, F. | 7/12/2007 | 7 | 18 | 8 | 14 | |
| Janssens, F. | 7/12/2007 | 9 | 16 | 10 | 10 | |
| Janssens, F. | 7/12/2007 | 10 | 21 | 11 | 20 | |
| Janssens, F. | 7/12/2007 | 13 | 6 | 13 | 12 | |
| Janssens, F. | 7/12/2007 | 13 | 16 | 14 | 16 | |
| Janssens, F. | 7/12/2007 | 16 | 3 | 16 | 8 | |
| Janssens, F. | 7/12/2007 | 33 | 6 | 37 | 13 | |
| Janssens, F. | 7/12/2007 | 38 | 19 | 39 | 7 | V |
| Janssens, F. | 7/12/2007 | 39 | 18 | 39 | 24 | |
| Janssens, F. | 7/12/2007 | 40 | 6 | 42 | 12 | |
| Janssens, F. | 7/12/2007 | 42 | 20 | 43 | 6 | |
| Janssens, F. | 7/12/2007 | 43 | 15 | 43 | 19 | |
| Janssens, F. | 7/12/2007 | 44 | 19 | 45 | 6 | |
| Janssens, F. | 7/12/2007 | 45 | 19 | 45 | 21 | R, F |
| Janssens, F. | 7/12/2007 | 46 | 6 | 48 | 2 | V, R, F |
| Janssens, F. | 7/12/2007 | 49 | 2 | 54 | 1 | V, R, P, F |
| Janssens, F. | 7/12/2007 | 55 | 8 | 55 | 15 | R, P, F |
| Janssens, F. | 7/12/2007 | 56 | 2 | 56 | 18 | F, R, P |
| Janssens, F. | 7/12/2007 | 57 | 2 | 57 | 6 | R |
| Janssens, F. | 7/12/2007 | 58 | 15 | 58 | 20 | R |
| Janssens, F. | 7/12/2007 | 60 | 11 | 61 | 21 | R, P |
| Janssens, F. | 7/12/2007 | 62 | 5 | 63 | 13 | R, P, F |
| Janssens, F. | 7/12/2007 | 64 | 18 | 64 | 20 | |
| Janssens, F. | 7/12/2007 | 65 | 4 | 65 | 16 | F |
| Janssens, F. | 7/12/2007 | 67 | 3 | 67 | 10 | V |
| Janssens, F. | 7/12/2007 | 71 | 8 | 72 | 7 | F |
| Janssens, F. | 7/12/2007 | 74 | 14 | 76 | 22 | F |
| Janssens, F. | 7/12/2007 | 77 | 13 | 78 | 7 | F |
| Janssens, F. | 7/12/2007 | 89 | 14 | 89 | 24 | |
| Janssens, F. | 7/12/2007 | 90 | 5 | 90 | 11 | |

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Janssens, F. | 7/12/2007 | 98 | 1 | 98 | 24 | R |
| Janssens, F. | 7/12/2007 | 99 | 20 | 99 | 22 | V |
| Janssens, F. | 7/12/2007 | 100 | 13 | 100 | 15 | |
| Janssens, F. | 7/12/2007 | 101 | 3 | 102 | 12 | |
| Janssens, F. | 7/12/2007 | 116 | 4 | 116 | 6 | |
| Janssens, F. | 7/12/2007 | 117 | 1 | 117 | 16 | |
| Janssens, F. | 7/13/2007 | 130 | 10 | 132 | 23 | |
| Janssens, F. | 7/13/2007 | 139 | 19 | 141 | 18 | |
| Janssens, F. | 7/13/2007 | 142 | 12 | 146 | 5 | T, V |
| Janssens, F. | 7/13/2007 | 146 | 18 | 155 | 23 | T, R, P |
| Janssens, F. | 7/13/2007 | 158 | 16 | 160 | 21 | |
| Janssens, F. | 7/13/2007 | 161 | 1 | 161 | 13 | R |
| Janssens, F. | 7/13/2007 | 162 | 6 | 162 | 11 | R, P |
| Janssens, F. | 7/13/2007 | 162 | 16 | 164 | 19 | R, P |
| Janssens, F. | 7/13/2007 | 164 | 23 | 166 | 7 | |
| Janssens, F. | 7/13/2007 | 167 | 10 | 167 | 12 | R, P, F |
| Janssens, F. | 7/13/2007 | 169 | 11 | 170 | 16 | |
| Janssens, F. | 7/13/2007 | 171 | 10 | 172 | 6 | R, P, F |
| Janssens, F. | 7/13/2007 | 175 | 14 | 175 | 24 | |
| Janssens, F. | 7/13/2007 | 176 | 8 | 177 | 8 | |
| Janssens, F. | 7/13/2007 | 178 | 16 | 180 | 3 | P, F |
| Kroeger, H. | 9/21/2007 | 4 | 15 | 4 | 20 | |
| Kroeger, H. | 9/21/2007 | 5 | 11 | 5 | 18 | |
| Kroeger, H. | 9/21/2007 | 6 | 10 | 6 | 19 | |
| Kroeger, H. | 9/21/2007 | 7 | 9 | 7 | 21 | |
| Kroeger, H. | 9/21/2007 | 8 | 2 | 8 | 14 | |
| Kroeger, H. | 9/21/2007 | 9 | 2 | 10 | 21 | |
| Kroeger, H. | 9/21/2007 | 11 | 10 | 12 | 23 | |
| Kroeger, H. | 9/21/2007 | 13 | 21 | 14 | 4 | |
| Kroeger, H. | 9/21/2007 | 16 | 8 | 16 | 16 | |
| Kroeger, H. | 9/21/2007 | 16 | 23 | 17 | 6 | V |
| Kroeger, H. | 9/21/2007 | 18 | 17 | 18 | 19 | |
| Kroeger, H. | 9/21/2007 | 20 | 9 | 21 | 22 | V |
| Kroeger, H. | 9/21/2007 | 22 | 3 | 23 | 21 | V |
| Kroeger, H. | 9/21/2007 | 24 | 13 | 24 | 25 | |
| Kroeger, H. | 9/21/2007 | 25 | 20 | 26 | 4 | |
| Kroeger, H. | 9/21/2007 | 31 | 17 | 32 | 16 | |
| Kroeger, H. | 9/21/2007 | 38 | 24 | 40 | 18 | |
| Kroeger, H. | 9/21/2007 | 40 | 24 | 41 | 6 | |
| Kroeger, H. | 9/21/2007 | 41 | 17 | 42 | 17 | |
| Kroeger, H. | 9/21/2007 | 46 | 1 | 46 | 8 | R |
| Kroeger, H. | 9/21/2007 | 50 | 8 | 50 | 13 | |
| Kroeger, H. | 9/21/2007 | 51 | 4 | 51 | 14 | R |
| Kroeger, H. | 9/21/2007 | 51 | 20 | 56 | 22 | F, P, R, V |
| Kroeger, H. | 9/21/2007 | 57 | 15 | 57 | 23 | |
| Kroeger, H. | 9/21/2007 | 58 | 21 | 61 | 13 | R |
| Kroeger, H. | 9/21/2007 | 63 | 9 | 65 | 6 | P |
| Kroeger, H. | 9/21/2007 | 65 | 7 | 66 | 24 | P, R |

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Kroeger, H. | 9/21/2007 | 71 | 7 | 72 | 11 | |
| Kroeger, H. | 9/21/2007 | 75 | 9 | 77 | 23 | P, R |
| Kroeger, H. | 9/21/2007 | 78 | 8 | 78 | 16 | P, R |
| Kroeger, H. | 9/21/2007 | 79 | 10 | 79 | 25 | |
| Kroeger, H. | 9/21/2007 | 80 | 16 | 82 | 2 | F |
| Kroeger, H. | 9/21/2007 | 96 | 9 | 96 | 23 | R |
| Kroeger, H. | 9/21/2007 | 97 | 11 | 97 | 20 | R |
| Kroeger, H. | 9/21/2007 | 98 | 2 | 98 | 15 | R |
| Kroeger, H. | 9/21/2007 | 99 | 2 | 99 | 9 | |
| Kroeger, H. | 9/21/2007 | 99 | 20 | 100 | 8 | R |
| Kroeger, H. | 9/21/2007 | 101 | 1 | 101 | 24 | R |
| Kroeger, H. | 9/21/2007 | 102 | 12 | 102 | 16 | P, R |
| Kroeger, H. | 9/21/2007 | 104 | 1 | 105 | 19 | F, R, P |
| Kroeger, H. | 9/21/2007 | 109 | 3 | 109 | 23 | R, P |
| Kroeger, H. | 9/21/2007 | 110 | 7 | 110 | 12 | R, P |
| Kroeger, H. | 9/21/2007 | 119 | 19 | 120 | 5 | R |
| Kroeger, H. | 9/21/2007 | 120 | 9 | 120 | 20 | R |
| Kroeger, H. | 9/21/2007 | 121 | 14 | 121 | 22 | P, R |
| Kroeger, H. | 9/21/2007 | 122 | 13 | 123 | 13 | V, R |
| Kroeger, H. | 9/21/2007 | 124 | 19 | 124 | 25 | F, P, R |
| Kroeger, H. | 9/21/2007 | 126 | 25 | 128 | 16 | R, P |
| Kroeger, H. | 9/21/2007 | 129 | 4 | 129 | 10 | R, P |
| Kroeger, H. | 9/21/2007 | 130 | 4 | 130 | 6 | R, P |
| Kroeger, H. | 9/21/2007 | 134 | 15 | 135 | 2 | R |
| Kroeger, H. | 9/21/2007 | 135 | 6 | 135 | 15 | R |
| Kroeger, H. | 9/21/2007 | 136 | 5 | 136 | 14 | R |
| Kroeger, H. | 9/21/2007 | 137 | 21 | 138 | 18 | |
| Kroeger, H. | 9/21/2007 | 140 | 3 | 140 | 14 | P |
| Kroeger | 9/21/2007 | 102 | 12 | 102 | 16 | V, R |
| Kroeger | 9/21/2007 | 104 | 1 | 105 | 19 | V, F |
| Kroeger | 9/21/2007 | 109 | 3 | 109 | 23 | V, P |
| Kroeger | 9/21/2007 | 110 | 7 | 110 | 12 | V, R, P |
| Kroeger | 9/21/2007 | 126 | 25 | 128 | 16 | V, R, P |
| Kroeger | 9/21/2007 | 129 | 4 | 129 | 10 | V, R, P |
| Kroeger | 9/21/2007 | 130 | 4 | 130 | 6 | V, R, P |
| Lambert A. | 10/11/2007 | 8 | 18 | 8 | 20 | |
| Lambert A. | 10/11/2007 | 8 | 25 | 9 | 2 | |
| Lambert A. | 10/11/2007 | 12 | 6 | 12 | 21 | |
| Lambert A. | 10/11/2007 | 17 | 4 | 17 | 21 | F |
| Lambert A. | 10/11/2007 | 18 | 1 | 19 | 9 | F |
| Lambert A. | 10/11/2007 | 20 | 5 | 21 | 23 | R, T |
| Lambert A. | 10/11/2007 | 22 | 5 | 22 | 23 | R |
| Lambert A. | 10/11/2007 | 24 | 9 | 25 | 16 | R, F |
| Lambert A. | 10/11/2007 | 25 | 24 | 28 | 8 | V, T, F, R |
| Lambert A. | 10/11/2007 | 31 | 5 | 32 | 7 | R, T |
| Lambert A. | 10/11/2007 | 39 | 12 | 40 | 2 | |
| Lambert A. | 10/11/2007 | 41 | 14 | 41 | 24 | |
| Lambert A. | 10/11/2007 | 43 | 4 | 43 | 8 | |

