IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-557-SLR |
| ) | |
| HONEYWELL SPECIALTY MATERIALS LLC, ) | |
| and HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on June 27, 2008, copies of *Defendant Honeywell International Inc.'s 35 U.S.C. § 282 Notice* were caused to be served upon counsel of record in the manner indicated:

### BY E-MAIL

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

Barry J. Herman
Michael E. McCabe, Jr.
OBLON, SPIVAK, MCCLELLAND, MAIER
  & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314

2

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  */s/ Julia Heaney*
                                                  _____
                                                  Thomas C. Grimm (#1098)
                                                  Julia Heaney (#3052)
                                                  Benjamin J. Schladweiler (#4601)
                                                  1201 N. Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE  19899-1347
                                                  (302) 658-9200
                                                  tgrimm@mnat.com
                                                  jheaney@mnat.com
                                                  bschladweiler@mnat.com
                                                     *Attorneys for Defendants*

OF COUNSEL:

Robert G. Krupka, P.C.
Laura M. Burson
Guy Ruttenberg
Amber T. Aubry
Jacob R. Buczko
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, Suite 3400
Los Angeles, CA  90017
(213) 680-8400
June 27, 2008
715752

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on June 27, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Jeffrey B. McIntyre
Michael E. McCabe, Jr.
John F. Presper
Stefan Uwe Koschmieder
Tia D. Fenton
OBLON, SPIVAK, MCCLELLAND, MAIER
  & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com

715752