IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-557-SLR |
| | ) |
| HONEYWELL SPECIALITY | ) |
| MATERIALS LLC, and | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 30th day of June, 2008,

IT IS ORDERED that a telephone conference is scheduled for **Monday, July 28, 2008** at **10:00 a.m.**, with plaintiff's counsel coordinating and initiating said call.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge