# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

June 30, 2008

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

**PUBLIC VERSION**

*Confidential Version Filed: June 30, 2008*

*Public Version Filed: July 11, 2008*

    Re:    *Solvay, S.A. v. Honeywell Specialty Materials LLC, et al.*
            C.A. No. 06-557-SLR

Dear Judge Robinson:

      I write on behalf of all counsel to confirm the request that both parties made in our telephone call to your chambers on June 27, 2008.   **REDACTED**
**REDACTED**

      In the event it would be useful to the Court, the parties suggest that a teleconference be scheduled for a date in late July,   **REDACTED**
**REDACTED**

Respectfully,

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)

cc:    Dr. Peter T. Dalleo, Clerk (by hand)
        Richard L. Horwitz, Esquire (by e-filing & e-mail)
        Barry J. Herman, Esquire (by e-mail)
        Robert G. Krupka, Esquire (by e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered recipients.

I also certify that on July 11, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899-0951

Arthur I. Neustadt
Jean-Paul Lavalleye
Barry J. Herman
Jeffrey B. McIntyre
Michael E. McCabe, Jr.
John F. Presper
Stefan Uwe Koschmieder
Tia D. Fenton
OBLON, SPIVAK, MCCLELLAND, MAIER
  & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com