IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY, S.A., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-557-SLR ) |
| HONEYWELL SPECIALTY MATERIALS LLC and HONEYWELL INTERNATIONAL INC., | ) ) ) ) ) |
|     Defendants. | ) ) |

**ORDER**

At Wilmington this 29th day of July, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, September 29, 2008**, at 9:00 a.m. Counsel for plaintiffs shall coordinate and initiate this call.

                                                                  _____
                                                                  United States District Judge