Exhibit 11

Honeywell's Designations and Solvay's Objections

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Lambert A. | 10/11/2007 | 47 | 19 | 48 | 20 | T |
| Lambert A. | 10/11/2007 | 51 | 10 | 51 | 14 | |
| Lambert A. | 10/11/2007 | 52 | 9 | 52 | 18 | V |
| Lambert A. | 10/11/2007 | 74 | 4 | 76 | 6 | V |
| Lambert A. | 10/11/2007 | 77 | 8 | 77 | 10 | |
| Lambert A. | 10/11/2007 | 78 | 10 | 79 | 5 | |
| Lambert A. | 10/11/2007 | 79 | 20 | 80 | 8 | V |
| Lambert A. | 10/11/2007 | 88 | 10 | 90 | 14 | F |
| Lambert | 10/11/2007 | 65 | 23 | 71 | 13 | V, T, R |
| Mross, S. | 10/12/2007 | 5 | 4 | 5 | 13 | |
| Mross, S. | 10/12/2007 | 7 | 1 | 7 | 15 | |
| Mross, S. | 10/12/2007 | 8 | 23 | 11 | 19 | F, V |
| Mross, S. | 10/12/2007 | 11 | 23 | 12 | 8 | |
| Mross, S. | 10/12/2007 | 13 | 3 | 13 | 7 | |
| Mross, S. | 10/12/2007 | 13 | 21 | 13 | 25 | |
| Mross, S. | 10/12/2007 | 14 | 4 | 14 | 6 | |
| Mross, S. | 10/12/2007 | 16 | 8 | 16 | 10 | |
| Mross, S. | 10/12/2007 | 17 | 1 | 17 | 21 | |
| Mross, S. | 10/12/2007 | 18 | 23 | 19 | 6 | |
| Mross, S. | 10/12/2007 | 19 | 18 | 20 | 6 | |
| Mross, S. | 10/12/2007 | 20 | 14 | 21 | 19 | |
| Mross, S. | 10/12/2007 | 24 | 2 | 24 | 13 | R, P, V |
| Mross, S. | 10/12/2007 | 25 | 4 | 25 | 5 | |
| Mross, S. | 10/12/2007 | 26 | 16 | 27 | 10 | |
| Mross, S. | 10/12/2007 | 28 | 15 | 30 | 8 | R, P |
| Mross, S. | 10/12/2007 | 30 | 17 | 30 | 24 | |
| Mross, S. | 10/12/2007 | 31 | 2 | 31 | 15 | |
| Mross, S. | 10/12/2007 | 32 | 2 | 33 | 18 | R, P |
| Mross, S. | 10/12/2007 | 34 | 7 | 34 | 13 | R, P |
| Mross, S. | 10/12/2007 | 36 | 6 | 37 | 25 | R, P |
| Mross, S. | 10/12/2007 | 40 | 20 | 41 | 8 | R, P |
| Mross, S. | 10/12/2007 | 41 | 11 | 41 | 16 | R, P |
| Mross, S. | 10/12/2007 | 42 | 5 | 42 | 15 | R, P, F |
| Mross, S. | 10/12/2007 | 44 | 12 | 44 | 16 | R, P |
| Mross, S. | 10/12/2007 | 48 | 25 | 49 | 9 | R, P |
| Mross, S. | 10/12/2007 | 49 | 24 | 50 | 2 | R, P |
| Mross, S. | 10/12/2007 | 53 | 5 | 53 | 13 | R, P |
| Mross, S. | 10/12/2007 | 53 | 20 | 53 | 25 | R, P |
| Mross, S. | 10/12/2007 | 54 | 1 | 54 | 15 | R, P, V |
| Mross, S. | 10/12/2007 | 67 | 18 | 68 | 4 | R, P, F |
| Mross, S. | 10/12/2007 | 68 | 21 | 70 | 2 | F |
| Mross, S. | 10/12/2007 | 71 | 1 | 72 | 14 | F |
| Mross, S. | 10/12/2007 | 77 | 19 | 78 | 2 | |
| Mross, S. | 10/12/2007 | 78 | 11 | 79 | 25 | |
| Mross, S. | 10/12/2007 | 80 | 19 | 82 | 2 | F |
| Mross, S. | 10/12/2007 | 83 | 15 | 84 | 11 | F, V |
| Mross, S. | 10/12/2007 | 85 | 7 | 86 | 12 | F, V |
| Mross, S. | 10/12/2007 | 100 | 2 | 100 | 23 | F, V |

7

Exhibit 11

Honeywell's Designations and Solvay's Objections

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Mross, S. | 10/12/2007 | 101 | 6 | 102 | 13 | F, R, P |
| Mross, S. | 10/12/2007 | 107 | 8 | 107 | 17 | F, R, P |
| Mross | 10/12/2007 | 97 | 5 | 97 | 5 | V, F, INC |
| Mross | 10/12/2007 | 97 | 21 | 97 | 24 | V, F |
| Pezzner, A. | 9/11/2007 | 4 | 3 | 5 | 22 | |
| Pezzner, A. | 9/11/2007 | 6 | 22 | 14 | 5 | V |
| Pezzner, A. | 9/11/2007 | 16 | 13 | 18 | 4 | |
| Pezzner, A. | 9/11/2007 | 18 | 11 | 19 | 3 | |
| Pezzner, A. | 9/11/2007 | 21 | 9 | 23 | 4 | V, F, R, P |
| Pezzner, A. | 9/11/2007 | 24 | 23 | 25 | 5 | V, R, P |
| Pezzner, A. | 9/11/2007 | 32 | 20 | 37 | 17 | V, R, P |
| Pezzner, A. | 9/11/2007 | 42 | 16 | 43 | 21 | V, R, P |
| Pezzner, A. | 9/11/2007 | 53 | 6 | 53 | 24 | |
| Pezzner, A. | 9/11/2007 | 69 | 16 | 70 | 5 | F, R, P |
| Preziotti, R. | 10/5/2007 | 5 | 8 | 5 | 13 | |
| Preziotti, R. | 10/5/2007 | 8 | 8 | 9 | 5 | R |
| Preziotti, R. | 10/5/2007 | 9 | 16 | 9 | 19 | R |
| Preziotti, R. | 10/5/2007 | 10 | 14 | 10 | 19 | R |
| Preziotti, R. | 10/5/2007 | 12 | 1 | 12 | 8 | R |
| Preziotti, R. | 10/5/2007 | 13 | 10 | 13 | 17 | R |
| Preziotti, R. | 10/5/2007 | 14 | 4 | 14 | 21 | R |
| Preziotti, R. | 10/5/2007 | 15 | 10 | 15 | 21 | R |
| Preziotti, R. | 10/5/2007 | 16 | 12 | 16 | 15 | R |
| Preziotti, R. | 10/5/2007 | 17 | 17 | 18 | 2 | R |
| Preziotti, R. | 10/5/2007 | 18 | 9 | 18 | 14 | R |
| Preziotti, R. | 10/5/2007 | 18 | 18 | 19 | 10 | R |
| Preziotti, R. | 10/5/2007 | 19 | 16 | 21 | 21 | R |
| Preziotti, R. | 10/5/2007 | 23 | 15 | 24 | 10 | R |
| Preziotti, R. | 10/5/2007 | 24 | 15 | 25 | 8 | |
| Preziotti, R. | 10/5/2007 | 25 | 12 | 25 | 21 | |
| Preziotti, R. | 10/5/2007 | 29 | 3 | 29 | 11 | |
| Preziotti, R. | 10/5/2007 | 30 | 14 | 31 | 5 | R |
| Preziotti, R. | 10/5/2007 | 32 | 16 | 33 | 10 | |
| Preziotti, R. | 10/5/2007 | 34 | 15 | 36 | 20 | |
| Preziotti, R. | 10/5/2007 | 38 | 5 | 38 | 21 | |
| Preziotti, R. | 10/5/2007 | 40 | 11 | 41 | 16 | |
| Preziotti, R. | 10/5/2007 | 42 | 3 | 43 | 10 | |
| Preziotti, R. | 10/5/2007 | 43 | 19 | 45 | 14 | |
| Preziotti, R. | 10/5/2007 | 46 | 8 | 48 | 13 | F |
| Preziotti, R. | 10/5/2007 | 49 | 4 | 49 | 8 | |
| Preziotti, R. | 10/5/2007 | 49 | 14 | 49 | 21 | |
| Preziotti, R. | 10/5/2007 | 50 | 2 | 50 | 14 | |
| Preziotti, R. | 10/5/2007 | 51 | 7 | 51 | 16 | |
| Preziotti, R. | 10/5/2007 | 52 | 11 | 52 | 21 | |
| Preziotti, R. | 10/5/2007 | 53 | 10 | 53 | 14 | |
| Preziotti, R. | 10/5/2007 | 53 | 17 | 54 | 4 | |
| Preziotti, R. | 10/5/2007 | 55 | 4 | 56 | 7 | |
| Preziotti, R. | 10/5/2007 | 56 | 16 | 56 | 20 | |

Exhibit 11

Honeywell's Designations and Solvay's Objections

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Preziotti, R. | 10/5/2007 | 57 | 5 | 58 | 12 | |
| Preziotti, R. | 10/5/2007 | 68 | 14 | 71 | 6 | |
| Preziotti, R. | 10/5/2007 | 85 | 11 | 88 | 18 | R, P |
| Preziotti, R. | 10/5/2007 | 89 | 6 | 90 | 21 | R, P, F |
| Preziotti, R. | 10/5/2007 | 92 | 21 | 93 | 6 | R |
| Preziotti, R. | 10/5/2007 | 99 | 9 | 101 | 5 | |
| Preziotti, R. | 10/5/2007 | 101 | 10 | 104 | 19 | R, P |
| Preziotti, R. | 10/5/2007 | 111 | 2 | 111 | 11 | R, P, F |
| Preziotti, R. | 10/5/2007 | 117 | 12 | 118 | 9 | R, P, F |
| Preziotti, R. | 10/5/2007 | 124 | 19 | 125 | 14 | P, R |
| Preziotti, R. | 10/5/2007 | 133 | 12 | 134 | 14 | R, P |
| Preziotti, R. | 10/5/2007 | 146 | 7 | 147 | 7 | R, P |
| Preziotti, R. | 10/5/2007 | 149 | 14 | 149 | 20 | R, P, V |
| Schneller, Marina | 8/28/2007 | 5 | 10 | 5 | 16 | |
| Schneller, Marina | 8/28/2007 | 12 | 9 | 15 | 12 | F |
| Schneller, Marina | 8/28/2007 | 16 | 13 | 20 | 17 | F, V |
| Schneller, Marina | 8/28/2007 | 23 | 2 | 28 | 13 | F |
| Schneller, Marina | 8/28/2007 | 32 | 18 | 33 | 16 | F |
| Schneller, Marina | 8/28/2007 | 40 | 7 | 50 | 8 | F |
| Schneller, Marina | 8/28/2007 | 51 | 3 | 53 | 16 | F |
| Schneller, Marina | 8/28/2007 | 55 | 12 | 62 | 20 | F, R, V |
| Schneller, Marina | 8/28/2007 | 83 | 6 | 93 | 22 | F, V |
| Schneller, Marina | 8/28/2007 | 97 | 12 | 100 | 19 | F, R |
| Schneller, Marina | 8/28/2007 | 101 | 4 | 101 | 9 | R |
| Schneller, Marina | 8/28/2007 | 102 | 22 | 108 | 3 | F, V |
| Schneller, Marina | 8/28/2007 | 117 | 20 | 118 | 12 | F, R |
| Schneller, Marina | 8/28/2007 | 121 | 13 | 132 | 6 | F, V |
| Schneller, Marina | 8/28/2007 | 132 | 17 | 134 | 24 | F, V |
| Schneller, Marina | 8/28/2007 | 136 | 22 | 141 | 24 | F, R |
| Schneller, Marina | 8/28/2007 | 143 | 13 | 146 | 13 | F, R |
| Schneller, Marina | 8/28/2007 | 147 | 23 | 149 | 25 | F, R |
| Schneller, Marina | 8/28/2007 | 151 | 2 | 155 | 14 | F, V |
| Schneller, Marina | 8/28/2007 | 162 | 14 | 174 | 18 | F, R |
| Schneller, Marina | 8/28/2007 | 184 | 4 | 188 | 16 | F, V |
| Schneller, Marina | 8/28/2007 | 191 | 18 | 193 | 21 | V |
| Schneller, Marina | 8/28/2007 | 202 | 22 | 203 | 20 | F |
| Schneller, Marina | 8/28/2007 | 217 | 14 | 219 | 7 | F |
| Schneller, Marina | 8/28/2007 | 221 | 1 | 224 | 16 | V, R |
| Schoebrechts, J-P | 7/11/2007 | 6 | 16 | 8 | 10 | |
| Schoebrechts, J-P | 7/11/2007 | 9 | 6 | 9 | 14 | |
| Schoebrechts, J-P | 7/11/2007 | 10 | 4 | 10 | 16 | |
| Schoebrechts, J-P | 7/11/2007 | 13 | 24 | 14 | 7 | |
| Schoebrechts, J-P | 7/11/2007 | 15 | 19 | 16 | 1 | |
| Schoebrechts, J-P | 7/11/2007 | 16 | 7 | 17 | 7 | |
| Schoebrechts, J-P | 7/11/2007 | 19 | 23 | 20 | 3 | |
| Schoebrechts, J-P | 7/11/2007 | 20 | 20 | 20 | 22 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 21 | 1 | 21 | 16 | |
| Schoebrechts, J-P | 7/11/2007 | 21 | 24 | 21 | 25 | |

Exhibit 11

Honeywell's Designations and Solvay's Objections

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Schoebrechts, J-P | 7/11/2007 | 22 | 7 | 23 | 10 | P |
| Schoebrechts, J-P | 7/11/2007 | 23 | 14 | 25 | 8 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 26 | 1 | 26 | 6 | F |
| Schoebrechts, J-P | 7/11/2007 | 26 | 11 | 26 | 17 | R |
| Schoebrechts, J-P | 7/11/2007 | 26 | 21 | 26 | 25 | R |
| Schoebrechts, J-P | 7/11/2007 | 27 | 1 | 27 | 18 | R |
| Schoebrechts, J-P | 7/11/2007 | 28 | 15 | 28 | 19 | R |
| Schoebrechts, J-P | 7/11/2007 | 29 | 18 | 29 | 23 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 30 | 10 | 30 | 15 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 36 | 17 | 38 | 9 | V |
| Schoebrechts, J-P | 7/11/2007 | 42 | 2 | 44 | 16 | V |
| Schoebrechts, J-P | 7/11/2007 | 45 | 12 | 45 | 18 | P, R, V |
| Schoebrechts, J-P | 7/11/2007 | 51 | 1 | 51 | 7 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 54 | 15 | 54 | 23 | V |
| Schoebrechts, J-P | 7/11/2007 | 64 | 25 | 65 | 5 | |
| Schoebrechts, J-P | 7/11/2007 | 66 | 21 | 67 | 2 | |
| Schoebrechts, J-P | 7/11/2007 | 67 | 24 | 69 | 16 | R, V |
| Schoebrechts, J-P | 7/11/2007 | 81 | 8 | 81 | 11 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 82 | 20 | 85 | 1 | R, V |
| Schoebrechts, J-P | 7/11/2007 | 85 | 22 | 93 | 7 | F, P, R, V |
| Schoebrechts, J-P | 7/11/2007 | 93 | 21 | 96 | 19 | F, P, R |
| Schoebrechts, J-P | 7/11/2007 | 99 | 3 | 100 | 17 | P, R |
| Schoebrechts, J-P | 7/11/2007 | 101 | 4 | 101 | 7 | P, R |
| Serrier, J. | 9/24/2007 | 4 | 5 | 4 | 8 | |
| Serrier, J. | 9/24/2007 | 5 | 3 | 5 | 25 | |
| Serrier, J. | 9/24/2007 | 6 | 13 | 7 | 3 | |
| Serrier, J. | 9/24/2007 | 7 | 9 | 10 | 19 | V |
| Serrier, J. | 9/24/2007 | 16 | 15 | 17 | 15 | |
| Serrier, J. | 9/24/2007 | 17 | 19 | 18 | 18 | V |
| Serrier, J. | 9/24/2007 | 26 | 12 | 26 | 14 | |
| Serrier, J. | 9/24/2007 | 28 | 18 | 32 | 14 | |
| Serrier, J. | 9/24/2007 | 33 | 5 | 36 | 6 | F |
| Serrier, J. | 9/24/2007 | 36 | 13 | 36 | 15 | |
| Serrier, J. | 9/24/2007 | 37 | 21 | 39 | 4 | |
| Serrier, J. | 9/24/2007 | 41 | 18 | 45 | 1 | S |
| Serrier, J. | 9/24/2007 | 46 | 10 | 46 | 25 | R |
| Serrier, J. | 9/24/2007 | 48 | 3 | 48 | 13 | F, S, V |
| Serrier, J. | 9/24/2007 | 52 | 7 | 53 | 24 | F |
| Serrier, J. | 9/24/2007 | 56 | 2 | 56 | 21 | |
| Serrier, J. | 9/24/2007 | 57 | 6 | 60 | 14 | |
| Serrier, J. | 9/24/2007 | 62 | 20 | 63 | 17 | V |
| Serrier, J. | 9/24/2007 | 64 | 10 | 66 | 1 | |
| Serrier, J. | 9/24/2007 | 90 | 10 | 93 | 13 | F |
| Serrier, J. | 9/24/2007 | 93 | 20 | 94 | 7 | |
| Serrier, J. | 9/24/2007 | 95 | 10 | 96 | 4 | |
| Serrier, J. | 9/24/2007 | 96 | 9 | 96 | 18 | |
| Serrier, J. | 9/24/2007 | 107 | 11 | 108 | 11 | F, R |
| Serrier, J. | 9/24/2007 | 108 | 20 | 109 | 5 | R |

Honeywell's Designations and Solvay's Objections
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Serrier, J. | 9/24/2007 | 109 | 11 | 109 | 16 | P, R |
| Serrier, J. | 9/24/2007 | 110 | 3 | 112 | 20 | F, V |
| Serrier, J. | 9/24/2007 | 114 | 8 | 115 | 16 | R, V |
| Serrier, J. | 9/24/2007 | 116 | 8 | 116 | 17 | V |
| Serrier, J. | 9/24/2007 | 120 | 2 | 120 | 12 | R |
| Serrier, J. | 9/24/2007 | 147 | 17 | 150 | 12 | |
| Serrier, J. | 9/24/2007 | 152 | 25 | 154 | 19 | F, V |
| Serrier, J. | 9/24/2007 | 158 | 6 | 159 | 11 | |
| Serrier, J. | 9/25/2007 | 179 | 14 | 180 | 1 | |
| Serrier, J. | 9/25/2007 | 185 | 18 | 186 | 6 | V |
| Serrier, J. | 9/25/2007 | 187 | 20 | 188 | 6 | R |
| Serrier, J. | 9/25/2007 | 190 | 1 | 191 | 5 | V |
| Serrier, J. | 9/25/2007 | 193 | 1 | 193 | 7 | |
| Serrier, J. | 9/25/2007 | 197 | 3 | 197 | 21 | R |
| Serrier, J. | 9/25/2007 | 205 | 19 | 207 | 16 | F |
| Serrier, J. | 9/25/2007 | 212 | 10 | 213 | 6 | |
| Serrier, J. | 9/25/2007 | 215 | 1 | 217 | 9 | R |
| Serrier, J. | 9/25/2007 | 217 | 21 | 219 | 16 | |
| Serrier, J. | 9/25/2007 | 226 | 12 | 227 | 1 | R |
| Serrier, J. | 9/25/2007 | 227 | 9 | 227 | 19 | R |
| Serrier, J. | 9/25/2007 | 229 | 11 | 231 | 23 | R |
| Serrier, J. | 9/25/2007 | 232 | 17 | 232 | 23 | F |
| Serrier, J. | 9/25/2007 | 251 | 2 | 253 | 6 | R |
| Serrier, J. | 9/25/2007 | 253 | 14 | 254 | 10 | R |
| Serrier, J. | 9/25/2007 | 266 | 12 | 266 | 20 | V |
| Serrier, J. | 9/25/2007 | 266 | 25 | 268 | 6 | |
| Serrier, J. | 9/25/2007 | 268 | 24 | 270 | 9 | R, V |
| Serrier, J. | 9/25/2007 | 273 | 16 | 274 | 20 | F |
| Serrier, J. | 9/25/2007 | 278 | 22 | 280 | 9 | |
| Serrier, J. | 9/25/2007 | 280 | 12 | 285 | 3 | F |
| Serrier, J. | 9/25/2007 | 285 | 22 | 286 | 5 | |
| Serrier, J. | 9/25/2007 | 286 | 16 | 287 | 13 | |
| Serrier, J. | 9/25/2007 | 288 | 19 | 289 | 8 | F |
| Serrier, J. | 9/25/2007 | 289 | 10 | 289 | 20 | F, V |
| Serrier, J. | 9/25/2007 | 290 | 11 | 291 | 8 | R |
| Serrier, J. | 9/25/2007 | 291 | 11 | 292 | 1 | R |
| Serrier, J. | 9/25/2007 | 292 | 4 | 293 | 2 | R |
| Serrier, J. | 9/25/2007 | 293 | 18 | 296 | 4 | V |
| Serrier, J. | 9/25/2007 | 296 | 6 | 297 | 9 | |
| Serrier, J. | 9/25/2007 | 299 | 13 | 300 | 4 | R |
| Serrier, J. | 9/25/2007 | 300 | 23 | 302 | 3 | V |
| Serrier, J. | 9/25/2007 | 307 | 20 | 308 | 7 | R |
| Serrier, J. | 9/25/2007 | 326 | 25 | 328 | 21 | F, R, S |
| Serrier, J. | 9/25/2007 | 330 | 7 | 332 | 9 | F |
| Serrier, J. | 9/25/2007 | 332 | 13 | 332 | 24 | R |
| Serrier, J. | 9/25/2007 | 335 | 4 | 337 | 23 | F |
| Serrier, J. | 9/25/2007 | 338 | 1 | 339 | 4 | |
| Serrier, J. | 9/25/2007 | 339 | 14 | 342 | 22 | F |

Exhibit 11

Honeywell's Designations and Solvay's Objections

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Serrier, J. | 9/25/2007 | 350 | 12 | 351 | 1 | R |
| Serrier, J. | 9/25/2007 | 351 | 19 | 352 | 3 | R |
| Serrier, J. | 9/25/2007 | 355 | 16 | 356 | 4 | |
| Serrier, J. | 9/25/2007 | 356 | 14 | 358 | 5 | |
| Serrier, J. | 9/25/2007 | 363 | 12 | 364 | 14 | F |
| Serrier, J. | 9/25/2007 | 370 | 15 | 371 | 9 | |
| Serrier, J. | 9/25/2007 | 378 | 15 | 379 | 17 | R |
| Serrier | 9/24/2007 | 116 | 19 | 116 | 22 | V |
| Serrier | 9/24/2007 | 153 | 12 | 154 | 3 | V |
| Serrier | 9/24/2007 | 155 | 3 | 158 | 5 | V, F |
| Serrier | 9/24/2007 | 159 | 24 | 162 | 17 | V, F, P |
| Serrier | 9/25/2007 | 358 | 7 | 358 | 12 | V, F |
| Spencer, G. | 9/12/2007 | 4 | 10 | 8 | 19 | |
| Spencer, G. | 9/12/2007 | 8 | 23 | 9 | 7 | |
| Spencer, G. | 9/12/2007 | 17 | 1 | 19 | 25 | INC, P |
| Spencer, G. | 9/12/2007 | 21 | 4 | 22 | 22 | INC, P, V |
| Spencer, G. | 9/12/2007 | 23 | 2 | 27 | 25 | INC, P, V, F |
| Spencer, G. | 9/12/2007 | 29 | 7 | 29 | 22 | V, F, R, P |
| Spencer, G. | 9/12/2007 | 31 | 7 | 32 | 17 | INC, P |
| Spencer, G. | 9/12/2007 | 36 | 25 | 37 | 24 | F, R, P |
| Spencer, G. | 9/12/2007 | 38 | 17 | 39 | 9 | |
| Spencer, G. | 9/12/2007 | 40 | 11 | 40 | 25 | F, R, P |
| Spencer, G. | 9/12/2007 | 57 | 8 | 57 | 13 | F, R, P |
| Spencer, G. | 9/12/2007 | 61 | 18 | 63 | 16 | V, P, R |
| Spencer, G. | 9/12/2007 | 72 | 15 | 72 | 21 | F, V, P, R |
| Spencer, G. | 9/12/2007 | 73 | 5 | 74 | 11 | F, P, R |
| Spencer, G. | 9/12/2007 | 74 | 21 | 75 | 16 | F, V, P, R |
| Wilmet, V. | 7/9/2007 | 6 | 4 | 6 | 19 | |
| Wilmet, V. | 7/9/2007 | 7 | 21 | 15 | 17 | V |
| Wilmet, V. | 7/9/2007 | 16 | 17 | 16 | 20 | |
| Wilmet, V. | 7/9/2007 | 19 | 22 | 20 | 24 | |
| Wilmet, V. | 7/9/2007 | 22 | 9 | 22 | 19 | |
| Wilmet, V. | 7/9/2007 | 23 | 7 | 24 | 19 | R |
| Wilmet, V. | 7/9/2007 | 28 | 25 | 31 | 5 | R |
| Wilmet, V. | 7/9/2007 | 32 | 11 | 35 | 10 | V, F |
| Wilmet, V. | 7/9/2007 | 40 | 17 | 46 | 18 | R, V, P |
| Wilmet, V. | 7/9/2007 | 47 | 3 | 47 | 17 | R, V, P |
| Wilmet, V. | 7/9/2007 | 48 | 14 | 50 | 21 | R, V, P |
| Wilmet, V. | 7/9/2007 | 51 | 5 | 52 | 8 | R, P |
| Wilmet, V. | 7/9/2007 | 53 | 8 | 53 | 13 | R, P |
| Wilmet, V. | 7/9/2007 | 56 | 10 | 57 | 1 | R, P |
| Wilmet, V. | 7/9/2007 | 58 | 8 | 59 | 1 | R, P |
| Wilmet, V. | 7/9/2007 | 59 | 9 | 59 | 16 | R, P |
| Wilmet, V. | 7/9/2007 | 63 | 10 | 64 | 5 | |
| Wilmet, V. | 7/9/2007 | 64 | 21 | 69 | 11 | F, V |
| Wilmet, V. | 7/9/2007 | 71 | 4 | 72 | 6 | V |
| Wilmet, V. | 7/9/2007 | 73 | 11 | 75 | 11 | |
| Wilmet, V. | 7/9/2007 | 76 | 21 | 76 | 22 | |

Exhibit 11

Honeywell's Designations and Solvay's Objections

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line | Solvay's Objections |
|---|---|---|---|---|---|---|
| Wilmet, V. | 7/9/2007 | 81 | 2 | 82 | 22 | |
| Wilmet, V. | 7/9/2007 | 83 | 6 | 86 | 21 | T, P |
| Wilmet, V. | 7/9/2007 | 90 | 23 | 91 | 4 | |
| Wilmet, V. | 7/9/2007 | 95 | 3 | 95 | 14 | R, P |
| Wilmet, V. | 7/9/2007 | 101 | 12 | 101 | 20 | |
| Wilmet, V. | 7/9/2007 | 102 | 8 | 102 | 17 | |
| Wilmet, V. | 7/9/2007 | 103 | 8 | 106 | 17 | T, V |
| Wilmet, V. | 7/9/2007 | 107 | 18 | 107 | 23 | |
| Wilmet, V. | 7/9/2007 | 113 | 20 | 114 | 1 | R, P |
| Wilmet, V. | 7/10/2007 | 130 | 2 | 134 | 1 | F, V, T |
| Wilmet, V. | 7/10/2007 | 139 | 3 | 139 | 13 | |
| Wilmet, V. | 7/10/2007 | 139 | 19 | 140 | 23 | R, P |
| Wilmet, V. | 7/10/2007 | 149 | 22 | 152 | 1 | F, V, R |
| Wilmet, V. | 7/10/2007 | 153 | 14 | 153 | 17 | F, R |
| Wilmet, V. | 7/10/2007 | 156 | 17 | 157 | 4 | |
| Wilmet, V. | 7/10/2007 | 157 | 15 | 158 | 13 | V, P |
| Wilmet, V. | 7/10/2007 | 159 | 11 | 159 | 20 | F, P |
| Wilmet, V. | 7/10/2007 | 160 | 1 | 160 | 7 | F, P |
| Wilmet, V. | 7/10/2007 | 165 | 17 | 166 | 16 | V |
| Wilmet, V. | 7/10/2007 | 172 | 16 | 174 | 23 | P, F, R |
| Wilmet, V. | 7/10/2007 | 176 | 21 | 177 | 5 | R, F |
| Wilmet, V. | 7/10/2007 | 177 | 11 | 178 | 23 | F, P |
| Wilmet, V. | 7/10/2007 | 180 | 18 | 184 | 5 | V |
| Wilmet, V. | 7/10/2007 | 184 | 17 | 185 | 9 | |
| Wilmet, V. | 7/10/2007 | 186 | 6 | 186 | 13 | |
| Wilmet, V. | 7/10/2007 | 190 | 9 | 191 | 6 | F, R |
| Wilmet, V. | 7/10/2007 | 191 | 16 | 192 | 1 | F, R |
| Wilmet, V. | 7/10/2007 | 194 | 12 | 194 | 19 | R, F, P |
| Wilmet, V. | 7/10/2007 | 195 | 4 | 195 | 24 | |
| Wilmet, V. | 7/10/2007 | 198 | 12 | 200 | 3 | F |
| Wilmet, V. | 7/10/2007 | 201 | 2 | 203 | 6 | R, F, P |
| Wilmet, V. | 7/10/2007 | 210 | 5 | 212 | 21 | F, P |
| Wilmet, V. | 7/10/2007 | 222 | 8 | 228 | 13 | R, F, P, V |
| Wilmet, V. | 7/10/2007 | 230 | 9 | 231 | 4 | V |
| Wilmet, V. | 7/10/2007 | 231 | 17 | 232 | 6 | |
| Wilmet, V. | 7/10/2007 | 232 | 7 | 232 | 14 | |
| Wilmet, V. | 7/10/2007 | 235 | 15 | 237 | 17 | |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Balthasart, D. | 10/10/2007 | 10 | 16 | 10 | 21 |
| Balthasart, D. | 10/10/2007 | 12 | 13 | 12 | 25 |
| Balthasart, D. | 10/10/2007 | 13 | 1 | 13 | 20 |
| Balthasart, D. | 10/10/2007 | 15 | 21 | 17 | 8 |
| Balthasart, D. | 10/10/2007 | 18 | 14 | 18 | 19 |
| Balthasart, D. | 10/10/2007 | 28 | 13 | 28 | 16 |
| Balthasart, D. | 10/10/2007 | 29 | 25 | 33 | 13 |
| Balthasart, D. | 10/10/2007 | 34 | 9 | 36 | 5 |
| Balthasart, D. | 10/10/2007 | 36 | 17 | 37 | 5 |
| Balthasart, D. | 10/10/2007 | 37 | 10 | 39 | 3 |
| Balthasart, D. | 10/10/2007 | 44 | 25 | 45 | 7 |
| Balthasart, D. | 10/10/2007 | 46 | 3 | 46 | 8 |
| Balthasart, D. | 10/10/2007 | 47 | 21 | 48 | 6 |
| Balthasart, D. | 10/10/2007 | 49 | 14 | 51 | 22 |
| Balthasart, D. | 10/10/2007 | 52 | 17 | 53 | 7 |
| Balthasart, D. | 10/10/2007 | 54 | 14 | 54 | 22 |
| Balthasart, D. | 10/10/2007 | 55 | 17 | 56 | 19 |
| Balthasart, D. | 10/10/2007 | 57 | 8 | 59 | 4 |
| Balthasart, D. | 10/10/2007 | 64 | 11 | 64 | 14 |
| Balthasart, D. | 10/10/2007 | 64 | 21 | 67 | 5 |
| Balthasart, D. | 10/10/2007 | 69 | 12 | 70 | 25 |
| Balthasart, D. | 10/10/2007 | 81 | 5 | 85 | 20 |
| Balthasart, D. | 10/10/2007 | 86 | 24 | 89 | 13 |
| Balthasart, D. | 10/10/2007 | 94 | 21 | 96 | 9 |
| Balthasart, D. | 10/10/2007 | 96 | 20 | 97 | 4 |
| Balthasart, D. | 10/10/2007 | 97 | 17 | 98 | 24 |
| Balthasart, D. | 10/10/2007 | 99 | 6 | 100 | 21 |
| Balthasart, D. | 10/10/2007 | 101 | 6 | 102 | 18 |
| Balthasart, D. | 10/10/2007 | 103 | 2 | 104 | 11 |
| Bush, T. | 5/6/2008 | 11 | 15 | 11 | 21 |
| Bush, T. | 5/6/2008 | 13 | 6 | 13 | 9 |
| Bush, T. | 5/6/2008 | 13 | 21 | 14 | 17 |
| Bush, T. | 5/6/2008 | 16 | 22 | 17 | 9 |
| Bush, T. | 5/6/2008 | 22 | 17 | 22 | 19 |
| Bush, T. | 5/6/2008 | 23 | 1 | 23 | 7 |
| Bush, T. | 5/6/2008 | 23 | 11 | 24 | 12 |
| Bush, T. | 5/6/2008 | 24 | 16 | 24 | 17 |
| Bush, T. | 5/6/2008 | 25 | 1 | 26 | 8 |
| Bush, T. | 5/6/2008 | 26 | 12 | 26 | 18 |
| Bush, T. | 5/6/2008 | 26 | 22 | 27 | 8 |
| Bush, T. | 5/6/2008 | 27 | 12 | 27 | 16 |
| Bush, T. | 5/6/2008 | 27 | 20 | 28 | 10 |
| Bush, T. | 5/6/2008 | 28 | 13 | 28 | 17 |
| Bush, T. | 5/6/2008 | 28 | 21 | 29 | 7 |
| Bush, T. | 5/6/2008 | 29 | 12 | 29 | 15 |
| Bush, T. | 5/6/2008 | 29 | 19 | 30 | 13 |
| Bush, T. | 5/6/2008 | 30 | 18 | 31 | 1 |
| Bush, T. | 5/6/2008 | 31 | 5 | 31 | 21 |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Bush, T. | 5/6/2008 | 32 | 3 | 32 | 11 |
| Bush, T. | 5/6/2008 | 32 | 15 | 33 | 6 |
| Bush, T. | 5/6/2008 | 33 | 10 | 33 | 16 |
| Bush, T. | 5/6/2008 | 33 | 20 | 34 | 5 |
| Bush, T. | 5/6/2008 | 34 | 10 | 34 | 17 |
| Bush, T. | 5/6/2008 | 36 | 4 | 36 | 6 |
| Bush, T. | 5/6/2008 | 36 | 19 | 37 | 11 |
| Bush, T. | 5/6/2008 | 37 | 15 | 37 | 20 |
| Bush, T. | 5/6/2008 | 38 | 1 | 38 | 2 |
| Bush, T. | 5/6/2008 | 44 | 2 | 44 | 3 |
| Bush, T. | 5/6/2008 | 44 | 7 | 44 | 11 |
| Bush, T. | 5/6/2008 | 44 | 15 | 44 | 22 |
| Bush, T. | 5/6/2008 | 45 | 4 | 45 | 8 |
| Bush, T. | 5/6/2008 | 45 | 12 | 45 | 22 |
| Bush, T. | 5/6/2008 | 48 | 2 | 48 | 5 |
| Bush, T. | 5/6/2008 | 50 | 20 | 51 | 1 |
| Bush, T. | 5/6/2008 | 51 | 5 | 51 | 13 |
| Bush, T. | 5/6/2008 | 51 | 17 | 52 | 4 |
| Bush, T. | 5/6/2008 | 52 | 8 | 53 | 6 |
| Bush, T. | 5/6/2008 | 53 | 10 | 53 | 15 |
| Bush, T. | 5/6/2008 | 53 | 19 | 54 | 1 |
| Bush, T. | 5/6/2008 | 54 | 6 | 54 | 20 |
| Bush, T. | 5/6/2008 | 55 | 8 | 55 | 12 |
| Bush, T. | 5/6/2008 | 55 | 16 | 55 | 20 |
| Bush, T. | 5/6/2008 | 56 | 1 | 56 | 20 |
| Bush, T. | 5/6/2008 | 57 | 2 | 57 | 5 |
| Bush, T. | 5/6/2008 | 57 | 8 | 58 | 3 |
| Bush, T. | 5/6/2008 | 58 | 7 | 58 | 20 |
| Bush, T. | 5/6/2008 | 59 | 2 | 59 | 14 |
| Bush, T. | 5/6/2008 | 59 | 18 | 60 | 9 |
| Bush, T. | 5/6/2008 | 60 | 13 | 60 | 16 |
| Bush, T. | 5/6/2008 | 60 | 20 | 60 | 22 |
| Bush, T. | 5/6/2008 | 61 | 3 | 61 | 14 |
| Bush, T. | 5/6/2008 | 61 | 17 | 61 | 22 |
| Bush, T. | 5/6/2008 | 62 | 4 | 62 | 11 |
| Bush, T. | 5/6/2008 | 62 | 15 | 62 | 19 |
| Bush, T. | 5/6/2008 | 63 | 1 | 63 | 6 |
| Bush, T. | 5/6/2008 | 63 | 10 | 64 | 6 |
| Bush, T. | 5/6/2008 | 64 | 10 | 64 | 14 |
| Bush, T. | 5/6/2008 | 64 | 18 | 64 | 19 |
| Bush, T. | 5/6/2008 | 65 | 7 | 65 | 12 |
| Bush, T. | 5/6/2008 | 68 | 22 | 69 | 1 |
| Bush, T. | 5/6/2008 | 69 | 4 | 70 | 4 |
| Bush, T. | 5/6/2008 | 70 | 7 | 71 | 11 |
| Bush, T. | 5/6/2008 | 71 | 14 | 71 | 19 |
| Bush, T. | 5/6/2008 | 72 | 1 | 72 | 14 |
| Bush, T. | 5/6/2008 | 72 | 19 | 72 | 20 |
| Bush, T. | 5/6/2008 | 74 | 20 | 74 | 22 |

Exhibit 11

Solvay's Counter-Designations

Solvay, S.A. v. Honeywell International Inc.

Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Bush, T. | 5/6/2008 | 75 | 3 | 75 | 6 |
| Bush, T. | 5/6/2008 | 76 | 4 | 76 | 8 |
| Bush, T. | 5/6/2008 | 76 | 12 | 76 | 15 |
| Bush, T. | 5/6/2008 | 76 | 18 | 78 | 16 |
| Bush, T. | 5/6/2008 | 78 | 20 | 78 | 22 |
| Bush, T. | 5/6/2008 | 79 | 3 | 79 | 15 |
| Bush, T. | 5/6/2008 | 79 | 19 | 82 | 11 |
| Bush, T. | 5/6/2008 | 84 | 10 | 84 | 17 |
| Bush, T. | 5/6/2008 | 85 | 20 | 86 | 20 |
| Bush, T. | 5/6/2008 | 99 | 19 | 101 | 14 |
| Bush, T. | 5/6/2008 | 101 | 20 | 101 | 22 |
| Bush, T. | 5/6/2008 | 112 | 13 | 112 | 14 |
| Bush, T. | 5/6/2008 | 114 | 3 | 114 | 8 |
| Bush, T. | 5/6/2008 | 124 | 11 | 125 | 8 |
| Carson, C. | 5/1/2008 | 7 | 5 | 7 | 6 |
| Carson, C. | 5/1/2008 | 6 | 12 | 6 | 22 |
| Carson, C. | 5/1/2008 | 9 | 2 | 9 | 3 |
| Carson, C. | 5/1/2008 | 9 | 18 | 9 | 20 |
| Carson, C. | 5/1/2008 | 11 | 10 | 12 | 14 |
| Carson, C. | 5/1/2008 | 12 | 22 | 13 | 6 |
| Carson, C. | 5/1/2008 | 13 | 10 | 13 | 13 |
| Carson, C. | 5/1/2008 | 13 | 18 | 14 | 2 |
| Carson, C. | 5/1/2008 | 14 | 5 | 14 | 8 |
| Carson, C. | 5/1/2008 | 18 | 18 | 18 | 20 |
| Carson, C. | 5/1/2008 | 18 | 22 | 19 | 10 |
| Carson, C. | 5/1/2008 | 20 | 9 | 21 | 11 |
| Carson, C. | 5/1/2008 | 22 | 15 | 22 | 17 |
| Carson, C. | 5/1/2008 | 22 | 19 | 23 | 12 |
| Carson, C. | 5/1/2008 | 23 | 14 | 24 | 6 |
| Carson, C. | 5/1/2008 | 24 | 8 | 24 | 22 |
| Carson, C. | 5/1/2008 | 25 | 10 | 25 | 12 |
| Carson, C. | 5/1/2008 | 25 | 14 | 26 | 16 |
| Carson, C. | 5/1/2008 | 26 | 18 | 26 | 20 |
| Carson, C. | 5/1/2008 | 28 | 4 | 28 | 5 |
| Carson, C. | 5/1/2008 | 28 | 7 | 28 | 13 |
| Carson, C. | 5/1/2008 | 28 | 15 | 28 | 22 |
| Carson, C. | 5/1/2008 | 29 | 3 | 29 | 4 |
| Carson, C. | 5/1/2008 | 31 | 19 | 33 | 6 |
| Carson, C. | 5/1/2008 | 33 | 8 | 33 | 10 |
| Carson, C. | 5/1/2008 | 37 | 17 | 38 | 5 |
| Carson, C. | 5/1/2008 | 38 | 15 | 38 | 20 |
| Carson, C. | 5/1/2008 | 38 | 22 | 39 | 9 |
| Carson, C. | 5/1/2008 | 39 | 11 | 39 | 18 |
| Carson, C. | 5/1/2008 | 39 | 20 | 40 | 3 |
| Carson, C. | 5/1/2008 | 40 | 5 | 40 | 14 |
| Carson, C. | 5/1/2008 | 40 | 22 | 41 | 6 |
| Carson, C. | 5/1/2008 | 41 | 9 | 43 | 1 |
| Carson, C. | 5/1/2008 | 43 | 4 | 43 | 22 |

Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Carson, C. | 5/1/2008 | 48 | 3 | 48 | 7 |
| Carson, C. | 5/1/2008 | 48 | 8 | 48 | 12 |
| Carson, C. | 5/1/2008 | 49 | 18 | 51 | 4 |
| Carson, C. | 5/1/2008 | 52 | 2 | 52 | 17 |
| Carson, C. | 5/1/2008 | 52 | 22 | 53 | 10 |
| Carson, C. | 5/1/2008 | 54 | 15 | 55 | 4 |
| Carson, C. | 5/1/2008 | 55 | 6 | 55 | 15 |
| Carson, C. | 5/1/2008 | 55 | 19 | 55 | 22 |
| Carson, C. | 5/1/2008 | 57 | 13 | 59 | 1 |
| Carson, C. | 5/1/2008 | 59 | 13 | 59 | 21 |
| Carson, C. | 5/1/2008 | 60 | 2 | 60 | 8 |
| Carson, C. | 5/1/2008 | 63 | 7 | 63 | 21 |
| Carson, C. | 5/1/2008 | 65 | 2 | 65 | 11 |
| Carson, C. | 5/1/2008 | 65 | 14 | 66 | 4 |
| Carson, C. | 5/1/2008 | 66 | 7 | 66 | 8 |
| Carson, C. | 5/1/2008 | 66 | 14 | 67 | 10 |
| Carson, C. | 5/1/2008 | 67 | 12 | 68 | 4 |
| Carson, C. | 5/1/2008 | 68 | 7 | 68 | 12 |
| Carson, C. | 5/1/2008 | 68 | 19 | 69 | 2 |
| Carson, C. | 5/1/2008 | 65 | 2 | 65 | 11 |
| Dziadyk, Z. | 4/30/2008 | 5 | 12 | 6 | 7 |
| Dziadyk, Z. | 4/30/2008 | 7 | 18 | 9 | 2 |
| Dziadyk, Z. | 4/30/2008 | 10 | 8 | 10 | 18 |
| Dziadyk, Z. | 4/30/2008 | 11 | 15 | 12 | 5 |
| Dziadyk, Z. | 4/30/2008 | 12 | 8 | 12 | 12 |
| Dziadyk, Z. | 4/30/2008 | 12 | 15 | 13 | 3 |
| Dziadyk, Z. | 4/30/2008 | 13 | 5 | 13 | 15 |
| Dziadyk, Z. | 4/30/2008 | 15 | 4 | 15 | 6 |
| Dziadyk, Z. | 4/30/2008 | 15 | 9 | 15 | 15 |
| Dziadyk, Z. | 4/30/2008 | 18 | 17 | 19 | 11 |
| Dziadyk, Z. | 4/30/2008 | 19 | 13 | 19 | 22 |
| Dziadyk, Z. | 4/30/2008 | 20 | 3 | 20 | 15 |
| Dziadyk, Z. | 4/30/2008 | 20 | 18 | 21 | 1 |
| Dziadyk, Z. | 4/30/2008 | 21 | 3 | 21 | 11 |
| Dziadyk, Z. | 4/30/2008 | 21 | 14 | 21 | 22 |
| Dziadyk, Z. | 4/30/2008 | 22 | 3 | 22 | 16 |
| Dziadyk, Z. | 4/30/2008 | 22 | 19 | 23 | 4 |
| Dziadyk, Z. | 4/30/2008 | 23 | 6 | 23 | 13 |
| Dziadyk, Z. | 4/30/2008 | 23 | 16 | 24 | 6 |
| Dziadyk, Z. | 4/30/2008 | 24 | 10 | 24 | 22 |
| Dziadyk, Z. | 4/30/2008 | 25 | 3 | 25 | 11 |
| Dziadyk, Z. | 4/30/2008 | 26 | 1 | 26 | 4 |
| Dziadyk, Z. | 4/30/2008 | 26 | 6 | 26 | 8 |
| Dziadyk, Z. | 4/30/2008 | 27 | 21 | 28 | 3 |
| Dziadyk, Z. | 4/30/2008 | 29 | 17 | 30 | 7 |
| Dziadyk, Z. | 4/30/2008 | 30 | 9 | 30 | 14 |
| Dziadyk, Z. | 4/30/2008 | 30 | 16 | 32 | 15 |
| Dziadyk, Z. | 4/30/2008 | 33 | 9 | 33 | 13 |

Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Dziadyk, Z. | 4/30/2008 | 34 | 18 | 36 | 3 |
| Dziadyk, Z. | 4/30/2008 | 37 | 6 | 39 | 4 |
| Dziadyk, Z. | 4/30/2008 | 39 | 20 | 40 | 10 |
| Dziadyk, Z. | 4/30/2008 | 40 | 12 | 41 | 3 |
| Dziadyk, Z. | 4/30/2008 | 41 | 15 | 42 | 7 |
| Dziadyk, Z. | 4/30/2008 | 42 | 9 | 42 | 13 |
| Dziadyk, Z. | 4/30/2008 | 42 | 15 | 42 | 15 |
| Dziadyk, Z. | 4/30/2008 | 45 | 18 | 47 | 3 |
| Dziadyk, Z. | 4/30/2008 | 47 | 22 | 48 | 11 |
| Dziadyk, Z. | 4/30/2008 | 48 | 14 | 49 | 16 |
| Dziadyk, Z. | 4/30/2008 | 49 | 18 | 54 | 13 |
| Dziadyk, Z. | 4/30/2008 | 61 | 22 | 69 | 17 |
| Dziadyk, Z. | 4/30/2008 | 71 | 15 | 72 | 5 |
| Dziadyk, Z. | 4/30/2008 | 72 | 8 | 75 | 7 |
| Dziadyk, Z. | 4/30/2008 | 75 | 10 | 79 | 12 |
| Dziadyk, Z. | 4/30/2008 | 80 | 5 | 82 | 10 |
| Dziadyk, Z. | 4/30/2008 | 84 | 6 | 87 | 2 |
| Dziadyk, Z. | 4/30/2008 | 92 | 14 | 92 | 16 |
| Dziadyk, Z. | 4/30/2008 | 92 | 19 | 93 | 2 |
| Dziadyk, Z. | 4/30/2008 | 93 | 5 | 93 | 10 |
| Dziadyk, Z. | 4/30/2008 | 93 | 12 | 93 | 18 |
| Dziadyk, Z. | 4/30/2008 | 93 | 20 | 94 | 8 |
| Dziadyk, Z. | 4/30/2008 | 94 | 14 | 94 | 17 |
| Friedenson, J. | 10/25/2007 | 24 | 10 | 24 | 11 |
| Friedenson, J. | 10/25/2007 | 24 | 13 | 24 | 13 |
| Friedenson, J. | 10/25/2007 | 24 | 17 | 25 | 2 |
| Friedenson, J. | 10/25/2007 | 25 | 7 | 25 | 13 |
| Friedenson, J. | 10/25/2007 | 26 | 2 | 26 | 9 |
| Friedenson, J. | 10/25/2007 | 26 | 11 | 27 | 7 |
| Friedenson, J. | 10/25/2007 | 27 | 10 | 27 | 13 |
| Friedenson, J. | 10/25/2007 | 27 | 16 | 28 | 20 |
| Friedenson, J. | 10/25/2007 | 29 | 3 | 29 | 18 |
| Friedenson, J. | 10/25/2007 | 30 | 11 | 31 | 1 |
| Friedenson, J. | 10/25/2007 | 31 | 3 | 31 | 4 |
| Friedenson, J. | 10/25/2007 | 31 | 11 | 31 | 12 |
| Friedenson, J. | 10/25/2007 | 42 | 6 | 42 | 7 |
| Friedenson, J. | 10/25/2007 | 42 | 17 | 43 | 1 |
| Friedenson, J. | 10/25/2007 | 45 | 21 | 46 | 3 |
| Friedenson, J. | 10/25/2007 | 46 | 6 | 46 | 9 |
| Friedenson, J. | 10/25/2007 | 75 | 10 | 76 | 8 |
| Friedenson, J. | 10/25/2007 | 76 | 10 | 76 | 19 |
| Friedenson, J. | 10/25/2007 | 76 | 2 | 77 | 2 |
| Friedenson, J. | 10/25/2007 | 77 | 4 | 77 | 14 |
| Friedenson, J. | 10/25/2007 | 77 | 16 | 79 | 17 |
| Harris, J. | 9/18/2007 | 49 | 20 | 50 | 20 |
| Harris, J. | 9/18/2007 | 50 | 21 | 50 | 21 |
| Harris, J. | 9/18/2007 | 51 | 1 | 51 | 6 |
| Harris, J. | 9/18/2007 | 66 | 12 | 67 | 6 |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Harris, J. | 9/18/2007 | 67 | 9 | 67 | 14 |
| Harris, J. | 9/18/2007 | 67 | 16 | 68 | 5 |
| Harris, J. | 9/18/2007 | 85 | 13 | 88 | 10 |
| Harris, J. | 9/18/2007 | 159 | 12 | 160 | 8 |
| Harris, J. | 9/18/2007 | 142 | 15 | 143 | 1 |
| Harris, J. | 9/18/2007 | 159 | 12 | 160 | 8 |
| Harris, J. | 9/18/2007 | 164 | 13 | 165 | 1 |
| Harris, J. | 9/18/2007 | 165 | 17 | 165 | 21 |
| Harris, J. | 9/18/2007 | 166 | 2 | 166 | 3 |
| Harris, J. | 9/18/2007 | 174 | 5 | 175 | 16 |
| Harris, J. | 9/18/2007 | 178 | 9 | 178 | 19 |
| Harris, J. | 9/18/2007 | 177 | 12 | 178 | 2 |
| Harris, J. | 9/18/2007 | 189 | 3 | 190 | 5 |
| Harris, J. | 9/18/2007 | 200 | 9 | 200 | 11 |
| Harris, J. | 9/18/2007 | 200 | 14 | 200 | 17 |
| Harris, J. | 9/18/2007 | 200 | 19 | 201 | 9 |
| Harris, J. | 9/18/2007 | 201 | 11 | 203 | 11 |
| Harris, J. | 9/18/2007 | 205 | 16 | 205 | 18 |
| Harris, J. | 9/18/2007 | 205 | 20 | 205 | 20 |
| Harris, J. | 9/18/2007 | 229 | 7 | 229 | 11 |
| Harris, J. | 9/18/2007 | 229 | 13 | 229 | 21 |
| Harris, J. | 9/18/2007 | 255 | 19 | 257 | 12 |
| Jacques, P. | 9/24/2007 | 17 | 7 | 17 | 10 |
| Jacques, P. | 9/24/2007 | 41 | 19 | 41 | 24 |
| Jacques, P. | 9/24/2007 | 54 | 10 | 54 | 23 |
| Jacques, P. | 9/24/2007 | 63 | 1 | 63 | 7 |
| Jacques, P. | 9/24/2007 | 66 | 1 | 66 | 11 |
| Jacques, P. | 9/24/2007 | 66 | 24 | 68 | 19 |
| Jacques, P. | 9/24/2007 | 76 | 4 | 77 | 1 |
| Jacques, P. | 9/24/2007 | 78 | 16 | 79 | 9 |
| Jacques, P. | 9/24/2007 | 86 | 3 | 86 | 12 |
| Jacques, P. | 9/24/2007 | 92 | 14 | 93 | 1 |
| Jacques, P. | 9/24/2007 | 94 | 19 | 94 | 21 |
| Jacques, P. | 9/24/2007 | 96 | 17 | 97 | 2 |
| Jacques, P. | 9/24/2007 | 101 | 21 | 102 | 9 |
| Jacques, P. | 9/24/2007 | 104 | 17 | 104 | 25 |
| Jacques, P. | 9/24/2007 | 131 | 13 | 131 | 17 |
| Jacques, P. | 9/25/2007 | 152 | 2 | 152 | 13 |
| Jacques, P. | 9/25/2007 | 153 | 2 | 153 | 14 |
| Jacques, P. | 9/25/2007 | 157 | 6 | 157 | 12 |
| Jacques, P. | 9/25/2007 | 197 | 2 | 197 | 12 |
| Jacques, P. | 9/25/2007 | 216 | 4 | 216 | 10 |
| Jacques, P. | 9/25/2007 | 232 | 24 | 233 | 8 |
| Janssens, F. | 7/12/2007 | 58 | 21 | 59 | 13 |
| Janssens, F. | 7/12/2007 | 63 | 14 | 64 | 10 |
| Janssens, F. | 7/12/2007 | 67 | 12 | 67 | 14 |
| Janssens, F. | 7/12/2007 | 67 | 15 | 68 | 8 |
| Janssens, F. | 7/12/2007 | 69 | 3 | 70 | 3 |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Janssens, F. | 7/12/2007 | 74 | 14 | 74 | 23 |
| Janssens, F. | 7/12/2007 | 78 | 15 | 78 | 18 |
| Janssens, F. | 7/12/2007 | 99 | 1 | 99 | 15 |
| Janssens, F. | 7/12/2007 | 100 | 16 | 100 | 20 |
| Janssens, F. | 7/12/2007 | 102 | 19 | 102 | 23 |
| Janssens, F. | 7/13/2007 | 161 | 21 | 162 | 4 |
| Janssens, F. | 7/13/2007 | 162 | 12 | 162 | 14 |
| Janssens, F. | 7/13/2007 | 166 | 8 | 166 | 19 |
| Janssens, F. | 7/13/2007 | 170 | 17 | 171 | 3 |
| Kroeger, H. | 9/21/2007 | 40 | 19 | 40 | 20 |
| Kroeger, H. | 9/21/2007 | 44 | 18 | 44 | 25 |
| Kroeger, H. | 9/21/2007 | 46 | 13 | 47 | 25 |
| Kroeger, H. | 9/21/2007 | 50 | 14 | 51 | 3 |
| Kroeger, H. | 9/21/2007 | 57 | 24 | 58 | 20 |
| Kroeger, H. | 9/21/2007 | 61 | 14 | 62 | 9 |
| Kroeger, H. | 9/21/2007 | 66 | 25 | 67 | 2 |
| Kroeger, H. | 9/21/2007 | 72 | 16 | 73 | 4 |
| Kroeger, H. | 9/21/2007 | 77 | 24 | 78 | 6 |
| Kroeger, H. | 9/21/2007 | 78 | 17 | 78 | 21 |
| Kroeger, H. | 9/21/2007 | 80 | 1 | 80 | 14 |
| Kroeger, H. | 9/21/2007 | 82 | 3 | 82 | 8 |
| Kroeger, H. | 9/21/2007 | 97 | 21 | 97 | 25 |
| Kroeger, H. | 9/21/2007 | 101 | 25 | 102 | 11 |
| Kroeger, H. | 9/21/2007 | 102 | 17 | 103 | 2 |
| Kroeger, H. | 9/21/2007 | 120 | 6 | 120 | 8 |
| Kroeger, H. | 9/21/2007 | 120 | 21 | 121 | 13 |
| Kroeger, H. | 9/21/2007 | 124 | 8 | 124 | 14 |
| Kroeger, H. | 9/21/2007 | 121 | 23 | 122 | 12 |
| Kroeger, H. | 9/21/2007 | 124 | 16 | 124 | 18 |
| Kroeger, H. | 9/21/2007 | 125 | 2 | 125 | 7 |
| Kroeger, H. | 9/21/2007 | 125 | 24 | 126 | 15 |
| Kroeger, H. | 9/21/2007 | 129 | 11 | 130 | 3 |
| Kroeger, H. | 9/21/2007 | 135 | 3 | 135 | 5 |
| Kroeger, H. | 9/21/2007 | 136 | 18 | 137 | 6 |
| Kroeger, H. | 9/21/2007 | 138 | 14 | 139 | 5 |
| Kroeger, H. | 9/21/2007 | 141 | 11 | 141 | 25 |
| Kroeger, H. | 9/21/2007 | 102 | 17 | 102 | 21 |
| Kroeger, H. | 9/21/2007 | 106 | 17 | 106 | 20 |
| Kroeger, H. | 9/21/2007 | 106 | 23 | 107 | 8 |
| Kroeger, H. | 9/21/2007 | 109 | 24 | 111 | 9 |
| Kroeger, H. | 9/21/2007 | 129 | 11 | 130 | 3 |
| Lambert A. | 10/11/2007 | 30 | 18 | 30 | 19 |
| Lambert A. | 10/11/2007 | 30 | 21 | 30 | 24 |
| Lambert A. | 10/11/2007 | 32 | 8 | 32 | 20 |
| Lambert A. | 10/11/2007 | 48 | 21 | 51 | 9 |
| Lambert A. | 10/11/2007 | 64 | 25 | 65 | 22 |
| Mross, S. | 10/12/2007 | 12 | 12 | 13 | 2 |
| Mross, S. | 10/12/2007 | 19 | 12 | 19 | 17 |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Mross, S. | 10/12/2007 | 24 | 14 | 24 | 21 |
| Mross, S. | 10/12/2007 | 41 | 17 | 42 | 4 |
| Mross, S. | 10/12/2007 | 50 | 3 | 50 | 5 |
| Mross, S. | 10/12/2007 | 50 | 22 | 51 | 24 |
| Mross, S. | 10/12/2007 | 53 | 14 | 53 | 19 |
| Mross, S. | 10/12/2007 | 70 | 3 | 70 | 9 |
| Mross, S. | 10/12/2007 | 75 | 13 | 77 | 18 |
| Mross, S. | 10/12/2007 | 89 | 18 | 90 | 2 |
| Mross, S. | 10/12/2007 | 91 | 16 | 94 | 15 |
| Mross, S. | 10/12/2007 | 97 | 6 | 97 | 15 |
| Mross, S. | 10/12/2007 | 97 | 13 | 97 | 15 |
| Mross, S. | 10/12/2007 | 97 | 25 | 98 | 11 |
| Pezzner, A. | 9/11/2007 | 19 | 6 | 20 | 6 |
| Pezzner, A. | 9/11/2007 | 21 | 14 | 22 | 1 |
| Pezzner, A. | 9/11/2007 | 23 | 22 | 24 | 21 |
| Pezzner, A. | 9/11/2007 | 31 | 25 | 33 | 8 |
| Pezzner, A. | 9/11/2007 | 37 | 19 | 39 | 5 |
| Preziotti, R. | 10/5/2007 | 45 | 15 | 45 | 22 |
| Preziotti, R. | 10/5/2007 | 48 | 14 | 48 | 15 |
| Preziotti, R. | 10/5/2007 | 48 | 17 | 48 | 20 |
| Preziotti, R. | 10/5/2007 | 48 | 22 | 49 | 3 |
| Preziotti, R. | 10/5/2007 | 50 | 15 | 50 | 16 |
| Preziotti, R. | 10/5/2007 | 50 | 20 | 50 | 21 |
| Preziotti, R. | 10/5/2007 | 53 | 15 | 53 | 16 |
| Preziotti, R. | 10/5/2007 | 54 | 5 | 54 | 16 |
| Preziotti, R. | 10/5/2007 | 54 | 17 | 55 | 3 |
| Preziotti, R. | 10/5/2007 | 56 | 8 | 56 | 15 |
| Preziotti, R. | 10/5/2007 | 71 | 12 | 72 | 13 |
| Preziotti, R. | 10/5/2007 | 72 | 17 | 73 | 10 |
| Preziotti, R. | 10/5/2007 | 73 | 12 | 74 | 5 |
| Preziotti, R. | 10/5/2007 | 74 | 7 | 74 | 20 |
| Preziotti, R. | 10/5/2007 | 75 | 1 | 75 | 13 |
| Preziotti, R. | 10/5/2007 | 75 | 15 | 76 | 11 |
| Preziotti, R. | 10/5/2007 | 76 | 14 | 76 | 20 |
| Preziotti, R. | 10/5/2007 | 76 | 22 | 77 | 4 |
| Preziotti, R. | 10/5/2007 | 77 | 6 | 77 | 6 |
| Preziotti, R. | 10/5/2007 | 109 | 22 | 110 | 20 |
| Preziotti, R. | 10/5/2007 | 110 | 6 | 110 | 10 |
| Preziotti, R. | 10/5/2007 | 110 | 12 | 110 | 21 |
| Preziotti, R. | 10/5/2007 | 111 | 1 | 111 | 1 |
| Preziotti, R. | 10/5/2007 | 113 | 1 | 113 | 2 |
| Preziotti, R. | 10/5/2007 | 113 | 4 | 113 | 12 |
| Preziotti, R. | 10/5/2007 | 113 | 14 | 114 | 4 |
| Schneller, Marina | 8/28/2007 | 15 | 13 | 15 | 17 |
| Schneller, Marina | 8/28/2007 | 22 | 3 | 22 | 6 |
| Schneller, Marina | 8/28/2007 | 63 | 20 | 64 | 5 |
| Schneller, Marina | 8/28/2007 | 64 | 14 | 64 | 21 |
| Schneller, Marina | 8/28/2007 | 64 | 23 | 65 | 10 |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Schneller, Marina | 8/28/2007 | 66 | 8 | 66 | 14 |
| Schneller, Marina | 8/28/2007 | 224 | 22 | 225 | 2 |
| Schneller, Marina | 8/28/2007 | 225 | 5 | 225 | 8 |
| Schneller, Marina | 8/28/2007 | 225 | 10 | 225 | 14 |
| Schoebrechts, J-P | 7/11/2007 | 16 | 4 | 16 | 6 |
| Schoebrechts, J-P | 7/11/2007 | 21 | 18 | 21 | 22 |
| Schoebrechts, J-P | 7/11/2007 | 28 | 4 | 28 | 8 |
| Schoebrechts, J-P | 7/11/2007 | 30 | 16 | 30 | 20 |
| Schoebrechts, J-P | 7/11/2007 | 39 | 6 | 39 | 15 |
| Schoebrechts, J-P | 7/11/2007 | 39 | 19 | 39 | 24 |
| Schoebrechts, J-P | 7/11/2007 | 93 | 4 | 93 | 12 |
| Serrier, J. | 9/24/2007 | 10 | 20 | 11 | 3 |
| Serrier, J. | 9/24/2007 | 32 | 20 | 33 | 4 |
| Serrier, J. | 9/24/2007 | 45 | 2 | 45 | 5 |
| Serrier, J. | 9/24/2007 | 47 | 24 | 48 | 1 |
| Serrier, J. | 9/24/2007 | 49 | 6 | 51 | 5 |
| Serrier, J. | 9/24/2007 | 53 | 25 | 54 | 13 |
| Serrier, J. | 9/24/2007 | 66 | 6 | 67 | 21 |
| Serrier, J. | 9/24/2007 | 69 | 5 | 71 | 4 |
| Serrier, J. | 9/24/2007 | 82 | 2 | 82 | 19 |
| Serrier, J. | 9/24/2007 | 93 | 17 | 93 | 19 |
| Serrier, J. | 9/24/2007 | 109 | 6 | 109 | 10 |
| Serrier, J. | 9/24/2007 | 109 | 19 | 110 | 1 |
| Serrier, J. | 9/24/2007 | 116 | 23 | 117 | 8 |
| Serrier, J. | 9/24/2007 | 119 | 6 | 119 | 23 |
| Serrier, J. | 9/24/2007 | 116 | 23 | 117 | 8 |
| Serrier, J. | 9/25/2007 | 179 | 5 | 179 | 10 |
| Serrier, J. | 9/25/2007 | 180 | 2 | 180 | 16 |
| Serrier, J. | 9/25/2007 | 184 | 24 | 185 | 9 |
| Serrier, J. | 9/25/2007 | 186 | 8 | 186 | 16 |
| Serrier, J. | 9/25/2007 | 191 | 16 | 192 | 25 |
| Serrier, J. | 9/25/2007 | 207 | 21 | 208 | 12 |
| Serrier, J. | 9/25/2007 | 227 | 22 | 228 | 12 |
| Serrier, J. | 9/25/2007 | 230 | 18 | 231 | 6 |
| Serrier, J. | 9/25/2007 | 232 | 24 | 233 | 10 |
| Serrier, J. | 9/25/2007 | 308 | 8 | 309 | 12 |
| Serrier, J. | 9/25/2007 | 329 | 22 | 330 | 6 |
| Serrier, J. | 9/25/2007 | 343 | 8 | 343 | 11 |
| Serrier, J. | 9/25/2007 | 346 | 16 | 350 | 11 |
| Serrier, J. | 9/25/2007 | 351 | 2 | 351 | 18 |
| Serrier, J. | 9/25/2007 | 352 | 8 | 353 | 7 |
| Serrier, J. | 9/25/2007 | 371 | 10 | 371 | 20 |
| Serrier, J. | 9/25/2007 | 356 | 14 | 358 | 5 |
| Spencer, G. | 9/12/2007 | 20 | 1 | 20 | 24 |
| Spencer, G. | 9/12/2007 | 22 | 23 | 22 | 25 |
| Spencer, G. | 9/12/2007 | 29 | 24 | 30 | 2 |
| Spencer, G. | 9/12/2007 | 36 | 11 | 36 | 23 |
| Spencer, G. | 9/12/2007 | 50 | 9 | 57 | 13 |

Exhibit 11
Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Name of Deponent | Date of Deposition | Page | Line | Page | Line |
|---|---|---|---|---|---|
| Spencer, G. | 9/12/2007 | 72 | 9 | 73 | 3 |
| Spencer, G. | 9/12/2007 | 77 | 10 | 77 | 17 |
| Wilmet, V. | 7/9/2007 | 53 | 14 | 56 | 8 |
| Wilmet, V. | 7/9/2007 | 57 | 2 | 58 | 7 |
| Wilmet, V. | 7/9/2007 | 59 | 9 | 61 | 6 |
| Wilmet, V. | 7/9/2007 | 61 | 20 | 62 | 1 |
| Wilmet, V. | 7/9/2007 | 63 | 10 | 64 | 5 |
| Wilmet, V. | 7/9/2007 | 75 | 12 | 75 | 14 |
| Wilmet, V. | 7/9/2007 | 78 | 15 | 78 | 22 |
| Wilmet, V. | 7/9/2007 | 86 | 22 | 87 | 5 |
| Wilmet, V. | 7/9/2007 | 91 | 5 | 91 | 8 |
| Wilmet, V. | 7/9/2007 | 102 | 18 | 102 | 21 |
| Wilmet, V. | 7/10/2007 | 152 | 2 | 152 | 21 |
| Wilmet, V. | 7/10/2007 | 154 | 3 | 154 | 16 |
| Wilmet, V. | 7/10/2007 | 157 | 5 | 157 | 14 |
| Wilmet, V. | 7/10/2007 | 161 | 20 | 162 | 21 |
| Wilmet, V. | 7/10/2007 | 166 | 17 | 166 | 23 |
| Wilmet, V. | 7/10/2007 | 170 | 14 | 173 | 12 |
| Wilmet, V. | 7/10/2007 | 186 | 14 | 190 | 8 |
| Wilmet, V. | 7/10/2007 | 195 | 25 | 198 | 10 |
| Wilmet, V. | 7/10/2007 | 222 | 9 | 223 | 4 |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Deposition | Date | FirstPage | FirstLine | LastPage | LastLine | Objection |
|---|---|---|---|---|---|---|
| Balthasart | 10/10/2007 | 12 | 13 | 13 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 15 | 21 | 17 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 18 | 14 | 18 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 29 | 25 | 33 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 34 | 23 | 36 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 36 | 21 | 37 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 37 | 10 | 37 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Non-responsive/ No question (FRE 611) |
| Balthasart | 10/10/2007 | 37 | 18 | 38 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Non-responsive/ No question (FRE 611) |
| Balthasart | 10/10/2007 | 46 | 3 | 46 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Balthasart | 10/10/2007 | 49 | 14 | 49 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Balthasart | 10/10/2007 | 49 | 23 | 50 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 50 | 20 | 51 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 52 | 25 | 53 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 54 | 14 | 54 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 55 | 17 | 56 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 57 | 8 | 57 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 57 | 23 | 58 | 3 | Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Balthasart | 10/10/2007 | 58 | 4 | 58 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 58 | 18 | 59 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Balthasart | 10/10/2007 | 69 | 12 | 70 | 25 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Balthasart | 10/10/2007 | 81 | 5 | 83 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 83 | 21 | 85 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 86 | 24 | 88 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 94 | 21 | 95 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 95 | 3 | 96 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 97 | 17 | 98 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 98 | 7 | 98 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 100 | 18 | 100 | 21 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Balthasart | 10/10/2007 | 101 | 6 | 102 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Balthasart | 10/10/2007 | 103 | 2 | 104 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Bush | 5/6/2008 | 16 | 22 | 17 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Bush | 5/6/2008 | 22 | 17 | 34 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 36 | 4 | 38 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 44 | 2 | 45 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 44 | 7 | 44 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 45 | 22 | 45 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 48 | 2 | 48 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Bush | 5/6/2008 | 50 | 20 | 55 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Best Evidence/Document Speaks for Itself; Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611); |
|------|----------|----|----|----|---|------------------------------------------------------------|
| Bush | 5/6/2008 | 55 | 8 | 58 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 58 | 18 | 59 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 59 | 13 | 59 | 19 | Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 60 | 8 | 61 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 61 | 10 | 61 | 19 | Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 61 | 21 | 63 | 10 | Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Bush | 5/6/2008 | 64 | 4 | 65 | 10 | Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Bush | 5/6/2008 | 68 | 22 | 72 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Relevance (FRE 402) |
| Bush | 5/6/2008 | 74 | 20 | 75 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Relevance (FRE 402) |
| Bush | 5/6/2008 | 76 | 12 | 76 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Bush | 5/6/2008 | 76 | 18 | 78 | 1 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Bush | 5/6/2008 | 78 | 2 | 82 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Bush | 5/6/2008 | 84 | 10 | 84 | 17 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Bush | 5/6/2008 | 85 | 20 | 86 | 20 | Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Bush | 5/6/2008 | 99 | 19 | 101 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Relevance (FRE 402) |
| Bush | 5/6/2008 | 114 | 3 | 114 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Bush | 5/6/2008 | 124 | 11 | 125 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 6 | 12 | 6 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Carson | 5/1/2008 | 11 | 17 | 12 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Carson | 5/1/2008 | 12 | 22 | 14 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Calls for a Legal Conclusion; Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 18 | 18 | 19 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 22 | 15 | 23 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 26 | 14 | 26 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 28 | 4 | 29 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 33 | 3 | 33 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 38 | 19 | 42 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Carson | 5/1/2008 | 42 | 20 | 43 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
|--------|----------|----|----|----|----|-----------------------------------------------------------|
| Carson | 5/1/2008 | 43 | 9 | 43 | 22 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 48 | 3 | 48 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Carson | 5/1/2008 | 50 | 4 | 50 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 52 | 2 | 52 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 53 | 6 | 53 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Carson | 5/1/2008 | 55 | 12 | 55 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Misstates the Witnesses Testimony; Relevance (FRE 402) |
| Carson | 5/1/2008 | 57 | 13 | 58 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Carson | 5/1/2008 | 58 | 21 | 60 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Carson | 5/1/2008 | 63 | 7 | 63 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Carson | 5/1/2008 | 65 | 2 | 66 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Carson | 5/1/2008 | 66 | 14 | 67 | 6 | Asked and Answered |
| Carson | 5/1/2008 | 67 | 7 | 67 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Carson | 5/1/2008 | 67 | 17 | 68 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Carson | 5/1/2008 | 68 | 2 | 69 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Calls for a Legal Conclusion; Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 5 | 12 | 6 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402); Non-responsive/ No question (FRE 611) |
| Dziadyk | 4/30/2008 | 7 | 18 | 8 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 11 | 19 | 12 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 12 | 22 | 13 | 13 | Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 13 | 14 | 13 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); [n[; Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 15 | 4 | 15 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Dziadyk | 4/30/2008 | 18 | 17 | 20 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 20 | 9 | 21 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 21 | 17 | 22 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Asked and Answered; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 23 | 6 | 25 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 25 | 7 | 25 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 26 | 1 | 26 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 26 | 6 | 26 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 27 | 21 | 28 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); [n[; Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Dziadyk | 4/30/2008 | 30 | 6 | 30 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 30 | 20 | 31 | 21 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Dziadyk | 4/30/2008 | 31 | 22 | 32 | 15 | Asked and Answered |
| Dziadyk | 4/30/2008 | 34 | 18 | 36 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 37 | 6 | 38 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 40 | 7 | 40 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 41 | 15 | 42 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 47 | 22 | 48 | 12 | Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 48 | 14 | 49 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 49 | 7 | 54 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 61 | 22 | 69 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 71 | 22 | 75 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Dziadyk | 4/30/2008 | 75 | 2 | 75 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Dziadyk | 4/30/2008 | 75 | 14 | 76 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Asked and Answered; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 76 | 12 | 79 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 80 | 5 | 82 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 84 | 6 | 85 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 85 | 15 | 87 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Dziadyk | 4/30/2008 | 92 | 14 | 94 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); [Ic]; Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 24 | 10 | 25 | 13 | Asked and Answered; Colloquy of counsel, not testimony; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 26 | 2 | 26 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Asked and Answered; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 26 | 17 | 27 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Friedenson | 10/25/2007 | 27 | 12 | 28 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Asked and Answered; Colloquy of counsel, not testimony; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Friedenson | 10/25/2007 | 28 | 10 | 29 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Friedenson | 10/25/2007 | 28 | 19 | 28 | 22 | Non-responsive/ No question (FRE 611) |
| Friedenson | 10/25/2007 | 30 | 11 | 31 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Friedenson | 10/25/2007 | 30 | 22 | 31 | 11 | Non-responsive/ No question (FRE 611) |
| Friedenson | 10/25/2007 | 31 | 11 | 31 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Asked and Answered; Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 46 | 2 | 46 | 9 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Friedenson | 10/25/2007 | 75 | 10 | 76 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 76 | 22 | 77 | 4 | Asked and Answered;  Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 77 | 5 | 78 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Friedenson | 10/25/2007 | 79 | 1 | 79 | 17 | 403 (undue prejudice); Colloquy of counsel, not testimony; Assumes Facts Not in Evidence/Argumentive; Misstates the Witnesses Testimony; Vague/Ambiguous/Compound Question (FRE 611) |
| Jacques | 9/24/2007 | 17 | 7 | 17 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Relevance (FRE 402) |
| Jacques | 9/24/2007 | 41 | 19 | 41 | 24 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Jacques | 9/24/2007 | 54 | 10 | 54 | 23 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Jacques | 9/24/2007 | 63 | 1 | 63 | 7 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402); |
| Jacques | 9/24/2007 | 66 | 1 | 66 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Jacques | 9/24/2007 | 66 | 24 | 68 | 19 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Jacques | 9/24/2007 | 76 | 4 | 77 | 1 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611) |
| Jacques | 9/24/2007 | 78 | 16 | 79 | 9 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402); |
| Jacques | 9/24/2007 | 92 | 14 | 93 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Jacques | 9/24/2007 | 94 | 19 | 94 | 21 | Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Jacques | 9/24/2007 | 96 | 17 | 97 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Jacques | 9/24/2007 | 101 | 21 | 102 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Jacques | 9/24/2007 | 104 | 17 | 104 | 25 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Jacques | 9/24/2007 | 131 | 13 | 131 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Jacques | 9/25/2007 | 152 | 2 | 152 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Jacques | 9/25/2007 | 153 | 2 | 153 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Jacques | 9/25/2007 | 157 | 6 | 157 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402); Non-responsive/ No question (FRE 611) |
| Jacques | 9/25/2007 | 197 | 2 | 197 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Jacques | 9/25/2007 | 232 | 24 | 233 | 8 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Improper Leading Question on Direct of Party's Witness (FRE 611) |
| Janssens | 7/12/2007 | 58 | 21 | 59 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Janssens | 7/12/2007 | 63 | 14 | 64 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Janssens | 7/12/2007 | 67 | 12 | 68 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Janssens | 7/12/2007 | 69 | 3 | 70 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Janssens | 7/12/2007 | 78 | 15 | 78 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Janssens | 7/12/2007 | 99 | 1 | 99 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Incomplete hypothetical; Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Janssens | 7/12/2007 | 100 | 16 | 100 | 20 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Janssens | 7/12/2007 | 102 | 19 | 102 | 23 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Janssens | 7/13/2007 | 162 | 12 | 162 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Lambert | 10/11/2007 | 32 | 8 | 32 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Lambert | 10/11/2007 | 48 | 21 | 50 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Lambert | 10/11/2007 | 64 | 25 | 65 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 41 | 17 | 41 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mross | 10/12/2007 | 41 | 23 | 42 | 4 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 50 | 3 | 50 | 5 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Mross | 10/12/2007 | 50 | 22 | 51 | 24 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Mross | 10/12/2007 | 51 | 11 | 51 | 20 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Mross | 10/12/2007 | 51 | 21 | 51 | 24 | Non-responsive/ No question (FRE 611) |
| Mross | 10/12/2007 | 70 | 3 | 70 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mross | 10/12/2007 | 70 | 8 | 70 | 9 | Colloquy of counsel, not testimony |
| Mross | 10/12/2007 | 75 | 13 | 77 | 12 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 76 | 10 | 76 | 14 | Colloquy of counsel, not testimony |
| Mross | 10/12/2007 | 77 | 13 | 77 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mross | 10/12/2007 | 89 | 18 | 90 | 2 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 91 | 16 | 91 | 23 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 91 | 24 | 92 | 3 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mross | 10/12/2007 | 92 | 4 | 92 | 22 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 92 | 23 | 93 | 13 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Mross | 10/12/2007 | 93 | 14 | 94 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Mross | 10/12/2007 | 97 | 5 | 97 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Pezzner | 9/11/2007 | 19 | 6 | 20 | 6 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Pezzner | 9/11/2007 | 23 | 22 | 24 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Colloquy of counsel, not testimony; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); |

16

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Pezzner | 9/11/2007 | 31 | 25 | 32 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Pezzner | 9/11/2007 | 37 | 19 | 38 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Pezzner | 9/11/2007 | 38 | 10 | 39 | 5 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611) |
| Preziotti | 10/5/2007 | 45 | 15 | 45 | 22 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 10/5/2007 | 48 | 14 | 49 | 3 | Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 10/5/2007 | 50 | 15 | 50 | 21 | Best Evidence/Document Speaks for Itself; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 10/5/2007 | 53 | 15 | 53 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Preziotti | 10/5/2007 | 54 | 5 | 55 | 3 | Assumes Facts Not in Evidence/Argumentative; Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Preziotti | 10/5/2007 | 56 | 8 | 56 | 15 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Preziotti | 10/5/2007 | 71 | 12 | 77 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 10/5/2007 | 109 | 22 | 111 | 1 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Vague/Ambiguous/Compound Question (FRE 611) |
| Preziotti | 10/5/2007 | 113 | 18 | 114 | 4 | Assumes Facts Not in Evidence/Argumentative; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Schneller | 8/28/2007 | 15 | 13 | 15 | 17 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Schneller | 8/28/2007 | 22 | 3 | 22 | 6 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Relevance (FRE 402) |
| Schneller | 8/28/2007 | 63 | 20 | 66 | 14 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611) |
| Schneller | 8/28/2007 | 224 | 22 | 225 | 14 | Improper Leading Question on Direct of Party's Witness (FRE 611); Vague/Ambiguous/Compound Question (FRE 611) |
| Schoebrecht | 7/11/2007 | 30 | 16 | 30 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Schoebrecht | 7/11/2007 | 39 | 6 | 39 | 24 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Schoebrecht | 7/11/2007 | 93 | 8 | 93 | 12 | Colloquy of counsel, not testimony; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Serrier | 9/24/2007 | 10 | 20 | 11 | 3 | Colloquy of counsel, not testimony; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Serrier | 9/24/2007 | 32 | 20 | 33 | 4 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; Relevance (FRE 402) |
| Serrier | 9/24/2007 | 39 | 21 | 40 | 18 | Relevance (FRE 402); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Serrier | 9/24/2007 | 49 | 6 | 51 | 5 | Colloquy of counsel, not testimony; Relevance (FRE 402); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611) |
| Serrier | 9/24/2007 | 53 | 25 | 54 | 13 | Relevance (FRE 402); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Serrier | 9/24/2007 | 66 | 6 | 67 | 2 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; [Testimony re Compromise or Offers to Compromise (FRE 408)]; Relevance (FRE 402); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Serrier | 9/24/2007 | 67 | 3 | 67 | 21 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; [Testimony re Compromise or Offers to Compromise (FRE 408)]; Relevance (FRE 402) |
| Serrier | 9/24/2007 | 69 | 5 | 71 | 4 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; [Testimony re Compromise or Offers to Compromise (FRE 408)]; Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Relevance (FRE 402) |
| Serrier | 9/24/2007 | 82 | 2 | 82 | 19 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; Relevance (FRE 402); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Serrier | 9/24/2007 | 93 | 17 | 93 | 19 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Serrier | 9/24/2007 | 109 | 6 | 109 | 10 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; Relevance (FRE 402); Relevance (FRE 402) |
| Serrier | 9/24/2007 | 109 | 19 | 110 | 1 | [Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403)]; Relevance (FRE 402); Relevance (FRE 402) |
| Serrier | 9/24/2007 | 116 | 23 | 117 | 8 | Relevance (FRE 402) |
| Serrier | 9/24/2007 | 119 | 6 | 119 | 23 | Relevance (FRE 402); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); |

18

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Serrier | 9/25/2007 | 179 | 5 | 179 | 10 | Non-responsive/ No question (FRE 611) |
| Serrier | 9/25/2007 | 180 | 2 | 180 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Serrier | 9/25/2007 | 184 | 24 | 185 | 9 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Serrier | 9/25/2007 | 186 | 8 | 186 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Document not authenticated by witness (FRE 901); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Serrier | 9/25/2007 | 191 | 16 | 192 | 16 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Non-responsive/ No question (FRE 611) |
| Serrier | 9/25/2007 | 207 | 21 | 208 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602) |
| Serrier | 9/25/2007 | 227 | 22 | 228 | 12 | Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Serrier | 9/25/2007 | 308 | 8 | 309 | 12 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611) |
| Serrier | 9/25/2007 | 329 | 22 | 330 | 6 | Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document |
| Serrier | 9/25/2007 | 343 | 8 | 343 | 11 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Serrier | 9/25/2007 | 346 | 16 | 347 | 9 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Serrier | 9/25/2007 | 346 | 25 | 347 | 9 | Non-responsive/ No question (FRE 611) |
| Serrier | 9/25/2007 | 347 | 10 | 350 | 11 | Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Serrier | 9/25/2007 | 351 | 2 | 351 | 18 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Serrier | 9/25/2007 | 352 | 8 | 353 | 7 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| | | | | | | |
|---|---|---|---|---|---|---|
| Serrier | 9/25/2007 | 371 | 10 | 371 | 20 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Foundation/Lack of Personal Knowledge/Speculation/unsupported opinion (FRE 104, 602); Relevance (FRE 402) |
| Spencer | 9/12/2007 | 20 | 1 | 20 | 24 | Colloquy of counsel, not testimony |
| Spencer | 9/12/2007 | 22 | 23 | 22 | 25 | Colloquy of counsel, not testimony |
| Spencer | 9/12/2007 | 36 | 11 | 36 | 23 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Relevance (FRE 402); Non-responsive/ No question (FRE 611) |
| Spencer | 9/12/2007 | 50 | 9 | 50 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Spencer | 9/12/2007 | 55 | 21 | 56 | 19 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6) |
| Spencer | 9/12/2007 | 75 | 17 | 75 | 18 | Colloquy of counsel, not testimony |
| Spencer | 9/12/2007 | 77 | 10 | 77 | 17 | Improper Leading Question on Direct of Party's Witness (FRE 611) |
| Wilmet | 7/10/2007 | 152 | 2 | 152 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Wilmet | 7/10/2007 | 154 | 3 | 154 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Calls for a Legal Conclusion; Relevance (FRE 402) |
| Wilmet | 7/10/2007 | 157 | 5 | 157 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |

Exhibit 11
Honeywell's Objections to Solvay's Counter-Designations
Solvay, S.A. v. Honeywell International Inc.
Case No. 06-557-SLR

| Wilmet | 7/10/2007 | 161 | 20 | 162 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
|---|---|---|---|---|---|---|
| Wilmet | 7/10/2007 | 166 | 17 | 166 | 23 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Wilmet | 7/10/2007 | 170 | 13 | 172 | 14 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Wilmet | 7/10/2007 | 186 | 14 | 187 | 16 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper expert testimony or opinion testimony by lay witness (FRE 701 & 702); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |
| Wilmet | 7/10/2007 | 195 | 25 | 197 | 21 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Foundation/Lack of Personal Knowledge/Speculation/ Unsupported opinion (FRE 104, 602); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402); Vague/Ambiguous/Compound Question (FRE 611) |
| Wilmet | 7/11/2007 | 187 | 17 | 190 | 8 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Hearsay (FRE 802)Including Hearsay - As to Solvay's Use of Document; Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Non-responsive/ No question (FRE 611); Relevance (FRE 402) |
| Wilmet | 7/11/2007 | 197 | 22 | 198 | 10 | Prejudice outweighs probative value/Cumulative/Unduly Confusing (e.g., incomplete testimony or taken out of context) (FRE 403); Improper designation/counterdesignation under Fed. R. Civ. P. 32(a)(6); Relevance (FRE 402) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SOLVAY, S.A., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-557-SLR |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |

## OBJECTION KEY

The abbreviations used by Solvay, S.A. ("Solvay") for its objections to Honeywell International Inc.'s ("Honeywell") proposed trial exhibits and designated deposition testimony correspond to the objections listed below:

**I.      AUTHENTICATION**

Solvay objects to certain Honeywell proposed exhibits on the grounds that the authenticity of the documents has not been established.  *See* Fed. R. Evid. 901(a) (Objection Code A).

**II.      LACK OF FOUNDATION**

Solvay objects to certain Honeywell proposed exhibits or deposition testimony that lack an adequate foundation and/or lack of personal knowledge for admission into evidence.  *See* Fed. R. Evid. 104(b), 602.  (Objection Code F).

**III.      FOREIGN LANGUAGE / TRANSLATION**

Solvay objects to certain Honeywell proposed exhibits that are written in a foreign language and that lack a certified English language translation, or, for the exhibits that contain a

certified English language translation, Solvay objects to the accuracy of such translation.   For

certain Honeywell proposed deposition testimony that was conducted in a foreign language with

the assistance of a translator, Solavy objects to the accuracy of such translation.  (Objection Code

T).

## IV.    **HEARSAY**

Solvay objects to certain Honeywell proposed exhibits or deposition testimony that

constitute or include hearsay to the extent that such documents or deposition testimony are

offered as evidence in their own right as proof of the truth of the matter asserted.  *See* Fed. R.

Evid. 801 and 802 (Objection Code H).

## V.    **INCOMPLETE / ILLEGIBLE**

Solvay objects to certain Honeywell proposed exhibits that consist of incomplete and

partial documents and/or are illegible.  *See* Fed. R. Evid. 106 (Objection Code INC).

## VI.    **PREJUDICIAL, CONFUSING, OR MISLEADING**

Solvay objects to certain Honeywell proposed exhibits or designated deposition

testimony as prejudicial, confusing, and/or misleading.   *See* Fed. R. Evid. 403 (Objection Code

P).

## VII.    **RELEVANCE**

Solvay objects to the relevancy of certain Honeywell proposed exhibits or designated

deposition testimony that do not tend to make the existence of any fact that is of consequence to

the determination of the action more probable or less probable than it would be without the

evidence. *See* Fed. R. Evid. 401 and 402 (Objection Code R).

2

## VIII.    <u>DOCUMENTS NOT PRODUCED IN DISCOVERY</u>

Solvay objects to certain Honeywell proposed exhibits that were not produced in discovery.  Solvay requests that these documents be excluded since their inclusion at the trial would be prejudicial to Solvay.  (Objection Code NP).

## IX.    <u>FORM OF QUESTION</u>

Solvay objects to certain portions of Honeywell proposed deposition testimony in which the question asked of the deponent was vague, compound, or complex.  (Objection Code V).

## X.    <u>OUTSIDE THE SCOPE OF 30(B)(6) NOTICE</u>

Solvay objects to certain portions of Honeywell proposed deposition testimony in which the question asked of the deponent  was outside the scope of the 30(b)(6) designation. (Objection Code S).

## XI.    <u>OFFER OF COMPROMISE</u>

Solvay objects to certain documents or testimony offered by Honeywell as an inadmissible offer of compromise or as conduct or statements made in compromise negotiations regarding a claim.  *See* Fed. R. Evid. 408 (Objection Code C).

# EXHIBIT 12

## EXHIBIT 12

## SOLVAY'S STATEMENT OF INTENDED PROOFS

### I.    INFRINGEMENT

1.    Solvay intends to prove that Honeywell's process for making HFC-245fa literally infringes one or more of claims 1-7, 10-18, and 21-22 of the '817 patent.

### II.    WILLFUL INFRINGEMENT

2.    Solvay intends to prove that Honeywell's infringement of the '817 patent was and continues to be willful.

### III.    VALIDITY, ENFORCEABILITY, AND ESTOPPEL

3.    To the extent necessary, Solvay intends to introduce evidence to rebut each of Honeywell's defenses.

### IV.    DAMAGES

4.    Solvay intends to prove that, as a consequence of Honeywell's infringement of the '817 patent, Solvay has suffered damages as specified in the Expert Report of Andrew W. Carter dated October 22, 2007.

5.    Solvay intends to prove that, as a consequence of Honeywell's patent infringement, Solvay is entitled to prejudgment interest.

6.    Solvay intends to prove that as a consequence of Honeywell's willful patent infringement, Solvay is entitled to have its damages trebled under 35 U.S.C. § 284.

7.    Solvay intends to prove that because this is an exceptional case, Solvay is entitled to its attorneys' fees and expenses including expert witness expenses, pursuant to 35 U.S.C. § 285 or the Court's equitable power, in an amount to be determined by the Court.

## V.    **INJUNCTION**

8.    Solvay intends to prove that it is entitled to injunctive relief under 35 U.S.C. § 283 in the form of an injunction barring Honeywell from further infringement of the '817 patent.

# EXHIBIT 13

**EXHIBIT 13**

**HONEYWELL'S STATEMENT OF INTENDED PROOFS**

## I.    INVALIDITY OF THE '817 PATENT

1.    Honeywell intends to prove that each of the asserted claims (presently, claims 1-7, 10-18, and 21-22) (the "Asserted Claims") of U.S. Patent No. 6,730,817 ("the '817 patent") is anticipated by prior art and therefore invalid under 35 U.S.C. § 102.

2.    Honeywell intends to prove that each of the Asserted Claims is anticipated by a process performed in the United States by Honeywell for making 1,1,1,3,3,-pentafluoropropane ("HFC-245fa") during February-April 1995.  Honeywell disclosed this invention in a timely manner in a patent application that resulted in U.S. Patent No. 5,763,706.

3.    Honeywell intends to prove that each of the Asserted Claims is anticipated by a process for making HFC-245fa performed by Russian engineers at the Russian Scientific Center for Applied Chemistry working under contract with Honeywell and later reduced to practice by Honeywell in the United States during February-April 1995.

4.    Honeywell intends to prove that each of the Asserted Claims is anticipated by Honeywell's earlier-filed U.S. Patent No. 5,574,192 ("the '192 patent").

5.    Honeywell intends to prove that a person of ordinary skill in the art to which the '817 patent pertains would find any improvements claimed by the Asserted Claims to be obvious over the prior art.

6.    Honeywell intends to prove that the disclosure of the '817 patent does not describe the invention claimed in such full, clear, concise, and exact terms as to enable a person of ordinary skill in the art to perform the claimed process.

7.    Honeywell intends to prove that the named inventors of the '817 patent derived their claimed invention from other individuals (such as Russian scientists working with Honeywell), and therefore the named inventors did not themselves invent the subject matter sought to be patented.

## II.    INEQUITABLE CONDUCT

8.    Honeywell intends to prove that the '817 patent applicants committed inequitable conduct by withholding material information from and/or making material representations to the United States Patent and Trademark Office ("PTO") with intent to deceive during prosecution of the '817 patent.

9.    Honeywell intends to prove that the '817 patent applicants committed inequitable conduct by withholding material portions of a treatise entitled *Advances in Fluorine Chemistry* from the PTO with intent to deceive during prosecution of the '817 patent.

10.    Honeywell intends to prove that the '817 patent applicants committed inequitable conduct by mischaracterizing the disclosure of Honeywell's prior-art '192 patent in statements to the PTO with intent to deceive during prosecution of the '817 patent.

11.    Honeywell intends to prove that the '817 patent applicants committed inequitable conduct by withholding from the PTO a prior-art process for making HFC-245fa performed by Honeywell and by a group of Russian engineers during February-April 1995, which was known to Solvay.  Honeywell intends to prove that the applicants withheld this 102(g) prior art with intent to deceive during prosecution of the '817 patent.

## III.    IMPLIED LICENSE/ESTOPPEL

12.    Honeywell intends to prove that it acquired an implied license to the '817 patent.

2

13.    Honeywell intends to prove that it acquired an implied license to the '817 patent because Solvay, through misleading conduct, led Honeywell reasonably to infer that Solvay did not intend to enforce its patent against Honeywell. Honeywell intends to prove that it relied on Solvay's misleading conduct to its detriment, by increasing capital investment in production and sale of HFC-245fa in the United States. Honeywell intends to prove that it would be materially prejudiced by allowing Solvay now to enforce the '817 patent against Honeywell. Honeywell also intends to prove that Solvay is equitably estopped to claim infringement by Honeywell for these same reasons.

14.    Honeywell intends to prove that it acquired an implied license to the '817 patent because Honeywell had a relationship with Solvay, Solvay granted certain non-assert rights and otherwise encouraged Honeywell to practice the claimed process for making HFC-245fa, and Solvay benefited from Honeywell's practice of the claimed invention.

## IV.    UNCLEAN HANDS

15.    Honeywell intends to prove that Solvay has unclean hands and should therefore be precluded from enforcing the '817 patent against Honeywell.

## V.    NON-INFRINGEMENT

16.    To the extent necessary, Honeywell intends to prove that its commercial process for making HFC-245fa does not literally infringe the asserted claims of the '817 patent because Honeywell's process lacks one or more limitations of each Asserted Claim.

17.    To the extent necessary, Honeywell intends to introduce evidence to rebut Solvay's claim of infringement of the Asserted Claims of the '817 patent.

## VI.    NO DAMAGES

18.    To the extent necessary, Honeywell intends to introduce evidence to rebut Solvay's claimed damages.

3

## VII.    NO WILLFULNESS

19.    To the extent necessary, Honeywell intends to prove it acted reasonably—both objectively and subjectively—in its commercial production of HFC-245fa in the United States, despite the existence of the '817 patent, that it was not reckless by ignoring an objectively high risk of infringement through its commercial production of HFC-245fa in the United States, and that it did not subjectively know, nor should it have known, of this objectively-defined risk.

20.    To the extent necessary, Honeywell intends to introduce evidence to rebut Solvay's claim of willful infringement.

## VIII.    NO INJUNCTION

21.    To the extent necessary, Honeywell intends to prove that Solvay is not entitled to injunctive relief.

22.    To the extent necessary, Honeywell intends to introduce evidence to rebut Solvay's claim that it is entitled to injunctive relief.

## IX.    ATTORNEY'S FEES

23.    Honeywell intends to prove that this is an exceptional case and that Honeywell is entitled to its attorney's fees under 35 U.S.C. § 285.

24.    To the extent necessary, Honeywell intends to introduce evidence to rebut Solvay's claim that it is entitled to attorney's fees under 35 U.S.C. § 285.

25.    Honeywell intends to prove that it is entitled to its costs and expenses.